**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN GABRION,

     Movant,

v

UNITED STATES OF AMERICA,

     Respondent.

FILED UNDER RESTRICTED ACCESS

1:15-CV-00447

1:99-CR-76
Capital §2255 Proceedings

Honorable Robert Holmes Bell
U.S. District Judge

Movant Incarcerated at:
USP Terre Haute
Reg. No. 09184-055

**MOVANT'S MOTION FOR LEAVE TO FILE MOVANT'S MOTION**
**UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE**
**BY A PERSON IN FEDERAL CUSTODY UNDER RESTRICTED ACCESS**

Movant, Marvin Gabrion, through counsel, moves this Court for leave to file Movant's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under Restricted Access. Movant's request is supported by good cause for a number of reasons. The Motion contains information, statements and allegations that are sensitive and personal in nature, including psychological records and other personal records that are highly relevant but sensitive. Pursuant to the rules governing proceedings brought under 28 U.S.C. § 2255, a specific procedure is in place describing how responses are filed and motions might be amended. Until that process is complete, the sensitivity of the motion content outweighs any interest in a public filing. In addition, the exhibits to the motion contain information that is equally sensitive and personal. Movant has advised the Clerk's office and the Court staff that this motion will

be filed under restricted access.  For all these reasons, Movant requests the Court to grant this request.

Date:  April 27, 2015                    By: /s/ *Scott Graham*
                                                Scott Graham
                                                Attorney for Defendant
                                         Business Address:
                                                SCOTT GRAHAM PLLC
                                                1911 West Centre Avenue, Suite C
                                                Portage, Michigan 49024
                                                (269) 327.0585

IT IS SO ORDERED

DATE: _____            _____
                                         Robert Holmes Bell
                                         U.S. District Judge