UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION
#09184–055, II,

       Movant/Plaintiff,           Case No. 1:15–cv–00447–RHB

   v.                  Judge Robert Holmes Bell

UNITED STATES OF AMERICA,

       Respondent/Defendant.

_____/


### NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was received and filed in this court on April 27, 2015 (reference related criminal case number ).   The case has been assigned to Judge Robert Holmes Bell.


TRACEY CORDES
CLERK OF COURT

Dated:  April 28, 2015     By:   _/s/ P. Woods_____
                             Deputy Clerk