UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GABRION,

        Movant,

                                      CASE NO. 1:15-CV-447

v.

                                      HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

        Respondent.

_____/

## **ORDER**

Movant has filed a Motion for Leave to File Movant's Motion under 28 U.S.C.

§2255 to Vacate, Set Aside, or Correct Sentence Under Restricted Access (ECF No. 3).

Respondent shall file a response to the motion by **May 5, 2015**.

Date:  <u>April 28, 2015</u>                  <u>/s/ Robert Holmes Bell</u>
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE