UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN GABRION,

      Movant,

                                    Case No: 1:15-CV-447

v.

                                      HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

      Respondent.

_____/


## ORDER TO FILE ANSWER OR OTHER PLEADING


The United States Attorney for the Western District of Michigan shall file an Answer or other pleading with respect to the motion to vacate, set aside, or correct sentence filed by the movant herein within sixty (60) days of the entry of this order.

The Answer shall comply with the requirements of Rule 5 of Rules Governing Section 2255 Proceedings for the United States District Courts.

Thereafter, movant shall have fourteen (14) days after service of the Answer to file a reply.

IT IS SO ORDERED.


Date:  April 28, 2015                   /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE