**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN GABRION,

     Movant,

v

UNITED STATES OF AMERICA,

     Respondent.

FILED UNDER RESTRICTED ACCESS

1:15-CV-00447

1:99-CR-76
Capital §2255 Proceedings

Honorable Robert Holmes Bell
U.S. District Judge

Movant Incarcerated at:
USP Terre Haute
Reg. No. 09184-055

## MOVANT'S MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOVANT'S MOTION TO RESTRICT ACCESS

Movant, Marvin Gabrion, through counsel, requests leave to file Movant's Reply to the Government's Response to Movant's Motion to Restrict Access to the filing under 28 U.S.C. § 2255, and in support states:

1. Movant filed a motion seeking leave to file his petition under 28 U.S.C. § 2255 under restricted access.

2. The government has objected to the request.

3. Movant has prepared a reply limited to only the points raised in the government's response.

4. Consideration of this reply is necessary to a full evaluation of the motion.

5. A copy of Movant's reply is attached.

2

**WHEREFORE**, pursuant to Local Rule 7.3(a), Mr. Gabrion moves the Court for leave to file a reply in this case.


Date:  May 7, 2015                                By:  /s/ *Scott Graham*
                                                        Scott Graham
                                                        Attorney for Movant
                                                 Business Address:
                                                        SCOTT GRAHAM PLLC
                                                        1911 West Centre Avenue, Suite C
                                                        Portage, Michigan 49024
                                                        (269) 327.0585


IT IS SO ORDERED


DATE:  _____            _____
                                                 Robert Holmes Bell
                                                 U.S. District Judge

2