UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION, II,

      Movant,

                                  CASE NO. 1:15-CV-447

v.

                                  HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

      Respondent.

_____/


## <u>ORDER</u>

      Before the Court is Movant's request to file a reply brief in support of his motion

to file his Section 2255 motion under restricted access (ECF No. 9).  Movant's motion is

**GRANTED**.


Date:  <u>May 14, 2015</u>               /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE