UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GABRION,

        Movant,

                                          Case No.  1:15-CV-447

v.

                                          HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

        Respondent.

_____/

## AMENDED ORDER

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Movant Marvin Gabrion's motion to restrict access is **GRANTED IN PART** and **DENIED IN PART**.  To the extent Movant seeks to restrict access to his motion, exhibits, and any responses filed by the government in their entirety, the motion is **DENIED**.  To the extent Movant seeks to restrict access to sensitive information regarding third-parties and to allegations regarding counsel's performance, the motion is **DENIED**.  To the extent Movant seeks to redact the names of third-parties about whom he has presented sensitive information and substitute initials or other identifiers that will protect their identity, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant shall, within fourteen days of this order, re-submit a redacted copy of his motion and exhibits for public filing.

**IT IS FURTHER ORDERED** that ECF Documents 1 and 2 shall remain on the docket as restricted access documents.

**IT IS FURTHER ORDERED**  that the restrictions on ECF Documents 3, 9, and 11 shall be lifted.


Dated: <u>May 15, 2015</u>                             /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE