# EXHIBIT 1.1

```
CLOSED    FOJ              CASE REGISTER OF ACTIONS        02/05/15  PAGE   1
97-006346-FH JUDGE THOMAS      FILE 01/31/97  ADJ DT 06/25/97 CLOSE  06/26/97
          NEWAYGO COUNTY                                   SCAO LINE 110
```

```
D 001 GABRION,MARVIN,CHARLES        DOB: 10/18/53    SEX: M  RACE: W
      11415 W FIVE MILE             CTN:629600112901 TCN:
      MORLEY, MI  49336             SID:
                                    DLN:XXXXXXXXXXXXX ST:XX
    ATY: TOWNSEND,JOEL H.,          PROSECUTOR: ROACH,CHRYSTAL R.,
        P-46599  616-356-1839 APPOINTED          P-32244
    LOWER DISTRICT:  78TH CTY# 62  CASE# 9641451FY   PRELIM: WAIVE 01/30/97
    INCARCERATION DATE: 01/20/97  DISTRICT ARRAIGNMENT:  01/21/97
```

### Bond History

| Num | Amount | Type | Posted Date | Status |
|---|---|---|---|---|
| 1 | $40,000.00 | Ten Percent | 5/30/97 | Refunded |

### Charges

| Num | Type | Charge(Pacc) | Asc/Trf | Charge Description | Offense Dt | Dsp | Evt |
|---|---|---|---|---|---|---|---|
| 01 | ORG | 750.520D1B | | CSC 3RD DEGR FORCE | 08/07/96 | NOP | MAJ |

