# EXHIBIT 1.2

1

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF NEWAYGO

PEOPLE OF
THE STATE OF MICHIGAN,

    -vs-

MARVIN GABRION,

        Defendant.

File No. 97-6346-FH

REMAND

*Rough draft*

## STENOGRAPHIC RECORD

of the proceedings had in the above-entitled cause in said court on the 29th day of April, 1997,

at about the hour of 10:37 a.m., before the HONORABLE TERRENCE R. THOMAS, Circuit Court

Judge.

APPEARANCES:

        NEWAYGO COUNTY PROSECUTOR
          On behalf of the People,

        MR. TOWNSEND
          On behalf of the Defendant.

BARBARA WILES REPORTING
By: Barbara Lynn Wiles -- #4288
Certified Shorthand Reporter
14179 Hanna Avenue
Cedar Springs, MI 49319
616.696.0502

2

## INDEX

**WITNESSES**:

(None)

**EXHIBITS**:

(None)

White Cloud, Michigan

Tuesday, 29 April 1997

At about the hour of 10:37 AM


R E C O R D


THE PROSECUTOR:  Your Honor, in the matter of People versus Marvin Gabrion, it is File 97-6346-FH, my understanding is the Defendant seeks to remand this matter for hearing of a Preliminary Examination.  The People do not oppose.

THE COURT:  Is that correct, Mr. Townsend?

MR. TOWNSEND:  Yes, Your Honor.

THE COURT:  Very well, so ordered.

Bond will be continued to guarantee his appearance in the District Court when the matter is scheduled.

THE PROSECUTOR:  Thank you, Your Honor.

(Whereupon proceedings concluded at about 10:41 AM)

-oOo-