# EXHIBIT 1.8

7A-DE-80788 *AK*                    *1
STK:stk

The following investigation was conducted by SSA Stephen T. Kives, CASKU, on December 19, 1997:

SSA Kives and SSA Charles K. Dorsey, also of CASKU, met with SSAs Sue Adams and Chris Whitcomb, Law Enforcement Communications Unit, Quantico.  Adams and Whitcomb (examiners) had been asked by Kives to review various letters allegedly written by victim Rachel Timmerman and subject MARVIN GABRION.  Two of the letters allegedly written by Timmerman to the Newaygo County Prosecutor and a county judge were postmarked in Little rock, Arkansas, but arrived after Timmerman's body was found floating in Oxford Lake and investigators believed Timmerman wrote the letters under duress and/or GABRION dictated the letters to Timmerman.

The examiners opined that the total of four letters written in Rachel Timmerman's hand contained the same sentence structure, consistency and thought processes throughout the writings.  They were markedly different from the letters allegedly written by GABRION which lack any type of consistency as he appears to reduce to paper anything that comes in to mind and there appears to be no rhyme or reason for when he says anything.  The examiners further opined that Timmerman was probably not under extreme duress when she penned the letters and GABRION probably did not dictate the letters to her.

What was most glaring to the examiners was GABRION'S inability to address Tim Timmerman's (Rachel's father) claim in his letter to GABRION that GABRION killed both Rachel and her daughter, Shannon Verhage.  The examiners felt that while GABRION can probably somehow justify Rachel's death, he cannot justify taking Shannon's life.

At the conclusion of the meeting all present discussed the appropriate response from Tim Timmerman to the most recent letter sent him from GABRION.  It was agreed that Timmerman would send a Christmas Card to GABRION including a small picture of Shannon Verhage.  Timmerman's response will purposely not address GABRION'S request for a large photo of Shannon to be used as GABRION'S "Poster child" in his bogus bid to start a non-profit organization called "No More Missing Children."  Rather, Timmerman's card will only contain the words "I'll help you when you help me.

Hopefully, the exchange between Timmerman and GABRION will continue and CASKU will assist in any way possible.

cc: 1-SSA Dorsey
    1-SSA Kives

0008536

Gabrion 000556