# EXHIBIT 1.10

611

what we know about the defendant's future dangerousness.

Now, do we have a crystal ball?  Can anybody say, Well, I can see five, ten, twenty years into the future, I know this is what he's going to do?  Of course not.  We all know we can't do that.  So what do we do?  How can we do that?  Well, we do the thing that we always do when we have to make decisions about what a person's going to do in the future.  We look at what they've done in the past.  That's the best way to do it.  So that's what we have to do.  Let's go through some of the witnesses you heard from during this case that tell you exactly how dangerous Marvin Gabrion is.

Wilma Babcock.  She wouldn't let the defendant take her son to jail with him when he wanted to go visit.  What happened to her after that?  Somebody tried to set her house on fire.  Somebody propped open the door for ventilation with a cinder block and put some kind of accelerant on her door.

Pam Bacon.  She had words with the defendant.  She had a disagreement with the defendant.  She wakes up the next morning, somebody has set her house on fire.  Somebody has sprayed accelerant on the outside of her house, catching part of her house on fire and leaving soot all over the outside of her window.  Remember she said she got up, looked out the window and thought it was foggy, and then went outside and there's a bunch of soot out there.  The police come and they say, Somebody tried to set your house on fire.

612

Diane Goller.  Remember her?  She's in her own home, the defendant's over there with some friends, her husband's there, and Marvin Gabrion chooses this visit, the last visit he ever made there, to sexually assault her in her own home in front of her husband.  He grabbed her by the breast, he grabbed her by her other private parts, and he suggested that they have group sex with her.  She's the only woman in the house with several men.  He's thrown out of the house with the force of a gun, but she's been sexually assaulted.

What about Kori Lynn McGraw?  She's the young lady who was sleeping in bed when Marvin Gabrion climbed into bed with her.  She ordered him out, he got out, and then the next day when her dog's gone, there begins a series of death threats, including phone calls in the middle of the night when she's home with the children alone and the defendant is telling her, I'm going to kill you.  And she's trying to tell him there are other people there at the house and he says, I know nobody else is there.  There's no more adults there.  He's scaring her half to death.  Threatening her with death.

What about Thomas Niewiek, the man who had the unfortunate privilege of being the defendant's landlord for a week or so?  What happened to him when he got back from his vacation?  First he hears the defendant has exposed himself to a female tenant.  She leaves.  He's threatened another tenant with death.  He leaves.  When Mr. Niewiek goes and confronts

613

the defendant, the upshot of that is that the defendant gets a knife out and threatens Mr. Niewiek's wife with death.

And then, to top it all off, you hear that he sees Marvin Gabrion looking into his little daughter's bedroom window masturbating himself. And then Mr. Niewiek goes to his daughter and says, Did that man do anything to you? And his daughter says, He touched my private parts. One man is doing all this.

What about John Terwilliger, another neighbor of Marvin Gabrion in 1991? Mr. Gabrion made himself a nuisance at a party. Mr. Terwilliger finally had it and asked him to leave. Mr. Gabrion as he's leaving the party gets into his truck and yells out, You're all going to fucking die, and drives off. Five minutes later Mr. Terwilliger and his guests start hearing bullets whining over the top of his house, hitting the branches in the trees around his house, and he calls the police.

What do the police do? They go out there, they go to Mr. Gabrion's house. They find expended shells on the hood of Mr. Gabrion's truck. They find a .22 rifle with a scope in Mr. Gabrion's trailer. Why -- what did Mr. Terwilliger do that deserved being shot at?

Lawrence Campbell. The defendant comes up to him one day and says, Hey, would you like to beat somebody up for me? I'll pay you some money. Mr. Campbell said, Well, you

614

know, I'll take the money.  He didn't do it.  The defendant wants other people to beat on his enemies.  Not that he needs any help, we find out.

What about Dennis, Sherry, and Shane Lilly?  The defendant's over at their house playing cards one night when he suddenly drags Mr. Lilly to the ground, grabs him by the throat, and starts kicking him in the ribs.  Mrs. Lilly sees this, she runs over, tries to help her husband, and what does the defendant do to her?  Grabs her by the hair, yanks her to the ground, starts slamming her head on the floor and punches her in the face.

Then their ten-year-old son, Shane Lilly, comes out trying to help his parents.  He throws a battery charger at Mr. Gabrion to try and stop the attack.  It does apparently stop the attack, but only after the defendant throws Shane Lilly across the room and hits him twice in the face.  And for good measure you hear that the defendant threw the Lillys' dog into the wall across the room.

What did the Lillys do to deserve that, to be assaulted in their own home?  Well, apparently the defendant thought that Mr. Lilly had kicked the defendant's dog.  So if you live in the defendant's world, that earns you and your whole family a beating.

