# EXHIBIT 1.11

Comprehensive Report

 LexisNexis· | Accurint® for Government

• Print Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and Is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may Include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor In determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Law Enforcement Purposes
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 02/07/15

**Report processed by:**

Community Defender - Southern Dist of IN
111 MONUMENT CIR STE 752
INDIANAPOLIS, IN 46204
317-383-3520 Main Phone

**Report Legend:**

💲 - Shared Address
Ⓓ - Deceased
✅ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**

Name: **LINDA L COLEMAN** Ⓓ
Date of Birth: **11/16/1940**
Date of Death: **10/14/2004  (NEWAYGO, MI)**
Age at Death: **63 (Born 74 years ago)**
LexID: **483391759**
SSN: **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 issued In West Virginia between 1/1/1967 and 12/31/1968**

**AKAs**
**(Names Associated with Subject)**

Ⓓ **LINDA LOU COLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.

Ⓓ **LINDA C COLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.

Ⓓ **LINDA COLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.
**Utility Locator - Connect Date: 9/5/2011**

Ⓓ **ZINDA COLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.

Ⓓ **LOUISE COLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.

Ⓓ **LINDA COLLEMAN**
Age: 74   SSN: **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**
✅ SSN belongs to a person reported as deceased.

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
Bankruptcies:
None Found
Liens and Judgments:
None Found
UCC Filings:

Comprehensive Report

Comprehensive Report

>       Average Age: 45
>       Median Household Income: $33,978
>       Median Owner Occupied Home Value: $101,190
>       Average Years of Education: 12

**Bankruptcies:** ⬛
>   [None Found]

**Liens and Judgments:** ⬛
>   [None Found]

**UCC Filings:** ⬛
>   [None Found]

**Phones Plus:** ⬛
>   [None Found]

**Email Address:** ⬛
>   [None Found]

**People at Work:** ⬛
*Maximum 50 People at Work records returned*
>       Name: LINDA LOU COLEMAN
>       LexID: 483391759
>       SSN: 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
>       Company: SSI
>       Phone:
>       FEIN:
>       Dates:

**Driver's License Information:** ⬛
>       Name: LINDA LOU COLEMAN
>       LexID: 483391759
>       DL Number: C455522549878
>       State: Michigan
>       License Address: 1061 LINCOLN PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
>       DOB: 11/16/1940
>       Potential SSN : 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
>       Gender: Female
>       License Type: OPERATORS
>       Data Source: Governmental
>
>       Name: LINDA L COLEMAN
>       Lex ID: 483391759
>       DL Number: C455522549878
>       State: Michigan
>       License Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
>       DOB: 11/16/1940
>       Potential SSN : 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
>       Data Source: Non-Governmental

**Possible Education:** ⬛
>   [None Found]

**Possible Properties Owned by Subject:** ⬛

>   **Property:**
>       Parcel Number - 62-07-17-100-010
>       Book - 439
>       Page - 6163
>       Owner Name: LINDA COLEMAN  LexID: 483391759
>       Owner Name 2: JAMES COLEMAN  LexID: 483479090
>       Property Address - MI

Comprehensive Report

Owner Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
Sale Date - 05/03/2000
Sale Price - $38,000
Seller Name: KEVIN J KOZMA  LexID: 1424856291
Loan Type - THIS CODE IS USED ONLY FOR BKFS LEGACY
Data Source - B

**Motor Vehicles Registered To Subject:**
**Vehicle:**
Description: 1995 Plymouth Neon - Coupe
VIN: 1P3ES42C3SD340303
State Of Origin: MICHIGAN
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Unknown
Security System: Unknown
Roof: None / not available
Price: 11240
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN: 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
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: YJU153
License State: MI
Earliest Registration Date: 1/20/2004
Latest Registration Date: 1/20/2004
Expiration Date: 11/16/2004
License Plate Type: Private

**Vehicle:**
Description: 1995 Plymouth Neon - Coupe
VIN: 1P3ES42C3SD340303
State Of Origin: MICHIGAN
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Unknown
Security System: Unknown
Roof: None / not available
Price: 11240
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Comprehensive Report                                                                                          7

Comprehensive Report

Potential SSN ❶ : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 301R0200232
Title Issue Date: 1/20/2004

*Lien Holder(s)*
None

.

