# EXHIBIT 1.12





## Department of Licensing and Regulatory Affairs

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

### CORPORATE ENTITY DETAILS

**Searched for:** THE LEON CHRISTIAN HOME/PROJECT HOMELESS INC.

**ID Num:** 761227

**Entity Name:** THE LEON CHRISTIAN HOME/PROJECT HOMELESS INC.

**Type of Entity:** Domestic Nonprofit Corporation

**Resident Agent:** GREGORY PAUL LEON

**Registered Office Address:** 2100 ROOS S.W. WYOMING MI 49509

**Mailing Address:**

**Formed Under Act Number(s):** 162-1982

**Incorporation/Qualification Date:** 7-25-1991

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 0

**Year of Most Recent Annual Report:** 91

**Year of Most Recent Annual Report With Officers & Directors:**

**Status:** AUTOMATIC DISSOLUTION   **Date:** 10-1-1994

View Document Images

Return to Search Results                    New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2015 State of Michigan