# EXHIBIT 1.13

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION


IN RE:   GABRION


WITNESS:   RICHARD CHARLES MILLER


PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before Patricia R. Pritchard, CER, Notary Public in and for the County of Kent, Grand Rapids, Michigan, in the Grand Jury Room, Ford Federal Building, Grand Rapids, MI, on Tuesday, May 5, 1998, commencing at 1:25 p.m.


APPEARANCE:                    Mr. Timothy P. VerHey
                               Assistant U.S. Attorney
                               The Law Building - Fifth Floor
                               330 Ionia Avenue, NW
                               Grand Rapids, MI   49503
                               (616) 456-2404


ALSO APPEARING:                Ms. Chrystal Roach
                               Special Assistant US Attorney
                               County Prosecutor
                               Newaygo County

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002209

Gabrion 049618

34

June of '97, that, of course, being the charges were dropped.  He was released from bond.

Q    All right.  Now, we're going to get into more detailed testimony from other witnesses on this, but through your investigation were you able to come up with a last known date that Rachel Timmerman was seen alive?

A    The last known positive date we can confirm is June 3rd, and that is based upon the sighting of her stepmother, her stepsister and a family friend that approximately five o'clock in the evening a man came to the house in Cedar Springs, who the rest of the family did not know, and she left with that subject taking her child with her and she had not been seen since then nor any telephone conversations with her.

        We have other people that have told us that they have seen her later on that same day and possibly have seen her a day or two later in the company of different people.

Q    All right.  And you're talking about June 3rd, 1997?

A    That's correct.

Q    You mention that the body floating in the lake had two cinder blocks attached to it, correct?

A    That's correct.

Q    And you pointed out that there were some distinguishing characteristics on the cinder blocks, a stripe marking on one side and a red coloring on the opposite side?

A    That's correct.

**0002242**

Gabrion 049651

51

possible that the shorts that -- we are given a different description of the type of clothing that she had when she left, but when she left with her baby she also left with a large diaper bag.

GRAND JUROR:  Shoes were never found?

THE WITNESS:  Pardon me?

GRAND JUROR:  The shoes were never found?

THE WITNESS:  No.  But she also -- we also know that Rachel was from a fragmented family.  Her mother lived in Newaygo County; her dad lived in Cedar Springs with her step-mother. Rachel also had clothing in Newaygo County.

GRAND JUROR:  But she was never seen at her mother's house during that time?

BY MR. VERHEY:

Q     Do you know if she was seen during that time at her mother's house?

A     We are going to produce witnesses which will give you information that will tell you that, in their opinion, she was seen at her mother's house and at the home immediately adjacent to her mother's house.  I'll characterize them as neighborhood friends.

MR. VERHEY:  Those are some of the witnesses we're going to call today or tomorrow.

GRAND JUROR:  At the start of this you mentioned that there was a bar code on one of the --

0002259

Gabrion 049668