# EXHIBIT 1.14

Reward offered in murder investigation                                                    http://www.pioneergroup.net/news/reward.html

news   e-mail us

news
archive

## Reward offered in Timmerman murder investigation

**By Jeff Steele**
**Pioneer Staff Writer**

WHITE CLOUD -- A $4,000 reward is being offered for information leading to the arrest of a suspect in the murder of Rachel Timmerman. And, law enforcement officers are investigating a missing persons report which could be tied to the case.

Police officers identified the suspect, Marvin Charles Gabrion II (pictured), in early August but have been unsuccessful in locating him.

Timmerman's body was found in Oxford Lake on July 5 but the whereabouts of her daughter, one-year-old Shannon, are still unknown. Shannon was with her mother just prior to her death, officers said. Wednesday, Newaygo County Prosecutor Chrystal Roach issued a statement saying, "investigators have found no indication that Shannon VerHage is dead and continue in the assumption that the child remains alive. Her whereabouts are unknown."

The reward is being offered by friends of one-year-old Shannon. Persons with information should call Silent Observer (616-652-1121), the Michigan State Police, or Newaygo County Sheriff's Department at 616-689-6623.

Police are also investigating the disappearance of Wayne Patrick Davis, 45 of Newaygo, who was an "endorsed witness" in a rape case pending in the Newaygo County Courts wherein Timmerman alleged Gabrion raped her. According to Newaygo County officials, Davis was last seen in the company of Marvin  Charles Gabrion in early February of this year.

"Davis was living in the Newaygo area and appears to have left his home in some haste," said officials at the Newaygo County's Prosecutor's Office.

Gabrion 019762

1 of 2                                                                                    09/12/99 10:20:46

Timmerman, of Cedar Springs, had filed a rape charge against Gabrion and then, in a hand-written note, withdrew the charge. Law enforcement officials believe that the note in question was written under duress, but had to accept it at face value. The case was dismissed.

Timmerman and her baby were last seen Tuesday, June 3rd, leaving her father's home in Cedar Springs. "She seemed real happy to come here to live with us when she got out of jail," Tim Timmerman said.

Rachel Timmerman had been arrested for delivery/manufacture of a controlled substance and was sentenced to one year in jail on July 18, 1996. She received 18 months probation but was jailed for violating her parole and was released on May 5.

"She'd been involved with some pretty crummy people," her father said. "My wife watched Shannon while Rachel worked at McDonalds (in Cedar Springs)."

"John Weeks...he was a friend of Gabrion and he's missing. Murdered, that's what we believe," Timmerman said. "Rachel left here on June 3 and she was seen, in town, on the fourth. We've heard that the police think Weeks picked her up from here but my family thinks it was Eddie (not sure of last name). He lives next door to my ex-wife in Newaygo County," Timmerman said.

"I think there's more than one dead, maybe three; my daughter, Wayne Davis, and John Weeks," he said.

Newaygo County is not the only jurisdiction looking for Gabrion. Roach said Mecosta County holds a warrant for Gahrion's arrest on an unrelated felony.

Back to the News Page

Home | News | Weather | Sports | Technology | Circulation | Classifieds

© 1997 The Pioneer Group

Gabrion 019763

09/12/99 10:20:46