# EXHIBIT 1.15

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION


IN RE:   GABRION


WITNESS:   TINA KANADY


PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before Patricia R. Pritchard, CER, Notary Public in and for the County of Kent, Grand Rapids, Michigan, in the Grand Jury Room, Ford Federal Building, Grand Rapids, MI, on Wednesday, May 6, 1998, commencing at 9:10 a.m.


APPEARANCE:            Mr. Timothy P. VerHey
                       Assistant U.S. Attorney
                       The Law Building - Fifth Floor
                       330 Ionia Avenue, NW
                       Grand Rapids, MI   49503
                       (616) 456-2404


Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001761

Gabrion 049372

9

A    Yes, I did.

Q    And you did know someone named Rachel Timmerman, didn't you?

A    Yes, I did.

Q    How did you know Rachel Timmerman?

A    She was Roxanne's friend, so I met her through Roxanne.

Q    And so because she came to visit Roxanne VanSlyke, you also met her that way?

A    Yes.

Q    Did you consider her a friend or acquaintance of yours?

A    Yes, I did.

Q    How often would she come by to visit you or Roxanne VanSlyke?

A    Sometimes a couple times a week.  Sometimes once a week. Her daughter was about pretty close to the same age as my son at the time, so them two would play, too.

Q    So she'd come over to visit and maybe let her child play with your child?

A    Yes.

Q    Now, you were asked by the investigators about whether Rachel Timmerman came by to visit you or Roxanne VanSlyke in the evening hours of June 3rd, 1997, weren't you?

A    Yes, I was.

Q    And you told them that she did come by?

A    Um-hmm, yes.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001769

Gabrion 049380

Q    Could you tell us what happened?  What do you recall about her visit that evening?

A    I remember she came in.  She invited me and Roxanne to a party.  I believe it was at Pig's Point.  She left us directions, but we couldn't go because I didn't have a sitter.  But she left us directions and said, "If you get a baby-sitter, come on by." And we said, "Okay."  It was really dark out.  I watched her go through the yard because we had two pit bulls at the time.

Q    You had two what?

A    Two pit bulls.

Q    I see.

A    So I watched her get through the yard, make sure they didn't bite her or nothing.  And as she was going through the yard, Roxanne's aunt came out of their house and asked who it was running through the yard.  And she said it was Rachel, and she said, "Okay."  And Rachel got in the car, and she left.

Q    So that's about all you remember of that meeting?

A    Yeah.

Q    It was in the evening then because it was dark out?

A    Yeah.  It was really dark out.

Q    Can you give an approximate time for when she came by?

A    Maybe 10:30, 11 o'clock at night.

Q    Pig's Point, what is Pig's Point?

A    I'm not very sure.  I'm not familiar with Newaygo, but I think it's like a party spot where people go and party and have

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001770

Gabrion 049381

11

parties and stuff.

Q    Is it a bar or is it just an empty field or what?

A    Yeah.  It's probably just like an empty field.  I'm not sure.  I only lived up there for a few months with Roxanne and her family, so --

Q    All right.  When Rachel Timmerman came to visit and asked you about going to this party, did she have anyone with her when she came into the trailer?

A    I don't believe so, no.  It was just her.

Q    Do you recall seeing her baby?

A    No.

Q    Do you recall how she was dressed?

A    I believe she was just wearing jeans a shirt.

Q    Do you recall what kind of shirt?

A    No, I don't.

Q    Let's see.  July -- excuse me.  June is a summer month, right?

A    Um-hmm.

Q    Do you recall it being warm out or cold out?

A    Probably a little bit chilly because it was night out.

Q    All right.  Do you recall if the shirt she was wearing was a flannel type shirt?

A    I'm not sure.  It might have been a T-shirt.  I mean she could have a flannel and just not wearing it at the time, you know.  She could have had it off, but I believe she was wearing a

0001771

Gabrion 049382