# EXHIBIT 1.17

*Agent*

.IJ-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___08/21/97___

     Roxanne Marrie Vanslyke, date of birth January 23, 1981, of 7865 East 36th Street, Newaygo, Michigan, was advised of the identity of the interviewing Agent and the purpose of the interview.  Vanslyke then provided the following information:

     Vanslyke was questioned about the last time she saw Rachel Timmerman and her daughter Shannon Verhage.  Vanslyke believes that she saw Rachel Timmerman and her daughter during the Memorial Day weekend.  Vanslyke could not recall the day, but thought that it was sometime during the holiday weekend. Vanslyke was questioned about her previous statement to Officers that the date was on June 3, 1997, and Vanslyke indicated she did not think it was that date.  Vanslyke advised that Rachel Timmerman had visited her and Tina Kanady while they were staying at the camper at the Burke residence.  Rachel wanted to know if Roxanne and Tina wanted to go to a party that evening at Pig's Point.  Rachel came to the camper at approximately 10:30 or 11:00 p.m. with her daughter whom Rachel put on the bed with Tina's baby son.  Vanslyke and Kanady did not want to go to the party with Rachel, but Rachel left directions for the party location and then left with her daughter.  Vanslyke advised that she saw Rachel cross in front of the Burke house and get into a red pickup truck driven by a man.  Vanslyke did not see the man who was in the pickup truck because it was dark and he did not get out of the vehicle.  Vanslyke also recalled that while Rachel was walking across the yard, Kim Hamblin shouted "who's there?" to which Rachel responded "It's me."  Vanslyke then stated it was possible that the date Rachel came over was June 3, 1997, but Vanslyke could not be sure.

     Earlier in the evening on the same day, Rachel and her daughter came over to the camper, a guy from Chestnut Street had stopped by to ask Roxanne if she wanted to go the party at Pig's Point that evening.  Roxanne Vanslyke declined the offer. Vanslyke could not recall the guy's name, but indicated he lives with his mother and two sisters in a white and brown trailer on Chestnut Street behind a white house and the Cozy Inn Restaurant. Vanslyke described him as a white male, approximately 17 to 19 years old, with black short hair.

---

Investigation on ___08/18/97___ at ___Newaygo, Michigan___

File # ___7A-DE-80788___                      Date dictated ___08/19/97___

by ___SA Roberta L. Gilligan/bjj___

**0003235**

Gabrion 000103

D-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of ___Roxanne Marrie Vanslyke___ , On 08/18/97 , Page ___2___

Vanslyke was questioned about Eddie Start's comments to her the next day about Rachel not coming back. Vanslyke denied ever making those statements to Officers in her previous interview. Vanslyke could not recall who she went swimming with and added that she goes swimming almost every day and it could have been anybody in her family or her friends.

Vanslyke denied lying for her uncle Eddie Start and stated that if he was involved in killing Rachel Timmerman, then he deserves everything he gets. Vanslyke also stated she did not think Eddie Start would ever kill a child, as he has children of his own.

Vanslyke had not seen Vern Sivertson for some time. Vanslyke did not know who Vern Sivertson was seeing, but Vern had asked Vanslyke to contact a woman named Dawn, whom Vern wanted to date. Vanslyke indicated she called Dawn, but Dawn indicated she did not want to have anything to do with Vern Sivertson. Vanslyke could not recall Dawn's last name, but described her as being approximately 30 years old with dark hair and very thin. Vanslyke advised that Dawn has a young girl, approximately four or five years old, named Danielle, and a couple of older children. Vanslyke did not think Dawn had a baby.

Vanslyke knows of a Delbert, but has not seen this person since she was a very young child.

Vanslyke advised that she had a telephone number for Dawn, but not her address, and would obtain that telephone number from the house. Vanslyke then left the vehicle and entered the house to obtain the telephone number and after leaving the house, went directly to the garage where her father was located. After returning from the garage to interviewing Agent, Vanslyke stated she did not have the telephone number. Vanslyke then provided interviewing Agent with two 8-1/2 by 11 notebook pages, which Vanslyke indicated Rachel had written on when she was trying to provide directions to the party at Pig's Point. When asked why Rachel had written names and then scratched these out and started on two different pages, Vanslyke stated that Rachel was high on acid at the time and was having a problem writing directions.

Vanslyke advised that to her knowledge, Rachel Timmerman and Eddie Start did not have a relationship. Rachel

**0003236**

Gabrion 000104

FD-302a (Rev.10-6-95)

7A-DE-80788

Continuation of FD-302 of  **Roxanne Marrie Vanslyke** , On **08/18/97** , Page **3**

had been interested in dating Eddie Start and had wanted Vanslyke to persuade Eddie Start to date Rachel.  Eddie Start was not interested in Rachel because, at the time, he was dating Kim Phillips.

**0003237**

Gabrion 000105