# EXHIBIT 1.18

*Agent*

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___08/29/97___

Danny Earl Holmes, date of birth October 16, 1970, of 817 Park Street, Apartment One, Grand Rapids, Michigan, telephone number (616) 458-9376, pager (616) 495-7132, was advised of the identity of the interviewing Agent and Michigan State Police Detective Sergeant Robert Schumann. Holmes voluntarily appeared at the Grand Rapids FBI Office and provided the following information:

Danny Holmes is the cousin of Eddie Start, who was also Holmes' best friend in past years. Holmes advised that over the past year, Start has become more strange and violent and, as a result, Holmes has not associated with Start since approximately one year ago. Start used to physically abuse his wife, Teresa Start, and has been known to beat up on other women in the past. As an example, Holmes advised that Start had physically beaten a former girlfriend named Sherry Linartz (phonetic). Linartz was a girlfriend of Start's and on one occasion, Linartz had borrowed Start's car. Upon returning with the car, Start became very upset with Linartz and beat her up to the extent that she had to be admitted to a hospital.

The last time that Holmes saw Eddie Start was approximately two weeks ago, while they were both driving northbound on Route 131. Holmes advised that he and his children were in a vehicle and happened to pass Eddie Start, who was with his girlfriend Tammy Last Name Unknown (LNU). Start tried to pass Holmes and then cut in front of Holmes and put on his brakes in an attempt to have Holmes rearend Start. This occurred on several occasions before Holmes finally took an exit. Start followed Holmes to the exit and both Holmes and Start exited their vehicles and started arguing. Start told Holmes to come back to Start's home, where Holmes knew Start would have his brothers try to beat up Holmes. Holmes was also in a vehicle with Jody Vance and they were en route to Upper Peninsula of Michigan. Start took off and Holmes thought Start may have been driving to his mother's residence in Newaygo, Michigan.

Holmes met Rachel Timmerman when he used to visit at the Burkes' residence in Newaygo. Timmerman would come over to the Burkes' place and party with the other people at Burkes. Holmes advised that he did not really know Rachel that well. The

Investigation on ___08/28/97___ at Grand Rapids, Michigan

File # 7A-DE-80788                                    Date dictated 08/29/97

by SA Roberta L. Gilligan/bij

## 0001697

Gabrion 000123

FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of ___Danny Earl Holmes_____ , On _08/28/97_____ , Page ___2___

last time that Holmes saw Rachel Timmerman with her baby was sometime before Rachel went to jail. Rachel had been at the Burkes' residence with her daughter visiting.

Holmes advised that Rachel Timmerman, at the time, was going out with Eddie Start. Eddie Start would take Rachel to her probation officer, as well as take Rachel's daughter to the doctor whenever she had an appointment.

Holmes recalled on one occasion that Rachel Timmerman discussed her rape charge. Holmes did not know the person or recall the name of the person who had raped Rachel. Rachel was primarily discussing the matter with Jody Vance and Holmes did not particularly pay much attention to the conversation. Holmes recalled that this conversation occurred sometime before Rachel went to jail. Holmes does not recall Rachel mentioning anything about threats or fearing for her life in connection with the rape charge. Holmes was of the impression that it was not that big of a deal and that Rachel was considering dropping the rape charges. Rachel had explained that she was drunk at the time the rape occurred.

The last time that Holmes saw Rachel Timmerman, Rachel had stopped to talk to Teresa Start, who was living in Grand Rapids, Michigan, on McReynolds Street. Rachel had indicated she was with Eddie Start at the time, but Rachel did not have her baby with her then. Holmes does not know if Eddie may have had the child when Rachel came to Teresa's home. Holmes advised that while Rachel was at Teresa's, Eddie Start was around the corner at Roger Carlton's house. This visit by Rachel occurred approximately two weeks before she was missing. When Start and Rachel drove to Grand Rapids, Start was driving his brother, Eric's, Ford pickup truck. Holmes advised that this truck has a gray primer color and a half exhaust system which makes it somewhat of a loud vehicle. Holmes advised that Start constantly borrowed this vehicle.

After Rachel had been missing, Eddie Start told Roxanne Vanslyk and Teresa Start that he had received letters from Rachel which indicated she stole her baby and moved out of state. Holmes did not personally hear Start comment about the letters, but heard this through Teresa Start.

**0001698**

Gabrion 000124

FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of __Danny Earl Holmes_____, On _08/28/97_____, Page ___3___

     Holmes advised that Roxanne Vanslyk, a niece of Eddie Start, has a lot of knowledge about Eddie Start's involvement with Rachel Timmerman.  Roxanne had told Holmes and Teresa Start, and Tina Belbott that Eddie and Rachel were at the Burkes' residence the last time that Rachel was seen.  Rachel and Eddie were going to a party and Rachel had her baby at the time.  Roxanne advised this was the last time that Rachel was seen.  Roxanne had advised that the party was at Pigs Point, but Eddie Start did not want Roxanne and her friend Tina Kanady to go to the party that night.  Rachel Timmerman, however, had provided Roxanne and Tina with directions to Pigs Point in the event they could make the party that evening.

