# EXHIBIT 1.19

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:  GABRION

WITNESS:  DANNY HOLMES

PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before
Patricia R. Pritchard, CER, Notary Public in and for the
County of Kent, Grand Rapids, Michigan, in the Grand Jury
Room, Ford Federal Building, Grand Rapids, MI, on Tuesday,
May 5, 1998, commencing at 3:30 p.m.

APPEARANCE:          Mr. Timothy P. VerHey
                     Assistant U.S. Attorney
                     The Law Building - Fifth Floor
                     330 Ionia Avenue, NW
                     Grand Rapids, MI   49503
                     (616) 456-2404

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001706

Gabrion 049354

2

## I N D E X

WITNESS:                                                          PAGE

DANNY HOLMES

Grand Jury Testimony   5/5/98
Grand Jury No. 97-3


EXHIBITS                                                        MARKED

None

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001707

Gabrion 049355

3

Grand Rapids, Michigan

Tuesday, May 5, 1998 - 3:30 p.m.

DANNY HOLMES

called as a witness and sworn by the jury foreperson

testified on his oath as follows:

EXAMINATION

BY MR. VERHEY:

Q      Sir, would you state your name and spell your last name for the benefit of the court reporter?

A      Danny Holmes, H-o-l-m-e-s.

Q      All right.  Mr. Holmes, before we ask you any questions here this afternoon, I have to tell you what this group of people is and what your rights and responsibilities are.

This is a federal grand jury.  It's a group of people whose job it is to investigate possible violations of federal criminal law in the Western District of Michigan.  Today the grand jury is investigating the possibility that a murder has been committed as that word is defined by Title 18 of the United States Code.

As a witness before the grand jury, it's your responsibility to understand certain things, and the most important of those is that this is a tribunal of the United States, and you have just taken an oath to tell the truth. That's an important thing for you to keep in mind because if you were to make a false statement here today, you could be

0001708

Gabrion 049356

4

prosecuted for perjury for every false statement you made.  The federal perjury statute carries a maximum penalty of imprisonment for five years, a fine of $250,000, a period of supervised release of three years and a special assessment of $100.  Do you understand those penalties?

A    Yes.

Q    You also have the right not to answer any question if a truthful answer would tend to incriminate you.  Do you understand that?

A    Yes.

Q    Finally, you have the right to seek the assistance of a lawyer if you choose to do so.  I should tell you that if you did have a lawyer, he or she could not be in this room with you today because this is a secret proceeding and every one of us is bound by an oath of secrecy.  However, if you wanted to consult with your attorney, we would make arrangements for you to leave the room and you could do that.  Do you understand your right to an attorney?

A    Yes.

Q    Thank you, sir.  Can you tell us where you live?

A    I'm living at 306 Indiana Street.

Q    And what city is that?

A    Grand Rapids.

Q    Keep in mind this is a pretty big room -- I don't usually talk this loud myself -- and you'll have to speak a little bit

0001709

Gabrion 049357

5

louder than you usually do.  How long have you lived at that address?

A    Just for about a week or two.

Q    And where did you live before that?

A    942 Sheridan.

Q    Also in Grand Rapids?

A    Yeah.

Q    And how long did you live at that address?

A    For about five, six months.

Q    So that would take us into late 1997?

A    Yeah.  Since about January, I think.

Q    All right.  Before --

A    Somewhere around there.

Q    I'm sorry.  Before that, where did you live?

A    Over on McReynolds.

Q    Is that also in Grand Rapids?

A    Yes.

Q    And how long did you live on McReynolds Street?

A    Just for a few months.

Q    Was that during the summer of 1997?

A    Yes.

Q    Did that include the month of June, for example?

A    Yes.

Q    Now, I've got here in front of me a report of interview that FBI Agent Roberta Gilligan gave me after interviewing you on

0001710

Gabrion 049358

6

August 29th, 1997.  Do you remember talking to Agent Gilligan about August of last year?

A    Yeah.

Q    I'm going to be asking you some questions about what she talked to you about.  First of all, do you know a man by the name of Eddie Start or Edward Start?

A    Yes, I do.  It's my cousin.

Q    He's your cousin?

A    Yes.

Q    So is it fair to assume that you've known him for a long time?

A    Yeah.  We grew up together and everything, lived right up -- he lived downstairs from me just about all our lives.

Q    All right.  And how old are you?  I don't think I asked you that.

A    I'm 27.

Q    So you've known him most of your 27 years?

A    Yeah.

Q    Besides being cousins with him, did you socialize with him?

A    Yeah.  We used to hang out together all the time.

Q    Are you still a friend of his?

A    No, not anymore.

Q    When did you stop being a friend of his, if you want to use that word?

A    Well, me and Teresa started going out and kind of ended our

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001711

Gabrion 049359

7

friendship.  It did.

Q     Teresa Start?

A     Yeah.

Q     And can you explain to the grand jury what relationship Teresa Start has to Eddie Start?

A     She was married to him.

Q     She was married to him?

A     Yes.

