# EXHIBIT 1.20

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION


IN RE:  GABRION


WITNESS:  TERESA START


PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before Patricia R. Pritchard, CER, Notary Public in and for the County of Kent, Grand Rapids, Michigan, in the Grand Jury Room, Ford ederal Building, Grand Rapids, MI, on Tuesday, May 5, 1998, commencing at 3:47 p.m.


APPEARANCE:              Mr. Timothy P. VerHey
                         Assistant U.S. Attorney
                         The Law Building - Fifth Floor
                         330 Ionia Avenue, NW
                         Grand Rapids, MI  49503
                         (616) 456-2404


Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

**0002809**

Gabrion 049748

2

# I N D E X

WITNESS:                                                          PAGE

TERESA START

Grand Jury Testimony   5/5/98
Grand Jury No.  97-3

EXHIBITS                                                        MARKED

None

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002810
Gabrion 049749

3

Grand Rapids, Michigan

Tuesday, May 5, 1998 - 3:47 p.m.

TERESA START

called as a witness and sworn by the jury foreperson testified on her oath as follows:

E X A M I N A T I O N

BY MR. VERHEY:

Q    Ma'am, would you tell us your name and spell your full name for the benefit of the court reporter, please?

A    My name is Teresa Start.  It is T-e-r-e-s-a S-t-a-r-t.

Q    Thank you.  Before anyone asks you any questions here this afternoon, it's my responsibility to tell you what this group of people is and what your rights and responsibilities are.

This is a federal grand jury.  It's a group of people whose job it is to investigate possible violations of federal criminal law here in the Western District of Michigan.  Today the grand jury is investigating the possible violation of our federal murder statute.

As a witness before the grand jury, it's important for you to keep in mind that this is a tribunal of the United States, and you have just taken an oath to tell the truth. That's important for you to remember because you are now subject to the penalty of perjury.  That is, if you were to make a false statement in your answers here today, you could be prosecuted for perjury in Federal Court.  The federal perjury statute has a

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002811

Gabrion 049750

4

maximum penalty of imprisonment for five years, a fine of $250,000, a period of supervised release of three years and a special assessment of $100. That applies to each and every false statement that a person makes under oath. Do you understand the perjury statute and its penalties?

A    Yes.

Q    Secondly, ma'am, you have the right not to answer any questions if a truthful answer could tend to incriminate you. Do you understand that?

A    Yes.

Q    Thirdly, you have the right to consult with an attorney if you feel it's necessary to do so. If you do decide to consult with an attorney, he or she cannot be in this room with us today because this is a secret proceeding and everyone here is bound by an oath of secrecy. But if you wish to consult with your attorney, we will allow you to leave the room and consult with your attorney. Do you understand that?

A    Yes.

Q    Now, finally, I should ask you are you married to a man named Eddie Start?

A    Edward Start. Yes, I am.

Q    Edward or Eddie Start. How long have you been married to him?

A    About two years.

Q    All right. You have answered questions put to you by

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002812

Gabrion 049751

5

Michigan State Police detectives and other investigators in connection with this case about things that Mr. Start might have said or done --

A    Yes, I have.

Q    -- is that true?

A    Yes.

Q    Are you willing to do that here today?

A    Yes, I am.

Q    All right.  I'm going off of a report that Michigan State Police Detective Robert Schuman prepared for us after talking to you in July of 1997.  Do you recall talking to Detective Schuman in July or thereabouts?

A    Yes.

Q    All right.  Now, Detective Schuman asked you if you saw Mr. Start on Sinclair Street in Grand Rapids in June of 1997.  Do you recall that whole series of questions he asked you about where you were living last summer and whether Mr. Start was in Grand Rapids on June 3rd of last summer?

A    Yes, I do.  I couldn't really recall all the dates that he was there because me and Edward don't get along, and during that time we were doing a lot of fighting.  He was trying to take my children.  I really didn't pay attention to dates or any other --

Q    Okay.  I believe that, in fact, Detective Schuman asked you some questions.  You couldn't give him a very definite date like you've just told us.  And he came back to you on a later date and

0002813

Gabrion 049752

6

said, "Let me see if I can jog your memory," and he asked you some more questions.  And you and he were able to narrow it down when you saw Mr. Start with Rachel Timmerman to about June 2nd or 3rd of 1997.  Do you recall that?

A    Yes, I do.

Q    All right.  Now, did you see Mr. Start in Grand Rapids with Rachel Timmerman on or about June 2nd or 3rd, 1997?

