# EXHIBIT 1.21

*Gilligan*
*GRRA*

FD-36 (Rev. 8-29-85)

## FBI

| TRANSMIT VIA: | PRECEDENCE: | CLASSIFICATION: |
|---|---|---|
| ☒ Teletype | ☒ Immediate | ☐ TOP SECRET |
| ☐ Facsimile | ☐ Priority | ☐ SECRET |
| ☐ AIRTEL | ☐ Routine | ☐ CONFIDENTIAL |
| | | ☒ UNCLAS E F T O |
| | | ☐ UNCLAS |

Date   7/16/97

FM FBI DETROIT (7A-DE-80788) (P) (GRRA)

TO DIRECTOR FBI/IMMEDIATE/

FBI LITTLE ROCK/IMMEDIATE/

BT

UNCLAS E F T O

CITE: //3220:2636//

SUBJECT: UNSUB; SHANNON DALE VER HAGE - VICTIM; KIDNAPPING;

OO: DETROIT.

ON JULY 15, 1997, DETROIT DIVISION, AT GRAND RAPIDS

RESIDENT AGENCY (GRRA), RECEIVED INFORMATION FROM THE U.S.

ATTORNEY'S OFFICE, WESTERN DISTRICT OF MICHIGAN, REGARDING THE

POSSIBLE KIDNAPPING OF A ONE-YEAR GIRL FROM NEWAYGO COUNTY,

MICHIGAN. GRRA SUBSEQUENTLY CONTACTED THE NEWAYGO COUNTY

PROSECUTOR'S OFFICE AND THE MICHIGAN STATE POLICE DETECTIVE

SERGEANT DICK MILLER REGARDING THE ALLEGED KIDNAPPING.

Approved: _____   Original filename: _KSV001W.197_

Time Received: _____   Telprep filename: _KSV001S0.197_

MRI/JULIAN DATE: _____   ISN: _____

SEARCHED
SERIALIZED

**0003279**

Gabrion 000018

PAGE 2 DE 7A-DE-80788 UNCLAS E F T O

ON JULY 5, 1997, THE BODY OF A WHITE FEMALE WAS FOUND FLOATING IN OXFORD LAKE, MONROE TOWNSHIP, NEWAYGO COUNTY, MICHIGAN. THE LAKE IS PRIVATELY OWNED, BUT WITHIN THE MANISTEE NATIONAL FOREST. BASED ON THE PRELIMINARY RESULTS FROM THE AUTOPSY, THE BODY WAS PROBABLY SUBMERGED FOR TWO-THREE WEEKS AND FLOATING FOR THREE-FOUR DAYS. THE WOMAN WAS ALIVE AT THE TIME SHE WAS BOUND, GAGGED, CHAINED TO CINDER BLOCKS AND THROWN IN THE LAKE. THE WOMAN HAS BEEN IDENTIFIED THROUGH DENTAL RECORDS AS RACHEL HELENA TIMMERMAN, DATE OF BIRTH APRIL 6, 1978. VICTIM WAS LAST SEEN ON JUNE 3, 1997, WHEN SHE AND HER DAUGHTER, SHANNON DALE VER HAGE, ENTERED A VEHICLE DRIVEN BY A MAN WHO TIMMERMAN REFERRED TO AS "JOHN" (LAST NAME UNKNOWN). TIMMERMAN HAD TAKEN A CHANGE OF CLOTHES AND INDICATED SHE WOULD RETURN IN A FEW DAYS. ON JUNE 4, 1997, TIMMERMAN'S FAMILY RECEIVED A LETTER FROM TIMMERMAN INDICATING SHE FELL IN LOVE AND WOULD BE AWAY FOR AWHILE.

TIMMERMAN WAS ALLEGEDLY THE VICTIM OF RAPE IN 1996, IN WHICH THE DEFENDANT WAS MARVIN GABRION. GABRION WAS SUBSEQUENTLY CHARGED. ON JUNE 5, 1997, TIMMERMAN WAS TO APPEAR IN COURT IN CONNECTION WITH THE CHARGES. TIMMERMAN

0003280

Gabrion 000019

PAGE 3 DE 7A-DE-80788 UNCLAS E F T O

NEVER SHOWED UP IN COURT AND THE CASE WAS SUBSEQUENTLY NOLLE

PROSEQUI WITH PREJUDICE.

APPROXIMATELY ELEVEN DAYS LATER, TIMMERMAN'S FAMILY

RECEIVED ANOTHER LETTER ALLEGEDLY FROM RACHEL TIMMERMAN WHICH

BASICALLY INDICATED SHE WAS IN LOVE WITH "DELBERT" LAST NAME

UNKNOWN (LNU) AND WAS ON VACATION AND WOULD RETURN SOON. THE

ENVELOPE WAS POST-MARKED LITTLE ROCK, ARKANSAS.

ON JUNE 17, 1997, NEWAYGO COUNTY PROSECUTOR RECEIVED A

LETTER FROM RACHEL TIMMERMAN WHO APOLOGIZED FOR FILING A FALSE

POLICE REPORT AND ESSENTIALLY RECANTED HER STORY ABOUT THE

RAPE ALLEGATION. THIS LETTER WAS ALSO POST-MARKED LITTLE

ROCK, ARKANSAS.

