# EXHIBIT 1.22

| | ORIGINAL DATE | T ~IDENT NO. |
|---|---|---|
| Department of State Police | Sat, Jul 05, 1997 | 005-0002363-97 |
| AL INCIDENT | TIME RECEIVED | FILE CLASS |
| RT | 2338 | 09001 |

The second letter was post marked June 14, 1997, from Little Rock, Arkansas.  Again, the writing appeared to be that of Rachaels.  Letter explained that "DEL" had found a job, they were in love, and Shannon was doing fine.  Promise made to remain in touch.  No additional correspondence received.

The only person known to TIMMERMANS by the name of " JOHN" who associated with RACHAEL didn't match the description of the subject picking her up.  CINDY ARMSTRONG (stepsister)  had been able to view the subject "John" who pick up Rachael. That subjects physical description didn't match the description of the other John known to associate with Rachael.  The initial " JOHN" lnu, described as a w/male, perhaps 29 yrs, heavy set, 5-10", reddish color hair, wearing thick glasses, and drove a red color Bronco vehicle.

### ITEM #44 OBTAINED 7-11-97:

One roll of exposed Kodak 200 ASA film.  Item located by Mr. Timmerman within his daughter's camera. Film to be developed to determine if such might be useful concerning this investigation.

### CONTACT INTERVIEW, date 07-11-97:

**MINDA ROSE ARMSTRONG, w/female, dob 03-25-79.**
1213 Calgary St. NE, Grand Rapids, Michigan, telephone 616-957-3911

Subject described the person as picking up RACHAEL as a w/male, age 18 to perhaps 25 yrs, being around 5-10 to 6-0 ft tall, extremely thin built, appearing awkward in movement, hair a dark brown , shaggy, needing a hair cut.  Subject appeared over due for a bath, described as scary looking, like a possible drug abuser. Subject was  noted in a black colored T-shirt, cut-off shorts, and a black style baseball cap worn in normal fashion.

Vehicle driven described as a mid 1980's model, 4-door, full size passenger auto, make unknown, color of white with rust spots noted upon auto doors. Vehicle ran with moderate amount of noise.

Clothing worn by RACHAEL as last seen doesn't match that discovered upon the body.  Victim described as leaving the home in cut off jeans, a T-shirt with printed design (most likely a Looney Toone comic character of Tweety Bird or Sylvester the cat.  The shoes being black colored "Franklin Brand" tennis shoes.

Clothing worn by SHANNON described as a Sundress with Bloomers, possibly pink and white color. Diaper bag described as pastel colors of pink, green, and purple.  Child was known to carry a stuffed toy rabbit, grayish in color with a vest .

After RACHAELS release from jail , she complained to MINDA that someone was attempting to black mail her, and she had received several calls from a male subject.  Initially RACHAEL seemed to take the matter very seriously, however, upon the later calls she seem less concerned.  She never disclosed who the caller was, nor did she describe what the caller wanted, only that if she didn't do what he wanted, he had friends in the right place who would cause her parole to be violated and she would be going back to jail..

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 11 of 19 | D/SGT. RICHARD C. MILLER #75 | | |

Gabrion 007466

| | ORIGINAL DATE | IDENT NO. |
|---|---|---|
| Department of State Police | Sat, Jul 05, 1997 | 665-0002363-97 |
| AL INCIDENT | TIME RECEIVED | FILE CLASS |
| RT | 2338 | 09001 |

Ms ARMSTRONG was shown a photograph line-up display containing DAVID GABRION, female stated that no one within the line up resembled the person picking up her step sister.

## COMPOSITE DRAWING OBTAINED, date 7-12-97:

Tpr. Fernando Martinez , MSP Departmental Artist of the Ionia Post, contacted Ms Armstrong and a composite drawing obtained concerning her impression of the subject seen with RACHAEL. Copy attached to report.

## CONTACT/INTERVIEW, date 7-13-97:

SUSANNAH LEIGH SCHMALTZ, w/female, dob 01-31-79
162 Maple St. Cedar Springs, Michigan, telephone 616-696-3469
work telephone 616-696-3883, Burger King Restaurant, 14 Mile Rd, Cedar Springs, MI.

Ms SCHMALTZ, a friend of Ms ARMSTRONG, was discovered to have been present at the time RACHAEL TIMMERMAN was picked up from her home.

Ms SCHMALTZ viewed the composite drawing and stated he very closely resembled the man. She had watched the man exit the vehicle, approach RACHAEL and the baby, and engage in a conversation. Because she was within the home, she wasn't able to determine the subject matter. However, no indication that RACHAEL was fearful or otherwise not wishing to go with the subject. It hadn't been until she left did she realize that she had planned upon leaving.

Description obtained of the man as w/male, age 19 to 23 yrs, thin- scrawny - "Chicken Legs" perhaps 5-10, 130 #, squinty looking eyes, dark brown hair, almost black looking, dirty, unkempt appearance, perhaps a drug abuser. Subject was wearing a black shirt, black cut offs, which rode a couple inches above the knees and a black colored ball cap. She viewed the subject to remove his hat, and pull his hair back with the free hand. His forward bangs rather long, the hair wavy in back and to the collar length. Impression that his eye brows were also dark and burly. Complexion was described as pale, lacking sun light, subject didn't appear healthy.

Rachael was observed to be wearing cut off jeans, knee length, black shoes and a white color shirt.

Ms Schmaltz recalled that perhaps as long as three days prior to Rachael leaving and not returning, she again happened to be visiting her friend MINDA ARMSTRONG. RACHAEL frequently used the telephone and was often upon such for hours. This occasion she wouldn't free the phone to allow Minda to make a personal call. Upon being asked who she was talking too, she claimed she didn't know. Her expression appeared worried to Ms. Schmaltz, and then taking the portable phone outdoors and continued the conversation. She and Ms ARMSTRONG then left , going to her home to allow ARMSTRONG to complete

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE 12 of 19 | D/SGT. RICHARD C. MILLER #75 | | |

Gabrion 007467

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Jul 05, 1997 | 55-0002363-97 |
| TIME RECEIVED | FILE CLASS |
| 2338 | 09001 |

Department of State Police
AL INCIDENT
ORT

ner call. She believed the time frame would have been 1p.m. that Rachael was on the phone, unknown if such was an incoming or outgoing call.

Gabrion 007468