# EXHIBIT 2.1



**Western District of Michigan**

*The Law Building*
*330 Ionia Avenue, N.W.*
*5th Floor*
*Grand Rapids, Michigan 49503*

*Mailing Address:*                    (616) 456-2404
*United States Attorney's Office*     Facsimile (616) 456-2408
*Post Office Box 208*
*Grand Rapids, Michigan 49501-0208*

March 30, 1998

Christopher Yates, Esquire
211 W. Fort Street, Ste 2300
Detroit, MI    48226

      Re: Joseph Lunsford

Dear Mr. Yates:

      Your client may possess information of interest to this office. If Joseph Lunsford desires to meet with the investigating authorities for the purpose of a proffer and discussion he may do so under the following terms and conditions.

      1) No statements made or other information provided by your client during such proffer and discussion will be used directly against your client in any criminal case.

      2) The Government, however, may make derivative use of and may pursue any investigative leads suggested by any statements made or other information provided by your client, thus eliminating the necessity for a hearing pursuant to United States v. Kastigar, 406 U.S. 441 (1972), and any such evidence would be admissible at a trial or other proceeding involving your client.

      3) In the event that your client later testifies and offers testimony materially different from any statements made or other information provided during such proffer and discussion, the Government may cross-examine your client concerning the same.

**0001999**

Gabrion 005109

If your client agrees to engage in a proffer and discussion under these terms and conditions, would you and Joseph Lunsford both sign this letter where indicated below. Once signed, please return the original to me and retain a copy for your files.

Very truly yours,

MICHAEL H. DETTMER
United States Attorney

Timothy P. VerHey
Assistant United States Attorney

APPROVED:

CHRISTOPHER YATES
Attorney for Defendant

Dated: 3/30/98

JOSEPH LUNSFORD
Defendant

Dated: 3-30-98

**0002000**

Gabrion 005110