# EXHIBIT 2.2



Ask Lunsford about Hair
SHAVED of Body Hair

FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____04/01/98_____

Joseph Alan Lunsford, date of birth May 15, 1972, was interviewed by Detective Sergeant (D/Sgt.) Richard Miller and Special Agent Roberta L. Gilligan while in the presence of Lunsford's attorney, Christopher Yates. Lunsford was interviewed at the Michigan Correctional Facility in Ionia, Michigan. Prior to the interview, Lunsford and his attorney were provided with a proffer letter from Assistant United States Attorney Timothy Verhey. After being advised of the identity of the interviewing Agent and D/Sgt. Miller, Lunsford provided the following information:

Lunsford was previously incarcerated at the Newaygo County Jail, in White Cloud, Michigan. During his incarceration at that facility, Lunsford was a cellmate with Marvin Gabrion, Jr. for approximately one month. Lunsford and Gabrion were held at the A floor section of the Newaygo County Jail and although they had different cell spaces, they had a common area which they shared and each could access the other's cell. Lunsford shared this area with Gabrion from a day or two before or after Christmas until January 28, 1998, when Gabrion was moved to another location. (Newaygo County Sheriff's Department records reflect Lunsford was incarcerated from June 30, 1997 to October 6, 1997, and again from November 19, 1997 to January 30, 1998.

What did he work of Shaving hair?

When Lunsford first met Gabrion, Gabrion had said that he was incarcerated because of Social Security fraud. Gabrion claimed he had been using Allen's identification, such as birth certificate and Social Security card to obtain Allen's Social Security benefits for him. Gabrion claimed to be receiving $3,000.00 a month in Social Security benefits. Lunsford found that difficult to believe unless he had received more than one person's benefits. Gabrion claimed to have taken Allen to New York to open a bank account, and Gabrion had commented "They won't find him in this state." Lunsford thought that Allen's first name was David because Gabrion frequently referred to a David. Gabrion had also explained various ways in which he could obtain birth certificates and other forms of identification with his photograph.

Investigation on _____03/30/98_____ at Ionia, Michigan

File # 7A-DE-80788 - 459                                    Date dictated _____03/31/98_____

by SA Roberta L. Gilligan/bjj

recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

0001991

Gabrion 012896



7A-DE-80788

Continuation of FD-302 of ___Joseph Alan Lunsford___ , On _03/30/98_ , Page __2__

Gabrion claimed to have read a few manuals regarding changing his identity. Gabrion referred to a publication known as "Loompanics Inc.," which is a $5.00 catalog that lists various books available regarding false identities, how to conceal dead bodies, and other subjects. Gabrion seemed to know what he was talking about with regard to obtaining false identities.

Gabrion also claimed to have a book entitled "Survivalist." Gabrion advised this was one of his first books he had purchased through Loompanics. Gabrion claimed he liked to bury things in barrels and he knew how to bury food and guns. Gabrion was apparently afraid of a government takeover.

Gabrion had also told Lunsford that the authorities were trying to get him (Gabrion) for the murder of Rachel Timmerman. Gabrion did not say much about the murder investigation, but Lunsford specifically recalled a television report on or about January 27, 1998, about authorities finding bricks approximately 100 yards from Gabrion's business. The media had indicated the bricks were red. Lunsford recalled that the television news segment had indicated the red bricks were similar to ones used in the murder. Lunsford could not recall the location of Gabrion's business, nor the particular news segment. To provoke Gabrion into talking about the murder, Lunsford had stated that the news was reporting the bricks were green. When Lunsford made that comment, Gabrion stated "no, they were red." Gabrion became red in the face and started arguing with Lunsford about the bricks. However, Gabrion stopped talking whenever a trustee came near the cell. Lunsford advised that Gabrion had not seen that particular television segment about the bricks. Lunsford thought it was from a Grand Rapids news station. Gabrion seemed to prefer Traverse City area news media, as apparently his sister lived in that viewing area.

Lunsford advised that when Rachel Timmerman's mother was on television talking about her missing granddaughter, Gabrion had stated that they were not going to find the baby. Gabrion claimed that the baby's grandmother had sold the baby on the black market because she needed the money. Lunsford also understood that Rachel's mother was the same one who had Rachel arrested for assault and complained about Rachel's lack of proper care for the baby. Lunsford thought that this same grandmother owned a bookstore. Gabrion claimed there was a lot of money

0001992

Gabrion 012897



7A-DE-80788

Continuation of FD-302 of   __Joseph Alan Lunsford_____   , On __03/30/98____ , Page __

invested in Shannon. Lunsford thought Gabrion was referring to money gotten from selling Shannon.

Gabrion's sister would occasionally send Gabrion Traverse City newspaper articles about the case. Gabrion liked to save the clippings. Trustees would occasionally check his cell and take his clippings and eventually throw them away.

