# EXHIBIT 2.3

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:  GABRION

WITNESS:  JOSEPH LUNSFORD

PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before
Patricia R. Pritchard, CER, Notary Public in and for the
County of Kent, Grand Rapids, Michigan, in the Grand Jury
Room, Ford Federal Building, Grand Rapids, MI, on May 6,
1999, commencing at 10:50 a.m.

APPEARANCE:

Mr. Timothy P. VerHey
Assistant U.S. Attorney
The Law Building - Fifth Floor
330 Ionia Avenue, NW
Grand Rapids, MI   49503
(616) 456-2404

Ms. Chrystal R. Roach
Special Assistant US Attorney
1092 Newell
White Cloud, MI   49349
(616) 689-7283

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0001958

Gabrion 012914

3

Grand Rapids, Michigan

Thursday, May 6, 1999 - 10:50 a.m.

JOSEPH LUNSFORD,

called as a witness and sworn by the jury foreperson

testified on his oath as follows:

EXAMINATION

BY MR. VERHEY:

Q   Mr. Lunsford, before we ask you any questions here this morning, it's my responsibility to tell you what this group of people is and what your rights and responsibilities are.

This is a federal grand jury and it's a group of people who job it is to investigate possible violations of federal criminal law in the Western District of Michigan. Today the grand jury is investigating the murder and disappearance of a number of people in and around Newaygo County, Michigan, approximately June of 1997.

As a witness before the grand jury, you should be aware of certain rights and responsibilities.  First, your rights.  You have the right not to answer any question if a truthful answer would tend to incriminate you.  You understand that?

A   Yes, I do.

Q   Secondly, you have the right to the assistance of an attorney if you want that assistance and, for the record, you do have an attorney with you today.  Chris Yates from

0001960

Gabrion 012916

4

the Federal Public Defender's Office is outside in the hallway, and I've told you before you came in here that if you want to consult with him before answering questions, just tell us and we'll give you a chance to go talk to him, all right?

A     Yes, sir.

Q     All right.  The most important thing to keep in mind, however, is that this is a tribunal of the United States.  You've just been given an oath to tell the truth and that means that every answer you make here is subject to the penalty of perjury.  Each false statement made to a federal grand jury can be punished by up to five years in prison, a fine of $250,000, a period of supervised release of three years, and a special assessment of $100.  Do you understand that?

A     Yes, I do.

Q     All right.  Now, we note here this morning that you're dressed in what appears to be jail clothing or prison clothes.  Can you tell us why that is?

A     I'm currently in the state system right now serving a two-to-six and a two-to-30-year consecutive sentences.

Q     And what for?

A     For felonious assault and indecent exposure.

Q     And in addition to those, I'd just like to list what I know to be some other convictions, and tell me if I'm missing or

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

**0001961**

**Gabrion 012917**