# EXHIBIT 2.4

# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: 1:97-cr-00081-RHB-1

Case title: USA v. Lunsford

Date Filed: 06/05/1997
Date Terminated: 01/28/1998

Assigned to: Judge Robert Holmes Bell

### defendant (1)

**Joseph Alan Lunsford**
*TERMINATED: 01/28/1998*

represented by **Charles F. Boekeloo**
Charles F. Boekeloo PC
145 Federal Square Bldg.
29 Pearl St., NW
Grand Rapids, MI 49503-3016
(616) 454-6464
Email: CBoekeloo@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Christopher P. Yates**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 356-1770
Email: chris@yldlaw.com
*TERMINATED: 02/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ray Kent**

Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: ray_kent@fd.org
*TERMINATED: 12/18/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Paul L. Nelson**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: paul_nelson@fd.org
*TERMINATED: 12/19/2007*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

18:871 Mailing threatening communication to President
(2)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:871 Mailing threatening communication to President
(1)

## Disposition

Sentenced to 36 Months imprisonment, 3 Years supervised release, and $100 special assessment

## Disposition

Remaining count, 1, dismissed at time of sentencing

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Barbara Colby Tanase** |

**Barbara Colby Tanase**
U.S. Attorney (Lansing)
315 W Allegan, Rm. 252
Lansing, MI 48933
(517) 377-1577
Email:
Barbara.C.Tanase@usdoj.gov
*TERMINATED: 12/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark V. Courtade**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: mark.courtade@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/1997 | 1 | INDICTMENT (4 pgs) against Joseph Alan Lunsford (1) counts 1-2 (dmh) (Entered: 06/09/1997) |
| 06/20/1997 | 2 | GOVT'S PETITION for Writ of Habeas Corpus Ad Prosequendum and ORDER (2 pgs) by Magistrate Judge Joseph G. Scoville directing the USM to bring deft Joseph Alan Lunsford before this court on 7/14/97 |

| | | |
|---|---|---|
| | | for an initial appearance; writ issued as to deft Joseph Alan Lunsford and ret'd to plt's rep (dmh) (Entered: 06/20/1997) |
| 07/07/1997 | | MINUTES before Magistrate Judge Joseph G. Scoville; first appearance of Joseph Alan Lunsford without counsel present; deft's request for court appointed counsel granted; deft is in state custody; bond set at $100,000 cash; deft remanded to custody of USM; (D. Hand, Tape 97-S162) (dmh) (Entered: 07/08/1997) |
| 07/07/1997 | 3 | ORDER (1 pg) by Magistrate Judge Joseph G. Scoville as to deft Joseph Alan Lunsford appointing federal public defender Christopher P. Yates (cc: all counsel) (dmh) (Entered: 07/08/1997) |
| 07/07/1997 | 4 | NOTICE of hearing by Magistrate Judge Joseph G. Scoville as to deft Joseph Alan Lunsford; arraignment set for 7/10/97 at 9:00 a.m. (cc: all counsel) (dmh) (Entered: 07/08/1997) |
| 07/10/1997 | | MINUTES before Magistrate Judge Joseph G. Scoville; dft Joseph Alan Lunsford arraigned; deft stood mute, plea of not guilty entered by the court on behalf of deft; attorney Chris Yates present; deft agrees to federal detention and remains in custody of USM; (D. Hand, Tape 97-S165) (dmh) (Entered: 07/14/1997) |
| 07/10/1997 | 5 | DEFENDANT'S RIGHTS as to deft Joseph Alan Lunsford (dmh) (Entered: 07/14/1997) |
| 07/10/1997 | 6 | NOTICE of hearing by Magistrate Judge Joseph G. Scoville as to deft Joseph Alan Lunsford; initial pretrial conference set for 7/14/97 at 9:30 a.m. (cc: all counsel) (dmh) (Entered: 07/14/1997) |
| 07/11/1997 | 7 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Joseph G. Scoville as to deft Joseph A. Lunsford (cc: all counsel) (dmh) (Entered: 07/14/1997) |
| 07/14/1997 | | MINUTES before Magistrate Judge Joseph G. Scoville; initial pretrial conference held as to deft Joseph Lunsford; (D. Hand, Tape 97-S167) (dmh) (Entered: 07/14/1997) |
| 07/14/1997 | 8 | PRETRIAL CONFERENCE SUMMARY ORDER (1 pg) by Magistrate Judge Joseph G. Scoville as to deft Joseph Lunsford; mtn filing ddl set for 7/28/97; jury trial estimated to last 1-2 days; sentencing guidelines apply (cc: dft cnsl, US Atty) (dmh) (Entered: 07/14/1997) |
| 07/14/1997 | 9 | ORDER OF DETENTION (1 pg) of Joseph Alan Lunsford pending trial by Magistrate Judge Joseph G. Scoville (cc: all counsel, USM, USPO) (dmh) (Entered: 07/17/1997) |
| 07/21/1997 | 10 | |

