# EXHIBIT 2.6



**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF MICHIGAN
402 FEDERAL COURTHOUSE
GRAND RAPIDS, MICHIGAN 49503-2363

CHAMBERS OF
**ROBERT HOLMES BELL**
UNITED STATES DISTRICT JUDGE

· February 21, 2001

(616) 456-2021

Mr. Marvin Gabrion
#09184-055
185 E. Michigan Ave.
Battle Creek, MI 49014-4015

RE:    *United States v. Marvin Gabrion*, Case No. 1:99-CR-76

Dear Mr. Gabrion:

I am in receipt of your recent letter. I too, am frustrated with the long delay in this matter and will soon be able to schedule the motions and possible trial date in the future.

Please be assured I am following your case closely and understand your anxiety. This is not your attorney's fault. I have known Mr. Paul Mitchell, your attorney, for several years and have observed him in many trials. He is a very good lawyer and a fine person. I know this may be difficult for you to understand under the circumstances but I ask you to trust me. I have also spoken with the Federal Public Defender, Christopher Yates, and asked him to assist Mr. Mitchell. You will find Mr. Yates, in addition to being a fine lawyer, also an individual of unquestioned integrity.

Again, please be patient.

Sincerely,

Robert Holmes Bell
United States District Judge

RHB/kb

bcc Paul Mitchell
w/ attachments

Gabrion 018637