# EXHIBIT 3.1

# David C. Stebbins

*Attorney at Law*

330 South High Street
Columbus, OH 43215
(614) 224-7291
FAX (614) 224-7268

June 26, 2000

Judge Scoville
United States District Court
110 Michigan NW
Grand Rapids, MI  49503

Re:    United States v. Marvin Gabrion
Case No. 1:99:CR:76

Dear Judge Scoville:

We have enclosed our Proposed Preliminary Budget for Gabrion's case that was filed under seal and ex parte today.  This budget covers all of our projected requests for investigative and expert fees, as well as attorney fees.  Please recognize that these are estimates, although they are based on our experience in this and other cases as well as information we have obtained from others who are experienced in this type of litigation.

We have some remaining questions as to this budget process, to which we are unable to find answers.  The primary question involves how to obtain continuing approval to exceed the $7,500.00 cap for investigative and expert fees imposed by 28 U.S.C. §848(q)(10)(b).  We have made two requests to exceed the cap, the most recent in February, 2000.  While this request was approved by this court and by Chief Judge Enslen, it has yet to be approved by the Sixth Circuit. Because we do not have approval from the Sixth Circuit our investigators and experts have not been paid, and consequently are not working on this case because of this lack of funding.  This appears to be an usually cumbersome process that prevents us from investigating the case and preparing for trial.

In addition to our investigators not being compensated, an additional investigator (Richard Wood) and an expert (Dr. Theodore Mauger) have not been compensated for their time, despite specific authorization from this court several months ago.  Is there a procedure that we have failed to follow that is causing these delays.  Assuming that our budget is approved, will we still have to submit every individual request to exceed the $7,500.00 cap to the Sixth Circuit, or will approval of the budget eliminate the need to make these individual requests.  We are finding it impossible to investigate and prepare the case without the assistance of investigators and experts.

Gabrion 020404

Judge Scoville
June 26, 2000
Page 2

     If you have any questions or need additional information, or if you have additional information on obtaining authorization for these expenditures, do not hesitate to contact either of us at your convenience. Thank you in advance for your assistance.

Very truly yours,

Paul L. Mitchell
David C. Stebbins

DCS/kb

Gabrion 020406