# EXHIBIT 3.3



**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF MICHIGAN
402 FEDERAL COURTHOUSE
GRAND RAPIDS, MICHIGAN 49503-2363



CHAMBERS OF
**ROBERT HOLMES BELL**
CHIEF DISTRICT JUDGE

August 20, 2001

(616) 456-2021

Mr. Paul Mitchell
Mitchell & Zambon, PC
161 Ottawa Ave., NW, 507 Waters Bldg.
Grand Rapids, MI 49503

> Re:    No. 1:99-CR-76    <u>United States v. Marvin Charles Gabrion</u>
> Witness Fees of Professor Christopher Shafer

Dear Mr. Mitchell:

I has just come to my attention that the expected witness fee request of Christopher Shafer for $8,682.27 in connection with the recent issue concerning federal jurisdiction over the crime alleged has been disallowed by the Sixth Circuit. My office has been in contact with Professor Shafer and with the Sixth Circuit staff responsible for voucher review.

It appears to me that the services of a jurisdiction expert was authorized by the January 26, 2001, order of Magistrate Judge Scoville subject to authorization within the defendant's approved budget or prior authorization of the Chief Judge and the Sixth Circuit. Of course, prior financial authorization for the $8,682.27 was not sought from the judge or the Sixth Circuit. I can find no financial authorization in the pretrial budget approved by the then Chief Judge and the Sixth Circuit to authorize this amount, either. Therefore, I can find no prior authorization for this expenditure.

Furthermore, while I am extremely reluctant to evaluate the quality of a witness' performance, the brief testimony of Professor Shafer and the nature of the legal issues involved hardly qualifies for this much reimbursement. Perhaps in the private sector a bill of this magnitude passes muster but not when taxpayers monies are involved.

You will find attached a le ter I have written to the Sixth Circuit asking for reconsideration of Professor Shafer's reimbursement request. Hopefully something positive may come of it. This, hopefully, is a notice to all of us about the seriousness with which the Sixth Circuit views expenses within the previously adopted budget.

Please don't hesitate to contact me on this or other reimbursement matters.

Sincerely,

Robert Holmes Bell
Chief United States District Judge

RHB/ymc

Gabrion 007296