# EXHIBIT 3.4



**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF MICHIGAN
402 FEDERAL COURTHOUSE
GRAND RAPIDS, MICHIGAN 49503-2363

CHAMBERS OF
ROBERT HOLMES BELL
CHIEF DISTRICT JUDGE

August 20, 2001

(616) 456-2021

Honorable Eugene E. Siler, Jr.
Circuit Judge
U.S. Court of Appeals
1380 West Fifth Street
London, KY 40741

Re:    No. 1:99-CR-76    United States v. Marvin Charles Gabrion
Expert Witness Christopher Shafer Reimbursement

Dear Judge Siler:

I am in receipt of your communication disapproving the voucher reimbursement of $8,682.27 to Professor Shafer, a defense jurisdiction expert who gave testimony and assisted defense counsel on May 23, 2001. A review of the Magistrate Judge's granting of defense motion to retain a jurisdictional expert on January 26, 2001, and the Preliminary Budget for the death penalty case review no monies were expressly set aside for jurisdictional issues.

Unfortunately, as the pretrial phase of the *Gabrion* matter progressed a genuine issue of jurisdiction arose. Both sides presented law professors whose historical and legal research were heard in open court and thoroughly reviewed. I found for the government and against the opinion of defendant's expert, Professor Shafer. Nevertheless it remains a key case decision and one likely to be seen on appeal if the defendant is convicted.

As I have informed defense counsel, I believe the witness fee is excessive and that an amount of $5,000 would clearly reimburse Professor Shafer for the time he invested. I therefore request this matter be revisited by you and this lower figure for reimbursement be authorized.

Please don't hesitate to contact me if this matter needs further explanation.

Sincerely,

Robert Holmes Bell
Chief United States District Judge

RHB/ymc

Gabrion 007297