# EXHIBIT 3.5

**Michigan Department of State Police**

SUPPLEMENTAL INCIDENT
REPORT 0037

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTARY DATE | FILE CLASS |
| Fri, Oct 03, 1997 | 09001 |

**OTHER PERSONS:**
NAM: JONI PANTELIN
NBR:        DIR:
STR: 200TH
SFX: AVENUE
CTY: MORLEY        ST: MI
TXH:        ZIP: 49336
TXW:

RAC: W        ETH:
SEX: F        OPS:
DOB: 38 YEARS    SSN:
HGT:        SID:
WGT:        FBI:
HAI:        MNU:
EYE:        PRN:

**CONTACT & INTERVIEW EMPLOYEE, JONI PANTELIN, 10-03-97:**
MRS. PANTELIN advised on Saturday, September 13, 1997, at approximately 7:00 a.m., a male subject had entered the store, in which she felt his appearance and his behavior was unusual. This subject later identified by a photograph, displayed by Tpr. Greg Tramper of the Lakeview Post, to be that of MARVIN GABRION.

The subject was noted to have entered the parking lot of the store in a red colored pickup truck, which had a Michigan license plate, described as blue in color with white letters. The store being empty of other customers, the subject parked on the west side, which made it difficult for her to view his parked vehicle. The subject walked in a hurried manner directly into the store, without greeting her, and went immediately into the bathroom, in which he spent an unusual length of time. The subject then came out, went to the coffee area, made some coffee, and spilled it in doing so. She described the subject as acting goofy and having a weird look to his eyes. He had also had a three to four day growth of beard, dark skinned, and somewhat tan, and described his hair as being shaggy and nearly reaching the collar length. The subject made some small talk and stated that he was not from the area. She felt that was unusual because he entered the store and knew immediately where to find the bathroom. She had mentioned this to Tpr. Tramper on the following day, the 14th of September, at which point he displayed to her a photograph. She identified that, in fact, was MARVIN GABRION. No one was noted to be with the subject and she could not recall seeing any animals in his company.

**CONTACT & INTERVIEW, LILLIAN TIMMERMAN, 10-03-97:**
LILLIAN TIMMERMAN, of 15008 Cedar Springs Avenue, Cedar Springs, Michigan.

In reviewing the activities of RACHAEL TIMMERMAN, prior to her disappearance, the following information was related.

A release of RACHAEL TIMMERMAN from the county jail was conditional, based upon her placement either at her father's house or placement into a residential treatment program, called "LIZ'S House," which is in Grand Rapids, Michigan. That setting is a structured environment, designed to teach responsibility and parenting skills to young mothers. RACHAEL TIMMERMAN reportedly was at odds with her probation officer for that condition being placed upon her release from jail. It was because of RACHAEL'S behavior at home, placement into Liz's House was going to be required. On the 30th of May, MRS. TIMMERMAN transported her step-daughter to that residential treatment center for a 10:00 a.m. conference. RACHAEL TIMMERMAN fully expected to be placed into that involuntary setting the following week.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 3 | D/SGT. RICHARD C. MILLER #75 | | |

**0002928**

Gabrion 003626

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0037 | SUPPLEMENTARY DATE<br>Fri, Oct 03, 1997 | FILE CLASS<br>09001 |

On that weekend of the 30th of May, MRS. TIMMERMAN believes that RACHAEL had not spent the weekend home and had been in the Newaygo area, visiting friends. She recalled that RACHAEL had been returned home by several male friends. SARA TIMMERMAN entered that conversation, and stated she had been present when RACHAEL was returned home, as DENNIS SCHIEDEL, MIKE VIAVADA, and a DAVID LINDEMAN had transported she and RACHAEL to Cedar Springs, and she in turn, returned back with the three males, to finish out the last week of school.

As to the date and time that RACHAEL was last seen, MRS. TIMMERMAN stated once again, that her husband was not home, due to a broken finger, which had got set by the doctor the same date that RACHAEL disappeared. MR. TIMMERMAN, reportedly had injured his hand the day before and had not realized such was broken, had returned to work and in turn was directed by his company to have the finger checked-out. Discovery was made that it was broken, and such was set. A DR. ARMSTRONG of Sparta, Michigan, was the treating physician for that injury. That injury prevented MR. TIMMERMAN from attending work for nearly four weeks.

MRS. TIMMERMAN recalled that perhaps two weeks prior to RACHAEL'S disappearance, she had spent the night away, up in the Newaygo area. She believes this may have been the same occasion when the man known as JOHN GALLMIER, had transported her to that location. RACHAEL had later explained that she had spent the night at the neighbor, EDDIE'S house and actually slept the night in EDDIE'S van, as she did not like the guy who brought her and she spun off to be with EDDIE.

MRS. TIMMERMAN explained that her first husband, a RUSSELL ARMSTRONG, after the divorce, relocated and currently lives on 3rd Street in Newaygo, Michigan. Subject is employed in Grand Rapids. MRS. TIMMERMAN has no information to show that RACHAEL ever associated with MR. ARMSTRONG, and knows of no association by VELDA TIMMERMAN either.

As to the approximate shoe size worn by RACHAEL TIMMERMAN, she reportedly wore a size 10 woman's shoe or an 8 1/2 man's shoe. Last shoes seen on the subject were described as black in color, an athletic tennis shoe type.

CONTACT & INTERVIEW SARA TIMMERMAN, 10-03-97:
SARA TIMMERMAN, 15008 Cedar Springs Avenue, Cedar Springs, Michigan.
SARA explained that her sister's personal effects had initially been placed into garbage bags by herself and her brother, SHANE; taken from the VELDA TIMMERMAN trailer, and put into storage in the back yard tool shed. After RACHAEL got released from jail, VELDA TIMMERMAN had her sister help her in moving those items out of the tool shed and placed them at the back of the trailer, exposed to the elements, with some of the items being placed underneath the front porch area to allow RACHAEL to pick such up. SARA claimed she had no information to show that her sister had ever returned and claimed any of the clothing.

STATUS: Open

| PAGE<br>3 of 3 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0002929

Gabrion 003627