# EXHIBIT 3.6

* FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/11/97

        Velda Timmerman advised interviewing Agent that the
individual who Rachel had referred to as "John" was someone from
the Burke's residence next door to Velda Timmerman's house.  Velda
advised that Rachel was with this John within the week before she
was killed.  Interviewing Agent asked how Velda Timmerman knew
when Rachel was killed, and Velda corrected herself by saying she
meant disappeared.  Velda Timmerman also mentioned that a best
friend of Rachel's, Donna Wilson, was the person who babysat
Shannon for Rachel when Rachel disappeared.  Rachel had also told
Donna Wilson that Marvin Gabrion was going to sell Rachel's baby
for $10,000.00.

        Velda Timmerman claimed that Rachel was acting crazy
the week before she disappeared.

        Velda Timmerman was asked if she had known any
associates of Rachel's named Delbert.  Timmerman advised that
Rachel had a friend who she occasionally associated with whose
first name was Delbert.  Rachel associated with him a year or so
ago, and her last contact with Delbert was probably near the time
Rachel was arrested in 1996.  Timmerman did not recall Delbert's
last name but described him as a white male, approximately 19 or
20 years old with black hair.  Velda advised that Rachel never
dated or slept with Delbert and would never elope with him.
Velda Timmerman added that Rachel, however, liked Delbert's best
friend, whose name began with "E."  Velda could not recall this
best friend's name, but thought it might be Emmett or Erwin, and
was someone who used to stay at the Burke's residence.  Velda
Timmerman thought that Delbert lived off Five Mile Road in
Morley, Michigan.  A year or so ago Delbert had been involved in
a breaking and entering at Stanwood School and was arrested for
it. Rachel had been partying with Delbert during the same day or
evening that this break-in occurred, and Rachel had been
questioned and almost arrested in connection with the same
incident.  Delbert used to visit at Velda Timmerman's home with
another individual named Chris Green.  Velda Timmerman thought
that Chris Green was currently incarcerated in the White Cloud
jail.  Velda Timmerman advised that the name Delbert was just a
name that someone came up with when the letter was written to the
prosecutor.  Velda Timmerman thought that Rachel may have

Investigation on    08/04/1997    at Newaygo, Michigan

File # 7A-DE-80788                                Date dictated    08/08/1997

by    SA Roberta L. Gilligan/sp

0003058

Gabrion 000070

FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of ____Velda Timmerman_____, On 08/04/1997 , Page ___2__

received letters from Delbert, which may possibly be in Rachel's aqua colored bag at the Timmerman residence.

Velda was advised by interviewing Agent that she would be recontacted in the near future for another interview.

0003059

Gabrion 000071