# EXHIBIT 3.7

U.S. Department of Justice
Office of the Inspector General

# MEMORANDUM OF INVESTIGATION

| e.Number: | Reporting Office: |
|---|---|
| .06476 | New York Field Office |

RE:  Interview of Linda BYRNES

On September 10, 1997, S/A Jacqueline Elbaum and SIS Lieutenant Dan Meridith, FCI Danbury, interviewed Inmate Lynda BYRNES (Reg. # 68415-079) at FCI Danbury, relative to information concerning the murder of Rachel TIMMERMAN, whose body was found bound and gagged in Oxford Lake in Newaygo County, Michigan, on July 5, 1997.  BYRNES agreed to be interviewed and provided the following information:

BYRNES was sentenced to 32 years incarceration for marijuana trafficking. BYRNES served the beginning of her sentence in Newaygo County Jail between August 8, 1995 and March 1997.  BYRNES was transferred to FCI Danbury on April 3, 1997.   BYRNE's defense attorney was Kenneth McEntire (Tel: 517-372-7780). BYRNE has since been appointed an Appellate Attorney, John Payne (Tel: 313-562-5700).  The Assistant United States Attorney's (AUSA) involved in her case were AUSA Mark Courtade, Western District of Michigan (Tel: 616-456-2404) and Renee Sheckmer.

BYRNES advised that, on January 8, 1997, Rachel TIMMERMAN (approximately 19 YOA) entered Newaygo County Jail as BYRNES' cell mate.  BYRNES stated that R.TIMMERMAN spoke to her about everything and told her details about her family, to include her mother and father's circumstances, her sister's rape, and her adopted brother Shane BYRNES' involvement in drug trafficking.

BYRNES advised that R.TIMMERMAN told her about who she personally trafficked drugs for.  R.TIMMERMAN told BYRNES that she had picked up marijuana on two different occasions from the same swampy lake, right outside of White Cloud, MI, where she was later found dead.  R.TIMMERMAN had told BYRNES that her mother, Velda TIMMERMAN (V.TIMMERMAN), had driven R.TIMMERMAN along with Lynda Lee McCameron out to the lake to pick up about two pounds of marijuana from Dave GABRION.  According to BYRNES, R.TIMMERMAN trafficked marijuana for Dave GABRION.  Mike GABRION, brother of Dave and Marvin GABRION, is currently serving time in the federal system for marijuana charges.  R.TIMMERMAN had estimated that Dave GABRION supplied her brother, mother and herself with between five to ten pounds of marijuana per week.

BYRNES advised that R.TIMMERMAN said she was raped by Marvin GABRION around August 1996.  According to BYRNES, R.TIMMERMAN was at an

| Special Agent Name and Signature: | Jacqueline L. Elbaum | Date: | September 18, 1997 |
|---|---|---|---|

**0000228**

Gabrion 000174

unidentified house, playing cards with three guys: Marvin GABRION, a relation of Marvin GABRION's, and another unidentified male. Marvin GABRION allegedly offered to give R.TIMMERMAN a ride home in his car, which BYRNES believed R.TIMMERMAN had identified as a convertible. R.TIMMERMAN was in the vehicle with Marvin GABRION and the other two males, when Marvin GABRION drove by R.TIMMERMAN's residence.  Marvin GABRION then allegedly told the other two guys to "get the fuck out of the car", which they did.

According to BYRNES, R.TIMMERMAN then drove down a two "track" [lane] road by the water and stopped the vehicle.  R.TIMMERMAN told BYRNES that Marvin GABRION then physically abused her, bit her and hit her head on the ground. BYRNES said that R.TIMMERMAN claimed to have been raped by Marvin GABRION that evening about four times.  R.TIMMERMAN was allegedly told by Marvin GABRION that he was not sure if he would let her go and that he would kill R.TIMMERMAN if she told anyone about the rape.  R.TIMMERMAN told BYRNES that she smoked a cigarette with Marvin GABRION, lied and said she liked him, and invited him to her house so that she might have a means of escaping.

Allegedly, Marvin GABRION then drove R.TIMMERMAN back to her house where the unidentified relative of Marvin GABRION was waiting outside of the house. Allegedly, R.TIMMERMAN got into the bathroom of her house, grabbed a hammer, and began screaming and threatening Marvin GABRION that she would hit him. According to BYRNES, R.TIMMERMAN said that Marvin GABRION then left the house.  R.TIMMERMAN advised BYRNES that she submitted a formal complaint . against Marvin GABRION to Newaygo County.  R. TIMMERMAN had told BYRNES that Marvin GABRION continuously stalked her and would sit outside of the Hardy Dan corner store waiting for her.

