# EXHIBIT 3.8

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0030 | SUPPLEMENTARY DATE<br>Tue, Jul 22, 1997 | FILE CLASS<br>09001 |

| INCIDENT STATUS<br>Open | | Computer #1 |
|---|---|---|

# MURDER - "JANE DOE"

**TAPED INTERVIEW:**

**D/SGT. RICHARD MILLER - MSP NEWAYGO**
**D/SGT. DAVID BABCOCK - NEWAYGO COUNTY SHERIFF'S DEPARTMENT**
**VELDA KAY TIMMERMAN - MOTHER OF VICTIM**

Miller:       This recording is reference to case #65-2363-97, 0900 is the file class. Today's the 22nd of July. And this is a conversation and interview of VELDA KAY TIMMERMAN; myself, Det. Miller and Det. David Babcock. This recording is occurring at her home, the address of 7845 E. 36th Street in Newaygo County.

We're gonna back up a little bit, VELDA. I'll put the tape recorder down. It should pick up everybody's voices. The--back up a little bit--we were talking about the last time you saw your daughter, RACHAEL, you were saying that she came up to your house here, the trailer, about 8:00 in the evening, on the 30th of May, and that you last saw her about 2:00 a.m., I believe, the next day, the 31st of May. You had to take off on a truck driving route to California, and you took that particular drive with your co-driver, LEE RICHARDSON?

Timmerman:    ROBERTSON.

Miller:       ROBERTSON, pardon me. This is for the VanKempen Trucking Company. That we were discussing what your daughter talked to you about during that visit. This person she referred to as "Booney" was apparently one of her boyfriends?

Timmerman:    Male friend.

Miller:       A male friend. And his true name is JOHN, but you don't know his last name?

Timmerman:    Not off hand. I mean I knew it and I've known it, and I have it in my other address book.

Miller:       Okay. Where is that other address book at?

Timmerman:    LEE ROBINSON'S.

| PAGE<br>1 of 39 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0003071**

Gabrion 003394

| Michigan Department of State Police | ORIGINAL DATE Sat, Jul 05, 1997 | INCIDENT NO. 065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0030 | SUPPLEMENTARY DATE Tue, Jul 22, 1997 | FILE CLASS 09001 |

them, because they were here. And one of my angels alone, some of them anyway, could definitely keep them happy all day.

Miller: Have you ever done crack?

Timmerman: Yes, I have.

Miller: With DAVID?

Timmerman: Never. Oh, yes, I have. I was gonna say never, but yes, I have.

Miller: DAVID GABRION?

Timmerman: Yeah.

Miller: Does DAVID GABRION supply crack cocaine around here?

Timmerman: Yes, he was.

Miller: Was he supplying the people next door?

Timmerman: I have no knowledge. Cause see, I only did it with DAVID, maybe one weekend.

Miller: Okay. How much money--how much crack would he go through in a weekend?

Timmerman: Who, DAVID?

Miller: Yeah.

Timmerman: Thousands, that's why I never could figure out. You know, that's when I knew, I'm in something I don't want to be in, and tried to get out of it.

Miller: How much crack did you go through that weekend?

Timmerman: Oh I don't--I never--I never bought.

Miller: How much did he give you?

Timmerman: I would say--

Miller: How many puffs or how many tokes did you get down that weekend?

| PAGE 32 of 39 | INVESTIGATED BY D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Gabrion 003425

| Michigan Department of State Police SUPPLEMENTAL INCIDENT REPORT 0030 | ORIGINAL DATE Sat, Jul 05, 1997 | INCIDENT NO. 065-0002363-97 |
|---|---|---|
| | SUPPLEMENTARY DATE Tue, Jul 22, 1997 | FILE CLASS 09001 |

**Timmerman:** Well, I can tell because I did, I've lived in a crack house a week one time when I was mad at RAYMOND.

**Miller:** Okay.

**Timmerman:** Thousands, and tell myself that I'm a big mess. I would say (unintelligible) at least $900 worth.

**Miller:** How much?

**Timmerman:** Nine.

**Miller:** Nine hundred bucks worth? On the weekend?

**Timmerman:** Yeah.

**Miller:** Okay.

**Timmerman:** I at least seen that much.

**Miller:** Okay. We hear a lot of stories. We hear different things. Some are true, some are not true, and we don't know, we always check and cross check with various people. But, one thing I want to ask you, was there ever a time that you and your daughter, RACHAEL, had a conversation about her having a baby, and put that baby up for adoption?

**Timmerman:** Yes.

**Miller:** Was that the baby she was pregnant with?

**Timmerman:** No.

**Miller:** A different child?

**Timmerman:** Yes.

**Miller:** And what was the nature of the conversation?

**Timmerman:** I set up that adoption.

**Miller:** Okay, tell me about it. What's the story on that?

| PAGE 33 of 39 | INVESTIGATED BY D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Gabrion 003426