# EXHIBIT 3.9

April 2, 1998

L. C. Timmerman
15008 Cedar Springs Ave.
Cedar Springs Mi. 49319
(616) 696-1023

Dear Mr. Dettmer,

Please pardon my interruption into your busy day. Last June, my daughter, Rachel Timmerman left my home with her one year old daughter Shannon. About one month later, Rachel's body was discovered, brutally murdered, on federal property in Newaygo County. I would like to share some of my insights, and concerns.

On August seven, 1996, Rachel was brutally raped and beaten. She named her assailant as Marvin Charles Gabrion (incident #3277-96). Nothing happened with the case until Rachel reported her concerns about Marvin stalking her to a social worker, named Jackie Melson. Jackie went with Rachel to see David Babcock, now Undersheriff of Newaygo County. I believe Mr. Gabrion was arrested on January 20, 1997. At that time a fingerprint match was run with the FBI. The FBI "rap sheet", that was leaked to me, is fourteen pages long. Newaygo County authorities didn't see anything serious enough in this document to deny bail, yet it appears to be the same record federal authorities used to deny bail to Mr. Gabrion when he returned to West Michigan, after his arrest in Sherman, New York..

Rachel had been in some trouble of her own. Her original crime was selling one eighth ounce of marijuana to an under cover officer. She refused to name her supplier. Rachel was incarcerated for a probation violation from January eighth through May five, 1997. While Rachel was in the Newaygo Count jail I visited her nearly every Sunday. She told me that she was receiving threats even in the jail. Mr. Gabrion wanted her to drop the rape charges. I encouraged Rachel to write letters to the prosecuting attorney of Newaygo County, informing Chrystal Roach of her concerns. I wonder if those letters still exist? I know Rachel wrote Ms. Roach at least twice. Rachel saved all of the letters she received while incarcerated, I didn't see any reply from the prosecutor.

After Rachel's funeral, I went through her things. Among them I found three letters from Mr. Gabrions mother. These letters mentioned Shannon frequently. There was also an implied threat. Elaine gave detailed instructions about how Rachel had to write a letter to the prosecutor, Chrystal Roach, to drop the rape charges against Marvin, and that "some times her boys do bad things", if Rachel didn't cooperate. Rachel and Mr. Gabrion had a court date scheduled for the fifth of June. I was planning on attending with Rachel. The third of June Rachel told me a boy had asked her out to dinner. I never saw her again. I have been told that on June five, Mrs. Gabrion left Newaygo County for a two week automobile trip. Need I say that I'm suspicious?

In July, my wife and I went up to Oxford Lake, to see the crime scene. We found two cement blocks there, as well as some pieces of rusty "blue Ford truck". Law Enforcement escorted me to the lake to retrieve the blocks. I mentioned the pieces of blue truck that I'd found, as well as the fact that I'd been told Dave Gabrion, Marvin Gabrion's brother, owned a rusty blue Ford truck. Police retrieved the blocks, but, regarding the truck parts, I was told "all that proves is that Dave Gabrions truck was at the lake some time, not when it was there." In an interview in July, William Vandersteldt stated that Dave Gabrion told him Rachel was wearing handcuffs, when her body was discovered. This information was NOT released to the media.

0002995

Gabrion 013106

Need I say that I'm suspicious?

I understand completely that police don't want me to know details about their murder investigation. I cannot imagine why I can't be told anything about the search for my granddaughter. My wife and I have read enough "true crime" stories to know that if the kidnaping occurs to rich, or prominent individuals the FBI shares all kinds of information with them. The last two encounters I've had with the FBI I've been told "We're checking on that", and "hi".

Because I was dissatisfied with "Shannon is listed on the National Register of Missing Persons", and "We're searching a multi-state area", I wrote several letters to Senator Van Regenmorter, a well known advocate of victims rights. We also spoke on the phone. He stated that law enforcement should be talking to me, and he'd see what he could do. Two days later my wife was told that "Tim shot himself in the foot." I offered the officer an opportunity to elaborate, but he would not be more specific.

One of my relatives is an attorney in another state. He cannot believe that federal authorities still have not convened a grand jury. I am a decent electrician, but I had no knowledge of these criminal proceedings. My understanding is that this proceeding is an investigative tool, forcing people to tell the truth, as well as a method of bringing indictments. I would want any tool available used to find my granddaughter, Shannon.

On New Years eve, 1994, my youngest daughter, Sara, then fourteen years old was raped in Newaygo County. The perpetrator was a friend of Marvin Gabrion. Despite Sara's testimony that she was criminally sexually penetrated by Mr. Christiansen's penis, I would call it "First degree CSC". The prosecuting attorney, Chrystal Roach, chose to accept a plea bargain agreement. My child still had to go in front of the court room, and tell what happened to her. Mr. Christiansen is already up for parole.

I have no confidence in the Newaygo County criminal justice system. I feel that the US Prosecuting Attorneys office would be far more qualified to move forward on this case. Perhaps there will never be enough evidence to prosecute Mr. Gabrion for any of the (four) murders. Then he will walk the streets again seeking weak victims: kids, disabled veterans, old men. My Rachel may have had her problems, but, she got herself a job, she was learning how to drive, and wanted to be the best mom she could for her little girl. I have a paternal moral obligation to my granddaughter. We want her back. I fear that politics stand in the path of logical steps toward her recovery.

I came across a quote from Sandra Day O'Connor that I would like to close with. "Murder is the ultimate act of depersonalization. It transforms a living person with hopes, dreams, and fears into a corpse, thereby taking away all that is special and unique about that person. The Constitution does not preclude a State from deciding to give some of that back." This case offers the state the ultimate opportunity to give something back. That would be, first, my granddaughter, Shannon Dale VerHage, then conviction of Marvin Charles Gabrion on federal murder charges!

Please exercise your legal authority, take control of this case to the level where Rachel's life ended. This case belongs in the federal system! I would really like to hear your plans.

Thanks for your time.

Sincerely,

Tim Timmerman

0002996

Gabrion 013107