# EXHIBIT 3.10

PAGE: 1           New   Io County Sheriff's Dept.        2394-97 D
COPY FOR: COPY            INCIDENT REPORT       RUN TIME 11:00:13
                    300 WILLIAMS ST.         RUN DATE- 8/08/97
TELEPHONE:616-689-6623      WHITE CLOUD MI 49349

DENT # -  2394-97D  FILE CLASS-09001/0900-1  STATUS-OPEN
'TOWN  - 19  -MONROE TWP  LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE  - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62 -282
OCCURRED - 7/05/97 19:30                      ZONE-
REPORTED - 7/05/97 19:30     RESPONSIBLE-62 -NEWAYGO CO SHERIFF DEPT
ARRIVED -     00:00      RESPONDING -62 -NEWAYGO CO SHERIFF DEPT

**NARRATIVE:**

SUPPLEMENTAL: 7-12-97

RE-CONTACT WITH VICTIM'S MOTHER: Velda Timmerman

R/O was with D/Sgt. Richard Miller at the Michiga State Police Post, Newaygo when we received a phone call from Velda Timmerman. At this time, R/O advised Velda that we had made positive identification on the body of Rachel Timmerman. R/O advised that her daughter, in fact, was dead and had been murdered and found in Oxford Lake.

At this time, Velda became quite upset and almost hysterical. What she was stating was that she was afraid to come back because Rachel may have talked before they killed her. R/O asked her what she was referring to. She stated at this time she is the informant that got Dave and Mike Gabrion busted on dope and that she had told Rachel this and that she now feared for her life. Rachel may have told someone this before they killed her. She seemed much more concerned with her safety at this point than the fact that R/O had advised her that her daughter was dead.

At this point, Velda did start questioning about her granddaugher, Shannon Verhage, if we knew what had happened to her or where she was at. R/O advised at this time we did not know anything about Shannon. At this point, Shannon is missing and we had no information as to her whereabouts or her condition.

Velda appeared to be quite irrational on the phone, which is understandable due to the news R/O had just given her reference to her daughter. At this point, she started talking of Dave Gabrion and that about four (4) years ago she worked with a woman by the name of Pattie down in Grant at a nursing home and Pattie came up missing and she believes is still missing. She questioned if we were aware of that incident. At this point, R/O advised her we were not.

Velda then indicated she would advise her co-driver, Lee Robinson, that they would return to Michigan. R/O advised her that upon her return before contacting anyone else, to please contact R/O or D/Sgt. Richard Miller to go over information on this case. She advised she would contact us upon her return.

DATE: 7-12-97

0003054

Gabrion 006128

```
AGE:    1                   New    ]o County Sheriff's Dept.              2394-97 D
OPY FOR: COPY                      INCIDENT REPORT                 RUN TIME 11:00:13
                                   300 WILLIAMS ST.                RUN DATE- 8/08/97
TELEPHONE:616-689-6623             WHITE CLOUD MI 49349
```

```
    ENT # -     2394-97D  FILE CLASS-09001/0900-1      STATUS-OPEN
    'TOWN  - 19  -MONROE TWP       LOCATION - OXFORD LAKE, BITELY, MI.
OF.._NSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                          ZONE-
REPORTED  - 7/05/97 19:30       RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00        RESPONDING -62  -NEWAYGO CO SHERIFF DEPT
```

**NARRATIVE:**

SUPPLEMENTAL:   7-12-97

RE-CONTACT WITH VICTIM'S MOTHER:  Velda Timmerman

R/O was with D/Sgt. Richard Miller at the Michiga State Police Post, Newaygo when we received a phone call from Velda Timmerman. At this time, R/O advised Velda that we had made positive identification on the body of Rachel Timmerman.  R/O advised that her daughter, in fact, was dead and had been murdered and found in Oxford Lake.

