# EXHIBIT 3.11

To:   Indianapolis          From:   Detroit
Re:   7A-DE-80788, 10/23/1997

since approximately 1995.  Allen, who at one point received
social security disability payments for a mental disorder, was a
transient who stayed in the Grand Rapids area and was known to
frequent homeless shelters.  According to family members, Allen
had no source of income (other than social security) and  would
not leave the Grand Rapids, Michigan area.  Allen also did not
have a driver's license or a vehicle.  Allen's only means of
transportation was walking or local public transportation.
Although Gabrion's actual connection with Robert Allen is not yet
known, it is suspected that Gabrion met Allen at one of the
homeless facilities or missions in the Grand Rapids area, since
Gabrion was also known to visit some of the same locations.  The
local media has reported that the true Allen is missing, but
still no positive information about his whereabouts have been
provided by anyone.

### LOUISVILLE DIVISION - FRANKFORT RA

When Gabrion was a ested on 10/14/1997, he was driving
a 1987 Blue Chevy Cavalier, VIN 1G1JC5112H7193053, with a
Virginia temporary tag.  This vehicle was searched by the FBI
Buffalo Evidence Response Team (ERT) and among the items seized
was a Kentucky temporary tag of 99611N, and a Kentucky license
plate WPZ330.  The license plate shows the car was registered on
07/02/1997 to Long's Car Sales (#2), 1537 Versailles Rd.,
Frankfort, Kentucky.  The record also indicates out of state
registration in September 1997.  On 09/29/1997, this vehicle had
a Virginia temporary tag, registered to Ronald Lee Strevels, P.O.
Box 1722, Dublin, Virginia.  This tag is to expire on 11/29/1997.
Detroit needs to identify and locate the vehicle previously
driven by Marvin Charles Gabrion II, as it may contain evidence
related to the kidnapping and murder of Gabrion's victims.

Also seized from the vehicle after Gabrion's arrest
were a woman's shirt, a child's backpack, a baby night light, a
man's basketball uniform, and other a ticles which will be
forwarded to the FBI Laboratory for process ng.  Detroit needs to
determine if the articles seized from the vehicle belonged to the
previous owner of the vehicle or if the items relate to the known
victims or new victims.  Detroit also needs to determine if
Gabrion was using the alias of Robert Allen (or Bob Allen) or
Ronald Strevels when buying or selling the vehicle(s).

A review of subpoenaed phone records and pen register
have identified contacts of Gabrion in Frankfort, Kentucky area.
On 09/22/1997, a 2-1/2 minute call was placed to (502) 695-4777,
using the phone card of Marvin Gabrion.  This number is
subscribed to by Long's Car Sales, 1537 Versailles, Frankfort,
Kentucky.  On 10/15/1997, the day after Marvin Gabrion's arrest,
Marvin's brother David Gabrion placed a one-minute call to (502)

3

**0008402**

Gabrion 000396

To:   Indianapolis          From:   Detroit
Re:   7A-DE-80788, 10/23/1997


223-1817.   Public source information indicates this number is subscribed to by Edward Risk, 1150 Lewis Fer., Frankfort, Kentucky 40601.   This telephone number is associated with a closed Kidnapping investigation from 1991-1992, 7-KX-60619. David Gabrion's reason for contact with someone at the residence of Edward Risk is unknown, but may be related to Marvin Gabrion. David, Marvin, and brother Michael Gabrion have been involved with drugs and this contact may be drug related.   When Marvin Gabrion was arrested on 10/14/1997, he had approximately $1,800.00 in cash (mostly $100.00 denominations), which the FBI seized and hopes to keep.

### INDIANAPOLIS DIVISION - COLUMBUS, IN
### RICHMOND DIVISION - RICHMOND, VA

Gabrion used the identification of Ronald Lee Strevels to obtain a replacement social security card, SSAN: 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, in Clarksburg, West Virginia in September, 1997.   Gabrion also used this name to open a post office box in Dublin, Virginia, to register the 1987 Chevy in Virginia, and to obtain a Virginia driver's license.   When arrested on 10/14/1997, Gabrion had the driver's license with his photograph and the identity of Ronald Lee Strevels, DOB: 02/05/1954, OPS 306625234.   Gabrion also had a social security card in the name of Ronald Lee Strevels. Gabrion's purpose for using Strevels identification are unknown. As noted above, Gabrion used the identity of Robert James Allen to collect social security disability payments, and the true Allen has been missing for years and may be a victim of Gabrion.

According to a FBI Butte ITC search, the latest address for Ronald Lee Strevels, DOB: 02/05/1954, is 1449 Franklin Street, Columbus, IN 47201.   Another possible address for Strevels is 354 Honey Locust Pl, North Vernon, IN 47265. Strevels' parents are believed to be Ada and Walter Strevels.   An Indiana driver's license search reflects the address of 1449 Franklin St., with OLN 8919944129, height: 5'03", weight: 125; hair: brown; eyes: brown.

4

0008403

Gabrion 000397