# EXHIBIT 3.12

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| Michigan Department of State Police · ORIGINAL INCIDENT REPORT · | Sat, Jul 05, 1997 | 065-0002363-97 |
| | TIME RECEIVED | FILE CLASS |
| | 2338 | 09001 |

Prosecutor Roach was contacted and a search warrant obtained for the inspection and recovery of cement/cinder blocks which were noted to have red paint and black tar like adhesive attached. Sgt. Babcock appeared before Circuit Court Judge Terry Thomas and swore to the affidavit.

Warrant executed at approximately 6 p.m., return completed for inventory and left upon the site where it had been executed. Efforts to contact someone from the dwelling were unsuccessful.

Return of the warrant was made to the court, via Prosecutor Chrystal Roach. A order of Suppression granted by the Court for non disclosure of the affidavit during service.

**ADDITIONAL ITEMS/ EVIDENCE SEIZED:**

Item #40:   Cinder type block (7 1/2 inches by 15 1/2 inches) with black tar type substance on a side face.
Item #41:   Cement type block (7 1/2 inches by 15 1/2 inches) with red color paint on end portion and side face.

Items secured at the post, and submitted to crime lab for comparison with blocks that had been attached to the victim.

**PHOTOGRAPHS OBTAINED:**

35 MM color prints obtained by the undersigned officer of the Gabrion residence exterior, yard area, and of the items seized.

**2nd SEARCH WARRANT, dated 7-18-97, 11415 Five Mile Rd., Morley, Michigan:**

The Grand Rapids regional Crime Lab Tech. Glenn Moore was able to make sufficient comparisons between items #40, #41 and the blocks attached to the deceased. (Items # 25 & #26.) Conclusion reached that they share a common source. Based upon this information, a second search warrant drafted to allow entry into the home located at 11415 Five Mile. Officer's efforts to locate and interview MARVIN GABRION had been unsuccessful, in which members of his family had been interviewed.

Officers had received information from neighbors of MARVIN GABRION'S that two men were in the process of loading items into a red colored pickup truck at 9:30 a.m., Friday 07-18-97. With assistance of the Mecosta County Sheriff Dept. the area was secured and contact made. Subjects were determined to be DAVID GABRION and a family friend, WILLIAM RICHARD VANDERSTELT. A full load of effects from within the home had been placed into the Gabrion pickup truck. Subject claimed he was acting upon the direction of his mother to recover Marvin's effects. ( Officers had interviewed Mrs. Elaine Gabrion, her husband Marvin Gabrion Sr., and David Gabrion the day prior.) Subjects were directed to unload the contents back into the lower unit of the home, as a valid search warrant had been issued for inspection of the home and its contents. Subjects complied without objection and the unloading was supervised by the officers.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT. RICHARD C. MILLER #75 | | |
| 16 of 19 | | | |

0000269

Gabrion 003300