# EXHIBIT 3.13

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___08/11/97___

A Cooperting Witness (CW) advised that Velda Timmerman had telephonically contacted CW earlier that day.  CW attempted to record the conversation, however, the tape in the machine appeared to stop recording.  CW advised that Velda simply wanted to discuss arranging more reward money for information leading to the whereabouts of Shannon.  Velda Timmerman also told CW that a friend of Rachel's, Donna, was the person who babysat Shannon the night that Rachel disappeared.  Velda also thought that Eddie Start may have been the person who picked up Rachel that evening.

CW advised that Ray Morris, Velda Timmerman's ex-husband, had telephoned Lynn Timmerman.  Morris inquired if Velda was involved in the disappearance of Shannon.  Morris, who is believed to be Velda's first husband, claimed to be very suspicious of Velda and suspected she was involved.  Morris also told Shirley, Rick Verhage's mother, that he has had a restraining order against Velda for years.  Ray Morris had also told Lynn that the authorities should look for Velda's relatives in Georgia, Arkansas and California.  CW did not have any more specific information such as relatives' names or locations in these states, but thought it was ironic since CW did not mention anything about these states to Timmerman or anyone else.

CW advised that Shirley can be reached at telephone number (616) 652-2534.

Interviewing Agent obtained a cassette tape from the recorder at approximately 2:28 p.m., and placed a new cassette tape in the recorder.  A test call was made to an associate of CW's and the recorder was functional.

Investigation on ___08/07/1997___ at Rockford, Michigan

File # 7A-DE-80788                              Date dictated ___08/08/1997___

by SA Roberta L. Gilligan/sp

0000492

Gabrion 000077

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/11/97

A Cooperating Witness (CW) advised that CW telephonically contacted Velda Timmerman the evening of August 7, 1997. During this conversation, Velda stated that Eddie Start was the person who picked up Rachel the night she was last seen. Velda also mentioned that the person known only as John is a friend of Eddie's whom Rachel trusted.

Velda claimed that Vern Sivertsen has telephoned Velda at least three different times. Vern claims he had nothing to do with Rachel's disappearance. Vern has told Velda that he has tried to contact Detective Miller on several occasions, but Detective Miller will not return Vern's calls.

Velda also suggested that Shirley Mourer (phonetic), who is Shannon's other grandmother, knows where Shannon is. Verhage had no idea how or why Velda suspected this. Velda Timmerman also wanted to have the reward money for Shannon increased to $25,000.00.

Velda Timmerman also told CW that Velda thinks her phones are being tapped because of noises she has heard on her phone. When CW inquired if Velda had a cordless phone, Velda responded no.

Velda is supposed to visit CW on Saturday, August 9, 1997, and provide flyers to CW to post in the Rockford area.

Investigation on    08/08/1997    at Rockford, Michigan

File # 7A-DE-80788    Date dictated    08/08/1997

by   SA Roberta L. Gilligan/sp

0000493

Gabrion 000078