# EXHIBIT 3.14

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription _____08/11/97_____

   Minda Armstrong, date of birth March 25, 1979, of 1213 Calgary Street NE, Grand Rapids, Michigan, telephone number (616) 957-3911, was advised of the identity of the interviewing Agent and the purpose of the interview.

   Armstrong was shown two different photo spreads in an attempt to identify the individual who picked up Rachel Timmerman and her daughter Shannon VerHage on June 3, 1997. After reviewing both photo spreads, Armstrong identified the individual in position number four as being someone who looked similar to the person who picked up Rachel and Shannon. Armstrong commented that the face was similar, but Armstrong could not be certain. Armstrong added that she only caught a glimpse of this individual on the day the person picked up Rachel.

   Armstrong advised that she believed this individual to be a date of Rachel's because Rachel had fixed her hair prior to leaving with this individual. Rachel did not have a regular habit of fixing her hair and curling it, but did on this evening before being picked up.

   Armstrong signed her name on a copy of the photo spread ne t to the photograph at position number four.

   Following is the list and position of the individuals in the photo spread:

| POSITION | NAME | DATE OF BIRTH |
|---|---|---|
| 1 | Anthony Harold Calver | November 20, 1970 |
| 2 | Edward Start | October 11, 1971 |
| 3 | Mark Anthony Palmquist | November 6, 1973 |
| 4 | Jason Lee Wright | June 10, 1970 |
| 5 | Theodore Anthony Frank | November 20, 1970 |
| 6 | Matthew Phillip Hansma | July 18, 1972 |

Investigation on __08/04/97__ at _Grand Rapids, Michigan_

File # _7A-DE-80788_ Date dictated __08/07/97__

by _SA Roberta L. Gilligan/bjj_

**0000035**

Gabrion 000072

FD-302a (Rev. 10-6-95)



7A-DE-80788

Continuation of FD-302 of  Linda Armstrong _____, On 08/04/97 , Page  2

    The following is a list of individuals contained in the
other photo spread in which Armstrong did not identify anyone:

| POSITION | NAME | DATE OF BIRTH |
|---|---|---|
| 1 | Martin Gregory Carnevale | December 31, 1966 |
| 2 | Michael Louis Fournier | January 6, 1966 |
| 3 | Vernon Stuart Sivertsen | February 5, 1967 |
| 4 | Randy Lee Haddan | October 11, 1964 |
| 5 | Scott Alan Hurd | September 6, 1967 |
| 6 | Gerome Dale Bearden | February 17, 1967 |

0000036

Gabrion 000073