# EXHIBIT 3.15

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:  GABRION

WITNESS:  EDDIE START

PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before Patricia R. Pritchard, CER, Notary Public in and for the County of Kent, Grand Rapids, Michigan, in the Grand Jury Room, Ford Federal Building, Grand Rapids, MI, on Wednesday, May 6, 1998, commencing at 10:50 a.m.

APPEARANCE:                 Mr. Timothy P. VerHey
                            Assistant U.S. Attorney
                            The Law Building - Fifth Floor
                            330 Ionia Avenue, NW
                            Grand Rapids, MI   49503
                            (616) 456-2404

ALSO APPEARING:             Ms. Chrystal Roach
                            Special Assistant US Attorney
                            County Prosecutor
                            Newaygo County

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

0003764

Gabrion 049708

25

A    No.

Q    When she talked about Gabrion, how did she seem?

A    Upset.

Q    Did she tell you whether or not she knew Marvin Gabrion before the night she claimed he raped her?

A    No, not that I -- not that I can recall.

Q    You took a polygraph examination; is that right?

A    Yes.

Q    When was that?

A    I don't recall when it was.

Q    And that was administered by the State Police?

A    Yes.

Q    Did they tell you your results?

A    Yes.

Q    Did you give them the same information you're giving this grand jury here today?

A    Yes.

Q    And what were the results of that polygraph examination?

A    I don't remember the results.

Q    Would it surprise you if I were to tell you that you failed?

A    No.

Q    Would that surprise you?

A    Yeah.

Q    Do you have a reason to lie here to this grand jury?

0002788

Gabrion 049732

26

A    No.

Q    Do you have any reason why then you would fail a polygraph examination by telling the same story you're telling today?

A    Probably just nervous.

Q    Do you understand that polygraph operators control for people's nervous states when they give those tests?

A    No.

Q    If I were to tell you they do so that it establishes what they call a baseline because a lot of folks are nervous when they take a polygraph examination -- it's kind of a scary thing -- and they could rule out nervousness and it showed you lied, do you have an explanation for this grand jury why that polygraph would show you lied?

A    Not that I can -- no.

Q    I'm sorry.  I couldn't hear.  Could you answer again?

A    No.

Q    I still can't hear you.

A    No.  I don't understand why it would come out that way. All it was is nervous when I did the polygraph same as I'm nervous right now.

        MS. ROACH:  I have no further questions.

        MR. VERHEY:  Anybody on the grand jury have any questions for this witness?  Yes, ma'am.

        GRAND JUROR:  Rachel was your friend, right?

        THE WITNESS:  Right.

0002789

Gabrion 049733