# EXHIBIT 3.16

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/17/01

Edward Doering, 2663 E. One Mile Road, White Cloud, Michigan, telephone number (231) 689-6332, was interviewed regarding any knowledge he may have of threats against Lloyd Westcomb.  After being advised of the identity of the interviewing Agent and the purpose of the interview, Doering provided the following information:

Doering knows Lloyd Westcomb through contact at the Eaton House Restaurant in White Cloud, Michigan. ·Doering freq ently sees Westcomb at the restaurant.  Westcomb does not seem to have any close friends, but just hangs out at the restaurant.

Doering is not aware of any threats against Lloyd Westcomb nor has he heard any such discussions.

Not long ago, Westcomb told Doering and others at the restaurant that the FBI has subpoenaed him to testify against Marvin Gabrion.  Westcomb claimed that he was in a jail cell with Marvin Gabrion, and Marvin talked about the murder.. Doering did not know if Westcomb's claims were true or not.

Doering added that Westcomb tells lots of stories. Doering doubts if many of Westcomb's stories are true.

Investigation on    10/04/01    at  White Cloud, Michigan       (telephonically)

File #  7A-DE-80788 - 965                              Date dictated    10/16/01

by   SA Roberta L. Gilligan/bjj   (290bjj04.302)           WORK COPY

0010662

Gabrion 012727