# EXHIBIT 3.17

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| 'UPPLEMENTAL INCIDENT<br>:PORT 0061 | SUPPLEMENTARY DATE<br>Fri, Jan 23, 1998 | FILE CLASS<br>09001 |

| INCIDENT STATUS | |
|---|---|
| Open | Computer #1 |

# MURDER - "JANE DOE"

**OTHER PERSONS:**

| | | |
|---|---|---|
| NAM: DAVID HEGGEN KNAPP | RAC: W | ETH: |
| NBR: 7102   DIR: | SEX: M | OPS: MI/K510135302665 |
| STR: ORAN DRIVE | DOB: 08/26/1950 | SSN: |
| SFX: SOUTHEAST | HGT: 6'03" | SID: |
| CTY: GRAND RAPIDS   ST: MI | WGT: 180 | FBI: |
| TXH: (616)285-5965   ZIP: 49546 | HAI: BRO | MNU: |
| TXW:(616)453-9261 Voicemail (616)735-9848 | EYE: HAZ | PRN: |

Other address of 1421 Preston Ridge, Apt. C35 NW, Grand Rapids, Michigan.

**CONTACT & INTERVIEW, 1-23-98, DAVID HEGGEN KNAPP:**

Subject lives common law with his paramour, DIANE MARIE GLOVER, w/f, dob 10-30-59.

On the 9th of July of 1997, MR. KNAPP, had called the Newaygo County Sheriff Department, reporting an unusual subject in the Toogood Lake area, which he had observed on June 25, 1997. That information is recorded on a tip form, which had never been assigned to an officer for a follow-up.

MR. KNAPP stated that he and his girlfriend were on a vacation, camping in the Toogood Lake area of Norwich Township of Newaygo County. They were located at a campsite on the north side of the lake, which is adjacent to a two-track roadway, which is accessible off from Cypress Road. He had tended their horses and spent most of their activity horseback riding or fishing.

The day prior to the sighting of the strange acting fellow (MARVIN GABRION), someone had entered his campsite and stole a Homelite chainsaw. This theft put them on guard for unusual suspects. MR. KNAPP stated he was in the process of cleaning fish when a burgundy colored Chrysler New Yorker appeared and pulled into the campsite. The vehicle was occupied by a male driver and two females were seated in the back seat of the vehicle. The one female was noted to be much older; the age of the other was uncertain to MR. KNAPP.

Immediately the male was noted to be unusual, as he climbed out of the vehicle via the open driver's door window. The subject walked up to MR. KNAPP and asked him for a beer. This subject's appearance were out of the ordinary, as his eyes were noted to be black and blue from bruising. The whites of his eyes were described as blood red. A cut was noted over one eye. The subject was shirtless, wearing cut-offs and possibly not having shoes. This subject was later heard to be called "MARK," by females within the vehicle. This subject started the conversation upon walking up to him, asking, "How about a beer?" Not knowing the subject and his unusual behavior, MR. KNAPP responded, "I don't think so." This subject becoming very aggressive, stated "You're not going to be friendly about it, are you?" and then stated, "I'll give you $5 for one." Subject was again told he wouldn't be given a beer. The subject's aggressive and bizarre behavior led

| | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>1 of 2 | | | |

Gabrion 003783

| | | | |
|---|---|---|---|
| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | | INCIDENT NO.<br>065-0002363-97 |
| SUPPLEMENTAL INCIDENT<br>REPORT 0061 | SUPPLEMENTARY DATE<br>Fri, Jan 23, 1998 | | FILE CLASS<br>09001 |

MR. KNAPP to believe the subject might start a fight. The subject then moved his conversation as to his personal life style, stating he lived outdoors most of the time, staying at campgrounds and frequently moved after four or five days, and also claimed that he had previously spent time at this particular campsite. At one point he reached down and put one of MR. KNAPP'S dogs into a semi-headlock. The subject's demeanor and conversation appeared headed towards a physical confrontation. It was about this time that the females from within the auto were calling at this subject, MARK, and telling him that they wanted to leave. The subject re-entered his vehicle and drove from the scene.

MR. KNAPP purposely recorded the license number on the vehicle as it turned around. So bizarre was the subject that he and his girlfriend gave serious thoughts of moving their campsite; however, only had one day left and did remain the night. He believed the sighting of the subject was during the week, possibly on a Thursday. No child was noted within the vehicle.

### VEHICLE NOTED:
Upon the original tip form, the vehicle was described as a burgundy colored Chrysler, older in model, which had a license plate MI/3BMV82.

This vehicle is recorded by being owned by a LINDA SUE ALLEN, of 701 Linden Street, Sand Lake, Michigan, upon a 1984 Chrysler New Yorker, vin#1C3BT56G3EC141706.

LINDA SUE ALLEN is a name, which officers have previously confirmed as associated with MARVIN GABRION.

### OTHER PERSON:
| | | |
|---|---|---|
| NAM: DIANE MARIE GLOVER | RAC: W | ETH: |
| NBR: 7102      DIR: | SEX: F | OPS: |
| STR: ORAN DRIVE | DOB: 10/30/1959 | SSN: |
| SPX: SOUTHEAST | HGT: 5'02" | SID: |
| CTY: GRAND RAPIDS      ST: MI | WGT: 120 | FBI: |
| TXH:                           ZIP: | HAI: BRO | MNU: |
| TXW:  EYE: HAZ    PRN: | | |

### TELEPHONE CONTACT, DIANE MARIE GLOVER:
Telephone contact was made with MISS GLOVER, who recalled the sighting. Subject related in her opinion, the two females within the vehicle are most likely a mother of the male subject and a friend of hers. She stated she, herself, didn't think that much of the occurrence. Upon learning upon the murder in the area, it was her boyfriend, DAVID KNAPP, who put the association together.

### PHOTOGRAPHS TO BE DISPLAYED:
Photographs are to be displayed to both subjects in an attempt to identify the person they sighted.

### STATUS:
Open

| PAGE<br>2 of 2 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0001853

Gabrion 003784