# EXHIBIT 3.18

| | |
|---|---|
| **Michigan State Police** | **ORIGINAL DATE** Sat, Jul 05, 1997 |
| **SUPPLEMENTAL INCIDENT REPORT 0003** | **SUPPLEMENTARY DATE** Wed, Oct 01, 1997 |

| | |
|---|---|
| **CIDENT NO.** 065-0002363-97 (DB) |
| **FILE CLASS** 09001 |

**INCIDENT STATUS**
Open                                                                  Computer #16

# TIMMERMAN MURDER INVESTIGATION

## JOURNAL:

## INFORMATION:

Officers had learned that MARVIN GABRION may have sold one of the vehicles that had been titled in the name of LINDA ALLEN in the Ft. Wayne Indiana area in July of 1997. The vehicle being a maroon in color 1984 Chrysler four door New Yorker. VIN # 1C3BT56G3EC141706. On 9-29-97, D/Sgts. SCHUMANN and VANDERWAL went to Geneva Indiana in an attempt to learn more about the vehicle and the circumstances in which it was purchased.

## INTERVIEW WITH LESTER JOHN EBRIGHT:

LESTER JOHN EBRIGHT W/M DOB 11-2-52, 5-5, 165, Blnd/Blu. Social Security number 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. State of Indiana identification card number 8920-97-1492. Address of 705 Schakley St., Geneva, Indiana PO Box 359, 46740. TX # (219) 368-7725. LESTER EBRIGHT is the father of JOHN EBRIGHT for which the 1984 Chrysler had been titled to in the State of Indiana. Officers contacted EBRIGHT at his home on 9-29-97.

According to EBRIGHT, his sixteen year old son JOHN needed a car because his had stopped running. EBRIGHT said that he had seen an ad in the Sunday edition of the "Journal Gazette", the Ft. Wayne newspaper which listed the 1994 Chrysler for sale for $400.00. EBRIGHT said that he believed the ad appeared in the July 13, 1997 edition.

EBRIGHT said that he called the phone number listed in the ad which was a motel in Ft. Wayne Indiana. The newspaper ad also listed a room number of 217 as the contact person at the motel. EBRIGHT said that he along with his son JOHN and his ex-wife DEBORAH ROSS went to the motel on Sunday 7-13-97 and contacted the person in room 217 about the car. EBRIGHT thought the name of the motel was the Value Inn.

According to EBRIGHT, the man said he was keeping the car at a truck stop about two blocks away from the motel. The EBRIGHTS then drove the man over to the Citgo gas station/truck stop and went to the back of the lot at which time the man showed them the Chrysler.

When asked if EBRIGHT had ever gone into the mans' motel room, EBRIGHT said that he had. When asked about seeing anyone else around or any items associated with a baby or young child, EBRIGHT said that there was no evidence of another person being in the room or a child or baby. EBRIGHT said the room was messy and there were just a lot of clothes thrown around the room.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 5 | D/SGT. JACK VANDERWAL #5 | | |

0000608

Gabrion 003603

Michigan State Police

SUPPLEMENTAL INCIDENT
REPORT 0003

| ORIGINAL DATE | CIDENT NO. |
|---|---|
| Sat, Jul 05, 1997 | 065-0002363-97 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Wed, Oct 01, 1997 | 09001 |

EBRIGHT said that he test drove the vehicle and then offered the man $350.00 for the car. The man took the money and then they went back to the motel to get a receipt. EBRIGHT said that he had contacted the Ft. Wayne Police in an attempt to have them come out because he was afraid that the car might be stolen.

According to EBRIGHT, you had to place two wires together to get the car started once the key was turned on, thus EBRIGHT thought that the car may be stolen. EBRIGHT said that the Ft. Wayne Police refused to come out and inspect the vehicle thus he just drove it back home and had the Geneva Police check it to see if it was stolen.

When asked about seeing any license plates on the car, EBRIGHT said that he never saw any license plates on the car. When asked if the man that sold him the car ever mentioned anything about what he was doing with the car, EBRIGHT said the man told him that the car had belonged to his sister and that he had come to Indiana from Michigan.

When asked if he knew who the car was titled to, EBRIGHT said that he could not recall the name of the person on the Michigan title but that his son might remember the name. When asked if he knew a LINDA ALLEN or a MIKE or MURVELLE EBRIGHT, LESTER said that he did not.

