# EXHIBIT 3.19

| | |
|---|---|
| Michigan Department of State Police | **ORIGINAL DATE** Sat, Jul 05, 1997    **INCIDENT NO.** 065-0002363-97 |
| SUPPLEMENTAL INCIDENT REPORT 0052 | **SUPPLEMENTARY DATE** Fri, Nov 14, 1997    **FILE CLASS** 09001 |

**INCIDENT STATUS**
Open

# HOMICIDE - RACHEL TIMMERMAN

**JOURNAL:**

| Date | Officer | Entry |
|---|---|---|
| 11-05-97 | D/S t. SCHUMANN | Met with KIM VERHAGE. She advised that VELDA TIMMERMAN came into her Book Store and made allegations that she was going to harm VERHAGE'S family. |
| | | VERHAGE also told me VELDA had gone to Rockford Printing Center and talked to LINDA RICHARDS. According to VERHAGE, VELDA told RICHARDS the whereabouts of SHANNON. |
| | | Contacted LINDA RICHARDS (866-0221). She advised VELDA came into the Printing Center on 11-04-97. VELDA told RICHARDS she has a witness (LINDA CANAVAN) who saw MARVIN GABRION'S mother on 06-06-97 load SHANNON into a motor vehicle. GABRION'S mother drove to Texas where she met MARVIN. They then drove to Oklahoma and sold the baby. Information TOT MILLER. |
| 11-07-97 | D/S t. SCHUMANN | Installed surveillance camera and audio device at the Squires Newspaper Shop in Rockford. VELDA TIMMERMAN to come into the newspaper for an interview on 11-10-97 with LINDA RICHARDS. |
| 11-09-97 | D/S t. SCHUMANN | Received a page from RICHARDS. She advised VELDA has been told by DAVID BABCOCK not to do any interviews because he doesn't not want GABRION to obtain any information from newspaper articles. |
| 11-10-97 | D/Sgt. SCHUMANN | I met with RICHARDS. She advised VELDA might come in this afternoon. RICHARDS also stated VELDA told her on 11-09-97 that the home where SHANNON is living has a high (12') fence around it and the owners are very wealthy. VELDA also mentioned |

| PAGE 1 of 6 | **INVESTIGATED BY** D/SGT. ROBERT A. SCHUMANN #226 | **REPORTED BY** | **REVIEWED BY** |
|---|---|---|---|

**0009810**

Gabrion 003709

**Michigan Department of State Police**
SUPPLEMENTAL INCIDENT
REPORT 0052

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTARY DATE | FILE CLASS |
| Fri, Nov 14, 1997 | 09001 |

a BECKY (last name unknown) who also has information on SHANNON'S whereabouts. According to VELDA, BECKY does not want to come forward with this information because she is afraid of DAVID GABRION.

11-14-97    D/Sgt. SCHUMANN

I ordered copies of crime scene and autopsy photographs for the F.B.I. These photographs should be in next week. I will forward them to Quantico, Virginia as soon as I receive them.

Polygraph Examination set up for SARAH TIMMERMAN at 5:00P.M. on 11-18-97. Test to be conducted at 6th District Hdqtrs.. Notified TIMMERMANS of same. and Special Agent ROBERTA GILLIGAN.

**INTERVIEW INFORMATION:    11-13-97    1:10 P.M.**

On the above mentioned date I met with D/Sgt. RICHARD RAU of the Mecosta County Sheriff Department at the Wexford County Sheriff Department, in Cadillac. We had made prior arrangements to interview CHRISTOPHER DRAGUN and THEODORE BRAUN at that location. On 11-07-97 D/Sgt. DON FOWLER, of the Michigan State Police in Cadillac, had obtained recorded statements from the above mentioned individuals indicating they had knowledge of JOHN WEEKS. Based on this information D/Sgt. RAU and I wanted to re-interview DRAGUN and BRAUN to see if we could obtain more information about this matter.

The following interviews occurred in the Interview Room located within the Wexford County Jail. Those present during the interview were D/Sgt. RAU, the subject being interviewed and myself.

**INTERVIEW DRAGUN, 11-13-97 at 1:30 P.M.:**

NAM: CHRISTOPHER MICHAEL DRAGUN

| | | | | |
|---|---|---|---|---|
| | | | RAC: W | ETH: |
| NBR: 21479 | DIR: | | SEX: M | OPS: MI/D625115603751 |
| STR: 2 MILE | | | DOB: 09/29/1978 | SSN: 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 |
| SFX: ROAD | | | HGT: 6'03" | SID: |
| CTY: MORLEY | | ST: MI | WGT: 180 | FBI: |
| TXH: (616)856-4691 | | ZIP: 49336 | HAI: BRO | MNU: |
| TXW: | | | EYE: BLU | PRN: |

A CCH was run on DRAGUN which revealed no identifiable criminal history.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 6 | D/SGT. ROBERT A. SCHUMANN #226 | | |

0000577

Gabrion 003710

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0052 | Fri, Nov 14, 1997 | 09001 |

