# EXHIBIT 4.1

FOR RESTRICTED USE ONLY
This information is Released
Subject to the Confidentiality Provisions
of PA 258 of Public Acts of 1974
NOT TO BE FORWARDED OR COPIED

CORNERSTONE
COMMUNITY MENTAL HEALTH SERVICES

CLIENT: ███  ███                          CASE #: ███         DATE:   7-10-87
LENGTH OF SERVICE:  40 min    TYPE OF CONTACT: Collateral    NO. IN GROUP:    2
TYPE OF REPORT:                          THERAPIST:  Dr. John Sneed, D.O.

███ was seen with her husband for approximately 40 minutes on this date by Kirk VanderPloeg and myself regarding medication review. ███ states that she had come to the clinic in response to being sent an appointment card for this date and time although there is no evidence of such an appointment being made in her chart. She also had reduced her dosage of Thorazine to 100 mg po at hs allegedly at the direction of some physician at the Cornerstone although there is no evidence of this on her chart either.

███ and her husband both state that she is doing fairly well at this time and their most serious complaint is of her intermittent explosive irritability that she experiences from time to time. This apparently has been occuring with some increased frequency and intensity. These explosive outbursts as they described them are characterized by her angry yelling at her husband and then either becoming silent or walking off into the surrounding neighborhood and sometimes being gone for hours. There is no history of physically abusive behavior during these outbursts. Allegedly during these hours of walking she would be either going through trash or occasionally visiting friends or family.

Although ███ was unsure why her appointment was to be held on this date she did state that she was concerned because she was running low on her Thorazine and felt that she would be unable to sleep at night. Her husband stated that when she becomes sleepless at all as when she runs out of Thorazine that her problems are greatly complicated. Mary expressed directly that she would be fearful of changing medications at this time.

███ has a history of significant psychotic break approximately 12-13 years ago. She had visual and auditory hallucinations with tearfulness, paranoid ideation and since that time has been treated with anti-psychotic medications. She at this time continues to have some suspiciousness, intermittent paranoia and ideas of reference regarding TV and radio programs. She denies any recent experiences of auditory or visual hallucinations but states that she was hospitalized for 3 months in the past with frequent auditory hallucinations during that time. Overall ███ and her husband seem optimistic about her level of functioning with a singular complaint of the irritable outbursts.

███ has depressed mood and constricted affect with poor eye contact. There is no evidence of tardive dyskensia. Her speech is essentially coherent and goal directed although at times digressive and confused. She denies alcohol use or use of any other street drugs or prescribed medications. Major stressor identifiable at this time is ███ relationship with her children who are 12 and 13 and becoming more difficult to manage for her.

It is decided at this time to increase ███ Thorazine to 100 mg po TID. She is to return to the clinic on Wednesday, July 15th at 2:00 pm for a medication check and according to agree on progress will be scheduled for Dr. Brubaker's medication clinic.

John Sneed, D.O. *Jmsnuedso*                    Supervising psychiatrist
Resident Psychiatrist
Date signed: 7-17-87                             Dr. V.J. Desai
                                                 Clinical Director
                                                 Date signed: _____

OVER                                             JS/ch    D 7-10-87   T 7-16-87

FOR RESTRICTED USE ONLY
THIS INFORMATION IS RELEASED
SUBJECT TO THE CONFIDENTIALITY PROVISIONS
OF SEC. 748 OF PUBLIC ACTS 258 OF 1974
NOT TO BE FORWARDED OR COPIED

disabilities as her brain injury.

## MEDICAL HISTORY:

This client reports no physical or medical problems, no serious illnesses in the past and considers her health as good. The client reports her current medications are; Thorzine 100 mg. 2 at HS, Restoril 15 mg. 1 per day, Tegretol 200 mg. 1 at HS. She reports no known allergies. This client reports no alcohol or drug abuse past or present.

