# EXHIBIT 4.2

PHYSICIAN'S CERTIFICATE
Mentally Diseased, Laws of 1923

GRLS    Form 34

## STATE OF MICHIGAN
# The Probate Court for the County of Kent

IN THE MATTER OF ▮▮▮▮▮▮▮▮▮▮▮▮

COUNTY OF KENT, ss.

I, KENNETH C. NICKEL, M.D.  ，, do hereby certify that I am

a permanent resident of the  CITY  of  GRAND RAPIDS  in said County,

and a graduate of  WAYNE STATE UNIVERSITY  , an

incorporated medical college; that I am registered according to law, and have practiced as a

physician  31  years; that, acting under the direction and by appointment of said court,

I did on the  11TH  day of  JULY  A. D., 1973

personally examine said ▮▮▮▮▮▮▮▮

I further certify that in my opinion said ▮▮▮▮▮▮▮▮

is a  MENTALLY ILL  person and HIS  condition is such as to require care and

treatment in an institution for the care, custody and treatment of such mentally diseased persons,

and that the facts and circumstances upon which such opinion is based, are as follows:

When asked why his admission into the Kent Oaks Hospital occurred recently, he states, "Because of a lack of understanding between my family and myself. Perhaps I'm too aggressive-speech only, and expressions, probably profanity," dating this maladjustment back one month However, it should be known that in ▮▮▮▮ he had a breakdown and was confined in the Ionia State Hospital, having been transferred thereto from the Southern Michigan Prison in Jackso whereat he had been confined because of a charge of ▮▮▮▮▮▮▮▮. "They're having the bre down-▮▮▮▮ (his wife), ▮▮▮▮ (his mother), ▮▮▮▮▮▮ (his father) and brothers. Just put brothers down, mainly concerned for my wife; I'm able to control my aggressiveness toward h en I speak, I like to be recognized--they don't understand what I'm saying."

It should be known that this man has had but an 8th grade education but was pursuing a rath advanced book on the subject of physics and when I asked him how he happens to be reading s treatise, he states, "I'm going to an underground college right now." When I inquired as t which school this might be, he declined to answer. When I asked how he happened to be inte ested in the science of physics, he instead replies that he is interested in numbers and angles but when I then try to ascertain why he might be studying books on mathematics or ge metry, he conveys that/all of this material and that he needs s he knows omething "more advanced." "Have you ever taught any of these subjects?" "I teach every day, everybody who wants to listen. I teach faith and understanding."

This syndrome is that of a manic depressive psychosis, recurrent hypomanic reaction. Even before I knew that I was to evaluate this subject, I was quite aware that he was unwell in state of mind because he would always greet me effusively and would actually intrude upon privacy when conferring with other patients and twice I had to tell him that I must be excused in order to get away from his intrusiveness.

I further certify that I am not related by blood or marriage to said  ▮▮▮▮▮▮

person, or to the person applying for this certificate; that I am not a trustee, the superintendent, proprietor, officer, a stockholder, attending physician, in, or have any pecuniary interest directly

OUTPATIENT CLINIC

PROGRESS NOTES AND INTERIM SUMMARY

FOR PROFESSIONAL USE
NOT TO BE FORWARDED

NAME ███████████                                              CASE NUMBER ███

███████████ August 7, 1972

There is a marked distinction between the observations of the clinical interview and the psychological testing. The testing indicates Kelvin to be quite confused, distorts reality and is quite angry and resentful towards authority. His relationships are superficial and there seems to be a lot of question regarding his masculinity. He seems to be quite indecisive, has a considerable amount of anxiety. The clinical interview showed more positive ability to relate, showed stability in terms of work performance and with the exception of the two telephone calls, his behavior and functioning has not been too negative.

Diagnoses is 307.2. We are recommending outpatient supportive therapy. We feel that after a therapeutic relationship is established that we can then help Kelvin deal with the socialization deficits that he is experiencing.

Robert G. Remink, MSW, ACSW
Coordinator, Outpatient Clinic /ms

Robert L. Zondervan, M. D.
Staff Psychiatrist

EVALUATION NOTE - August 3, 1972

██████████ is a ██ year old, white man who appears his stated age. Thinking was logical and goal-directed. Affect was restrained and approving to the content of thinking. A moderate to severe amount of depression with some suicidal occupation was noted as well as anxiety. No thought disorder was present and hostility seems rather transparently defended. Intelligence, judgment and insight are essentially normal.

I feel that ██████ is suffering from a depressive illness which may respond to a combination of anti-depressant medication and tranquilizers. I have prescribed Triavil 2-25 one t.i.d. #50 with three refills. In addition to this I feel that individual psychotherapy should be the primary modality of treatment.

