# EXHIBIT 4.3

**Legal issues:**
Current involvement in legal system: ☐ No ☐ Yes, Explain _____
Previous involvement with legal system: ☐ No ☐ Yes, Explain _____
Has probation officer: ☐ No ☐ Yes, Name: ____ *Did 6½ yrs for* _____
*& 2 30 day jail terms.* —

**Grief/loss issues:**
Death: ☐ No ☐ Yes, Explain _____
Loss of relationship: ☐ No ☐ Yes, Explain _____
Loss of job: ☐ No ☒ Yes, Explain *On medical leave.*
Loss of health: ☐ No ☒ Yes, Explain *Diabetes*
Alienation from support system: ☐ No ☐ Yes, Explain _____
Other: _____

Past/present physical/emotional trauma/abuse/abuser: ☐ No ☐ Yes, Explain: *Wife accuses him at times*
*but he denies.*

Past/present sexual trauma/abuse/abuser: ☐ No ☐ Yes, Explain: *Denies.*

## V. CURRENT/PAST MENTAL HEALTH OR SUBSTANCE ABUSE TREATMENT

| | Physician/Therapist | Hospital/Agency | Approx. Dates | Frequency | Outcome |
|---|---|---|---|---|---|
| Inpatient | | *Forest View* | *2xs* | | |
| | | *Kent Oaks* | *2xs.* | | |
| Outpatient | *Dr Faridi* | | *present.* | | |

Date of last outpatient appointment _____ Referral Source _____
Level of functioning between treatment episodes _____

## VI. PAST FAMILY PSYCHIATRIC/SUBSTANCE ABUSE HISTORY

Family members with psychiatric problems: ☐ No ☐ Yes Explain:

| Relationship | Nature of Problem(s) | Treatment obtained |
|---|---|---|
| *Bro - father* | *Bi - polar,* | ☐ No ☐ Yes, outcome _____ |
| *Daughter* | " | ☐ No ☐ Yes, outcome *Pine Rest twice.* |
| | | ☐ No ☐ Yes, outcome _____ |

Family members with substance abuse problems: ☒ No ☐ Yes Explain:

| Relationship | Nature of Problem(s) | Treatment obtained |
|---|---|---|
| | | ☐ No ☐ Yes, outcome _____ |
| | | ☐ No ☐ Yes, outcome _____ |
| | | ☐ No ☐ Yes, outcome _____ |

## VII. PARTNER\MARITAL HISTORY

Current marital status: ☒ Married ☐ Separated ☐ Divorced ☐ Widow(er) ☐ Single ☐ Significant other
Quality of relationships with spouse/significant others: ☐ Conflictual ☐ Supportive ☐ Recent change in relationship
_____ *Married to* ▉ *28 yrs. Sees relationship as good*

CONFIDENTIAL FOR PROFESSIONAL USE NOT TO BE FORWARDED