# EXHIBIT 4.5

Approved exception to SF 502

| PATIENT'S NAME | AGE | SEX | RACE | SOCIAL SECURITY NO. | CLAIM NO. | NAME OF HOSPITAL |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | | M | | ▓▓▓▓▓ | C- ▓▓▓▓ | VAMC, Ann Arbor, Mich. |

DIAGNOSES (List in numerical order: first, the established clinical diagnosis responsible for the major part of patient's stay; then, in order of clinical importance, other established diagnoses for which treatment was given. Place letter "N" before diagnosis(es) responsible for Nursing Care placement. List Problem numbers after diagnosis.) — **ICDA CODE**

PERTINENT CLINICAL DIAGNOSES NOTED BUT NOT TREATED (Include autopsy diagnoses not listed as clinical above)

OPERATIONS/PROCEDURES PERFORMED AT THIS HOSPITAL DURING CURRENT ADMISSION — **DATE**

SUMMARY (Brief statement should include: if applicable, history; pertinent physical findings; course in hospital; treatment given; condition at release; date patient is capable of returning to full employment; period of convalescence, if required; recommendations for follow-up treatment; medications furnished at release; competency opinion when required; rehabilitation potential; and name of Nursing Home, if known.)

FILE COPY - DO NOT REMOVE

**INTERIM SUMMARY:**

▓▓▓▓▓▓▓▓ year old, married veteran who sought admission complaining of shortness of breath, chest pain and depression. ▓▓▓▓▓▓▓ felt that his chest pain and shortness of breath had gotten particularly worse over the last couple of months, causing him to quit his job. During this same period of time he noted an insidious loss of interest and enjoyment in all levels of his life. He also found it difficult to concentrate and felt that this played some role in his declining work performance. He described insomnia with mid-morning awakening. He, however, noticed no decrease in appetite and, in fact, had been eating and gaining weight. He has had poor sexual interest for several years, but did not seem to be particularly affected by this episode. ▓▓▓▓▓▓ felt at times like giving up but denied any concrete suicidal ideas. Socially he stated that he has been more withdrawn and isolative, avoiding situations with his family that he used to enjoy. He also notes being more irritable with his wife, finding it difficult to live at home with her. Pertinent past psychiatric history, ▓▓▓▓▓ was first hospitalized during ▓▓▓▓▓▓▓▓. He is amnestic for his exact symptoms. The last thing he remembers was being in active combat and his peers being shot and then waking up in a psychiatric hospital. He was also hospitalized on the 8 East Unit in ▓▓▓ for approximately 5 to 6 months. During that hospitalization he was given a diagnosis of "anxiety reaction with multiple physical symptoms." Psychological testing done during that hospitalization showed that he had a normal IQ. Projective tests displayed themes of passivity and oral dependency along with anxiety and depressive features. At that time ▓▓▓▓▓▓ was described as being quite defensive with repression being his major defense. Since that hospitalization he has worked intermittently at jobs as a logger and as a motor repairman but seems to have only been living marginally, both in terms of his financial situation and in terms of his psychological well-being. Pertinent past social history; ▓▓▓▓▓ is the ▓▓▓▓▓▓▓▓▓▓. His parents are both deceased, his father dying at age ▓ of questionable liver failure, his mother dying at age ▓ of cancer. ▓▓▓▓▓ denied anything remarkable about his

| ADMISSION DATE | DISCHARGE DATE | TYPE OF RELEASE | INPATIENT DAYS | ABSENCE DAYS | WARD NO. | SIGNATURE OF PHYSICIAN |
|---|---|---|---|---|---|---|
| 6/28/78 | | | | | 8E | KENNETH R. CHAMBERLAIN, M.D. |

VA FORM MAR 1972 **10-1000** — EXISTING STOCK OF VA FORM 10-1000 JAN 1971, WILL BE USED.  Dict: 12/5/78  **HOSPITAL SUMMARY**  Transc: 12/5/78

PER PHONE CONTACT 12/20/78.

DISABILITY DETERMINATION SERVI      Applicant's Name: ▮▮▮▮▮
Box 30011, Lansing, MI., 48909
Phone:  373-7830                                     SSN: ▮▮▮▮▮

PSYCHIATRIC MEDICAL REPORT

- Disability evaluation of any mental disorder must be based upon objective signs. These include descriptions of behavior, affect, thinking, memory, orientation, and contact with reality. With examples of findings and with verbatim statements the capacity for work can be accurately documented. For example: "Patient can only repeat four digits", is better than, "Memory poor", or, "Complains of forgetfulness".

