# EXHIBIT 4.6

REV. 6/28/96                    PRE-PHYSICAL HISTORY FORM-FEMALE                    DOB

PPB
7/13/01

PATIENT NAME ████████████                Person completing form _____
Social security ████████████             Spouse's name _____
Date form is completed 3/20/06           Date of last complete exam _____

Please explain the reason(s) for seeing the doctor: _____

Highest weight 376 lbs. Lowest weight 170 lbs in the last five years.

MEDICAL HISTORY: (Have you ever had any problems listed)
Please indicate a C for current problems or a P for past problems.

| | | |
|---|---|---|
| ___ AIDS/HIV positive | ___ Emphysema | ___ Mononucleosis |
| ___ Anemia (low iron) | ___ Epilepsy | ___ Phlebitis (Clot in vein) |
| ___ Other blood disorder | ___ Eye disease | ___ Pneumonia |
| ___ Arthritis | ___ Gall bladder disease | ___ STD (Gonorrhea, Herpes, |
| ___ Rheumatism/Gout | ___ Heart attack | Genital warts, etc.) |
| ___ Asthma | ✓ Heart disease | ___ Sickle cell |
| ___ Bleeding disorder | Explain A.S.-mild | ___ Stroke |
| ___ Bowel problems | ___ Hepatitis/Jaundice | ___ Stomach trouble |
| ___ Cancer | ✓ High blood pressure | ___ Explain |
| ✓ Depression on | ___ Kidney/bladder trouble | ___ Thyroid problems |
| ✓ Diabetes (sugar) | ___ Migraine headaches | ___ Explain |
| ___ Other ACHOE | DATE OF LAST TETANUS: >10 years | |

List any surgeries: ████████████

GXT 12/03 e

Have you had any of the following:
X 1 Chickenpox    ___ 4 Smallpox    ___ 6 German measles    ___ 8 Hard measles
___ 2 Diptheria    ___ 5 Scarlet Fever    ___ 7 Strep throat    ___ 9 Pos. TB test
___ 3 Other _____    X 10 No illnesses

List any allergies or reactions to medications, foods, etc.

| MEDICATION OR SUBSTANCE: | REACTION CODE # | Reaction code |
|---|---|---|
| Synthroid | Itching/rash | 1. Skin rash    2. Shock |
| | | 3. Asthma    4. Nausea |
| | | 5. Anemia    6. Other |

List medications you are currently taking (include nonprescription)

| START DATE | MEDICATION NAME | STRENGTH | HOW TAKEN/TIMES PER DAY |
|---|---|---|---|
| | ASA 116 | PW | |
| | | | |
| | | | |

SOCIAL HISTORY: Do you have children? X Yes  ___ No   If so how many ████
___ Single    X Married    ___ Divorced since _____    ___ Widow/er since _____
LIVING WILL:  ___ Yes  X No
OCCUPATION AND WORK STATUS: Route Supervisor
TOBACCO USE:    ___ NONE/NEVER
               ✓ Currently smoke 1 pack(s) per day for 15 year(s).
               ___ Previously smoked ___ pack(s) per day for ___ year(s).  Quit ___
               ___ Chew tobacco
               ___ Other: _____
Do you use recreational drugs? ___ Yes  X No    If yes, what kind/how much _____
Ever treated for alcohol or substance abuse? ___ Yes  ___ No. How long ago? _____

ALCOHOL USE: (Please list liquor and/or beer)    CAFFEINE: (Coffee, tea, & cola)
X NONE (0) _____                        ___ NONE
___ Minimal (1 to 2 every day)                    X Minimal (1-3 cups daily)
___ Moderate (2 to 4 every day)                   ___ Moderate (4-6 cups daily)
___ Heavy (4 or more every day)                   ___ Heavy (6 or more cups daily)
___ Previous heavy amount                         ___ Other _____
___ Other _____



# WEST MICHIGAN PULMONARY CONSULTANTS, P.C.



April 20, 2000

Jennifer G. Hemmingway, DO
2215 – 44th St., SW
Wyoming, MI  49509

RE: ███████████████          ███████████████

Dear Dr. Hemmingway:

Your patient, ███████████████████████ ████ who was seen by myself in consultation on Thursday, April 20, 2000.  The patient is seen as a result of increasing shortness of breath.  According to the patient, ██ has gained at least 30 lbs over the past year. ██ states that she has awakening cephalgia. ██ is tired throughout the day. ██ sleep is nonrestorative and restless. ██ does relate tightness at the xiphoid region, usually postprandially. ██ does relate exertional dyspnea and shortness of breath. ██. apparently underwent a chest x-ray, and as a result of which there were concerns.  A CT scan of the thorax was obtained.

The patient admits to having smoked 1-1/2 packs of cigarettes per day for 28 years. ██ stopped smoking two weeks ago. ██admits to rare use of ethanol, although██ does state ██ drank heavily in the past.

According to the patient, ██ allergies are thyroid medications.

██ current medications are:  1) Prozac 20 mg b.i.d.; 2) aspirin; 3) antihypertensive medication; ██ is unaware of its name.

██ is para 5 gravida 4.

██ surgical history includes a ██████████

██ has had recent onset of hypertension.  She relates lower extremity edema.

██ mother died of lung cancer.

According to the patient, ██ was seen in the emergency room at Metropolitan Hospital approximately two weeks ago. ██e presented with hyperventilation and distal upper extremity paresthesias. ██ states she underwent an EKG, pulse oximetry and a chest x-ray.

HOSPITAL AFFILIATIONS

— METROPOLITAN HOSPITAL

— REED CITY HOSPITAL

— SPECTRUM HEALTH EAST

— UNITED MEMORIAL HOSPITAL

— ST. MARY'S HOSPITAL

2851 MICHIGAN ST. N.E. • GRAND RAPIDS, MI 49506 • PHONE (616) 977-9950 • FAX (616) 977-9219

