# EXHIBIT 4.7

# SAINT MARY'S HEALTH SERVICES

300 68th Street SE, PO Box 165, Grand Rapids, MI 49501-0165

Name: ███████ █████                    Medical Record # ██████████

ADMISSION PHYSICAL EXAMINATION:    May 9, 2000

Date of Partial Hospital Admission:    May 8, 2000
Date of Examination:  May 9, 2000

Attending Psychiatrist:  Michael Michelakis, M.D.

## IDENTIFICATION DATA:

Name: ███████████ ██

The patient is a ██-year-old white male with a birth date of ████████ He currently
resides in East Grand Rapids.  His primary care physician is Dr. Hazle.  The patient is
an adequate medical historian.

## RECENT OR ONGOING MEDICAL PROBLEMS:

The patient is a ██-year-old white male who is admitted with a depressive disorder.  He
has a long-standing history of bulimia nervosa.  He has been engaged in self-induced
purging behavior for the past 7 years.  He states that most recently he has been purging
up to 8 or 9 times a day.  Over the course of 7 years he has lost about 8 teeth.  He does
not purge spontaneously, but always has to induce this himself.  His weight has
fluctuated approximately 30 pounds over the last year.  He is currently at about 180
pounds, which is the most he has weighed within the last year.  The least he has
weighed is about 154 pounds.  He states dairy foods and some pastas tend to trigger
this behavior more.  He also tends to avoid deep fried foods.  Otherwise, he does not
restrict his intake.

The patient has a history of polysubstance abuse.  He states he is a recovering
alcoholic, with him being sober for about 2 years now.  He does currently attend
Alcoholics Anonymous three times a week.  He is on probation currently for a
driving-under-the-influence charge.  Also, in the past he has used marijuana, crack
cocaine and speed.  He states he experimented and used these drugs throughout his
college years and then smoked marijuana up until about 3 years ago.

He denies any other known medical problems.

MEDICATIONS:  Celexa 80 mg daily

ALLERGIES:  Bees

PAST MEDICAL HISTORY:

Surgeries:  None

Page  1

# SAINT MARY'S HEALTH SERVICES

### 300 68th Street SE, PO Box 165, Grand Rapids, MI 49501-0165

**Name:** ███████████████          **Medical Record #** ███████████

**Date of Partial Hospital Admission:**   May 8, 2000

## PSYCHIATRIC ADMISSION NOTE:

**Attending Psychiatrist:** Michael Michelakis, M.D.

## IDENTIFICATION DATA:

Name: ██████████████████

Age: ███   Male   Race: Caucasian

Current Address: ████████    ████████████    ████

## REASON FOR ADMISSION:

The patient is a ███-year-old single Caucasian male with a 7-year history of bulimia nervosa. He also has a history of obsessive-compulsive disorder and a childhood history of ADHD. He is admitted on a voluntary basis. The patient reports that his bulimia has "taken over my life."

## HISTORY OF PRESENT ILLNESS:

The patient was referred here by his therapist, Dr. ██████████. He reports binging and purging 6-10 times per day for the past year. He has lost about 8 teeth as a result of his binging and purging and complains of an itchy throat. He has had significant weight changes, dropping down to 150 pounds at one point. He feels his bulimia has gotten worse in the past several months and feels as if it is taking over his life. He feels overwhelmed, has a lot on his mind and is constantly worried about the stressors in his life. His stressors include the breakup with his fiancee in November which prevented him from being able to see his little girl by his fiancee. He is currently going through a family court trial to resolve this issue. He has three children from three different mothers. He currently lives at home with his mother who is handicapped and his grandmother. He feels overwhelmed by the responsibility of having to take care of his mother and grandmother and the constant arguing with his mother. He feels hopeless, depressed and overwhelmed. He has suicidal thoughts, but has no attempts. He has difficulty with staying asleep at night, sleeps only 4-5 hours per night. He eats small meals, but then binges and purges. He denies any symptoms of mania, no hallucinations, delusions or paranoia. He describes his OCD as being a perfectionist, very particular with details, and constantly checking and rechecking things and numbers. He states he has mild frequent mood swings and his previous therapist has questioned the possibility of bipolar disorder.

**PSYCHIATRIC HISTORY:** Bulimia nervosa for the past 7 years and obsessive-compulsive disorder. He had ADHD as a child. He was on Ritalin for 1 year. He states he has had outpatient treatment with Dr. ████████████ and has attended the Partial Program at Forest View, which he felt did not help.

