# EXHIBIT 4.8

MERCY HEALTH SAINT MARY'S

Grand Rapids, MI 49503-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| MRN: | ████████ |
| Date of Birth: | ████████ |
| Admit Date: | 6/22/2010 |
| Discharge Date: | 7/7/2010 |
| Account Number: | ████████ |
| Patient Type: | Partial Day Hosp (P2) |
| Attending: | Masterson MD ,Gilbert AL |

## Behavioral Health Discharge Summary •

multiple capillary blood sugar readings to assess their diabetes maintenance while in the hospital.

SIGNIFICANT FINDINGS ON PSYCHOLOGICAL TESTING:
No psychological testing was performed during this hospital stay.

CLINICAL HOSPITAL COURSE AND SUMMARY OF INPATIENT HOSPITAL CARE:
Initial Presentation:  The patient presented to the inpatient adult program describing a many-year history for problems of depression and anxiety.  ██ also claimed ██ had struggled with problems with Attention Deficit Hyperactive Disorder for many years as well.  ██ reported feeling depressed because ██ had been given a job demotion and change of job.  There are other family stresses.

Summary of Psychiatric Medication Therapy:  The patient had a many-year history for problems of inattentiveness.  These symptoms predated problems of depression or anxiety. ██ also had been previously treated with stimulant medications including Ritalin and Concerta.  ██ was a poor historian about these medications, however.  ██ reported very positive benefit from Ritalin for instance but also claimed problems with Concerta. During this hospital stay, the medication Wellbutrin-XL was prescribed.  It was also given with the Paxil 40 mg each bedtime.  Seroquel 100 mg was given at bedtime.  Ritalin was given at 15 mg twice per day.  The medication Wellbutrin was given as a treatment for depression and irritability.  Wellbutrin was also given to help with mood swings as a mood stabilizing agent.  The Wellbutrin was also given in hopes that it would help treat problems with inattentiveness and distractibility.  Noradrenergic medication Wellbutrin was used in conjunction with a serotonergic antidepressant medication.  This was an augmentation for depression, anxiety, irritability and lability of affect.  Research demonstrates safe and positive benefit when 2 "cross class" medications are used together in this manner.

The medication Seroquel was given as an augmenting mood stabilizing medication that can also be useful for promoting sleep.  Seroquel has been shown to help significantly augment the response of antidepressant agents while preventing any exacerbation of mood. Seroquel also helps decrease mood swings and lability of affect.  There was the appearance that the Seroquel was actually quite useful as augmentation for mood.  However, ██ appeared to blame the Seroquel for making ██r have some tiredness in the morning.  This had been an original symptom for ██ and was felt that this was unlikely related to the Seroquel.  It was hopeful that ██ would continue with the Seroquel after discharge.

There was an attempt was made to use the medication Concerta, but ██ felt that ██ noticed the "dropout" later in the afternoon.  ██ then blamed the Concerta for making ██ more depressed.  The medication Ritalin had been used by the patient for many years and ██ felt more comfortable with this medication.

During this time in the hospital, there was an emphasis placed on the importance of medication compliance, both with the patient and with family members.  This patient appeared to have an overall positive response to medication therapy.  There were significant improvements noted with only a few or tolerable side effects.  The patient initially, after being discharged from the inpatient unit, was not compliant with medications.  ██ did not get them from the pharmacy.  This appeared to cause a worsening

Printed Date/Time:    4/10/2015 10:42 EDT

Report Request ID:    ████████

Grand Rapids, MI 49503-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| MRN: | ▓ |
| Date of Birth: | ▓ |
| Admit Date: | 6/9/2010 |
| Discharge Date: | 6/21/2010 |
| Account Number: | ▓ |
| Patient Type: | Psychiatric Inpatient (P2) |
| Attending: | King MD ,Carolyn M |

---

## *Behavioral Health Assessments and Evaluations*

---

THOUGHT PROCESSES:  Intact for abstract reasoning of "you're pulling my leg" as "I'm trying to get something over on you."
ORIENTATION:  Alert, oriented x4 and circumstance.  "I just got overwhelmed by everything."  Intact.
RECENT AND REMOTE MEMORY:  Intact for 3 out of 3 items initially and after 3 minutes.
ATTENTION SPAN AND CONCENTRATION:  Intact for spelling "world" backwards correctly.
FUND OF KNOWLEDGE:  Decreased for naming 5 recent USA presidents, "Obama, Bush, Clinton, senior Bush and Kennedy."
JUDGMENT:  Decreased for daily activities, social situations and insight, not showering, not sleeping well, overeating, with elevated BMI, suicidal.
ASSOCIATIONS:  Circumstantial, "very talkative."
PSYCHOTIC THOUGHT PROCESSES:  Admits to confused, disorganized thoughts.
LETHALITY:  Suicide present. Homicide denies.
LANGUAGE:  Repeats phrases.

