# EXHIBIT 4.9

STATE OF MICHIGAN

KENT COUNTY CIRCUIT COURT

\* \* \* \* \* \* \* \* \*

████████████████████

Petitioner,

vs.

SECRETARY OF STATE,

Respondant.

_____/

KARL V. BUSH    (P-28905)
Attorney for Petitioner
121 Michigan, NE
Grand Rapids, MI   49503
(616) 458-0477

GEORGE R. COOK
P-12172



Case No. ████ ██

NO OTHER CIVIL ACTION WHICH
ARISES FROM THE SAME TRANSACTION
OR EVENT AS STATED IN THIS
COMPLAINT IS PENDING OR WAS
PREVIOUSLY FILED IN THIS COURT

PETITIONERS ADDRESS:



License No. ████████████

PETITION FOR RESTORATION
OF DRIVERS LICENSE

The Petitioner, ████████████████████, by and through her
Attorney, Karl V. Bush, petitions this Honorable Court to modify
the denial of an operators license ordered by the Secretary of
State, and in support of her petition  states:

1.    On ██████████, Petitioners driving privileges were
denied by the Secretary of State for having accumulated two (2)
convictions of operating under the influence of liquor in █ seven
year period.

2.    That the 63rd District Court ordered a suspension of
Petitioners license from ██████████ through ██████████ and
that such time has elapsed.

3. That denial of Petitioners driving privileges will work great personal hardship on her for the following reasons:

a. That Petitioner is employed by ▮▮▮▮▮▮▮▮▮▮▮ for the past 6 years with working hours from 7 a.m. to 3:30 p.m. and every other weekend.

b. That Petitioner attends Alcoholics Anonymous sessions at various locations and on different dates and times.

c. That Petitioner is unable to take public transportation, or to be provided transportation by relatives or others to and from these locations.

4. Petitioner agrees with the Secretary of State that some restrictions on full driving privileges are appropriate due to her driving record but wishes to bring to the courts attention:

a. Since her arrest on the latest drunk driving charge Petitioner has completed inpatient therapy at the Care Unit.

b. Additionally, Petitioner has been attending group sessions of Alcoholics Anonymous.

c. That Petitioner is successfully completing the probation period required by the 63rd District Court.

d. That her employer and other individuals have provided her with letters of recommendation attesting to the fact that Petitioner has a new awareness of the degree of her alcohol dependence and has managed to avoid alcohol use for the past 23 months.

WHEREFORE, Petitioner requests that this Honorable Court modify the denial of license and to allow Petitioner to drive to and from her place of employment as well as to and from all alcohol therapy and Alcoholics Anonymous sessions.

DATED: ███████████

Karl V. Bush
Attorney for Petitioner