# EXHIBIT 4.10

## DOCTOR'S PROGRESS NOTES
(Sign all notes)

| DATE | |
|---|---|
| | (2) assume he has COPD and treat him accordingly |
| | (3) assume his chest pains are from degenerative arth. and treat accordingly |
| | I would favor 2+3 and then if pains continue could consider invasive studies. |
| | Recommend: |
| | (1) PA + Lat CXR |
| | (2) ant-lat & rib details |
| | (3) a) ASA 2 tab. 3 times/day or motrin 300 mg 4x/day for degen. arth. |
| | b) heat to ① chest wall 3x/day x 20 min. |
| | (4) re-start thiazide (may allow slight ↓ in aldomet) |
| | (5) re-start paste 1" spread over 6x6 area q 6 hr |
| | (6) ✓ K⁺ |
| | we will cont to follow |
| 4/17/78 | Pt. has been in pain, & fearful at times during the week. He told the group this week he had once killed a man while drunk driving, which upset him. |
| | Robert C. Gunn, PhD |

U.S. GOVERNMENT PRINTING OFFICE    o48-16--83516-1

DOCTOR'S PROGRESS NOTES
Standard Form 509
(Reverse)

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|
| DATE | |

**11/22/78** — Pt. continues to often focus on physical complaints, especially when it comes time for a pass & returning home. He did talk in group this week about "killing" his brother-in-law many years ago in a car accident, & his belief that his wife & her family have always held this against him. Feelings like this seem to make him reluctant to go home.

Robert C. Streng Ph.D.

**12/1/78** — Pt. has been very involved in his physical complaints this week. He was confronted in group about not going home this weekend, but had a number of excuses, mainly fearing being too far away from a blood pressure cuff. Pt. has much difficulty focusing on dysfun relationships c̄ his wife.

Robert C. Streng Ph.D.

**12/8/78** — Pt. is quite anxious for me to see her & his wife together, but she is reluctant to do this. Pt. much more clearly sees relationship

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)    10 11 78

REGISTER NO.          WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11-77)
Prescribed by GSA/ICMR
FPMR (41 CFR) 101-11.806-8
509-110