# EXHIBIT 4.11



CAL. [redacted] NO. [redacted]

# SUPERIOR COURT

### The People of the State of Michigan

vs.

[redacted]

Complaint Filed [redacted]

*Prosecuting Attorney*

Complaint [redacted]

FORM 102

STATE OF MICHIGAN,
County of Kent, } ss.

I hereby certify and return that on the .............................................................. day of

November ................ 19 ██ , I did cause ██████████ ..........................

within named to be removed from the Jail of said County to the ..... ██████████

██████ ██████ ██████ ..........., as I am within commanded.

██████ ██ 19 ██

_Arnold O. Pegorsk_ ........Sheriff.

Received the within named ..... ██████████ ..........................

into my custody in this prison.

Dated November ██ 19 ██

_W. H. Bannan_ .............Agent.
W. H. Bannan

The Superior Court
OF GRAND RAPIDS

THE PEOPLE
vs.

██████

Warrant for Removal
of Prisoner to

State Prison

Received and filed this

░░ A.D.

O.B. Clerk.

day of



**Serial** ██████ ███ ██ ...

Name.. █ █████ .....(Single)............

Alias ████████ █████ ██ ....................

...........................................

Crime ████████████son..........................

Received ..█ ████ ..........From... ████ .............

Date of Sentence.. CD ████ ...Min. 1½ .....Max. 10 ......Rec 0 .....

Paroled ...................Ret'd from Parole...................

Dis. from Parole.. █ .............Dis. on Max. ...................

Escaped... Escape ████████ Ret'd from Escape ... █████ .... ...

Paroled to ........................................

Residence ,█████████ Grand Rapids, Mich. ...........

Name .. ████ ████ ████ ████ .

F. P. C.

Age........... ██ .....Eyes ...Gray...

Weight 126 .....Build. Musc. ....

Height 5-5½ .. Hair .Light.Brown

Comp. .Fair...........

Nationality......... American

████████ Gr. Rapids, Mich.

Occupation .Cement.Finisher.

██████████████████████████████████████

Trans from █ to ████ Trans from ████████ )...........

ThANS FROM ███ ██ ████ . Trans from ████████ .........

122-13-6M-2/56   over   Trans from ████████ ████

*(For Criminal Record See Other Side)*

## CRIMINAL HISTORY

| Name | Number | City or Institution | Date | Offence | Disposition |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |