# EXHIBIT 4.12

1.  Type of Contact:
    [ X ] In Person
and [ X ] Phone

**CORNERSTONE**
Community Mental Health Services
**PROGRESS NOTE/UPDATE**

2.  Client Name: ▮▮▮ , ▮▮▮
    Last Name          First          Middle

3.  Client #: ▮▮▮

4.  Address: ▮▮▮▮▮▮▮
    Street          City          State          Zip

5.  Phone #:

6.  Admit Date: 2-4-88   7.  Primary Therapist ID: C 040

8.  Time of Day: 11:30 AM _____ PM   9.  Time Spent: 2 hrs.

10. Diagnosis if different than previous contact:
    la. Axis I (1)_____; (2)_____; (3)_____
    b. Axis II (1)_____; (2)_____
    c. Axis III:_____
    d. Axis IV:_____ e. Axis V:_____

11. Discharge Date:_____   12. Discharge L.O.F.: 60

13. Referred From: Self

14. Referred to: 1. [ ] CCMHS Outpatient
                 2. [ ] CCMHS Med Clinic
                 3. [x] Other: ▮▮▮ ▮▮▮ ▮▮▮ Psychological Testing

**MOVEMENT RECORD:**

15. Entry Date:_____

16. Assigned to Reporting Unit: 403

17. PPB Objective:
    1. [ ] Psychosocial Adjustment
    2. [x] Crisis Resolution
    3. [ ] Rehabilitation/Habilitation
    4. [ ] Maintenance

18. Entry L.O F.: 60

19. Exit Date:_____

## PROGRESS NOTE

▮▮▮ came in this morning stating that her son and husband came to the ▮▮▮ yesterday and tricked her into leaving ▮▮▮ ▮▮▮, stating that she had a different apartment to go and live at. When she got home she realized that this was untrue, and that it was just a ploy to get her home to try and get her away from the ▮▮▮ ▮▮▮ ▮▮▮, who her husband feels is the instigator for Child Protective Services and trying to get the husband in trouble. ▮▮▮ is quite clear that she wants the divorce to go through and is doing everything she can to try and get help. She also states that Social Security is wanting information from Cornerstone as to her ability to be her own payee because it looks like her husband currently is the payee. Tom Scheppelman of Willow Creek was consulted and agreed to accept her back, and Tom states that he and J. Van Lenten, clinician at the West Michigan Guidance Clinic, are pursuing a formal referral to Child Protective Services because of allegations of abuse towards her children by her husband. Crisis house staff state that the husband is starting to become belligerent and threatening towards them stating that the crisis house staff are putting ideas into ▮▮▮ head. This clinician set up some psychological IQ testing for ▮▮▮ tomorrow at 3:00 p.m. with Cornerstone psychologist Paul La Berteaux, to rule out mild mental retardation to document the trauma to her head as a 5 year old in a car accident. It should be noted that Cornerstone has been involved quite a bit with ▮▮▮ over the last 3 months, ever since her son got out of prison and has returned to live with her. It seems that the tension has been between the son and the father who allegedly abused the son physically and sexually as a younger child. All along ▮▮▮ has been mainly presenting as a domestic crisis and marital conflict without major thought disorder as a component of her mental status. At one point this clinician remembers talking to Allegan on a previous referral where they had her documented as a mildly mental retarded client. J. Van Lenten is going to keep her case pending until the testing gives a documentation as to which direction to go.

(continued on Page 2)

THERAPIST SIGNATURE:_____          Date:_____

CCMHS  4/14/86

CORNERSTONE
COMMUNITY MENTAL HEALTH SERVICES

FOR RESTRICTED USE ONLY
This Information is Released
Subject to the Confidentiality Provisions
Of Sec 748 of Public Acts 258 of 1974
NOT TO BE FORWARDED OR COPIED

CLIENT: ▓▓▓▓▓▓              CASE #: ▓▓▓▓   DATE:      7-27-87
LENGTH OF SERVICE: 15 min       TYPE OF CONTACT: Individual   NO. IN GROUP:  1
TYPE OF REPORT: Medication review          THERAPIST: Jonathan Sneed, D.O.

▓▓▓▓ comes in with a complaint of feeling over sedated when taking Thorazine 100 mg tabs 1 po BID. She reflects that when she was taking 300 mg a day she felt "groggy" and states that 2 still makes her feel fatigued. She states that she is sleeping well but wakes up feeling not rested. Her appetite is down and her energy level is decreased. She states that she remains irritable and depressed but that her overwhelming mood is one of being anxious. She states that this tends to be worse in the morning than in the evening. She denies any suicidal ideation and states that she has decreased interest in sex but denies anhedonia.

Physical exam reveals blood pressure 115/70, heart rate of 84 and regular and no evidence of tremors, akathesias, dystonias, abnormal mouth movements or cogwheeling.

