# EXHIBIT 4.13



Entered Journal No.___ page /

RECORD OF CONVICTION AND SENTENCE                                              Form 52-B

## STATE OF MICHIGAN
# The Circuit Court for the County of Kent

At a general term of The Circuit Court for the County of Kent continued and held at the Court

House in the City of Grand Rapids, in said county, on the ___18TH___ . day of

___MARCH___ . . . A. D. one thousand nine hundred and _____

Present, HON. _____
                                                                                    Circuit Judge

The Court here opened for business in due form.

**The People of the State of Michigan,**
                        VS.                        ‖  Information for _____


In this cause, an information having been duly filed, charging the said respondent with the
crime of . _____

and the said respondent being, on motion of the Prosecuting Attorney of the County, arraigned upon
such information in open Court, and on said information being read to h.im..... pleaded thereto guilty.

And the Court having become satisfied after such investigation and private examination of the
respondent as said Court deemed necessary, respecting the nature of the case, and the circumstances
of such plea, that said plea was made freely and with full knowledge of the accusation; and without
undue influence, and said respondent_____

being on motion of the Prosecuting Attorney of the County, arraigned at the Bar in open Court for
sentence, and having there been asked by the Court whether ....he had anything to say why judgment
should not be pronounced against h.im... and answering....BRIEFLY_____

Therefore it is ordered and adjudged by the Court now here that said_____
_____.be committed to the
MICHIGAN CORRECTIONS COMMISSION at the State Prison of _____
in this State, for the period of not to exceed...TEN..(10)_____years, and not less than
___ONE (1)____years and ___SIX (6)___months, from and including this day, with recommendation
that____-- - --____years and_____-- - --____months would be a proper maximum sentence.

Examined, Countersigned & Entered
    JACK BRONKEMA,
                                                                    _____
                                                                    Circuit Judge

_____
    Deputy Clerk