# EXHIBIT 4.15

MICHIGAN DEPARTMENT OF HEALTH
DIVISION OF VITAL STATISTICS

# DIVORCE RECORD

5631. Section 1. The clerks of the circuit courts for the several counties, the clerks of superior courts and of all other courts having jurisdiction in divorce cases shall on the first day of each term of court or, if no regular terms are held, then on or before the first day of February of each year make returns to the state commissioner of health in relation to petitions or bills for divorce in their respective courts for the preceding term thereof or for the preceding calendar year, if there are no regular terms of such court. The returns shall be made on blanks supplied by the commissioner of health for that purpose and shall specify the following details: Number of petitions or bills pending at the beginning of the term; whole number of petitions or bills filed within the term; number of divorces granted; number of divorces refused; number of petitions or bills contested; number of petitions or bills pending at the end of the term; alleged cause for divorce in each case; sex of plaintiff; date and place, state and county, where the marriage was performed; the name of each party; age of each party; names and ages of all children in family.

Am. Act 21, P. A. 1923.

## NAMES AND AGES OF ALL CHILDREN IN FAMILY

Name [redacted] Age 5 yrs
Name [redacted] Age 3 yrs
Name [redacted] Age 2 yrs
Name Age
Name Age
Name Age

I hereby certify that the above is correct according to the records of this Court.

---

MICHIGAN DEPARTMENT OF HEALTH
DIVISION OF VITAL STATISTICS

RO 12

COUNTY [redacted] DOCKET [redacted]

# DIVORCE RECORD

Name of each [redacted] Age
[redacted] Age

State or Country in which married [redacted] Date [redacted]

Date of Filing Petition [redacted] Who was Libellant Wife (Husband or Wife)

Was Case Contested No (Yes or No) Date of Decree or Judgment J[redacted]

Cause for Which Divorced Desertion

Was Alimony Granted Yes

Whether Granted, Refused or Withdrawn Granted

Whether Absolute or Conditional Absolute

Number of Children in Family Three (see reverse side)

I hereby certify that the above is correct according to the records of this Court.

Date M[redacted] Clerk of Circuit Court, County of [redacted]