# EXHIBIT 4.17

PAGE:   1                       MECOSTA COUNTY SHERIFF'S OFC.                5431-96 A
COPY FOR: RECORDS/FILE              INCIDENT REPORT                      RUN TIME 10:24:10
                                    225 S. STEWART                       RUN DATE- 1/08/01
TELEPHONE:231-592-0150          BIG RAPIDS MI 49307

---

INCIDENT # -      5431-96A   FILE CLASS-52003/              STATUS-CLOSED
CITY/TOWN   - 010 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE     - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54   -009    ASST1: 54   -018
OCCURRED    -           00:00                                            ZONE-
REPORTED    - 8/26/96 21:56         RESPONSIBLE-54   -MECOSTA CO. SHERIFF OFC.
ARRIVED     -           00:00       RESPONDING -54   -MECOSTA CO. SHERIFF OFC.

---

NARRATIVE:

INITIAL INFORMATION:

On 8-26-96 at approximately 2156 hours, the U/S were dispatched to
the Marvin GABRION residence at 11415 5 Mile Road, reference a
shots fired complaint at that location.  Dispatch advised the U/S
that the complainant, Charles CASS, was a neighbor living across
the street.  Less than one hour before, the U/S had handled a
threats complaint involving Charles CASS and Marvin GABRION at
the Charles CASS residence (See Complaint #154-5427-96).

INVESTIGATION:

While enroute, the U/S requested Dispatch contact Charles CASS and
have him turn all his interior lights off and lock his doors.
Reference Complaint #154-5427-96 that was handled by the U/S
earlier in the evening, Marvin GABRION had threatened verbally to
kill Charles CASS.  CASS reported to Dispatch that GABRION returned
to his residence after the U/S had cleared the threats complaint
and were out actively searching for him, and had discharged a
firearm from within his apartment which overlooks the CASS residence.
Also dispatched to the scene were assisting deputies SONNTAG and
JOHNSON.

Upon arrival, same date, at approximately 2213 hours, the U/S
parked their patrol vehicle in front of the Charles CASS residence
on 5 Mile Road just out of sight of the Marvin GABRION residence
at 11415 5 Mile Road.  This location is east of the GABRION
residence.  Deputies SONNTAG and JOHNSON parked their patrol vehicle
west of the GABRION residence on 5 Mile Road.  The U/S found the
Charles CASS residence dark and quiet and took up positions on
the west side of the CASS residence directly across 5th Street from
the Marvin GABRION residence.  Deputies SONNTAG and JOHNSON took
up positions on the south side of the GABRION residence.

The U/S noted that several lights were on inside the upstairs
apartment of Marvin GABRION.  The U/S noted that there was loud
amplified music coming from the apartment and several times the
U/S viewed a subject walking around inside.

Approximately 4 to 5 minutes after the U/S had taken the above-
mentioned positions, Deputy CHAMBERLAIN heard what sounded like
a window either being opened or closed along the apartment's east
wall overlooking the Charles CASS residence across the street.
Deputy CHAMBERLAIN reported it was just moments later that a

Gabrion 007155

PAGE:   2                    MECOSTA COUNTY SHERIFF'S OFC.                    5431-96 A
COPY FOR: RECORDS/FILE              INCIDENT REPORT                    RUN TIME 10:24:10
                                    225 S. STEWART                    RUN DATE- 1/08/01
TELEPHONE:231-592-0150          BIG RAPIDS MI 49307

---

INCIDENT # -    5431-96A  FILE CLASS-52003/           STATUS-CLOSED
CL./TOWN  - 010 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE     - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54  -009     ASST1: 54  -018
OCCURRED   -         00:00                                                 ZONE-
REPORTED   - 8/26/96 21:56          RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED    -         00:00          RESPONDING -54   -MECOSTA CO. SHERIFF OFC.

---

NARRATIVE CONT:

firearm discharged from one of the three windows on the east side
of the apartment.  Neither Deputy WORKMAN nor Deputy CHAMBERLAIN
happened to see the blast from the discharged firearm, but from
the sound and the concussion from the discharge, the U/S were
left with the impression that the gun was discharged in the
direction of the CASS residence.

The U/S readjusted their positions because their positions were
illuminated by a street lamp at the intersection of 5th Street
and 5 Mile Road near the CASS and GARBRION residence.  Shortly
after hearing the discharge of the weapon, Deputy CHAMBERLAIN
observed a male subject, later identified as being Marvin GABRION,
peeking out of the upstairs apartment's eastside northernmost
window.  CHAMBERLAIN reported that the way GABRION was peeking
out the window was as if he was trying to hide his presence at
the window from the U/S.

After approximately 5 more minutes, Marvin GABRION suddenly appeared
near his parked vehicle outside the residence after exiting it
through the apartment's downstairs eastside main entrance door.
GABRION was carrying a flashlight and acted as if he was looking
and trying to summon a dog.  Deputy WORKMAN yelled across the street
to GARBRION ordering him to stand still and raise his arms while
illuminating him with his flashlight.  Deputies JOHNSON and SONNTAG
approached GABRION from the rear yard area.  Deputies WORKMAN and
SONNTAG patted down GABRION and discovered he was not carrying
any weapons on his person.

