# EXHIBIT 4.18

** LIMITED OFFICIAL USE **

SHU REVIEW

Date .......: December 3, 1999
Inmate .....: GABRION, MARVIN
Reg. No ....: 09184-055

Author .....: RONALD C. RIGGS, PH.D.
Title ......: PSYCHOLOGIST
Institution : FCI-MILAN

---

Inmate GABRION was placed in the Special Housing Unit on 11/05/1999.   In
accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate GABRION was housed in the Special Housing
Unit with a quarters assignment of ADMIN. DETENTION

Inmate GABRION was interviewed. Other staff members and/or available records
were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and
behavior do not suggest significant mental health
problems.

ADJUSTMENT ....... : Based on available information, current adjustment to
the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is
difficult and should be modified over time as
individual circumstances change.  Based on the inmate's
history, existing conditions, and other information
available at the time of the review, the current risk
of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and
should be modified over time as individual
circumstances change.  Based on the inmate's history,
existing conditions, and other information available at
the time of the review, the current potential for harm
to others is judged to be LOW.

COMMENTS:

Has concerns re: phone list.

Continues to request sleep meds.

Gabrion 037041

** LIMITED OFFICIAL USE **

SHU REVIEW

Date .......: January 4, 2000
Inmate .....: GABRION, MARVIN
Reg. No ....: 09184-055

Author .....: RONALD C. RIGGS, PH.D.
Title ......: PSYCHOLOGIST
Institution : FCI-MILAN

---

Inmate GABRION was placed in the Special Housing Unit on 11/05/1999.  In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate GABRION was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate GABRION was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change.  Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change.  Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

COMMENTS:

Inmate is now here for evaluation pursuant to a new case (murder).  No other changes noted.

Gabrion 037045

** LIMITED OFFICIAL USE **

SHU REVIEW

Date .......: February 4, 2000
Inmate .....: GABRION, MARVIN
Reg. No ....: 09184-055

Author .....: RONALD C. RIGGS, PH.D.
Title ......: PSYCHOLOGIST
Institution : FCI-MILAN

---

Inmate GABRION was placed in the Special Housing Unit on 11/05/1999.  In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate GABRION was housed in the Special Housing Unit with a quarters assignment of ADMIN. DETENTION

Inmate GABRION was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do. not suggest significant mental health problems.

ADJUSTMENT ........ : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change.  Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be MODERATE.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change.  Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

COMMENTS:

Mr. Gabrion shows some concern regarding an incident report which he states he received for threatening Dr. Tabeling in a written note sent to him.  He does not, however, show signs of suicidality or major mental illness.

Gabrion 037073

** LIMITED OFFICIAL USE **

                              SHU REVIEW

Date .......: March 3, 2000
Inmate .....: GABRION, MARVIN
Reg. No ....: 09184-055

Author .....: RONALD C. RIGGS, PH.D.
Title ......: PSYCHOLOGIST
Institution : FCI-MILAN

---

Inmate GABRION was placed in the Special Housing Unit on 11/05/1999.  In
accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate GABRION was housed in the Special Housing
Unit with a quarters assignment of ADMIN. DETENTION

Inmate GABRION was interviewed. Other staff members and/or available records
were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and
                      behavior do not suggest significant mental health
                      problems.

ADJUSTMENT ........ : Based on available information, current adjustment to
                      the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is
                      difficult and should be modified over time as
                      individual circumstances change.  Based on the inmate's
                      history, existing conditions, and other information
                      available at the time of the review, the current risk
                      of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and
                      should be modified over time as individual
                      circumstances change.  Based on the inmate's history,
                      existing conditions, and other information available at
                      the time of the review, the current potential for harm
                      to others is judged to be MODERATE.

COMMENTS:

Mr. Gabrion threw water on an officer yesterday; he may escalate in order to
have the desired effect.

Gabrion 037082

** LIMITED OFFICIAL USE **

                                    SHU REVIEW

Date ........: June 29, 2001
Inmate ......: GABRION, MARVIN
Reg. No .....: 09184-055

Author ......: CHARLES SPINAZOLA, PH.D.
Title .......: PSYCHOLOGIST
Institution : FCI-MILAN

---

Inmate GABRION was placed in the Special Housing Unit on 05/31/2001. In accord with Discipline and SHU policy, a psychological review was conducted.

At the time of this review, inmate GABRION was housed in the Special Housing Unit with a quarters assignment of DISC. SEGREGATION

Inmate GABRION was interviewed. Other staff members and/or available records were consulted as necessary and appropriate.

The findings of this review are:

MENTAL STATUS ..... : Current mental status, emotional expression, and behavior do not suggest significant mental health problems.

ADJUSTMENT ....... : Based on available information, current adjustment to the Special Housing Unit appears to be SATISFACTORY.

THREAT TO SELF .... : Precise prediction of self-injurious behavior is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current risk of self-harm is judged to be LOW.

THREAT TO OTHERS .. : Precise prediction of dangerousness is difficult and should be modified over time as individual circumstances change. Based on the inmate's history, existing conditions, and other information available at the time of the review, the current potential for harm to others is judged to be LOW.

