# EXHIBIT 4.19

6.    A brief review of the social security records - Marv first received benefits in 1992. He did not receive any SSI benefits of any other kind of benefits prior to 1992. His first to payees were ███████████ and ██████████. Subsequent to that time, his Mother, Elaine Gabrion, became his payee. According to Jim and the records he saw on the computer, there is no indication that Mike was ever his payee. We agreed to discuss these matters further prior to our trip to Grand Rapids the week of January 15th.

Gabrion 019005