# EXHIBIT 4.20

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT REPORT 0079 | SUPPLEMENTARY DATE | FILE CLASS |
| | Wed, Jul 22, 1998 | 09001 |

MCHENRY stated he came into town with his family a couple weeks later to visit and learned that WAYNE DAVIS was missing and not to be found.

MR. MCHENRY stated WAYNE DAVIS' disappearance was inconsistent with his normal pattern and believes that foul play was involved. Subject expressed his belief that MARVIN GABRION undoubtedly killed WAYNE DAVIS to prevent his testifying on the rape case.

MCHENRY stated that MARVIN GABRION has always been an abnormal person, and he believes GABRION has been killing people on other occasions. Names of people or dates of occurrences were unknown to him; he just based this belief on MARVIN'S behavior. Subject also added that Marvin was always burying something somewheres and would hire people to help him dig holes.

Subject claimed his last contact with DAVID GABRION was six months prior. He has known DAVID GABRION for over 15 years. At one time he used to work with DAVID GABRION by cutting firewood. He claimed the sighting of DAVID GABRION was at a friends, known as FLOYD WISMAR, where GABRION has been staying.

KEITH MCHENRY stated over 15 years ago he had two separate fights with MARVIN GABRION, in which he had to take drastic action to escape both incidences. On the one occasion, he was in the back end of a pickup truck, where MARVIN started the fight. He had to escape the fight by jumping from the moving vehicle. The other occasion involved a fight in which he had to use a ball bat and he struck MARVIN very hard on the head. He described MARVIN as crazy and an abnormal person.

MCHENRY estimated it was five or perhaps six years ago that he last saw MARVIN, that being in the White Cloud area, and he hadn't spoken to MARVIN by telephone.

Subject claimed no information that MARVIN had confided to anyone that he was responsible for the murders.

Subject initially stated he had no telephone contact with DAVID GABRION. However, changed his position and stated he may have called during the summer 1997, two or three times to his current address in Grand Haven to solicit him to go to work.

MCHENRY expressed his belief that the subjects MARK DUKE, or possibly young MIKE GABRION, would be the two people most likely to help MARVIN GABRION, in committing a murder or disposing of bodies. Subject stated that MIKE GABRION, a nephew, had a long time history of associating with his uncle. He could recall when MIKE GABRION was 9-years-old and would constantly keep company with MARVIN.

Subject also expressed his belief that if DAVID GABRION had knowledge her wouldn't talk about the murder due to the family situation. DAVID GABRION has never implied to him that he has knowledge of the

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 3 of 4 | D/SGT. RICHARD C MILLER #75 | | |

**0002108**

Gabrion 003878

Also knows Velda.

**7461 1 19 99** Sara Timmermann moving to North Carolina with boyfriend Russell Dewayne Coby, lna 2130 E. 108th , Grant MI. Not telling mother of her location. Will keep in touch through father Tim Timmerman.

**7462 1 26 99** Lawrence Alva Graham III 9-21-68, lna 523 Neetherfield Str. Comstock Park, MI. Lived with Gabrion in 94-95. They wer both heavy drinkers at the time, thus creating a common bond. Shared a house with Brian Campbell. Knew that Gabrion had been involved in an accident on 17 mile road in Algoma. Gragham testified about where Gabrion lived before the accident. Lived on a two=-track roadway, between two lakes, One of the lakes was adjacent to the aactual home. The home was dexcribed as being old and bronw, wooden color. (this corresponds to the home located at Little Twin Lake, Basswood Dr. Everett. Tsp.) After the accident, he became aware that Gabrion was more and more abnormal, and he considered him just wierd. They had rented a home on 34th St. Wyoming, near the Clye Park Rd. intersection. Fight over rent. Last saw Gabrion in 96. also knows Shane Timmerman.

**7463 1 28 99** Welfare fraud, Marvin having a cellular phone under his father's name.

**7466 2 4 99** Lawrence Brian Campgell, 4550 USA Way Dr., Rockford, MI. See Graham at 7462. Does not know much. Gabrion known to possess a shotgun and possibly a pistol. Gabrion had offered him and Graham $80.00 a piece to assault a man, reason or his identiity not known asthey refused the offer.

