# EXHIBIT 4.21

*Michael F. Abramsky, Ph.D., P.C.*

DIPLOMATE AMERICAN BOARD OF PROFESSIONAL PSYCHOLOGY

David +.
Jim
F.Y.I.

P.LM.

111 SOUTH OLD WOODWARD, SUITE 246
BIRMINGHAM, MICHIGAN 48009-6105
(248) 644-7398
FAX (248) 644-3261

December 14, █████

Neil H. Fink
Attorney at Law
185 Oakland Avenue
Suite 250
Birmingham, MI 48009

Re: ████████████

Dear Mr. Fink:

I have completed a comprehensive psychological evaluation and presentence evaluation of ████ ████ To this end, I clinically interviewed ████ on April 21, ████ for two and a half hours. That clinical interview went toward examining ████████ presenting problem, namely the ██████ he participated in, the history and context of the problem and ██████ mental state at the time the problem occurred. I also I completed a current mental status evaluation. I was well aware of ██████ history, having treated ████ several years before because of other psychiatric difficulties but not had seen him as a patient for four years. Subsequent to this clinical interview, I interviewed ██████ wife, father and mother in my office on May 11, ████. I questioned them about changes in ██████ behavior, their understanding of the precipitant for this incident, whether ████ had been taking medication, drinking, abusing drugs or whether they noticed any aberrant mental state in ███n. I questioned his wife extensively about their relationship and changes she had seen in ██████████.

Subsequently, I referred ████ to a colleague, John J. Blaze Ph.D., a clinical neuropsychologist. Dr. Blaze administered a battery of neuropsychological tests to ████ to determine the possibility of underlying organic pathology and forwarded a report to me on September 10, █████

Subsequently, I also had his parents gather and forward to me past hospital and school records and I reviewed these.

The following report and recommendations have been generated from the data sources mentioned above.

**0011309**

Gabrion 011412

BEHAVIORAL OBSERVATIONS

At the time seen, ██████████ was █ years old. He was initially evaluated at the ████ County Jail, where he was being held. He presented himself in standard prison garb and appeared to have adequate hygiene.

Psychological testing and clinical information suggested that ████ was a highly reliable informant. I was able to cross validate information he supplied to me with his parents and wife and at all times the statements he made to me appeared to be supported by outside observers. In addition, the psychological testing I had reviewed in the past and in the present was valid, indicating that ████ did not exaggerate psychiatric symptomology, did not attempt to mitigate normal psychological problems and attempted to present his psychological status in an accurate way. All indications are that ████ is basically a truthful individual, non-deceptive and even somewhat naïve in being unguarded in making statements about himself and others.

Cognitively, at least from a superficial look, ████ was intact. I saw no evidence of delusions, hallucinations or loose associations. His train of thought was logical and linear. He was able to process my questions and give clear on point replies. There does not appear to be cognitive distortion.

Affectively ████ presented himself as somewhat hyperactive, nervous and depressed. As had been my past experience with ████, I found that he handled stress poorly, tended to become agitated easily and at that point impulsive and non-reflective. He presented himself as somewhat hyperactive and nervous and I had to be spend time trying to calm him. He also appeared to be confused, guilt ridden and upset about what he had done and in reflection, somewhat baffled about the rashness of his actions and the obvious stupidity, both in planning what he had done and its execution and consequences.

Overall, I observed ████ to be somewhat hyperactive, agitated, but certainly evidencing no signs of psychosis.

PRESENTING PROBLEM

I asked ████ to describe to me how this current problem occurred.

**0011310**

Gabrion 011413

According to ████, he had been into gambling for the last year. He began playing a high stake card games in Windsor and Las Vegas and initially won a great deal of money. According to ████, he initially won $80,000, put the money in a safe deposit box, then went to Las Vegas and lost $30,000. Over time he continued to gamble and unsurprisingly lost it all.

Subsequently, he began borrowing money from his father, lost that money, borrowed money from a friend, lost it and ultimately found himself to be in debt. He was approximately $20,000 in debt.

According to ████, he began having fantasies about how to get his money back and to pay off the debts. He went through numerous rash fantasies, each time becoming more and more confused and desperate.

Concomitantly, his relationship with his wife was deteriorating. She felt ignored and told him that he needed help. He agreed, but felt that he would get such help after he paid the money back.

He began having nightmares wherein he saw himself or thought about losing money and owing people money. Subsequently, on ████████ ████, he did not sleep and this followed several nights of disrupted sleep.

He states that he finally got out of bed about 5:30 a.m. and met someone at ███████ business where he works, but states "all I could think about is how I could get some money." He worked until about 12:30 and then states he "jumped into a car," drove around a while and began having "crazy thoughts." He states he began wondering where he was going to get the money from. Ultimately he decided that he would take what little money he had in the bank, about $2,000, and gamble with it and became convinced that if he did this he could "win it all back." He went to the bank, withdrew $2,000 ████████████████████████

He went back to his shop, saw some keys on a ring, grabbed the keys and clothes from the back storage room and a cap to put over his head. ████████████████████████████

0011311

Gabrion 011414

He put the money in a desk drawer, stating at that point he started shaking and threw up.  He then told his wife, ███████████, that he ████████████████ He began to get more frightened.  He realized ████████████ and then went back to the car to retrieve the items.

