UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

        Movant,

    vs.

UNITED STATES OF AMERICA,

        Respondent.

_____ /

No. 1:15-cv-447
(Criminal Case 1:99-CR-76 )

Hon. Robert Holmes Bell

**GOVERNMENT'S UNOPPOSED MOTION FOR ORDER AUTHORIZING
RELEASE OF INFORMATION SUBJECT TO ATTORNEY-CLIENT PRIVILEGE,
ACCESS TO UNREDACTED DOCUMENTS, AND ADDITIONAL TIME TO RESPOND**

The United States, by its counsel, Patrick A. Miles, Jr., United States Attorney for the

Western District of Michigan, and Timothy P. VerHey, Assistant United States Attorney, moves

the Court for an order authorizing the disclosure of information subject to the attorney-client

privilege on the grounds that the information is necessary to prepare a response to Movant's

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.    The United States

also requests that Movant's former counsel, investigators, and a former Assistant U.S. Attorney

who co-tried the case on behalf of the government be allowed to view unredacted versions of his

§ 2255 motion and exhibits.    The United States respectfully requests that the Court set a 90-day

deadline for the submission of affidavits, if any, and extend by six months the deadline for the

United States to file its response.

Counsel for Movant does not object to this motion.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Dated: June 12, 2015                    /s/   *Timothy P. VerHey*
                                        TIMOTHY P. VERHEY
                                        Assistant United States Attorney
                                        P.O. Box 208
                                        Grand Rapids, MI 49501-0208
                                        (616) 456-2404

2