UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

               Movant,

      vs.

UNITED STATES OF AMERICA,

               Respondent.

_____/

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert Holmes Bell

<u>ORDER</u>

The United States having filed a motion for an order finding that the attorney-client privilege is waived and that it is necessary to disclose portions of the Movant's redacted filings solely as to communications and materials necessary to answer Movant's Section 2255 motion, and the Court having found good cause to grant the requested relief,

IT IS HEREBY ORDERED that the government's motion for an order authorizing release of information subject to the attorney-client privilege is GRANTED.

IT IS FURTHER ORDERED that the waiver of the attorney-client privilege and the disclosure of redacted portions of the Movant's filings shall be limited to the extent necessary to allow the United States to respond to allegations of ineffective assistance of counsel or conflict of counsel in the motion, including any communications between Movant and his former counsel and investigators that are relevant to those claims.

IT IS FURTHER ORDERED that the United States may provide unredacted copies of Movant's 2255 motion and exhibits, to Attorneys Stebbins, Mitchell, and Yates, investigators Crates and Hubbard, and former Assistant U.S. Attorney Donald Davis.  The Court orders that

any person receiving unredacted materials or otherwise privileged communications shall maintain such materials and/or communications in confidence and shall not disclose them to any other persons without further order from the Court.

The United States shall supply each with person receiving unredacted materials or otherwise privileged communications with a copy of this Order.

IT IS FURTHER ORDERED that if any of the attorneys or investigators intend to file an affidavit responding to the allegations in Movant's Section 2255 motion, the affidavit shall be filed within 90 days of the date of this Order.

IT IS FURTHER ORDERED that the United States shall have an additional six months to file its response to the motion, or until December 28, 2015.

_____
ROBERT HOLMES BELL
United States District Judge
Western District of Michigan

2