UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

     Movant,        No. 1:15-cv-447
                (Criminal Case 1:99-CR-76)

   vs.

                Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

     Respondent.

                    /

**GOVERNMENT'S UNOPPOSED MOTION FOR 30-DAY
EXTENSION OF THE DEADLINE FOR FILING ATTORNEY AFFIDAVITS**

The Government requests a 30-day extension of the deadline for filing attorney affidavits. The affidavits are currently due in this matter on September 22, 2015.

Additional time is necessary for the attorneys to review their voluminous files in this matter and determine whether they will submit an affidavit for filing.  The government does not anticipate that the extension will affect the current December 28, 2015 deadline for filing its response to the Section 2255 motion. The government has consulted with defendant's current post-conviction counsel, and they have indicated that they do not oppose the motion.

         Respectfully submitted,

         PATRICK A. MILES, JR.
         United States Attorney

Dated: September 22, 2015     /s/ *Timothy P. VerHey*
         TIMOTHY P. VERHEY
         Assistant United States Attorney
         P.O. Box 208
         Grand Rapids, MI 49501-0208
         (616) 456-2404