UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

        Movant,

        vs.

UNITED STATES OF AMERICA,

        Respondent.

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert Holmes Bell

_____/

ORDER

The United States having filed a motion for a 30-day extension of the deadline for filing attorney affidavits, and the Court having found good cause to grant the requested relief,

IT IS HEREBY ORDERED that the government's motion for a 30-day extension of the deadline for filing attorney affidavits is GRANTED.

_____
ROBERT HOLMES BELL
United States District Judge
Western District of Michigan