**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II                    1:15-CV-00447

  Movant,                                        (Criminal Case 1:99-CR-76)

v                                                              Honorable Robert Holmes Bell
                                                               U.S. District Judge
UNITED STATES OF AMERICA,

  Respondent.

---

**MOVANT'S UNOPPOSED MOTION FOR AN ORDER TO UNSEAL TRIAL**
**RELATED BILLING RECORDS AND VOUCHERS IN CASE 1:99-CR-76**

---

Movant, through counsel, moves this Court to enter an order authorizing that all trial related billing records and vouchers in case 1:99-CR-76 be unsealed and provided to counsel for the Movant for review and submission to the government.

IN SUPPORT THEREOF, Movant states:

1. Counsel in this capital habeas proceeding have alleged that trial counsel were ineffective for a number of reasons.

2. Allegations of ineffectiveness relate to both the guilt phase and penalty phase of this proceeding and include claims that counsel failed to properly prepare for both stages of the trial.

3. The trial team representing Movant consisted of attorneys, investigators and expert witnesses.

4. Each member of the trial team was paid by the Court pursuant to provisions of the Criminal Justice Act after the submission of vouchers and supporting documents detailing the work they performed.

5.    The billing records submitted by the defense team have been sealed by the Court.

6.    Both the Movant and Respondent in this case need to review the billing records in order to complete their work relating to the claims of ineffective assistance.

7.    Counsel for the Movant contend that the records should be released to them so that they may review the records for privileged entries which are not relevant to this proceeding.

8.    Counsel propose the following procedure for consideration by the Court:

a.    Any billing records removed or redacted by counsel for Respondent will be retained so that the parties may attempt to resolve any dispute over their disclosure to the government.

b.    Counsel for the Movant shall maintain a privilege log of the redacted items.

c.    Counsel for the movant shall provide copies of billing records to the party who generated the records.  Each party shall be responsible to maintain the records in confidence absent an order from this Court.

d.    All other relevant records would be turned over to the government within fourteen (14) days of receipt by Movant's counsel.

e    Counsel would confer as soon as practical to try to resolve any dispute regarding records which Movant's counsel determine to be irrelevant.

f.    Any records which remain the subject of a dispute will be submitted to the Court for in camera review unless a different procedure is preferred by the Court.

g.    Any reference to the billing records used in other papers filed with this Court would be submitted under "restricted access" unless otherwise ordered by the Court.

h.    All persons receiving billing records for any purpose shall maintain all billing records in confidence unless the records are filed with the Court and shall certify that the records have been destroyed when all proceedings in the case have concluded.

9.      Respondent's Counsel does not oppose the relief requested in this motion.

**WHEREFORE**, Movant requests this Court to order that the billing records submitted by the trial team in case 1:99-CR-76 shall be released to Movant's counsel, subject to review and disclosure pursuant to the procedure described in this motion.

Dated:  September 22, 2015                                 Respectfully submitted,


By:  /s/ *Monica Foster*                                 By:  /s/ *Joseph M. Cleary*
        Monica Foster                                              Joseph M. Cleary
        Attorney for Movant                                   Attorney for Movant
Business Address:                                          Business Address:
Indiana Federal Community Defenders, Inc.   Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                 111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                          Indianapolis, Indiana 46204
(317) 383-3520                                             (317) 383-3520


By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585

3