**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II                    1:15-CV-00447

    Movant,                                      (Criminal Case 1:99-CR-76)

v                                            Honorable Robert Holmes Bell
                                             U.S. District Judge
UNITED STATES OF AMERICA,

    Respondent.

---

### ORDER

---

This matter coming to be heard upon presentation of Movan'ts Unopposed Motion for an Order to Unseal Trial Related Billing Records and Vouchers in Case 1:99-CR-76, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Movan'ts Unopposed Motion for an Order to Unseal Trial Related Billing Records and Vouchers in Case 1:99-CR-76 is granted and shall be released to Movant's counsel, subject to review and disclosure pursuant to the procedure described in Movant's motion.

Date: _____

                            Robert Holmes Bell
                            U.S. District Judge