UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARVIN CHARLES GABRION, II,

     Movant,

v.                                                                          CASE NO. 1:15-CV-447
                                                                            (Criminal Case No. 1:99-CR-76)

UNITED STATES OF AMERICA,

                                                                            HON. ROBERT HOLMES BELL

     Respondent.
_____/

## <u>ORDER REGARDING SEALED DOCUMENTS</u>

Movant has filed a motion to unseal and provide to counsel all trial related billing

records and vouchers in Case No. 1:99-CR-76 (ECF No. 21 in 1:15-CV-447).

NOW THEREFORE, the motion is GRANTED IN PART AND DENIED IN

PART.  The motion is granted as to restricted access to the CJA vouchers.  The motion is

denied as to access to supporting documentation detailing the work performed.  This

Court has verified with the Federal Defenders' Office that it does not maintain records

dating before 2004.  This Court has further verified with the clerk's office that it does not

preserve supporting documentation of CJA vouchers, therefore, the requested supporting

documentation is unavailable.

IT IS HEREBY ORDERED that the Clerk's office shall file all trial related CJA

vouchers in this matter under restricted access for disclosure to movant's counsel only.

Dated: October 5, 2015                                      /s/ Robert Holmes Bell
                                                                            ROBERT HOLMES BELL
                                                                            UNITED STATES DISTRICT JUDGE