**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                         1:15-CV-00447

      Movant,                                           (Criminal Case 1:99-CR-76)

v                                                   Honorable Robert Holmes Bell
                                                    U.S. District Judge
UNITED STATES OF AMERICA,

      Respondent.

---

**MOVANT'S NOTICE OF COMPLIANCE**

---

      Movant, through counsel, submits notice of compliance with the Court's Order of October 5, 2015 (Dkt. No. 22) by providing the government with copies of all vouchers received as a result of the Order.  The documents in question are identified as Habeas Movant (HM-001-HM-00130).

Dated:  October 22, 2015                             Respectfully submitted,


By:  /s/ *Monica Foster*                             By:  /s/ *Joseph M. Cleary*
      Monica Foster                                       Joseph M. Cleary
      Attorney for Movant                                 Attorney for Movant
Business Address:                                   Business Address:
Indiana Federal Community Defenders, Inc.           Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                     111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                         Indianapolis, Indiana 46204
(317) 383-3520                                      (317) 383-3520

By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585