UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

                Movant,                    No. 1:15-cv-447
                                            (Criminal Case 1:99-CR-76)

      vs.

                                            Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

                Respondent.

_____/

### GOVERNMENT'S UNOPPOSED MOTION FOR AN
### EXTENSION OF THE DEADLINE FOR FILING ATTORNEY AFFIDAVITS

The Government requests an extension of the deadline for filing attorney affidavits.  The affidavits are currently due on October 22, 2015, until and including December 14, 2015.

It is uncertain whether attorney affidavits will be submitted in this matter.  To make a final assessment, the government needs additional time to review the billing records the Court recently disclosed to Movant's current counsel, and to bring to resolution discussions with Movant's current counsel concerning access to Movant's trial attorneys' files.

The government does not anticipate that the extension will affect the current December 28, 2015 deadline for filing its response to the Section 2255 motion. The

government has consulted with defendant's current post-conviction counsel, and they

have indicated that they do not oppose the motion.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Dated:  October 22, 2015                  /s/  *Timothy P. VerHey*
                                          TIMOTHY P. VERHEY
                                          Assistant United States Attorney
                                          P.O. Box 208
                                          Grand Rapids, MI 49501-0208
                                          (616) 456-2404