UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

              Movant,

    v.

UNITED STATES OF AMERICA,

              Respondent.

                                       /

No.  1:15-CV-00447
(Criminal Case 1:99-CR-76)

Hon. ROBERT J. JONKER
Chief U.S. District Judge

**CERTIFICATE IN ACCORDANCE WITH <u>LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78</u>**

In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78, the United States consulted with defense counsel, Scott Graham.  Defense counsel does not oppose the government's motion for an extension of the deadline for filing attorney affidavits.

Respectfully submitted,
PATRICK A. MILES, JR.
United States Attorney

Dated: October 22, 2015

/s/  *Timothy P. VerHey*
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404