UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

      Movant,

                                   CASE NO. 1:15-CV-447

v.

                                   HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

The United States having filed an unopposed motion for an extension of the deadline for filing attorney affidavits, and the Court having found good cause to grant the requested relief,

IT IS HEREBY ORDERED that the government's motion for an extension of time to December 14, 2015 for filing attorney affidavits (ECF No. 27) is **GRANTED**. The Court anticipates that the granting of this motion will not affect the response date for the filing of the government's response to the Section 2255 motion.

Date: October 22, 2015                  /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE