UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

              Movant,

   vs.

UNITED STATES OF AMERICA,

              Respondent.

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert Holmes Bell

_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE

The Government requests a 28-day extension of the deadline to file its response to Movant's section 2255 motion.  The response is currently due on December 28, 2015.

Additional time is necessary due to other commitments, including a complex tax trial that concluded December 8, 2015, as well as a number of other Sixth Circuit and district court deadlines for undersigned counsel and others working on the response, as well as limited availability of support staff during the holidays, whose assistance is needed to prepare the lengthy response for filing. The government has consulted with defendant's current post-conviction counsel, and they have indicated that they do not oppose the motion.

In order to provide the Court with a comprehensive review of the record and the law, the United States seeks a 28-day extension of time, until and including January 25, 2016.

Respectfully submitted,
PATRICK A. MILES, JR.
United States Attorney

Dated:  December 15, 2015

 /s/  Timothy P. VerHey
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404