UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

        Movant,

      vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert Holmes Bell

## CERTIFICATE IN ACCORDANCE WITH
## LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78

In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78, the United States consulted with defense counsel and defense counsel does not oppose the government's motion for extension of time to file its response.

Respectfully submitted,
PATRICK A. MILES, JR.
United States Attorney

Dated:  December 15, 2015

/s/  *Timothy P. VerHey*
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404