UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION
#09184−055, II,

       Movant/Plaintiff,               Case No. 1:15−cv−00447−RHB

   v.                         Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

       Respondent/Defendant.
_____/

## ORDER

     IT IS HEREBY ORDERED that the government's motion (ECF No. 38) for a 28−day extension of time to file its response to movant's section 2255 motion is GRANTED.

     IT IS SO ORDERED.

Dated:  December 21, 2015               _/s/ Robert Holmes Bell_____
                                 ROBERT HOLMES BELL
                                 United States District Judge