LIBER 3717 PG 773

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 3RD day of OCTOBER , 1995 , by

first party, GREGORY PAUL LEON (SINGLE)

whose post office address is ████████████████ WYOMING, MICH. 49509

to second party, WENDY LYNNE TUBERGEN

whose post office address is ███████████ NEWAYGO, MICH. 49337

WITNESSETH, That the said first party, for good consideration and for the sum of $ 10.00 —➤ paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of KENT , State of MICHIGAN , to wit: LOT 1, 2 AND 3 DIETZ ADDITION TO THE CITY OF GRAND RAPIDS (NOW CITY OF WYOMING), KENT COUNTY, MICHIGAN, AS RECORDED IN LIBER OF 15 OF PLATS, PAGE 23. INCLUDING ALL CONTENTS THEREIN (FURNISHINGS, FIXTURES, WINDOW COVERINGS, EQUIPMENT, ETC.

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Witness  THOMAS J. PROOS

Witness  PAMELA L. HERR

First Party  GREGORY PAUL LEON

Second Party

STATE OF MICHIGAN
COUNTY OF KENT

STATE OF MICHIGAN
COUNTY OF KENT
RECEIVED FOR RECORD
95 OCT -3 AM 9: 53

On OCTOBER 3 1995 before me, MARY R. BJORK , personally appeared GREGORY PAUL LEON , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and offical seal.

Signature  MARY R. BJORK
EXPIRES  2-19-1996

Affiant ____ Known ✓ Unknown
ID Produced ____ YES

DRAFTED BY: KENT COUNTY
GREGORY PAUL LEON
████████████, WYOMING, MICH., 49509

(Seal)

GOVERNMENT EXHIBIT

C

1:15-CV-447

PENGAD 800-631-6989

LIBER 3737 PG 021

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 6 day of November , 1995, by first party, Wendy Lynne Tubergen (Single) whose post office address is ▓▓▓▓▓▓ Newaygo, Mich. 49337 to second party, Gregory Paul Leon whose post office address is ▓▓▓▓▓▓ Wyoming, Mich. 49509

WITNESSETH, That the said first party, for good consideration and for the sum of $ 10.00 — paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Kent , State of Michigan , to wit: Lot 1, 2 & 3 Dietz Addition to the City of Grand Rapids (Now City of Wyoming), Kent County, Mich. As Recorded in Liber 15 of Plats, Page 23, Including all Contents Therein (Furnishings, Fixtures, Windows Coverings Etc.)

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_____   _____
Witness     John Sauline     First Party   Wendy Lynne Tubergen

_____
Witness     Barbara A. Wilson     Second Party

STATE OF Michigan }
COUNTY OF ~~Newaygo~~ Newaygo

REG. OF DEEDS
On November 6 before me, Barbara M. Burgess, personally appeared Wendy Lynne Tubergen , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and offical seal.

Signature _____

Affiant ____Known  ✓ Unknown
ID Produced __yes__

(Seal)

Drafted by:
Gregory Paul Leon
▓▓▓▓▓▓
Wyoming, Mi 49509

BARBARA M. BURGESS
NOTARY PUBLIC - NEWAYGO COUNTY, MI
MY COMMISSION EXPIRES 04/26/00

LIBER 3739 PG 1060

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 10 day of November, 1995, by first party, GREGORY PAUL LEON (MARRIED) whose post office address is ████████████████ WYOMING, MICH., 49509 to second party, FIRST OF AMERICA MORTGAGE Co. whose post office address is P.O. BOX 33920, DETROIT, MICH., 48232-5920

WITNESSETH, That the said first party, for good consideration and for the sum of $ -0- paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Kent, State of MICH., to wit: 2100 ROOS SW, WYOMING, MICH., 49509 LOT 1, 2, & 3 DIETZ ADDITION TO THE CITY OF GRAND RAPIDS (NOW CITY OF WYOMING) KENT COUNTY, MICHIGAN, AS RECORDED IN LIBER 15 OF PLATS, PAGE 23 (INCLUDING APPLIANCES & WINDOW COVERINGS)

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

_Consuelo Vasquez_
Witness

_Consuelo Vasquez_
Witness

_Nancy McGuinness_

First Party _Gregory Paul Leon_
GREGORY PAUL LEON

Second Party _____

STATE OF MICHIGAN }
COUNTY OF KENT }

On November 10, 1995 before me, THOMAS J. PROOS, personally appeared GREGORY PAUL LEON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and offical seal.

Signature _Thomas J. Proos_
THOMAS J. PROOS.

THOMAS J. PROOS.
NOTARY PUBLIC - OTTAWA COUNTY, MI
MY COMMISSION EXPIRES 02/12/00

REG. OF DE[...] 95 NOV 13 [...]

Affiant ____Known  X Unknown
ID Produced L500 288 676017
(Seal)

PREPARED BY: GREGORY PAUL LEON
████████████████ WYOMING, MICH., 49509