# JAMES F. CRATES
## Mitigation Specialist / Sentencing Consultant
<u>DEATH PENALTY MITIGATION AND DEFENSE BASED SENTENCING PROJECTS</u>

**P.O. Box 597**
**Granville, Ohio 43023**

███████████████████

---

# <u>PROFESSIONAL RESUME</u>

## *EDUCATIONAL BACKGROUND*

Bachelor of Arts, The Ohio State University, December 1988

- Major: Philosophy (Social/Political)

- Minor: International Studies/Russian

- Graduate (non degree): Russian Philosophy; Political Theory

- Graduate (non degree): Social Philosophy; Philosophy of Law

## *PROFESSIONAL EDUCATION*

1989-Present – Dozens of seminars and workshops in conjunction with the Ohio Association of Criminal Defense Lawyers, The former Ohio Association of Mitigation Specialists, The Central Ohio Association of Criminal Defense Lawyers, The Cuyahoga County Criminal Defense Lawyers Association, The National Association of Criminal Defense Lawyers, and National Defender Investigators Association

July 21 – July 24, 1994 – NAAP Legal Defense and Education Fund, Airlie Death Penalty Conference; Airlie, Virginia (Invitational)

1



GOVERNMENT
EXHIBIT

**H**

1:15-CV-447

2 | P a g e

*\* I have been invited to Airlie Conference on numerous other occasions but caseload and prior commitments have prevented my attendance.*

CERTIFIED *Guardian ad Litem*

## *INVESTIGATIVE EXPERIENCE*

*February 1990 – August 1993: Registered Private Investigator, Columbus, Ohio*

Independent Contract Investigator for Colley Investigation Inc.: Conducted investigations in Court Appointed criminal cases on behalf of indigent defendants.  Orchestrated and/or participated in over 250 investigations in approximately twenty counties in the state of Ohio.  Cases ranged in subject matter from Medicaid Fraud to Death Penalty Murder.

## *MITIGATION EXPERIENCE*

*December 1989 – Present Day: Private Mitigation Specialist, Columbus (Granville), Ohio*

1) *Consulted on or participated in* over 370  Death Penalty cases many of which have proceeded to trial (approximately 100). My primary objective is to generate comprehensive psychosocial background information for purposes of the potentiality of penalty phase presentations.  Work spans 39 counties in Ohio.  I have also conducted mitigation investigations in Michigan, Missouri, Tennessee, Texas, West Virginia, and Pennsylvania.  I have conducted Ohio based Mitigation investigations for the Sacramento, CA Public Defender, the Arkansas Public Defender and the Missouri State Public Defender.  I have worked as a contract Mitigation Specialist for the Federal Defender of the Northern District of Ohio and the Ohio Public Defender Commission.

2) *Conducted* Mitigation Investigations in the Federal Arena

   a) United States of America v. Lonnie O'Bryant (Eastern District of MI)
   b) United States of America v. Marvin Gabrion (Western District of MI)
   c) United States of America v. John R. Mayhew (Southern District of OH)
   d) United States of America v. Thomas Henderson (Southern District of OH )
   e) United States of America v. Antun Lewis (**ATKINS** – Northern District of OH)

3 | P a g e

*f)*   <u>United States of America v. Allen Wright </u>(Southern District of OH)

3)   <u>Currently conduct psychosocial history investigations for Private Presentence Projects,</u> Parole Brochures, Community Control Packages and Judicial Release Motions. I have prepared dozens of such reports.

***Reports have been presented in both State and Federal arenas.***

4) *Ohio Certified Guardian ad Litem*

## *PRESENTATIONS AND WORKSHOP FACULTY*

- **December, 1992**: OACDL Death Penalty Seminar and Workshop
- **March 10, 1993**: Guest Lecturer: <u>Capital University Law School</u>
- **December 1993**: OACDL Death Penalty Seminar and Workshop
- **June 22, 1994**: OACDL Death Penalty Workshop
- **October 15**, **1994**: Guest Lecturer, <u>Ohio Dominican College, Columbus</u>
- **November 1994**: OACDL Death Penalty Seminar and Workshop: Organizer of Mitigation Workshops
- **June 1995**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **November 1995**: OACDL Death Penalty Seminar and Workshop
- **May 1996**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **November 1996**: OACDL Death Penalty Seminar and Workshop
- **May 1997**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **November 1997**: OACDL Death Penalty Seminar and Workshop
- **January 1998**- Central Ohio Association of Criminal Defense Lawyers- CLE Presentation
- **May 1998**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **January 1999**: Central Ohio Association of Criminal Defense Lawyers- CLE Presentation

- **May 1999**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **April 2000**: Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop
- **November 2000**, OACDL Death Penalty Seminar and Workshop.
- **February 2001**–Faculty Member – OACDL Advanced Mitigation Seminar Workshop- Personality Disorders and Preparing a Psychologically Based Mitigation Presentation
- **April 2001**: Faculty Member; Cuyahoga County Criminal Defense Lawyers Death Penalty Seminar and Workshop.
- **November 2001**: Faculty Member; OACDL Death Penalty Seminar and Workshop
- **April 2002:** Faculty Member, Cuyahoga County Criminal Defense Lawyers Association; Death Penalty Seminar and Workshop.
- **November 2002:** Faculty Member; OACDL Death Penalty Seminar and Workshop
- **April 2003:** Cuyahoga County Criminal Defense Lawyers Association- Ted Stebbins Death Penalty Seminar and Workshop.
- **November 2003:** Faculty Member, OACDL Death Penalty Seminar and Workshop
- **April 2004:** Faculty Member-Cuyahoga County Criminal Defense Lawyers Association- Ted Stebbins Death Penalty Seminar and Workshop; Subject – Mental Retardation and Developing Pretrial Material for an Atkins Challenge
- **November 2004:** Faculty Member-OACDL Death Penalty Conference and Seminar – Subject Matter – The Initial Steps in Preparing a Mitigation Case-Public and Non-Public Records Acquisition.
- **April 2006:** Faculty Member – Ted Stebbins Memorial Death Penalty Seminar; Cleveland, OH.
- **November 2007** – **November 2011** -Consulted on expert speaker invitations and subjects for presentation - OACDL-  Death Penalty Seminar – Columbus, Ohio
- **November 2012 – OACDL Death Penalty Seminar -** Faculty / Speaker; developing the psychosocial history for an Atkins challenge. Litigating the Atkins issue