UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II

              Movant,

    vs.

UNITED STATES OF AMERICA,

              Respondent.

_____/

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert Holmes Bell

## CERTIFICATE IN ACCORDANCE WITH
## LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78

In accordance with L. Civ. R. 7.1(d), L. Crim. R. 12.4 and Administrative Order

No. 15-RL-78, the United States consulted with defense counsel, Scott Graham.  Defense

counsel does not oppose the government's ex parte motion for leave to file under restricted

access.

           PATRICK A. MILES, JR.
           United States Attorney


           /s/ Jennifer L. McManus
           JENNIFER L. MCMANUS
           Assistant United States Attorney