**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                    1:15-CV-00447

     Movant,                                   (Criminal Case 1:99-CR-76)

v                                              Honorable Robert Holmes Bell
                                               U.S. District Judge
UNITED STATES OF AMERICA,

     Respondent.

---

**MARVIN GABRION'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN**
**SUPPORT OF MOTION TO PERMIT DISCOVERY AND TO STAY AMENDMENT**
**AND BRIEFING PENDING DISCOVERY IN EXCESS OF TEN PAGES**

---

Marvin Gabrion, through counsel, moves this Court for leave to file a brief in support of his Motion to Permit Discovery and to Stay Amendment and Briefing Pending Discovery, a non-dispositive motion, in excess of ten (10) pages. Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel for Mr. Gabrion certifies that Scott Graham and Jennifer McManus have exchanged e-mails on January 28, 2016 regarding the specific relief requested in this motion and Ms. McManus has indicated that the government does not oppose such relief. The government maintains its opposition to the substantive relief requested, but does not oppose the filing of a brief in excess of ten (10) pages.

IN SUPPORT THEREOF, counsel states:

1.      Movant has prepared a motion to permit discovery and to stay the amendment of the present Section 2255 motion and related briefing pending the completion of discovery. (Exhibit A).

2.      The motion is based on issues that Mr. Gabrion believes are factually and legally complex.

3.      The brief prepared in support of the motion seeks to address complex legal issues relating to capital jurisprudence and capital Section 2255 litigation.

4.      The brief is presently 14 pages in length, and is attached as Exhibit B to this Motion.

5.      Local Rule 47.2(b) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 10 pages absent leave of court.

6.      Mr. Gabrion contends that the length of the brief is reasonable and necessary in light of the complexity of the factual and legal issues raised.

**WHEREFORE**, Movant request this Court for leave to file the attached Motion to Permit Discovery and to Stay Amendment and Briefing Pending Discovery.

Dated:  January29, 2016                              Respectfully submitted,


By: _/s/ *Monica Foster*_                          By:_ /s/ *Joseph M. Cleary*_
        Monica Foster                                      Joseph M. Cleary
        Attorney for Movant                                Attorney for Movant
Business Address:                                  Business Address:
Indiana Federal Community Defenders, Inc.          Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                    111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                        Indianapolis, Indiana 46204
(317) 383-3520                                     (317) 383-3520


By:_ /s/ *Scott Graham*_
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585