**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                     1:15-CV-00447

      Movant,                                      (Criminal Case 1:99-CR-76)

v                                               Honorable Robert Holmes Bell
                                                U.S. District Judge

UNITED STATES OF AMERICA,

      Respondent.

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel for Mr. Gabrion certifies that

Scott Graham and Jennifer McManus exchanged e-mails on January 26-28, 2016 regarding the

Motion for Leave to File in Excess of Ten Pages and the Motion to Permit Discovery and Stay

Amendment and Briefing Pending Discovery.  Ms. McManus has indicated that the government

does not oppose the filing of a brief in excess of ten (10) pages, but maintains its opposition to the

Motion to Permit Discovery and Stay Amendment and Briefing Pending Discovery.

Dated:  January 29, 2016                         Respectfully submitted,


By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
      Monica Foster                                     Joseph M. Cleary
      Attorney for Movant                               Attorney for Movant
Business Address:                                 Business Address:
Indiana Federal Community Defenders, Inc.         Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                   111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                       Indianapolis, Indiana 46204
(317) 383-3520                                    (317) 383-3520

By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585