# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                     1:15-CV-00447

    Movant,                                           (Criminal Case 1:99-CR-76)

v                                                 Honorable Robert Holmes Bell
                                                  U.S. District Judge
UNITED STATES OF AMERICA,

    Respondent.

---

**MARVIN GABRION'S MOTION FOR LEAVE TO CONDUCT
DEPOSITIONS ON ORAL EXAMINATION**

---

Movant, Marvin Gabrion II, through counsel, moves this Court for leave to conduct the depositions on oral examination of David Stebbins, Paul Mitchell, the Honorable Christopher Yates, James Crates, Patricia Hubbard, Chrystal Roach, Sue Adams, Chris Whitcomb, Gregory Scharre, Newton Jackson, David Griesemer, Thomas Ryan, Gregory Saathoff, Stephen Cohle, Michael Chamberlain, Lance Workman and Richard Miller pursuant to F.R.Civ.P. 30.

Movant's request is supported by the attached brief, which sets forth the standard for granting discovery in this case and describes why specific depositions are necessary.

Counsel for Mr. Gabrion states, pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), the government opposes the relief requested in this motion.  On January 26 and 27, 2016, Scott Graham

and Jennifer McManus exchanged e-mails regarding the specific issue which is the subject of this motion.  Ms. McManus indicated that the government opposes the relief requested in this motion.

**Dated:  January 29, 2016**                                         **Respectfully submitted,**

By:  _/s/ Monica Foster_                          By:  _/s/ Joseph M. Cleary_
  Monica Foster                                Joseph M. Cleary
  Attorney for Movant                         Attorney for Movant
Business Address:                                Business Address:
Indiana Federal Community Defenders, Inc.        Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                  111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                      Indianapolis, Indiana 46204
(317) 383-3520                                   (317) 383-3520


By:  _/s/ Scott Graham_
  Scott Graham
  Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585