**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                    1:15-CV-00447

      Movant,                                          (Criminal Case 1:99-CR-76)

v                                                       Honorable Robert Holmes Bell
                                                        U.S. District Judge

UNITED STATES OF AMERICA,

      Respondent.

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel for Mr. Gabrion certifies that Scott Graham and Jennifer McManus exchanged e-mails on January 26-28, 2016 regarding the Motion for Leave to File in Excess of Ten Pages and the Motion for Leave to Conduct Depositions on Oral Examination. Ms. McManus has indicated that the government does not oppose the filing of a brief in excess of ten (10) pages, but maintains its opposition to the Motion for Leave to Conduct Depositions on Oral Examination.

**Dated:  January 29, 2016**                      **Respectfully submitted,**

By:  /s/ *Monica Foster*                              By:  /s/ *Joseph M. Cleary*
     Monica Foster                                        Joseph M. Cleary
     Attorney for Movant                                  Attorney for Movant
Business Address:                                      Business Address:
Indiana Federal Community Defenders, Inc.             Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                       111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                           Indianapolis, Indiana 46204
(317) 383-3520                                         (317) 383-3520

By:  /s/ *Scott Graham*
     Scott Graham
     Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585