**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                         1:15-CV-00447

     Movant,                                             (Criminal Case 1:99-CR-76)

v                                                   Honorable Robert Holmes Bell
                                                    U.S. District Judge

UNITED STATES OF AMERICA,

     Respondent.

---

### MARVIN GABRION'S MOTION FOR LEAVE TO CONDUCT DISCOVERY IN THE FORM OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS TO ADMIT

---

Marvin Gabrion, through counsel, moves this Court for leave to conduct the additional discovery pursuant to F.R.Civ.P. 33, 34 and 36 in the form of interrogatories, requests for production of documents and things and requests to admit.

Movant's request is supported by the attached brief, which describes his discovery requests and good cause for granting the requests.

Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d) counsel states that, on January 26 and 27, 2016, Scott Graham and Jennifer McManus exchanged e-mails regarding the specific relief requested in this motion and Ms. McManus indicated that the government opposes the relief requested.

**Dated:  January 29, 2016**                        **Respectfully submitted,**

By:  /s/ *Monica Foster*                            By:  /s/ *Joseph M. Cleary*
     Monica Foster                                      Joseph M. Cleary
     Attorney for Movant                                Attorney for Movant
Business Address:                                   Business Address:
Indiana Federal Community Defenders, Inc.           Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                     111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                         Indianapolis, Indiana 46204
(317) 383-3520                                      (317) 383-3520

By: /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585