**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                    1:15-CV-00447

     Movant,                                   (Criminal Case 1:99-CR-76)

v                                              Honorable Robert Holmes Bell
                                               U.S. District Judge
UNITED STATES OF AMERICA,

     Respondent.

---

### MARVIN GABRION'S MOTION FOR STATUS CONFERENCE

---

Marvin Charles Gabrion, II, through counsel, moves this Court to conduct a status conference in this case for the purpose of allowing counsel and the Court to discuss further proceedings in the case.  The government opposes the relief requested in this motion, but defers to the Court's judgment regarding whether to conduct a status conference.  Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel for Mr. Gabrion states that Scott Graham and Jennifer McManus exchanged e-mails on January 27, 2016 discussing the specifics of the relief requested in this motion and Ms. McManus indicated the government's opposition.

IN SUPPORT OF THIS MOTION, counsel for Mr. Gabrion states:

1.     Mr. Gabrion has moved for relief pursuant to 28 U.S.C. §2255 and the government has responded.

2.     Counsel believes that several important issues exist regarding the procedure to be followed in resolving this case.

3.     A status conference would provide the parties with an opportunity to discuss the case and future steps to be taken toward resolution.

**WHEREFORE**, Movant requests this Court to conduct a status conference in this case at a time convenient to the Court's schedule.

Dated:  January 29, 2016                                Respectfully submitted,


By:  /s/ *Monica Foster*                                By:  /s/ *Joseph M. Cleary*
        Monica Foster                                           Joseph M. Cleary
        Attorney for Movant                                     Attorney for Movant
Business Address:                                       Business Address:
Indiana Federal Community Defenders, Inc.              Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                        111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                            Indianapolis, Indiana 46204
(317) 383-3520                                         (317) 383-3520


By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585