**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                1:15-CV-00447

      Movant,                                     (Criminal Case 1:99-CR-76)

v                                          Honorable Robert Holmes Bell
                                           U.S. District Judge
UNITED STATES OF AMERICA,

      Respondent.

---

### CERTIFICATE REGARDING MOTION CONCURRENCE

---

Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel for Mr. Gabrion states that Scott

Graham and Jennifer McManus exchanged e-mails on January 27, 2016, discussing the specifics of

the relief requested in the Motion for Status Conference, and Ms. McManus indicated the

government's opposition.

Dated:  January 29, 2016                                Respectfully submitted,


By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
      Monica Foster                                     Joseph M. Cleary
      Attorney for Movant                               Attorney for Movant
Business Address:                                 Business Address:
Indiana Federal Community Defenders, Inc.         Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                   111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                       Indianapolis, Indiana 46204
(317) 383-3520                                    (317) 383-3520


By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585