**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                    1:15-CV-00447

      Movant,                                               (Criminal Case 1:99-CR-76)

v                                                                    Honorable Robert Holmes Bell
                                                                        U.S. District Judge
UNITED STATES OF AMERICA,

      Respondent.

---

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE MOTION**
**FOR LEAVE TO CONDUCT DEPOSITIONS ON ORAL EXAMINATION**
**IN EXCESS OF TEN PAGES**

---

Movant, Marvin Charles Gabrion, II, through counsel, move this Court for leave to file a his Brief in Support of Motion for Leave to Conduct Depositions on Oral Examination,  a non-dispositive motion, in excess of ten (10) pages.  Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), counsel represents that Scott Graham and Jennifer McManus exchanged e-mails regarding the relief requested in this motion and Ms. McManus indicated that the government does not oppose the relief requested relating solely to the length of Mr. Gabrion's Brief.

IN SUPPORT THEREOF, Movant states:

1.     Mr. Gabrion has prepared a Motion for Leave to Conduct Depositions on Oral Examination (Exhibit A).

2.     The motion sets forth the standard for granting leave to conduct depositions and discovery and describes good cause supporting the request to take specific depositions.

3.     The brief prepared in support of the motion describes legal issues of some complexity and is relatively fact-intensive.

4.      The brief is presently 13 pages in length, and is attached as Exhibit B to this Motion.

5.      The government does not oppose this motion, although it contests the relief sought in the underlying motion.

6.      Local Rule 47.2(b) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 10 pages absent leave of court.

7.      Movant contends that the length of the present brief is reasonable in light of the legal issues raised and the factual complexity involved.

**WHEREFORE**, Mr. Gabrion requests this Court for leave to file the attached Motion and Brief in Support of Motion for Leave to Conduct Depositions on Oral Examination.

**Dated:  January 29, 2016**                    **Respectfully submitted,**


By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
        Monica Foster                                    Joseph M. Cleary
        Attorney for Movant                          Attorney for Movant
Business Address:                                Business Address:
Indiana Federal Community Defenders, Inc.        Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                  111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                      Indianapolis, Indiana 46204
(317) 383-3520                                   (317) 383-3520


By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585


                IT IS SO ORDERED.


 Dated: February 2, 2016                          /s/ Robert Holmes Bell
                                                  Robert Holmes Bell
                                                  United States District Judge