# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,                 1:15-CV-00447

    Movant,                                 (Criminal Case 1:99-CR-76)

v                                           Honorable Robert Holmes Bell
                                            U.S. District Judge

UNITED STATES OF AMERICA,

    Respondent.

---

## MARVIN GABRION'S MOTION TO PERMIT DISCOVERY AND TO STAY AMENDMENT AND BRIEFING PENDING DISCOVERY

---

Comes now, Movant, Marvin Gabrion, by counsel, and moves the Court:

(1)    to permit a reasonable period of discovery, consisting of at least six (6) months;

(2)    to permit the filing of his amendment of right within twenty-one (21) days of the close of discovery; and

(3)    to establish a briefing schedule on the merits following the government's response to Mr. Gabrion's amendment of right.

Counsel for Mr. Gabrion states, pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), that the government opposes the relief requested in this motion.  On January 26 and 27, 2016, Scott Graham and Jennifer McManus exchanged e-mails regarding the specific issue which is the subject of this motion.  Ms. McManus indicated that the government opposes the relief requested in this motion.

A Brief supporting this motion is attached.


**Dated:  January 29, 2016**                           **Respectfully submitted,**

By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
      Monica Foster                                     Joseph M. Cleary
      Attorney for Movant                                Attorney for Movant
Business Address:                                 Business Address:
Indiana Federal Community Defenders, Inc.         Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                   111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                       Indianapolis, Indiana 46204
(317) 383-3520                                    (317) 383-3520


By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585

2