UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION
#09184–055, II,

        Movant/Plaintiff,                Case No. 1:15–cv–00447–RHB

    v.                                Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

        Respondent/Defendant.

_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Discovery – #51<br>Motion for Discovery – #56<br>Motion to Take Deposition – #58 |
| Date/Time: | March 3, 2016   01:15 PM |
| Judge: | Robert Holmes Bell |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

ROBERT HOLMES BELL
United States District Judge

Dated:  February 10, 2016    By:   _/s/ Susan Driscoll Bourque_____
Case Manager