UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN


## MINUTES


| | | | |
|---|---|---|---|
| MARVIN CHARLES GABRION, II, | ) | | |
| | ) | CASE NO.: | 1:15-cv-447 |
| Movant, | ) | DATE: | March 9, 2016 |
| v. | ) | TIME: | 3:30 - 4:06 p.m. |
| | ) | PLACE: | GR |
| UNITED STATES, | ) | JUDGE: | ROBERT HOLMES BELL |
| | ) | | |
| Respondent. | ) | | |

--------------------------------

## APPEARANCES

Movant                                              Respondent

Scott Graham,                                  Timothy P. VerHey,
Joseph M. Cleary,                          Jennifer L. McManus
Monica Foster


## WITNESSES

None.


## PROCEEDINGS

**NATURE OF HEARING**: Status hearing regarding discovery.


Court Reporter:  Kevin Gaugier                    /s/ Todd M. Broberg
                                                              LAW CLERK