**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                    1:15-CV-00447

      Movant,                                              (Criminal Case 1:99-CR-76)

v                                                            Honorable Robert Holmes Bell
                                     U.S. District Judge

UNITED STATES OF AMERICA,

      Respondent.

---

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE AMENDED BRIEF TO CONDUCT DISCOVERY IN THE FORM OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS TO ADMIT**

---

Marvin Gabrion, through counsel, moves this Court for Leave to File His Amended Brief to Conduct Discovery in the Form of Interrogatories, Requests for Production of Documents and Request to Admit.

On January 29, 2016, Mr. Gabrion filed a Brief in Support of Marvin Gabrion's Motion for Leave to Conduct Discovery in the Form of Interrogatories, Requests for Production of Documents and Requests to Admit. Dkt. No. 51-1. Hereinafter referred to as "Brief".

At a hearing conducted on March 9, 2016, an issue arose that some of Mr. Gabrion's discovery requests in the brief were not tethered to specific claims in his 2255 petition.

Mr. Gabrion seeks leave of court to file an amended brief that would correct only that issue. That is, the amended brief would link the discovery requests to specific claims in the petition. Mr. Gabrion has not added any additional discovery requests nor did he substantively change the requests he made in his original brief.

The amended brief is submitted with this Motion.

**Dated:  March 10, 2016**

**Respectfully submitted,**

By:  _/s/ *Monica Foster*_

> Monica Foster
> Attorney for Movant

Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204
(317) 383-3520


By: _/s/ *Joseph M. Cleary*_

> Joseph M. Cleary
> Attorney for Movant

Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204
(317) 383-3520


By: _/s/ *Scott Graham*_

> Scott Graham
> Attorney for Movant

Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585