**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,                     1:15-CV-00447

        Movant,                                  (Criminal Case 1:99-CR-76)

v                                                Honorable Robert Holmes Bell
                                                 U.S. District Judge

UNITED STATES OF AMERICA,

        Respondent.

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Crim. R. 12.4 and L. Civ. R. 7.1(d), Scott Graham sought concurrence through Jennifer McManus, U.S. Attorney, on March 10, 2016 regarding Marvin Gabrion's Motion for Leave to File Amended Brief to Conduct Discovery in the Form of Interrogatories, Requests for Production of Documents and Requests to Admit.  Ms. McManus does not oppose the request.

Dated:  March 10, 2016                           Respectfully submitted,


By: _/s/ Monica Foster_                          By: _/s/ Joseph M. Cleary_
     Monica Foster                                   Joseph M. Cleary
     Attorney for Movant                             Attorney for Movant
Business Address:                                Business Address:
Indiana Federal Community Defenders, Inc.        Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 2150                  111 Monument Circle, Suite 2150
Indianapolis, Indiana 46204                      Indianapolis, Indiana 46204
(317) 383-3520                                   (317) 383-3520

By: _/s/ Scott Graham_
     Scott Graham
     Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585