UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION, II,

      Movant,

                                          CASE NO. 1:15-CV-447

v.

                                          HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

      Respondent.

_____/


## ORDER

      Movant's motion for leave to file amended brief to conduct discovery in the form

of interrogatories, requests for production of documents, and requests to admit (ECF No.

64) is **GRANTED**.  The government shall thereafter have fourteen (14) days to respond.



DATED:  March 14, 2016             /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   UNITED STATES DISTRICT JUDGE