UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION
#09184–055, II,

        Movant/Plaintiff,              Case No. 1:15–cv–00447–RHB

    v.                         Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

        Respondent/Defendant.

_____/

## ORDER

    Movant's ex–parte motion for leave to file ex–parte motion under seal (ECF No. 69) is GRANTED.

    IT IS SO ORDERED.

Dated:  April 19, 2016                /s/ Robert Holmes Bell
                                ROBERT HOLMES BELL
                                United States District Judge