UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GABRION,

      Movant,

                                     Case No: 1:15-CV-447

v.

                                     Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,         U.S. District Judge

      Respondent.

_____/

NOTICE OF WITHDRAWAL OF APPEARANCE

Jennifer L. McManus, Assistant United States Attorney on behalf of Ann Carroll, Trial

Attorney for the Department of Justice, withdraws Ann Carroll's appearance as attorney in the

above captioned case.

                                      Respectfully submitted,

                                      PATRICK A. MILES, JR.
                                      United States Attorney

Date:  July 12, 2016            /s/ Jennifer L. McManus
                                      JENNIFER L. MCMANUS
                                      Assistant United States Attorney
                                      P.O. Box 208
                                      Grand Rapids, Michigan  49501-0208
                                      (616) 456-2404