**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                     1:15-CV-00447

      Movant,                                (Criminal Case 1:99-CR-76)

v                                              Honorable Robert Holmes Bell
                                               U.S. District Judge
UNITED STATES OF AMERICA,

      Respondent.

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d) and L. Crim. R. 12.4, Scott Graham sought

concurrence through Timothy VerHey, U.S. Attorney, on October 5, 2016 regarding

Movant's Motion for Partial Reconsideration of the Court's Order of September 20,

2016. Mr. VerHey does not concur with Movant's motion.


Dated:  October 7, 2016                        Respectfully submitted,


By:  /s/ *Monica Foster*                        By: /s/ *Joseph M. Cleary*
     Monica Foster                                 Joseph M. Cleary
     Attorney for Movant                           Attorney for Movant
Business Address:                              Business Address:
Indiana Federal Community Defenders, Inc.      Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200                111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                    Indianapolis, Indiana 46204
(317) 383-3520                                 (317) 383-3520

By: /s/ *Scott Graham*
     Scott Graham
     Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585