UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION
#09184–055, II,

   Movant/Plaintiff,     Case No. 1:15–cv–00447–RHB

 v.           Hon. Robert Holmes Bell

UNITED STATES OF AMERICA,

   Respondent/Defendant.
_____/

## ORDER

  IT IS ORDERED that Respondent shall file a response to Movant's Motion for Partial Reconsideration (ECF No. 76) within 14 days of the date of this order.

  IT IS SO ORDERED.


Dated:  October 12, 2016       /s/ Robert Holmes Bell
             ROBERT HOLMES BELL
             United States District Judge