UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARVIN GABRION,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

Case No: 1:15-CV-447

Hon.  Robert Holmes Bell
     U.S. District Judge

**GOVERNMENT'S RESPONSE TO GABRION'S MOTION TO CORRECT THE
RECORD AND FOR RECONSIDERATION (R. 81)**

Gabrion has filed a motion titled, "Verified Motion to Correct the Record and for Reconsideration of Docket #76 without Inclusion of False Facts." (PageID.2684) In response to that motion, the government states as follows:

1.     Gabrion's motion states that the Court's ruling denying his motion to stay the 21-day period for amendments as of right, and its ruling denying his motion to reconsider, were based on "false facts"—namely, a "misrepresentation" that he claims the government made, to the effect that he already had an amended 2255 motion prepared. (PageID.2685-86) The motion further suggests that Gabrion's counsel had no opportunity to correct such "false facts" before the Court denied the motion for reconsideration. (PageID.2685-86)

2.    The government did not make a "misrepresentation" or place "false facts" before the Court. On February 11, 2016, the government filed an omnibus response to Gabrion's motions to stay the amendment-as-of-right period and for discovery, and in addressing the stay, stated: "On information and belief, counsel have prepared an amended motion, containing hundreds of pages of additional support for those claims." (PageID.2580) This was based on conversations in which post-conviction counsel indicated that they had compiled hundreds of pages of additional "social history" to support Gabrion's effort to obtain collateral relief. Counsel now represents that they did not have an amended motion prepared, but this is the first time they have asserted that the government's understanding was incorrect. Indeed, at the hearing on the stay and discovery motions in March 2016, post-conviction counsel held up an 81-page social history, which she said was supported by an additional 5,500 pages. (PageID.2645)

3.    Accordingly, the government did not assert any "false fact"; rather, it accurately conveyed its impression ("on information and belief") that an amended motion had been prepared. Gabrion's counsel had ample opportunity to correct any misapprehension. Though their motion to "correct" the record suggests that the government's representation was made for the first time in its October 26, 2016 response to Gabrion's motion for reconsideration (PageID.2685), and they were denied the opportunity to correct it (*id.*), the October 26 response (PageID.2677) merely referenced the earlier representation, made in February 2016 (PageID.2580). Gabrion's counsel had ample opportunity to correct any fact they felt to be in error between February 2016 and the Court's ruling.

4.      All of this is beside the point, in any event. The thrust of the government's response to the request to stay the 21-day period for amendments "as of right" was that the request was contrary to the framework of the rules and Congress's stated desire to expedite post-conviction proceedings by imposing the 21-day time limitation. (PageID.2581) The Court's ruling does not rest on the question of whether an amendment had been prepared. Further, as the government pointed out, and the Court observed, Gabrion is not without the ability to amend his motion; he may, consistent with the rules, amend the motion with the government's consent or with leave of court—and leave is to be freely given if justice requires it. Fed. R. Civ. P. 15(a)(2). What Gabrion cannot do is delay the proceedings indefinitely in the hopes that his investigation will turn up something that might form the basis of a new claim, and then amend the motion, more than two years after his conviction became final, "as of right."

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Date:  November 14, 2016

*/s/ Jennifer L. McManus*
JENNIFER L. McMANUS
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

3