# EXHIBIT 10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,               )
                                          )
        Movant,                           )
                                          )
    v.                                    ) 1:15-CV-447
                                          ) HON. ROBERT HOLMES BELL
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
        Respondent.                       )

### AFFIDAVIT OF DANIELLE WALLER

Danielle Waller, after first being sworn, does depose and state as follows:

1. My name is Danielle Waller.  I am a resident of the State of Indiana.

2. I have a B.S. in Political Science from Millikin University, a Masters of Arts
   from the University of Illinois, and a Masters of Social Work from the
   University of Illinois.

3. I was previously in private practice in which I wrote reports for persons
   charged with capital offenses.

4. I am currently employed by the Indiana Federal Community Defenders, LLC.
   In collaboration with Betsy Wilson, I conducted a social history investigation
   and drafted a report concerning Marvin Charles Gabrion in the above
   captioned case brought pursuant to 28 U.S.C. §2255.

5. I am informed my social history report, entitled Marvin C. Gabrion Social
   History, Prepared by §2255 Team has been offered as an exhibit to the
   Amended Petition for which this Affidavit is also offered as an exhibit.

6. In collaboration with Betsy Wilson, I interviewed witnesses and collected

1

records underlying the social history report.

7. For each fact contained in the report, there is a corresponding record or witness to support what is written there.

8. With the exception of prison conduct noted in the report that post-dates Mr. Gabrion's death sentence, each document or exhibit referenced in paragraph 7 above existed at the time of Mr. Gabrion's trial in February of 2002 unless otherwise noted.

Further affiant sayeth not.

_____
Danielle Waller

State of Indiana

County of __Marion__

This instrument was signed by Danielle Waller before me on __12-2- 2016__ ,
2016 after Danielle Waller was duly sworn.

_____
Signature of Notary

Affix seal here

SHIRLENA RENEE LANGE
Seal
Notary Public - State of Indiana
Marion County
My Commission Expires Sep 22, 2024

__Shirlena Lange__
Printed Name of Notary

My commission expires: __9-22-24__