**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                        1:15-CV-00447

      Movant,                                                (Criminal Case 1:99-CR-76)

v                                                                   Honorable Robert Holmes Bell
                                                                    U.S. District Judge

UNITED STATES OF AMERICA,

      Respondent.

---

### CERTIFICATE REGARDING MOTION CONCURRENCE

---

      Pursuant to L. Civ. R. 7.1(d) and L. Crim. R. 12.4, Scott Graham contacted the government seeking concurrence concerning Movant's Motion for Leave to File Movant's First Amended Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  Timothy VerHey, U.S. Attorney, provided the following response:

> The government has been consulted and it takes the position that it must oppose the amendments so that the Court is free to use its full discretion to allow or deny the amendments proposed.

Dated:  December 2, 2016                              Respectfully submitted,

By:  /s/ *Monica Foster*                                  By:  /s/ *Joseph M. Cleary*
      Monica Foster                                            Joseph M. Cleary
      Attorney for Movant                                   Attorney for Movant
Business Address:                                       Business Address:
Indiana Federal Community Defenders, Inc.   Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200                111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                         Indianapolis, Indiana 46204
(317) 383-3520                                          (317) 383-3520

By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585