**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II                    1:15-CV-00447

      Movant,                                          1:99-CR-76
                                                                Capital §2255 Proceedings
v

                                                                Honorable Robert Holmes Bell
UNITED STATES OF AMERICA,              U.S. District Judge

      Respondent.                                  Movant Incarcerated at:
                                                                USP Terre Haute
                                                                Reg. No. 09184-055

**MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S**
**RESPONSE TO MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR**
**CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY AND REQUEST**
**FOR A BRIEFING SCHEDULE**

      Marvin Gabrion, through counsel, requests leave to file a Reply to the

Government's Response to his Motion Under 28 U.S.C. §2255 To Vacate, Set Aside, or

Correct Sentence By a Person In Federal Custody.  He further requests the Court to set

a briefing schedule regarding the issues contained in the motion.  In support, he states:

      1.     On April 27, 2015, Mr. Gabrion filed his "Motion Under 28 U.S.C. §2255

To Vacate, Set Aside, or Correct Sentence By a Person In Federal Custody."  (Dkt. #1).

In that motion, Movant asserted numerous grounds that he contended required his

conviction and death sentence to be vacated and set aside.

      2.     The government responded to the motion on January 25, 2016.  (Dkt.

#42).

3.      On March 10, 2016, Mr. Gabrion requested leave to take discovery before amending his motion. (Dkt. 64).  This Court took the request under advisement. Because this motion was under advisement, Mr. Gabrion did not request leave to file a reply or request the Court to set a briefing schedule on the claims he presented.

4.      On September 20, 2016, the Court denied Mr. Gabrion's motion for leave to take discovery and motion for leave to amend his motion as a matter of right. (Dkt. 74).  The court indicated it would consider the discovery requests in its review of the §2255 motion on the merits.

5.      As a result, Mr. Gabrion has requested leave to file an amended §2255 motion pursuant to F.R.Civ.P.15(a)(2), and has submitted a proposed motion.

6.      If for any reason, Mr. Gabrion is not allowed to file the amended motion he has tendered to the Court, he requests permission to file a reply to the government's answer to the present motion and further requests the Court to set a briefing schedule on the issues raised in the motion.

7.      Rule 5 of the Rules Governing §2255 Cases gives this Court discretion to allow a §2255 movant to file a reply to the government's answer.

8.      A reply and briefing on the pending motion will be crucial in this case if Mr. Gabrion is not allowed to amend the pending motion.  The government's response misconstrues many of the issues presented in the motion, and Mr. Gabrion should be allowed to show exactly why factual errors exist in the response.  Clarification of the government's errors is crucial.

2

9.    Briefing is equally important.  Many of Mr. Gabrion's claims raise important legal questions of constitutional magnitude.  Mr. Gabrion contends that it will be impossible for the Court to fully evaluate his claims without briefing.

10.    The need for reliability is at its apex in cases that could culminate in the execution of the defendant.  A fair process ensures, to the extent possible, a reliable outcome.  Nowhere is this more important than in federal capital cases, which unlike capital cases arising from state court prosecutions, have only one level of review for matters not contained in the original trial record.  These factors, and those set forth above, militate toward permitting the filing of a reply and the establishment of a briefing schedule.

11.    Mr. Gabrion requests a period of sixty (60) days in which to file a reply and a brief in support of his motion.  He requests the Court to complete a briefing schedule as the Court determines appropriate.

**WHEREFORE**, pursuant to Rule 5 of the Rules Governing §2255 Cases, should the Court deny Mr. Gabrion's motion for leave to amend his initial §2255 motion, Mr. Gabrion moves the Court for leave to file a reply to the government's response, and to establish a briefing schedule on the first §2255 motion.

**Dated:  December 6, 2016**                **Respectfully submitted,**

By:  _/s/ Monica Foster_                     By: _/s/ Joseph M. Cleary_
       Monica Foster                                Joseph M. Cleary
       Attorney for Movant                        Attorney for Movant
Business Address:                          Business Address:
Indiana Federal Community Defenders, Inc.   Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200           111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204               Indianapolis, Indiana 46204
(317) 383-3520                            (317) 383-3520

3

By: /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585


**IT IS SO ORDERED**


DATE: _____                    _____
                                            Robert Holmes Bell
                                            U.S. District Judge