**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,

      Movant,

v

UNITED STATES OF AMERICA,

      Respondent.

1:15-CV-00447

(Criminal Case 1:99-CR-76)

Honorable Robert Holmes Bell
U.S. District Judge

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

      Pursuant to L. Civ. R. 7.1(d) and L. Crim. R. 12.4, Scott Graham contacted the government seeking concurrence concerning Movant's Motion for Leave to File a Reply to the Government's Response to Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Request for a Briefing Schedule. The government does not concur with the relief requested.

Dated:  December 6, 2016

By:  /s/ *Monica Foster*
      Monica Foster
      Attorney for Movant
Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520

By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585

Respectfully submitted,

By:  /s/ *Joseph M. Cleary*
      Joseph M. Cleary
      Attorney for Movant
Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520