UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

        Movant,

                                 File No. 1:15-cv-447

v.

                                 HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

        Respondent.

_____/

## **O R D E R**

This is an action for relief under 28 U.S.C. § 2255. Before the Court is Movant's motion to correct the record and for reconsideration of the Court's November 4, 2016 order, in which the Court denied Movant's motion for reconsideration of the Court's order of September 20, 2016.

Western District of Michigan Local Civil Rule 7.4(a) provides that "motions for reconsideration which merely present the same issues ruled upon by the Court shall not be granted." Further, reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been misled . . . [and] that a different disposition must result from a correction thereof." *Id.*

At issue is whether the Court erred in denying Movant's request for additional time to file an amended motion *as a matter of right*. Movant's request to correct the record is founded on the possibility that the Court credited the Government's assertion that he did not

need additional time because the Government believed he had already prepared an amended motion. The Government's assertion was unsupported and the Court did not rely upon it. Thus, correction of the record is unnecessary.

As to whether it was error for the Court to deny Movant's request for additional time, Rule 6 of the Federal Rules of Civil Procedure permits the Court to extend the deadlines for *good cause*. As the Court explained in its previous order, the only reason provided by Movant in his initial motion for more time was that he wanted the opportunity for discovery. Because the Court denied the motion for discovery, the request for additional time was also denied. Although Movant also requested additional time (60 days) at the motion hearing, in the event that the Court denied the request for discovery, he did not provide any basis for this request, other than the fact that he possessed additional information to provide the Court. Several months after this hearing, when the Court denied the request for discovery, he still had more than two weeks remaining in which he could have filed an amended motion with these materials (assuming that his motion for discovery and for additional time tolled the time period for amending as of right). He did not do so. Instead, he filed a motion for reconsideration asking for at least 21 more days to file an amended motion. But once again, he did not provide a reason for his request, other than the fact that he possessed additional documents and was not expecting the Court to deny the motion for discovery. Movant now asserts that it "should go without saying that an amendment requires a thorough review of . . . thousands of documents, a thorough review of witness interviews, consultation with experts, a considered determination as to what facts should be pled in the amended petition and what

should not, and if documents are to be included, where." (Mot. 3, ECF No. 81.) However, in his first motion for reconsideration, Movant gave the Court a very limited description of the additional documents that he intended to provide the Court. That description gave no indication that the time available to him under the Rules was not sufficient for him to file an amended motion as of right. Thus, the Court discerns no error in its decision denying the motion for reconsideration.

Accordingly, having found no palpable defect in the Court's order that requires a different disposition thereof,

**IT IS HEREBY ORDERED** that Movant's motion to correct the record and/or for reconsideration (ECF No. 81) is **DENIED**.

Dated: <u>December 14, 2016</u>                    /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE