**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,      )
                                 )
            Movant,              )
                                 )
      v.                         ) 1:15-CV-447
                                 )  HON. ROBERT HOLMES BELL
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.          )

---

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE MOTION**
**FOR EVIDENTIARY HEARING IN EXCESS OF TEN PAGES**

---

Movant, Marvin Charles Gabrion II, through counsel, moves this Court for leave to file his Brief in Support of Motion for Evidentiary Hearing, a non-dispositive motion, in excess of ten (10) pages.

IN SUPPORT THEREOF, Movant states:

1.      Mr. Gabrion has prepared a Motion for an Evidentiary Hearing and a brief supporting the motion. (Exhibit A)

2.      The brief prepared in support of the motion describes legal issues relating to the appropriateness of an evidentiary hearing in this case, and discusses a number of complex facts.

3.      Local Rule 47.2(b) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 10 pages absent leave of court.

4.      Movant contends that the length of the present motion and brief is reasonable in light of the legal issues discussed and the factual complexity involved.

**WHEREFORE**, Mr. Gabrion requests this Court for leave to file the attached

Motion and Brief in Support of Motion for Motion for Evidentiary Hearing.

**Dated:  December 19, 2016**                    **Respectfully submitted,**


By: /s/ *Monica Foster*                    By: /s/ *Joseph M. Cleary*
    Monica Foster                           Joseph M. Cleary
    Attorney for Movant                    Attorney for Movant
Business Address:                          Business Address:
Indiana Federal Community Defenders, Inc.   Indiana Federal Community Defenders
111 Monument Circle, Suite 3200             111 Monument Circle, Suite 3200
Indianapolis, IN 46204                      Indianapolis, IN 46204
(317) 383-3520                              (317) 383-3520


By: /s/ *Scott Graham*
    Scott Graham
    Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585


**IT IS SO ORDERED**

DATE: _____         _____
                                            Robert Holmes Bell
                                            U.S. District Judge