**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) 1:15-CV-447 |
| | ) HON. ROBERT HOLMES BELL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d) and L. Crim. R. 12.4, Scott Graham contacted the government seeking concurrence concerning Movant's Motion for Leave to File Motion for Evidentiary Hearing in Excess of Ten Pages.  The government does not oppose Movant's request to file in excess of page limitation; however, the government does oppose the relief requested in Movant's Motion for Evidentiary Hearing.

**Dated:  December 19, 2016**                **Respectfully submitted,**


By: /s/ *Monica Foster*                    By: /s/ *Joseph M. Cleary*
   Monica Foster                           Joseph M. Cleary
   Attorney for Movant                       Attorney for Movant
Business Address:                    Business Address:
Indiana Federal Community Defenders, Inc.    Indiana Federal Community Defenders
111 Monument Circle, Suite 3200            111 Monument Circle, Suite 3200
Indianapolis, IN 46204                Indianapolis, IN 46204
(317) 383-3520                    (317) 383-3520


By: /s/ *Scott Graham*
   Scott Graham
   Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585