**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION, II,              )
                                                             )
                    Movant,                          )
                                                             )
        v.                                               ) 1:15-CV-447
                                                             )  HON. ROBERT HOLMES BELL
UNITED STATES OF AMERICA,            )
                                                             )
                    Respondent.                     )

**MOTION FOR RECUSAL**

        Movant, Marvin Gabrion, by counsel, hereby moves pursuant to the Fifth and

Eighth Amendments to the United States Constitution, 28 USC § 455 (a), and Canons

2A and 3A(6) of the Judicial Code for United States Judges to disqualify the Honorable

Robert Holmes Bell from further proceedings in this case.  The grounds for this motion

are more fully set forth in the memorandum submitted with this motion.

        **WHEREFORE**, for the reasons set forth above and for such other reasons as

may appear to the court, Mr. Gabrion requests that this motion be granted.

December 22, 2016                                    Respectfully submitted,

By: /s/ *Monica Foster*                              By: /s/ *Joseph M. Cleary*
     Monica Foster                                         Joseph M. Cleary
     Attorney for Movant                             Attorney for Movant
Business Address:                                     Business Address:
Indiana Federal Community Defenders, Inc.`   Indiana Federal Community Defenders
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, IN 46204                             Indianapolis, IN 46204
(317) 383-3520                                         (317) 383-3520

By: /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585