**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) 1:15-CV-447 |
| | ) HON. ROBERT HOLMES BELL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE REGARDING MOTION CONCURRENCE**

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted the government seeking concurrence concerning Movant's Motion for Recusal. The government does not concur with the relief requested.


**Dated:  December 22, 2016**

By:  /s/ *Monica Foster*
        Monica Foster
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520

By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585

**Respectfully submitted,**

By:  /s/ *Joseph M. Cleary*
        Joseph M. Cleary
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520