**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                )
                                          )
                Movant,                    )
                                          )
        v.                                ) 1:15-CV-447
                                          )  HON. ROBERT HOLMES BELL
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
                Respondent.               )

---

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE MOTION FOR A HEARING
TO DETERMINE MENTAL COMPETENCE IN EXCESS OF TEN PAGES**

---

Movant, Marvin Charles Gabrion II, through counsel, moves this Court for leave to file his Brief in Support of Motion for a Hearing to Determine Mental Competence, a non-dispositive motion, in excess of ten (10) pages.

IN SUPPORT THEREOF, Movant states:

1.      Mr. Gabrion has prepared a Motion for a Hearing to Determine Mental Competence and a brief supporting the motion. (Exhibit A)

2.      The brief prepared in support of the motion is based on issues that Mr. Gabrion believes are factually and legally complex.

3.      Local Rule 47.2(b) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 10 pages absent leave of court.

4.      The government does not oppose this motion, although it contests the relief sought in the underlying motion.

5.      Movant contends that the length of the present motion and brief is

reasonable in light of the legal issues discussed and the factual complexity involved.

**WHEREFORE**, Mr. Gabrion requests this Court for leave to file the attached

Motion and Brief in Support of Motion for a Hearing to Determine Mental Competence.

**Date:  January 25, 2017**                  **Respectfully submitted,**

By: /s/ Monica Foster                        By: /s/ Joseph M. Cleary
      Monica Foster                                Joseph M. Cleary
      Attorney for Movant                          Attorney for Movant
Business Address:                            Business Address:
Indiana Federal Community Defenders          Indiana Federal Community Defenders
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, IN 46204                       Indianapolis, IN 46204
(317) 383-3520                               (317) 383-3520


By:  /s/ Scott Graham
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585


**IT IS SO ORDERED**

DATE: _____    _____
                                        Robert Holmes Bell
                                        U.S. District Judge