**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARVIN CHARLES GABRION II, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) 1:15-CV-447 | |
| | ) HON. ROBERT HOLMES BELL | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d) and L. Crim. R. 12.4, Scott Graham contacted Jennifer McManus seeking concurrence concerning Movant's Motion for Leave to File Motion for a Hearing to Determine Mental Competence in Excess of Ten Pages.  The government does not oppose Movant's request to file in excess of page limitation; however, the government does oppose the relief requested in Movant's Motion for a Hearing to Determine Mental Competence.

**Date:  January 25, 2017**                              **Respectfully submitted,**

By: /s/ Monica Foster                                By: /s/ Joseph M. Cleary
    Monica Foster                                         Joseph M. Cleary
    Attorney for Movant                                   Attorney for Movant
Business Address:                                    Business Address:
Indiana Federal Community Defenders                  Indiana Federal Community Defenders
111 Monument Circle, Suite 3200                      111 Monument Circle, Suite 3200
Indianapolis, IN 46204                               Indianapolis, IN 46204
(317) 383-3520                                       (317) 383-3520


By:  /s/ Scott Graham
    Scott Graham
    Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585