UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION
#09184–055, II,

        Movant/Plaintiff,                Case No. 1:15–cv–00447–RJJ

    v.                              Chief Judge Robert J. Jonker

UNITED STATES OF AMERICA,

        Respondent/Defendant.
_____/

### NOTICE REGARDING REASSIGNMENT OF CASE

      NOTICE is hereby given that this case has been reassigned to Chief Judge Robert J. Jonker for all further proceedings pursuant to Administrative Order number 17–CA–021. Judge Robert Holmes Bell is no longer assigned to the case.

CLERK OF COURT

Dated:  February 1, 2017      By:   _/s/ M. Allen_____
                                      Deputy Clerk