**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                )
                                          )
                    Movant,               ) 1:15-CV-447
                                          )
        v.                                )
                                          ) HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,                 ) CHIEF U.S. DISTRICT JUDGE
                                          )
                    Respondent.           )

---

**MARVIN GABRION'S UNOPPOSED MOTION FOR STATUS CONFERENCE**

---

Marvin Charles Gabrion II, through counsel, moves this Court to conduct a status conference in this case for the purpose of allowing counsel and the Court to discuss further proceedings in the case.

IN SUPPORT OF THIS MOTION, counsel for Mr. Gabrion states:

1.      Mr. Gabrion moved for relief pursuant to 28 U.S.C. §2255 and the government responded.  That motion is under consideration, along with a motion for discovery.

2.      Since that time, Mr. Gabrion has filed a number of motions which are still pending, including a motion seeking leave to amend his §2255 motion, a motion for an evidentiary hearing and a motion for a competency examination.

3.      A status conference would provide the parties with an opportunity to discuss with the Court the case and future steps to be taken toward resolution.

4. A status conference would be especially appropriate in light of the recent transfer of the case.

**WHEREFORE**, Mr. Gabrion requests this Court to conduct a status conference in this case at a time convenient to the Court's schedule.

**Date:  February 1, 2017**                          **Respectfully submitted,**

By: /s/ Monica Foster                               By: /s/ Joseph M. Cleary
    Monica Foster                                     Joseph M. Cleary
    Attorney for Movant                               Attorney for Movant
Business Address:                                    Business Address:
Indiana Federal Community Defenders                  Indiana Federal Community Defenders
111 Monument Circle, Suite 3200                      111 Monument Circle, Suite 3200
Indianapolis, IN 46204                               Indianapolis, IN 46204
(317) 383-3520                                       (317) 383-3520


By:  /s/ Scott Graham
    Scott Graham
    Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585