**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) 1:15-CV-447 |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| UNITED STATES OF AMERICA, | ) CHIEF U.S. DISTRICT JUDGE |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus via email exchange seeking concurrence concerning Marvin Gabrion's Motion for a Status Conference.  Ms. McManus indicated that the government does not oppose the relief requested in the Motion for a Status Conference.

**Date:  February 1, 2017**                    **Respectfully submitted,**

By: /s/ Monica Foster                        By: /s/ Joseph M. Cleary
       Monica Foster                               Joseph M. Cleary
       Attorney for Movant                      Attorney for Movant
Business Address:                            Business Address:
Indiana Federal Community Defenders          Indiana Federal Community Defenders
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, IN 46204                       Indianapolis, IN 46204
(317) 383-3520                               (317) 383-3520


By:  /s/ Scott Graham
       Scott Graham
       Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585