UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNTIED STATES OF AMERICA,

      Plaintiff,

v.

MARVIN CHARLES GABRION,

      Defendant.

_____/

CASE NO. 1:99-CR-76
      1:15-CV-447

HON. ROBERT J. JONKER

## **ORDER**

Movant is represented by counsel on all post-judgment matters in this capital case.  Despite the representation, Movant unilaterally submits items to the Court from time to time.  To preserve the record of all communications; to permit Movant's counsel to make measured judgments about what should, or should not, be advanced in Movant's own best interest; and to ensure that all counsel are fully aware of all matters submitted to the Court; the Court directs that the Clerk file all communications from Movant on a restricted access basis in this proceeding with access permitted only to the Court and to counsel for both sides.

      **IT IS SO ORDERED**.

Dated:    March 6, 2017            /s/ Robert J. Jonker
                             ROBERT J. JONKER
                             CHIEF UNITED STATES DISTRICT JUDGE