UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

        Movant,

                                       File No. 1:15-CV-447

v.

                                       HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER

This is an action for relief under 28 U.S.C. § 2255. Before the Court are several motions filed by Movant.

First, Movant seeks leave to file an amended motion under § 2255 (ECF No. 83), and has submitted a proposed amended motion (ECF No. 83-1). As the Court explained in its November 4, 2016 order, leave to amend is to be "freely given as justice so requires." Fed. R. Civ. P. 15(a)(2). Applying the standard in Rule 15(a)(2), the Court will permit amendment of the motion under § 2255 and will order Respondent to file a response to the proposed amended motion. In granting leave to amend, the Court is not making a determination regarding the merits of any amended claims or their timeliness.

Next, Movant asks for leave to file a reply in support of his original motion under § 2255, in the event that he is not permitted to file an amended motion. (ECF No. 86.) Because the Court will permit the amended motion, the reply is not necessary and the motion for leave to file a reply will be denied.

In addition, Movant asks for leave to file a Motion for Evidentiary Hearing in Excess of Ten Pages (ECF No. 89), and has submitted a proposed motion for an evidentiary hearing (ECF No. 89-1). This motion is premature. Rule 8 of the Rules Governing Section 2255 Proceedings provides that the Court must review the answer by the Respondent and the records of the proceedings to determine whether an evidentiary hearing is warranted. Respondent has not yet answered the amended motion under § 2255. The Court will wait to review Respondent's answer before deciding whether an evidentiary hearing is warranted. Consequently, the motion for leave to file a Motion for Evidentiary Hearing in Excess of Ten Pages will be denied without prejudice.

Movant also asks for the recusal of Judge Robert Holmes Bell from this matter. (ECF No. 91.) This motion will be denied because it is moot. Judge Bell is no longer assigned to this case.

Next, Movant asks for leave to file a Motion for a Hearing to Determine Mental Competence in Excess of Ten Pages. (ECF No. 93.) This motion will be granted, and the Court will require Respondent to answer the Motion for a Hearing to Determine Mental Competence.

Finally, Movant has filed an unopposed request for a status conference to discuss further proceedings in this case. (ECF No. 96.) A status conference is not necessary at this time. Thus, this motion will be denied.

Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Movant's First Amended Motion Under 28 U.S.C. § 2255 (ECF No. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Leave to File a Reply (ECF No. 86), Motion for Leave to File a Motion for an Evidentiary Hearing in Excess of Ten Pages (ECF No. 89), Motion for Recusal (ECF No. 91), and Motion for Status Conference (ECF No. 96) are **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Leave to File a Motion for a Hearing to Determine Mental Competence in Excess of Ten Pages (ECF No. 93) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall file a response to the Motion for a Hearing to Determine Mental Competence within fourteen (14) days of this date.

**IT IS FURTHER ORDERED** that Respondent shall file an answer to the First Amended Motion Under 2255 within sixty (60) days of this date.

Date:    March 8, 2017                         /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE