# EXHIBIT 7

Declaration of Joseph Lunsford

1.  I am incarcerated at Marquette Branch Prison in Marquette, Michigan for Child Sexually Abusive Material-Possession and Computers-Using to Commit a Crime.
2.  I testified for the government in the penalty phase of Marvin Gabrion's trial. At the time of my testimony I was serving time in a state penal facility for felonious assault and indecent exposure.
3.  I was incarcerated in the segregation unit in White Cloud, Michigan at the Newaygo County Jail in December 1997. At that time, my cell was adjacent to Mr. Gabrion's. I believed Mr. Gabrion had mental health issues as he frequently talked to himself.  He also used the phone outside of the cell to pretend to be talking to various individuals including the Governor of Michigan.
4.  I testified that Marvin Gabrion told me the police would never find baby Shannon and that Ms. Timmerman's mother sold Shannon on the black market to get money.
5.  I also testified that Marvin Gabrion had a magazine photo of Shannon. One night when I went to use the phone, I looked in his cell and saw him masturbating to the picture of the baby, Shannon.
6.  My testimony regarding Mr. Gabrion masturbating to the photo of baby Shannon was not true. My counsel, Chris Yates, first suggested the facts about Mr. Gabrion and the photo of baby Shannon. I merely confirmed it was true.
7.  I attempted to recant and asked to be kept off the witness stand during Mr. Gabrion's penalty phase. Mr. Yates told me it was too late to back out and if I did, I would have to serve my entire 30 year indeterminate state sentence before serving the federal time.
8.  I was not aware at that time that Mr. Yates had also provided assistance to Mr. Gabrion's attorneys and provided legal advice directly to Mr. Gabrion in his capital case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Joseph Lunsford_ (signature)

Joseph Lunsford

Executed this __8th__ day of September, 2016