**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) 1:15-CV-00447 |
| | ) 1:99-CR-76 |
| Movant, | ) Capital §2255 Proceedings |
| | ) Hon. Robert Holmes Bell, Presiding |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) Movant incarcerated at: |
| | ) USP Terre Haute |
| Respondent. | ) Reg. No. 09184-055 |

**CONTINUED EXHIBITS TO**

**FIRST AMENDED MOTION UNDER 28 U.S.C. §2255 TO VACATE,**
**SET ASIDE, OR CORRECT SENTENCE BY A PERSON**
**IN FEDERAL CUSTODY**

# EXHIBITS 9 - 14