### Actions, Judgments, Case Notes

| Num | Date | Judge | Chg/Pty | Event Description/Comments | | |
|---|---|---|---|---|---|---|
| 1 | 01/31/97 | THOMAS | | RETURN TO CIRCUIT COURT | CLK | EGT |
| | | | | SET NEXT DATE FOR: 02/04/97 10:00 AM | CLK | |
| | | | | ARRAIGNMENT | | |
| | | | | COMPLAINT; WARRANT; FINGERPRTS | CLK | |
| 2 | | | D 001 | APPEARANCE | CLK | EGT |
| | | | | ATTORNEY: P-33732 GREER | CLK | |
| 3 | | | | ORDER FOR HIV BLOOD TEST | CLK | EGT |
| 4 | 02/03/97 | | D 001 | BOND POSTED (01) | CLK | BAG |
| | | | | RECEIPT# 00026732 AMT $4,000.00 | | |
| | | | | BOND CONDITION: NO CONTACT W/ | CLK | |
| | | | | VICTIM OR RESIDENCE | CLK | |
| 5 | 02/04/97 | | | ARRAIGNMENT | CRT | EGT |
| | | | | STOOD MUTE | CRT | |
| | | | | WAIVED ARRAIGNMENT; NOT GUILTY | CRT | |
| | | | | PLEA ENTERED; BOND CONTINUED | CRT | |
| 6 | | | | INFORMATION | CLK | EGT |
| | | | | WRITTEN WAIVER OF ARRAIGNMENT | CLK | |
| 7 | 02/05/97 | | | NOTICE SENT FOR:  03/04/97 10:00 AM | CLK | EGT |
| | | | | PRE-TRIAL HEARING | | |
| 8 | 02/13/97 | | | HIV BLOOD TEST RESULTS | CLK | EGT |
| | | | | (CONFIDENTIAL) | CLK | |
| 9 | 03/04/97 | | | APPEARANCE FROM CHARLES | CLK | EGT |
| | | | | ROMINGER; POS | CLK | |
| 10 | | | D 001 | RE-ASSIGNED GREER  TO ROMINGE | CLK | EGT |
| 11 | | | | PRE-TRIAL HEARING | CRT | EGT |
| | | | | ADJOURNED | CRT | |
| | | | | PER REQUEST OF PROS ATTY ON | CRT | |
| | | | | BEHALF OF ATTY ROMINGER WHO | CRT | |
| | | | | HAD A CONFLICT & HAS JUST | CRT | |
| | | | | SUBST IN; POLYGRAPHS IS SCHED | CRT | |

```
CLOSED    FOJ                  CASE REGISTER OF ACTIONS          02/05/15  PAGE   2
97-006346-FH JUDGE THOMAS      FILE 01/31/97  ADJ DT 06/25/97 CLOSE  06/26/97
-------------------------------------------------------------------------------
                                   03-12-97; BOND CONTINUED             CRT
   12 03/06/97                     NOTICE SENT FOR:    03/24/97  1:00 PM CLK EGT
                                      PRE-TRIAL HEARING
                                   MOTION TO WITHDRAW                   CLK
   14                      D 001   STIPULATION & ORDER TO ADJOURN       CLK EGT
                                   PRETRIAL DATE PLAINTIFF'S            CLK
                                   REQUEST, FIRST ADJOURNMENT           CLK
   13 03/11/97             D 001   RE-ASSIGNED ROMINGE TO GREER         CLK EGT
   15 03/14/97             D 001   MOTION TO WITHDRAW AS COUNSEL        CLK EGT
                                   FOR DEFENDANT; NOTICE OF             CLK
                                   HEARING (03-24-97 1PM)               CLK
   16 03/24/97                     MOTION HEARING                       CRT EGT
                                   MOTION TO WITHDRAW WITHDRAWN         CRT
                                   AS A SUBSTITUITION OF ATTORNEY       CRT
                                   WAS FILED TODAY; SET NEW DATES       CRT
                                   BOND CONTINUED                       CRT
   17 03/25/97             D 001   APPEARANCE                           CLK EGT
                                      ATTORNEY: P-46599 TOWNSEND        CLK
                                   SUBSTITUTION OF ATTORNEY;            CLK
                                   ORDER GRANTING SUBSTITUTION          CLK
   18                      D 001   RE-ASSIGNED GREER   TO TOWNSEN       CLK EGT
   19                              NOTICE SENT FOR:    04/21/97  1:00 PM CLK EGT
                                      PRE-TRIAL HEARING
                                   NOT PERMITTED VIA TELEPHONE          CLK
   20 04/01/97                     REMOVE CALENDAR DATES                CLK EGT
                                   PER PA OFFICE                        CLK
   21                              NOTICE SENT FOR:    04/29/97 10:00 AM CLK EGT
                                      PRE-TRIAL HEARING
                                   NOT PERMITTED VIA TELEPHONE          CLK
   22 04/09/97                     RECORD COPY                          CLK KLD
                                   RECEIPT#  00027242   AMT        $10.00
   23 04/29/97             00001   PRE-TRIAL HEARING                    CRT EGT
                                   REMAND TO DISTRICT COURT             CRT
                                   PER REQUEST OF ATTY TOWNSEND;        CRT
                                   BOND CONTINUED                       CRT
   24                              REMAND ORDER                         CLK EGT
                                   CASE TRANSFERRED TO DIST COURT       CLK
   25 05/01/97             D 001   BOND APPLIED (01)                    CLK BAG
                                   RECEIPT#  00178853   AMT   $4,000.00
                                   CK ISSUED TO DISTRICT COURT          CLK
   26 05/30/97                     ORDER REOPENING CASE                 CLK BAG
                                   SET NEXT DATE FOR: 06/02/97  1:00 PM CLK
                                      REARRAIGNMENT
                                   BIND OVER AFTER PRELIMINARY          CLK
                                   EXAMINATION (WAIVED 05-29-97)        CLK
   27                      D 001   BOND POSTED (01)                     CLK BAG
                                   RECEIPT#  00027669   AMT   $4,000.00
   28 06/02/97                     ARRAIGNMENT                          CRT EGT
                                   STOOD MUTE                           CRT
                                   WAIVED REARRAIGNMENT; NOT            CRT
                                   GUILTY PLEA ENTERED;                 CRT
                                   BOND CONTINUED                       CRT
   29                              INFORMATION                          CLK EGT
                                   WRITTEN WAIVER OF ARRAIGNMENT        CLK
   30                              NOTICE SENT FOR:    06/24/97 10:00 AM CLK EGT
                                      PRE-TRIAL HEARING
                                   NOT PERMITTED VIA TELEPHONE          CLK
```

```
CLOSED     FOJ              CASE REGISTER OF ACTIONS          02/05/15  PAGE   3
97-006346-FH JUDGE THOMAS       FILE 01/31/97  ADJ DT 06/25/97 CLOSE  06/26/97
-------------------------------------------------------------------------------
   31 06/23/97                       REMOVE CALENDAR DATES               CLK EGT
                                     ADJ PER REQUEST OF ASST PROS        CLK
                                     ZELLER                              CLK
   32                                NOTICE SENT FOR:   07/08/97 10:00 AM  CLK EGT
                                     · PRE-TRIAL HEARING
   33 06/25/97          D 001        BOND REFUNDED (01)                  CLK DRB
                                     RECEIPT#  00000000  AMT    $4,000.00
                                     PRE-PAY                             CLK
   34                  00001         MISCELLANEOUS ACTION BY JUDGE       CRT EGT
                                     NOLLE PROSEQUI                      CRT
                                     BOND RELEASED IN FULL               CRT
   35 06/26/97                       FINAL ORDER OR JUDGMENT FILED       CLK EGT
                                     ORDER OF NOLLE PROSEQUI             CLK
   36                                REMOVE CALENDAR DATES               CLK EGT
                                     CASE DISMISSED                      CLK
   37 09/25/97                       RECORD COPY                         CLK KLD
                                     RECEIPT#  00028520  AMT       $9.00
   38                                RECORD COPY                         CLK EGT
                                     RECEIPT#  00028521  AMT      $52.00
.............................  END OF SUMMARY  ................................
```