Lonnie Overton.  Remember Lonnie Overton?  He said he was a burglar, lived with the defendant in an apartment.

615

They had adjoining rooms.  He sold the defendant some stolen guns.  The defendant knew they were stolen.  And then they start having a conversation, the defendant brings up in his own way, Hey, if you ever want to dispose of bodies, here's how you do it.  I'll show you some big swampy areas in Michigan.  Just in case you wanted to know that.

You also heard Mr. Overton's mother flushed some marijuana down the toilet that Mr. Overton had gotten from the defendant, and all of a sudden the defendant wants to visit Mr. Overton's mother.  Starts coming after Overton's mother, starts calling her to the point where she has to disconnect the telephone.

What about Charles and Jennifer Cass, other neighbors of the defendant?  The defendant has some problem with the Casses, just like all his other neighbors.  The defendant says, I'm gonna dust off that bitch, meaning Mr. Cass's wife, and I'll kill you too.

Now, in case you think this is an idle threat, you then hear that the defendant opens fire on the Casses' house from his own house, which is only a short distance away.  It's right across the street.  Mrs. Cass runs into her house with her kids.  They call the police, the police come, they see the defendant shooting out of his house.  They take him into custody, thank goodness.  But not -- but they don't leave until they go upstairs and see this display of a bullfrog with

a baby doll wearing little girl's underpants surrounded in some bodily fluid.

You have an argument with the defendant, apparently you're in for a gunfight.  Does that suggest he's a danger in the future?

Lorri Sturdivant lives across the street from the Casses.  She didn't know the defendant at all except to see him go in and out of his house.  But one day she's coming out of her house with her little two-year-old and she sees the defendant pointing a gun at her, and not just by chance.  She says the barrel followed her and her two-year-old child as they went to the car.  They got in the car, as you can imagine, and drove off, as you can imagine.  Was that the end?  No.  The defendant jumps in his car and follows them for a long time.  Does that suggest that he might be a danger if he's allowed to leave here?

What about Ron Weston, the clerk of this court, this very court where we are today?  What did he tell you about the defendant?  Well, this relates to what the defendant is like when he's in jail.  We've talked about what he's like when he's out of jail.  What about when he's in jail?

The defendant didn't like being in the Calhoun County Jail.  So he gets on the phone, calls the Milan federal penitentiary, and says, I'm Ron Weston.  I'd like to arrange a transfer out of the Calhoun County Jail.  Does that suggest

617

that he will stay anywhere if he's allowed the privilege of living the rest of his life?  It does not.

Think about this.  The defendant was arrested in October of 1997 and he's been in custody until today.  Now, this is the very best you're ever going to see the defendant behave.  This is the time that he knows he's been charged with murder, that he knows that there's a possible death sentence hanging over him; that he knows he better, if he's ever going to, straighten up and follow the rules.  So what has he done?  How has he spent his time while he's been in custody?  How has he spent his time?

Well, he writes letters.  Anything wrong with that?  Well, they're to Rachel Timmerman's family.  Are they letters to beg for mercy and say, I'm so sorry, I made a big mistake?  No.  This defendant spends time writing letters to Rachel Timmerman's family to accuse them of vile acts, to even go so far as to accuse the mother of Rachel Timmerman of killing her own daughter.  Even going so far as to tell Rachel Timmerman's mother that she's going to have to live the rest of her life thinking about Rachel Timmerman, her daughter, struggling for her last breath of air in the bottom of Oxford Lake.

What kind of letters does he send to Tim Timmerman?  Well, he sends Tim Timmerman news about No More Missing Children, this IRS not-for-profit corporation, a 501(c)(3) not-for-profit corporation that the defendant is running.  The

defendant says, Mr. Timmerman, help us.  We want to save the children.  Won't you please help?  Please send us a picture of Shannon VerHage.

Now, you heard Tim Timmerman testify.  You know that he didn't buy any of this.  But you also know that he is so desperate to get his granddaughter back that even if there's a one-in-a-million chance that this animal might be able to produce his granddaughter, he's going to try it.  So we hear he did send Marvin Gabrion a picture of his granddaughter.  And you know from Joseph Lunsford exactly what unspeakably vile things the defendant did with that picture in cell 8-A of the Newaygo County Jail.

The defendant has spent his time in custody torturing the Timmerman family.  Even when he testified during the guilt phase of this trial, he's still torturing them.  You know, Shannon, Shannon can come back if you guys get counseling.  He's still dangling that carrot.  Will the torture ever end?

What else should you consider when you think about whether life or death is the proper sentence?  Well, you ought to consider whether, if he goes to prison, he plans on staying there.  How did he spend a lot of his time in custody up to now?  Talking about escape, making soap guns, getting paperclips and fingernail clippers which we know can be used for keys to handcuffs and locks, talking other inmates into

619

leaving doors open, making plans to escape.