**Vehicle:**
Description: 1989 Oldsmobile Cutlass Calais - Sedan 4 Door
VIN: 1G3NF54D9KM256440
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 10895
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA  LOU COLEMAN
LexID: 483391759

Potential SSN ❶ : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: J6264
License State: MI
Earliest Registration Date: 10/3/2003
Latest Registration Date: 10/3/2003
Expiration Date: 11/16/2004
License Plate Type: Private

**Vehicle:**
Description: 1989 Oldsmobile Cutlass Calais - Sedan 4 Door
VIN: 1G3NF54D9KM256440
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 10895
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

Comprehensive Report

*Owner(s)*
Name: LINDA LOU COLEMAN
Lex ID: 483391759

Potential SSN🛇 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302P2760263
Title Issue Date: 10/3/2003

*Lien Holder(s)*
None

Vehicle:
Description: 1990 Ford Ranger - Pickup
VIN: 1FTCR10A4LPB08229
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 8093
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN🛇 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: A8254
License State: MI
Earliest Registration Date: 1/6/2003
Latest Registration Date: 1/6/2003
Expiration Date: 11/16/2003
License Plate Type: Disabled Veteran

Vehicle:
Description: 1990 Ford Ranger - Pickup
VIN: 1FTCR10A4LPB08229
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 8093
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No

Comprehensive Report

Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 📧 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/18/1940
Sex: Female
Age: 74
Title Number: 302000390124
Title Issue Date: 2/8/2000

*Lien Holder(s)*
None


**Vehicle:**
Description: 1988 Dodge Grand Caravan - Extended Sport Van
VIN: 1B4FK5030JX212219
State Of Origin: MICHIGAN
Engine: 6 Cylinder 181 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 12982
Radio: AM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 📧 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: G8069
License State: MI
Earliest Registration Date: 10/3/2002
Latest Registration Date: 10/3/2002
Expiration Date: 11/16/2003
License Plate Type: Private


**Vehicle:**
Description: 1988 Dodge Grand Caravan - Extended Sport Van
VIN: 1B4FK5030JX212219
State Of Origin: MICHIGAN
Engine: 6 Cylinder 181 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 12982

Comprehensive Report

10

Comprehensive Report

Radio: AM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🔒 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302N2760126
Title Issue Date: 10/3/2002

*Lien Holder(s)*
None


Vehicle:
Description: 1992 Pontiac Grand Prix - Sedan 4 Door
VIN: 1G2WH54T8NF252317
State Of Origin: MICHIGAN
Engine: 6 Cylinder 191 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 14890
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🔒 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: VXM030
License State: MI
Earliest Registration Date: 5/2/2002
Latest Registration Date: 5/2/2002
Expiration Date: 11/16/2002
License Plate Type: Private


Vehicle:
Description: 1992 Pontiac Grand Prix - Sedan 4 Door
VIN: 1G2WH54T8NF252317
State Of Origin: MICHIGAN
Engine: 6 Cylinder 191 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard

Comprehensive Report

Security System: None
Roof: None / not available
Price: 14890
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🚫: 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302N1220045
Title Issue Date: 5/2/2002

*Lien Holder(s)*
None

**Vehicle:**
Description: 1992 Ford F150 - Club Cab Pickup
VIN: 1FTEX15Y0NKA48776
State Of Origin: MICHIGAN
Engine: 6 Cylinder 300 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 12739
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🚫: 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 2645HE
License State: MI
Earliest Registration Date: 12/3/2001
Latest Registration Date: 12/3/2001
Expiration Date: 11/16/2002
License Plate Type: Commercial

**Vehicle:**
Description: 1992 Ford F150 - Club Cab Pickup
VIN: 1FTEX15Y0NKA48776
State Of Origin: MICHIGAN
Engine: 6 Cylinder 300 Cubic Inch
Anti Lock Brakes: Rear only standard
Air Conditioning: Optional
Daytime Running Lights: Not available

Comprehensive Report

Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 12739
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN🛇 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302001110210
Title Issue Date: 4/20/2000

*Lien Holder(s)*
None

**Vehicle:**
Description: 1991 Geo Metro - Hatchback 4 Door
VIN: 2C1MR6464M6771628
State Of Origin: MICHIGAN
Engine: 3 Cylinder 61 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Not available
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 6995
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN🛇 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 7441B
License State: MI
Earliest Registration Date: 11/20/2001
Latest Registration Date: 11/20/2001
Expiration Date: 11/16/2002
License Plate Type: Handicapped

**Vehicle:**
Description: 1991 Geo Metro - Hatchback 4 Door
VIN: 2C1MR6464M6771628
State Of Origin: MICHIGAN
Engine: 3 Cylinder 61 Cubic Inch

Comprehensive Report

Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Not available
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 6995
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302M1030191
Title Issue Date: 4/13/2001