     Eddie Start used to date Kim Phillips, who has also been interviewed by law enforcement officers.  Holmes advised that Teresa Start had let Kim Phillips live with her after Kim and Eddie Start had ended their relationship.  After Phillips had been interviewed by the Michigan State Police, Phillips had commented to Holmes, Teresa Start, and Tina Belbott that she thought her handcuffs were the ones used on Rachel when she was murdered.  Phillips had further stated that when she checked her storage area to find the handcuffs, they were gone.  Phillips indicated she was going to purchase a replacement pair so that Eddie Start would not get in trouble.  Phillips admitted that she lied to the police and told them that the handcuffs were still in storage even though they were not.  Phillips further indicated she did not want to become involved and would lie, if necessary.

     Holmes was questioned about his knowledge of Eddie Start's behavior and involvement with his children.  Holmes advised that Eddie Start does not care for his children and is frequently seen smacking his children around.  Eddie Start causes problems for Teresa Start because Eddie does not want Teresa to have custody of the children or to be with anyone else.  Holmes described one incident in which Eddie Start took his two-year-old son from Teresa and would not let Teresa have the son back.  Start demanded that Teresa pay him $200.00 in order to get the child back.  When Teresa Start told him no, and that she only had $20.00, Start told her that she could pick up the child at Vern Sivertsen's house.  Teresa Start went to Vern's house, where she picked up the child and also had to give Eddie Start $20.00.  ✓

Gabrion 000125



FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of  Danny Earl Holmes _____, On 08/28/97 ____, Page ___4__

Holmes believes that Eddie Start is responsible for Rachel Timmerman's death. Holmes based his belief on Eddie Start's violent behavior, especially towards women. Holmes advised that Teresa Start was once duct taped around the eyes and the mouth by Eddie Start. This was allegedly witnessed by Teresa Start's brother, Dale Lawe. Start apparently thought this was funny and has frequently bragged about duct taping Teresa. Holmes believes this may be one of the last occasions that Teresa Start was with Eddie Start. In addition, Eddie Start had talked about the letters from Rachel before Rachel's body was found. Eddie Start had mentioned this to Judy Vance, as well as Teresa Start. Since the investigation into Rachel Timmerman's death, Eddie Start has threatened Teresa on several occasions. Start has threatened to kill Teresa because of her involvement with Danny Holmes. In addition, Start continually threatens to take her children away and will walk into her home to take the children whenever he wants.

Holmes, Vern Sivertsen and Evert Embree, also known as Noodles, will not associate with Eddie Start anymore. Holmes suspects the reason is that Start may have been involved in Rachel's death. Holmes does not think that Evert Embree would be involved in any way with Rachel's death and commented that "Noodles would not hurt anyone." Embree was not a violent or mean individual and had openly discussed being interviewed by the police. Eddie Start, on the other hand, had never commented about his interviews with the police. Holmes and others had not learned of Start's questioning until it was mentioned by Evert Embree. Holmes also did not think that Vern Sivertsen would be involved in hurting Rachel either. Although Holmes believes Vern Sivertsen to be a violent person who likes to fight, Sivertsen is only interested in fighting guys.

Teresa Start recently learned from Mary Vanslyk, who lives at the same location as Eddie Start, that Eddie Start is staying close to home and "minding his Ps and Qs." Mary Vanslyk also allegedly indicated that Eddie Start is afraid that he may be in trouble.

Holmes advised that Eddie Start and his friend, Bobby Durham, were involved in Breaking and Enterings and had been bragging about the weapons they had obtained on these incidents. Holmes advised that his mother's house, Marla Coppenaul

**0001700**

Gabrion 000126

FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of  Danny Earl Holmes                          . On 08/28/97       . Page    5

(phonetic), had suspected that Holmes was involved, but Holmes had learned that Eddie Start and Durham had robbed his mother's house.  Start allegedly bragged about stealing two British 303 weapons and some shotguns and was trying to sell these weapons. Holmes advised that his mother, Marla, lives with her new husband, John Coppenaul, on Polk Road, in Stanwood, Michigan. Holmes could not recall the exact address.

Holmes advised of the vehicles he was aware that Eddie Start has used.  Start has frequently driven the Ford pickup which is a gray primer color.  Holmes advised the reason the truck has primer is because Start has been involved in many hit and run accidents.  Start also has access to an Aries, which is yellow or gold, and a big green motor vehicle.  Start also has access to a light colored Monte Carlo and at one time had access to a tan or yellow Ford Tempo.  Holmes is also aware that Start had access to a fiberglass boat which Start has previously used as a row boat.

Holmes advised that Start and his brother, Eric Vanslyk, are also involved in stealing gas and will steal stolen car parts from junk yards and resell them.

Holmes was not familiar with Rachel Timmerman's mother, Velda Timmerman, but knew that she had previously dated an individual named Jim Toller (phonetic).

Holmes was shown a composite drawing of the person who picked up Rachel and Shannon in early June.  Holmes did not know the identity of anyone matching this composite, but thought that it looked somewhat similar to Eddie Start.  Holmes thought that the hair on the composite was similar to Eddie Start's, but the facial features were not the same.  Holmes advised that Start has dirty blond hair which can occasionally look darker because Start does not always wash it, especially after working on vehicles.

Holmes advised that if Start was involved in Rachel's death, Holmes does not know what Start would have done with the missing baby.

0001701

Gabrion 000127