Q     And because she was his wife or is his wife, he and you weren't friends any longer.  Is that a fair assumption?

A     Yes.

Q     Approximately when was that, sir, that you and he stopped being friends?

A     Somewhere around '96.  I think it was like February maybe.

Q     All right.  Is that about when you started seeing Teresa Start?

A     Yeah.

Q     Are you still seeing her?

A     Not anymore.

Q     All right.  Now, Agent Gilligan asked you some questions about whether or not you had ever met someone named Rachel Timmerman?

A     Yes.

Q     Do you recall that?

A     Yeah.

**0001712**

Gabrion 049360

8

Q    Do you or did you know someone named Rachel Timmerman?

A    I met her three times.

Q    And approximately when were those meetings?

A    I think they were summer of -- must have been the summer of '96 they must have been.

Q    All right.  This is May of 1998, so you're saying it was the year before last?

A    Yeah.  Just before me and Teresa started going out it was.

Q    Around the time that you and Teresa Start started going out?

A    Just before that.

Q    Just before that.  Within a few weeks or months?

A    Probably a few months.

Q    Few months.  Now, at the time that you met Rachel Timmerman, how did you come to meet her?

A    There was a party up there I went to.  It's when me and Eddie was still talking and hanging out.  I was at his house, and she came over there a couple times.

Q    Was she associated with Eddie Start?

A    Her and Eddie used to go out.

Q    So, at the time that you met her, was she going out with Eddie Start?

A    I think she was briefly.

Q    And that's how you met, because you knew Eddie Start and she was with him?

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

**0001713**

Gabrion 049361

9

A     Yes.

Q     Now, I'd like to turn your attention to June of 1997 when you were living on McReynolds Street.  Is that when you were living on McReynolds Street?

A     Yes.

Q     You told Agent Gilligan that the last time you saw Rachel Timmerman, Rachel came to see Teresa Start --

A     Yes.

Q     -- and that was on McReynolds Street?

A     Yes.

Q     You and Teresa Start lived on McReynolds Street at that time together?

A     Yep.

Q     And so Rachel Timmerman knew Teresa Start?

A     Yes.

Q     Were they friends?

A     Somewhat.  They talked.

Q     And what did Rachel Timmerman do when you saw her in June of 1997?  What was she there for?

A     She came over to the house, and we was all outside.  She started talking to Teresa saying that her and Eddie are together, and they were around the corner at Jason Carlton's house.  And I walked upstairs after that.

Q     Now, are you aware that Rachel Timmerman had a baby at that time?

0001714

Gabrion 049362

10

A    Yes.

Q    Did she have her baby with her when you saw her in June of 1997?

A    She didn't have it.  It might have been around the corner or something at Jason's house, but I didn't see her with the baby, no.

Q    So, when she came into the McReynolds Street address where you were living, she did not have her baby with her?

A    No.

Q    Did she say if she was in Grand Rapids with anyone else that day?

A    Just Eddie and Jason.

Q    So she said Eddie and Jason?

A    Yeah.  She was going out with Eddie at the time.

Q    And she did say that she was in Grand Rapids with Eddie Start?

A    Yes.

Q    Did you see Eddie Start that day?

A    No, I didn't.  I seen him later that day, but at the time that she was around there, I didn't see him, no.

Q    Did she say where Eddie Start was?

A    Just around the corner, something like that, she said.

Q    So she said he was around the corner?

A    Yeah, because I went upstairs after her and Teresa started talking.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001715

Gabrion 049363

11

Q    All right.  How much later in the day then did you see Eddie Start?

A    I didn't see him the rest of the day.

Q    Oh, I thought you said you did.  Didn't you say you saw him later that day?

A    The day afterwards.  He'd always drive by the house.  He used to.

Q    All right.

A    So I'm not sure if --

Q    I must have misunderstood you.

A    -- I seen him or not.

Q    All right.  And Jason, you said that Rachel Timmerman said that she was in Grand Rapids with Eddie Start and a man named Jason?

A    Yeah.

Q    And who's Jason?

A    He lives around the corner from where we used to live at on McReynolds Street.  Lived on -- I think it was Ninth Street.

Q    Do you know Jason's last name?

A    Carlton.

Q    And did Rachel Timmerman know Jason Carlton?

A    Not really, not that well.  If she did, she probably met him like two or three times, probably about it.

Q    Did she tell you -- did she say in your presence or tell you how she had gotten to Grand Rapids?

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001716

Gabrion 049364

12

A    She was with Eddie.

Q    So it's your understanding that they drove down together or came down together?

A    Yeah.  They were going out together.  They were.

Q    All right.  Did you see that day the vehicle that Rachel Timmerman came to Grand Rapids in?

A    No.

Q    Do you know what vehicle that she would have -- excuse me. Strike that.  Did Mr. Start drive a particular vehicle during that time that you know of?

A    He drove a few different vehicles, drove a Ford pickup, had a Ford Fairmont, and they had a van, Chevy -- a Ford van, too.

Q    Now, we've heard testimony that Mr. Start did not own a vehicle himself.  Do you know if he owned any of these vehicles you've just described?