A    I've seen him twice with Rachel.  The first time I seen him I went to see his sister, but she was there.  He was drunk, and he said that Rachel was somewhere in town, asked me to go look for her because she doesn't know her way around here.

Q    Excuse me.  What is his sister's name?

A    Robin Barrientos.

Q    Could you spell that, if you could?

A    B-a-r-r-i-e-n-t-o-s.

Q    All right.  And where did she live in June of 1997?

A    At 753 Sinclair.

Q    And is that where you saw --

A    Edward.

Q    -- Mr. Start?

A    Right.

Q    And his statement to you was Rachel Timmerman was somewhere in Grand Rapids?

A    Yes.

Q    All right.  Was it your understanding from his statements

0002814

Gabrion 049753

7

to you that they had traveled to Grand Rapids together that day?

A     Yes.

Q     All right.  And what did he ask you to do that day?

A     To go find her because he was with also Jody Vance.  She went -- they got in an argument.  She went one way; Rachel went the other.  So I come over onto the west side to look for Rachel and I found her on Stocking.

Q     That's in Grand Rapids?  That's a street in Grand Rapids, isn't it?

A     It's a street in Grand Rapids.  I picked her up.  I took her back up to 753 Sinclair.  And the time after that I seen her they pulled up in front of my house in a --

Q     Well, let me interrupt you there before you move on to the next occasion.  Did Ms. Timmerman have her baby with her --

A     No.

Q     -- on that occasion?

A     No, she did not.

Q     All right.  This next occasion, was it the same day or was it the next day or some other time?

A     It was some other time.  I can't really say which day it was.

Q     Okay.

A     Edward pulled up in front of my house on McReynolds.  He had Rachel and the baby with him.  He was driving a gray Ford truck.  She just came to see me to say hello because it's been a

0002815

Gabrion 049754

8

while since I've seen her.  That was the last time I've seen her.

Q    I see.  Now, this time of the 2nd or 3rd of June, 1997, that you gave to Detective Schuman, which meeting with Rachel Timmerman was that?  Which time?

A    The second time.

Q    So the last time you saw her when she came up and she had her baby just to say hello --

A    Yes.

Q    -- to the best of your recollection, is June 2nd or 3rd, 1997?

A    Yes.

Q    And how long was that meeting?

A    Maybe 15 minutes if that.  Like I said, me and Edward don't get along at all.

Q    Did he come into the house with her?

A    Nope.  They didn't even come into the house.  They didn't get out of the truck.

Q    Oh, so you came down to their truck?

A    I was sitting out on the porch --

Q    All right.

A    -- so they were right there.

Q    Was it just one of those things where you continued to sit on your porch and talk to them as they sat in their vehicle --

A    Yeah.

Q    -- on the street?

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002816

Gabrion 049755

9

A    Well, no.  I walked up to it because she wanted me to see how big Shannon had gotten because I hadn't seen her in a while.

Q    All right.  What was -- well, let me back up.  Who was driving?

A    Edward.

Q    What was he driving?

A    A gray Ford pickup truck.

Q    Anyone else in the truck besides he, Rachel Timmerman and Shannon VerHage?

A    No.

Q    Did they say where they were going?

A    No.

Q    And you did not see them after that time?

A    No.

Q    Did you ever have any conversations with Mr. Start about when was the last time he saw Rachel Timmerman?

A    No.

Q    You said that Mr. Start was driving a gray Ford pickup truck the last time you saw Rachel Timmerman?

A    Yes.

Q    Have you known him to drive any other vehicles or did you know him to drive any other vehicles --

A    Yes.

Q    -- in the summer of 1997?

A    Yes.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002817

Gabrion 049756

10

Q    What vehicles?

A    A Ford conversion van.  It was kind of multi-colored.  I mean first the doors were red, then they were black.  And a yellow Plymouth Reliant.

Q    All right.  Anything besides that?

A    No.

Q    Did he own any of these vehicles?

A    No.

Q    Where did they come from?  Do you know?

A    I really can't tell you.  I know the van was his brother's, and I think the other ones were his mother's.

Q    But you can't be sure?

A    No, I can't.

Q    You did tell Detective Schuman that -- whether it was the 2nd or 3rd of June that you saw Rachel Timmerman, you were able to tell him that the time of day that you saw her for the last time was between two and three in the afternoon?

A    Yeah.  I can't tell you exactly what time it was, but it was in the afternoon sometime.

Q    And it wasn't dark out or --

A    No.