RACHEL TIMMERMAN WAS INCARCERATED FOR DRUG-RELATED

CHARGES FROM JANUARY, 1997 UNTIL MAY 5, 1997. WHILE

INCARCERATED, TIMMERMAN RECEIVED TWO LETTERS FROM GABRION'S

MOTHER STATING THAT TIMMERMAN BETTER DROP THE CHARGES AGAINST

HER SON MARVIN GABRION. THE LETTERS WERE IN ENVELOPES WHICH

APPEARED SIMILAR TO THE ENVELOPE RECEI  D BY THE PROSECUTOR.

THE EN  LOPES WERE PRE-STAMPED. TIMMERMAN HAD ALSO RECEIVED

0003281

Gabrion 000020

PAGE 4 DE 7A-DE-80788 UNCLAS E F T O

THREATS ON HER LIFE FROM ASSOCIATES OR FAMILY MEMBERS OF

MARVIN GABRION

THE LOCATION OF RACHEL TIMMERMAN'S DAUGHTER, SHANNON ARE

UNKNOWN. SHANNON VER HAGE'S GRANDMOTHER, KIM VER HAGE,

TELEPHONICALLY CONTACTED GRRA ON JULY 15, 1997, AND STATED

THAT SH BELIEVES, BUT DOES NOT KNOW FOR CERTAIN, THAT THE

CHILD IS IN GEORGIA WITH TIMMERMAN'S FAMILY. KIM VER HAGE

DOES NOT KNOW WHERE IN GEORGIA OR HOW THE CHILD WOULD HAVE

BEEN TAKEN TO GEORGIA. ACCORDING TO DETECTIVE SERGEANT

MILLER, KIM VER HAGE IS BASING HER SUSPICION ON A LETTER

ALLEGEDLY FROM THE SUSPECT'S MOTHER, INDICATING SHE WAS GOING

TO GEORGIA FOR A RELATIVE'S WEDDING. NO ONE, INCLUDING KIM

VER HAGE, HAS EVER SEEN THIS LETTER.

DETECTIVE SERGEANT DICK MILLER ADVISED THAT MARVIN

GABRION WAS RELEASED ON BOND FROM NEWAYGO COUNTY JAIL IN

FEBRUARY, 1997, IN CONNECTION WITH THE RAPE CHARGE. TWO DAYS

LATER, A WITNESS TO THE RAPE OF RACHEL TIMMERMAN, WAYNE DAVIS,

WAS REPORTED MISSING. WAYNE DAVIS ALLEGEDLY LEFT A LETTER FOR

HIS BROTHER INDICATING HE WAS LEAVING THE AREA AND MOVING TO

CALIFORNIA. ACCORDING TO DETECTIVE SERGEANT MILLER, DAVIS IS

0003282

Gabrion 000021

PAGE 5 DE 7A-DE-80788 UNCLAS E F T O

AN ALCOHOLIC WHO HAS BEEN ON DISABILITY FOR YEARS AND WOULD

NOT HAVE THE FINANCIAL MEANS OR A VEHICLE TO TRAVEL.

WITHIN THE PAST WEEK, OFFICERS EXECUTED A SEARCH WARRANT

AT MARVIN GABRION'S RESIDENCE AND OBTAINED CINDER BLOCKS WHICH

APPEAR SIMILAR TO THE CINDER BLOCKS CHAINED TO THE VICTIM.

PAINT AND TAR WERE ON THE CINDER BLOCKS SEIZED AT THE

RESIDENCE AND ON THE CINDER BLOCKS USED ON THE VICTIM.

DUCT TAPE WITH HAIR SAMPLES WAS ALSO FOUND NEAR THE CRIME

SCENE.

THE EVIDENCE, TO INCLUDE THE ENVELOPES, LETTERS, DUCT

TAPE AND CINDER BLOCKS WILL BE PROCESSED BY THE MICHIGAN STATE

CRIME LAB.  IT WAS SUGGESTED TO DETECTIVE SERGEANT MILLER THAT

THE ENVELOPES BE PROCESSED FOR DNA PRIOR TO PROCESSING FOR ANY

PRINTS.  DETECTIVE SERGEANT MILLER WOULD DISCUSS DNA TESTING

WITH THE STATE CRIME LAB.

DETECTIVE SERGEANT MILLER HAS CONTACTED HOMICIDE

DETECTIVES WITH THE LITTLE ROCK POLICE DEPARTMENT TO FOLLOW-UP

ON ANY LEADS IN LITTLE ROCK.  THE FBI'S ASSISTANCE WAS OFFERED

TO COVER ANY OUT-OF-STATE LEADS, BUT DETECTIVE SERGEANT WILL

AWAIT THE RESULTS OF ANY INVESTIGATION CONDUCTED BY THE

**0003283**

Gabrion 000022

PAGE 6 DE 7A DE 80788 UNCLAS E F T O

DETECTIVES IN LITTLE ROCK, ARKANSAS.   DETECTIVE SERGEANT

MILLER IS OF THE OPINION THAT THIS IS A HOMICIDE INVESTIGATION

AND THE CHILD MAY HAVE BEEN KILLED AT THE SAME TIME AS THE

MOTHER, RACHEL TIMMERMAN.

DETROIT, GRRA, WILL CONTINUE TO MAINTAIN CONTACT WITH

MICHIGAN STATE POLICE REGARDING HOMICIDE INVESTIGATION, REVIEW

POLICE REPORT, CONTACT RELATIVES, AND SET APPROPRIATE LEADS.

FBIHQ WILL BE ADVISED OF ANY NEW DEVELOPMENTS.

BT

0003284

Gabrion 000023