Gabrion kept a photograph of the missing baby Shannon in his cell. Gabrion obtained the photograph of Shannon when it was snuck into his cell through a magazine. Lunsford realized that the photograph Gabrion had was the same photograph as shown on television of the missing baby. Gabrion had wanted to send his sister a letter with the photograph of the baby. When Gabrion spoke on the telephone with his sister, Lunsford overheard Gabrion ask if his sister had received the photograph. Apparently, his sister did not and Gabrion became upset because Gabrion thought jail officials had read his mail. Lunsford first noticed the photograph of Shannon when Lunsford went to use the telephone and passed Gabrion in his cell. Gabrion was looking at the picture of Shannon while masturbating.

Gabrion also had talked about starting a missing children's network. Whenever Gabrion would talk on the telephone, he almost always made some reference to the missing children's network. Gabrion had also written numerous letters to various people, such as the President, the State of Michigan Governor, and other politicians about the missing children network. A priest who visited with Gabrion once or twice a week was also supposedly assisting Gabrion in establishing a foundation or missing children's network. Lunsford once asked Gabrion why he was trying to start such a network. Gabrion allegedly claimed it was "to get them off my back."

Lunsford advised that Gabrion had also called and written to the baby's grandmother, VerHage. Lunsford thought Gabrion had called her about the missing children's network.

Gabrion claimed to have babysat Shannon for Rachel Timmerman. Gabrion had stated that Shannon was always a beautiful baby, and he liked holding her. Gabrion claimed to watch the baby when Rachel Timmerman was having a party. Gabrion then referred to Rachel as a whore. Gabrion' references to the

0001993

Gabrion 012898



7A-DE-80788

Continuation of FD-302 of ___Joseph Alan Lunsford___ , On _03/30/98_ , Page __4__

baby were always in the past tense. Lunsford recalled that Gabrion stated that they will have to do a lot of digging to find her.

Lunsford was questioned about what Gabrion said about Rachel Timmerman. Gabrion admitted to forcing Rachel Timmerman to perform oral sex. Gabrion claimed she was drunk and he was high at the time. He then claimed he liked to do that with all the girls. Gabrion also indicated he got rid of her "to close her mouth." When Gabrion had forced Rachel to have oral sex, it was at a party at Rachel Timmerman's house. According to Gabrion, he pulled Rachel behind her house and forced her to perform oral sex. On another occasion, Gabrion also claimed to have picked up Rachel Timmerman and her baby when they were walking back to Rachel Timmerman's mother's house. Gabrion said that it was raining and he just wanted to give Rachel and the baby a ride home. This occurred several days prior to their disappearance.

Lunsford recalled when a television news segment had aired about searching the lake where Rachel Timmerman's body was found, Gabrion stated "she got what she deserved." Gabrion also talked about how Rachel was found, as described by the media. Gabrion said that she was all chained up with blocks on her body, her hands were taped behind her back, and her mouth had been taped. Lunsford thought that Gabrion was describing what news articles had stated about Rachel's body.

Gabrion liked to watch news reports about Dean Metcalfe and the missing Andre Bosse girl. Gabrion seemed to like the fact that authorities could not find the girl. Gabrion had commented that he was surprised that Metcalfe's daughter was still attending the same school as the missing Bosse girl. Gabrion also liked how Dean Metcalfe was getting off on the case because authorities could not find the body. When media reported that authorities were going to search a lake in order to look for the Bosse girl, Gabrion became upset and appeared very worried. Lunsford advised that this was the same lake where Rachel's body had been found. Gabrion stated "what are they searching that lake for again." After this news segment, Gabrion took a shower for at least one hour. When Gabrion returned to his cell, he appeared depressed and started writing a letter.

0001994

Gabrion 012899



7A-DE-80788

Continuation of FD-302 of ___Joseph Alan Lunsford___  , On _03/30/98_ , Page __5__

    Gabrion told Lunsford that authorities were trying to find chains, bricks and Gabrion's truck in connection with the murder. Gabrion also indicated that they (the authorities) are trying to find evidence from that truck Gabrion used to take Rachel and the baby home. Lunsford had described an incident involving the murder of an 18-year-old girl in Paw Paw, Michigan wherein the girl's boyfriend had murdered her and then burned the vehicle. Gabrion had said that was the same way he got rid of evidence. Gabrion indicated he had a big barrel in the back of his truck that he used to burn evidence.

    Gabrion claimed he had more than one truck. Gabrion said he kept snow tire chains in a tool box in the back of his truck and hid a hand gun behind the seat which Gabrion would use for his personal protection. Gabrion had indicated his brother was supposed to have his (Marvin's) vehicles and was supposed to sell either a blue or a brown two-tone truck for approximately $500.00. Gabrion had indicated this truck was in good condition. Gabrion also indicated his sister had a car of Marvin's and that both brother and sister were supposed to sell Gabrion's vehicles. Gabrion claimed that none of the vehicles were in his name so that authorities would not be able to seize these as assets.