| | | |
|---|---|---|
| | | ORDER (2 pgs) SETTING PRETRIAL AND JURY TRIAL by Judge Robert Holmes Bell as to deft Joseph Lunsford; final pretrial conference and a hrg on all pending motions set for 8/27/97 at 9:00 a.m.; jury trial set for 9/8/97 at 9:00 a.m. (cc: all counsel, USM, USPO by sdb) (dmh) (Entered: 07/22/1997) |
| 08/27/1997 | | MINUTES before Judge Robert Holmes Bell; guilty plea entered by Joseph Alan Lunsford (1) on count 2; count 1 to be dismissed at time of sentencing; plea agreement taken under advisement; presentence report ordered and deft remanded to custody of USM; Kevin Gaugier, court reporter (dmh) (Entered: 09/02/1997) |
| 08/28/1997 | 11 | PLEA AGREEMENT ( 5 pgs) as to Joseph Alan Lunsford (cc: US Atty, Probation) (dmh) (Entered: 09/02/1997) |
| 08/28/1997 | 12 | NOTICE of hearing by Judge Robert Holmes Bell as to deft Joseph Alan Lunsford; sentence hrg set for 11/24/97 at 1:00 p.m. (cc: all counsel, USM, USPO by sdb) (dmh) (Entered: 09/02/1997) |
| 09/03/1997 | 13 | PETITION and ORDER by Magistrate Judge Hugh W. Brenneman, Jr. for body writ for temporary custody transfer of deft Lunsford from the custody of the USM to the FBI for the purpose of a meeting on 9/10/97 at 1:00 p.m., custody to be returned to USM that same day; writ issued (krv) (Entered: 09/04/1997) |
| 09/29/1997 | 14 | USM RETURN of Service showing deft Joseph Alan Lunsford taken from custody of USM and ret'd to them on 9/10/97 (dmh) (Entered: 09/29/1997) |
| 10/08/1997 | 15 | GOVT'S PETITION for Writ of Habeas Corpus Ad Prosequendum and ORDER (2 pgs) by Magistrate Judge Joseph G. Scoville directing the USM to bring deft Lunsford before this court on 11/24/97 at 1:00 p.m. for sentencing; writ issued as to deft Joseph Alan Lunsford and ret'd to pltf's rep (dmh) (Entered: 10/10/1997) |
| 11/03/1997 | 16 | NOTICE of hearing by Judge Robert Holmes Bell as to deft Joseph Alan Lunsford; sentence hrg rescheduled form 11/24/97 to 12/16/97 at 4:00 p.m. (cc: all counsel, USM, USPO by sdb) (dmh) (Entered: 11/03/1997) |
| 12/04/1997 | 17 | NOTICE of hearing by Judge Robert Holmes Bell as to deft Joseph Alan Lunsford; sentence hrg rescheduled from 12/16/97 to 1/5/98 at 1:00 p.m. (cc: all counsel, USM, USPO) (dmh) (Entered: 12/04/1997) |
| 12/09/1997 | 18 | NOTICE of response to presentence report by pltf USA as to deft Joseph Lunsford (dmh) (Entered: 12/09/1997) |
| | | |