BYRNES advised that during R.TIMMERMAN's incarceration at Newaygo County Jail, R.TIMMERMAN received a letter from Dave GABRION, stating that R.TIMMERMAN was not going to get away with what her sister had done [NOTE: According to BYRNES, R.TIMMERMAN's sister might have falsely claimed that she was raped by someone identified as "CHRISTIANSEN", said to now be incarcerated in a county jail.  BYRNES was advised that V.TIMMERMAN had something against CHRISTIANSEN, so she had him falsely accused].  BYRNES advised that R.TIMMERMAN received the letter from Dave GABRION, right after R.TIMMERMAN went to court, possibly the first or second week of February 1997. In the letter, Dave GABRION allegedly alluded to the fact that Marvin GABRION might kill R.TIMMERMAN.   In the letter, Dave GABRION also ordered R.TIMMERMAN not to talk about their drug dealing.  BYRNES said that she did not read the letter, but R.TIMMERMAN had reported the content to her.

Memorandum of Investigation

September 18, 1997

Case Number:          9706476                                                Page 2

0000229

Gabrion 000175

According to BYRNES, R.TIMMERMAN had approached Correction Officers (C/O) in the Newaygo County Jail, asking about Marvin GABRION's status in the Newaygo County system. Allegedly, R.TIMMERMAN checked with Rita LNU, the only African American C/O in Newaygo County Jail. R.TIMMERMAN also allegedly told another C/O, Donna LNU (W/F, appx. 40 YOA), that she was scared to death of Marvin GABRION, because he would kill her when she was released from jail. BYRNES was allegedly advised by R.TIMMERMAN that if Marvin GABRION ever escaped the area, he would probably go to either Texas or Tennessee, where Mike GABRION allegedly obtained the marijuana that he trafficked.

BYRNES stated that Marvin GABRION supposedly knew a lot about R.TIMMERMAN's family, especially R.TIMMERMAN's father. For instance, Marvin GABRION knew where R.TIMMERMAN's father lived, where he worked, what time he got off of work, and that he had dealt drugs years ago. R.TIMMERMAN had indicated to BYRNES that V.TIMMERMAN had left R.TIMMERMAN's father for a woman. R.TIMMERMAN also suspected that V.TIMMERMAN might have had some type of relationship with Marvin GABRION.

According to BYRNES, R.TIMMERMAN said that R.TIMMERMAN had custody of her sister, because V.TIMMERMAN did not want her daughters living with R.TIMMERMAN's father. BYRNES advised that V.TIMMERMAN drove a "semi-truck" and her boyfriend in Morley, MI, did not like R.TIMMERMAN. R.TIMMERMAN had told BYRNES that V.TIMMERMAN suggested on two separate occasions that R.TIMMERMAN kill her (R.TIMMERMAN's) step-mother (NFI), because V.TIMMERMAN wanted to reunite with R.TIMMERMAN's biological father. V.TIMMERMAN allegedly told R.TIMMERMAN that she would get away with it, and V.TIMMERMAN would take R.TIMMERMAN's baby for her.

BYRNES said that R.TIMMERMAN told her that V.TIMMERMAN also dated Jim HOLLOWAY and, allegedly, V.TIMMERMAN wanted R.TIMMERMAN to have a baby by HOLLOWAY for V.TIMMERMAN. V.TIMMERMAN suggested that R.TIMMERMAN charge HOLLOWAY $10,000, and he would subsequently pay her $300 per month.

BYRNES stated that R.TIMMERMAN advised she was actually impregnated by Rick LNU, whose father worked in the Post Office. BYRNES stated that when R.TIMMERMAN was eight months pregnant (with Rick LNU's child), V.TIMMERMAN and HOLLOWAY took R.TIMMERMAN to a nudist camp in either Newaygo or South Haven, MI, to have the baby. While R.TIMMERMAN was in the county jail, she gave her baby to RICK LNU's parents to care for.

**0000230**

Gabrion 000176

BYRNES stated that V.TIMMERMAN lives in White Cloud, MI, by the Hardy Dan corner store. BYRNES stated that V.TIMMERMAN was from California and allegedly had an outstanding charge in California involving either attempted murder or assault.