At this time, Velda became quite upset and almost hysterical.  What she was stating was that she was afraid to come back because Rachel may have talked before they killed her.  R/O asked her what she was referring to.  She stated at this time she is the informant that got Dave and Mike Gabrion busted on dope and that she had told Rachel this and that she now feared for her life.  Rachel may have told someone this before they killed her.  She seemed much more concerned with her safety at this point than the fact that R/O had advised her that her daughter was dead.

At this point, Velda did start questioning about her granddaugher, Shannon Verhage, if we knew what had happened to her or where she was at.  R/O advised at this time we did not know anything about Shannon.  At this point, Shannon is missing and we had no information as to her whereabouts or her condition.

Velda appeared to be quite irrational on the phone, which is understandable due to the news R/O had just given her reference to her daughter.  At this point, she started talking of Dave Gabrion and that about four (4) years ago she worked with a woman by the name of Pattie down in Grant at a nursing home and Pattie came up missing and she believes is still missing.  She questioned if we were aware of that incident.  At this point, R/O advised her we were not.

Velda then indicated she would advise her co-driver, Lee Robinson, that they would return to Michigan.  R/O advised her that upon her return before contacting anyone else, to please contact R/O or D/Sgt. Richard Miller to go over information on this case.  She advised she would contact us upon her return.

DATE:   7-12-97

0003054

Gabrion 006129

AGE:   2                        New   jo County Sheriff's Dept.                    2394-97 D
OPY FOR: COPY                         INCIDENT REPORT                        RUN TIME 11:00:13
                                      300 WILLIAMS ST.                       RUN DATE- 8/08/97
TELEPHONE: 616-689-6623               WHITE CLOUD MI 49349

DENT # -     2394-97D   FILE CLASS-09001/0900-1     STATUS-OPEN
C. /TOWN  - 19  -MONROE TWP      LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE   - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                                    ZONE-
REPORTED  - 7/05/97 19:30          RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -         00:00          RESPONDING -62   -NEWAYGO CO SHERIFF DEPT

---

NARRATIVE CONT:

INTERVIEW SHANE CARLISLE TIMMERMAN:   W/M, DOB: 5-17-76, Apt. #8
                                      1496 44th St., Wyoming, Mi.
                                      Telephone:  616-538-1734
                                                  616-538-0621 (work)
                                      Employer:  Palermo Pizza
                                                 36th St., Wyoming, Mi.

Interview was conducted at the Michigan State Police Post, D/Sgt.
Miller's office.

NOTE:  See contents of this interview in Det. Miller's report.

DATE:  7-12-97

LOCATION OF DENTAL RECORDS FOR COMPARISON WITH VICTIM, RACHEL
TIMMERMAN:  R/O contacted Nancy Klement.  Nancy is an employee of
Dr. Leyder out of Croton who had done considerable dental work for
Rachel Timmerman.  Nancy lives on Pine Street the first house off
Wealthy behind the fire barn in Croton.  Nancy went to Dr. Leyder's
office and opened the office up and handed to R/O x-rays from the
dental files of Rachel Timmerman.  These were tagged, marked by R/O,
placed in an envelope, and then taken to Det. Miller.  R/O received
these at 1126 hours on 7-12-97.  NOTE:  These x-rays of Rachel were
taken by Dr. Leyder's office on 6-6-95.  These were turned over to
Det. Miller for transport to Dr. Cole's (Medical Examiner) office
in Grand Rapids.

DATE:  7-12-97

CONTACT WITH LYNN TIMMERMAN:  Step-mother of Rachel, current wife
                              of Lavern Timmerman

R/O was contacted at home at 2052 hours by Lynn.  She indicated
that she and her husband, Tim, had been going through the property
of Rachel in her room and they located two letters which had been
written to Rachel from Elaine Gabrion.  She stated one was dated
4-22-97 and one was dated 3-28-97.  She indicated in these letters
Elaine talked about how she would do anything to get her sons out
of trouble and further was explaining to Rachel in the letter how
she could go about doing that.

Lynn was advised that we would pick these items up at her residence
on the following day, 7-13-97.