When asked if he has any brothers or sisters, EBRIGHT said that he only has three brothers. EBRIGHT said his brothers names are BILLY EBRIGHT about 39 years old and lives in Calina Ohio, unknown address and TX, a ROBERT EBRIGHT at 520 Plumb St., Coldwater Ohio TX # (419) 678-3768 and a JAMES EBRIGHT at 520 Plumb St., Calina Ohio, TX # (419) 586-2736. Officers could not establish any link between LESTER EBRIGHT and LINDA ALLEN or MURVELLE EBRIGHT, LINDA ALLENS former boyfriend.

EBRIGHT was shown a photograph of MARVIN GABRION at which time he immediately identified MARVIN GABRION as the man that sold him and his son the 1994 Chrysler New Yorker. EBRIGHT also advised that the man had not changed his appearance from how GABRION appeared in the photograph.

**FINGERPRINTED AND PHOTOGRAPHED:**

For identification purposes, EBRIGHT allowed Officers to fingerprint him and take two Polaroid photographs of him. The prints were obtained by D/Sgt. SCHUMANN and the photographs were taken by D/Sgt. VANDERWAL on 9-29-97.

**INTERVIEW WITH DEBORAH ROSS:**

DEBORAH LOUISE ROSS W/F DOB 9-15-59, address of 1228 Lewis St., Decatur, Indiana. TX # (219) 724-9332. ROSS is the ex-wife of LESTER EBRIGHT and the person that went with them when the car was purchased from GABRION. Officer contacted ROSS at her home on 9-29-97, Officer was also accompanied by S/A STEVE KELL of the Ft. Wayne Office of the F.B.I.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE 2 of 5 | D/SGT. JACK VANDERWAL #5 | | |

0000609

Gabrion 003604

| | |
|---|---|
| **Michigan State Police** | **ORIGINAL DATE** |
| | Sat, Jul 05, 1997 |
| **SUPPLEMENTAL INCIDENT** | **SUPPLEMENTARY DATE** |
| **REPORT 0003** | Wed, Oct 01, 1997 |

| | |
|---|---|
| **CIDENT NO.** | 065-0002363-97 (DB) |
| **FILE CLASS** | 09001 |

ROSS related the same account as LESTER EBRIGHT had on how they came to possess the 1984 Chrysler. According to ROSS, she was over at LESTER'S home and that they needed a ride to Ft. Wayne to take a look at a car that they had seen advertised in the paper.

ROSS said that she drove her son and LESTER to the Value motel in Ft. Wayne at which time her ex-husband went to room 217 of the motel and met with a man she later positively identified as **MARVIN GABRION**.

ROSS said that the man told them that the car was at the truck stop about two blocks away so they all drove over to see the car. According to ROSS, the man did not have a car thus they had to drive them to the truck stop. The car was taken for a test drive and then they purchased it for $350.00.

The group then drove back to the motel and dropped off GABRION. ROSS said that GABRION told them that he was working at a place close to the motel and that he just walked everywhere.

When asked about who the car previously belonged to, ROSS said that she thought that GABRION said that the car belonged to his ex-wife and that she had told GABRION that it was all right to sell it. When asked if it seemed that LESTER or JOHN knew the man that sold them the car, ROSS stated that it did not seem so. ROSS said that the entire transaction only took about a half hour to complete. They all then went back to GENEVA.

When asked if she knew a LINDA ALLEN or a MURVELLE EBRIGHT, ROSS stated that she did not. ROSS also confirmed the names of EBRIGHTS brothers. No connection could be made by ROSS between LESTER EBRIGHT, MURVELLE EBRIGHT and LINDA ALLEN.

**INTERVIEW WITH JOHN LESTER EBRIGHT:**

JOHN LESTER EBRIGHT W/M DOB 10-20-80, SSN # 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, address of 705 Shackley St., Geneva, Indiana. TX # (219) Officers contacted JOHN at his home on 9-29-97.

JOHN related the same story that his mother and father had about the purchase of the vehicle. JOHN stated that within three days of the purchase of the car it stopped running thus it has been sitting in his yard since July of 1997.