I asked DRAGUN to explain his relationship and knowledge of JOHN WEEKS. He advised he had gone to school through the eighth grade with WEEKS and had occasionally seen him around the Morley area. According to DRAGUN, WEEKS was always trying to get DRAGUN to purchase dope for him. He stated their relationship consisted of only getting together to smoke and use dope. He stated this usually occurred twice a month. He further advised he did not consider WEEKS a friend, but only an acquaintance because the only time he hung out with WEEKS was when they were smoking or buying dope. He tried to distance himself from that relationship and in fact thought WEEKS was a loser. I asked DRAGUN to explain the information he had given Detective FOWLER concerning seeing WEEKS in June of 1997 with a large sum of money. DRAGUN advised the following:

He stated between 5-15-97 and before 6-13-97 he had received a telephone call at his residence from JOHN WEEKS asking him where he could buy some marijuana. DRAGUN stated he could not provide any marijuana for WEEKS, but he thought TED BRAUN could get some. Subsequently, DRAGUN contacted BRAUN and the three subjects decided to go to Grand Rapids to purchase an ounce of marijuana. DRAGUN stated he had called BRAUN at his residence and a short time later BRAUN arrived at DRAGUN'S house and WEEKS was in BRAUN'S motor vehicle at that time. DRAGUN stated this vehicle was a blue, Dodge, Caravan belonging to TED'S grandfather. DRAGUN went on to state they left between 5:00 and 6:00 P.M. and drove southbound on Old 131 to Howard City where they stopped at a gas station. At that time WEEKS got out a $100 bill plus a $20 bill from his wallet. The $20 was to pay for the gas being used to drive to Grand Rapids. DRAGUN stated when WEEKS gave BRAUN the $100 bill that unbeknownst to WEEKS two $100 bills stuck together. Subsequently, BRAUN took both bills and put them in his pocket and later purchased an ounce of marijuana for himself and hid it on his person so WEEKS did not know about it. When WEEKS gave BRAUN the said money both DRAGUN and BRAUN noticed all of the money WEEKS had in his wallet. DRAGUN advised that WEEKS never had a job and they both thought it was unusual he would have that amount of money in his wallet. According to DRAGUN, the thickness of the bills was approximately 1/4" thick and when WEEKS showed the money to them, DRAGUN noticed many $100 and $50 bills. He further stated many of these bills appeared to be new $100 bills. DRAGUN estimated that WEEKS had approximately $2000.00 in his wallet. Initially, when they confronted WEEKS with how he obtained this money, WEEKS simply stated, "I killed somebody". According to DRAGUN, WEEKS later changed his story on the way home from Grand Rapids and stated that he had picked up a female for a hit man. He described the hit man as a guy he had worked for who was living in Grand Rapids. According to DRAGUN, WEEKS never mentioned the subject's name. He stated neither he nor BRAUN believed what WEEKS was stating. The trio subsequently drove to Grand Rapids and went to a residence located on the north end of the city. WEEKS and DRAGUN waited in the car while BRAUN went into a house to purchase the marijuana. DRAGUN stated that he and WEEKS waited in the said motor vehicle for approximately three hours while BRAUN was purchasing the marijuana. After BRAUN returned to the vehicle, they went to a fast food restaurant to purchase some food and then they began their trip back to Morley. On their way back to Morley they smoked a good portion of the marijuana WEEKS had purchased. They subsequently dropped WEEKS off in front of the Mobil Gas Station in Morley.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 3 of 6 | D/SGT. ROBERT A. SCHUMANN #226 | | |

0000578

Gabrion 003711

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0052 | SUPPLEMENTARY DATE<br>Fri, Nov 14, 1997 | FILE CLASS<br>09001 |

DRAGUN stated he next saw WEEKS just after July 4th, 1997. At that time WEEKS was walking from Howard City to Morley. DRAGUN advised that he stopped and gave WEEKS a ride to Morley. I asked DRAGUN when he last saw WEEKS. He advised he last saw WEEKS at EMILY'S Grocery Store in the Hardy Dam area. At that time WEEKS was with a white female who had blond hair, a medium build and was approximately 18-19 years of age. WEEKS and the unidentified female were walking toward an outdoor pay telephone when DRAGUN observed them. DRAGUN didn't talk to them at the time and he believes this occurred in late July or early August.

I asked DRAGUN to describe how WEEKS was wearing his hair during June of 1997. He stated WEEKS' had shoulder length hair that was nearly black in color. WEEKS also had a mustache and goatee. Although WEEKS hair was shoulder length, he had a line shaved around the sides and the back of his head. DRAGUN has never seen WEEKS wear a ball cap.

For additional information concerning DRAGUN'S interview, please see attached taped statement that was taken by D/Sgt. FOWLER.

### INTERVIEW BRAUN, 11-13-97 at 3:30 P.M.:

NAM: THEODORE WILLIAM BRAUN III

| | | |
|---|---|---|
| | RAC: W | ETH: |
| NBR: 21146 DIR: | SEX: M | OPS: MI/B650792887716 |
| STR: TAMARACK | DOB: 09/15/1978 | SSN: 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 |
| SFX: ROAD | HGT: 5'10" | SID: |
| CTY: HOWARD CITY ST: MI | WGT: 175 | FBI: |
| TXH: ZIP: 49329 | HAI: BLN | MNU: |
| TXW: | EYE: GRN | PRN: |

A CCH was run on BRAUN which revealed no identifiable criminal history.