## PSYCHIATRIC HISTORY:

This client has had 3 or 4 hospitalizations the dates of which she could not recall she reports her first hospitalization at Allegan County around 80 or 81, with two or 3 hospitalizations in Kent Oaks and the dates she could not recall. This client reports being outpatient at Cornerstone for 2 years and client could not recall her last date of hospitalization. The client reports effort at outpatient treatment was successful in helping her maintain her level of functioning. The client reports precipitators as stress and significant prodromals as anger, voice gets deeper. She reports having scary dreams and usually starts seeing things which lasts a few days. She also reports hearing voices and this also lasts a few days.

## MENTAL STATUS:

This client presented with her mother to this interview she was appropriately dressed for the weather in clean jeans and blouse. She was oriented to all three spheres. Her memory recent and remote was faulty as she could not remember many significant dates in history. There was no indication of a thought disorder she reported no hallucinations or paranoid ideations. ▇▇ does report she was ill she felt people were after her and she didn't trust the doctor. This client denies experiencing no thought broadcasting or telepathy or magical thinking when she is well but when she is sick she does believe that she could read other's minds and make things happen by thinking them. This client reportedly feels good about herself now, before her husband made her feel terrible. ▇▇ reports being good at cooking house keeping, but falls short of organizing; She doesn't initiate task. This client's affect was some what blunted but a normal range of emotion was evident. She reports one previous suicide attempt in the past when she was younger by using an over dose of pills. When asked what happened concerning the suicide she reports that she called her sister told her about the over dose and she was rushed to the hospital. The client denies any suicidal ideations. This client's judgement, concentration, and insight were fair at best. She does understand her need for treatment and will go along with help.

## DIAGNOSIS:

AXIS: I    295.95    Chronic undifferentiated schizophrenia, in
                     remission
AXIS: II   799.90
AXIS: III            head injury

██████████  1/22/88 Intake Treatment Plan Update
Page 2

MENTAL STATUS:
██████ is oriented to person, place, and time. Her memory for recent and remote events is intact. When asked about hallucinations, she states that she is hearing voices. ██████ states that it is her husband's voice that she hears. It's difficult to discern if it's the yelling voice that she hears in the home when they are fighting, or if she hears the voice even when they are not fighting. She seems to imply that she is becoming psychotic and hearing the voices even when he's not around. No delusional thinking was evident. She is not paranoid. A formal thought disorder is present. She seems to be decompensating slowly. She states that she is sleeping a lot during the day and cannot sleep at night. She has been having headaches. She states, "My face feels like it's being pulled tight." She denies any suicidal ideation. She states that she gets so frustrated at times that she feels as though she wants to bust a window or hurt her husband, however, she has no plan to do this currently. A symptom of depression is her flat affect. Her intelligence seems to be of lower I.Q. She was cooperative during the interview.

DIAGNOSTIC IMPRESSIONS ON THE DSM III:
Diagnoses stay the same, except for rule out mild mental retardation.

TREATMENT PLAN:
██████ was requesting voluntary admission to Kent Oaks this evening. There are no crisis beds available and Kent Oaks is full. She accepted a voluntary admission to Allegan Psychiatric Hospital because our records showed that they had two beds available. When Allegan was contacted, the nurse took the information and stated that somebody named Brian would talk to the psychiatrist and get back to me. As it turned out, Brian stated that the psychiatrist was expecting a discharge yesterday, but it did not happen, and they were expecting a discharge for later this morning. They would accept the referral upon the discharge of the client who is expected to leave today. ██████ was willing to accept this as an option, and Allegan was given her home phone number and will be calling her later on this morning when a bed becomes available. If a bed does not become available, ██████ will return to Cornerstone for reevaluation and possibly a crisis house or a Kent Oaks bed would be appropriate and available. ██████ seems to be having some difficulties in her marriage and has not followed through with the referral of outpatient counseling that had been talked to her earlier by Kirk. ██████ does not seem to have a whole lot of insight or willingness to get help, except for wanting to get away from the conflicts at home. ██████ needs to have some distance from her family and get recompensated. It should be noted that Dr. Brubaker has discontinued her antipsychotic medications, and this should be looked into as something that needs to be restarted. If she goes to Allegan today, they will be evaluating her for medication. If she returns to Cornerstone, it might be apropriate for an emergency med evaluation prior to her appointment with Dr. Brubaker, February 3, 1988.