R. L. Zondervan, M.D./kbv

DMH-3411 (1/75)
DEPARTMENT OF MENTAL HEALTH
Approved by Office of Court Administrator

## STATE OF MICHIGAN

THE PROBATE COURT FOR THE COUNTY OF _____ Kent _____

In the Matter of _____ File No. ████

An Alleged Mentally Ill Person

● ORDER FOR REPORT ON
ALTERNATIVE TREATMENT
PROGRAMS

It appearing to the Court that it may be necesssary to order some course of treatment for the subject of the attached petition, it is HEREBY ORDERED that _____ Forest View Psy. Hosp. _____ be and is appointed to prepare a report assessing the availability and appropriateness for the individual of treatment programs other than hospitalization. This report must be returned to the court by April 29 19 80

Dated April 23 , 19 80

_____
Judge of Probate

● REPORT ON ALTERNATIVE
TREATMENT PROGRAMS

● EVALUATION OF ADEQUACY
OF TREATMENT TO BE
PROVIDED BY HOSPITAL

1. This report is made by ____ Carole Chisholm ____ (name) in the capacity of ____ Social Services, Forest View Psychiatric Hospital ____ (indicate professional training and organizational affiliation and position).

2. Indicate the appropriateness and availability of the following programs of treatment as alternatives to admission to a hospital. Specify whether or not the individual's treatment needs would be met and why, and whether or not the treatment program is sufficient to prevent harm or injuries which the individual may inflict on himself or herself or others.

Inpatient treatment at private psychiatric hospital or at a general hospital's psychiatric service: ____ This is the 7th admission to Forest View Hospital for this patient. He functions quite well in a supervised setting but is very unpredictable once he is outside of the hospital. He can become, and has in the past, extremely violent when things do not go his way and he sees very little need, if any, for psychiatric treatment. ____

Availability (specify): ____ Forest View Psychiatric Hospital ____

Day treatment in a hospital: ____ Patient does not see a need for treatment and most likely would not follow through on day treatment. ____

Availability (specify): ____ N/A ____

Approved by the Michigan State Court Administrator
and the Department of Mental Health

JDC CODE:

| STATE OF MICHIGAN PROBATE COURT COUNTY OF KENT | PHYSICIAN'S CERTIFICATE | FILE NO. |
|---|---|---|

In the matter of ▮▮▮▮▮▮▮▮▮▮

1. TO THE EXAMINER: The following is a statement that must be read to the individual before proceeding with any questions.

I am authorized by law to examine you for the purpose of advising the probate court if you have a mental condit which needs treatment and whether such treatment should take place in a hospital or in some other place. I am a here to determine if you should be hospitalized, or remain hospitalized, before a court hearing is held. I may required to tell the court what I observe and what you tell me.

I certify that on this date I read the above statement to the individual before asking any questions or conducting examination.

2. I further certify that I, __Lawrence M. Ross MD__, personally examined ▮▮▮▮▮▮
   Print or type name of examiner                                            Patient

   at __Kent Oaks Psychiatric Unit, 1330 Bradford NE, Grand Rapids, MI 49503__
   Name of hospital and address

   on __11-23-85__ commencing at __3:30__ pm. and continuing for __15__ minutes.
   Date                          Time

INSTRUCTIONS: In answering describe in detail the specific actions, statements, demeanor and appearance of the individual, together other information in reasonable detail, which underlie your conclusion. INDICATE THE SOURCE OF ANY INFORMATION NOT PERSONA KNOWN OR OBSERVED. If this certificate is to accompany a petition for discharge, also state why the individual continues to be or i longer a person requiring treatment or in need of hospitalization.

3. My determination is that the person is:
   ☑ Mentally ill (has a substantial disorder of thought or mood which significantly impairs judgment, behav capacity to recognize reality, or ability to cope with the ordinary demands of life).
   ☐ Mentally retarded (has a significantly subaverage general intellectual functioning which originates during developmental period and is associated with impairment in adaptive behavior).
   ☐ Not mentally ill or mentally retarded.

4. (if applicable) The person has:
   ☐ developmental disability          ☐ convulsive disorder
   ☐ alcoholism                        ☐ other drug dependence
   ☐ mental processes weakened by reason of advanced years
   ☐ other (specify): _____

5. My diagnosis is: __Bipolar Disorder, Manic__

6. Facts serving as the basis for my determination are: __irritable, threatening statemen↓ sleep, ↓ appetite, driving fast__

(CONTINUE ON OTHER SIDE)

Do not write below this line - For court use only

RECEIVED & FILED

NOV 2 5 1985

JOHN D. FLYNN
REGISTER OF PROBATE

PHYSICIAN'S CERTIFICATE   Form No. PCM208   Revised 10/82   MCL 330.1425, .1435; MSA 14.800(425, 435), PC

## DISCHARGE SUMMARY

### FINAL DIAGNOSIS:

Axis I     Bipolar Disorder, Mixed Type, Manic.
              Substance Abuse - alcohol and pot.