1. HISTORY OF ILLNESS: Complaints and symptoms, how and when did they begin, effect on work, what treatment, medicine and hospitalization, what outcome, any weight loss, insomnia, etc.
   Dates to combat ▮▮▮▮: anxiety reaction
   Since followed intermittently - hospitalized 1964: anxiety reaction.

2. PERSONAL HISTORY: Childhood, school, marriage, work sickness, alcohol, prison, etc.
   Patient is ▮▮▮▮▮▮ - 8th grade education, married - ▮ children - worked at several occupations since WWII - earning a marginal living. No history of alcohol or legal problems.

3. GENERAL OBSERVATIONS: Applicant came alone or accompanied, height and weight, posture, gait, manners, clothing, hygiene, etc.

   Obese, neatly dressed
   Personal hygiene maintained.

4. DAILY FUNCTIONING:

   A. Interests: Tell us what things this applicant now cares about and the scope of interests.
   At admission: Lost interest in things he enjoyed; Unable to handle job, couldn't concentrate.

   B. Activities: Tell us what things this patient did yesterday or some other typical day.
   Participated in in-hospital programs, OT and group therapy.

   C. Ability to Relate: Tell us about how this claimant gets along with and communicates with family members, neighbors, friends, co-workers, employers, etc.
   Withdrawn from friends and family
   relates well with the patients on the ward

Standard Form 507

| CLINICAL RECORD | Report on _____ SOCIAL SURVEY _____ |
| | or |
| | Continuation of S. F. _____ |
| | (Strike out one line) (Specify type of examination or data) |

(Sign and date)

2-24-77

This ■ year old, male, married, service-connected veteran was referred by Dr. Molenda for social evaluation for additional data concerning social, employment, and marital problems. As indicated in Dr. Molenda's note of 2/9/77, numerous physical problems are present with associated depressive symptoms. In reference to his physical health, veteran stated he is very fearful for his health and "I just can't quit eating," "I get exhausted easily." In relating his eating habits, they did not appear to be grossly inappropriate although admitted to continual snacking in the evenings.

FAMILY SITUATION: Veteran was married in ■■■, has ■ children, the youngest of which is a ■■■■ old daughter. This daughter is the only one present at home and is expecting to be married in the near future. Veteran was guarded concerning his family relationships yet hinted at conflict. Veteran seldom stays home other than to eat and, in the evenings, generally leaves or retires early. "I've got to be doing something all the time." "I just can't stand being at home." Only reason veteran was able to relate was boredom yet a sense of inadequacy was also relayed. "It seems like I never get anything done." "I have no manhood left." Veteran relates he and his wife have had no sexual contact in the past several years which he does not associate with his weight and further related, "We just don't talk about it."

Another source of family discomfort is that after being discharged from Ann Arbor due to nerves, veteran "moved away" to ■■■ due to not being able to work. He and his wife remained there for one year, due to missing the family, returned for 6 months and returned to ■■■ for a year and half and again moved back to the Michigan area. Veteran related, "I'd rather be in ■■■." This also appears to be a source of discord in that the veteran left out of felt embarrassment due to his nervous condition and inability to work yet his wife desires to remain in Michigan due to the children being present and her mother dying who resided in ■■■

FINANCIAL UNEMPLOYMENT SITUATION: Veteran was diagnosed as psychoneurotic in ■■■ and relates that all his life he has had "bad days" when he was unable to accomplish any tasks due to "having too many things on my mind and not being able to do anything right." Upon these days veteran would become self-accusatory and angry generally returning home. Veteran has worked at a ■■■ for 20 years repairing outboard motors and they appear to respond to his periodic discomfort and have allowed him to work at his own rate. Financial situations are stringent yet relatively stable. During this off season, at most, veteran

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |

REPORT ON _____ or CONTINUATION OF _____

Standard Form 507
GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FPMR 101-11.00 9-8
OCTOBER 1975        507-105

VAOC, Grand Rapids, Michigan



| MEDICAL RECORD | | PROBLEM ORIENTED PROGRESS NOTES | |
|---|---|---|---|
| **PROBLEM** | | Format - Problem title (Do not abbreviate) S-Subjective O-Objective A-Assessment P-Plans. (All notes must have signature | |
| DATE | NO. | and title of person making entry.) Continue on reverse. | |

1/22/77 Cont. — (O) TPR. 97.7-72-18   B.P. (L) 110/88.  Wt. 268½  (R) 15/88.