# SAINT MARY'S HEALTH SERVICES

### 300 68th Street SE, PO Box 165, Grand Rapids, MI 49501-0165

**Name:** ▉▉▉▉▉▉▉▉          **Medical Record #** ▉▉▉▉▉

## ADMISSION PHYSICAL EXAMINATION:    May 9, 2000

| | |
|---|---|
| **Temperature:** | 96.7° |
| **Pulse:** | 58 and regular |
| **Respirations:** | 16 |
| **Blood Pressure:** | 104/72 |
| **Height:** | 6' 1" |
| **Weight:** | 185.2 lbs |

**Skin:**  Warm and dry with good color and turgor.  No rashes or lesions noted.  He does have a circular tattoo around his right forearm.

**Head:**  Normocephalic without protuberance or depression.

**Eyes:**  PERRLA.  Visual fields are intact.  Conjunctivae and sclerae are clear. Extraocular movements are full without nystagmus.

**Ears:**  Both canals are clear with gray intact TMs.

**Nose:**  Deviated slightly to the right.  Nares are patent.  Mucosa is within normal limits.

**Mouth/Throat:**  Teeth are in fair repair.  Tongue is midline and unremarkable. Throat clear.

**Neck:**  Neck supple with full range of motion.  Thyroid is not palpable.

**Lymph Nodes:**  No cervical nodes.

**Chest:**  Symmetric.

**Lungs:**  Clear to auscultation and percussion.

**Heart:**  Regular rhythm and rate.  Normal S1 and S2.  No S3 or S4.  No clicks, murmurs or rubs.

**Breast Exam:**  Normal male breasts.

**Abdomen:**  Soft and nontender.  No hepatosplenomegaly or masses.  Positive bowel sounds throughout.

**Rectal Exam:**  Not indicated in this setting.  Deferred to primary care physician.

**Genital Exam:**  Not indicated in this setting.  Deferred to primary care physician.

**Spine:**  No spine or CVA tenderness.

**Extremities:**  Patient has good range of motion and strength of upper and lower extremities.  He is quite muscular.  No peripheral edema.  Peripheral pulses are intact.

**Neurologic:**  Cranial nerves II-XII are grossly intact.  No abnormal tics or tremors are noted.  Gait is within normal limits. Sensation is intact to light touch.  DTRs are 2+ and equal.

## IMPRESSIONS:

1) Depression -- Please see psychiatric assessment for further details.
2) Bulimia nervosa.
3) History of polysubstance abuse, including alcohol, cannabis, crack cocaine and speed.
4) Tobacco abuse.
5) History of hypothyroidism.

Grand Rapids, MI 49503-

A Member of Trinity Health
Livonia, Michigan

MRN:
Date of Birth:
Admit Date:        2/11/2009
Discharge Date:    2/11/2009
Account Number:
Patient Type:      Partial Day Hosp (P2)
Attending:         Sanders DO ,William J

---

### *Psych/Neuropsych/Chem Dep*

Treatment Placement Criteria
--------------------------------

| | |
|---|---|
| Under the Influence-MH | No |
| Detox/Withdrawal Problems-MH | None |
| ASAM Dimension 1-MH | Low |
| Biomedical Conditions/Complications-MH | Other: bulimic |
| Biomedical Comments-MH | very sick with bulimic |
| ASAM Dimension 2-MH | High |
| Emotional/Beh/Cognitive Conditions-MH | Depression, Impulsivity, Past suicide attempt, Suicidal ideation |
| ASAM Dimension 3-MH | High |
| Drug/Alc Use Affects Pt's MI-MH | Yes |
| Aware of Negative Med. Consequences-MH | Yes |
| ASAM Dimension 4-MH | Preparation |
| How Was Abstinence Achieved-MH | going to meetings, wanting to get driver's license back |
| Longest Abstinence-MH | 5 yrs |
| Hx Substance Abuse Tx-MH | Yes |
| Substance Abuse Treatment GRID-MH | |
|   1. Dates of Tx-MH | 1993 |
|     Type of SA Tx-MH | Inpatient |
|     Facility/Therapist-MH | Salvation Army |
|   2. Dates of Tx-MH | 1996 |
|     Type of SA Tx-MH | IOP (Intensive Outpatient Treatment) |
|     Facility/Therapist-MH | AOS |
|   3. Dates of Tx-MH | 1998 |
|     Type of SA Tx-MH | Residential support |
|     Facility/Therapist-MH | Jellema House |
|   4. Dates of Tx-MH | 1999 |
|     Type of SA Tx-MH | Residential support |
|     Facility/Therapist-MH | Sober living unit- jail |
| Prior Trexan/Revia Use-MH | No |
| Prior Antabuse Use-MH | No |
| ASAM Dimension 5-MH | Moderate |