STRENGTHS:
"I smile a lot."  Admitted voluntarily.  Recommended ▓ stays by her endocrinologist because "I was bawling in Dr. Buhl's office."

WEAKNESS:
"Not being able take criticism, people putting me down and crying."

GOALS FOR TREATMENT:
"I need focus.  I hope to get all this under control."

FORMULATION:
The patient has genetic predisposition to mental illness and substance abuse.  ▓ reports not being able to take care of ▓ ADLs, decreased sleep, increased cravings with psychotic mood symptoms and suicidal thinking.  ▓ has guns, a shotgun and .22.  ▓ is at risk for suicide.

MEDICAL DECISION MAKING DSM-IV:
Axis I:
296.64  Bipolar I Disorder, Most Recent Episode Mixed, Severe With Psychotic Features
292.89  Caffeine-Induced Anxiety Disorder

Axis II:
799.9  Diagnosis Deferred on Axis II

Axis III:
1.  Insulin-dependent diabetes mellitus.
2.  Generalized arthritis.
3.  Neuropathy of bilateral lower extremities and hands.
4.  Sinus drainage.
5.  Wears glasses.
6.  Morbid obesity.
7.  Peripheral neuropathy.
8.  Torn left rotator cuff, waiting for surgery.

Printed Date/Time:    4/10/2015 10:45 EDT

Report Request ID:

Grand Rapids, MI 49503-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| MRN: | ██████ |
| Date of Birth: | ██████ |
| Admit Date: | 6/9/2010 |
| Discharge Date: | 6/21/2010 |
| Account Number: | ██████ |
| Patient Type: | Psychiatric Inpatient (P2) |
| Attending: | King MD ,Carolyn M |

## Behavioral Health Assessments and Evaluations

REHAB, AA, DUI:  Denies.

FAMILY HISTORY OF MENTAL ILLNESS:
1. ██████ .
2. ██████  severe ADHD, OCD, bulimia.
3. "Bipolar may run in my mother's side of family."

FAMILY HISTORY OF SUICIDE ATTEMPTS AND COMPLETION:
Brother one attempt ██████ .  Completed attempt ██████ with 6 multidrug overdose ██████ .  He tried once in January and a month later, he completed suicide by overdosing on 6 different medications with alcohol ██████ .

FAMILY HISTORY OF SUBSTANCE ABUSE:
Brother and dad abuse alcohol.

SOCIAL HISTORY:
Born in Grand Rapids, raised by dad and grandmother as well as great aunt, great great aunt and aunt.  "Mom pushed me off on everyone else."  Parents divorced when the patient was age 18.
SIBLINGS:  One brother, no sisters.
RELIGION:  Protestant.
TRAUMA HISTORY:  Verbal and emotional abuse from mom and husband, neglect from mom and dad.  Denies sexual or physical abuse.
EDUCATION:  Twelfth grade.  No college.
MILITARY:  Denies.
LEGAL:  Denies.
EMPLOYMENT:  ██████  for 10 years.  Likes job as a ██████ ██████ .
DISABILITY:  None.
LIVING ARRANGEMENTS:  ██████ .  Married 1 time for 24 years to ██████ left in ██████ , ██████ .  Currently divorced.
CHILDREN.  ██████
IDENTIFIED SUPPORT:  Aunt ██████ , cousin ██████  "I keep people at bay.  I am kind of a hoarder about things."

MENTAL STATUS EXAMINATION:
VITAL SIGNS:  BMI 40, reported height 5 feet 11 inches tall, actual standing admission weight 128,700 grams, oral temperature 97.8 F, heart rate 85 beats per minute brachial, respiratory rate 16 breaths per minute room air, blood pressure 117/72 by cuff.

APPEARANCE:  Appears stated age.
BEHAVIOR:  Tearful at times, other times smiling.
MUSCLE TONE AND STRENGTH:  Normal.
GAIT AND STATION:  Normal.
SPEECH:  Loud, pressured, coherent.
MOOD:  Anxious, depressed, very tearful at times.
AFFECT:  Mood congruent.

Printed Date/Time:    4/10/2015 10:45 EDT

Report Request ID: ██████