Psycho-social stressors include relationship stressors with husband especially concerning sexual issues and financial concerns with her husband continually unemployed. Also there is a son who is to be released from ▓▓▓▓ on ▓▓▓▓ and this is a source of anxiety for the patient. She is also suffering from a raised, scattered, pyretic rash that is blanchable and she states the onset of this rash with the hot weather of last week. ▓▓▓▓ states that her husband is currently unemployed and he is not able to find a job that pays more than $5.00 an hour and he does have plans to attend college in December of January to study to be a computer technician for 3 years. She states that the couple does get ADC and SSI.

▓▓▓▓ makes poor eye contact throughout the exam, shows no evidence of psychomotor agitation or retardation. She is very concrete and limited in her response and style and presents consistently with her previous diagnosis of Chronic Undifferentiated Schizophrenia in remission.

▓▓▓▓ did bring with her her prescription bottle from 4-19-87 the name of Dr. Mansouri from Fulton Pharmacy prescription ▓▓▓▓ This was for Thorazine 100 mg tabs 1 po QID.

I have advised ▓▓▓▓ to decrease her Thorazine to 1 po q d and 1 po PRN, to use Benedryl 25-50 mg po q 4 hours for her rash and to advise Dr. Brubaker next week if she is continues to have difficulty in this area. Because of her multiple psycho-social stressors we talked about the possibility of counseling through the W.M.G.C. or the Family Outreach Program. She is scheduled for a medication review on 8-4-87 with Dr. Brubaker.

*Jonathan Sneed DO*

Jonathan Sneed, D.O.
Resident Psychiatrist
Date signed:   8-3-87

Supervising Psychiatrist


V.J. Desai
Clinical Director
Date signed:

JS/ch  D 7-27-87  T 7-28-87

**CORNERSTONE**
Community Mental Health Services

Client: ███ , ███ ███                                    Case #: ███          Date   9/10/85
Length of Service:    30 min. Type of Contact: Individual        No. in Group:  1
Type of Report:  Intake Evaluation &        Therapist   Roberta Walsh, R.N., M.A.
                 Treatment Plan

███   is a ██-year-old, married, white female who resides with  her husband at home in
the northwest part of Grand Rapids.  Client states that he is not employed and has
minimal previous employment experience.  She currently is receiving disability due
to a former head injury and "mental health dysfunction."

REASON FOR REFERRAL:  The client is a self-referral to Cornerstone, with her presenting
problem being continuous headaches and sinus pain.  The client is requesting some
treatment for her sinus pain.  At the present time, the client is taking Thorazine
at night and has been on this medication since her discharge from Kent Oaks Hospital
approximately 5-6 years ago.  The client states that she has not had any mental problems
since her discharge.

BRIEF HISTORY:  The client has been experiencing sinus headaches with pain over her
eyes, across the bridge of her nose, and in her maxillary sinuses.  ███ states that
her headaches begin in the morning but get better towards the evening.  The client
does state that she becomes nauseous with the headaches but does not vomit.  ███
also stated that her face sometimes felt swollen and would get very hot.  The client
felt that she had a sinus infection; however, she has not contacted her family doctor.

FAMILY HISTORY:  The client has married for the second time and has been married
for 12 years.  Currently, the client states that she has an ██ year-old son and an
██-year-old daughter who both reside at home with her.  She states that it is difficult
to deal with the children, and she often finds herself yelling at them.  Apparently,
the children attend ███  Elementary School and are doing well in school.  The client's
parents are alive and reside in Grand Rapids.  She states that she has █ brothers
and █ sisters; however, 1 brother is dead.  The client is the oldest of the girls;
however, she has █ brothers who are older than she.  Additionally, the client states
that she has a ██-year-old son who is currently residing at the ██████████
Center.  She states her son has been in trouble with the police for many years and
has been at the center for the past █ years.  The client's son was to be released
from there; however, he got involved in a fight and will remain there 6 more
months.  The client also states that she has an ██-year-old son who currently resides
with a member of her family.  The client does visit her sons and maintains a relation-
ship with them.  She is very concerned about her oldest son who has a long history
of stealing, and she is fearful that he will end up in jail again.  Her son has
served 1½ years in jail for robbery and, as far as she can see, has not made
any improvement while in ████████ ████████.

The client stated she suffered a severe head injury when she was a young girl, and
this necessitated her involvement in special education.  The client found school
very difficult for her and left special education at about the 8th or 9th grade level.
Following this, the client has not been able to maintain any work and reports having
had 1 job working as a waitress at ██ ██ in Grand Rapids.  The client currently
is on disability, and her husband is also unemployed.  Although the client stated
her primary reason for being at Cornerstone was to have her sinus problem taken care
of, she later stated that her husband wanted someone at Cornerstone to approve his

Continued...