GABRION appeared to the U/S to be highly intoxicated.  He exhibited
red, bloodshot eyes, spoke in a slow stammered speech pattern, and
had poor balance.  He had a strong odor of intoxicants on his
breath and a moderate odor of intoxicants about his person. GABRION
told the U/S he had consumed only two beers earlier in the evening,
but acted as if he had consumed quite a bit more.  The U/S requested
that GABRION take a PBT test to which he complied with that request.
Deputy WORKMAN administered a PBT test using instrument #.B11472
at approximately 2258 hours with the result of .169% (a poor breath
sample).

Deputy WORKMAN asked Marvin GABRION if he was alone in the apartment
just prior to coming down the steps and meeting with the U/S.  He
stated he lived in the apartment alone and there was no one up there
at the present time and that no one had been there during the
entire evening.  GABRION admitted to the U/S to discharging two

Gabrion 007156

```
PAGE:   3                    MECOSTA COUNTY SHERIFF'S OFC.                5431-96 A
COPY FOR: RECORDS/FILE            INCIDENT REPORT                RUN TIME 10:24:10
                                    225 S. STEWART              RUN DATE- 1/08/01
TELEPHONE:231-592-0150            BIG RAPIDS MI 49307
```

```
INCIDENT # -      5431-96A   FILE CLASS-52003/          STATUS-CLOSED
CI./TOWN  - 010 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE    - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54  -009     ASST1: 54  -018
OCCURRED  -          00:00                                              ZONE-
REPORTED  - 8/26/96 21:56            RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED   -          00:00           RESPONDING -54  -MECOSTA CO. SHERIFF OFC.
```

NARRATIVE CONT:

shots from a bolt-action shotgun from within his apartment.  He told the U/S the shotgun was his and that it was presently upstairs in the apartment.  He pointed out the window that he shot the gun out of.  The U/S noted this was the same window that Deputy CHAMBERLAIN had indicated that he had observed GABRION peeking out of after hearing the shotgun discharge as mentioned above. GABRION told the U/S he had pointed the gun out of the window and shot it in the direction east of his residence, pointing to an area above the CASS residence.

When the U/S asked GABRION why he had shot the shotgun twice in the manner he had described above and in the direction he described above, he stated, "I wanted to make sure the gun worked."  GABRION then went on to explain that the shotgun did not discharge every time the trigger is pulled.  GABRION told the U/S he was not shooting at any animal or object, but simply shooting into the air and pointed to an area above the CASS residence located across 5th Street from his residence.

Marvin GABRION repeatedly asked the U/S if they wanted the shotgun. The U/S noted he specifically mentioned the U/S taking the shotgun and taking it to the M.C.S.D.  The U/S told GABRION that the U/S had to make a decision on how to handle this complaint with Deputy WORKMAN and Sgt. JOHNSON meeting briefly off to the side. Deputy WORKMAN then reapproached GABRION, advising him that he was being placed under arrest for the careless discharge of his firearm while in an obviously intoxicated state.  Deputy WORKMAN handcuffed GABRION with his hands behind his back, double locked, tightness tested.  After being handcuffed, GABRION told the U/S that he would not go with the U/S up into his apartment to retrieve the firearm.  GABRION was placed in the rear seat of patrol unit 5412 with Deputy CHAMBERLAIN standing guard over him.

Deputies SONNTAG, WORKMAN and Sgt. JOHNSON then went upstairs into the GABRION apartment where they found a 12-gauge bolt action shotgun with one unfired, 12-gauge round in the chamber, leaning up against the apartment's east bedroom wall near the window where the firearm was suspected of being fired from as indicated above in this report.  Sgt. JOHNSON unloaded the shotgun of its one unfired round inside the apartment.  Located on the floor directly in front of the window was a black plastic bag that had a fired 12-gauge shell laying on top along with an open box of Winchester brand 00 buckshot shells.  The cardboard box contained one (1) unfired 12-gauge shell.

Gabrion 007157

```
PAGE:    4              MECOSTA COUNTY SHERIFF'S OFC.                    5431-96 A
COPY FOR: RECORDS/FILE           INCIDENT REPORT              RUN TIME 10:24:10
                                 225 S. STEWART               RUN DATE- 1/08/01
TELEPHONE:231-592-0150           BIG RAPIDS MI 49307
```

```
INCIDENT # -    5431-96A  FILE CLASS-52003/            STATUS-CLOSED
C. /TOWN  - C10 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE   - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54  -009    ASST1: 54  -018
OCCURRED  -          00:00                                              ZONE-
REPORTED  - 8/26/96 21:56        RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED   -          00:00       RESPONDING -54  -MECOSTA CO. SHERIFF OFC.
```

NARRATIVE CONT:

Inside an open closet area located along the bedroom's south wall the U/S found another fired 12-gauge shotgun shell laying on the floor. All the above-mentioned shells were of Winchester brand and were stamped "OOB".