COMMENTS:

Inmate stated that he heard voices IN HIS HEAD telling him to write on his forehead. He tried his best to act in a manner which he believed was indicative of someone who was "crazy." It is my opinion that this inmate has a combination of several severe personality disorders.

Gabrion 037100

SECTION 2 - PROVISIONAL § 3621(E) ELIGIBILITY - TO BE COMPLETED ONLY IF THE INMATE HAS COMPLETED OR QUALIFIES FOR THE RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM.
FOR RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM GRADUATES TO BE ELIGIBLE FOR EARLY RELEASE, THEY MUST (DAPC must initial):

    __X__        NOT BE AN INS DETAINEE.

    __X__        NOT BE A PRE-TRIAL INMATE.

    __X__        NOT BE A CONTRACTUAL BOARDER.

    __X__        NOT BE AN "OLD LAW" INMATE.

    __X__        NOT HAVE A CURRENT CRIME THAT IS AN EXCLUDING OFFENSE IN BOP CATEGORIZATION OF OFFENSES POLICY (Mark an 'X' in the appropriate block below).

            __X__   NOT A CRIME OF VIOLENCE AS CONTAINED IN BOP CATEGORIZATION OF OFFENSES POLICY.

            __X__   NOT AN EXCLUDING CRIME BY THE DIRECTOR'S DISCRETION IN CATEGORIZATION OF OFFENSES POLICY

    __X__        NOT HAVE ANY PRIOR FELONY OR MISDEMEANOR ADULT CONVICTION FOR HOMICIDE, FORCIBLE RAPE, ROBBERY, AGGRAVATED ASSAULT, OR SEXUAL ABUSE OF CHILDREN.

    __X__        UNDERSTAND THAT NEARING THE TIME OF YOUR RELEASE, THE WARDEN WILL DETERMINE IF YOU ARE ELIGIBLE FOR TRANSFER TO A COMMUNITY-BASED PROGRAM. IF YOU ARE NOT ELIGIBLE, YOU CANNOT COMPLETE THE COMMUNITY TRANSITIONAL SERVICES PORTION OF THE DRUG PROGRAM, AND THEREFORE, YOU MAY NOT RECEIVE A § 3621 (e) RELEASE.

MY CURRENT ASSESSMENT, IN CONSULTATION WITH YOUR UNIT TEAM, IS THAT IT ~~DOES~~ / __DOES NOT__ APPEAR THAT YOU ARE PROVISIONALLY ELIGIBLE FOR AN EARLY RELEASE. IF NOT, LIST ALL THE REASON(S):
Comments:



IF APPLICABLE, I UNDERSTAND THAT A DETERMINATION OF EARLY RELEASE FOR ME IS PROVISIONAL, MAY CHANGE, AND DEPENDS ON CONTINUED POSITIVE BEHAVIOR AND SUCCESSFUL PARTICIPATION IN ALL COMPONENTS OF THE PROGRAM, INCLUDING COMMUNITY TRANSITIONAL SERVICES.
INMATE'S SIGNATURE _____
(indicate if refused to sign)
cc: Drug Abuse Treatment File
Unit Team (place in section 4 of inmate central file)

Gabrion 036829

BP-S324.052 WORK PERFORMANCE    ING - INMATE CDFRM
AUG 94
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| GABRION , M. | 09184-055 | F2 |

| Evaluation Period | Work Assignment |
|---|---|
| FEBRUARY 99 | ORDERLY F2 |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best staement in each area. Base your rating on
the inmate's overall performance for the rating period--neither the
inmate's best day nor worst day--as compared to what is expected of a
satisfactory worker in the assignment.

A. QUALITY OF WORK
   1. Unsatisfactory. Makes more errors than should for this level of
      training. Work must be redone.
   2. Fair. Careless; makes mistakes and does not check work. Should do
      better work.
   3. Satisfactory. Makes some mistakes but no more than expected at this
      level.
   4. Good. Makes fewer mistakes than most inmates at this level of
      training. Does Journeyman level work.
   5. Outstanding. Does superior work

B. QUANTITY OF WORK
   1. Unsatisfactory. Lazy, wastes time, goofs off.
   2. Fair. Does just enough to get by. Has to be prodded occasionally.
   3. Satisfactory. Works steadily but does not push self.
   4. Good. Willing Worker. Does a full day's work and wastes little time.
   5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
   1. Unsatisfactory. Always waits to be told what to do. Needs help
      getting started.
   2. Fair. Usually relies on others to say what needs to be done.
   3. Satisfactory. Can adapt to changes in routine. Will start work
      without waiting to be told.
   4. Good. Can plan own work well. Acts on own in most things. Doesn't
      wait to be told what to do.
   5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
   1. Poor. Shows no interest in job. Regards job as a drag or waste of
      time.
   2. Fair. Shows minimal interest but not very eager to learn.

                                                    Continued below
(This form may be replicated via WP)        Replaces front-side to BP-324, OCT 84

Gabrion 036824