**7470 3 16 99** Gary Cartwright, contacted at his employment, Southern Grafic Sysytems, 4582 Wayne Rd. Battle Creek, MI tel 616 965 3999. Last contact with Marvin was ten years ealier. Marv arrived in Battle Creek with a vehicle filled sith sotlen firearms and other items, attempted to sell such however Cartwright refused.

**7474 3 23 99** Msp behavioral sciences unit given copy of letter soliciting funds for No More Missing Children to analyze marvin's emotional makeup.

**7476 3 29 99** Dennis Cartwright - recalls Gabrion coming to his work in Big Rapids in late 96 early 97 talking about the rape charge and threatening to kill the fat bitch. Others allegedly overheard that exchange. Marvin had been drinking. Dennis Cartwrignt was killid in a one car accident in 1999.

**7481 3 30 99** Kori Thomas is somehow related to Lori Gabrion. During 1997 she was separated from her husband and her 15 year old nephew, Michael Gabrion was staying with her. Marvin called all the time to talk to Michael. February 1997.She considered Marvin abnormal. Marvin appeared at Lori's once, intoxicaated in the middle of the night and attempted toget in bed with her. Her dog disappeared the next day. Rpoerted all of this to the police. Marvin started stalking and threatening her. Said he would hide her body and it would never be found. Extemely frightened of Mar.

**7486 4 7 99** Cannot find any record of the 84 Ford Ranger

**7495 - 7596** National Center for Missing and Exploited Children, 2101 Wilson Blve, STE 550 Arlington, Va Tips on Shannon sightings.

Gabrion 009168

ORDER BY FORM NO. CSUA 1 (REV. 1983)
FROM DOUBLEDAY BROS. & CO., KALAMAZOO, MI

## JAIL INMATE RECORD

| LAST NAME | FIRST | MIDDLE | | CRIME CLASS | COMPLAINT NO. | INMATE NO. |
|---|---|---|---|---|---|---|
| GABRION, | MARVIN CHARLES | JR. | | | 21588 | D-4114 |

| NICKNAME OR ALIAS | CHARGE | STATUTE |
|---|---|---|
| NONE | O.U.I.L.  2nd | |

| ADDRESS | LOCATION OF CRIME |
|---|---|
| PO BOX 251 192 nd st Hesperia | NEWAGO CO. |

| RESIDENCE PHONE | PREVIOUS ADDRESS | ACCOMPLICE (NAME) |
|---|---|---|
| NONE | PO BX 212 192nd Hesperia | |

| OPER. OR CHAUF. LICENSE NO. | SOCIAL SECURITY NO. | WHERE ARRESTED? |
|---|---|---|
| G-165 585 115 802 | 378 60 0115 | |

| PLACE OF BIRTH | DATE OF BIRTH | RACE | SEX | AGE | CITIZEN-SHIP | PREVIOUSLY ARRESTED (WHERE?) |
|---|---|---|---|---|---|---|
| michigan | 10-18-53 | CAUC | M | 31 | U.S. | |

| HEIGHT | WGT. | EYES | HAIR | COMPLEXION | SIGNATURE OF ARRESTING OR TRANSPORTING OFFICER |
|---|---|---|---|---|---|
| 6'0 | 190 | blu | brn | Med. | |

| BUILD | SCARS OR MARKS | ARRESTING AUTHORITY |
|---|---|---|
| Med | NONE | SHERIFF   STATE POLICE   CITY POLICE   OTHER |

| MILITARY SERVICE | SERVICE NO. | SIGNATURE OF BOOKING OFFICER | DATE | TIME |
|---|---|---|---|---|
| ARMY   NAVY   OTHER   (NONE) | N/A | Craig Bird | 8-27-85 | 0200 |

| DRAFT CARD IN POSSESSION? | PRISONER CAN: | FINGER PRINTS | DATE | PHOTO TAKEN? | DATE |
|---|---|---|---|---|---|
| YES   (NO) | READ Y WRITE Y | (YES) NO Prior 8-27-85 | (YES) NO Prior |

| MARITAL STATUS | NO. OF CHILDREN | LOCATION IN JAIL |
|---|---|---|
| (SINGLE)   MARRIED   DIVORCED | NONE | TANK  #1 |