Quite easily, the police apprehended him as ██████ not only ██████ there, but his car was well known in the small community in which they lived.  He was arrested in a matter of minutes.

Subsequent to talking with ██████, I interviewed his father, mother and wife, ████████ According to them, he had been gambling extensively, but also working very hard.  According to ████████ his gambling became obsessive, he was ignoring his obligations and started to gamble instead of work.  According to his father, ██ ██████ ██████ was an exceptionally hard working and conscientious person and this was definitely a change in his behavior.

████████████ called Gamblers Anonymous, trying to get help.  In addition to the gambling, she observed ██████ as being hyperactive and anxious, nervous all the time and on edge.

██████ states the night before he was extremely upset and told his wife he knew he needed help.  He also informed her that he dreamt about the casino, realized he stopped caring as much about work and was not home as frequently.  Furthermore, she states he was completely obsessed with the gambling that he was doing, playing a game called Baccarat and trying to figure angles in respect to this game.

She describes the day of the ██████ as seeing him extremely agitated, acting strange, preoccupied and tuning her out.  She noted when he came back that he was shaking and also states that she never was aware that ██████ owned a gun.

Overall, both ██████, his parents and his wife describe a significant deterioration in his behavior, culminating right before ██████.

Because ██████ has had a pattern of exceedingly rash actions which punctuate a lifestyle that is usually characterized by steadiness and hard work, I sought out past medical records and a neuropsychological consultation.

## REVIEW OF MEDICAL RECORDS

An overview of ██████ medical records shows a suspicious pattern of head trauma and cerebral insults.  Beginning in

0011312

Gabrion 011415

infancy, his mother describes ██████ having multiple episodes of high fevers and febrile seizures. At age two or three, he fell out of a window and hit his head, received a skull fracture and was hospitalized at Oakwood Hospital. As an adolescent at 13 years old he was hospitalized at Ford Hospital after a motorcycle accident.

It is significant that the treating physician, Dr. Walker, at Ford Hospital, described ██████ as undergoing "personality changes and rage episodes" after this accident. Subsequently, however, at around age 15, he was in a fight, was kicked in the head and further changes in personality occurred, with ██████ developing a pattern of rash, impulsive behavior, including rage episodes. He also began episodically abusing alcohol and drugs.

Subsequently, some extremely rash actions occurred, including a ██████ on ██████ where he ████████████████. When questioned later, ██████ did not know why he did this, did not need money at the time and seemed to have simply an impulse to do it as it occurred right in the middle of his work day.

Despite these symptoms, ██████ had never had intensive neurological or psychiatric treatment. I began seeing ██████ in ██████ and subsequently referring him to a psychiatrist, Dr. Richard Feldstein, who began placing ██████ on Klonapin, an anti-anxiety drug and anti-convulsant. Subsequently, I began seeing him in psychotherapy. His behavior evened out and he had no behavioral difficulties for around five years. I believe it is a product of the medication he was taking and the psychotherapy.

When I discharged ██████, I admonished him against certain kinds of behaviors that could retrigger these episodes. First, I warned him that any drug or alcohol abuse, given his neurological vulnerability, was out of the question. Secondly, I admonished him against participating in any high risk activities, pointing out that such activities were too stimulating for him and could set off a pattern of rash impulsive behavior. I pointed out to him that he needed structure in his life, underscored the fact that he needed to work steadily and try to stabilize the external environment to the point where he was not in situations that were overly stimulating, taxing or those that would trigger off rash behavior.

For the next four years, ██████ apparently followed these directions. He was drug and alcohol free, worked steadily, married and according to his father, became extremely conscientious, reliable and an exemplary person. However, when he began gambling, at first as a kind of recreational pursuit, it had started to trigger a dysfunctional behavioral cycle in him, characterized by impulsivity, rashness, extreme agitation,

becoming over stimulated and ultimately with grandiose thinking that he had difficulty controlling.

In going over ▆▆▆▆ school history and medical records, one can note the same pattern. For the most part, ▆▆▆ operates in a healthy productive manner. However, episodically certain environmental events begin to stimulate him. He starts losing control, becomes rash, compulsive, grandiose and behaviorally dysfunctional without rational reason or provocation. One can note that in school he could do well and then have episodic behavioral problems that with friends and family he generally would operate in a way that was exemplary, but then have periods of becoming moody, irritable and impulsive.