Do you have any, any proof or idea that this man's going to stay in prison if you give him the privilege of staying there?  Do you have any assurance of that?  No.  If anything, once he knows he's never going to get out, he's going to get worse.  We know that.

What about the people in prison?  Say you send him to prison.  Who is he going to run into?  Jail guards, other inmates.  Do they deserve to be maimed, injured or killed?  Here's something the defendant spent his time doing in Newaygo County, making this metal claw out of an ordinary piece of household hardware.  What do you think this is for?  It's not to spend the rest of your life peaceably in a prison.

Think about Officer Rodriguez at the Milan federal penitentiary.  Remember he was going to get the defendant out of his cell, and when he went over there, he got covered with urine and feces.  Pretty disgusting in any situation.  Deadly in this situation because you heard that the defendant has hepatitis C.  Officer Rodriguez had to go immediately to the hospital to get a blood test to see if he had been infected with this deadly disease.

Do you have any assurance that that won't happen again?  No.  The defendant is going to be just as dangerous in prison as out.  Inside and outside of prison, the defendant's going to be a danger.

620

And let's not forget Robert Allen, John Weeks, and Wayne Davis.  Three innocent bystanders, more or less, of the defendant's plan to escape justice.

Robert Allen.  All he was was a source of money for the defendant.  He was getting over $500 a month in disability payments from Social Security.  Looked pretty good to the defendant.  He got Allen's Social Security number, went to the Social Security office, diverted those funds to an upstate New York bank.  The defendant started taking the money.  Nobody at the bank ever saw anybody but the defendant.

The FBI has been looking for Robert Allen ever since.  Nobody can find him.  The people that used to see him in Grand Rapids two times a week at Sera-Tec plasma center religiously from 1991 up to 1995 say he just stopped coming.  Social Security has put a stop on those $500 a month payments after they realized the defendant was getting them.  They're Allen's sole source of income.  To this day nobody has ever come to Social Security to say, I'm Robert Allen, where is my money, even though we know Robert Allen used to be very careful about his money.  Robert Allen is dead.  The defendant killed him.

John Weeks.  He was the one that made the mistake of calling Rachel Timmerman to hook up the defendant, who they knew as Lance, with Rachel Timmerman.  What happened to him?  Well, June 22nd, 1997, A'lliene Wolf says goodbye to John

621

Weeks thinking it's going to be for a week or ten days, not knowing it's going to be forever, and she never sees him again.

She sees the defendant again. The defendant says, Yeah, John Weeks and I are going to go to Texas. We'll be back. We're gonna get some dope down there. A'lliene Wolf's mother sees the defendant after that. The defendant says, Yeah, we're going to Texas. Let me have John Weeks' clothes. I'll make sure he gets them. Defendant disappears.

Last time A'lliene Wolf sees the defendant up until seeing him in this trial in person is when he comes by a week or so later alone and says, Hey, let's ride around, smoke a joint. He says, Oh, I dropped John Weeks off in Arizona. No member of John Weeks' family has ever seen him again. A'lliene Wolf's never seen him again, even though he wouldn't stay away from her, even though her mother kept getting court orders trying to keep him away. He said, There's no court order that can keep me away from A'lliene Wolf. We're going to get married. He's never been seen. He's vanished. The defendant killed him to make sure there was no link to this rape charge.

Wayne Davis. You know he was going to be a witness in the rape case. He's gone, vanished, last seen with the defendant. The defendant wasn't satisfied just to kill Wayne Davis. He even went back and pawned Wayne Davis's property.

622

Wasn't enough to kill him.  Why let some perfectly good property just sit there?  You know Wayne Davis isn't coming back.  I'm going to go take it to a consignment shop and sell it.  Nobody's ever going to see him again.

Ladies and gentlemen, you know the defendant has been, is, and always will be a danger, no matter where you put him.  And you owe a responsibility to other citizens in this community not to let anybody else get hurt or killed.

Mitigating factors.  Have you heard any legitimate mitigating factors?  No.  All you've heard is some old leftover scheme from 1992 to get Social Security benefits.  The defendant went, faked some mental illness after faking a car wreck in 1992 so he could get Social Security benefits, which he did.  It was successful.  He tricked the psychologists.  Perfectly good scam, might as well use it again.  Maybe I can trick the jury today.  There's no legitimate mitigating factors here.

After you look at all these, the question then becomes:  Do these factors warrant a sentence of death?  And I'm here to tell you that they do.  You couldn't find a clearer case for the death penalty than this case.

It's time to face the hard truth.  You know now that a death sentence is the just sentence here.  The defendant's murder of Rachel Timmerman shows that he lacks any shred of mercy for the helpless, and he shouldn't expect it from you.