*Lien Holder(s)*
None

**Vehicle:**
Description: 1986 Chevrolet S10 - Pickup
VIN: 1GCCT14R7G2148390
State Of Origin: MICHIGAN
Engine: 6 Cylinder 173 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Optional
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 8907
Radio: None
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 7441B
License State: MI
Earliest Registration Date: 12/1/2000
Latest Registration Date: 12/1/2000
Expiration Date: 11/16/2001
License Plate Type: Disabled Veteran

**Vehicle:**
Description: 1992 Geo Metro - Convertible

Comprehensive Report

VIN: JG1MR336XNK212949
State Of Origin: MICHIGAN
Engine: 3 Cylinder 61 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 13177
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHNNY COLEMAN
LexID: 483179828

Potential SSN 🛈 : 308-82-xxxx
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 1/29/1978
Sex: Male
Age: 37
Tag Number: C0535
License State: MI
Earliest Registration Date: 12/1/2000
Latest Registration Date: 12/1/2000
Expiration Date: 11/16/2001
License Plate Type: Disabled Veteran

Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age:74
Tag Number: C0535
License State: MI
Earliest Registration Date: 12/1/2000
Latest Registration Date: 12/1/2000
Expiration Date: 11/16/2001
License Plate Type: Disabled Veteran

**Vehicle:**
Description: 1992 Geo Metro - Convertible
VIN: JG1MR336XNK212949
State Of Origin: MICHIGAN
Engine: 3 Cylinder 61 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 13177
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

Comprehensive Report

*Owner(s)*
Name: JOHNNY COLEMAN
LexID: 483179828

Potential SSN⬤ : 308-82-xxxx
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 1/29/1978
Sex: Male
Age: 37
Title Number: 302H2740080
Title Issue Date: 10/1/1997

Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN⬤ : 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
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302H2740080
Title Issue Date: 10/1/1997

*Lien Holder(s)*
None

**Vehicle:**
Description: 1988 Ford Taurus - Sedan 4 Door
VIN: 1FABP52U6JG173005
State Of Origin: MICHIGAN
Engine: 6 Cylinder 182 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 12872
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN⬤ : 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
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: PGN032
License State: MI
Earliest Registration Date: 12/1/1998
Latest Registration Date: 12/1/1998
Expiration Date: 11/16/1999
License Plate Type: Private

**Vehicle:**
Description: 1988 Ford Taurus - Sedan 4 Door
VIN: 1FABP52U6JG173005
State Of Origin: MICHIGAN
Engine: 6 Cylinder 182 Cubic Inch
Anti Lock Brakes: Not available

Comprehensive Report

Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 12872
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759
Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302H2480294
Title Issue Date: 9/5/1997

*Lien Holder(s)*
None

**Vehicle:**
Description: 1986 Toyota Long - Pickup
VIN: JT4RN55D7G0204029
State Of Origin: MICHIGAN
Engine: 4 Cylinder 144 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Not available
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 6748
Radio: None
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759
Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 2840DR
License State: MI
Earliest Registration Date: 12/5/1997
Latest Registration Date: 12/5/1997
Expiration Date: 11/16/1996
License Plate Type: Commercial

**Vehicle:**
Description: 1986 Toyota Long - Pickup
VIN: JT4RN55D7G0204029

Comprehensive Report

State Of Origin: MICHIGAN
Engine: 4 Cylinder 144 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Not available
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 6748
Radio: None
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈: 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302G3250112
Title Issue Date: 11/20/1996

*Lien Holder(s)*
None

**Vehicle:**
Description: 1986 Ford Tempo - Sedan 4 Door
VIN: 1FABP22X9GK136917
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 7358
Radio: AM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈: 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: PAM290
License State: MI
Earliest Registration Date: 9/3/1997
Latest Registration Date: 9/3/1997
Expiration Date: 11/16/1998
License Plate Type: Private

Comprehensive Report

**Vehicle:**
Description: 1986 Ford Tempo - Sedan 4 Door
VIN: 1FABP22X9GK136917
State Of Origin: MICHIGAN
Engine: 4 Cylinder 140 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 7358
Radio: AM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302H2460065
Title Issue Date: 9/3/1997

*Lien Holder(s)*
None

**Vehicle:**
Description: 1984 Chevrolet Celebrity - Station Wagon
VIN: 1G1AW35R9EG189170
State Of Origin: MICHIGAN
Engine: 4 Cylinder 151 Cubic Inch
Price: 8214
Front Wheel Drive: Yes
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 7441B
License State: MI
Earliest Registration Date: 3/31/1997
Latest Registration Date: 3/31/1997
Expiration Date: 11/16/1997
License Plate Type: Disabled Veteran