A    I don't know.  I think they were his mother's.

Q    All right.  What color was the Ford pickup truck?

A    It was a silver, a gray.

Q    What color was the Fairmont?

A    I think it was like a yellow or an orange color.

Q    And the van, I think, is the last vehicle you described?

A    Yeah.  That was a gray with black trim, window van.

Q    So you don't know which of these, if any, he came to Grand Rapids in?

A    That day, no.

**0001717**

Gabrion 049365

13

Q    Now, did you see Eddie Start at any point later in June of 1993 with or without Rachel Timmerman?

A    I think I seen him later without her, yeah, probably towards the end of June.

Q    All right.  The time that you saw Rachel Timmerman, would you describe that as early June?

A    It would be like the beginning of June somewhere right around the 2nd, 3rd, something right around there.

Q    All right.  But you did not see Eddie Start with your own eyes until late in June?

A    Yeah.  Like later in June, yeah.

Q    Did you ever see him in June with Rachel Timmerman?

A    No.

Q    Did you ever see Rachel Timmerman after the 2nd or 3rd of June?

A    No.

Q    Do you know someone named Roxanne VanSlyke?

A    Yes.

Q    Now, you told Agent Gilligan that Roxanne VanSlyke told you that Eddie Start told her that he had received letters from Rachel Timmerman after June 3rd.

A    Yes.

Q    When did Roxanne VanSlyke say that to you?  What was the circumstance of that conversation?

A    It was right around the end of the month.  She was --

0001718

Gabrion 049366

14

Roxanne used to come to our house and stay there, you know, every once in a while weekends and stuff, and it was -- it was after the detectives started coming around asking questions and stuff is when she started telling us about stuff, said that Eddie told her -- he told a bunch of other people that he got letters from Rachel saying that she moved out of state and she got married and everything. And that's what she was telling us.

Q    That's what Roxanne said?

A    Yeah.

Q    Did you ever hear Rachel Timmerman say anything like that, that she was going to move out of state or was going to get married?

A    I didn't know Rachel Timmerman.

Q    Didn't know her well enough to have her say anything like that to you?

A    No.  I just met her a few times is all.

Q    All right.  So the answer is, no, you never heard her say that?

A    No.

Q    Did Roxanne VanSlyke also tell you that she had seen Eddie Start and Rachel Timmerman together the last time she saw Rachel Timmerman?

A    Yes.

Q    Was that during the same conversation that she told you about Mr. Start saying he got letters from Rachel Timmerman?

0001719

Gabrion 049367

15

A    Yes.

Q    Did Ms. VanSlyke tell you where she saw the two of them together?

A    Up at his ma's house.  They were going to some two-track party, and Roxanne and her girlfriend, Tina, wanted to go with them.  Eddie told her no, and they wouldn't tell -- Eddie wouldn't tell her where the party was or anything.  I guess that's the last time anybody seen Rachel, I guess.

Q    You told Agent Gilligan that this party that Roxanne VanSlyke was telling you about was at Pig's Point?

A    Yeah.  That's what Roxanne asked Rachel about.  That's where Rachel told her.  It was down by there somewhere, I guess.

Q    And these conversations you had with Roxanne VanSlyke was later on after the detectives were asking questions about Rachel Timmerman?

A    Yes.

Q    You said you saw Rachel Timmerman a few times?

A    Yes.

Q    Did you ever see her with a man other than Eddie Start during the time that you saw her?

A    No.  I went up there a couple times during parties, like two, three different parties that she was there different times, and I never really seen her with anybody.  One time I -- the one time I went up there she was going out with Dale, Teresa's --

Q    Dale who?

0001720

Gabrion 049368

16

A    Teresa's brother. She was --.

Q    Is his last name Start?

A    Lawe. It's Lawe.

Q    Dale Lawe?

A    She was with him once.

Q    Besides Dale Lawe, did you ever see Rachel Timmerman with anyone other than Eddie or Edward Start?

A    No.

MR. VERHEY:  Those are all the questions I have for this witness. Does anybody on the grand jury have any questions for him?  I don't see any.

BY MR. VERHEY:

Q    Sir, before we excuse you, I'd like to remind you that everything you've said here has been under oath and subject to the penalty of perjury. You can change any answer you want right now without having to worry about the perjury statute, but once you leave you're subject to that.

A    Yes.

Q    Is there anything about your answers here today that you'd like to change?

A    No.

MR. VERHEY:  Thank you, sir. You're excused.

(At 3:45 p.m., testimony concluded.)

— — — — —

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001721

Gabrion 049369

17

STATE OF MICHIGAN )
                    ) ss
COUNTY OF KENT )

·I, Patricia R. Pritchard, CER 3752, Certified Electronic Court Reporter for the State of Michigan, do hereby certify that the foregoing pages, 1 through 17, inclusive, comprise a full, true and correct transcript, to the best of my ability, of the proceedings and testimony recorded in the above-entitled cause.

Patricia R. Pritchard, CER 3752

May 26, 1998

**0001722**

Gabrion 049370