Q    -- it wasn't close to being sundown or anything like that?

A    No.

Q    All right.  You also talked to Detective Schuman about Mr. Start trying to borrow some money from you.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002818.

Gabrion 049757

11

A    Yeah.

Q    Was that the --

A    Yes.

Q    -- same time that you saw Rachel Timmerman for the last time?

A    Yes.

Q    All right.  So they drive up in their truck.  You go over and talk to Rachel and you look at her baby, correct?

A    Correct.

Q    And then Mr. Start asked you for some money?

A    Yes.  That's an all the time thing for him.

Q    All right.  You said that it could have been the 3rd or the 4th of June or the 2nd, according to what you told Detective Schuman, so it had to -- it was one of those three days?

A    Like I said, I can't really give you exact day for it.

Q    Sure.

A    Me and Ed -- I mean during that whole period of time that whole summer was really ridiculous for me.  There was a lot of fighting going on between me and him, so I really can't tell you.

Q    Can you tell us what day of the week it was?

A    I can tell you it was on a weekday.

Q    It was not a weekend.  It was a weekday?

A    It was a weekday.  It was not on a weekend.

Q    All right.

MR. VERHEY:  I think that's all the questions I have

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002819

Gabrion 049758

12

for this witness.  Does anybody else have any questions for her?
I don't see any.

We do have one more.  Hold on.

Q    Do you recall being asked about -- being shown a composite drawing; you know what that is --

A    Um-hmm.

Q    -- and asked if the composite drawing looked like anyone that you knew?  Do you recall Detective Schuman or any other detective asking you that?

A    Yes, I do.

Q    Grand Jury Exhibit 28, is this the drawing that you were shown?

A    I don't think so.  I think the one I seen had facial hair.

Q    Oh, I see.  Does this person look familiar to you at all?

A    No.

MR. VERHEY:  That's all the questions I have for this witness.  Yes, sir?

GRAND JUROR:  Quick question.  When you talked to Rachel the last time you saw her for 15 minutes or so, did she mention where she was going that evening?

THE WITNESS:  No.

GRAND JUROR:  No parties or anything?

THE WITNESS:  No.

MR. VERHEY:  That's a good point.

BY MR. VERHEY:

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002820

Gabrion 049759

13.

Q    Were you fairly close with Rachel Timmerman?

A    Yes.

Q    Did she mention being in love with anybody and moving to Arkansas the next day?

A    No.

Q    Did she mention running off to Arkansas with a man named Delbert or anything like that?

A    No.

Q    As far as you know, did she have any plans to move out of Michigan at all?

A    No.  She didn't have custody of Shannon at the time.  I know that much.  All I know of is what I was told by Eddie and what supposedly her mother told him; that she sent a letter stating that she was going to elope.  They were kind of arguing because she didn't have custody of Shannon.  She couldn't understand why she was taking off with her, you know.  That's about it.

Q    But when you saw her for the last time or any other time coming -- leading up to that, she never mentioned anything to you about leaving Michigan --

A    No.

Q    -- or having a relationship with anybody living outside of Michigan?

A    No.

         MR. VERHEY:  Any other questions?  Yes, ma'am.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002821

Gabrion 049750

14

GRAND JUROR:  Yeah.  How did she act that day? Scared or anything unusual or --

THE WITNESS:  No.

GRAND JUROR:  Just normal?

THE WITNESS:  Yeah.

MR. VERHEY:  Any other questions?  I don't see any.

BY MR. VERHEY:

Q    Ma'am, before we excuse you, I'd like to remind you that everything you said here has been subject to the penalty of perjury.  You can change any answer you gave here this afternoon now without having to be concerned about that, but once you leave you will be subject to the perjury statute.  Now, with that in mind is there anything you'd like to change about your answers here today?

A    No.

MR. VERHEY:  You're excused.  Thank you very much.

THE WITNESS:  Thank you.

(At 4:03 p.m., testimony concluded.)

- - - - -

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002822

Gabrion 049761

15

STATE OF MICHIGAN )
                     ) ss
COUNTY OF KENT )

    I, Patricia R. Pritchard, CER 3752, Certified Electronic Court Reporter for the State of Michigan, do hereby certify that the foregoing pages, 1 through 15, inclusive, comprise a full, true and correct transcript, to the best of my ability, of the proceedings and testimony recorded in the above-entitled cause.

                                                                  Patricia R. Pritchard, CER 3752

May 26, 1998

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0002823

Gabrion 049762