    Gabrion claimed to have been in all the states of the union, except for California. Gabrion also claimed to work in many of these states in different jobs. Gabrion claimed to have traveled and made money in the states of Oklahoma, Seattle, Wisconsin, New York, Indiana, Ohio, Pennsylvania, and Arkansas. When asked specifically about Arkansas, Lunsford recalled that Gabrion claimed to have worked on a farm and also claimed he had relatives there. Lunsford suspected that Gabrion was lying, however, because Gabrion later claimed his family all lived in the Newaygo, Michigan area. Gabrion also claimed to travel to Montreal, Canada. Gabrion liked to travel a lot so that he could meet women. Gabrion claimed he was God's gift to women and Gabrion said he always liked younger girls. When asked if Gabrion had relations with prostitutes, Lunsford thought Gabrion mentioned prostitutes in the State of Florida. During his travels, Gabrion also claimed to sell things at swap meets. Gabrion stated he liked to sell stuff that he was not supposed to. Gabrion did not explain what he meant.

0001995

Gabrion 012900



7A-DE-80788

Gabrion claimed not to know anything about three other missing people. Gabrion had told Lunsford that the states of Indiana and Ohio were where some of these people had come up missing. Lunsford recalled Gabrion saying that he was trying to get Wayne Davis' birth certificate to use. Lunsford did not know if Gabrion actually did, however. When asked if Gabrion had ever mentioned the name John Weeks, Lunsford did not recognize that name.

Lunsford was asked if Gabrion had ever mentioned killing anyone. Lunsford advised that Gabrion claimed to have killed a couple of people. Lunsford himself also claimed to have killed people. Gabrion claimed to have killed one person by strangling them and killed another person by drowning. Gabrion indicated the drowning occurred not too long ago. Gabrion did not say where either alleged murders occurred or whether the victims were male or female.

Gabrion had photographs of women and a dog on the bars of his cell. The dog appeared to be the same dog in all photographs and Lunsford described it as a black dog, possibly a Lab. The photos of the women appeared to be possibly family members. Lunsford specifically recalled a photograph of a heavy set woman with glasses. Lunsford recalled this photograph because every time he walked past the photograph, it fell on the ground. Gabrion also had photographs of children and suspected they were family members. Gabrion also had Shannon's photograph which was the first photograph closest to Gabrion.

Lunsford was questioned about Gabrion's personal hygiene. Lunsford advised that Gabrion took a shower approximately four or five times a day. Gabrion occasionally took showers in the middle of the night. Gabrion would frequently exercise in his cell and then would take a shower afterwards. Gabrion would do jumping jacks, push-ups, and run back and forth in his cell. Although Gabrion took frequent showers, he never cleaned his cell. Gabrion's cell was always dirty. Occasionally, the jail officers would get on Gabrion's case about cleaning his cell. Gabrion would then push much of his belongings under the bed just to straighten up the cell.

Lunsford advised that Gabrion was constantly moving around, except for when he wrote letters or was using the

0001996

Gabrion 012901



7A-DE-80788

Continuation of FD-302 of ___Joseph Alan Lunsford___, On 03/30/98 , Page 7

bathroom. There would be times in the middle of the night when Gabrion would come over to Lunsford's cell and look at him. Gabrion would occasionally walk back and forth from the catwalk area nude.

Lunsford was questioned about whether Gabrion had made any statements about shaving his head and body. Lunsford had questioned Gabrion as to why he shaved his head, and Gabrion said he was trying to keep himself neat and presentable. Lunsford also realized that Gabrion had shaved his genital area, as well.

Lunsford also noticed that Gabrion had a scar which went from his chest to his back. Gabrion claimed that he had that scar from when he was young. Gabrion claimed he had surgery on his lung because of asthma.

Of Gabrion's family members, Lunsford thought Gabrion may be closest with his sister who came to visit him on weekends and would put money into his jail account. Lunsford advised this is the same sister who would also help sell Gabrion's vehicles. Lunsford advised that only family members were able to visit Gabrion at the Newaygo County Jail on weekends. To Lunsford's knowledge, only Gabrion's mother and sister visited him. During one of Gabrion's visits with his mother, Gabrion became upset and the jail officials had to terminate the visit. Gabrion claimed that his mother and brother were selling his vehicles, but refusing to give him the money.

Lunsford had told Gabrion that a couple of the inmates at Newaygo County Jail were good friends with Rachel Timmerman. One of these individuals was Rob West. When Lunsford told Gabrion this, Gabrion wanted to find out where West was and seemed anxious to reach him. Lunsford advised that two other males, who were close friends with Rachel, were named Kevin (Last Name Unknown) (LNU). One of these men was a cellmate of Lunsford's at one time. The other Kevin (Last Name Unknown) (LNU) was on the B side of the jail. Although Gabrion was anxious to find or meet these people, Lunsford does not know if Gabrion ever did.

Gabrion was removed from their cell location because Gabrion had written a letter to Michigan Governor Engler regarding Lunsford. Lunsford was very upset with Gabrion for

Gabrion 012902

7A-DE-80788

Continuation of FD-302 of ___Joseph Alan Lunsford___, On _03/30/98_, Page __8__

writing that letter and jail authorities did not want them to talk to each other or be near each other.

Lunsford could not recall anything else about his discussions with Gabrion.

Gabrion 012903