| | | |
|---|---|---|
| 12/10/1997 | 19 | ACKNOWLEDGEMENT OF Disclosure of the presentence investigation report by deft Lunsford (dmh) (Entered: 12/12/1997) |
| 12/29/1997 | 20 | SENTENCING memorandum by deft Joseph Alan Lunsford w/cert of svc and exhibits A-D (krv) (Entered: 12/30/1997) |
| 12/30/1997 | 21 | NOTICE of hearing by Judge Robert Holmes Bell as to deft Joseph Alan Lunsford; sentence hrg rescheduled from 1/5/98 to 1/28/98 @ 8:45 a.m. (cc: all counsel, USM, USPO by sdb) (dmh) (Entered: 01/05/1998) |
| 12/30/1997 | 22 | SENTENCING memorandum by USA as to Joseph Alan Lunsford with certificate of service (dmh) (Entered: 01/05/1998) |
| 01/06/1998 | 23 | NOTICE of hearing by Judge Robert Holmes Bell as to deft Joseph Alan Lunsford; sentence hrg rescheduled from 8:45 a.m. to 4:00 p.m. on 1/28/98; (cc: all counsel, USM, USPO by sdb) (dmh) (Entered: 01/07/1998) |
| 01/07/1998 | 24 | NOTICE of response to amended presentence report by pltf USA as to deft Joseph A. Lunsford (dmh) (Entered: 01/07/1998) |
| 01/20/1998 | 25 | ACKNOWLEDGEMENT of Disclosure by deft Joseph Lunsford of amended presentence investigation report (dmh) (Entered: 01/21/1998) |
| 01/21/1998 | 26 | SUPPLEMENTAL Sentencing Memorandum by deft Joseph Alan Lunsford (to pldg. #20) with certificate of service (dmh) (Entered: 01/22/1998) |
| 01/28/1998 | 27 | SUPPLEMENTAL Sentencing Memorandum by pltf USA as to deft Lunsford (dmh) (Entered: 01/28/1998) |
| 01/28/1998 | | MINUTES before Judge Robert Holmes Bell sentencing deft Joseph Alan Lunsford (1) on count 2 to 36 Months imprisonment, 3 Years supervised release, and $100 special assessment; Remaining count, 1, dismissed at time of sentencing; deft remanded to custody of USM; terminating party Joseph Alan Lunsford; case terminated; Kevin Gaugier, court reporter (dmh) (Entered: 01/30/1998) |
| 01/29/1998 | 28 | JUDGMENT ( 6 pgs) in a Criminal Case as to deft Joseph Alan Lunsford by Judge Robert Holmes Bell (cc: dft cnsl, US Atty, USM, Probation) (dmh) (Entered: 01/30/1998) |
| 01/29/1998 | 29 | ACKNOWLEDGEMENT OF RECEIPT of appeal packet by atty Christopher Yates on behalf of deft Joseph Lunsford (dmh) (Entered: 01/30/1998) |
| 02/05/1998 | 30 | NOTICE of Appeal to Circuit Court by deft Joseph Alan Lunsford [28-1] re: decision entered on 1/29/98 (ghl) (Entered: 02/05/1998) |