According to BYRNES, around New Year's Day (January 1997), R.TIMMERMAN had picked up crack cocaine with Dave GABRION in Grand Rapids, MI from D.WILS... M, NFI) who trafficked the drugs from Chicago to Detroit. Accordi... .TIMMERMAN, "Wilson" was tangled with a wealthy street gang (NFI) al.g. to deal a lot of drugs and to have killed a lot of people.

BYRNES voluntarily provided the above information and agreed to talk to additional authorities, if necessary. BYRNES seeks a sentence reduction. BYRNES expressed her con... out information provided getting into the wrong hands of Newaygo County ... BYRNES advised that she is concerned about the welfare of her eleven y... daughter and requested that she (BYRNES) is not identified as the source o... nation to any of the GABRION's. BYRNES provided the following information... detail her need for limited exposure:

BYRNE... that Elvis PEACOCK, Rocky PEACOCK and Butch PEACOCK are all broth... BYRNES advised that, around June/July 1994, her son, John BYRNE... (after referred to as J.BYRNES), fronted E.PEACOCK and R... PEACO... one hundred pounds of marijuana, which was fronted to J.BYRNES by Geor... ZUDICA, located in Semonita, TX. BYRNES advised that she had hauled the mari...ana for J.BYRNES. BYRNES advised that the PEACOCKS never paid J.BYRN'S for the marijuana, so ZUDICA was contacting J.BYRNES in search of his cash for... marijuana supply. According to BYRNES, J.BYRNES and Bret BOROI... to Canada to go fishing and get out of the area. J.BYRNES had approac... PEACOC... S who ended up returning nineteen pounds of the marijua... to J.BYRNES. BYRNES stated that the PEACOCKS had called her and threaten... to kill J.BYRNES over the matter. According to BYRNES, J.BYRNES is currentl... incarcerated in Terra Haute, IN, after pleading guilty to a gun charge.

BYRNE... advised that the PEACOCKS deal with the GABRIONS, and the GABRIO... received marijuana from the PEACOCKS. BYRNES said that the PEACO... personally planted a lot of marijuana in Michigan. BYRNES advised... she knows where the PEACOCKS have their marijuana plants and who is in Texas, but she would have to research her personal records for specific... tions and identities of suppliers. BYRNES added that Jim STOCK... LL, undersheriff of Newaygo County, is also involved in the growing operation...

0000231

Gabrion 000177

BYRNES also added that James SAMUELS, a former prosecutor in Mecosta County, MI, is also allegedly involved with the PEACOCKs' cocaine trafficking. BYRNES stated that on February 28, 1997, when she was sentenced, J.SAMUELS was present in the courtroom, even though he had no involvement in her case. BYRNES stated that around July 4, 1994, she saw J.SAMUELS at the PEACOCK's house. BYRNES had heard from E.PEACOCK that J.SAMUELS was a drug customer of the PEACOCKS. BYRNES added that E.PEACOCK was a great friend with Undersheriff Jim STOCKWELL's son, Jeff STOCKWELL, who got killed. Allegedly, E.PEACOCK married Jeff STOCKWELL's widower, and they are raising Jeff STOCKWELL's son.

BYRNES advised that, in August/September 1994, J.BYRNES conducted excavation work for E.PEACOCK's house. J.BYRNE had sent BYRNE to pick up marijuana from E.PEACOCK's house (BYRNE could not recall the quantity, and estimated that it might have been between five and fifteen pounds).

In an unrelated issue, BYRNES advised that, approximately ten years ago, Pam BAILEY and her sister-in-law Elva OSBORNE (who works as a nurse at Lakeview Hospital, Lakeview, MI) killed a nine year old boy. BYRNES stated that E.OSBORNE used to own a restaurant in Gennessee County, MI, and E.OSBORNE wanted to burn the restaurant down for insurance purposes. BYRNE alleged that OSBORNE and BAILEY turned the gas on in the restaurant, and the restaurant blew up and killed a nine year old boy (NFI).

BYRNES stated that some time before 1995, BAILEY told BYRNES and Vicky COLE-HARPER (located in West Virginia) that she and OSBORNE had initiated the fire. BYRNES advised that BAILEY told her and COLE-HARPER both separately about the incident. BYRNES stated that BAILEY and COLE-HARPER flew to Las Vegas for the weekend after the fire.

BYRNES' DOB is 07-06-XX, and her SSN is 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.

0000232

Gabrion 000178