0002932

Gabrion 006130

```
PAGE:    2          New   Jo County Sheriff's Dept.           2394-97 D
COPY FOR: COPY            INCIDENT REPORT             RUN TIME 11:00:13
                         300 WILLIAMS ST.            RUN DATE- 8/08/97
TELEPHONE:616-689-6623   WHITE CLOUD MI 49349
```

```
IDENT # -    2394-97D  FILE CLASS-09001/0900-1    STATUS-OPEN
C.  /TOWN  - 19  -MONROE TWP    LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                    ZONE-
REPORTED  - 7/05/97 19:30      RESPONSIBLE-62 -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00       RESPONDING -62 -NEWAYGO CO SHERIFF DEPT
```

**NARRATIVE CONT:**

INTERVIEW SHANE CARLISLE TIMMERMAN: W/M, DOB: 5-17-76, Apt. #8
1496 44th St., Wyoming, Mi.
Telephone: 616-538-1734-
616-538-0621 (work)
Employer: Palermo Pizza
36th St., Wyoming, Mi.

Interview was conducted at the Michigan State Police Post, D/Sgt. Miller's office.

NOTE: See contents of this interview in Det. Miller's report.

DATE: 7-12-97

LOCATION OF DENTAL RECORDS FOR COMPARISON WITH VICTIM, RACHEL TIMMERMAN: R/O contacted Nancy Klement. Nancy is an employee of Dr. Leyder out of Croton who had done considerable dental work for Rachel Timmerman. Nancy lives on Pine Street the first house off Wealthy behind the fire barn in Croton. Nancy went to Dr. Leyder's office and opened the office up and handed to R/O x-rays from the dental files of Rachel Timmerman. These were tagged, marked by R/O, placed in an envelope, and then taken to Det. Miller. R/O received these at 1126 hours on 7-12-97. NOTE: These x-rays of Rachel were taken by Dr. Leyder's office on 6-6-95. These were turned over to Det. Miller for transport to Dr. Cole's (Medical Examiner) office in Grand Rapids.

DATE: 7-12-97

CONTACT WITH LYNN TIMMERMAN:  Step-mother of Rachel, current wife
of Lavern Timmerman

R/O was contacted at home at 2052 hours by Lynn. She indicated that she and her husband, Tim, had been going through the property of Rachel in her room and they located two letters which had been written to Rachel from Elaine Gabrion. She stated one was dated 4-22-97 and one was dated 3-28-97. She indicated in these letters Elaine talked about how she would do anything to get her sons out of trouble and further was explaining to Rachel in the letter how she could go about doing that.

Lynn was advised that we would pick these items up at her residence on the following day, 7-13-97.

**0002932**

Gabrion 006131

```
PAGE:   3                  New  jo County Sheriff's Dept.            2394-97 D
COPY FOR: COPY                   INCIDENT REPORT               RUN TIME 11:00:13
                                 300 WILLIAMS ST.             RUN DATE- 8/08/97
TELEPHONE:616-689-6623           WHITE CLOUD MI 49349
```

ENT # -    2394-97D   FILE CLASS-09001/0900-1      STATUS-OPEN
O.../TOWN  - 19  -MONROE TWP       LOCATION - OXFORD LAKE, BITELY, MI.
OF. NSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                        ZONE-
REPORTED  - 7/05/97 19:30       RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00        RESPONDING -62  -NEWAYGO CO SHERIFF DEPT

---

NARRATIVE CONT:

DATE:  7-13-97

EVIDENCE COLLECTED:  D/Sgt. Richard Miller and R/O went to the
Timmerman residence in Cedar Springs where R/Os met with Tim and
Lynn Timmerman.  They then turned over to Det. Richard Miller two
letters which they had located in Rachel's property from Elaine
Gabrion to Rachel Timmerman.  NOTE:  Det. Miller took these letters
to be placed into evidence.

DATE:  7-13-97

INTERVIEW EDWARD H. START, JR.:   W/M, DOB: 10-11-71, 6'1", 145 lbs.,
                                  brown eyes, brown hair
                                  7865 E. 36th St., Newaygo, Mi.
                                  Telephone:  652-3839
                                  Ops. S-363-189-297-782
                                  SS# 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

Interview took place at the home of his mother, Marilyn Burke.