JOHN said that he remembered that the name on the title was LINDA ALLEN and that the man that sold the car to him said that ALLEN was a relative of his. The man also explained that he had the car at the truck stop because he thought that it would sell faster if he left it there.

JOHN also said that the man said that he had just come down from Michigan and was trying to sell the car. JOHN said that he titled the car in his name because he was the one that was going to be driving the car thus the car was purchased for him.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 3 of 5 | D/SGT. JACK VANDERWAL #5 | | |

0000605

Gabrion 003605

| Michigan State Police | ORIGINAL DATE | | ICIDENT NO. |
|---|---|---|---|
| | Sat, Jul 05, 1997 | | 065-0002363-97 (DB) |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | | FILE CLASS |
| REPORT 0003 | Wed, Oct 01, 1997 | | 09001 |

When asked if it appeared that his father knew the man that the car was purchased from, JOHN stated that his father did not know the man and they had just learned about the car from the newspaper ad in the "Journal Gazette". JOHN further added that the man was staying in room 217 at the motel when they contacted him.

JOHN said that he never saw the man with anyone else or saw the man with any other vehicle. JOHN was shown a photograph of MARVIN GABRION at which time JOHN positively identified GABRION as the person that sold the car to them.

When asked about knowing a MURVELLE EBRIGHT or a LINDA ALLEN, JOHN stated that he never heard of MURVELLE EBRIGHT and that he only knew LINDA ALLEN because her name was on the Michigan title to the Chrysler.

**FINGERPRINTED AND PHOTOGRAPHED:**

JOHN EBRIGHT also allowed his fingerprints and photograph to be taken by Officers. D/Sgt. SCHUMANN fingerprinted EBRIGHT while D/Sgt. VANDERWAL photographed him.

**MOTEL IDENTIFIED/PHONE RECORDS:**

Officers were able to identify the motel that GABRION stayed at as being the "Value Lodge" located at 3527 W. Coliseum Blvd., Ft. Wayne Indiana. TX # (219) 482-4511. Records obtained by S/A STEVE KELL of the Ft. Wayne F.B.I. showed that GABRION stayed at the motel from 7-9-97 till 7-16-97. GABRION stayed in room # 217. The room was rented under the name of ROBERT ALLEN (One of Gabrion's AKA's)

S/A KELL was also able to obtain the local phone records of the calls that GABRION made from the motel. No records are kept on collect or credit card long distance calls, thus only local calls were recorded. Most all of the calls were to person inquiring about the sale of the 1984 Chrysler.

There were however three calls to Optical stores in Ft. Wayne Indiana. (Officers checked the #'s on 9-30-97)

7-12-97 @ 2:39 PM — To Payless Optical, 4122 Northrop St. Ft. Wayne Indiana. TX # (219) 484-9935. Officers checked the Optical store and found that a BOB ALLEN had made an appointment for 10:00 AM on 7-21-97. According to the stores records the appointment was never kept.

7-12-97 @ 2:42 PM — To Cunningham Optical One, 5233 Coldwater Rd., St. Ft. Wayne Indiana. Officers checked the records which did not indicate that GABRION or ALLEN or any of his other AKA's did any business with them.

7-12-97 @ 2:49 PM — To Longe Optical, 5515 Coldwater Rd. #5, Ft. Wayne Indiana. TX # (219) 484-6548. They too had no record of GABRION or any of his AKA's listed as doing business with them.

GABRION'S photograph was shown to the manager at the motel who also identified GABRION as the person who rented the room. Listed on the room rental for was the name ROBERT ALLEN with an address of

| PAGE 4 of 5 | INVESTIGATED BY D/SGT. JACK VANDERWAL #5 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0000606**

Gabrion 003606

Michigan State Police

SUPPLEMENTAL INCIDENT
REPORT 0003

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Jul 05, 1997 | 065-0002363-97 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Wed, Oct 01, 1997 | 09001 |

When asked if it appeared that his father knew the man that the car was purchased from, JOHN stated that his father did not know the man and they had just learned about the car from the newspaper ad in the "Journal Gazette". JOHN further added that the man was staying in room 217 at the motel when they contacted him.

JOHN said that he never saw the man with anyone else or saw the man with any other vehicle. JOHN was shown a photograph of MARVIN GABRION at which time JOHN positively identified GABRION as the person that sold the car to them.