I asked BRAUN to describe his relationship with JOHN WEEKS. He advised he first met WEEKS through TONY EVANS of Morley. BRAUN thinks TONY EVANS and WEEKS are related in some manner. BRAUN first met WEEKS in either May or June of 1997. He stated he would see WEEKS at EVANS' residence, but he really didn't hang out with him. BRAUN advised that he knew WEEKS was living with his grandmother in Morley and he would occasionally stop there to see him. BRAUN stated they were not close friends, but they would smoke and buy dope together. I next questioned BRAUN concerning the information he related to Detective FOWLER. BRAUN advised the following:

| PAGE<br>4 of 6 | INVESTIGATED BY<br>D/SGT. ROBERT A. SCHUMANN #226 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0000136

Gabrion 003712

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| **Michigan Department of State Police** | Sat; Jul 05, 1997 | 065-0002363-97 |
| **SUPPLEMENTAL INCIDENT** | **SUPPLEMENTARY DATE** | **FILE CLASS** |
| **REPORT 0052** | Fri, Nov 14, 1997 | 09001 |

BRAUN advised either the last week of May of the first week of June he received a telephone call from JOHN WEEKS asking if he could buy a bag of marijuana for him. BRAUN stated he could. At the time BRAUN was living with CHRISTOPHER DRAGUN. DRAGUN & BRAUN subsequently got into BRAUN'S motor vehicle and drove over to WEEKS' grandmother's house. They picked up WEEKS and proceeded toward Grand Rapids. According to BRAUN they had taken his 1980 Chevrolet, Malibu to Grand Rapids when this occurred. I asked him why there would be a discrepancy between which vehicle they had taken. The discrepancy arising between the Dodge Caravan and the Chevrolet Malibu. BRAUN stated the three of them had also gone to Grand Rapids before in the Dodge Caravan. He felt DRAGUN was confusing the trips and which vehicle was being driven. After picking up WEEKS at his grandmother's house, they proceeded southbound on Old 131 to Howard City where they dropped off JOHN.WEEKS' girlfriend. They then drove to Howard City, took M-82 to new US-131 and continued southbound to Grand Rapids. Before leaving Morley he had asked WEEKS how much money he had because BRAUN wanted to make sure WEEKS had enough money to buy an ounce of marijuana. WEEKS, at that point, opened his wallet and both BRAUN and DRAGUN observed a thick wad of bills in his wallet. According to BRAUN, the said money was over 1/2" thick and could have easily been over $1,000. BRAUN went on to state these bills appeared to be crisp, new bills because when WEEKS gave him the money to buy marijuana two $100 bills stuck together. BRAUN asked WEEKS how he got all the money. WEEKS stated he had worked for it. WEEKS went on to state he had worked for a guy by the name of MARVIN (last name unknown) where he would work for two or three hours and then come back with a couple hundred dollars. BRAUN thought that was very unusual because WEEKS was very lazy. On their way to Grand Rapids, BRAUN advised the trio talked about getting some weed and getting high. Subsequently they drove to a residence on Grand Rapids' northwest side and BRAUN went into the house while WEEKS and DRAGUN stayed in his car. According to BRAUN he stayed in the house for approximately 20 minutes purchasing two bags of marijuana; one ounce for WEEKS and one ounce for himself. BRAUN stated WEEKS didn't realize he had given BRAUN two $100 bills. Because of that, BRAUN purchased an ounce of marijuana for himself. BRAUN hid his ounce of marijuana in his sock and returned to the motor vehicle with the other ounce of marijuana which the trio partially consumed on their return trip to Morley. BRAUN recalls dropping WEEKS off at his grandmother's house in Morley after returning from Grand Rapids.

BRAUN went on to state that a day after their trip to Grand Rapids WEEKS had bought a 1/4 pound of marijuana from another source. BRAUN assisted WEEKS in smoking this marijuana. He stated that while smoking the said marijuana that WEEKS talked about how he was involved in delivering an unknown female to his " boss". According to BRAUN, WEEKS stated his "boss" had killed the unknown female. Supposedly, the victim in this matter owed the " boss" money for cocaine she had pruchased but not paid for. BRAUN stated WEEKS acted weird when he was telling this story and WEEKS never really said his "boss" killed the victim, but he believes WEEKS did say something about helping his "boss" get rid of a body. BRAUN was not exactly sure what was said during this conversation because at the time he and WEEKS were using a lot of dope and were always high. BRAUN further recalled that WEEKS had been calling the victim & was trying to persuade her to have sex with him. WEEKS also mentioned he had used a friends (name

| PAGE | INVESTIGATED BY D/SGT. ROBERT A. SCHUMANN #226 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 5 of 6 | | | |