PROGNOSIS:
Prognosis is poor due to the dysfunctional family environment, and her long history of mental illness and low I.Q. Allegan Hospital staff stated that when she was there in 1980, she had a diagnosis of mild mental retardation.

7-10-87 INTAKE/TREATMENT PLAN UPDATE PAGE 2.

At the time that she presented on this date, however, she was not presenting with
any significant problems. Most of what the client and her husband discussed
in regard to problem area seem to have occurred many months or even years ago.

MEDICAL HISTORY:
The client is not aware of any known medical problems at this time.

PSYCHIATRIC HISTORY:
This client has apparently been hospitalized twice at Kent Oaks in the past.
It would appear that the last hospitalization has been at least six years ago.
Although the charting is somewhat sketchy, it would appear that she has been in
remission from all significant symptoms for many years. She has continued to
follow through with the medication clinic, both at Kent Oaks and at Cornerstone.

MENTAL STATUS:
This client presents as being oriented to person, place and time. Her memory, both
recent and remote, appears to be generally intact, however, she and her husband do
have some dispute in regard to the exact chronology of events. The client denies
experiencing any auditory or visual hallucinations at this time, indicating that
she has in the past and has not had any of these symptoms for several years.

The client presents appropriately dressed, giving evidence of a high level of
hygiene and grooming. Her affect is generally quite appropriate to the content
of speech. She even smiles on a number of occasions. She did not present as
being in any emotional distress at the time of presentation. There is no evidence
whatsoever of any present suicidal or homicidal ideation. The client reports that
essentially she has been sleeping and eating normally. Client was very
cooperative throughout the session.

DIAGNOSTIC IMPRESSIONS:
Axis   I:  295.95 Chronic, undifferentiated schizophrenia, in remission
Axis  II:  799.90 Deferred
Axis III:  None noted
Axis  IV:  Level of psychosocial stressors: 1--none apparent
Axis   V:  Present level of functioning: 61
           Highest level of functioning past year:  65

TREATMENT PLAN:
Goals: (1)  The only clearly identifiable goal at this time is to enable this
client to continue being seen through the Cornerstone medication clinic. The
client has been doing very well on medications alone and does not appear to be
in need of any other services at this time.

Plan: (1)  The client was seen by Dr. John Sneed, psychiatric resident for
Cornerstone this morning. Please refer to his note for the changes in medications
made.

The client will be returning to Cornerstone on 7-15-87 for a follow-up meeting
with Dr. Sneed. After that, the client will be referred to the regular Cornerstone
medication clinic and will be followed by Dr. Brubaker.

continued on next page...

**CORNERSTONE**
Community Mental Health Services

Client: _____█████████_____        Case # __█__    Date 8-18-87
Length of Service 40 min.Type of Contact: ____Individual____        No. in Group
Type of Report ____Med Review____        Therapist: Russel V. Brubaker, M.D.

## IDENTIFICATION DATA:
This is a █-year old, twice married woman with children whose birthdate █████████

## TARGET SYMPTOMS:
Manic depressive type symptoms with psychosis along with depression, irritability, sleeplessness, hyperactivity, grandiosity.

## HISTORY OF ILLNESS:
█████ had a head injury when she was around 5 years old and apparently was comotose for a couple of weeks. She had some learning difficulties as a result of that.

The onset of her illness was when she was around █ years old, at which point she was hearing voices, was belligerent, was hyperactive, not sleeping, and was threatening. She has gone through other times in her illness when she had depression. She was first hospitalized at Kent Oaks and was tried on Lithium at that time and was discharged with it but apparently, the dose was not high enough or she didn't respond to it very well and later Mellaril was added and she was changed to other medication. She hasn't been on that since then.