Axis II    Personality Disorder with Explosive Tendencies.

Axis III   Diabetes and hypertension.

Axis IV    Moderate stress.

Axis V     GAF - 60.

### PROGNOSIS:

Fair to guarded in lieu of the past history and his inability to continue with medication and also start doing pot and drinking which leads to deterioration of his symptomatology. However, he is sincere about not going back to substance abuse and is willing to go back to work and be with family.  He will also follow up with his primary care physician for his diabetes and hypertension.

_____
Tariq M. Faridi, M.D.

TMF/ap
D:   06-26-95
T:   06-27-95

300 68th Street SE, PO Box 165, Grand Rapids, MI 49501-0165

Name: ▉▉▉▉▉▉▉                          Medical Record No: ▉▉▉          7

PHP PSYCHIATRIC DISCHARGE SUMMARY - April 23, 1998

consider petitioning him back if they felt that he was indeed a danger to himself or others.

CONDITION ON DISCHARGE/UPDATED MENTAL STATUS:   Unknown but question of ongoing hypomania.

DISCHARGE DIAGNOSIS:   (DSM-IV)

| | | |
|---|---|---|
| Axis I | 296.43 | Bipolar I Disorder, Most Recent Episode Manic, Severe, without Psychotic Features |
| | 305.20 | Cannabis Abuse |
| | 305.00 | Alcohol Abuse |
| Axis II | 799.9 | Diagnosis Deferred |
| | | Rule out any social personality disorder |
| Axis III | | Chronic obstructive pulmonary disease with emphysema and shortness of breath; obesity with recent 12-pound weight loss; diabetes mellitus, type II over the past 10 years, poorly compliant with diet and medication; abusing alcohol; amputation of right great toe in September of 1997, diabetic neuropathy; probable diabetic gastropathy and enteropathy as well as cataracts; diarrhea times five weeks possibly related to diabetic enteropathy; irritation of the rectum secondary to frequent diarrhea; hypertension for many years, blood pressure appeared a little low at the time of Dr. Armstrong's evaluation; possibly dehydrated |
| Axis IV | | Fairly good support, relatively minor stressors other than seasonal change |
| Axis V | GAF = 55 | (?) (current) |
| | GAF = 65 | (?) (highest level past year) |

PROGNOSIS:  Thought poor.

AFTERCARE PLANS:  Apparently lost to follow-up.

Greeley G. Miklashek, M.D.
Staff Psychiatrist

GGM:jn  D05/03/98 T05/04/98

PHP PSYCHIATRIC DISCHARGE SUMMARY
Page 3

## ADMISSION NOTE

### FAMILY PSYCHIATRIC HISTORY:

History of Manic-Depressive Illness in the family. These people have been treated.

### PERSONAL HISTORY:

He is married and works for the ███████████████████ He has a history of substance abuse and has used all kinds of drugs in the past. Recently he has been drinking and doing pot. He has a history of Manic-Depressive Illness, behaviors which are threatening, and he has been treated with Lithium in the past.

### MEDICAL HISTORY:

He is hypertensive and diabetic and is being treated.

### MENTAL STATUS EXAMINATION:

This is an overweight, short-statured male who appears tired because he did not sleep the night before admission. He is unable to keep his eyes open, but he did say that his behavior has been irrational. He states that he should be working but he does not feel like it. He stated that he felt like retiring and has been into pot. He did smoke that last night. He did not take his medications last night. He feels hyper, unable to calm down, unable to calm down his thinking, and he has been running around, rushing, hyper, and unable to cope. His judgment is impaired, and insight is limited. He has been threatening, irrational, and has been having symptoms of paranoia. No evidence of any organicity.

### PROVISIONAL DIAGNOSIS:

Axis I      Bipolar Disorder, Manic.
              Substance Abuse - marijuana and alcohol.

Axis II     Personality Disorder with explosive tendencies.

Axis III    Diabetes and hypertension.

Axis IV     Moderate stress.

Axis V      GAF - 50.

ADMISSION NOTE

FOREST VIEW PSYCHIATRIC HOSPITAL

███████████████████
Tariq M. Faridi, M.D.
DATE: 06-19-95, Page 2