His. Cordiovasc. Hemorr Various,  [illegible signature]

1/10/78  **PROBLEM #2:**  Anxiety Neurosis & depressive [reaction]
S — The veteran relates some of the problems he is having right now trying to maintain himself on the diet. He relates that because of his cardiac problems he sits around the home all of a sudden he finds himself going to the refridgerator I am eatting cheese and/wishing something could be done about this.
O — He is anxious, tense and shows some depressive features as he discusses his concern about his medical problems including his overweight. He still has a low level of motivations making the final decision about maintaining himself on the diet.
A — The veteran is counseled and advised to avoid certain types of foods/high carbohydrate content as well as limiting his intake of bread and maintenance of his cardiac diet regimen. Secondly, he is also advised that during this period of transition if he has trouble staying away from the refridgerator he should then substitute this for low caloric foods with high fiber content such as celery, carrots, etc. Also, contact was made with the Dr. Lasswell, his medical treater and he concurs in the present recommendation. Secondly, the veteran will be considered for some type of behavioral techniques and this will be discussed with psychology.
D:1/10/78-T:1/10/78/1mf

R.V. Molenda, M.D.
Psychiatrist

1/1/78  WT. 273   TPR 98.1-84-20   BP 160/94 (L)   164/70 (R)
S  I'm having sharp pains chest and left arm
O  Seems tense and nervous Expressing hesitancy towards a diet. Seems upset & more frequent pains and fatigues. Requires use of Nitro more.  (over)
[illegible] — to O.S. all B.P.

**PROBLEM ORIENTED PROGRESS NOTES**

IS STOCK OF VA FORM 10-7978I, WILL BE USED.

| MEDICAL RECORD | DEFINED DATA BASE | PART II<br>PATIENT PROFILE |
|---|---|---|

IMPORTANT: See instructions of Part I - Patient Profile.

A. PREVIOUS ILLNESS AND HOSPITALIZATION (specify as to illness, injury, operation, in, out, dates)

Nervous Condition - AAVA - "psycho" ward - 1968 -

Bone split in occipital area - AAVA - 1965.

Heart blockage - hospitalized Blodgett Hos. petit 3 wks ago - Dr. Townsend.
(Severe chest pain 2-3 wks ago) blood tests - x-rays - thorough evaluation.

Hypertension - Dx 1945

L ft ear - hrg ↓ - intermittent drainage - gts periodically but usually daily.
Shingles - Back - 1971

B. SERVICE CONNECTED DISABILITIES (Specify, or check none)

50% Psychoneurosis

☐ NONE

C. FAMILY MEDICAL HISTORY (If positive, indicate relationship.)

| ☑ 1. DIABETES<br>mat - uncle | ☑ 2. HEART DISEASE<br>fath | ☑ 3. HYPERTENSION<br>both - son - br | ☑ 4. STROKE<br>fa - ux | ☑ 5. KIDNEY DISEASE<br>Cousin - mat |
| ☑ 6. CANCER<br>aunt - br | ☐ 7. ARTHRITIS | ☐ 8. TUBERCULOSIS | ☐ 9. DRUGS | ☐ 10. ALCOHOL |
| ☐ 11. EPILEPSY | ☑ 12. MENTAL ILLNESS<br>(Specify)<br>PT - | ☐ 13. OTHER | | |

D. MEDICATIONS (State those currently used, dosage, and compliance.)

Inderal - ↓ 5x/day
Sorbitrate 10 mg - ↓ qid
Sorbitrate 5 mg - sub. prn.

☐ NONE

E. OTHER DRUG USE (State amount and number of years used, when applicable.)

☐ 1. ALCOHOL  quit has

☐ 2. TOBACCO  vLo

☑ 3. DRUGS OTHER THAN THOSE IN "D"  Nasal inhalators - Ear gtts (daily (left))

☐ 4. NONE

F. FOOD AND DRUG REACTIONS INCLUDING ALLERGIES.

Penicillin?

DEFINED DATA BASE

PART II

PATIENT PROFILE

5

| MEDICAL RECORD | DEFINED DATA BASE | PART II PATIENT PROFILE |
|---|---|---|

IMPORTANT: See instructions of Part I - Patient Profile.