Education
----------

| | |
|---|---|
| Grade Level | 14 |
| Student Status-MH | Other: 6th grade reading level.  Also ADHD |
| Identified Educational Needs-MH | Coping/Stress, Treatment |
| Barriers to Education-MH | Difficulty reading, Other: ADHD |
| Patient Learns Best by | Explanation with participation |
| Knowledge of Community Resources-MH | Yes |
| Community Resources Comment-MH | ██████████ r/t heavy equipment use |

Employment/Military Hx
----------------------------

Printed Date/Time:     4/10/2015 09:00 EDT
Report Request ID:

# OFFICE OF THE MEDICAL EXAMINER

700 Fuller, N.E.
Grand Rapids, Michigan 49503
616/632-7247 - FAX 616/632-7088

COPY



## ADDENDUM — MEDICAL EXAMINER'S CASE REPORT

| | | |
|---|---|---|
| NAME- ████████ | PHONE ████████ | |
| ADDRE ███ ████ | CITY/STATE-Grand Rapids, MI ███ | |

| AGE- █ | DOB- ████ | RACE-White | SEX-Male | MARITAL STATUS-Never married |
|---|---|---|---|---|

| OCCUPATION-Unemployed | SOCIAL SECURITY NUMBER- |
|---|---|

| COUNTY & TOWNSHIP WHERE INCIDENT OCCURRED | -Kent County, City of ████████ |
|---|---|
| ADDRESS WHERE INCIDENT OCCURRED | ███ ████████████ |
| DATE & TIME INCIDENT OCCURRED | ████ Time unknown · ID by -Appearance |

**PLACE OF DEATH**- ███ ████ ████████ █

| DATE OF ████████ | TIME -Unknown | TIME PRONOUNCED -1239 hours |
|---|---|---|
| FOUND DEAD/WITNESS -Found dead ████████ | | TIME -1210 hours |
| LAST SEEN ALIVE ████████████████ | | TIME -2230-2300 hours |
| SCENE CONDITIONS-I ███ █ ███ ██████. | TEMPERATURE | HUMIDITY |
| OUTSIDE/WEATHER -N/A | HEAT INDEX | WIND CHILL | TEMPERATURE |

| RIGOR MORTIS -None-   Early- X   Moderate-   Advanced- | LIVIDITY AS EXPECTED -Yes | BODY TEMP -Cool |
|---|---|---|

| RECEIVED CALL FROM -Medical Exchange on ████ | TIME -1257 hours | CONTACTED WITHIN 5 MINUTES -Yes | ARRIVED AT SCENE AT -1320 hours |
|---|---|---|---|

| BODY VIEWED BY -Theodore E. Oostendorp at the scene | TIME -1320 hours | SCENE PHOTOGRAPHS TAKEN BY M.E. -Yes |
|---|---|---|

| POLICE ████ Police Department (██PD) | CONTACTED WITHIN 15 MINUTES -Yes | SCENE PHOTOGRAPHS TAKEN BY POLICE -Yes |
|---|---|---|

| EMERGENCY MEDICAL SERVICE -AMR Ambulance | UNIT # - |
|---|---|

**INFORMATION OBTAINED FROM** -Officer Barry (██PD) and ████████ (Mother)

| BODY SENT TO -Spectrum Health - Blodgett Campus | CONTRACT -Yes |
|---|---|

| DISPOSITION OF VALUABLES -Remained with ██PD | TELEPHONE |
|---|---|

| NEXT OF KIN ████ ████ (Mother) | ADDRESS -Same as deceased's | PHONE -Same as deceased's |
|---|---|---|

NEXT OF KIN NOTIFIED AUTOPSY TO BE PERFORMED-   YES _X_ NO___ BY:

| TOXICOLOGY -Yes | X-RAYS TAKEN -No | AUTOPSY -Yes | REASON -To determine cause and manner of death. |
|---|---|---|---|

| PATHOLOGIST -David A. Start, MD, Forensic Pathologist | HOSPITAL -Spectrum Health - Blodgett Campus |
|---|---|

**CAUSE OF DEATH**-MIXED DRUG TOXICITY (METHADONE, DEXTROMETHORPHAN, DIPHENHYDRAMINE, ETHANOL, SERTRALINE AND CHLORPHENIRAMINE)

CONTRIBUTING FACTORS

**MANNER OF DEATH**-SUICIDE

REPORT NUMBER-09-D046, FEB 3/16/09 TEO      HISTORY (CONTINUED ON NEXT PAGE)

REVIEWED BY KENT COUNTY CHIEF MEDICAL EXAMINER
STEPHEN D. COHLE, MD