Deputy WORKMAN odor-tested both fired shells and reasoned that both were recently discharged. Deputy WORKMAN odor-tested the chamber area of the above-mentioned shotgun and also reasoned that this firearm was recently discharged. Deputy WORKMAN carried the shotgun, the above-mentioned fired and unfired shotgun shells, along with the cardboard box container as mentioned above, down to the parked patrol vehicle 5412, placed the items in its trunk. The U/S transported these items to the M.C.S.D. where they were logged in under Receipt #91-96 (See attached Property Receipt).

While in the above-mentioned bedroom where the weapon and shells were recovered, the U/S noted that the bedroom's eastside northernmost window had its upper left pane of glass out of it. The U/S feels this is where GABRION pointed the gun out of the window and discharged the firearm. The U/S noted this window overlooks the intersection of 5 Mile Road and 5th Street, including the Charles CASS residence. The U/S did put GABRION's small black-colored dog inside the apartment per his request and also secured the residence with an outside padlock on the residence's eastside ground level main entry door, per his request.

NOTIFICATIONS MADE:

Upon arrival at the Mecosta County Jail, Deputy WORKMAN did make telephone contact with complainant, Charles CASS. The U/S informed CASS that Marvin GABRION had been placed under arrest on a weapons charge.

The U/S did also summon to the M.C.S.D. Ass't. Prosecutor Peter JAKLEVIC. JAKLEVIC was given a short verbal report of the above-mentioned incident for his review. JAKLEVIC requested that a warrant request, along with the appropriate report be submitted to his office as soon as possible.

EVIDENCE:

Deputy CHAMBERLAIN logged in the below-mentioned items on a M.C.S.D. Evidence Sheet which was assigned receipt #91-96. Indicated

Gabrion 007158

```
PAGE:   5                    MECOSTA COUNTY SHERIFF'S OFC.            5431-96 A
COPY FOR: RECORDS/FILE            INCIDENT REPORT                 RUN TIME 10:24:10
                                  225 S. STEWART                  RUN DATE- 1/08/01
TELEPHONE:231-592-0150        BIG RAPIDS MI 49307
```

```
INCIDENT # -    5431-96A   FILE CLASS-52003/         STATUS-CLOSED
CI /TOWN  - 010 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE    - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54  -009     ASST1: 54  -018
OCCURRED   -          00:00                                              ZONE-
REPORTED   - 8/26/96 21:56        RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED    -          00:00       RESPONDING -54  -MECOSTA CO. SHERIFF OFC.
```

NARRATIVE CONT:

on the Property Receipt was one (1) Savage Arms Stevens Model 58-12 gauge bolt action shotgun with magazine.

Two (2) fired 12-gauge shells, Winchester brand marked Super X 00B shot.

Two (2) unfired 12-gauge shells, Winchester brand, marked Super X 00B Shot.

One (1) cardboard box package marked Winchester brand Super X 2 3/4" 00 buckshot. The above-mentioned items were stored in the Department's basement gun locker.

SCENE RE-EXAMINED:

On same date at approximately 0400 hours, the U/S returned to the intersection of 5th Street and 5 Mile Road. The U/S paced off the distance between the GABRION apartment and the Charles CASS residence located across the street from it. This distance was determined to be approximately 126 feet. The U/S noted that other residences in the area appeared to be well within the safety zone violation range. The U/S felt there was no way that a firearm could safely be discharged from the GABRION residence without endangering life or property of his neighbors.

It was later learned that C.O. Sgt. Henry JOHNSTON had received a telephone call from a neighbor across 5 Mile Road from the GABRION apartment reference the discharge of the firearm that had occurred during the U/S's presence at that location. The U/S noted that the residence directly across 5 Mile Road was also well within the safety zone violation. Sgt. JOHNSTON reported that this neighbor did not actually see the discharge of the firearm but reported that it did come from the GABRION residence.

STATUS:

Closed, pending review by the Mecosta County Prosecutor's Office and possible court action.

cc:  Prosecutor/Court.

Deputy L. WORKMAN #9, Deputy M. CHAMBERLAIN #27.

mlf  8-26-96

Gabrion 007159

```
PAGE:   6               MECOSTA COUNTY SHERIFF'S OFC.              5431-96 A
COPY FOR: RECORDS/FILE         INCIDENT REPORT             RUN TIME 10:24:10
                               225 S. STEWART             RUN DATE- 1/08/01
TELEPHONE:231-592-0150         BIG RAPIDS MI 49307
```
---
```
INCIDENT # -    5431-96A  FILE CLASS-52003/          STATUS-CLOSED
CI /TOWN  - 010 -HINTON TOWNSHIP LOCATION - 11415 5 MILE RD
OFFENSE    - 5213 WEAPONS-FIRING OF
MAIN BADGE: 54  -009    ASST1: 54  -018
OCCURRED  -         00:00                                        ZONE-
REPORTED  - 8/26/96 21:56       RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED   -        00:00         RESPONDING -54  -MECOSTA CO. SHERIFF OFC.
```
---

NARRATIVE CONT:

---

REPORTING OFFICER _____   DATE ___/___/___
     TYPIST - MLF          DEPUTY LANCE WORKMAN

REVIEWED BY _____   DATE ___/___/___

Gabrion 007160