| OCCUPATION | EMPLOYER'S NAME AND ADDRESS |
|---|---|
| | |

| MAKE OF CAR (IF ANY) | YEAR | COLOR | MODEL | LICENSE NO. | SHERIFF: | COUNTY |
|---|---|---|---|---|---|---|
| DATSON | 79 | BLACK | 2Dr | | RON L VOS | NEWAGO |

| INSURANCE CO. POLICY NO. | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|
| ARE YOU NOW UNDER A DOCTOR'S CARE? | | X | | ARE YOU SUBJECT TO EPILEPTIC SEIZURES? | | X |
| ARE YOU SUBJECT TO BLACKOUTS OR FAINTING SPELLS? | | X | | ARE YOU A DIABETIC? | | X |
| ARE YOU A NARCOTICS USER? | | | X | DO YOU REQUIRE ANY SPECIAL MEDICATION? | X | |

EXPLAIN ANY "YES" ANSWERS WHEN POSSIBLE
LOWER BACK PROBLEMS,  BLACKOUTS   ( TALLMANS )   Pers. Drug

### WARRANT ARRAIGNMENT

| APPEARED BEFORE | DATE |
|---|---|
| | |

DISPOSITION

NIC FILE 8-27-85

| COURT | APPEARED BEFORE (JUDGE) | DATE | DISPOSITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| BOND SET $500.00 CAsh to appear 78th DC @ 0900 | TRIAL BY:   JUDGE 8-29-85 | JURY |
|---|---|---|

| VERDICT:   GUILTY   NOT GUILTY   OTHER | | DATE |
|---|---|---|

| DISP. DATE | PRISON TERM | PROB. TERM | JAIL TERM | FINE | COSTS | OVERSIGHT | RESTITUTION | SUPPORT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

REASON FOR RELEASE FROM JAIL  Bond Posted

6 02
0010572

Gabrion 006037

ORDER BY FORM NO. CSUA 1 (REV. 1983)
FROM DOUBLEDAY BROS. & CO., KALAMAZOO, MI

# JAIL INMATE RECORD

| LAST NAME  FIRST  MIDDLE | | CRIME CLASS | COMPLAINT NO. 21769 | INMATE NO. D-4114 |
|---|---|---|---|---|
| GABRION, Marvin Charles Jr. | | | | |

NICKNAME OR ALIAS: None

CHARGE: OUIL 2nd    STATUTE:

ADDRESS: 950 Pierce Dr., White Cloud, Michigann

LOCATION OF CRIME: Echo Dr., (alley Lake)

RESIDENCE PHONE: N/a    PREVIOUS ADDRESS: 2498 s. 4th St., Phoenix, Ari.

ACCOMPLICE (NAME): None

OPER. OR CHAUF. LICENSE NO.: G 165-585-115-802    SOCIAL SECURITY NO.: 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

WHERE ARRESTED?: Echo Dr.

| PLACE OF BIRTH | DATE OF BIRTH | RACE | SEX | AGE | CITIZEN- | PREVIOUSLY ARRESTED (WHERE?) |
|---|---|---|---|---|---|---|
| Michigan | 10-18-53 | W | M | 31 | USA | NCSD |

SIGNATURE OF ARRESTING OR TRANSPORTING OFFICER

| HEIGHT | WGT. | EYES | HAIR | COMPLEXION |
|---|---|---|---|---|
| 6-0 | 190 | Blu | Bro | Fair |

ARRESTING AUTHORITY: (SHERIFF)  STATE POLICE  CITY POLICE  OTHER

| BUILD | SCARS OR MARKS |
|---|---|
| Medium | Scars on forehead & chin |

SIGNATURE OF BOOKING OFFICER    DATE 10-13-85    TIME 1035

| MILITARY SERVICE | SERVICE NO. |
|---|---|
| ARMY  NAVY  OTHER  (NONE) | |

FINGER PRINTS (YES)  NO  10-13-85    PHOTO TAKEN? YES (NO)  DATE Prior

| DRAFT CARD IN POSSESSION? | PRISONER CAN: |
|---|---|
| YES (NO) | READ Y  WRITE Y |

| MARITAL STATUS | NO. OF CHILDREN |
|---|---|
| (SINGLE)  MARRIED  DIVORCED | 0 |

LOCATION IN JAIL: DETOX CELL

OCCUPATION: Lineman

EMPLOYER'S NAME AND ADDRESS: IBW 876, Grand Rapids, Michigan

| MAKE OF CAR (IF ANY) | YEAR | COLOR | MODEL | LICENSE NO. | SHERIFF: | COUNTY |
|---|---|---|---|---|---|---|
| Dodge | 80 | RED | 2 DR | UNK | RON L VOS | Newaygo |