## RESULTS OF CURRENT PSYCHOLOGICAL TESTING

I referred ▆▆▆ to a colleague, Dr. John Blaze, for neuropsychological testing. Dr. Blaze issued a report on ▆▆▆▆ According to Dr. Blaze, ▆▆▆ was administered the Halstead-Reitan neuropsychological test battery. This is a standard neuropsychological test battery and on this testing ▆▆▆ received an impairment index of .7, indicating mild to moderate difficulties. Overall, his intelligence was in the normal range and this was not a factor in the impairment index that he showed. Instead, it appeared that he exhibits a type of brain damage localized in his left hemisphere and specifically in the parietal and occipital area. Left hemisphere damage is generally a sign that the cognitions or intellectual ability is impaired to the extent that there is difficulty controlling impulses. In other words, the verbal inhibitory part of the brain does not operate well. Consequently, when an individual becomes stimulated, they have difficulty inhibiting the stimulation and tend to become overwhelmed by it. One function of the left hemisphere, which is the seed of cognitive ability, is that it is an inhibitor toward impulsive actions. In other words, when individuals generally have rash thoughts, the cognitive skills click in and balance those rash thoughts with reminders of consequences and general inhibition and suppression of such actions. Consequently, individuals who have left hemisphere difficulties are prone to acting out behaviors. This appears to be the case with ▆▆▆ ▆▆▆.

Dr. Blaze's report suggests that the pattern of the neurological dysfunction is highly compatible with ▆▆▆ history of head injuries and probably a result of cumulative head injuries.

**0011314**

Gabrion 011417

## CLINICAL SUMMARY

In summarizing all of the data, ███████████ is a young man who has neuropsychological deficits largely centered on the left hemisphere of his brain. As a result of these deficits, he has difficulty with inhibitory functions, tends to act rashly and impulsively under certain kinds of environmental stimuli. Overall, ████ appears to control himself well when he is in a structured atmosphere and does not participate in excited or impulsive actions. However, when ████ places himself in an atmosphere that is over stimulating his natural barriers are lowered, he becomes rash, impulsive and largely irrational. He does show an episodic pattern of a few irrational outbursts that are punctuated by years of good behavior.

In respect to the current circumstances, ████ began to gamble. At first this appeared to be quite innocent and purely a recreational activity. However, gambling itself, given its stimulation and the fact that it feeds grandiose thoughts, is certainly contraindicated in █████ case. Subsequently, the gambling began to control him and he started exhibiting addictive behavior, obsessing about the gambling, preoccupying his mind with it, ignoring family and friends, his job skills diminished and, as he started losing money, he began more anxious, more obsessed, his thinking became more irrational, grandiose and ultimately this culminated him in an absolutely foolish action that was ill conceived, poorly executed and ultimately self destructive.

Clinically, ██████ pattern is not part of an antisocial constellation. Essentially, he is a neurologically flawed individual with symptoms similar to attention deficit disorder. Hyperactive children who are also prone to dysfunctional behavior when over stimulated. ██████ basic problems are neurological, not psychiatric. He tends to function for lengthy periods of time without difficulty and is capable of maintaining a good relationship with family, wife and friends. However, when he participates in certain kinds of activities which generally lower ego functions, he becomes rash, irrational and ultimately may act out in foolish, self destructive ways.

## FORENSIC STATUS

In this examiner's opinion, ████ committed ██ ██████████ while suffering from significantly reduced mental capacity. It appears from all of the information gathered that this diminished capacity was the major contributor to the commission of the offense. In reaching such a conclusion, the following data should be considered.

**OO11315**

Gabrion 011418

(1) That ███ normally functions in a highly acceptable way.  He is capable of working and for five years exhibited no dysfunctional pattern.

(2) He began to participate in gambling activities which was obviously the participant for his downfall.  He began to become obsessed and preoccupied and given his neurological vulnerability, this preoccupation lead to irrational thinking, grandiose thoughts and ultimately impulsive actions.  Neuropsychological testing confirms that this young man is not antisocial or a psychopath, but rather suffers from a neuropsychological disorder characterized by rash impulsive actions that are somewhat atypical to his personality and makeup.

(3) To reinforce this notion, it is important to note that in talking with ███ father, who was his major creditor, the father states he never put any pressure on ███ to pay the money back. In fact, he would have simply worked out some payment plan for ███ and that the pressure placed on ███ was self induced, not pressure from his environment.  This certainly underscores the rashness and non-functionality of the action since ███ really was not under a significant pressure to pay the money back from his major creditor, his father.

(4) ███ statements of deterioration were supported by his wife and family.  They saw significant changes in ███ that were atypical for his functioning and unusual.  They all underscored the fact that this occurred over the last year and for the four years before that ███ exhibited none of the symptomatic behavior.

In collating all of this information, it suggests that ███ actions were largely the product of significantly impaired mental ability in respect to his reasoning, planning, anticipation and understanding of the consequences of his behavior and significantly impaired behavioral controls to act in a lawful and reasonable manner.  The diminished capacity appears to be at base a neurological disorder but undoubtedly this was fed and triggered by environmental stimuli which over stimulate ███ and create a loosening of ego control and ultimately impulsive actions.

In fact, if ███ continued in therapy or continued on the medication or had not gotten involved in gambling, there are no indications that this kind of behavior would occur.  The behavior itself does appear to be a result of diminished capacity, which impeded thinking and behavioral controls.

**0011316**

Gabrion 011419