**Vehicle:**
Description: 1984 Chevrolet Celebrity - Station Wagon
VIN: 1G1AW35R9EG189170
State Of Origin: MICHIGAN
Engine: 4 Cylinder 151 Cubic Inch
Price: 8214
Front Wheel Drive: Yes

Comprehensive Report

Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302H0900377
Title Issue Date: 3/31/1997

*Lien Holder(s)*
None


**Vehicle:**
Description: 1984 Pontiac Firebird - Hatchback 2 Door
VIN: 1G2AX87L5EL258104
State Of Origin: MICHIGAN
Engine: 6 Cylinder 173 Cubic Inch
Price: 10649
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: LINDA LOU COLEMAN
LexID: 483391759

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Tag Number: 7441B
License State: MI
Earliest Registration Date: 1/12/1996
Latest Registration Date: 1/12/1996
Expiration Date: 11/16/1996
License Plate Type: Disabled Veteran

Record Type: HISTORICAL
Name: SCOTT KENT MYERS
LexID: 73766006839
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
Sex: Male
Tag Number: 7441B
License State: MI
Earliest Registration Date: 1/12/1996
Latest Registration Date: 1/12/1996
Expiration Date: 11/16/1996
License Plate Type: Disabled Veteran


**Vehicle:**
Description: 1984 Pontiac Firebird - Hatchback 2 Door
VIN: 1G2AX87L5EL258104
State Of Origin: MICHIGAN
Engine: 6 Cylinder 173 Cubic Inch
Price: 10649
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN

Comprehensive Report

LexID: 483391759
Potential SSN 🛈: 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
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 302G0120285
Title Issue Date: 1/12/1996

Name: SCOTT KENT MYERS
LexID: 73766006839
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
Sex: Male
Title Number: 302G0120285
Title Issue Date: 1/12/1996

*Lien Holder(s)*
None

**Vehicle:**
Description: 1989 Chevrolet G20 - Cargo Van
VIN: 1GBEG25K9K7135709
State Of Origin: MICHIGAN
Engine: 8 Cylinder 350 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 11515
Radio: None
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: LINDA LOU COLEMAN
LexID: 483391759
Potential SSN 🛈: 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
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 301P2820210
Title Issue Date: 10/9/2003

*Lien Holder(s)*
None

**Vehicle:**
Description: 1983 Chevrolet S10 - 2 Dr Wagon Sport Utility
VIN: 1G8CT18B8D0163091
State Of Origin: MICHIGAN
Engine: 6 Cylinder 173 Cubic Inch
Price: 9423
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
Name: LINDA L COLEMAN
LexID: 483391759
Potential SSN 🛈 : 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

Comprehensive Report

Address: 165 S 180TH AVE, HESPERIA MI 49421-8302, OCEANA COUNTY
DOB: 11/16/1940
Sex: Female
Age: 74
Title Number: 255993130040
Title Issue Date: 11/9/1999

*Lien Holder(s)*
None

**Watercraft:**
**Vessel:**
Hull ID: ACBK4300A09D
Description: 1990 14.17´ ALUMACRAFT BOAT CO (ALUMINUM) PLEASURE
Data Source: Governmental

*Owner(s)*
Name: LINDA COLEMAN
Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY

*Vessel Information*
Vessel Service Type: PLEASURE
Length: 14.17´

**Vessel:**
Hull ID: ACBK4300A09D
Description: 1990 14.17´ ALUMACRAFT BOAT CO (ALUMINUM) PLEASURE
Data Source: Governmental

*Owner(s)*
Name: LINDA COLEMAN
Address: 1061 LINCOLN, BROHMAN MI 49312, NEWAYGO COUNTY

*Vessel Information*
Vessel Service Type: PLEASURE
Length: 14.17´

**Vessel:**
Hull ID: ACBK4300A09D
Description: 1990 14.17´ ALUMACRAFT (ALUMINUM) PLEASURE
Data Source: Governmental

*Owner(s)*
Name: LINDA COLEMAN
Address: 1061 LINCOLN, BROHMAN MI 49312, NEWAYGO COUNTY

*Vessel Information*
Vessel Service Type: PLEASURE
Length: 14.17´

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**National Motor Vehicle Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
Name: LINDA LOU COLEMAN
Address: 1061 E LINCOLN ST, BROHMAN MI 49312
LexID: 483391759

Comprehensive Report

 **LexisNexis·** | **Accurint® for Government**

• Print Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Law Enforcement Purposes
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