| | | |
|---|---|---|
| 02/05/1998 | | MAILED information copies consisting of notice of appeal, docket sheet and judgment to CCA; notified judge and court reporter; re: appeal [30-1] (cc: District Judge and all counsel) (ghl) (Entered: 02/05/1998) |
| 02/17/1998 | 31 | TRANSMISSION FORM showing notice of appeal; re: appeal [30-1] filed by CCA on 2/12/98 and assigned CCA # 98-1139 (ghl) (Entered: 02/17/1998) |
| 03/11/1998 | 32 | PRESENTENCE Report on Joseph Alan Lunsford SEALED with Statement of Reasons "any and all objections" (ghl) (Entered: 03/12/1998) |
| 03/19/1998 | 33 | TRANSCRIPT of Plea as to deft Joseph Alan Lunsford held 8/27/97 before Judge Robert Holmes Bell; transcribed by Kevin Gaugier (dmh) (Entered: 03/20/1998) |
| 03/19/1998 | 34 | TRANSCRIPT of Sentencing as to deft Joseph Alan Lunsford held 1/28/98 before Judge Robert Holmes Bell; transcribed by Kevin Gaugier (dmh) (Entered: 03/20/1998) |
| 03/25/1998 | 35 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) payable to Kevin Gaugier for $75.00 as to deft Joseph Alan Lunsford (dmh) (Entered: 03/26/1998) |
| 06/22/1998 | 36 | ORDER from CCA; CCA # 98-1139 re: granting deft Joseph Alan Lunsford's motion to file proof brief two days out of time (ADR Administrator,mjs) (Entered: 06/22/1998) |
| 03/22/1999 | | MAILED record on appeal to CCA; CCA # 98-1139 re: appeal [30-1] pursuant to a request from CCA (cc: all counsel) (ghl) (Entered: 03/22/1999) |
| 04/19/1999 | 37 | TRANSMISSION FORM showing record on appeal; re: appeal [30-1] filed by CCA on 3/25/99 and assigned CCA # 98-1139 (ghl) (Entered: 04/19/1999) |
| 05/04/1999 | 38 | INFORMATION copy from CCA; CCA # 98-1139 re: appeal [30-1]The judgment of the district court is AFFIRMED. (ghl) (Entered: 05/04/1999) |
| 05/28/1999 | 39 | MANDATE from Sixth Circuit Court of Appeals re: CCA #: 98-1139; affirming the decision of the District Court appeal [30-1] re: order/judgment # 28 ; return of record on appeal ddl 9/25/99 as to deft Joseph Alan Lunsford (ghl) (Entered: 06/01/1999) |
| 06/11/1999 | | RECORD on Appeal returned from CCA; CCA #: 98-1139; re: appeal [30-1] consisting of 2 volumes of pleadings (Vol. 2 is PSI),2 Transcripts (ghl) (Entered: 06/11/1999) |

| | | |
|---|---|---|
| 06/11/1999 | | RETURNED Presentence Report of Joseph Alan Lunsford to U.S. Probation (ghl) (Entered: 06/11/1999) |
| 07/19/2004 | 40 | JUDGMENT and Commitment returned executed as to deft Joseph Alan Lunsford to FCI McK, PA on 7/1/04 (gjf) (Entered: 07/19/2004) |
| 01/17/2007 | 41 | PROBATION PETITION and ORDER as to defendant Joseph Alan Lunsford modifying conditions as noted with waiver of hearing; signed by Chief Judge Robert Holmes Bell (gjf) (Entered: 01/17/2007) |
| 02/02/2007 | 42 | PROBATION PETITION and ORDER as to defendant Joseph Alan Lunsford to the modification of condiitons as noted; no waiver attached; signed by Chief Judge Robert Holmes Bell (gjf) Modified text on 3/30/2007 (mbb, ). (Entered: 02/05/2007) |
| 09/24/2007 | 45 | PROBATION PETITION and ORDER modifying the conditions of supervision as to defendant Joseph Alan Lunsford with waiver of hearing ; signed by Chief Judge Robert Holmes Bell (Attachments: # 1 Attachment waiver of hearing to modify conditions) (Chief Judge Robert Holmes Bell, kcb) (Entered: 09/24/2007) |
| 11/21/2007 | 47 | PROBATION PETITION and ORDER as to Joseph Alan Lunsford that a warrant should issue ; signed by Chief Judge Robert Holmes Bell (Chief Judge Robert Holmes Bell, kcb) Modified text on 12/17/2007 (dmh). (Entered: 11/21/2007) |
| 12/17/2007 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Joseph Alan Lunsford; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 12/17/2007) |
| 12/17/2007 | 49 | NOTICE OF HEARING as to Joseph Alan Lunsford: preliminary revocation hearing and detention hearing set for 12/19/2007 at 03:00 PM at 740 Federal Building, Grand Rapids, MI before Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 12/17/2007) |
| 12/17/2007 | | ARREST of Joseph Alan Lunsford (dmh) (Entered: 12/17/2007) |
| 12/17/2007 | 50 | ARREST WARRANT RETURNED EXECUTED; defendant Joseph Alan Lunsford arrested on 12/17/2007 (dmh) (Entered: 12/17/2007) |
| 12/17/2007 | 51 | MINUTES held before Magistrate Judge Joseph G. Scoville; FIRST APPEARANCE RE REVOCATION of Supervised Release for defendant Joseph Alan Lunsford; deft's request for court appointed counsel granted; deft remanded to custody of USM pending further proceedings before the magistrate judge; (Proceedings Digitally |