NOTE:  Relavant to the contents of the interview, please see
Det. Miller's report under interview with Edward Start.

ADDITIONAL INFORMATION:  While at the location of 7865 E. 36th St.,
R/O noted vehicles which were at that location.  The vehicle parked
in the driveway was a Chrysler Cordoba, Michigan plate NPC-202.
This vehicle is dark brown with light brown on the top half,
burgundy seats on the inside.

Parked on the back side of the property around the fire pit away
from the trailer was a gray Ford pick-up.  It appeared to be a
light colored gray, almost looking like a primer.  On the back of
this was a handicap license plate of 4592-C.  It showed a Michigan
expiration date of June 1998.

Also located to the east of the trailer was a Ford Econoline van,
orange in color, no license plate on vehicle.

Located next to that was a Ford van, dark blue mixed with light blue
and showed a Michigan registration of CVN-27.

Also located on the property was a light blue Econoline Ford van 150
with no plate on this vehicle.

**0000345**

Gabrion 006132

```
'AGE:   3          · New   Jo County Sheriff's Dept.      ·        2394-97 D
:OPY FOR: COPY                INCIDENT REPORT          RUN TIME 11:00:13
                             300 WILLIAMS ST.      '     RUN DATE- ·8/08/97
:ELEPHONE: 616-689-6623      WHITE CLOUD MI 49349
```

ENT # -    2394-97D  FILE CLASS-09001/0900-1    STATUS-OPEN
/TOWN  - 19  -MONROE TWP       LOCATION - OXFORD LAKE, BITELY, MI.
JE. _NSE   - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                      ZONE-
REPORTED  - 7/05/97 19:30      RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00      RESPONDING -62  -NEWAYGO CO SHERIFF DEPT

## NARRATIVE CONT:

DATE:  7-13-97 .

EVIDENCE COLLECTED:  D/Sgt. Richard Miller and R/O went to the
Timmerman residence in Cedar Springs where R/Os met with Tim and
Lynn Timmerman.  They then turned over to Det. Richard Miller two
letters which they had located in Rachel's property from Elaine
Gabrion to Rachel Timmerman.  NOTE:  Det. Miller took these letters
to be placed into evidence.

DATE:  7-13-97

INTERVIEW EDWARD H. START, JR.:  W/M, DOB: 10-11-71, 6'1", 145 lbs.,
                                 brown eyes, brown hair
                                 7865 E. 36th St., Newaygo, Mi.
                                 Telephone:   652-3839
                                 Ops. S-363-189-297-782
                                 SS# 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

Interview took place at the home of his mother, Marilyn Burke.

NOTE:  Relavant to the contents of the interview, please see
Det. Miller's report under interview with Edward Start.

ADDITIONAL INFORMATION:  While at the location of 7865 E. 36th St.,
R/O noted vehicles which were at that location.  The vehicle parked
in the driveway was a Chrysler Cordoba, Michigan plate NPC-202.
This vehicle is dark brown with light brown on the top half,
burgundy seats on the inside.

Parked on the back side of the property around the fire pit away
from the trailer was a gray Ford pick-up.  It appeared to be a
light colored gray, almost looking like a primer.  On the back of
this was a handicap license plate of 4592-C.  It showed a Michigan
expiration date of June 1998.

Also located to the east of the trailer was a Ford Econoline van,
orange in color, no license plate on vehicle.

Located next to that was a Ford van, dark blue mixed with light blue
and showed a Michigan registration of CVN-27.

Also located on the property was a light blue Econoline Ford van 150
with no plate on this vehicle.

0000345

Gabrion 006133

PAGE:   4                          New   jo County Sheriff's Dept.                2394-97 D
COPY FOR: COPY                          INCIDENT REPORT              RUN TIME 11:00:13
                                        300 WILLIAMS ST.             RUN DATE- 8/08/97
TELEPHONE:616-689-6623              WHITE CLOUD MI 49349

INCIDENT # -    2394-97D   FILE CLASS-09001/0900-1      STATUS-OPEN
CI  /TOWN  - 19 -MONROE TWP      LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                           ZONE-
REPORTED  - 7/05/97 19:30        RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00         RESPONDING -62  -NEWAYGO CO SHERIFF DEPT

## NARRATIVE CONT:

Subjects, at time of questioning, indicated that all these vehicles
belonged to their mother, Marilyn Burke.

NOTE:  While at the Burke trailer, R/Os observed two subjects at
Velda Timmerman's trailer next door directly to the west of the
Burke trailer and vehicles in the yard.  At this time, R/O went over
and identified the subjects at the trailer.  The subjects were
identified as Andrew Theodore Callender, Jr., W/M, DOB: 5-24-78.
He indicated his address is 22300 M-82, Howard City, Michigan,
telephone: 937-5607 with a Michigan Ops of C-453-067-792-391.

Also with him was a brother by the name of Steven Lee Callender, W/M,
DOB: 9-12-74.  He shows the same address and phone number.  His
Ops code is C-453-777-497-709.

The two vehicles in the driveway belonging to these individuals were
a 1986 Tempo GL, white in color, registration NNQ-492 and a 1989
Ford F-150 half ton pick-up, Michigan registration WP-6765.  This is
a two tone brown, dark brown on top and bottom with light brown in
the middle.

At this time, R/O asked subjects if they had permission to be at
Velda Timmerman's residence.  Andrew stated that Velda had asked
him if he would watch her trailer and had given him a key on the
prior Tuesday to daily check and/or stay there if he wished to keep
an eye on things at the trailer.  He stated he has stayed there
some evenings, otherwise just stops by and checks.  At this time, he
further indicated his connection to Velda is through his uncle, Lee
Robinson, who lives near them over on M-82.  Lee Robinson is the
co-driver on the truck route with Velda Timmerman and that Velda
lives with Lee Robinson when they are home from their truck routes.

SEARCH WARRANT EXECUTION:  7-14-97

Information obtained during investigation showed Marvin Gabrion's
last known address as 11415 5 Mile Road, Morley, Michigan.  While
at that location attempting to locate and interview Marvin Gabrion
reference this investigation, R/O noted located on the property of
Marvin Gabrion of 11415 4 Mile Road directly to the south of the
house, an area which had some brush and several cement blocks.
R/O could see black strips of what appeared to be tar on one of the
cinder blocks and a red paint on another one of the blocks in the
group, which looked very similar in nature to the blocks removed
from victim, Rachel Timmerman, upon her being taken from the lake.

**0000346**

Gabrion 006134

PAGE:   5                      New   go County Sheriff's Dept.                        2394-97 D
COPY FOR: COPY                        INCIDENT REPORT                          RUN TIME 11:00:13
                               300 WILLIAMS ST.                               RUN DATE- 8/08/97
TELEPHONE:616-689-6623         WHITE CLOUD MI 49349

I    DENT # -    2394-97D  FILE CLASS-09001/0900-1     STATUS-OPEN
C.   /TOWN   - 19  -MONROE TWP      LOCATION - OXFORD LAKE, BITELY, MI.
OF   NSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                                       ZONE-
REPORTED  - 7/05/97 19:30          RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -           00:00        RESPONDING -62  -NEWAYGO CO SHERIFF DEPT

## NARRATIVE CONT:

Based on this observation of the cement blocks appearing to match
or be similar in nature to the blocks removed from Rachel Timmerman,
R/O contacted Prosecutor Roach and obtained a Search Warrant for
recovery of these blocks.  This Search Warrant was signed by Circuit
Court Judge Terry Thomas.

Upon return to the address of 11415 5 Mile Road, Morley, Michigan,
R/O and D/Sgt. Miller did locate and obtain the two cement blocks;
one being a cinder block with black, the other being a cement-type
block with red paint, which were secured by Detective Miller for
transport to the crime lab (See Det. Miller's report for log of
evidence).

INTERVIEW WITH NEIGHBORS TO THE ADDRESS OF 11415 5 MILE RD., MORLEY,
MICHIGAN:  This actually is the village of Altona.

R/O canvassed the neighborhood and spoke with numerous neighbors
of Mr. Gabrion to see if anyone could advise the whereabouts of
this subject at this time.

Interview with Jim Bacon:  This interview took place on 7-14-97.
His address is 11102 Maple St., Altona, Michigan, telephone:
823-2012.

Jim Bacon indicated he does not know the subject, Marv Gabrion,
extremely well.  What he has seen of this individual is that he
is an alcoholic.  This subject is extremely "goofy."  He believes
that subject, Gabrion, is probably dealing dope or drugs.  He
indicates also that he has been observed watching kids at the bus
stop in the Altona area, and in general just acts very strange.
He further indicated that Gabrion does hang around with a subject
that lives next to a church in Morley, unknown at this time what
that subject's name may possibly be.  He does see a guy on a location
on a two track which runs south from 4 Mile Road near Mallory's Auto
Parts (unknown who this individual at that location might be).

Interview with Marie Eisley:  7-14-97

Marie talked about a subject that did hang around with Marv Gabrion
semi-regular, that being a Tommy Brooks, W/M, 30 to 35 years of
age, 5'6" to 5'8", 170 pounds, believed lives on Cutler Road up
in Morley.  The subject has black medium length hair, a full bread,
and a mustache.  She states there was another guy she had seen over
there on a couple occasions who Marv Gabrion called his cousin.

0000049

Gabrion 006135

PAGE:    6                          New   jo County Sheriff's Dept.                    2394-97 D
COPY FOR: COPY                          . INCIDENT REPORT                           RUN TIME 11:00:13
                                          300 WILLIAMS ST.                          RUN DATE- 8/08/97
TELEPHONE: 616-689-6623                 WHITE CLOUD MI 49349.

DENT # -    2394-97D   FILE CLASS-09001/0900-1     STATUS-OPEN
/TOWN  - 19  -MONROE TWP       LOCATION - OXFORD LAKE, BITELY, MI.
OL. .JSE   - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                                    ZONE-
REPORTED  - 7/05/97 19:30        RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        '00:00        RESPONDING -62 . -NEWAYGO CO SHERIFF DEPT

**NARRATIVE CONT:** .

She has no description of this individual.  She states that
approximately 2 to 2 1/2 months prior to this interview, she did
observe an older woman at the residence of Marv Gabrion.  She
believed the woman would be approximately mid-40's, brown-hair and
glasses.

Marie indicated the last she had observed activity around the
residence would have been Friday, July 11th.  Friday evening, she
states, she noticed a Bronco parked in front of the house for awhile,
however, she did not see anyone get out of this vehicle while it
was parked there.  No further description on this Bronco.

Interview Tim Taylor:  7-14-97

Tim is a W/M, DOB: 4-20-60, 11460 5 Mile Road, Morley, Michigan,
telephone: 823-2276.

Tim indicated he has lived at this address for 14 years and subject,
Gabrion, has lived at the house across the street for approximately
a year.  He stated he has not become very friendly with this subject.
On occasions, Gabrion has come over and borrowed tools from him.  He
has given him a jump on occasion in the winter.  He has heard from
people in the area rumors about Gabrion having something to do with
stabbing frogs and peeking in windows.  He states the only time he
was ever inside the residence since Gabrion owned it was when his
daughter was missing for a short time period and he went to Gabrion's
residence to see if she was there or if he had seen her.  When he
got no answer at the door, he opened the door and stepped inside.
His daughter was not there, however, Gabrion was home and got
extremely irate at him over that incident for coming in his home.
Other than that, he states he has had no association with Gabrion.
However, he does recall a subject by the name of Tommy Brooks, who
lives up the road in Morley, as hanging around with Gabrion from
time to time.  He has not seen Brooks or Gabrion in a week or two.

Interview with Jennifer Cass:  W/F, DOB: 12-30-68, 11379 5 Mile Rd.,
Morley, Michigan, telephone:  616-823-2966.

This residence is located across the street directly to the east of
Gabrion's residence.

Jennifer stated that shortly after subject moved into that residence,
he started coming over to their residence borrowing tools.  He asked
if he could burn stuff on their property out in a pit they use for

**0002907**

Gabrion 006136

```
PAGE:   7              New  Jo County Sheriff's Dept.          2394-97 D
COPY FOR: COPY              INCIDENT REPORT              RUN TIME 11:00:13
                           300 WILLIAMS ST.             RUN DATE- 8/08/97
TELEPHONE:616-689-6623     WHITE CLOUD MI 49349
```

INCIDENT # - 2394-97D  FILE CLASS-09001/0900-1    STATUS-OPEN
CITY/TOWN  - 19  -MONROE TWP      LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62  -282
OCCURRED  - 7/05/97 19:30                                      ZONE-
REPORTED  - 7/05/97 19:30     RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00     RESPONDING -62  -NEWAYGO CO SHERIFF DEPT

**NARRATIVE CONT:**

burning.  She states they advised him he could.  This subject apparently put a lot of stuff in this area, started a fire, and then left.  The fire got out of control and the fire department had to be called.  From that point on, they started having trouble with this subject after they advised him they were not at all happy with him over that situation.

She states last August there was an incident when he came over to their house.  He was extremely drunk and he was calling her names and talking about her.  Then he was talking about himself being in the service.  He had killed "gooks" and he could kill her or "take her out," stating she was a bitch and should be dead.  She stated her husband was home (Charles Cass).  Charles Cass apparently came out and hit Gabrion and advised her to call the police.  Gabrion then got into his truck and left, that being a black pick-up truck at that time.

She indicated there had been another incident in January in which her husband again got into a fight and had to hit Gabrion over an incident.  She indicated the last time she has personally seen this subject was, she believed, the 3rd of July.  He was with a young couple and has no idea where he has been since that time.

She did indicate the last time she saw any activity at the residence, however, was yesterday, 7-13-97 at approximately 1:30 P.M. and 2:00 P.M., when an older vehicle, sedan-type, 4-door, full size, gray or yellowish in color, pulled into the driveway directly on the east side of Gabrion's house.  There were four people in the car.  She states that at least one of them got out and went to the door.  She believes they left a note or something on the door.  They then got back into the vehicle and left.  She indicated on the top of this vehicle was a small orange bubble, the type that a mailman might have on his vehicle.

Interview Charles Cass: W/M, DOB: 1-19-67, employed at Ferris State University as a pumbing apprentice.  He works from 7:00 A.M. to 4:30 P.M.  He is currently at work during this interview.

slm/#282

```
REPORTING OFFICER      _____
 TYPIST - SLM                                          DATE ___/___/___
                          BABCOCK, DAVID
```

**0000364**

Gabrion 006137

```
PA _:   8              Ne·  jo County Sheriff's Dept.              2394-97 D
COPY FOR: COPY                INCIDENT REPORT                 RUN TIME 11:00:13
                             300 WILLIAMS ST.               RUN DATE- 8/08/97
TE_PHONE:616-689-6623        WHITE CLOUD MI 49349
```

```
...DENT # -    2394-97D  FILE CLASS-09001/0900-1     STATUS-OPEN
CITY/TOWN  - 19  -MONROE TWP     LOCATION - OXFORD LAKE, BITELY, MI.
OFFENSE    - 0912 HOMICIDE WILLFUL KILLING-OTHER WEAPON
MAIN BADGE: 62 . -282
OCCURRED  - 7/05/97 19:30                                        ZONE-
REPORTED  - 7/05/97 19:30     RESPONSIBLE-62  -NEWAYGO CO SHERIFF DEPT
ARRIVED   -        00:00      RESPONDING -62  -NEWAYGO CO SHERIFF DEPT
```

**NARRATIVE CONT:**

REVIEWED BY _____ DATE ___/___/___

**0006228**

Gabrion 006138