When asked about knowing a MURVELLE EBRIGHT or a LINDA ALLEN, JOHN stated that he never heard of MURVELLE EBRIGHT and that he only knew LINDA ALLEN because her name was on the Michigan title to the Chrysler.

**FINGERPRINTED AND PHOTOGRAPHED:**

JOHN EBRIGHT also allowed his fingerprints and photograph to be taken by Officers. D/Sgt. SCHUMANN fingerprinted EBRIGHT while D/Sgt. VANDERWAL photographed him.

**MOTEL IDENTIFIED/PHONE RECORDS:**

Officers were able to identify the motel that GABRION stayed at as being the "Value Lodge" located at 3527 W. Coliseum Blvd., Ft. Wayne Indiana. TX # (219) 482-4511. Records obtained by S/A STEVE KELL of the Ft. Wayne F.B.I. showed that GABRION stayed at the motel from 7-9-97 till 7-16-97. GABRION stayed in room # 217. The room was rented under the name of ROBERT ALLEN (One of Gabrion's AKA's)

S/A KELL was also able to obtain the local phone records of the calls that GABRION made from the motel. No records are kept on collect or credit card long distance calls, thus only local calls were recorded. Most all of the calls were to person inquiring about the sale of the 1984 Chrysler.

There were however three calls to Optical stores in Ft. Wayne Indiana. (Officers checked the #'s on 9-30-97)

7-12-97 @ 2:39 PM — To Payless Optical, 4122 Northrop St. Ft. Wayne Indiana. TX # (219) 484-9935. Officers checked the Optical store and found that a BOB ALLEN had made an appointment for 10:00 AM on 7-21-97. According to the stores records the appointment was never kept.

7-12-97 @ 2:42 PM — To Cunningham Optical One, 5233 Coldwater Rd., St. Ft. Wayne Indiana. Officers checked the records which did not indicate that GABRION or ALLEN or any of his other AKA's did any business with them.

7-12-97 @ 2:49 PM — To Louge Optical, 5515 Coldwater Rd. #5, Ft. Wayne Indiana. TX # (219) 484-6548. They too had no record of GABRION or any of his AKA's listed as doing business with them.

GABRION'S photograph was shown to the manager at the motel who also identified GABRION as the person who rented the room. Listed on the room rental for was the name ROBERT ALLEN with an address of

| PAGE | INVESTIGATED BY D/SGT. JACK VANDERWAL #S | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 4 of 5 | | Jack Vander Wal | |

0008357

Gabrion 003607

| Michigan State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| SUPPLEMENTAL INCIDENT | Sat, Jul 05, 1997 | 065-0002363-97 (DB) |
| REPORT 0003 | SUPPLEMENTARY DATE | FILE CLASS |
| | Wed, Oct 01, 1997 | 09001 |

11411 County Rd 14, Middlebury Indiana. The Middlebury Indiana Police were contacted by S/A KELL who advised that the listed address does not exist.

The following is a list of numbers called by GABRION from his motel room.

7-12-97 @ 8:35 AM (219) 657-3139 --- John Schwartz 14030 Doty Rd., Harlan Ind. -- About the car for sale Total of four calls made to Schwartz returning Schwartz messages about the sale of the car.

7-12-97 2:11 PM (219) 470-0839 --- Page number to a Darrin Cinquegrana at 7304 Baer Rd., Ft. Wayne. Unable to contact Cinquegrana, but it assumed that it was about the car. There is a total of three calls to this page number.

7-11-97 8:42 PM (219) 486-7506 --- Unable to identify who this number comes back to.

Officers were able to locate the newspaper ad that GABRION had placed about the sale of the car. It was placed in the "Journal Gazette" both on 7-12-97 and 7-13-97. No records exist at this time identifying who placed the name because it apparently was a cash transaction.

**FURTHER INFORMATION:**

A consent to search the 1984 Chrysler was obtained from the EBRIGHTS by D/Sgt. SCHUMANN. Also the vehicle was photographed and processed for evidence while Officers were in Indiana. See D/Sgt. SCHUMANN supplemental report for further details.

**STATUS: Remains Open**

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 5 of 5 | D/SGT. JACK VANDERWAL 45 | | |

09083

Gabrion 003608