**0000137**

Gabrion 003713

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| Michigan Department of State Police | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0052 | Fri, Nov 14, 1997 | 09001 |

unknown) car to pick up the said female. I questioned BRAUN concerning the inconsistencies he was telling us compared to what he had told Detective FOWLER in his interview on page four and six of his statement. BRAUN advised he is not exactly sure what WEEKS had said during their conversations but he was sure it was fairly similar to what he had informed Detective FOWLER. I asked BRAUN when he had last seen WEEKS. He advised he last saw WEEKS shortly after WEEKS had gotten evicted from his grandmother's house on 6-13-97. BRAUN stated he doesn't know where WEEKS is, but based on what he has read in the newspaper he believes he is probably dead. BRAUN went on to state that based on prior conversations with WEEKS he recalls WEEKS telling him that his "boss" was a guy by the name of MARVIN (LNU) who was working in the Morley area. BRAUN advised he did not know what MARVIN did for a living, but that WEEKS had worked for him.

BRAUN stated the information he had given to FOWLER in the original taped statement is accurate to the best of this knowledge and believes he could testify to that information in court.

For additional information on BRAUN'S statement see the attached transcript.

## POLYGRAPH:

I also asked both BRAUN and DRAGUN if they would be willing to take a Polygraph Exam concerning their truthfulness in this matter. They both advised they would be willing to do so.

## STATUS:

This Complaint remains OPEN, pending additional investigation.

| PAGE 6 of 6 | INVESTIGATED BY D/SGT. ROBERT A. SCHUMANN #226 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0000138

Gabrion 003714

| Michigan Department of State Police | ORIGINAL DATE | | INCIDENT NO. |
|---|---|---|---|
| SUPPLEMENTAL INCIDENT | Sat, Jul 05, 1997 | | 065-0002363-97 |
| REPORT 0053 | SUPPLEMENTARY DATE | | FILE CLASS |
| | Tue, Nov 18, 1997 | | 09001 |

| INCIDENT STATUS | |
|---|---|
| Open | Computer #1 |

# MURDER - "JANE DOE"

**JOURNAL:**

| | | |
|---|---|---|
| 10-30-97 | D/SGT. MILLER | DD-70, Homicide report form, has been completed and sent to the CID Investigative Resources Section, Lansing, Michigan. |
| 11-06-97 | D/SGT. MILLER | Items #124, #122, have been secured in the post property room. Items #16, 17, 18, 19, 20, and 21, have been sent to the Crime Laboratory for examination for possible foreign hairs or fibers. |
| 11-17-97 | D/SGT. MILLER | Supplemental report submitted. |

**SUSPECT ATTEMPTED INTERVIEW:**
MARVIN CHARLES GABRION JR, w/m, dob 10-18-53, 6', 190 lbs, bro/blu, MI Ops G165585115802, SS#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, address of 1398 E. 40th Street, White Cloud, Michigan.

Subject is currently an inmate of the Newaygo County Jail, as a federal prisoner. Subject is pending criminal prosecution for welfare fraud in the state of Michigan, and social security fraud in the federal court system.

MR. GABRION was contacted on 11-17-97, by D/SGT. MILLER and D/SGT. ROBERT SCHUMANN.

**ADVICE OF RIGHTS:**
Subject was explained his rights per the issued MSP Advice of Rights card, by D/SGT. MILLER. Subject stated he understood such and would not consent to an interview without the presence of his attorney.

MR. GABRION explained he has been given a public defender through the federal court system, Attorney SHARON TUREK, who's office is the Trade Center Building, 50 Lewis Street NW, Suite 500, Grand Rapids, Michigan 49503, phone 616-742-7420.

MR. GABRION had been told by officers that the officers wished to speak to him regarding the murder of RACHAEL TIMMERMAN and the disappearance of her daughter, and that charges had not been filed for that subject in regard to those matters. The subject had made several comments prior to the advice of rights, in which he had been told by an FBI Agent in New York, that he was responsible for 8 homicides. However, he understands the number is brought down to 4. Subject expressed his confidence that WAYNE DAVIS and JOHN WEEKS are fugitives, who are avoiding capture on felony warrants. MR. GABRION was told that there were no outstanding felony warrants for either subject and his information was faulty.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 2 | D/SGT. RICHARD C. MILLER #75 | | |

0001155

Gabrion 003715

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| Michigan Department of State Police | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0053 | Tue, Nov 18, 1997 | 09001 |

The subject admitted to this officer that he had mailed the officer a letter, which was type written, in which he apologized for the grammatical errors and the poor spelling.

MR. GABRION'S physical appearance is greatly changed. Subject has shaven his head bald, in which his scalp revealed numerous minor razor cuts and abrasions. In asking the subject why he changed his hairstyle; he claimed he has done so for the last five years and it is a frequent occurrence.

**SEARCH WARRANT:**
Contact was made with the Newaygo County Prosecutor's Office on 11-18-97, for a search warrant to allow the collection of body hairs, saliva samples, and blood samples, from MARVIN GABRION. Warrant is expected to be signed on 11-19-97, and executed at the time of MR. GABRION'S arraignment in the State Court on related case 65-3835-97, 2600-1.

**CONTACT FEDERAL PUBLIC DEFENDER'S OFFICE:**
On 11-18-97, at approximately 8:30 a.m., contact was made with Attorney SHARON TUREK. Information was supplied that officers had contacted MR. GABRION, and were seeking the opportunity to interview him. MS. TUREK directed that she did not wish her client to be interviewed, and she would consult with her client and determine later if an interview was possible.

**STATUS:**
Open

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 2 | D/SGT. RICHARD C. MILLER #75 | | |

**0001156**

Gabrion 003716

| Michigan Department of State Police **ORIGINAL INCIDENT REPORT** | ORIGINAL DATE Tue, Nov 18, 1997 | | INCIDENT NO. 076-0003211-97 | |
|---|---|---|---|---|
| | TIME RECEIVED 2042 | | FILE CLASS 09001 | |
| | WORK UNIT MSP CADILLAC | | COUNTY Wexford | |
| COMPLAINANT PATROL | | | TELEPHONE NO. (616)775-2522 | |
| ADDRESS: STREET AND NO. 1104 S MITCHELL STREET | | CITY CADILLAC | STATE MI | ZIP CODE 49601- |
| INCIDENT STATUS Closed | | | | Computer #1 |

# MURDER/NEGLIGENT MANSLAUGHTER(VOLUNTARY)

**INFORMATION:**

This is a supplemental for the Newaygo State Police Post..It is already an on-line complaint. Complaint number 65-2363-97. File Class 0900. The ORI number MI6206500. The supplemental date is 11-07-97.

Undersigned, D/Sgt. FOWLER was doing a follow up investigation for the Lakeview Post and D/Sgt. Harry Norman. Complaint number 67-2005-97, File Class of 2200.

During this investigation, undersigned received information from THEODORE BRAUN and CHRISTOPHER DRAGUN in reference to information on a suspect/missing person in the above listed Newaygo State Police Homicide investigation of this complaint, 65-2363-97.

**VENUE:**

WEXFORD COUNTY , CADILLAC
1104 S MITCHELL ST
AT OR NEAR: CADILLAC STATE POLICE POST

**DATE & TIME:**
TUE, NOV 18, 1997 AT 2000

**COMPLAINANT:**
NAM: PATROL

| | | | |
|---|---|---|---|
| | | RAC: | ETH: |
| NBR: 1104 | DIR: S | SEX: | OPS: |
| STR: MITCHELL | | DOB: | SSN: |
| SFX: STREET | | HGT: | SID: |
| CTY: CADILLAC | ST: MI | WGT: | FBI: |
| TXH: | ZIP: 49601 | HAI: | MNU: |
| TXW: (616)775-2522 | | EYE: | PRN: |

**INTERVIEW WITH  CHRISTOPHER DRAGUN:**

On November 7, 1997, undersigned conducted an interview with CHRISTOPHER DRAGUN, at the Wexford County Jail, where DRAGUN is currently incarcerated for Armed Robbery. MSP complaint number 76-1704-97. File Class 1200-1.

| PAGE 1 of 2 | INVESTIGATED BY D/SGT DONALD W FOWLER #250 | REPORTED BY | SEARCHED _____ INDEXED _____ SERIALIZED _____ FILED _____ | -REVIEWED BY |
|---|---|---|---|---|

JAN -5

0000554

Gabrion 003717

| Michigan Department of State Police ORIGINAL INCIDENT REPORT | ORIGINAL DATE Tue, Nov 18, 1997 | INCIDENT NO. 076-0003211-97 |
|---|---|---|
| | TIME RECEIVED 2042 | FILE CLASS 09001 |

Suspect, CHRISTOPHER MICHAEL DRAGUN, W/M, 9-29-78, was advised of his Miranda Rights for an interview in reference a breaking and entering in the Lakeview Post area. During the course of this interview, DRAGUN advised that he had information on a subject by the name of JOHN WEEKS in reference to Mr. WEEKS being in possession of a large amount of money. WEEKS advised CHRISTOPHER DRAGUN and THEODORE BRAUN that he had come into possession of this money by taking a woman out of her home, taking her to a guy that he worked for, where they ended up killing the woman and WEEKS assisted of disposing of the body.

For in-depth information on this, please see the attached, typed transcript of the interview conducted between undersigned D/Sgt. FOWLER and CHRISTOPHER DRAGUN. Pages 1 through 9.

## INTERVIEW WITH THEODORE BRAUN:
Information was received on November 7, 1997 during an interview at the Wexford County Jail, from THEODORE WILLIAM BRAUN, W/M, 9-15-78.

Undersigned received information from DRAGUN that BRAUN was present during the conversation with WEEKS. The interview with BRAUN related to the fact that the three of them, DRAGUN, BRAUN and WEEKS were enroute to Grand Rapids to purchase some narcotics. At this time it was noted WEEKS had a large amount of money. When questioned as to where he came into the large amount of money, WEEKS advised DRAGUN and BRAUN he had picked up a woman for his boss and had taken the woman to the boss where the woman was killed and eventually WEEKS assisted in getting rid of the body.

For a total review of the interview, see attached 12 page interview between undersigned, D/Sgt. FOWLER and THEODORE BRAUN.

## ADDITIONAL INFORMATION:
During both the interview with BRAUN and with DRAGUN, information was also given reference to a RICK DENNIS who had possibly been involved in a breaking and entering where the victim was shot and killed during the breaking and entering. This is third hand information was received from a TONY EVANS of the Howard City area. As of this writing, undersigned has been unable to substantiate this information.

## CONTACT WITH D/SGT. DICK MILLER OF THE NEWAYGO POST:
Undersigned contacted D/Sgt. Dick Miller of the Newaygo State Police Post and advised him of the above facts and the information contained in both statements. The original of both statements and both original tapes will be turned over to the Newaygo State Police Post/D/Sgt. Dick Miller.

## STATUS:
Closed

| PAGE 2 of 2 | INVESTIGATED BY D/SGT DONALD W FOWLER #280 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0000555**

Gabrion 003718

FOWLER: The tape is back on. It is now 3 p.m., on November 7, 1997. We are still at the Wexford County Jail. We are in the jail section in one of the interview rooms. Present in the room are myself, Detective Sergeant Don Fowler. Would you state your name for the record?

BRAUN: Ted Braun.

FOWLER: Ted do you recall the Miranda rights I read to you?

BRAUN: Yes.

FOWLER: And I am not going to discuss anything to do with the cases that we've discussed in the past, but there was some information brought up that you were to have knowledge of and you told me you have knowledge of them and I want to put this on the tape, so that I hear exactly what you are saying correct. My understanding is that you have possibly some information on a breaking and entering where someone may have been killed.

BRAUN: Yes.

FOWLER: Who allegedly did this breaking and entering?

BRAUN: Rick Bennets and I don't know if it was his friends or cousins or what.

FOWLER: Where did this allegedly happen at?

BRAUN: I am not sure.

FOWLER: What's the information that you did receive?

BRAUN: That Rick Bennets was involved in a B&E where somebody was shot and killed.

FOWLER: How did you come into this information?

BRAUN: Tony Evans told me and Rick had told him about it.

FOWLER: Tell me exactly what you heard.

BRAUN: Tony told me that all, Rich's pretty messed up in the head because, and he was talking about Rick crying and being all

Gabrion 003719

upset and telling Tony about how he broke into a house with some other people and somebody got shot and killed and he seen it happen.

FOWLER: Did they say how they did the B&E or anything about the breaking and entering?

BRAUN: No. Tony probly knows more about it.

FOWLER: And, who's Tony?

BRAUN: Tony Evans.

FOWLER: Where does he live?

BRAUN: In Morely.

FOWLER: Did they happen to say when this homicide took place?

BRAUN: No they didn't.

FOWLER: Did you believe it was recent or did you believe it was something that happened a long time ago?

BRAUN: Probly within, probably within a year, maybe two years. Rick, I remember Rick braggin', when I first met him, about how he used to always carry around a 9mm, he had pistols, all kinds of stuff like that.

FOWLER: When he said he was messed up in the head, what made him think he was messed up in the head?

BRAUN: Well, just that it was like eating away at him and stuff. Is what Tony said. He was acting all weird about it.

FOWLER: What do you mean by acting all weird, how?

BRAUN: 'Cuz he was living with it, knowin' that seeing these people got killed, ya know.

FOWLER: Where did he, was he upset when he was telling him about it?

BRAUN: Yeah. Tony said he was upset. That Rick had told him about it.

0000557

Gabrion 003720

FOWLER:    Did he say how he was upset?

BRAUN:    Just like crying and stuff about it.

FOWLER:    Said he was crying while he told him about the B&E?

BRAUN:    Yeah.

FOWLER:    Somebody got murdered.

BRAUN:    About somebody gettin' murdered. Yeah.

FOWLER:    Did he happen to say if it was a man or a woman that got murdered?

BRAUN:    No.

FOWLER:    Was it more than one person that got murdered?

BRAUN:    He just said a person, where somebody got killed, shot and killed.

FOWLER:    Ok, just before I turned on this tape you said you knew of something that was worse than that. What were you talking about?

BRAUN:    About John Weeks.

FOWLER:    Who's John Weeks?

BRAUN:    He lives in Morely. I was kind of friends with him for a little while, um.

FOWLER:    When were you friends with him?

BRAUN:    During, over the summer.

FOWLER:    This summer, last summer?

BRAUN:    This summer.

FOWLER:    Where did Mr. Weeks live?

0000558

Gabrion 003721

BRAUN: Right in Morely. I don't know the name of the Road. He lived with his grandmother.

FOWLER: Where did grandma live?

BRAUN: Right behind my girlfriend's grandmas. I don't know the name of the road.

FOWLER: So, would it be right behind there, like one block behind there or one house?

BRAUN: The next road, the next road to the west.

FOWLER: Towards the freeway?

BRAUN: Yeah. In the second house from the corner.

FOWLER: What color is the house?

BRAUN: White.

FOWLER: Ok, what is worse about Mr. Weeks then the other case?

BRAUN: Well, we were in the car,

FOWLER: Who's car?

BRAUN: Um, we were in Chris' car. John had, no we were in my car, I was taking him to Grand Rapids. We went down to Grand Rapids to get, buy some weed. And ah, John had like eight, nine hundred dollars. He said he made that in one night or something. We asked him how he made it, he said that um, he picked up some woman, for the guy that he worked for and brought her to his house and he killed her.

FOWLER: Was he there when he killed her?

BRAUN: Yes. He, he acted like, I think he's the one that got rid of the body.

FOWLER: What do you mean by that?

BRAUN: 'Cuz he said, he's like, "I seen it, I've seen him kill her" or something like that. "Then I helped get rid of her". Something like that.

0000559

Gabrion 003722

FOWLER:   Did he say how he got rid of her?

BRAUN:   No, but I

FOWLER:   You guys didn't ask?

BRAUN:   I just thought he was bullshittin'. Ya know. I didn't, you didn't hear nothing about no murders or nothin'. And then just lately on TV you heard about them finding a body of a woman and how John's missing and somebody else is missing and they found that guy in another state.

FOWLER:   What guy?

BRAUN:   I can't remember his name now.

FOWLER:   Did John happen to say who he was, who he did this with?

BRAUN:   He told me his name, but I don't remember it. But I know it's the same guy that..

FOWLER:   How do you know, do you recognize the name?

BRAUN:   Yeah, but I don't remember that name now.

FOWLER:   Was the name Gabrion?

BRAUN:   I think so.

FOWLER:   Tell me to the best that you can remember what exactly he said.

BRAUN:   He said that he went and picked her, picked a woman up, that was the guy's girlfriend.

FOWLER:   Did he mention anything about a little kid?

BRAUN:   No. But he said he went and picked the woman up and brought her, brought her to the guy's house and he just said that about that one thing, he said that she owed him money or something. Then later on he said that it was his girlfriend. And then he was at, he said that they killed her.

FOWLER:   Who's girlfriend, Weeks' or the other guy?

0000560

Gabrion 003723

BRAUN:     The other guy's.

FOWLER:    So he went and picked her up, took her to the other guy's house, did he say where the house was?

BRAUN:     No. But I remember him saying that guy was who he worked for and stuff.

FOWLER:    Did he say what they guy did?

BRAUN:     He done other stuff, I think he was selling coke for him or something.

FOWLER:    He said he saw him kill her?

BRAUN:     Yeah.

FOWLER:    Did he say how?

BRAUN:     He just said I shouldn't, he said he seen him killer. That's why I, He goes, "I brought her there, so he could kill her. And he said I seen it.

FOWLER:    Ok, You said you thought he got rid of the body. What made you think that?

BRAUN:     Just they way he talked about it, acted about it.

FOWLER:    Meaning?

BRAUN:     He was like, "I helped, I helped do it" or something like that. "I helped get rid of her".

FOWLER:    Did he say, "I helped get rid of her?"

BRAUN:     He said he helped him with it pretty much. Is what. He didn't actually say, "I did help kill her, he helped get rid of her" he said, "I helped him with it".

FOWLER:    How come you didn't report this thing to anybody?

BRAUN:     I just, I didn't really, I figured it's kind of hear say, because John, ya know, I don't know. It's kind of hear say, he told

**0000561**

Gabrion 003724

us that a long time ago, at the time I thought he was bullshittin'.

FOWLER: When did you take this trip to Grand Rapids, do you recall?

BRAUN: Oh, a long, quite a while ago. I don't remember, exact date, I don't even remember what month it was, it was in the summer.

FOWLER: When's the last time you saw Mr. Weeks?

BRAUN: Three, four months ago. Three months ago.

FOWLER: And where was that at?

BRAUN: The last time I seen him it was in town, by the store. He just asked I talked to him for a second. Then I seen his girlfriend, she said that he was in jail or something.

FOWLER: Where was he in jail at?

BRAUN: I don't know, that's just what he said. "He's in jail" or something. That they had broke up and that she never sees him..

FOWLER: Who's his girlfriend?

BRAUN: Oh, shit, I think, I can't think of her name. Her grandma knows, John's grandma knows her.

FOWLER: Where's she from?

BRAUN: Howard City.

FOWLER: Can you describe her to me?

BRAUN: She's about 5'5", long hair, skinny.

FOWLER: You don't remember her name? What kind of vehicle did John have?

BRAUN: John didn't have one.

FOWLER: John have any other friends that you know of?

0000562

Gabrion 003725

BRAUN: Emhum.

FOWLER: Nobody?

BRAUN: Every time I seen John, he was with, just him and his girlfriend.

FOWLER: Does Steve know John?

BRAUN: No.

FOWLER: Does Chris know John?

BRAUN: Yeah.

FOWLER: How does Chris know him.

BRAUN: Same way I do. From the time, he's, I met him in the summer, pretty much. It's Tony's, kinda like Tony's cousin I guess. That's how I met him, is through Tony.

FOWLER: Tony?

BRAUN: Evans.

FOWLER: Is Weeks' cousin?

BRAUN: Something like, kind of, their related in some way.

FOWLER: Would Evans have information on this guy that he worked for?

BRAUN: I don't know. He said this in front of me and Chris. Chris wrote home to his dad about it. Asking his dad to find out if there were anything about him though. If they found John or anything like that. But I don't know, I just didn't really think too much of it. I figured if I didn't know for sure, 100%, so I didn't say nothing.

FOWLER: What'd you guys do when you went to Grand Rapids?

BRAUN: Went and bought a bag of weed.

FOWLER: You did get some weed? Where'd you go?

0000563

Gabrion 003726

BRAUN: A house, I don't know the address.

FOWLER: Somebody you know or somebody he knows.

BRAUN: Somebody I knew. But I didn't...

FOWLER: Did he spend any of his money to buy some drugs or no?

BRAUN: Yeah, that's why I knew it was weird that he had so much money, 'cuz he gave me a hundred dollars, you know, I was kind of friends with him, but not really that good of friends. Well he handed me two hundred dollars thinking he gave me a hundred and I went and got two hundred dollars worth of pot and I come back and I was gonna give, I gave him the hundred dollars worth and he never said nothing about the other hundred, so I knew he had way too much money to, ya know, he didn't just go make that, hard day at work. 'Cuz he didn't even have a clue he had a roll that thick of money.

FOWLER: You're indicating an inch thick.

BRAUN: He had a couple thousand dollars. At least a thousand, I'd guarantee it.

FOWLER: Did he mention the figure two thousand dollars?

BRAUN: No. But I seen there were hundreds about that thick. About over a half an inch thick. Hundreds.

FOWLER: And he got that working for the guy in Grand Rapids?

BRAUN: Some guy up there.

FOWLER: Up where?

BRAUN: Around Morely or around that area. Somewhere up north.

FOWLER: Did he say where he took the girl?

BRAUN: Uhheh.

FOWLER: I mean he said he took her to that guy's house, but did he say where the guy lived?

0000564

Gabrion 003727

BRAUN: I have no idea? I think, I honestly think he's dead.

FOWLER: Why do you think that?

BRAUN: I think maybe he, that guy got worried about what he knew, was worried about him saying something, telling people about it. 'Cuz, well, John's missing and who ever the other guy is, they're both missing, right?

FOWLER: It's not my case, I am not too sure of all the facts.

BRAUN: In the paper it says, "Two people, John Weeks and somebody else, both missing and they were both suspects in it." And they found that other guy, Gabriel or whatever the hell his name is.

FOWLER: But you don't remember him mentioning any names in the car?

BRAUN: No. I am positive that's who he was working for though.

FOWLER: Why?

BRAUN: I am pretty sure that's the name he said before. 'Cuz he would go and work and come back with like hundred or two hundred dollars, ya know like that. All of a sudden

FOWLER: He would go over where?

BRAUN: To that guy's house. He never said where the guy lived or nothing at all. But I'm pretty sure he said that was his name, was Gabriel or something like that. He'd go over there, to where ever he was working, he'd come back, he'd work for like one day, maybe six, seven hours, he'd come back with two, three hundred bucks at a time.

FOWLER: Ted would you be willing to talk to other detectives reference this?

BRAUN: Yeah.

FOWLER: Both cases, Mr. Weeks and also the breaking and entering, that involved Mr. Dennis.

BRAUN: Yeah.

0000565

Gabrion 003728

BRAUN: No, he just said it was a guy that he had been working for.

FOWLER: Did he say the girl's name?

BRAUN: No, he didn't, he didn't say too much, ya know.

FOWLER: Did he say where he went to get the girl?

BRAUN: He didn't say that much, he's was like, he told us few things. He was like, you ain't gonna figure nothing out from there. That's all, then he kinda like a joked about it.

FOWLER: He told you guys you weren't going to figure nothing out?

BRAUN: Yeah. Just what he told us.

FOWLER: How long was he in the car with you?

BRAUN: Couple hours.

FOWLER: So straight trip down, straight trip back?

BRAUN: He, I re, recall him saying that he made money from killing somebody. I remember him saying that, that he got money for killing somebody. Ya know. I figured he was joking, but I do remember him, he said, 'cuz we kept bothering him, "What'd you do, what'd you do?" And he said, "I killed somebody" then later on he said more.

FOWLER: Like what?

BRAUN: That's when he told me what I decided about pickin', pickin' off some woman in the back of the guy's house and that he killed her.

FOWLER: Who killed her, the guy?

BRAUN: The guy did. But he said he helped. I don't know what that means, help killer her, help get rid of the body, ya know, I don't know. But I do remember him saying that he got paid to kill somebody.

FOWLER: If you were going to find Mr. Weeks, where would you start looking?

0000566

Gabrion 003729

FOWLER:   Chris is there anything else...

BRAUN:   Ted.

FOWLER:   Excuse me, Ted, is there anything else that you can think of reference Mr. Dennis or Mr. Weeks, that I haven't asked you?

BRAUN:   Not that I can think of right now.

FOWLER:   If you happen to think of something would you mind contacting me?

BRAUN:   Yes.

FOWLER:   I don't have any further questions at this time. It's now 3:20 p.m., check, 3:15 p.m. I am going to turn the tape off.

0000567

Gabrion 003730