## CURRENT FUNCTIONING:
She indicates that for the last few months, she has become more paranoid, has been bothered by her husband's sexual advances, has some trouble sleeping, feels restless and depressed. She has tried taking higher doses of anti-psychotic, Thorazine up to 300 mg. per day but that caused her to be too sleepy, according to her.

## FAMILY HISTORY:
She has a brother who has been stabilized on Lithium and is doing well.

## MEDICAL STATUS:
She has not had any blood test nor a physical in a number of years. She has a wart on her nose which looks like it could be precancerous with the surface being white and cracked. She wanted to have that checked.

## MENTAL STATUS:
█████ was dressed adequately and was spontaneous in her speech. She was friendly and cooperative. She did appear somewhat depressed with some flatness in her affect. She does indicate that she has been hearing some voices recently which bothers her. She is easily upset.

## DIAGNOSIS:
Axis  I:   Bi-polar disorder, mixed with psychotic features.
           Organic brain syndrome with mild dementia secondary to head trauma.
Axis II:   None
Axis III:  Medical or physical problems - possible precancerous wart on nose.

Continued...



////

KENT COMMUNITY HOSPITAL COMPLEX
KENT OAKS PSYCHIATRIC UNIT

### DISCHARGE SUMMARY

UNIT:  1A                                    DATE OF ADMISSION: 1-13-95
PATIENT NAME:           DATE OF DISCHARGE: 1-18-95
DATE OF BIRTH:                               PATIENT NUMBER:

DISCHARGE DIAGNOSES:
AXIS    I: Acute psychotic episode
AXIS   II: Substance abuse, alcohol
AXIS  III: N/A
AXIS   IV: Stressors: 3
AXIS    V: GAF:  60%

The patient was a white female known to the system admitted on a
direct involuntary admit for increased agitation, violent outburst,
and acting out.

ABNORMAL & PERTINENT LABS:  Labs indicated an elevated alcohol
level.

COURSE OF TREATMENT:  A second cert was felt not to be appropriate
by Dr. Burrows.  The patient was given the option of being
recertified or voluntary admission.  At that point, she had
stabilized from withdrawal from alcohol.

CONDITION ON DISCHARGE:  Stable.

PROGNOSIS:  Guarded.

DISCHARGE INSTRUCTIONS:  Patient was discharged to home.  She was
to follow with Spectra.  She was advised to follow with the day
treatment program and AA to keep her free from alcohol.

D:   02-10-95
T:   02-14-95            Nan Beth Alt, M.D./je

═══════════════════════════════════════════════════════════════

### D I S C H A R G E   S U M M A R Y



## MEDICAL CONSULTATION NOTE

May 12, 1998
Time: 10:30 - 10:40 a.m.

This lady suffers from Paranoid Thought Disorder. She is actually quite stable on the Mellaril and her mood has improved on the Paxil. She did do some drinking on Mother's Day and apparently got into a brawl. She has some bruising on her knee and arm. I have explained to her that it is very important for her to avoid ▮▮▮▮▮▮▮▮▮▮ She continues to use some Duract for pain, 25 mg q 6 hours until she can get some dental work done. Dave Larson is going to try to get her set up with Ron Leiders in Croton to get some teeth pulled.

Robert V. Gunnell, M.D.
Medical Consultant

TR: 5/12/98      TY: 5/14/98

 

MEDICAL CONSULTATION NOTE

MAY 01, 1997

10:20 - 10:30 A.M.

This lady suffers from developmental disability as well as paranoid thinking. She has been on low dose Mellaril 25 at HS, 10 on an as needed basis and this has worked quite well. She is a little bit sleepy, but she will be evaluated again in 30 days. We are going to order a psychological on her to determine the level of developmental disability that exists and she will check back with me.


Robert V. Gunnell, M.D.
Medical Consultant

tr: 05-01-97  ty: 05-02-97/tah