A. PREVIOUS ILLNESS AND HOSPITALIZATION (Specify as to illness, injury, operation. Include dates.).

Appendectomy - 1938

Hypertension - Dx 1945

Nervous cond - AAVA N - 1964

Orthopedic cond - "split bone" in occipital area - AAVAH 1965

Heart problem - told needed bypass, but too much overweight".
Aug. 1977 Blodgett Hosp., Grand Rapids, Mi.

Grand Rapids, Mu - dept. Pt since 1976 for obesity, hypertension,
hypoxia & anxiety

B. SERVICE CONNECTED DISABILITIES (Specify or check none.)

☐ NONE    50% "nervous" -

C. FAMILY MEDICAL HISTORY (For positives, indicate relationship.)

☐ 1. DIABETES    ☒ 2. HEART DISEASE    ☒ 3. HYPERTENSION    ☒ 4. STROKE    ☐ 5. KIDNEY DISEASE

☒ 6. CANCER    ☐ 7. ARTHRITIS    ☐ 8. TUBERCULOSIS    ☐ 9. DRUGS    ☐ 10. ALCOHOL

☐ 11. EPILEPSY    ☐ 12. MENTAL ILLNESS (Specify)    ☐ 13. OTHER

2 - mother - 6
3 - mother
4 - father - d 20 yrs later c liver problem.
6 - mother & brother

D. MEDICATIONS (State those currently used, dosage, and compliance.)    Synthroid
Theobid    TCN
KCl    Benadryl
☐ NONE    Hydrodiuril    D P9 - pan.
Butisol

E. OTHER DRUGS (State amount and number of years used - when applicable.)

☐ 1. ALCOHOL none for c 35 years    ☐ 3. DRUGS OTHER THAN THOSE IN "D".

☐ 2. TOBACCO quit 15 yrs. ago    ☒ 4. NONE

F. FOOD AND DRUG REACTIONS INCLUDING ALLERGIES,

? PCN

■■■■■■■■■■

DEFINED DATA BASE

PART II

PATIENT PROFILE

VA FORM 10-7978h

Standard Form 544
General Services Administration
and Interagency Committee on Medical Records
FPMR 101-11.809-3—October 1974

GPO : 1974  653—10—83450-1

| CLINICAL RECORD | STATEMENT OF PATIENT'S TREATMENT | | |
|---|---|---|---|

| 1. PATIENT'S NAME AND ADDRESS (Mechanical imprinting, if available) | 2. AGE OR DATE OF BIRTH | 3. YOUR REFERENCE | 4. REGISTER, UNIT, OR CLAIM NO. |
|---|---|---|---|
| ████████████ | ███ | ███ | ████████ |

| | 5. DATES OF TREATMENT | |
|---|---|---|
| HOSPITALIZATION | FROM: (see below) TO: |
| OUTPATIENT | FROM: 12/6/76  TO: present |

TO:

U.S. Office of Education
Office of Financial Assistance
Collection Branch
300 S. Wacker Drive
Chicago, IL  60606

This standardized form has been adopted to expedite response to frequent requests for information, which are closely similar in substance but which vary in format. The forms received with your request are returned herewith.

Information herein taken from medical records is provided on the understanding that it will be safeguarded and used in accordance with commonly accepted limitations relating to doctor-patient communications.

6. CHIEF COMPLAINT AND DATE OF ONSET (If injury, give date, nature and place of accident)

7. DIAGNOSES

ASHD with angina pectoris and hypertensive with LVH.
Psychoneurosis.
Anxiety with depression.
Hypertension.
Exogenous obesity.
Diabetes.
Pulmonary Emphysema.
Hypokalemia.

8. OPERATIONS OR OTHER PROCEDURES

This information is released subject to the Confidentiality Provision of Section 400 of Public Law 93-579.

9. REMARKS

Patient was hospitalized at the V.A. Medical
Center, Ann Arbor, MI, on 3/20/79 to 3/21/79, 1/17/79 to 1/19/79, and
6/28/78 to 1/12/79.

FROM: (Name and address of hospital or clinic)  VETERANS ADMINISTRATION
OUTPATIENT CLINIC
200 JEFFERSON S. E.
GRAND RAPIDS, MI. 49502

| SIGNATURE AND TITLE | DATE |
|---|---|
| D. HARTSFIELD     Medical Administrative Officer | 2/12/80 |

STATEMENT OF PATIENT'S TREATMENT
Standard Form 544