INSURANCE CO. POLICY NO.:

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| ARE YOU NOW UNDER A DOCTOR'S CARE? | X | | ARE YOU SUBJECT TO EPILEPTIC SEIZURES? | | | |
| ARE YOU SUBJECT TO BLACKOUTS OR FAINTING SPELLS? | | / | ARE YOU A DIABETIC? | | | |
| ARE YOU A NARCOTICS USER? | | | DO YOU REQUIRE ANY SPECIAL MEDICATION? | | | / |

EXPLAIN ANY "YES" ANSWERS WHEN POSSIBLE
Lacerations on forehead and chin from PI-A

## WARRANT ARRAIGNMENT

APPEARED BEFORE    DATE

DISPOSITION

Nil File. 10-13-85.

| COURT | APPEARED BEFORE (JUDGE) | DATE | DISPOSITION |
|---|---|---|---|
| 78th | Fassbaugh | 10-14-85 | Bond raised to $5,000 ae 10% Cash |
| | | | Need $1050 more CASH |
| | | | Pre Trial 10-30-85  1130 |

BOND SET $ Cash 10-14-85  9:30 am 78th DC

TRIAL BY:  JUDGE    JURY

| VERDICT: | GUILTY | NOT GUILTY | | DATE |
|---|---|---|---|---|
| | OTHER | | | |

| DISP. DATE | PRISON TERM | PROB. TERM | JAIL TERM | FINE | COSTS | OVERSIGHT | RESTITUTION | SUPPORT |
|---|---|---|---|---|---|---|---|---|

REASON FOR RELEASE FROM JAIL
Bonded out  10-13-85

TIME SERVED    FINES AND COSTS PAID AT JAIL

9
0010567

Gabrion 006039

ADDITIONAL COURT DATA

| COURT | APPEARED BEFORE | DATE | DISPOSITION |
|---|---|---|---|
| 10-14-85 | *[signature]* | 1110 | $3.61, Vit. E, $28 in Food Stamps |
| Pompeet 10-14-85 | Marie Jarvis | 1715 | Allowed keep Wallet, Keys Comb Blk Jeans, White Shirt, Tennis Shoes, Blk Jacket, Pocket Knife |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RELEASING PARTICULARS

| TO ARMED SERVICES | SIGNATURE AND TITLE | | DATE | TIME |
|---|---|---|---|---|
| OTHER: | SIGNATURE AND TITLE | | DATE | TIME |
| NAME OF STATE INSTITUTION | NAME OF CONVEYING OFFICER | | DATE | TIME |

INMATE'S PERSONAL PROPERTY

CASH 405.66 MCF    WATCH No    RING(s) No    WALLET Blu + Red    OTHER Minolta Camera,

CLOTHING Set keys, lighter, $-1 dollar Food coupons, Grey Tennis Shoes, Blk Jacket, Grn Shirt, Blu Jeans

THE ABOVE REPRESENTS ALL THE CASH AND OTHER VALUABLES TURNED OVER TO THE SHERIFF'S DEPARTMENT OF THIS COUNTY AT THE TIME OF MY ADMITTANCE.

I FURTHER AUTHORIZE THE SHERIFF OF THIS COUNTY OR HIS REPRESENTATIVE TO OPEN ALL MAIL AND PACKAGES DIRECTED TO ME AS LONG AS I AM A PRISONER IN THIS JAIL.

| SIGNATURE OF PRISONER | | DATE 10-13-85 | TIME 1035 |
|---|---|---|---|

| NAME OF A RELATIVE | ADDRESS OF RELATIVE | | |
|---|---|---|---|

I HAVE HAD THE OPPORTUNITY TO CONTACT MY FAMILY OR COUNSEL:

| SIGNATURE OF PRISONER | | DATE 10-13-85 | TIME 1035 |
|---|---|---|---|
| SIGNATURE OF PRISONER AT RELEASE | | DATE | TIME |
| I HAVE RECEIVED THE BALANCE OF MONIES AND ALL OTHER PERSONAL PROPERTY LISTED ABOVE | SIGNATURE OF RELEASING OFFICER | DATE | TIME |

0010568

Gabrion 006040

CIRCLE THE APPROPRIATE SELECTION

ORIGINAL

**State of Michigan**
**OFFICIAL TRAFFIC ACCIDENT REPORT**
JD-10 (Rev. 11-83)

Department Name: NEWAYGO Co. SHERIFF
LEIN Number: 162
Department Complaint No. 162-3232-85
DO NOT USE

| County No. | City No. | Twp. No. | Section No. | Day of Week | Accident Date: Mo/Da/Yr | Time |
|---|---|---|---|---|---|---|
| 62 | | 22 | 2 | S (M) T W T F S | 10-13-85 | 6:45 A.M. |

On: Echo Dr.   1  (Ft/MI) N S E (W)   Intersection: CENTERLINE Rd.

**WEATHER**
(1) Clear or Cloudy  3 Rain
2 Fog  4 Snow

**LIGHT**
1 Day  3 Street Lights
2 Dawn or Dusk  (4) Dark

**ROAD SURFACE**
(1) Dry  3 Snowy or icy
2 Wet  4 Other

**TOTAL LANES** 2
1 Divided
2 Limited Access
3 Other

Y (N) Construction Zone
(Y) N Investigated at Scene

Total No. Vehicles: 1

### Vehicle/Driver No. 1

| State | Driver's License | DOB: Mo/Da/Yr | Hazardous Action Number | Citation Charge | HBD | Test | Helmet |
|---|---|---|---|---|---|---|---|
| MI | G165 585 115 802 | 10-18-53 | 9 | O.U.I.L. /Bac N/36 | (Y) N | .14 | Y (N) |

Driver's Name: First MARVIN  M. CHARLES  Last GABRION
Address: 950 PIERCE Dr.  City: WHITE Cloud  State: MI  Age: 31  Sex: M  Inj: B

| Year | Make No. | Type | Trailer | Reg. | Yr/State | VIN | Removed to/by |
|---|---|---|---|---|---|---|---|
| 80 | 015 | 1 | D | NONE | | 4M24JA1204863 | GERRITS WRECKER |

(Y) N Haz. Citation   (Y) N Driver Re-exam   Y (N) Vehicle Defect   Y (N) Fuel Leakage
(Y) N Other Citation   Y (N) Vision Obstruct.   Y (N) Vehicle Drivable   Y (N) Vehicle Fire

Impact 1  Severity 4

Truck Cargo: Y N Cargo Spillage
Cargo Description

Class: GABRION

Restraints by occupants pos.

| | | | Name | Address | Pos. | Age | Sex | Inj. | Helmet |
|---|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | | | | | | | Y N |
| 4 | 5 | 6 | | | | | | | Y N |

Total occupants: 1

Local Use/Owner, Phone: N/P   Insurance Co.   Agency Address   Injured taken to/by

### Vehicle/Driver No. 2

| State | Driver's License | DOB: Mo/Da/Yr | Hazardous Action Number | Citation Charge | HBD | Test | Helmet |
|---|---|---|---|---|---|---|---|
| | | | | | Y N | | Y N |

Driver's Name: First  M.  Last  Address  City  State  Age  Sex  Inj.

| Year | Make No. | Type | Trailer | Reg. | Yr/State | VIN | Removed to/by |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Y N Haz. Citation   Y N Driver Re-exam   Y N Vehicle Defect   Y N Fuel Leakage
Y N Other Citation   Y N Vision Obstruct.   Y N Vehicle Drivable   Y N Vehicle Fire

Impact  Severity

Truck Cargo: Y N Cargo Spillage
Cargo Description

Class

Restraints by occupants pos.

| | | | Name | Address | Pos. | Age | Sex | Inj. | Helmet |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | | | | | | | Y N |
| 4 | 5 | 6 | | | | | | | Y N |

Total occupants

Local Use/Owner, Phone   Insurance Co.   Agency Address   Injured taken to/by

### ACCIDENT DESCRIPTION AND REMARKS (*Explain)

North

Power Pole

Echo Dr.

Include All Traffic Control Devices

Vehicle #1 WAS WEST BOUND ON Echo Dr. WHEN DRIVER LOST CONTROL IN CURVES, LEFT THE ROADWAY & STRUCK A POWER POLE. ACCIDENT WAS NOT REPORTED BY DRIVER, IT WAS REPORTED BY A PASSER BY. UPON ARRIVAL R/o OBSERVED DRIVER ATTEMPTING TO PULL THE VEHICLE AWAY FROM THE SCENE WITH ANOTHER VEHICLE. ARRESTED FOR O.U.I.L.

Accid. Date - Mo/Da/Yr: 10-13-85
Department Complaint No.: 162-3232-85

med: Mo/Da/Yr  Time  A.M. Investigators
10-17-85  7:11  M-AA-D

Badge No.

Damaged Property Other Than Vehicles

Road Align. / Traffic / Road Loc. / Acc. Type / Where / How / Tags / Road Def. / 1 Veh. Def. / 1 Vision Ob. / 2 Veh. Def. / 2 Vision Ob. / MALI / Coder

11546

Gabrion 006042

State of Michigan    STANDARD CRIME REPORT

04
UD-101 (10-83)

*[Standard crime report coded-field grid — boxes for Form, Venue County/City/Twp, Domestic, Primary Full Class, Attempt, Local, Reporting Juris No., Incident Number, Fatal Year, etc. Partially legible coded entries.]*

**SEX:**
1. MALE    7. BUSINESS
2. FEMALE    8. UNKNOWN

**RACE:**
1. WHITE    3. BLACK    6. JAPANESE
2. HISPANIC    4. INDIAN    8. ALL OTHER
5. CHINESE    9. UNKNOWN

| TIME RECEIVED: | AM | PM | LOCATION OF INCIDENT: |
|---|---|---|---|
| 6:50 | X | X | Echo Drive - 1 Mile West of Centerline |

| COMPLAINT/VICTIM NAME | ADDRESS | TELEPHONE |
|---|---|---|
| Deputy Mercer | 300 Williams, White Cloud, MI | 689-6623 |

**NATURE OF INCIDENT**

10-50 P.I. - O.U.I.L.

**INFORMATION**

LINDA GERBER from 713 Post Road, White Cloud. called this office and stated that she picked up a man that had been involved in an accident near Alley Lake on Echo Drive. She stated she gave him a ride to his residence on Pierce Drive near Robinson Lake.

R/O arrived at the scene about 7:30 a.m. and observed MARVIN GABRION attempting to tow a damaged 1980 Dodge Colt with a 1974 I.H.C. Reg. 894NTZ. Gabrion had pulled the Colt about 150 Ft. from the accident scene. Gabrion had dried blood on his forehead and chin. R/O asked Gabrion what he thought he was doing? He stated he was trying to get his vehicle home. R/O observed a strong odor of alcoholic beverages on Gabrion's breath. Gabrion was slurring his words and staggering. R/O did not ask Gabrion to do physical soberiety test dut to injuries.

R/O callad for Deputy Sutton to bring a P.B.T. to the scene.

Deputy Sutton arrived at 8:00 A.M. and administered a P.B.T. Test the results were .17 & .14.

R/O placed Gabrion under arrest for O.U.I.L. and took to Newaygo County Sheriff's Department, where Deputy Babcock administered a Breathalyzer Test. Results were .14 and .13.

R/O then took Gabrion to Gerber Memorial Hospital where he received stitches in the chin and finger, was then lodged at Newaygo County Sheriff's Department.

R/O ran a driving record check. Gabrion was convicted on 8-14-83 for O.U.I.L. See attached L.E.I.N. Sheet.

STATUS: T.O.T. Prosecutor for 2nd offense O.U.I.L. Warrant.

| PAGE | INVESTIGATED BY | REVIEWED BY | PROPERTY CLASS: |
|---|---|---|---|
| 1 | MERCER #24 SUTTON #37    jm | | 1. CURRENCY, NOTES, ETC.  9. FIREARMS  2. JEWELRY AND PRECIOUS METALS  10. OTHER WEAPONS |

11542

Gabrion 007628