Date: 02/04/15

**Report Legend:**
🅢 - Shared Address
🅓 - Deceased
✔ - Probable Current Address

**Report processed by:**

Community Defender - Southern Dist of IN
111 MONUMENT CIR STE 752
INDIANAPOLIS, IN 46204
317-383-3520 Main Phone

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name: **GREGORY PAUL LEON** | **GREGORY P LEON** | Bankruptcy: **No** |
| Date of Birth: 1/5/1956 | Age: **58**  SSN: **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** | Property: **Yes** |
| Age: **59** | **GREGORY P LEON** | Corporate Affiliations: **No** |
| LexID: 1500385707 | Age: **59**  SSN: **307-68-xxxx** | |
| SSN: **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** issued in **Indiana** between | **GREGORY PAUL LEON** | |
| 1/1/1972 and 12/31/1973 | Age: **59**  SSN: **307-68-xxxx** | |
| | **LEON PAUL** | |
| | Age: **59**  SSN: **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** | |
| | **LEON GREGORY PAUL** | |
| | Age: **59**  SSN: **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** | |
| | **G PAUL LEON** | |
| | Age: **59**  SSN: **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** | |
| | **PAUL LEON** | |
| | Age: **59**  SSN: **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** | |
| | **Utility Locator - Connect Date:** 10/19/2005 | |
| | **GREG LEON** | |
| | Age: **59**  SSN: **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** | |
| | **GREGORY LEON** | |
| | Age: **59**  SSN: **307-68-xxxx** | |
| | **GREG P LEON** | |
| | Age: **59**  SSN: **307-58-xxxx** | |
| | **GREG LEON** | |
| | Age: **59**  SSN: **307-68-xxxx** | |
| | **PAUL LEON** | |
| | Age: **59**  SSN: **307-68-xxxx** | |
| | **Utility Locator - Connect Date:** 10/19/2005 | |

**Comprehensive Report Summary:**
  Bankruptcies:

Comprehensive Report

Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 45
Median Household Income: $50,163
Median Owner Occupied Home Value: $78,151
Average Years of Education: 12
3100 VALLEY VW NE, ROCKFORD  MI 49341-8031, KENT COUNTY (Mar 1998)
**Name Associated with Address:**
PAUL LEON
**Current Residents at Address:**
MICHAEL LEN DAVIS
PAIGE PARKER DAVIS
**Current phones listed et this address:**
616-866-6940 - EST DAVIS MICHAEL
652-5609
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 41-06-22-477-003
Owner Name: MICHAEL L DAVIS  LexID: 585291747
Property Address: - 3100 VALLEY VW NE, ROCKFORD  MI 49341-8031, KENT COUNTY
Owner Address: 3100 VALLEY VW NE, ROCKFORD  MI 49341-8031, KENT COUNTY
Sale Price - $174,900
Total Market Value - $189,400
Assessed Value - $94,700
Land Size - 41382 SF
Legal Description - LOT 13 * ROGUE RIVER ESTATES
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $100,653
Median Owner Occupied Home Value: $201,773
Average Years of Education: 14
2100 ROOS AVE SW, WYOMING  MI 49509-1913, KENT COUNTY (Aug 1977 - Oct 1994)
**Name Associated with Address:**
GREGORY PAUL LEON
**Current Residents at Address:**
MICHAEL SCOTT HINES
CRISTA MARIE HINES
ENRIQUE TRUJILLO
ANN MARIE VILLAIRE
JOSHUA JAMES VILLAIRE
MARK WALTERS
241-5589
**Neighborhood Profile (2010 Census)**
Average Age: 30
Median Household Income: $38,881
Median Owner Occupied Home Value: $112,394
Average Years of Education: 12
2020 MADISON AVE SE, GRAND RAPIDS  MI 49507-3152, KENT COUNTY (Aug 1977 - Dec 1991)
**Name Associated with Address:**
GREGORY P LEON
**Current Residents at Address:**
BETHANY GRACE DEBLAAY
CHRISTOPHER PAUL DEBLAAY
ANDREW BURWELL REICHARD
SARAH ANN VANECK
HANNAH JOY VANECK
KATIE DOZEMAN
241-5589
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 41-18-07-201-005
Owner Name: CHRISTOPHER P DEBLAAY  LexID: 596358082
Owner Name 2: BETHANY G DEBLAAY  LexID: 7099475
Property Address - 2020 MADISON AVE SE, GRAND RAPIDS  MI 49507-3152, KENT COUNTY
Owner Address: 2134 PARIS AVE SE, GRAND RAPIDS  MI 49507-3122, KENT COUNTY
Sale Date - 02/27/2013
Sale Price - $172,000
Seller Name: WILLIAM STONER TRUST  LexID: 192428650438
Loan Amount - $166,553

Comprehensive Report                                                                                                                    10

Comprehensive Report

**Important:** The Public Records and commercialy available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitvely accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Law Enforcement Purposes
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 04/13/15

**Report processed by:**

Community Defender - Southern Dist of IN
111 MONUMENT CIR STE 752
INDIANAPOLIS, IN 46204
317-383-3520 Main Phone

**Report Legend:**
**S** - Shared Address
**D** - Deceased
- Probable Current Address

**Subject Information**
**(Best Information for Subject)**

Name: **JAMES RAYMOND COLEMAN** **D**
Date of Birth: 7/28/1935
Date of Death: 5/13/2014 (NEWAYGO, MI)
Age at Death: **78 (Born 79 years ago)**
LexID: 483479090
SSN: **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** issued in **Kentucky** between 1/1/1951 and 12/31/1952

**AK As**
**(Names Associated with Subject)**

**D**  **JAMES R COLEMAN**
        Age: 79  SSN: 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

**D**  **JAMES COLEMAN**
        Age: 79  SSN: 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
        **Utility Locator - Connect Date:** 10/8/2010

**D**  **J COLEMAN**
        Age: 79  SSN: 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

**D**  **JAMES COLEMAN**
        Age: 79  SSN: 407-40-xxxx
        SSN belongs to a person reported as deceased.
        **Utility Locator - Connect Date:** 10/8/2010

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
   Bankruptcies:
      None Found
   Liens and Judgments:
      None Found
   UCC Filings:
      None Found
   Phones Plus:
      None Found
   Email Address:
      None Found
   People at Work:
      None Found
   Driver's License:
      4 Found
   Address(es) Found:
      0 Verified and 13 Non-Verified Found
   Possible Properties Owned:
      2 Found
   Motor Vehicles Registered:

Comprehensive Report                                                                                                  1

Comprehensive Report

**Email Address:**
[None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
[None Found]

**Driver's License Information:**
Name: JAMES RAYMOND COLEMAN
LexID: 483479090
DL Number: C455367730592
State: Michigan
License Address: 1061 LINCOLN, BROHMAN  MI 49312, NEWAYGO COUNTY
DOB: 07/28/1935
Potential SSN : 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
Gender: Male
License Type: OPERATORS
Data Source: Governmental

Name: JAMES RAYMOND COLEMAN
LexID: 483479090
DL Number: C455367730592
State: Michigan
License Address: 1061 LINCOLN PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 07/28/1935
Potential SSN : 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
Gender: Male
License Type: OPERATORS
Data Source: Governmental

Name: JAMES RAYMOND COLEMAN
LexID: 483479090
DL Number: C455367730592
State: Michigan
License Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 07/28/1935
Potential SSN : 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
Gender: Male
License Type: OPERATORS
Data Source: Governmental

Name: JAMES COLEMAN
LexID: 483479090
DL Number: C455367730592
State: Michigan
License Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 07/28/1935
Potential SSN : 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
Data Source: Non-Governmental

**Possible Education:**
[None Found]

**Possible Properties Owned by Subject:**

**Property:**
Parcel Number - 07-17-100-010
Owner Name: JAMES R COLEMAN  LexID: 483479090
Property Address: - 1061 E LINCOLN ST, BROHMAN  MI 49312, NEWAYGO COUNTY
Owner Address: 1061 E LINCOLN ST, BROHMAN  MI 49312, NEWAYGO COUNTY
Total Market Value - $38,000
Assessed Value - $19,000
Land Size - 429,937 Square Feet
Legal Description - W 1/2 E1/2 W1/2 E1/2 NW1/4 SEC. 17 T15N R12W
Data Source - A

**Property:**

Comprehensive Report

    Parcel Number - 62-07-17-100-010
    Book - 438
    Page - 2697
    Owner Name: JAMES R COLEMAN  LexID: 483479090
    Property Address - MI
    Owner Address: 1061 LINCOLN ST, BROHMAN  MI 49312, NEWAYGO COUNTY
    Sale Date - 03/27/2010
    Sale Price - $100
    Seller Name: JOHHNY J COLEMAN  LexID: 483179828
    Seller Name 2: MARIAH C COLEMAN
    Loan Type - THIS CODE IS USED ONLY FOR BKFS LEGACY
    Data Source - B

---

Motor Vehicles Registered To Subject:
    **Vehicle:**
        Description: 2002 Chevrolet Blazer - 4 Dr Wagon Sport Utility
        VIN: 1GNDT13W72K131777
        State Of Origin: MICHIGAN
        Engine: 6 Cylinder 262 Cubic Inch
        Anti Lock Brakes: 4 wheel standard
        Air Conditioning: Standard
        Daytime Running Lights: Standard
        Power Steering: Standard
        Power Brakes: Standard
        Power Windows: Optional
        Security System: Anti-theft device
        Roof: None / not available
        Price: 25430
        Radio: AM/FM Cassette
        Front Wheel Drive: No
        Four Wheel Drive: No
        Tilt Wheel: Optional
        Data Source: Governmental

    *Registrant(s)*
        Record Type: HISTORICAL
        Name: JAMES RAYMOND COLEMAN
        LexID: 483479090

        Potential SSN 🔒 : 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
        Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
        DOB: 7/28/1935
        Sex: Male
        Age: 79
        Tag Number: 5566G8
        License State: MI
        Earliest Registration Date: 8/3/2012
        Latest Registration Date: 7/11/2013
        Expiration Date: 7/28/2014
        License Plate Type: Private

    **Vehicle:**
        Description: 2002 Chevrolet Blazer - 4 Dr Wagon Sport Utility
        VIN: 1GNDT13W72K131777
        State Of Origin: MICHIGAN
        Engine: 6 Cylinder 262 Cubic Inch
        Anti Lock Brakes: 4 wheel standard
        Air Conditioning: Standard
        Daytime Running Lights: Standard
        Power Steering: Standard
        Power Brakes: Standard
        Power Windows: Optional
        Security System: Anti-theft device
        Roof: None / not available
        Price: 25430
        Radio: AM/FM Cassette
        Front Wheel Drive: No
        Four Wheel Drive: No

Comprehensive Report

Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN 🔒 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age:79
Title Number: 301A0660127
Title Issue Date: 3/6/2012

*Lien Holder(s)*
None

**Vehicle:**
Description: 1983 Ford E350 - Motorized Home
VIN: 1FDKE30LXDHA78486
State Of Origin: MICHIGAN
Engine: 8 Cylinder 460 Cubic Inch
Price: 00000
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN 🔒 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age:79
Tag Number: 372032B
License State: MI
Earliest Registration Date: 3/15/2011
Latest Registration Date: 3/15/2011
Expiration Date: 4/14/2011

**Vehicle:**
Description: 1983 Ford E350 - Motorized Home
VIN: 1FDKE30LXDHA78486
State Of Origin: MICHIGAN
Engine: 8 Cylinder 460 Cubic Inch
Price: 00000
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN 🔒 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age:79
Title Number: 302Z0740111
Title Issue Date: 3/15/2011

*Lien Holder(s)*
None

Comprehensive Report

8

Comprehensive Report

**Vehicle:**
Description: 2002 Subaru Legacy - Station Wagon
VIN: 4S3BH665027631364
State Of Origin: MICHIGAN
Engine: 4 Cylinder 153 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 22895
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: Yes
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age:79
Tag Number: 6149F2
License State: MI
Earliest Registration Date: 1/24/2011
Latest Registration Date: 1/24/2011
Expiration Date: 7/28/2011
License Plate Type: Private

**Vehicle:**
Description: 2002 Subaru Legacy - Station Wagon
VIN: 4S3BH665027631364
State Of Origin: MICHIGAN
Engine: 4 Cylinder 153 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 22895
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: Yes
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN 🛈 : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age: 79
Title Number: 301Z0240100
Title Issue Date: 1/24/2011

*Lien Holder(s)*

Comprehensive Report

None

**Vehicle:**
Description: 1990 Pontiac Sunbird - Coupe
VIN: 1G2JB14K9L7591218
State Of Origin: MICHIGAN
Engine: 4 Cylinder 121 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 8799
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age: 79
Tag Number: 6149F2
License State: MI
Earliest Registration Date: 6/18/2009
Latest Registration Date: 7/7/2010
Expiration Date: 7/28/2011
License Plate Type: Private

**Vehicle:**
Description: 1990 Pontiac Sunbird - Coupe
VIN: 1G2JB14K9L7591218
State Of Origin: MICHIGAN
Engine: 4 Cylinder 121 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 8799
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN : 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
Address: 1061 E LINCOLN ST, BROHMAN  MI 49312, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age: 79
Title Number: 302X1460287

Comprehensive Report

Comprehensive Report

Title Issue Date: 5/26/2009

*Lien Holder(s)*
    None

**Vehicle:**
    Description: 1992 Ford Aerostar - Sport Van
    VIN: 1FMDA11U9NZB42495
    State Of Origin: MICHIGAN
    Engine: 6 Cylinder 182 Cubic Inch
    Anti Lock Brakes: Rear only standard
    Air Conditioning: Optional
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Optional
    Security System: None
    Roof: None / not available
    Price: 13739
    Radio: AM
    Front Wheel Drive: No
    Four Wheel Drive: No
    Tilt Wheel: Optional
    Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: JAMES RAYMOND COLEMAN
    LexID: 483479090

    Potential SSN 🛈 : 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
    Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
    DOB: 7/28/1935
    Sex: Male
    Age: 79
    Tag Number: 0JYC51
    License State: MI
    Earliest Registration Date: 2/5/2009
    Latest Registration Date: 2/5/2009
    Expiration Date: 7/28/2009
    License Plate Type: Private

**Vehicle:**
    Description: 1992 Ford Aerostar - Sport Van
    VIN: 1FMDA11U9NZB42495
    State Of Origin: MICHIGAN
    Engine: 6 Cylinder 182 Cubic Inch
    Anti Lock Brakes: Rear only standard
    Air Conditioning: Optional
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Optional
    Security System: None
    Roof: None / not available
    Price: 13739
    Radio: AM
    Front Wheel Drive: No
    Four Wheel Drive: No
    Tilt Wheel: Optional
    Data Source: Governmental

*Owner(s)*
    Name: JAMES RAYMOND COLEMAN
    LexID: 483479090

    Potential SSN 🛈 : 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
    Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
    DOB: 7/28/1935

Comprehensive Report

Sex: Male
Age: 79
Title Number: 301T0660226
Title Issue Date: 3/7/2006

*Lien Holder(s)*
None

**Vehicle:**
Description: 1999 EZ LOADER - TRAILER
VIN: A540171
State Of Origin: MICHIGAN
Data Source: Governmental

---

*Registrant(s)*
Record Type: HISTORICAL
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age: 79
Tag Number: A540171
License State: MI
Earliest Registration Date: 5/3/2004
Latest Registration Date: 5/3/2004
Expiration Date: 5/3/2005
License Plate Type: Trailer

**Vehicle:**
Description: 1985 Ford F150 - Pickup
VIN: 1FTDF15Y6FLA82599
State Of Origin: MICHIGAN
Engine: 6 Cylinder 300 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Optional
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 7902
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JAMES RAYMOND COLEMAN
LexID: 483479090

Potential SSN : 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
Address: PO BOX 15, BROHMAN  MI 49312-0015, NEWAYGO COUNTY
DOB: 7/28/1935
Sex: Male
Age: 79
Tag Number: VK7500
License State: MI
Earliest Registration Date: 8/21/1997
Latest Registration Date: 8/21/1997
Expiration Date: 7/28/1998
License Plate Type: Commercial

Comprehensive Report

**Vehicle:**
    Description: 1997 HOLLYPARK - MOTORIZED HOME
    VIN: NHP971405
    State Of Origin: MICHIGAN
    Data Source: Governmental

    *Owner(s)*
        Name: JAMES RAYMOND COLEMAN
        LexID: 483479090

        Potential SSN 🔒: 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
        Address: PO BOX 15, BROHMAN MI 49312-0015, NEWAYGO COUNTY
        DOB: 7/28/1935
        Sex: Male
        Age: 79
        Title Number: 302Y2660090
        Title Issue Date: 9/23/2010

    *Lien Holder(s)*
        None

**Watercraft:**
    [None Found]

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

**Possible Criminal Records:**
    [None Found]

**Sexual Offenses:**
    [None Found]

**National Motor Vehicle Accidents:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    Name: JAMES RAYMOND COLEMAN
    Address: 1061 E LINCOLN ST, BROHMAN MI 49312
    LexID: 483479090
    DOB: 1935
    Gender: Male
    State of Registration: Michigan
    Status: ACTIVE

    Name: JAMES RAYMOND COLEMAN
    Address: 1061 E LINCOLN ST, BROHMAN MI 49312
    LexID: 483479090
    DOB: 1935
    Gender: Male
    State of Registration: Michigan
    Status: ACTIVE

    Name: JAMES RAYMOND COLEMAN
    Address: 1061 E LINCOLN ST, BROHMAN MI 49312
    LexID: 483479090
    DOB: 1935
    Gender: Male
    State of Registration: Michigan
    Status: ACTIVE