| | | |
|---|---|---|
| | | Recorded) (Magistrate Judge Joseph G. Scoville, dmh) (Entered: 12/17/2007) |
| 12/18/2007 | 52 | ATTORNEY APPEARANCE of Paul L. Nelson for defendant Joseph Alan Lunsford (Nelson, Paul) (Entered: 12/18/2007) |
| 12/19/2007 | | Federal Public Defender recommends that Charles F. Boekeloo be appointed to represent defendant Joseph Alan Lunsford(Federal Public Defender, ) (Entered: 12/19/2007) |
| 12/19/2007 | 53 | CJA 20 APPOINTMENT of attorney Charles F. Boekeloo for deft Joseph Alan Lunsford; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 12/19/2007) |
| 12/19/2007 | 54 | ORDER that defendant Joseph Alan Lunsford is bound over for further proceedings before the district judge; defendant is committed to the custody of the Attorney General until further order of the court; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 12/19/2007) |
| 12/19/2007 | 55 | MINUTES held before Magistrate Judge Joseph G. Scoville; date set for Preliminary hearing on revocation and DETENTION hearing as to defendant Joseph Alan Lunsford; deft waives prelim and will be bound over before the district judge; deft not eligible for bond and he is remanded to custody of USM pending his revocation hearing; (Proceedings Digitally Recorded) (Magistrate Judge Joseph G. Scoville, dmh) (Entered: 12/19/2007) |
| 12/19/2007 | 56 | WAIVER of preliminary hearing by defendant Joseph Alan Lunsford (dmh) (Entered: 12/19/2007) |
| 12/21/2007 | 57 | NOTICE as to Joseph Alan Lunsford: final hearing re revocation of supervised release scheduled for 1/2/2008 at 10:30 a.m. at 601 Federal Building, Grand Rapids, MI before Chief Judge Robert Holmes Bell; (Chief Judge Robert Holmes Bell, kcb) (Entered: 12/21/2007) |
| 01/02/2008 | 58 | MINUTES of final hearing regarding revocation of supervised release as to defendant Joseph Alan Lunsford held before Chief Judge Robert Holmes Bell (Court Reporter: Kevin Gaugier) (Chief Judge Robert Holmes Bell, sdb) (Entered: 01/02/2008) |
| 01/02/2008 | 59 | JUDGMENT FOR REVOCATION OF PROBATION OR SUPERVISED RELEASE as to defendant Joseph Alan Lunsford ; signed by Chief Judge Robert Holmes Bell (Chief Judge Robert Holmes Bell, kcb) (Entered: 01/02/2008) |
| 01/02/2008 | | |

| | | |
|---|---|---|
| | | Certified Copy of Judgment 59 as to defendant Joseph Alan Lunsford mailed to Charles F. Boekeloo, Mark V. Courtade/Donald Davis, USM-GR (2) (jlg) (Entered: 01/02/2008) |
| 01/03/2008 | 60 | ACKNOWLEDGMENT of receipt of appeal packet by Joseph Alan Lunsford (gjf) (Entered: 01/03/2008) |
| 06/16/2008 | 61 | JUDGMENT RETURNED EXECUTED as to Joseph Alan Lunsford on 3/31/08 (gjf) (Entered: 06/17/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/22/2015 14:22:04 | | | |
| **PACER Login:** | sg5792:4204618:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:97-cr-00081-RHB |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |