# EXHIBIT 9

# Marvin C. Gabrion Social History
# Prepared by §2255 Team



*Marvin Gabrion's senior photo, 1971 White Cloud School yearbook*



*Marvin Gabrion, a few years after high school gradation*

## Table of Contents

I.      Introduction ........................................................................................................ 1

II.     Marvin's History .............................................................................................. 2

    A.   Sexual Abuse ................................................................................................ 2

    B.   Marvin's Mother: Abandonment and Affairs ................................................ 3

    C.   Sexual Boundaries & Violence ..................................................................... 6

    D.   Physical Abuse .............................................................................................. 9

    E.   Poverty ......................................................................................................... 10

    F.   Drug Use ....................................................................................................... 12

    G.   Culture of Criminality ................................................................................... 14

    H.   Resiliency Factors ........................................................................................ 17

    I.   Head Injuries ................................................................................................ 20

    J.   Dramatic Behavioral Changes ...................................................................... 29

    K.   Deterioration and Escalation of Substance Abuse ....................................... 34

    L.   Employment .................................................................................................. 36

    M.   Incarceration ................................................................................................. 37

        1.   Participation in programs ........................................................................ 37

        2.   Continued mental illness ......................................................................... 38

III.    Family History ................................................................................................. 43

IV.     Maternal Family ............................................................................................... 53

    A.   Immediate Family ......................................................................................... 53

        1.   Elaine Gabrion ........................................................................................ 53

        2.   Gloria Levine ........................................................................................... 54

        3.   Yvonne Wilkinson .................................................................................... 55

        4.   Mike Gabrion ........................................................................................... 55

        5.   David Gabrion .......................................................................................... 56

        6.   Elaine "Lanie" Wilkinson ......................................................................... 57

        7.   Tom Levine .............................................................................................. 58

        8.   Chelsea Gabrion ...................................................................................... 58

9. Mike "Mikey" Gabrion Jr. ..................................................................................... 59

B.   Aunts and Uncles .................................................................................................... 59

1. George Jenkins ................................................................................................... 60

2. Ella Gossett ........................................................................................................ 65

3. John Jenkins ....................................................................................................... 67

4. Charlotte Dunn ................................................................................................... 70

5. Julia "Jewel" DeYoung ........................................................................................ 72

C.   First Cousins ............................................................................................................ 73

1. John "Johnny" Jenkins ........................................................................................ 73

2. Mary Branning .................................................................................................... 86

3. Conny Berlanga ................................................................................................... 95

4. Marilyn Lieson .................................................................................................... 96

5. James "Jimmy" Jenkins ....................................................................................... 97

6. Thomas "Tommy" Jenkins ................................................................................... 98

7. Delores Schoen ................................................................................................... 99

8. George William Dunn Sr. .................................................................................. 100

9. Francis "Jerry" Dunn ......................................................................................... 103

10. Bertha Kowolski ................................................................................................ 104

11. Gertrude "Trudy" Haven ................................................................................... 105

12. William Dunn .................................................................................................... 106

13. Robert "Bobby" Jenkins .................................................................................... 107

D.   Children of Marvin's First Cousins   (First Cousins Once Removed) ..................... 108

1. Richard Haven Jr. .............................................................................................. 108

2. Deborah Griffioen ............................................................................................ 114

3. Jeff Jenkins ....................................................................................................... 115

4. Brian Jenkins .................................................................................................... 117

5. Tommy Jenkins ................................................................................................. 119

6. William Dunn .................................................................................................... 120

7. Mary Boos ........................................................................................................ 121

8. Brenda Schoen ................................................................................................. 122

9. Mary Beth Simkins............................................................................................ 123

10. Carla Marion ................................................................................................ 124

11. George Dunn Jr. ........................................................................................... 125

12. Susie Dunn ................................................................................................... 126

13. Theresa Sims ................................................................................................ 127

14. Charles Koewers ........................................................................................... 127

E. Grandchildren of Marvin's First Cousins (First cousin twice removed) ............... 128

1. Amanda Dunn ............................................................................................... 128

2. Misty Topia .................................................................................................. 131

3. Emily Simkin ................................................................................................ 132

4. Mandy Dunn ................................................................................................ 133

5. Thaddeus Bradford ....................................................................................... 134

V. Paternal Substance Abuse, Mental Health & Environmental Turmoil ................ 134

A. Grandparents ...................................................................................................... 135

1. Lula and Vern Gabrion .................................................................................. 135

B. Aunts and Uncles ................................................................................................ 136

1. Charles Gabrion ........................................................................................... 136

2. Lucile Cross .................................................................................................. 138

C. First Cousins ....................................................................................................... 141

1. Jacqueline "Jackie" Frechette ....................................................................... 141

2. Charles Whitbeck ......................................................................................... 142

3. Jennifer (Jean) Martin .................................................................................. 143

D. Children of Marvin's First Cousins ....................................................................... 144

(First Cousins Once Removed) ................................................................................... 144

1. Gary Anderson .............................................................................................. 144

2. Theresa Westbrook ...................................................................................... 145

3. Christopher Whitbeck ................................................................................... 146

## I.    Introduction

Marvin Gabrion was born on October 18, 1953, into a family plagued by poverty, abuse, and neglect.  His childhood was punctuated by trauma.  His family members feel great shame about their past.  It was only after Marvin's current lawyers, mitigation specialists, and investigators spent many hours building relationships of trust with his family that they were willing to reveal a number of vitally important details about Marvin's life and environment.

Marvin was convicted of the current offense on March 5, 2002 and sentenced to death 11 days later.  To understand what catapulted him off his life's trajectory, it is important to know the many risk factors that were at play in his genetic and environmental make-up.

Marvin's behavior began to deteriorate soon after he graduated high school in 1971.  His substance abuse, mental illness, and numerous head injuries, significantly impaired his ability to function.  Although his behavior became increasingly strange, he attempted to work, maintain relationships with family, and live independently.

Many multigenerational themes are present in his immediate family. Several of Marvin's relatives suffer from mental illness, substance abuse and chaotic environments. Marvin did not escape this family tree unscathed.

## II.    Marvin's History

Marvin is fifth of six children born to Elaine and Marvin Gabrion Sr.  He has three older sisters, Gloria, Yvonne, and Christine.  His older brother, Mike, is the fourth child. David is the sixth and last child born to Elaine and Marvin Gabrion Sr.

### A.    Sexual Abuse



Marvin's relative remembered that, when the family moved to the Round Lake area, an old neighbor man asked if Mike Gabrion and Marvin Gabrion would help him rake his yard.  The boys were there alone for a time, and then one ran a mile back to the Gabrion house to get help, because the old man was "getting frisky" with the other brother.  It is not clear whether it was Marvin or Mike who ran or who was left behind.

A family friend then raced to the old man's house.  The friend barged in and found the old man in bed with one of the Gabrion boys.  The friend explained that the boy who had run home was certainly aware that his brother was being molested and was probably also physically molested.

Marvin's relatives remembered that his mother Elaine was upset when she learned that the neighbor had molested her boys.  Elaine hid what had

2

happened.  Either out of shame, indifference, or for some other reason, Elaine told Marvin that the sexual abuse was nothing, and he should not think about it or tell anyone about it.  Elaine did not tell Marvin's father Marvin Sr. that his sons had been sexually abused.

## B.    Marvin's Mother: Abandonment and Affairs

Elaine's sexual behavior taught her children several lessons.  First, the children learned sex was a force that could disrupt lives, manipulate other people, and was often shameful and illicit.  Second, the children learned they could not rely on their mother and that she might disappear without notice for unpredictable periods.

Marvin's mother left her home and her children many times to be with men with whom she was having affairs.  Marvin Sr. described how Elaine cheated frequently and left home for long periods of time.  When she would return, he would take her back.  Once, Elaine lived with her paramour for several years.  The kids sometimes met her paramours.



*Doc Horsfall*

Elaine's friend, Phyllis, remembered that she agreed to go to a bar with Elaine

3

only if Elaine promised to return home with her.  Elaine refused to return home with Phyllis and left instead with Doc Horsfall, who became her long-time affair partner.

Phyllis told Marvin Sr. what had happened and then drove with Marvin Sr. to Doc Horsfall's house.  Marvin Sr. went to the door and then returned to the car.  He told Phyllis that Elaine did not want to come home.  Elaine stayed with Doc Horsfall for a while. Marvin Sr. was heartbroken.

Elaine worked at a restaurant.  Marvin Sr. reported that, at night, he would go to the restaurant to walk Elaine home. One night, the restaurant staff told him that Elaine had left with a man who was married and had four children.  Marvin Sr. knew they had left to have sex.  Marvin Sr. called the man's wife and told her about the man's affair with Elaine.

Elaine left the home many times to be with other men throughout her children's childhood.   The children felt abandoned by their mother's departures.

There was a time when Elaine was gone that Marvin Sr. thought about giving the three boys to someone else to raise.  Family friend, Bob Peck, found out that Marvin Sr. was going to give the boys away and asked for Mike.  Marvin Sr. eventually decided to keep the boys, because Elaine came back.

The children felt that their family could be ripped apart.  At least once, Marvin Sr. paid a neighbor lady to keep Mike and Marvin so that Elaine could not "steal" (kidnap) them.  The other children thought that they were never going to see any of their siblings again.

Marvin's brother Mike got pneumonia as a child because, as his mother was leaving with her boyfriend, he ran after her barefoot in the snow trying to stop



*Left to right: David, Marvin, and Mike Gabrion*

her.  Elaine had one long-term affair while living in Round Lake, and she moved in with the other man for a month.  Elaine took David Gabrion with her, but left the rest of the kids behind.  Several members of the extended family and friends confirm Elaine's affairs and abandonment of her children.

Elaine's sexual relationships outside of her marriage did great damage to her relationship with her children. It also damaged her children's relationships with their father.  Marvin Sr. believed that only Gloria and Yvonne are his children.  He believed that Christine, Mike, Marvin, and David were all fathered by other men.

5

## C.    Sexual Boundaries & Violence

Marvin's parents would physically fight after having sex, usually when they were drunk, and either deliberately exposed their children to their violent sexual habits, or at least were indifferent.

The girls and boys all slept in one room that had a dresser and sheet down the middle to divide the room by gender.  Their parents did not have a door on their bedroom either.  There was no sound barrier between the rooms.

Elaine was very loud when having sex, moaning and making it obvious what was happening.  Christine would cover her ears with a pillow. She and her siblings did not discuss it the next day although they all had heard the sound of their parents' sex and violence.



*Marvin Sr. and Elaine*

One particular incident stuck in Christine's mind.  Elaine sneaked into the house late one night and into Marvin Sr.'s bedroom.  Christine vividly recalls her mother wearing a shirt with shiny scales that resembled the shell of a turtle.  Marvin Sr. hit her and told Elaine he thought she had been a turtle.

6

That night, Marvin Sr. accused Elaine of having had sex with a black man.  Marvin Sr. reached this conclusion because he said there was a black handprint on her bra.

After having loud sex with their father, Elaine came to the entry way of the girl's room and told them to "never suck a man's cock."  The boys heard her say this too, since the boys and girls slept in the same room, separated by only a sheet hung from the ceiling. Another time, Elaine and an aunt told the children that "if you  sucked a baby boy's cock, it will be bigger."

Despite her many affairs, Elaine was a very jealous woman.  At the wedding of Marvin's cousin, Bertha, around 1960, Marvin Sr. was sitting next to a pregnant woman and talking with her.  Elaine thought something sexual was going on between them and punched the pregnant woman in the stomach.  The people there started to brawl.  Marvin was present.  He was about ten years old.

Elaine had inappropriate sexual boundaries with her children and with her children's partners.  A childhood friend of Marvin's brother, David, heard from several people that David Gabrion and Elaine Gabrion had a sexual relationship.  David's friend believes this is true.  When David would leave the house, David and Elaine would kiss on the lips.  This disgusted David's friend and he would turn his head away.  It was strange and felt very inappropriate.

David groped their mother's breasts regularly as a child, and Elaine encouraged David's inappropriate sexual behavior without regard to who was watching.  Family members thought there was more than a mother-son relationship between the two.

7

Elaine had inappropriate sexual boundaries with her daughters as well.  When Yvonne was a developing teenager, her mother had Yvonne lift her shirt to show her neighbor her breasts.

At one point, Yvonne was dating a man named Tom Shanks.  Christine and her boyfriend were in the car with Elaine and Tom.  Tom drove to a wooded area.  Elaine and Tom got out of the car and walked off.  They were gone a while, obviously having sex.  Yvonne never found out her mother did this.

Their parents' inappropriate sexual behavior damaged the Gabrion children.  Marvin's brother, David, grew up to be sexually abusive.  A family member describes a time at a family gathering when David groped Yvonne's breast and her daughter Elaine Wilkinson's breast.  Another family member also remembered David groping Yvonne and her daughter.

David told his friend that he wanted to get oral sex from Yvonne's daughter, Elaine Wilkinson.  The friend told David that was nasty because she was David's niece, but David did not care.  The friend got the impression David did receive oral sex from Elaine Wilkinson because he took her out smoking crack.

8

## D.   Physical Abuse



*Marvin Sr.*

Marvin suffered physical abuse at his father's hands.  Marvin Sr. would give the children "lickings."  His brother Mike had to pull Marvin Sr. off Marvin when their father was beating Marvin's head against a wall. Mike thought Marvin was going to pass out.



*Marvin Sr., later in life*

Marvin said when he was four his family would force him to box with his older brother, Mike.  His family would gather around and urge the boys on to violence.

Marvin also reported that his brothers would fight with him, causing him to run and hide. He explained that his parents did not give him the same quality

9

clothes as his siblings, which prompted him to steal clothes. "My mother would beat me up in stores when I asked for clothes." He also reported that his two brothers once held him down and tried to smash his head with a large rock.  Around the same time, his older brother Mike shot at him with a gun when Marvin was twelve.

Marvin's brothers constantly put Marvin down.  When the family was short of money, Marvin Sr. complained that they should have sold Marvin.

Elaine was also the victim of abuse: a sibling recalled when their father Marvin Sr. "was drunk and . . . beating my Mom's head against a wall when I was about 14.  I was a big kid, and I went in the house and pulled him off her."  On another occasion, Elaine threw something at Marvin Sr., and he began to choke Elaine.  Yvonne got Marvin Sr. off Elaine.

### E.      Poverty

Marvin's childhood home near Round Lake was "basically a cabin."  It was a one-story structure Marvin Sr. had built that sat on a cement pad and had no basement.  It had a living room, a bath room, and a kitchen.  It was probably between 500 and 800 square feet total.

Initially, when the family began going to Round Lake, they only had an outhouse. Marvin Sr. built a bathroom for them once they permanently moved there. All six children shared one room partitioned with a curtain.  They had curtains instead of doors.  Marvin Sr. used the top of school desks for flooring in their Round Lake cabin. He got them from the junk yard where he worked.

After Round Lake, the family moved to White Cloud.  By this time, the two oldest, Yvonne and Gloria were no longer living at home.  A friend describes the Gabrion house in White Cloud as "disgusting with dirty clothes and dishes strewn about."  It stank of filth. Another relative recalled that chickens and turkeys wandered in and out of the house.  It smelled horribly of chickens.

The White Cloud home was approximately 1000 square feet.  One large room was partitioned into two rooms used as bedrooms.  Marvin's sister was on one side of the room, while the three boys shared the other side.  One long room was a kitchen and living room with no division.  Elaine and Marvin Sr. had a bedroom as well.

An in-law of the Gabrions remembered taking a son to visit Elaine and Marvin Sr. The two-track lane to the house was not ever mowed or trimmed.  The weeds, lawn, trees, and bushes were all overgrown and would scrape the paint on the side of their car as they drove up.

The Gabrions lived in a very dirty, smelly house.  It was not an animal smell but a very dirty smell.  The upholstery on the furniture was filthy.  It seemed like the house was never cleaned.

In school, a classmate of Marvin's remembered that Marvin wore shoes that were two or three sizes too big for him and they were split down the back.  He had holes in the heels of his socks.  Marvin was dirty and kids made fun of him.  The classmate felt bad for Marvin and Mike Gabrion, and tried to stop kids from teasing them.  Marvin's whole family was dirty.

Later in life, a friend of the family recalled there were often plates with old food piled up.  Elaine would invite the friend to stay for dinner, but the table was so disgusting and full of dirty dishes that he never wanted to eat there.

The house only had running water in the kitchen.  The toilet could only be flushed by pouring a bucket of water into the reservoir.  There was no working shower.

## F.    Drug Use

Both of Marvin's parents were heavy drinkers.  Family members report that Marvin Sr. drank on the job all day long and hid his liquor under the seat of the car.

Many people in Marvin's family believed that his mother Elaine was a drug user who would sell herself for drugs.  Marvin's sibling has memories of Elaine Gabrion parking them on a bench and going into a bar, leaving the kids outside.  A friend reports that Elaine gave her prescription drugs to Elaine's own child.

Elaine encouraged her children to use drugs. She was even arrested for smuggling drugs into jail to her son in 1980.

Even when she was 70, Elaine was taking over-the-counter "stims." She mixed her pills together in one container. Elaine's grandniece thinks that Elaine was an addict.

> Elaine Gabrion of White Cloud pleaded guilty to distributing marijuana without remuneration and was given a six months suspended jail sentence, placed on one-year probation and ordered to pay a fine and costs of $150.
>
> Mrs. Gabrion was captured by sheriff's deputies last February, as she tried to bring marijuana to her son, a prisoner at the county jail.

*Freemont Times Indicator*
*September 24, 1980*

The Gabrion children also struggled with drug and alcohol dependency. David's friend saw David smoke crack in front of their mother. Elaine did not care. She did not object to anything David did. Elaine smoked marijuana with David.

A family member describes David as a cocaine addict and drug dealer. She remembered David having large sums of money as a teenager. David got Yvonne's daughter, Elaine Wilkinson, hooked on drugs, and to this day she still struggles with addiction.

When Marvin's nephew, Mikey was young, David left him in the car while David went into a house. Mikey knew the house was a crack house and believed David was buying crack.

David Gabrion was Elaine's purported caregiver before Elaine's death.  Christine took Elaine home after a visit to find the house full of rotten food and so cluttered that there was no room for Elaine to walk.  The bedrooms were piled to the ceiling; the bathroom was completely inaccessible; and Christine had to wash dishes for an hour and a half.  It was quite evident that David was not caring for Elaine but was only using her for money.



*In Loving Memory*

*Elaine A. Gabrion*

Marvin's brother Mike smoked marijuana and took pills.  He also supplied his son Mikey with illicit drugs.

## G.    Culture of Criminality

Crime was the norm in Marvin's family.  Marvin Sr. stole a car when he was a juvenile and was sent to a boy's home.

Marvin's sibling explained that their father and a man named Clinton Cross used to steal televisions from people's homes in Kalkaska, Michigan. Clinton had a law enforcement position in the town.  He knew when people were leaving their homes for any extended time, at which point Marvin Sr. and Clinton would victimize them. The back of Marvin Sr.'s station wagon was packed with televisions. Clint and Marvin Sr. would return to the Grand Rapids area and sell the televisions.

Clinton got caught and was incarcerated. During this time, Marvin Sr. gave Clinton's wife money to help her take care of their children. Marvin Sr. did this so Clinton would not snitch on him.

Covering up his crimes took a financial toll on Marvin Sr.'s children. Marvin's sibling noticed a sudden decline in their standard of living, which was already low. They had no money. One child's winter coat was very thin and had no collar.

After Marvin was arrested, his father Marvin Sr. wanted money for Marvin's defense and called his great, great nephew, Bob Sandford. He asked Bob to put siding on two sides of his tar-paper house, so that he could take a photograph of the house that made it took more valuable than it actually was in order to get a mortgage based on the fraudulently inflated value.

In the summers, Elaine's niece and her family would go north to where Elaine Gabrion and her family lived. The niece loved to be around her Aunt Elaine because she was so fun, but Elaine also had no boundaries. She would steal whatever she wanted and if the boys wanted something, she'd do whatever she needed – even if it was illegal - to get it for them.

Another of Elaine's nieces recalled walking one day with Elaine and the boys when the niece was visiting. They encountered an old, abandoned schoolhouse with a no-trespassing sign clearly posted. Elaine ignored the sign and walked right in. There were stools that Elaine liked and she had the kids carry the stools out. The niece was sure Elaine understood that they were stealing, because, on the way home, whenever a car would come down the road, Elaine would tell the children jump in the ditch to hide.

Elaine's long-term paramour, Doc Horsefall told his daughter that Elaine Gabrion taught her kids to steal and took them thieving with her.

Marvin's niece remembered that Elaine taught her grandson to steal. Elaine would send Mikey into a store to get a candy bar without any money. The niece had maternal family members who worked at the store and saw what Elaine was doing. A family member heard Elaine Gabrion would take the grandson in the stores and get him to steal things. Elaine was known in the community as a "kleptomaniac."

Elaine's friend remembered how her mother lent Elaine some canning jars. A few days later, all of the mother's canning jars had disappeared from the shed. Although Elaine denied it, the mother believed that Elaine had stolen the jars in the shed.

Elaine was arrested in September of 1980 for attempting to bring marijuana into the Newaygo County jail for her son, Mike. In 2000, Elaine was banned from visiting her son, Mike, in prison because she tried to sneak cash into the facility for him.

David is still widely known as a thief and a drug dealer. He did not have a job, but drove a fancy car. He sold firewood, and sometimes took his customers' money for wood but then did not deliver any. On other occasions, he would deliver the wood only to steal it back when the owners were gone. There were billboards and flyers warning others about his behavior. David Gabrion stole from everyone, including his own family. He even stole wood from his own father's property.

David has been incarcerated. He was charged with Kidnapping- Custodial Interference September 5, 1989. Those charges were dropped two months later. He pled guilty to felony Delivery/Manufacture Marijuana September 7, 1995.

16

David Gabrion turned in his brother Mike Gabrion for selling drugs. They both sold drugs, but David was smarter about it.

Marvin's niece and nephew knew that their father and uncle were drug dealers because there were bags of weed and cash around the house.

## H.    Resiliency Factors

As a child, Marvin showed promise.   His sibling described him as a tenderhearted youth.  He routinely helped elderly family, community members, and helped take care of a mildly retarded cousin other family members shied away from.  He was the ring bearer in two of his cousins' weddings.

In the second grade, Marvin was given the Wechsler Intelligence Scale.  His IQ was 110.  He was tested again in the ninth grade and his full-scale IQ was 121.  On routine national academic tests, Marvin scored in the 90th percentile in a range of areas.  While in high school, Marvin Gabrion was found to have an I.Q. of 121 (112 verbal/130 performance).

A high school classmate explained that Marvin was known for his high I.Q., but Marvin did not reveal his high I.Q. score in school academically.  He did not want to seem better than others.

Another classmate describes Marvin Gabrion as *very* smart---near genius.  School work came easily to him.  He did not have many friends.  He was not known as a trouble maker.  He did not have much of a reputation at all.

Classmates recall that Marvin Gabrion's brothers had reputations as trouble makers, but Marvin did not.  Marvin's high-school friend did not know Marvin to ever cause trouble or to be violent.  Marvin was the kind of guy who you did not really notice.  After lunch, if someone would ask if Marvin was in the cafeteria, you would not be able to say whether he was or not.

Marvin's assistant track coach remembered that Marvin Gabrion was respectful and did not cause trouble.  Of the three Gabrion brothers, Marvin's reputation was the best.

Marvin's prom date said that she never saw Marvin start any fights or be aggressive.  In fact, one evening, he was walking her to a friend's house for a slumber party and a man tried to start something with them.  Marvin just kept on walking and told her to ignore it.  She believes if the man had tried to hurt her, he would have defended her, but Marvin was the type to walk away from trouble.

Other high school classmates remember Marvin Gabrion played chess during lunch.  Marvin's classmates do not remember him ever having fights or being violent.  Exactly the opposite, in fact: one classmate remembered that another classmate was getting picked on.  Marvin intervened, asking "Why are you picking on him?"

Another classmate remembered that Marvin was always pretty easy going.  He described Marvin as a "loner kind of guy."

Marvin Gabrion's track coach and English teacher remembered that Marvin was a "miler."  His best time was a 5:16 mile.  He was not a great athlete, but he'd work hard and earn points.  Marvin was a decent runner.  His best mile time was good for a kid who

18

was in his first (and only) year of track.  His teammate remembered that Marvin worked at track: he did everything he was asked to do.

When Marvin's nephew was about three years old, Marvin came to visit.  It was close to Christmas.  He did not need to bring his nephew anything, but he brought a motorized bike that his nephew could ride inside.  The little boy was very excited; it was a great present, the best the child had ever received.  Marvin had a really big smile as he watched his nephew open the present.

Marvin gave his cousin's children a bike in the mid 1990's. The bike was rusty and not in very good shape.  However, she appreciated the gesture and that he was trying to help her. She took it and thanked him because she didn't want to hurt his feelings.

His niece and nephew have fond memories of their uncle.  Uncle Marvin spent more time with the kids in the family than any other adult in the family.  He would talk to the kids and tell them things.  His niece remembered him telling her about gravity and encouraging her to work hard in school and be careful of boys.  She felt entirely comfortable with her Uncle Marvin and felt she could talk to him about anything.  Marvin made the kids feel like they were all special and could do better than their family.  He took the kids fishing and camping.   Once he took his niece and nephew camping for seven days. He did the cooking.  They made fires.  He told them ghost stories by the fire.

Marvin gave his niece presents as an act of kindness.  Once, on his niece's birthday, her Grandma Elaine (Elaine Gabrion), Marvin's mother, gave a very expensive pair of shoes to Marvin's nephew. Elaine clearly favored her grandson.  Marvin made up for it with his gifts to his niece, because he knew his mother favored Marvin's nephew.

19

Marvin's niece knew that Mike and David Gabrion were selling drugs.  But Marvin Gabrion never exposed her to that type of illegal activity.  He did not smoke marijuana or even cigarettes in front of her.  He rarely even drank in front of her.

## I.    Head Injuries

Marvin was involved in an astonishing number of motor-vehicle accidents and head injuries, beginning around the time of his high-school graduation.

### Brain insult / traumatic accident #1

In 1971, Marvin was "apparently involved in a serious automobile accident," resulting in serious injury at the intersection of Michigan Rt. 37 and 40th Street, near his family's home in White Cloud.  His sibling remembered that on Marvin's graduation night, "he came up and had borrowed one of Dad's cars, and he drove off the road into a cemetery, with the car landing propped up on a tomb stone at an angle.  He came to me and I helped him get the car down.  He was definitely drunk, but that's the first time I'd seen him that way.''

### Brain insult / traumatic accident #2

During the mid-1970s in Tucson, Arizona, Marvin's then girlfriend reports, she and Marvin were in a car accident.  Both their heads hit the windshield and broke it.

### Brain insult / traumatic accident #3

A friend recalled that Marvin was in a car accident near Robinson Lake in 1974.

### Brain insult / traumatic accident #4

Marvin Sr. told family that Marvin Gabrion used to race motor bikes in Arizona. He said he banged his head up a lot while racing.

### Brain insult / traumatic accident #5

Marvin and his girlfriend moved to Colorado and then Washington State. In Seattle, they were on a motorcycle and hit a car. They were not wearing helmets. Marvin had a big lump on his head. One family member remembered seeing a newspaper article about the accident, recalling that it was ''. . . a pretty bad wreck.'' A sibling recalled that "when they were in Washington, Marvin had this motorcycle accident when he run into the side of a car. He flew *over* the hood with no helmet on, and went headfirst into the door of the truck. Marvin and [his girlfriend] told me the story, and that's all he said about it."

Elaine Gabrion had Marvin Gabrion's medical records about the motorcycle accident. Elaine told Marvin's sibling that Marvin was not supposed to drink---that drinking would make his personality change. He was supposed to keep taking medicine. The sibling thinks maybe the medicine interacted with alcohol.

### Brain insult / traumatic accident #6

Marvin's employment records at Hydaker-Wheatlake Co. report another car accident, this one in 1976. Marvin Gabrion "was hit broadside while entering a gas station, other drivers fault."

### Brain insult / traumatic accident #7

In August, 1983, Marvin was evaluated at Gerber Memorial Hospital after being found with a strong odor of alcohol on his breath, staggering, and slurring his words, trying to tow a damaged vehicle from an accident scene.  He sustained a laceration to his chin, suggesting involvement in an accident, but there was no reported unconsciousness.

### Brain insult / traumatic accident #8

Marvin's sibling reported several more accidents.  "One night (Marvin Gabrion) got really trashed and he was spinning donuts when he crashed into this chain link fence. Marvin went headfirst through the windshield and showed up at (the sibling)'s place with his head covered in blood."

### Brain insult / traumatic accident #9

Another time, "Marvin got drunk as a loon and ran a motorcycle into a telephone pole. It split his helmet wide open. He came to me with blood pouring out of his head. The pole was shredded. But he did not go to the hospital on that one either. This happened sometime in the early to mid-80s."

### Brain insult / traumatic accident #10

A family friend had two separate fights with Marvin.  In one fight, he used a baseball bat to hit Marvin very hard on the head.

### Brain insult / traumatic accident #11

Police records reported that Marvin Gabrion was observed towing his vehicle which had run off the road and struck a power pole in Newaygo in October, 1985.  He apparently struck his head: jail records report injuries to his head and chin.

### Brain insult / traumatic accident #12

In January, 1987, Marvin Gabrion was arrested for driving into a vehicle while drunk.  He was extremely intoxicated.

### Brain insult / traumatic accident #13

On March 28, 1992, Marvin Gabrion was involved in an automobile accident near Cedar Springs, Michigan.  He was treated at Butterworth Hospital in Grand Rapids with injuries to his head and arm.  The Emergency Medical Service, Rockford ambulance medical form stated that Marvin was "alert and responsive to verbal stimulus, but not extremely oriented."  Marvin reported that he did not remember a period of several hours and complained of difficulty with coordination, memory problems, slow speech, sore neck, and pain in the left elbow with tingling in the fingers.

In August, he continued to have some periods of memory loss and was referred for evaluation for post traumatic head syndrome.  The evaluating doctor was concerned about depression and referred Marvin to Hackley Hospital for an Alzheimer's screening psychiatric evaluation.

Marvin was evaluated in October and November, 1992.  Marvin was dysphoric and occasionally disoriented, having brief periods of time where he felt somewhat lost and

23

confused. Marvin explained that "my head feels like it is underwater, foggy, fuzzy, everything is kind of difficult and out of focus."

Marvin was having a difficult time with everyday tasks. His thought process was somewhat slow as he worked to retrieve words and meanings of words. He indicated that he did not currently drive and that he goes to his mother's for many meals rather than cooking; and his brother does the housecleaning, laundry, shopping, household repairs, maintenance, and yard work rather than Marvin. His brother noted that Marvin almost burned the house down because he left the stove on. Marvin could not manage money well. He admitted that he could not think as quickly as before.

Objective tests by a psychologist at Hackley Hospital confirmed Marvin's impression. On a Standard Mental Status Examination, he scored 24 out of 30, which is in the border-line range for a possible organic mental disorder or an affective disorder. Marvin's scores on the Wechsler Adult Intelligence Scale (Revised) ranged from "impaired" to "low-average." This represented a 30-40 point drop as compared to earlier testing.

Six months later, in March 1993, Marvin still complained of dizziness, tension with inability to relax, headaches, fainting spells, anhedonia (the inability to feel pleasure), poor concentration, nightmares, rejection sensitivity, impatience, and irritability. He described a feeling as if his frontal lobes were "under water," and like there is a worm crawling on his right temple.

There were indications of seizure activity. After the accident, Marvin was prescribed Depakote, a medication commonly used to treat seizures or bipolar disorder.

24

In 1993, an EEG detected a suspicious event, although it was not, standing alone, considered enough to establish a diagnosis of a seizure disorder.  Years later, while incarcerated in 2000, he was prescribed "VPA," a common anti-seizure medication.

Marvin had a neuropsychological evaluation in 1993.  Hope Network records describe its findings, which included dramatic cognitive and behavioral impairments.

- "Severe challenges of attention, stream of awareness, concentration, and investment in sustained ideational activity which compromises basic functional abilities."

- "Memory impairments are present, but likely have contributions of attention-related problems."

- "Problem-solving challenges are also in the moderate to severely impaired range, owing to an inability to sustain continued cognitive effort."  Marvin was highly distractible through testing and unable to complete the instruments in a reasonable frame of time.

- "He was verbally excessive and hard to redirect.  Verbal intellectual ability is in the below-average range, and performance on visually based tasks was in the lower end of the average range."

Marvin Gabrion's executive functioning, planning skills, and stream of awareness were significant challenges in his speech evaluation.

> There seems to be some relative improvement in functional community skills and his attempts to compensate for his challenges, yet performance overall was impaired.  He

25

showed problems with sustained, alternating, divided attention skills.  He has impulsivity which reduced performance on most tasks.  Memory challenges were exacerbated by proactive and retrograde interference.  He has difficulties with inferential comprehension.  Retrieval from memory was reduced and he was verbally verbose.  Pragmatic problems were severe, with a tangential style and social awkwardness which call into question his capacity to function within a treatment milieu.  Pragmatic, social communication, memory challenges, as well as attention, all will interfere with functional life adjustment.

Marvin's ability to perform basic activities of life was limited.  Hope Network described his activities of daily living as disorganized.

Marvin's span of effort for purposeful activity related to self-care seemed less than 30 seconds. His initiation was strong, but it resulted in a chaotic multifaceted approach to problem solving resulting in significant confusion for more complex tasks requiring planning and social judgment. Using the phone was an example that created particular challenges and resulted in a rather embarrassing interchange. Meal planning was scattered, but he showed good awareness of nutrition needs. His actual ability to follow through on these needs was limited. He reported problems with preparation skills, but seemed relatively safe in his actual execution of the task. He was not consistent with medication management and would have required supervision for a medication routine. Marvin's ability to budget for himself was poor, as evidenced by poor functional math skills and significant confusion, as well as impulsivity.  Intrusions distracted his mental effort throughout his tasks.

Marvin's doctor at Hope Network recommended a trial of medication.  The trial, however, was dependent upon Marvin Gabrion finding a stable, supported community setting in which to live.

No one seemed hopeful that Marvin would be able to find such a setting.  Hope Network discharged Marvin "to his brother (David Gabrion), as agreed.  We suspect that

26

his brother may not have appropriate resources to provide for Marvin, and have referred them specifically to Newaygo County Community Mental Health, where they might seek emergency assistance for residential placement.  We also provided the number for Cornerstone of Kent County as a possible alternate resource.  Marvin was also given the number of various homeless shelters in the Grand Rapids area if he chose to refuse the initial recommendation."

Marvin was unable to find a stable place to live.  He was often homeless, and lived on a roof and in a shed.  Just a few weeks after discharge, Marvin Gabrion "reported that he was living in the Grand Rapids area in a boarding house.  A previous placement at an area mission had ended due to his aggressive behavior.  He reported that he had been living on a roof on South Division as a homeless person before the placement in the boarding house occurred.  A month later, "[h]is life situation ha[d] deteriorated.  He was unable to get along with his two roommates because his socialization/memory retention was so defective.  He was living in an abandoned shed in Comstock Park and eating at God's Kitchen."

He was unable to maintain a stable medicine regimen.  Marvin reported that he had been trying to take his Tegretol but kept forgetting to take it.  He lost Medicaid because of improperly submitted forms.

### Brain insult / traumatic accident #14

While being treated for the 1992 car accident, Marvin contracted Hepatitis C, an illness that can impact cognitive function and mental capacities of those affected.  A significant percentage of patients with chronic HCV experience cognitive deficits,

27

especially in the domains of attention, learning, psychomotor speed, and mental flexibility.  Findings further suggest that chronic HCV in combination with comorbid chronic illness may result in increased levels of cognitive dysfunction, especially in the presence of alcoholic hepatitis.  Neurocognitive problems, such as psychomotor speed, visual scanning and tracking, and mental flexibility (that were worse in cirrhotic patients) can greatly impact daily activities. Those affected may experience difficulty performing their household and job duties as efficiently or as accurately as they are accustomed to, which may lead to claims of disability.  It seems that the cognitive and mental effects of Marvin's illness have never been explored.

### Brain insult / traumatic accident #15

Marvin Gabrion was admitted to Saint Mary's Health Services in Grand Rapids on November 6, 1993 with a head injury.  He was apparently involved in a "carjacking" and was then assaulted with an unknown object to the head.

### Brain insult / traumatic accident #16

Marvin's nephew remembered Marvin Gabrion talking about his Nissan Z-car, which he crashed into a tree.

### Brain insult / traumatic accident #17

Marvin Gabrion was arrested on September 14, 1997 following a traffic accident. According to the report, Gabrion's vehicle crossed the center line and struck an on-coming car head-on.

## J.    Dramatic Behavioral Changes



*Marvin's senior picture,*
*1971 White Cloud School yearbook*



*Marvin a few years after high-school graduation*

Despite his apparent intelligence, Marvin exhibited unusual behavior in school. His coach described Marvin as "goofy," "like your little brother.  You think one day he'll grow up."  Marvin did things that were not always socially appropriate.

After graduating from high school in 1971, Marvin began behaving very differently, displaying odd behavior.  Early adulthood is a common time for the onset of mental illness.  Marvin's behavioral changes may have resulted from a developing mental

29

illness, or from brain damage resulting from his multitude of head traumas. It may have also developed from his chronic substance abuse or from the culmination of the abuse and neglect he suffered. It may have developed from all these factors.  The changes were dramatic.

Marvin's mother recalled that Marvin had been treated for "manic-depressive disorder" (now referred to as bipolar disorder) at Hackley Hospital in Muskegon for a considerable amount of time in the late seventies.  Marvin's sibling had driven him back and forth to his appointments.

At one point in the 1970s, Marvin lived with a couple in Arizona.  Marvin would appear and then, just as quickly, disappear.  He had numerous accidents.  Marvin would do strange things, like stop in the middle of the freeway or mix water with electricity —a dangerous thing to do.

After Marvin Gabrion's accidents in the 1970s, he could not be left alone.  He was disoriented and looked drunk.  He ran into things.  Family members said that Marvin seemed to have "changed" and was much more likely to exhibit "suspiciousness" and "acting paranoid" when he returned to White Cloud in 1979.  They also noted excessive increase in his alcohol consumption and that he was verbally combative and confrontational much more often.

Marvin's former in-law remembered Marvin's inappropriate social behavior. Marvin Gabrion would come into a bar where she worked and strike up conversation with whomever was around.  Almost without fail, Marvin's interactions would escalate into confrontations. "Marvin would . . . one by one. . . piss off every one in the bar . . . it

happened all the time," she reported. The in-law reported that she was finally forced to "permanently ban" Marvin from the establishment when he and another man got into a "very bad fight."

David Gabrion let Marvin move in with David and his wife in the early 1980s. Marvin would say strange things and made David's wife uncomfortable.

During the period when Marvin Gabrion was residing in Grand Rapids, he "visited" his sister in law and his nephew regularly. His sister in law described Marvin coming over to the house and simply "walking in . . . without knocking . . . without a call." She indicated that Marvin was completely without social graces and interpersonal skills.

Marvin's first cousin once removed, believes that Marvin Gabrion's personality changed after his motorcycle accident in the late 1970s.  Before then, Marvin Gabrion used to be sweet, but had an accident on his motorcycle when he lived out west.  After that, he was not sweet any more.

A cousin recalled a wedding they all attended, probably in the 1980s, that was strange.  Marvin Gabrion hit on the cousin's sister, who was also Marvin's cousin.  Elaine Gabrion smacked Marvin and told him, "That's your cousin!" The cousin thought it was creepy and weird that Marvin did not recognize her.

Marvin's sibling describes some very odd behavior.  At Marvin's nephew's wedding in the 1990s, Marvin Gabrion said something inappropriate to his niece.  The niece's father then punched Marvin.  Marvin's inappropriate comments came when he was an adult.  He never acted like this as a kid or teenager.

31

One time Marvin's sibling and spouse took Marvin to a bar they frequented. Julie, the bartender, pulled the spouse aside and told him to get Marvin out of there. The sibling doesn't know what he said to Julie to upset her, but by this time in life Marvin was quite strange.

Marvin's classmate, remembered that after high school, Marvin went to California, and he came back completely different. He seemed spacey, kind of dreamy. The classmate believed he'd been doing drugs.

The classmate saw Marvin Gabrion in the early 1990s at a restaurant or a bar. She bought him a beer to welcome him back. He told her, "I can't believe you married Frank. He's a narc." Neither the classmate nor her husband had any idea what he was talking about.

When Marvin's niece was staying with her grandparents in the 1980s, Elaine and Marvin Sr., Marvin Gabrion sometimes came by in the very early morning and screamed at his father. The niece did not know what it was about. It was scary.

Marvin's cousin was a supervisor at a grocery store. In the 1980s or 90s Marvin Gabrion came in to cash a check made out to another person. He did not have identification. The clerk sent Marvin to the cousin. Marvin did not recognize her. He showed her the check, and the cousin said "that's not you." Marvin asked how she knew it was not him. She told him, "Because you are my cousin, Marvin Gabrion." Marvin grabbed the check and ran out the door. Marvin was on camera, but the cousin did not pursue a criminal prosecution. She wonders whether Rachel Timmerman would be alive

if she had.  It was very odd that Marvin did not recognize his cousin. She wonders whether it might be because he was always on drugs.

Marvin Gabrion's weirdness made a long-time family friend uncomfortable.  One time, Marvin bought a welder at a yard sale and then buried it.  Marvin would suddenly get mad over something someone said and flip out.  Sometimes he'd show up at a party, suddenly get mad, and pack all his stuff up to leave.  The friend got the impression Marvin lived in his car.  It was always packed with what seemed to be all his possessions.

A classmate spent quite a bit of time with Marvin in school, but had no contact with Marvin Gabrion after high school.  They ran into each other about ten years after high school graduation, and Marvin did not recognize or remember his classmate.  The classmate thought it was very strange.  He assumed Marvin must be using drugs.

Marvin Gabrion reported being seen by a psychiatrist who treated him for insomnia and fantasies sometime in the 1990's.

When Marvin Gabrion was out west, his niece only heard from him a few times. Once he called and they talked for an hour and a half.  Marvin sounded crazy.  He did not make sense.

Marvin's behavior became more and more bizarre.  Although medication helped, Marvin was unable to follow through with treatment because of his erratic life style and the lack of a family support system.   By 1994, his handwriting "looked like a five year old's."  When his brother was incarcerated, his sister in law refused to let him take his nephew for a visit.  She told Marvin, "absolutely not ... he is not going anywhere with you." She explained that Marvin was a walking disaster. He "always had scars and scabs

33

all over his face from accidents ... he would drink and drive all the time. . . .  I would not let [my son] walk across the street with Marvin.”

In 1996, he went to his high-school reunion.  His classmate reported Marvin “was completely nuts.”  He had a pencil mustache and “put on airs.”  He told everyone that he now pronounced his name Mar/von’ Gab/ri/on’, with the accent on the last syllable of both names.

## K.      Deterioration and Escalation of Substance Abuse

Marvin began using drugs and huffing inhalants a few years after high school graduation.  Perhaps he was self-medicating the symptoms of mental illness and brain damage.  Perhaps the symptoms were partly the result of his drug use.  In any case, his drug use and his psychological symptoms became a self-perpetuating cycle.

Marvin’s sibling stated that “a defining moment for me was when Marvin began living with [his girlfriend] out at the lake. They were living in a trailer park near a bar. I came into the trailer one weekend, and there they were, sitting on the counter. Marvin had this bag stuck to his head from the glue they were huffing, and [the girlfriend] had the glue all in her hair. That was the first time I knew they were huffing.”

A family friend reported that Elaine and Yvonne told her that the boys were using crack.  She also reports that Elaine gave at least one of her sons prescription drugs.

The family knew Marvin was abusing alcohol.  Both his sibling and in-law confirmed his excessive alcohol use.  His driving history demonstrates the extent of his addiction:

1. In 1983, he was arrested for Operating under the Influence of Liquor for which he pled guilty, was fined, and had his license suspended.

2. He was arrested again for driving under the influence in 1985 and was held in the detox cell in Kalamazoo Jail.

3. In 1987, he was arrested while driving drunk in Sacramento.

4. In 1988 he was arrested in Hempstead, New York for driving under the influence.

5. Again in 1988, he was arrested again for DUI, this time in Oyster Bay, New York.

6. The next year, in 1989, he was arrested for DUI in Seaside Heights, New Jersey.

7. Later in 1989 he was arrested for DUI in Newago, Michigan.

8. He was arrested again for DUI in 1989, this time in White Cloud.

9. "Alcohol was involved" in Marvin's 1992 accident.

10. In 1997, Marvin was arrested for operating under the influence of liquor, third notice, operating a motor vehicle while license suspended, and assault and battery.

He was also arrested on additional charges involving intoxication in 1993, 1996, and 1997.

Many people saw Marvin drunk.  One acquaintance saw him get "even crazier" when he was drinking.  Another remembered that he was "drunk and obnoxious" at their class reunion.  A family member said that after Marvin Gabrion "had all those accidents," he began to act in unusual ways when he was drinking.

Marvin was treated several times.  In 1992, he received treatment for substance abuse in an inpatient program called "Turning Point."  An acquaintance met Marvin

35

Gabrion through Alcoholics Anonymous in Grand Rapids in the mid-1990s.  She became

his payee for Social Security, because, as she explained, "he is crazy."

## L.    Employment

Despite his medical, psychological, and addiction-related limitations, Marvin

made a concerted and on-going effort to maintain employment.

Approximately two years after graduating high school, in 1973, he worked at

Reliable Roofing in Custer, Michigan and Patio Pools in Tucson, Arizona.  Marvin worked

at Great Lakes Dycasting, in Ludington, Michigan in 1974.

Marvin was employed at Hydaker-Wheatlake Company for various periods

between 1976 and 1983.  "During his first period of employment, he worked as a ground

man clipping in and stringing lead lines.  He was also a truck driver.  Then he worked as

an apprentice lineman performing duties on tower erection, clipping, installing

dampeners and on the guard pole crew.  All the above work was on 345 kV Lines with two

wire bundle conductors.  He had worked approximately 331 hours as a ground man and

2,012 hours as an apprentice climbing transmission lines.  His work was satisfactory but

he had a problem with attendance toward the end of his employment."

Hydaker-Wheatlake Co., certifies that Marvin Gabrion "was in our employment

from April 26, 1976 thru June 15, 1976; April 16, 1979 thru October 18, 1979 and January

24, 1983 thru July 29, 1983.  He was employed as a distribution man and worked on 345

kV tower lines, distribution lines, truck driver and various duties.  He was a good worker."

Marvin returned to line work in 1991, after many head injuries.  He tried hard, but struggled.  An Albat American Line Builders Joint Apprenticeship and Training Committee evaluation reports that apprentice Marvin Gabrion "knows very little.  Requires considerable assistance.  Could know much more.  Has to be helped quite often.  Should know more."  However, he is "Usually pleasant and cheerful.  Wants to do a good job.  Will try out new ideas."

In July 1991, Marvin received a letter of commendation from Hydaker-Wheatlake saying, "[l]ast week's storm devastated Michigan . . . .  The professionalism displayed by yourself and our employees was much appreciated.  Reports received from the Central and Western Regions were very complimentary of yourself and our company-that we accomplished as much as we did, safely, with little sleep, is a tribute to our profession."

Around the same time, though, Marvin was laid off because of a reduction in work force.

## M.    Incarceration

### 1.    Participation in programs

During his incarceration for the instant offense, Marvin has participated in programs, including: Owning Your Own Business; Spanish for Speech; Everyday Math; Anger Management; Stress Management; Learn a Living; Learn to Earn; Communications and Interpersonal Relationships; Success on the Job; Language Arts Reading; Physics in Action; Teach Advance Physical Act and Wellness Health; Origins of Ancient Civics; My Favorite Universe; Step Aerobics; and Just the Basics: Writing.

## 2. Continued mental illness

After his arrest, Marvin did not *begin* acting crazy. He *continued* to display the same paranoia, irrationality, delusions, and lack of impulse control he had been demonstrating for more than two decades.

After he was arrested, Marvin began writing. He wrote to friends, reminiscing about events that never happened in places that never existed. Family described his letters as "very odd" and unusual." He talked about people he knew, including the Obamas. Sometimes the letters seemed to be in an indecipherable code.

He wrote to the trial judge, to the prosecutor, to prominent members of the Department of Justice staff, to the victim's family, to the owner of the Dallas Mavericks basketball team, and to executed death row inmate, Timothy McVeigh. He continued to write even though his defense team begged him repeatedly to stop.

His letters were incoherent.

He wrote to the trial court, Judge Bell,

> Greetings brother Judge Robert Holmes Bell, unable to attend Our Lord's services at our Calvary Church... Not that soul isn't willing, but for these chains. Informed... cancelled plans to file motion to dismiss... Counselors claim Dec, 12th, 2000 during status conference you told all parties to "move things along." Attending services at Calvary w/you &our brethren when inspired by the Spirit to start the Church of Truth. Preached & lived commandments since 1994. Jesus said "wake up & sin no more' as he gave life to those taken for dead.

He wrote to the judge's wife,

> Must be truthful, your husband Hon. Judge Robert Holmes Bell federal judge, has been having sex w/13 year old girls, I

38

met two of them at alcoholic anonymous, one had his illegitimate child. She ids [sic] terrified of him. . . .  I have been asked by the 'voice to give you this opportunity to try the right the wrongs your husband has done, you 'voice' says will be going to heaven, your husband, well the kids he's done, the innocent like me he's framed, very very bad bad bad man. Corrupt, lawbreaking. Save yourself from his evilness God asks you to, you have his permission to divorce.

AZZA


Marvin filed *pro se* motion after motion.  One said

Since everyone Bell, Scoville, Mitchell all police and prosecutors are complete immoral, dishonest, liars, thieves, communistic, <u>cowards</u>. <u>You</u> chop male babies in bits to feed to your communistic associates. Why?  Choice Boys are to hard to raise control so, oppressors, greedy, murderous <u>you</u> give murderesses choice, because boys are to hard for big brother (Bell and his ilk) to control.  You are most evil, murderous set of humans in entire universe <u>ever</u>.  Worse than Wayne Gasey [sic], bin Laden, Hitler, Theodore Bundy. You "choice" American scum are more <u>evil</u>, dishonest, blind than all of them.

C.I.A. will be doing earthlings a big favor "Doing you."       See you on your way to HELL.

AZZA                 Matthew 19:30                 Revelation 22:13

[Emphasis in original].

There were plea discussions, but the prosecutor wanted to interview Marvin Gabrion as part of the process. Marvin ranted about the helicopters moving the victim and the government trying to set Marvin up. The negotiations did not go very far.

Marvin displayed paranoia and delusions.  He reported "frightening nightmares about BOP staff trying to kill me."  In his nightmares, staff took him from his cell and shot him.  He was afraid to sleep.  He complained that "my head really hurts and it feels like it's under water."

39

He attempted to hurt himself:

- He tried to hang himself and was placed in suicide watch in January 2000.

- In April, he was found lying on the floor of his cell and with a chicken bone protruding from his arm.

- A few days later, Marvin made additional suggestions that he might harm himself. He stated his cellmate (he was celled alone) will kill "the body" if he comes out of the cell. He stated he should be placed on medication or else something would happen: "...thoughts of sacrificing the bod (sic)."

- In September 2001, Marvin attempted to hang himself in the law library. He had a jumpsuit tied around his neck and was in the process of tying the other end to a pipe near the ceiling when the staff opened the door.

- A few months later, he was yelling that voices were telling him to break the glass and harm himself.  He took off his pants and tied them around his neck.

Marvin behaved bizarrely.  He smeared feces on his face.  He drank shampoo.  He urinated in the recreation area and masturbated in inappropriate places.

He began referring to himself as Azri or Azza, sometimes writing the name on his forehead, and describing messages he had received from God.

Marvin wrote a letter: "Greetings Earthling: Azri read article from paper about guards at Newaygo County Jail, Az agree whole heartedly w/your appraisal of guards here. Az, spirit from Heaven, temporarily in body of risen to Heaven, MG, saved by guard on

Friday June second. . . .  Azri, spirit of the Future.  Everybody calls the Body 'Marv' at Newaygo Co. Jail."

After he was convicted and sentenced to death, Marvin's paranoia and delusions continued.  In a *pro se* motion to replace his appellate attorneys, Marvin wrote,

> Former member of MENSA, having won 2 felony jury trials, submits best defense/opportunity for real killers to be brought to justice, via retrial, would be self-representation. No one knows details/nuances of this huge case, as Gabrion, propose obvious fact few lawyers could.  Acting, lead counsel, Kevin McNally, has purposely behaved in highly unethical way, as "thee [sic] death penalty resource counsel" he has protected other inmates from prosecution for: scamming public money under auspices of money going to Sisterhood of Good Shepard . . . to benefit Abused Children.  Note:  directly by his/his partners Margaret O'Donnell, arrests were made 6 months after, further unconscionable risk to abuse children

Marvin continues to display symptoms of mental illness.  He was diagnosed with depression and "other anxiety state."  He was prescribed anti-depressants.

In 2011, medical records report that he was having delusions.  He said he was raped and featured in porn videos as a child with Michelle Obama's mother, and that Michelle Obama had a daughter who forced him to have sex at knifepoint and forced sexual encounters with other women and that his father then forced him to get married so the woman would not go to jail.

In 2014, he went on a food strike except chicken and watermelon.  Marvin continues to write letters to recipients such as the FBI, the Chicago Tribune, and President Obama.

41

To thoroughly catalogue Marvin's symptomology since his arrest would require hundreds of pages. Some of his bizarre behavior is described in the trial and appellate record. Some is described in his correctional records. Some is described by members of his former legal team or by friends and family. Some dismissed his mental illness as manipulation. However, those who discounted the legitimacy of Marvin's mental illness were unaware (because his trial counsel was unaware) of the injuries and genetic history that placed Marvin at substantial risk for mental illness.

During this time, Marvin did nothing to advance his case for a life sentence and plenty to discourage his jury or any court from dispensing mercy. He testified at the guilt and penalty phases of his capital trial in an inconsistent, incoherent, offensive manner that was against the advice of his counsel. He agreed to meet with mental health professionals hired by the government but refused to meet with similar professionals hired by his own lawyers. He physically attacked his trial lawyer in the presence of the jury. He sent obnoxious letters to trial participants, including the judge and victim's surviving family members, which could only cause to enrage and alienate them.

No matter the source of the reports, the nature of the reports is consistent. During more than 15 years of incarceration and for about 40 years in total, Marvin Gabrion has behaved like a man suffering from severe mental illness. His bizarre behavior has continued unabated for decades. Such long-term consistency would be next to impossible unless Marvin were genuinely mentally ill.

42

## III. Family History

Marvin Gabrion comes from a large family replete with genetic and environmental risk factors. This segment describes and underscores the problems that plague his family. For the purposes of organization and quick reference, family members are listed according to risk factor, although some suffer from multiple maladies, as is to be expected. The specifics are expanded on in the body of this document. Many of them are noticeably reminiscent of Marvin's behavior.

At least four generations in Marvin Gabrion's family have been substantially impacted by mental illness and substance abuse. Several members have received treatment and hospitalization for diagnosable mental illnesses, primarily mood disorders, throughout the years. Several have also faced legal consequences for their substance abuse.

Marvin Gabrion's upbringing was difficult. It obstructed his ability to lead a healthy, productive life. Marvin's nuclear family exposed him to domestic violence, criminality, neglect, and household instability. The chronic trauma served to exacerbate his mental-health problems. However, his nuclear family did not exist in a vacuum. They are part of a larger system that shared similar problems and risk factors.

There are two sections in this portion of the report, maternal family and paternal family. They are each broken down by generation and person. For ease of reference, the following table outlines four generations.

43

| Name | | Problem |
| --- | --- | --- |
| **Immediate Family** | | |
| Maternal | Elaine Gabrion-mother | Mental health |
| | | Substance abuse |
| | | Sexual problems |
| Maternal | Gloria Levine-sister | Mental health |
| Maternal | Yvonne Wilkinson-sister | Mental health |
| Maternal | Mike Gabrion-brother | Substance abuse |
| | | Criminal behavior |
| Maternal | David Gabrion- brother | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Sexual boundaries |
| | | Criminal behavior |
| Maternal | Elaine Wilkinson-niece | Substance abuse |
| | | Domestic violence |
| Maternal | Chelsea Gabrion-niece | Mental health |
| | | Substance abuse |
| Maternal | Tom Levine-nephew | Substance abuse |
| | | Mental Health |

Maternal        Mike Gabrion Jr.                    Criminal History

                                                    Substance abuse

## Generation 1: Marvin's Aunts & Uncles

| | | |
|---|---|---|
| Maternal | John Jenkins | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Child abuse |
| | | Unscrupulous behavior |
| Maternal | George Jenkins | Mental health |
| | | Substance abuse |
| | | Child abuse |
| | | Criminal behavior |
| | | Automobile accident |
| Maternal | Ella Gossett | Intellectually disabled |
| | | Sexual abuse |
| | | Parent/Child severed relationship |
| Maternal | Charlotte Dunn | Mental health |
| | | Substance abuse |
| Maternal | Julia "Jewel" DeYoung | Domestic violence |
| | | Unscrupulous behavior |
| Paternal | Charles Gabrion | Mental health |
| | | Domestic violence |

| | | |
|---|---|---|
| Paternal | Lucile Cross | Mental health |
| | | Unscrupulous behavior |
| | | Child abuse |

## Generation 2: Marvin's first cousins

| | | |
|---|---|---|
| Maternal | John "Johnny" Jenkins | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Criminal behavior |
| Maternal | Mary Branning | Mental health |
| | | Intellectually disabled |
| | | Substance abuse |
| | | Domestic violence |
| | | Sexual abuse |
| | | Parent/Child severed relationship |
| Maternal | Conny Berlanga | Mental health |
| Maternal | Marilyn Lieson | Intellectually disabled |
| | | Sexual abuse |
| Maternal | James "Jim" Jenkins | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Criminal behavior |
| Maternal | Thomas "Tommy" Jenkins | Substance abuse |
| | | Automobile accident |

| Maternal | Delores Schoen | Substance abuse |
| | | Criminal behavior |
| Maternal | George Dunn | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Child abuse |
| | | Sexual abuse |
| | | Criminal behavior |
| Maternal | Francis "Jerry" Dunn | Substance abuse |
| Maternal | Bertha Kowolski | Substance abuse |
| | | Mental health |
| | | Unscrupulous behavior |
| Maternal | Gertrude "Trudy" Haven | Mental health |
| | | Unscrupulous behavior |
| Maternal | Robert Jenkins | Domestic violence |
| Maternal | William Dunn | Automobile accident |
| Paternal | Jacqueline "Jackie" Frechette | Domestic violence |
| Paternal | Charles Whitbeck | Substance abuse |
| Paternal | Jennifer (Jean) Martin | Substance abuse |
| | | Mental health |

## Generation 3: The children of Marvin's first cousins (first cousins once removed)

| | | |
|---|---|---|
| Maternal | Richard Haven Jr. | Mental health |
| | | Substance abuse |
| | | Criminal behavior |
| Maternal | Deborah Griffioen | Mental health |
| Maternal | Jeff Jenkins | Substance abuse |
| | | Mental health |
| | | Sexual boundaries |
| Maternal | Brian Jenkins | Substance abuse |
| | | Mental health |
| | | Sexual abuse |
| | | Criminal behavior |
| Maternal | Tommy Jenkins | Mental health |
| Maternal | William Dunn | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Child abuse |
| | | Criminal behavior |
| Maternal | Mary Boos | Mental health |
| | | Substance abuse |

50

| | | Domestic violence |
|---|---|---|
| | | Criminal behavior |
| Maternal | Brenda Schoen | Substance abuse |
| | | Child abuse |
| | | Criminal behavior |
| Maternal | Mary Beth Simkins | Mental health |
| Maternal | Carla Marion | Intellectually disabled |
| | | Domestic violence |
| | | Sexual abuse |
| Maternal | Susie Dunn | Sexual abuse |
| Maternal | George Dunn Jr. | Intellectually disabled |
| Maternal | Charles Koewers | Criminal behavior |
| Maternal | Theresa Sims | Automobile accident |
| Paternal | Gary Anderson | Substance abuse |
| | | Mental health |
| Paternal | Theresa Westbrook | Unscrupulous behavior |

## Generation 4: The grandchildren of Marvin's first cousins (first cousins twice removed)

| | | |
|---|---|---|
| Maternal | Amanda Dunn | Mental health |
| | | Substance abuse |
| | | Domestic violence |
| | | Child abuse |
| Maternal | Emily Simkin | Mental health |
| Maternal | Misty Topia | Sexual boundaries |
| Maternal | Mandy Dunn | Mental health |
| Maternal | Thaddeus Bradford | Criminal behavior |
| Paternal | Christopher Whitbeck | Substance abuse |

## IV.    Maternal Family

### A.    Immediate Family

#### 1.    Elaine Gabrion

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:        Sexual Boundaries, Criminal Behavior

Marvin's mother, Elaine Gabrion, was the youngest of seven children born to Gertrude and George Jenkins. Elaine was treated by a doctor for a "*nervous breakdown*" when Marvin was between the ages of seven and nine.  Elaine was approximately in her mid-30's.  Marvin and his siblings were placed with others and Elaine was made to "*stay right in the house.*" The doctor advised it was too nerve-racking for Elaine to be around the children.  Eventually, the doctor cleared Elaine and the children were returned home.

Elaine was fun and charismatic, often referred to by her nieces as their favorite aunt.  She was also highly sexualized, frequently leaving home for days or weeks at a time with other men.  Elaine's niece noticed that Elaine wore a lot of makeup even though it was not the practice of most women in that area.  She carried herself in a way that projected sexuality.  Even in her later years of life, she openly complained about Marvin Sr. not having enough sex with her.

Elaine was also known to be quite verbose. She talked incessantly. A friend of hed often wished at times, "she'd just shut up." To David's friend, it seemed Elaine would talk about meaningless things and talked to fill up space.

53

Although she was noted to be "fun-loving," she suffered from at least one episode of debilitating depression. Elaine's daughter recalled a time when her mother seemed to have lost energy and pleasure in her normal activities. Elaine quit sewing. She had sewn most of her life.  She was good at it and it was one of her favorite things to do.  Elaine was also quite lethargic during this time, to the point that she would ask her daughter to get and light cigarettes for her.  This behavior was out of the ordinary.

Today, Elaine's daughter realizes her mother had mental-health troubles, "She was crazy that's for sure."  Her daughter recalled a memory when she was young. All of Elaine's daughters were young. They came home from school to find Elaine laying on the kitchen floor. Elaine was unresponsive to them and ignored their pleas to get up and answer them. Elaine's daughter recalled this especially upset her sisters. Eventually Elaine did get up and proceeded to inform them she had cancer in her big toe.  However, that claim was not true.

## 2.    Gloria Levine

Genetic predispositions:        Mental Illness

Marvin's sister, Gloria, has been, and is being, treated by both a psychiatrist and psychologist for mental-health problems.  The family considers her to be "emotionally fragile."

When Gloria's daughter was a teenager, Gloria took her to counseling because she was rebellious.  During the course of the counseling, Gloria revealed she had been

molested as a child. However, she does not have a vivid recollection of these events or the perpetrator.

### 3.    Yvonne Wilkinson

Genetic predispositions:        Mental Illness

Marvin's sister, Yvonne, also suffers from depression.  She believes she has been depressed for years. She has refused to take medication and instead is utilizing a holistic approach, treating herself with health foods.

### 4.    Mike Gabrion

Genetic predispositions:        Substance Abuse

Environmental Factors:        Criminal Behavior

Marvin's brother, Mike, smoked marijuana regularly and frequently took pain pills for recreational use.  Mike was a drug dealer, who at times, was in competition with his younger brother David. David also sold drugs.

Mike often broke into peoples' homes to steal their belongings. He was incarcerated several times. At one point when he was incarcerated, his mother was arrested for



*Mike Gabrion*

55

attempting to traffic marijuana into the jail for him. He was in the Michigan Department of Corrections for receiving and concealing stolen property at the time of the trial.

### 5.    David Gabrion

Genetic predispositions:    Mental Illness & Substance Abuse

Environmental Factors:    Domestic Violence, Criminal Behavior

Marvin's youngest sibling, David, was a drug dealer and became addicted to crack cocaine.  David is mentally ill. He is prescribed Remeron, an antidepressant, and Seroquel, and antipsychotic.  He believes he was



*Left to right: Mike, David, Marvin Gabrion*

prescribed Seroquel for sleep, but takes 1200 mg a day. He specified it is the highest dose the Newaygo mental health center will give him.  He began going to the mental health center after his mother died in 2009.

56

David was violent and emotionally abusive toward the Wilma, the mother of his son.  He would tell her she was "shit" and would not be anything without him.  He told her nobody would love her if she were not with him.  When she was approximately seven months pregnant, he threw her outside in the snow naked.   Wilma cowered down in the stairwell of the cellar stairs.  She doesn't know how long she was out there until he finally let her back inside.

David frequently threatened to kill Wilma's dog if she left him. She was too scared to leave. After three years with David, Wilma left him. The last straw occurred during an argument in the car.  David pushed her head down into the floorboard while he was driving, and dumped a soda all over her head.

Wilma moved into her parent's home. David then threatened to kill them, so Wilma's mother called the Sheriff. Wilma finally left the area altogether.

## 6.    Elaine "Lanie" Wilkinson

Genetic predispositions:    Mental Illness & Substance Abuse

Environmental Factors:    Domestic Violence, Criminal Behavior

Marvin's niece, Lanie, was addicted to crack.  Lanie became a prostitute and was arrested numerous times for prostitution.

Some have believe that Lanie is mentally ill. As a child, Lanie would stand in the front yard and scream for no apparent reason. This behavior seemed very odd to her aunt, who wondered about the child's stability.  Lanie was also a victim of domestic violence. She was married to a man who beat her.

57

### 7.    Tom Levine

Genetic predispositions:        Mental Illness & Substance Abuse

Marvin's nephew, Tom, was ordered by Child Protective Services to get a psychiatric evaluation when he was a child. He was addicted to methamphetamines from 1997 to 2011 and has been clean for approximately four years.

### 8.    Chelsea Gabrion

Genetic predispositions:        Mental Illness & Substance Abuse

Marvin's niece, Chelsea, suffers from depression and spends much of her time in bed or drinking. She is uncomfortable seeking help and drinks more days than not to numb the her emotional pain. Recently she was drinking a fifth of Jose Cuervo daily and could be seen walking around carrying a pint of liquor. Chelsea's drinking did not begin recently.  She was drinking heavily by the time she was 13 years old.

Chelsea has attempted suicide twice and reached out to a friend for help. She first attempted to overdose with pills and most recently shot air into her veins while ingesting Benadryl.  She texted a photo of her arm with the syringe sticking out to friend.  She has not sought help or counseling for these troubles.

### 9.    Mike "Mikey" Gabrion Jr.

<u>Genetic predispositions</u>:        Substance Abuse

<u>Environmental Factors</u>:        Criminal Behavior

Marvin's nephew, Mikey, used drugs recreationally. He smoked marijuana and snorted Ritalin. His father, Mike Gabrion, usually supplied him with the drugs.



*Mike Gabrion Jr.*

Mikey has also been incarcerated several times in the past, beginning as a juvenile. His father taught him to steal; they would break into peoples' houses. He has been incarcerated for home invasion and carrying a concealed weapon.

## B.    Aunts and Uncles

Marvin's older relatives were similar to others of their era in their perception of mental illness.  They were skeptical of mental health treatment and the validity of such problems.  In light of this, it's astonishing any of them received psychiatric care.   Many others exhibited behaviors which today would likely yield a formal mental health diagnosis.

## 1.    George Jenkins

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:        Child Abuse, Criminal Behavior, Automobile Accident



Marvin's uncle, George Jenkins, Elaine's brother, was psychiatrically hospitalized four times from 1945 through 1979. The first hospitalization occurred while in the military and the other three were at the Veteran's Administration Center in Ann Arbor, Michigan.

### 1.    1945 Hospitalization, age 26

George's first hospitalization occurred during World War II in February of 1945. He remained amnestic regarding many details.  He remembered being in active combat and then waking up in a psychiatric hospital.  He spent four months and 13 days in Germany before returning to the U.S. and being discharged July 9, 1945.  Although this was his first psychiatric hospitalization, Mr. Jenkins related a history of "bad days" when he was unable to accomplish any tasks due to "having too many things on my mind and not being able to do anything right."

### 2.      1964 Hospitalization-age 45

Mr. Jenkins spent four months at the VA Medical Center in Ann Arbor, Michigan. He was diagnosed with a "nervous condition."  He was also diagnosed with Anxiety Reaction, associated with multiple physical symptoms.  It was determined that he was "a man who is completely preoccupied by his physical difficulties in spite of negative diagnostic studies, he is unable to accept the fact that there is no physical disease."  Mr. Jenkins began what would be a long history of somatization of his psychological distress. In other words, he sought (unsuccessfully) to find physical reasons for what were mental health problems.

### 3.      1973 Hospitalization-age 54 or 55

His third hospitalization occurred in 1973 for approximately five months. At this time, he was diagnosed with "Anxiety reaction with multiple physical symptoms."  For the next five years he worked a variety of jobs but was "living marginally both in terms of his financial situation and in terms of his psychological well-being."  By 1976, Mr. Jenkins was receiving disability compensation from the military due to his service connected disability of "psychoneurosis, anxiety reaction."

In February of 1977 Mr. Jenkins was under medical care for a variety of health problems, including hypertension and heart disease. During an examination, he revealed he was also concerned about having "goofy dreams, I see my brother, father and mother a lot and most of the people are dead that I see." He admitted to despairingly morbid

thoughts and stated, "Sometimes I'm afraid I'm gonna die and other times I wish I would."

Mr. Jenkins was then referred for a psychological examination.  He was determined to be

suffering from "affective difficulty with depression, loneliness and an inadequate body

self-concept."

### 4.      1978 Hospitalization–age 60

In June of 1978, Mr. Jenkins began his fourth inpatient treatment which lasted 198

days.  He was admitted due to "nerves" and complained of numerous health problems.

Dr. Kenneth Chamberlin noted "Mr. Jenkins has seemed to make few further gains in

terms of looking at his somatic symptoms in relations to his emotional life."  It was clear

that he utilized somatic complaints to avoid psychological troubles.

At this point, Mr. Jenkin's psychoneuroses and anxiety reaction were considered

chronic.  His symptoms included losing interest in things he enjoyed, inability to handle a

job because of a lack of concentration and being withdrawn from family and friends.  He

generally presented as "very depressed" and was diagnosed with a Passive Dependent

personality disorder.

During a November 1978 group therapy session, George revealed that "he had

once killed a man while drunk driving."  The man was his brother in law, and George

always felt his wife and her family held this against him.   George was prosecuted for

negligent homicide on September 11, 1937 and was sentenced to one year in the state

prison of southern Michigan.

A month before his discharge, Dr. Chamberlain noted that Mr. Jenkins stated he felt like giving up.  When questioned further, Mr. Jenkins denied concrete suicidal ideas and was discharged from the hospital in January 1979.

Less than three months later, in March of 1979, he was hospitalized overnight due to his gout but was determined to be suffering from significant depression.  He explained he had been treated by a psychiatrist in Grand Rapids "for several years" and wanted to return to seeing that doctor.

Mr. Jenkins continued to receive psychiatric care in the early 1980's. He attended group therapy and was diagnosed with "Anxiety Reaction with Depressive Features."  He was treated with psychotropic medication at various times including Sinequan and Librium.  Mr. Jenkins died in February of 1987.

The following chart summarizes George's treatment.

| No. | Hospitalization | Admission | Duration | Diagnosis |
|-----|-----------------|-----------|----------|-----------|
| 1st | Psychiatric Hospitalization by the army during WWII | 1945 | 4 to 5 mo. | Anxiety Reaction |
| 2nd | VAMC Ann Arbor, MI | 11/29/63-3/20/64 | 4 mo. | Nervous Condition Anxiety Reaction, associated with multiple physical symptoms. |
| 3rd | VAMC Ann Arbor, MI | 1973 | 5 mo. | Anxiety reaction with multiple physical symptoms |
|  |  | 3/16/1977 |  | Psych Evaluation - Depression |

| 4th | VAMC Ann Arbor, MI | 6/28/1978-1/12/79 | 198 days | Depressed Passive Dependent personality disorder Psychoneurosis, Anxiety Reaction Chronic (military) |
| | | 3/20/1979 | | Admitted for Gout but then referred to Psychiatric outpatient Clinic: Significant depression determined |

George went to prison for negligent homicide on September 11, 1937 when he was 19 years old. He was driving drunk when he crashed. His passenger, who was also his brother in law, was killed as a result. George was sentenced to one year in the state prison of southern Michigan.

George was also a very controlling, volatile man. When he died, his wife Marrilla said she was going to paint her cabinets any color she wanted now that he was dead. George was hyper religious, rigid, and tyrannical. One Sunday, George's niece, Kathy, was staying with them as she was friends with George's daughter, Carol. They had already been to church once and were going back in the evening. However, Kathy's stockings were losing color so Carol took her downstairs and showed her how to dye them. George was furious, because dying stockings was doing work on the Lord's Day. He began knocking his daughter around. He knocked her into the bathtub and then out of it. He knocked her down the stairs and then continued to beat her.

Later in life, George recognized that he'd mistreated his children. While in therapy, he admitted he failed his children. Therapy records reveal he said, "I was mean to my family and now my kids are never there when I need them…I would like to go back and do things over, be better to my kids, make up for the things I've done."

64

## 2.    Ella Gossett

Genetic predispositions:    Mental Illness

Environmental Factors:    Sexual Abuse, Parent/Child Severed Relationship



Ella, Marvin's maternal aunt, was intellectually disabled (a condition previously known as Mentally Retarded) and compensated for her disability by Social Security.  She had a child David who was given up for adoption through Christian Bethany Services. There are different family stories regarding how this occurred.  One story is that that baby was taken by social services due to Ella's neglect.  Allegedly, Ella was feeding him spoiled milk.  However, the most likely scenario is that Ella's mother simply had too much on her hands to raise Ella's child and thus forced Ella to put the child up for adoption.

Ella was not able to live on her own because of her cognitive deficits.  She and her two children, Marilyn and Conny, lived with Ella's mother, Gertrude Jenkins. Once Gertrude died, Ella and the children resided with Ella's sister Charlotte "Char" Dunn.

After Charlotte died, Charlotte's husband William Dunn advised Ella she would have to step in and take over Charlotte's "wifely duties."  Ella knew this meant he

expected her to have sex with him on a regular basis. Ella was not happy about this demand and asked her daughter Conny, then an adult, to help her escape the situation.

Char's husband had sexually abused Ella previously.  Ella's daughter Conny was a young girl at the time she became aware of the abuse.  Conny had a broken-down swimming pool in the back yard. One night, Conny went to sneak out the back door to swim, but was suddenly stopped by a sight in the kitchen. Conny saw Char's husband holding her Ella's leg in the air while fondling Ella.  Conny could tell by the look on her mother's face that she did not like it or want it to happen.  Ella looked disgusted. Given her cognitive deficits, it is questionable whether she had the capacity to consent.

Conny realized her mother was very vulnerable.  Conny could also tell there was tension between her mother and Aunt Char.  They were sisters, but something was off in their relationship.  Conny came to understand that Char was jealous of Ella, probably due to knowing her husband was having sexual relations with Ella.

After living with Char and Bill Dunn, Conny attempted to let Ella live on her own, but it quickly became obvious to her that Ella could not be independent. Ella refused to throw anything away and this created an unsanitary and disheveled environment.  She had bags of half eaten food strewn about as well as pails of feces throughout her apartment.  Her home resembled that of a hoarder.

Additionally, when Ella was left to her own devices, she was quickly taken advantage of by others because of her limited facilities.  Conny had to intervene when her mother was dating a man who promised to marry her.  He just wanted to have sex, but Ella wanted a house and man of her own.  Ella could not be convinced the man was using

66

her.  Conny went to the man's house and discovered he was living with a girlfriend.  Conny threatened to kill him if he did not leave her mother alone.

### 3.    John Jenkins

Genetic predispositions:    Mental Illness & Substance Abuse

Environmental Factors:    Child   Abuse,   Domestic   Violence, Unscrupulous Behavior



Marvin's uncle, John, was a stern man who developed hoarding tendencies as he aged. John's daughter, Kathy Christianson, recognized this behavior and wondered if it was triggered by his advancing age. John kept plastic ware and napkins shoved in a drawer to the point of breaking the drawer. He collected leftover paper wares from family reunions, insisting on taking them even over his wife's objections.

John's daughter Kathy described her father as "a nut bag."  Once, when Kathy was teasing him, she said "dad you're so crazy."  He went "ballistic" and demanded she never say that again.  Kathy was shocked at his reaction.   John was identified as suffering from Bipolar Disorder in a medical record.

John was very "stern" with his children and known to explode.  One day, he told them to finish their chores while he was gone.  Instead they went out to play.  When John returned, he was so angry that he kicked his intellectually disabled daughter, Mary, in the back so hard it left a foot mark.  He then began beating his son, Jimmy.

When John's daughter, Kathy, was five years old, she told him that her older brother Johnny touched her. Johnny, who is nine years older than Kathy, had simply thrown his leg over her while she was on the couch.  John became "a wild man" and chased his boys through the house.  He beat them with anything he could find.  He beat them "senseless," telling them they'd better never lay a hand on any of his girls.

John could also become irrationally agitated and angry over small things.  One Thanksgiving, his sons wanted mustard for their beans. This triggered an episode.  John retrieved several jars of mustard from the refrigerator and saturated their food with the condiment. He then forced them to eat the food.  When John's wife attempted to intervene, he threw their turkey in the snow bank and began hitting his wife.  John's sons then jumped on him, coming to their mother's defense.  Everyone was screaming and their Thanksgiving meal quickly disintegrated into total chaos.  While this memory is most salient in Kathy's mind, this scene was not unusual for their holidays.

Approximately four times a year, John got into a "knock down drag out fight" with his wife Theresa. One memorable fight occurred when he knocked Theresa into a bed spring, which punctured a varicose vein, causing blood to spurt everywhere.

When John was older, he would hit his wife with his cane.  Theresa ultimately quit driving because John would grab the wheel, and it became too dangerous.

He was controlling. When they were at church, he did not want Theresa to talk to anyone else. He would become very rude and impatient if she tried to engage in conversations.

John drank heavily for many years, and his family considered him an alcoholic. At least one Friday night a month, his wife would take all their children to the bar to get John's pay check before he could drink it away. He became sober in 1957 at the age of 42, but his daughter stated he simply became a "dry drunk."

John and his wife had a son, Jim, whom served in the Viet Nam war. Jim was in Vietnam for 14 months. Jim had his checks sent home to his parents so they could be deposited into his bank account. Jim planned to buy a car when he got out of the military. However, while he was gone, John and his wife spent their son's money. They never asked for Jim's permission. They did not tell him what they had done until they knew it would be discovered.

When it was time for Jim to come home from Vietnam, John and his wife did not seem to be happy. They actually acted as if they dreaded his return. They were forced to admit they had spent all his money. Jim never accepted this and would continually say he was going to buy something "when my parents pay me back."

69

## 4.    Charlotte Dunn

Genetic predispositions:        Mental Illness & Substance Abuse



Charlotte "Char" Dunn was considered strange and different.  It was widely known throughout the family that she was a hoarder. Her house was complete chaos, with a path winding through stacks of debris.  She had magazines and newspapers piled from floor to ceiling. She also had an enormous amount of tupperware cluttering the house.

Char's granddaughter, Mary, would visit Char.  When Mary got home, Mary's mother would make her leave all her bags and belongings outside because Char's house was infested with cockroaches.  Mary's mother would treat all of Mary's belongings before allowing them to be brought into the house.

When Char died in 1978, it took the family over a month to clean her house out. They threw away dumpster after dumpster of rubbish, including decades-old newspapers.  The house reeked of cat urine and was still infested with roaches.

Char was a heavy drinker throughout most of her life. When drunk, her behavior was dreaded.  One night, her husband locked her outside in the freezing weather. He believed she did not freeze to death due to the amount of alcohol in her blood



*Char and William Dunn with their children*

system.  When she began drinking, her daughter Deloris would often leave the house to avoid her mother's behavior.

Char had five children with Bill Dunn.  Two died early in life at the ages of 19 and 43.  The other three children became chronic alcoholics.

71

## 5.    Julia "Jewel" DeYoung

<u>Environmental Factors:</u> Domestic Violence, Unscrupulous Behavior



Julia's intellectually disabled sister, Ella, and Ella's two children, lived with their mother Gertrude.  Julia promised her mother she would take in Ella and the children upon Gertrude's death.  They knew Ella would not be able to live on her own.

Julia agreed to this arrangement. Because of this agreement, Julia was given more inheritance to offset the costs.  However, once Gertrude died, Julia would not take Ella and her children into her home.  Instead, Julia built a new house with the extra money she inherited.  Ella and her children had nowhere to live until their other sister, Char, agreed to help.

Julia's second husband James McDonald was a violent man. He was mean and frequently hit her.  At one point, Julia's brothers threated to kill James due to the abuse he inflicted on Julia.

## C.    First Cousins

Many of Marvin's cousins battled mental-health and substance-abuse problem over the course of their lives.  Some were fortunate in that their loved ones recognized the need for intervention. Others were able to identify their own downward spirals and admitted the need for help.

### 1.    John "Johnny" Jenkins

Genetic predispositions:    Mental Illness & Substance Abuse

Environmental Factors:    Child Abuse, Domestic Violence, Unscrupulous Behavior, Automobile Accidents



From the ages of 17 to 58, John Jenkins was psychiatrically hospitalized at least 18 times.  He was primarily hospitalized while in manic phases of his Bipolar 1 mental illness. Although suicidal at times, his mania was a frequent occurrence in the spring when he stopped taking Lithium.  Additionally, at times he would stop taking his medication because he was afraid of having a depressive episode.

73

Johnny's mental-health deterioration became noticeable after he joined the military in 1957, at 17 years old.  He was generally discharged approximately one month after joining due to "unsuitability," and it was recommended he not re-enlist.  His clinical evaluation upon termination indicated psychiatric problems, "Passive Aggressive Reaction."  Later, John described the event which led to his discharge as a "nervous breakdown."

### 1.      1960 Hospitalization---age 20

One year after being discharged from the military, additional psychiatric complications surfaced when Johnny was incarcerated in the Michigan Department of Corrections for armed robbery.  He was drunk and robbed a younger boy on the way home from a football game.  He was 18 years old and sentenced October 15, 1958.

After two year's incarceration, Johnny was transferred to the Iona State Hospital because he had a "break down."  Johnny remained in the state hospital for three years, until he was released from prison.

### 2.      1971 Hospitalization---age 32

In the early 1970's Johnny sought help for depression at a community mental health center.  He was admitted to inpatient treatment at Kent Oaks Psychiatric Hospital in 1971.

In 1972, at the age of 32, John sought treatment at Pine Rest Christian Hospital outpatient clinic at the urging of his wife and mother, because he was suicidal.  Kathy, his

wife of three years, explained he was very withdrawn. She was quite fearful, anxious, and concerned for Johnny.

Kathy admitted she might not have married Johnny if she had not been pregnant at the time because Johnny was "a wild person." Kathy also expressed frustration over his drug use and bouts of depression. She complained of his weeklong absences and noted that he frequently beat her. She was tired of his occasional overdoses.

Johnny was diagnosed with a "depressive illness" and given the antidepressant Triavil. He did not follow up, and the clinic discharged his case in November.

In this same year, Johnny overdosed on LSD and was admitted to a hospital. Kathy advised that, when he was under the influence of drugs, his personality changed drastically. He became very violent, aggressive and scary.

Kathy also told the intake social worker that *all* of John's brothers were "dope addicts" and she resented the way they passed him pills. Johnny established a pattern of using drugs and alcohol to ineffectively cope with problems. He continuously downplayed his problems with alcohol.

### 3. 1973 Hospitalization---age 33

Johnny was again admitted into Kent Oaks in July of 1973 after being evaluated for the court. The doctor noted he had an eighth-grade education yet was reading a book about physics. Johnny stated, "I'm going to an underground college right now." He was in a "hypomanic state" and had been using various illegal drugs. Johnny believed he experienced the same psychological symptoms every spring.

Johnny's manic behavior was described by others as aggressive and hypersexual. He tried to run down his wife and three-year-old daughter with a car before being admitted. His drug abuse escalated and he was shooting drugs intravenously.  He was also "desiring his own sister and every woman he meets on the street." Johnny explained that he wanted to see his deceased brother Tommy, believed to be a thinly veiled suicide threat.

**4.      1975 Hospitalization---age 35**

On April 25, John was admitted into Forest View Hospital in a hypomanic state at the age of 35.  His history of manic depressive psychosis was well documented.  John had stopped taking his Lithium, typically used to treat manic episodes of bipolar disorder.  This time, treatment providers believed he may have done this so "he could indulge more generously in the use of alcohol."

John was evaluated by a psychiatrist who concluded John's mental illness could cause him to harm others. The basis for this conclusion were the facts that he hit his wife because she attempted to keep him from drinking and he was given a ticket April 24, 1975 for driving carelessly after leaving a bar.

From John's perspective, he was admitted to Forest View due to his "drug related problems." He admitted to smoking marijuana daily, taking acid (LSD), using downers, and carbitol.  Over the course of his hospitalization, he was medicated with Thioridazine, an antipsychotic, to supplant his Lithium.

**5.      1975 Hospitalization---age 35**

John was discharged May 14, but was readmitted eight days later. John's wife confirmed that during his eight days of freedom, he had been using drugs, drinking, and at one point was "barking like a dog." He also thought he could heal his wife's eyesight so she would not have to wear glasses. He "became sexually excited and ripped the brassiere from his wife's body, was also talking indecently before his children. At about the same time he began to throw furniture around the living room…" John believed people could hear what he was doing through the phones.

John's wife wanted him readmitted because of his erratic behavior. She contacted police for help when John took one of his guns out of storage. Officers arrived and found five shotguns and rifles in his home. John resisted, hitting one of the officers, fracturing his nose, before being subdued and taken to the hospital.

During admission, records indicate John made many motions with his hands "as might a magician, and then extinguished his cigarette in the palm of his hand, thereafter putting it in his mouth." He also suspected that a female patient had been planted to supervise him. During John's first night hospitalized he "moved his bowel in his clothing, and when I asked why he didn't seek that a bedpan be given to him, he answered, 'I didn't know anything about that'."

During his hospitalization, it became apparent that John needed to identify a more appropriate means to express anger. He admitted to feeling angry when he believed others were trying to push or trick him and felt justified in his anger.

**6.      1976 Hospitalization---age 36**

On November 19, 1976, John was committed to Forest View for symptoms similar to those he'd exhibited before.  He was staying out late.  He was using amphetamines and alcohol.

John was also increasingly hostile and belligerent when he felt crossed or confronted.  John admitted that if he was in a bar and someone bumped into him, a fight would likely ensue.  John had recently knocked out two of his wife's teeth and, his tendency to have "explosive temper outbursts" was noted.

Kathy was in the process of having John committed when he flipped his car on the expressway.  Hashish was found in his car.  He was incarcerated until the psychiatrist was able to speak to the judge and advocate treatment.  The doctor noted that John could become violent in a jail setting if he felt he was being unjustly handled.

Upon discharge, the doctor noted that John had a difficult time accepting his illness.  John was stabilized but fearful that he would cycle into a severe depression as he had when he was suicidal before getting married. John's marriage difficulties were noted: he viewed Kathy as external authority and rebelled against her in an adolescent fashion.

**7.      1979 Hospitalization---age 39**

On April 9, 1979, John voluntarily admitted himself to Forest View Hospital at the age of 39.  He felt he was starting to swing toward a serious manic phase, spending money impulsively, and acting short tempered and increasingly hyper.  John stopped using his Lithium when he began having feelings of depression. He quit taking his medication to push himself toward a manic state because of his "great underlying fear of becoming

depressed." He was diagnosed Manic-Depressive, Circular, Hypomanic Type and discharged 12 days later.

### 8.    1979 Hospitalization---age 39

On May 1, 1979, less than one month after his previous hospitalization, John was again admitted to Forest View.  After his last discharge, he initially did well, but then felt constrained.  He impulsively left home along with the responsibilities of his life for a few days.  He became involved with drugs and, he divulged, "I partied my brains out."

After returning home, he was having trouble returning to work due to a lack of desire.  The expectation of his wife and his own self image were leading him toward a depressive symptomology which he feared.

He was hospitalized and discharged ten days later.  At discharge, John had been stabilized and was hopeful about remaining out of the hospital.

### 9.    1980 Hospitalization---age 40

On April 5, 1980, John was admitted to Forest View at the age of 40.  He was angry with his wife for calling the police, but agreed to voluntarily admit himself once at the hospital. The doctor noted that his wife has been unable to accept the idea that she may have to decide whether to stay with John and go through this year after year.

John hit Kathy two days prior to admission when she attempted to keep him from leaving the house.  Again, John was noted to have a "marked fear" of depressive episodes based on a previous depression in which he came close to suicide.

John's behavior was clearly impacting his ten-year-old daughter. Clinicians discussed the fact that she was exhibiting persistent phobias and difficulties in social

79

relationships.  It was determined that, to some degree, this behavior was a result of the instability in the home life during her early years.  Although she was put into therapy, therapeutic plans were not consistently followed.

John left the hospital against medical advice ten days later, on April 17th.  He simply did not return from a weekend pass home because "the weather was just too good."  He continued to associate with "marginal" friends and use illegal substances.

### 10.     1980 Hospitalization---age 40

John's wife filed a petition with the court and on April 22, 1980, John was admitted for the seventh time to Forest View. His admission noted there "essentially there was no change in the symptomatology as had led to his admission on April 5, 1980." He was diagnosed with Major Affective Disorder, Bi-polar, Manic Phase, as well as Passive Aggressive Personality Disorder.  It was noted that John became extremely violent when things did not go his way and he saw very little need for psychiatric treatment.

He was suspicious of his wife and felt she was trying to control him. His judgment was poor and grandiosity was noted.  The treatment goal was to help John accept the basic nature of his mental illness and stabilize him with Lithium. He was discharged May 3, 1980.

### 11.     1985 Hospitalization---age 45

In November of 1985, John was 45 years old when he was admitted to Kent Oaks Psychiatric Unit.  Kathy petitioned the court, stating that John had not taken his medication consistently for three months and would not comply.  She wrote that John "has threatened to physically smash my face in public restaurant.  Has threatened to kill

me if I leave or petition the court. Threaten to kick in brother's butt if he did not do as asked. Said he would shoot me as I went out or coffee after church…becomes loud and screams at anyone challenges his judgment, threatens to smash in face."

### 12. 1986 Hospitalization---age 46

On October 14, 1986, John was admitted to Forest View. He had again quit taking his medication, threatened to kill his wife, and became grandiose and hyperactive. John refused to voluntarily commit himself, so Kathy filed a petition explaining that he had only been sleeping three hours, was driving erratically, pacing for most the night, and had lost 30 pounds in six weeks. Once at the hospital, he voluntarily signed himself in and was quickly stabilized. He was discharged October 30, 1986.

### 13. 1995 Hospitalization---age 55

On June 9, 1995, John was 55 years old and admitted to Forest View Hospital. John's medical history noted a family history of Manic-Depressive Illness. He had not been taking his Lithium and was becoming increasingly aggressive. His wife explained "He is in everyone's face and ready to hit them." Johnny had disappeared for two days and his family filed a missing person's report.

The Walker, Michigan Police Department responded to Johnny's missing person's report. The officer noted that he had not been on medication for a few days. It was also noted, "John is combative and assaultive toward police officers."

John agreed to be admitted and displayed pressured speech, poor judgment, and felt his wife was too controlling. He was diagnosed with Bipolar Disorder, Mixed Type, Manic, and Personality Disorder with Explosive Tendencies. He was started back on

Lithium, the antipsychotic Haldol, and Klonopin, which is typically used to treat seizures or anxiety.  He was discharged five days later.  Upon John's discharge, Kathy stated she thought she and their children would need therapy to cope with John's behavior over the past few months.

### 14.     1995 Hospitalization---age 55

On June 19, 1995, Johnny was hospitalized for seven days.  Kathy filed a petition with the court for hospitalization after John had rammed his car into the car behind him when backing up.  Then, becoming impatient with the people in front of him, John rammed their car as well, finally punching the driver.  Kathy also noted that he would stop in the middle of traffic to light cigarettes and wanted to spend all his retirement money. The petition was dismissed when Johnny signed a voluntary admission form. He was released when stabilized.

In approximately 1996, Johnny's daughter Mary Beth was 16 years old. She recalled a time when she, her brother and mother went searching for her father. They found him at 2:00 a.m., fishing with a strange man.  Mary Beth's mother tried to force Johnny in the car, but the strange man demanded she stop and claimed Johnny was "his bitch." Mary Beth's brother then threatened the man, and they were able to take her father home.

Around this same time, Mary Beth was walking past her parent's bedroom when she saw her father standing in the room. He had a gun in his mouth. Mary Beth began screaming and the police were called.

82

### 15.    1998 Hospitalization---age 58

On April 1, 1998, John was brought to Pine Rest Christian Hospital by the police, but signed in voluntarily.  He threatened to harm his family and had been hypomanic with the change in the season.  He had hit his daughter and tried to choke his grandson.  He also threatened to push his wife out of her wheelchair.  Johnny was noted to be very strong and had hit many people in the past, including police.  During his stay, staff noted he was demanding, aggressive, and attempted to intimidate staff.  He was viewed as disruptive and unwilling to accept responsibility for his actions.

Johnny was discharged a little over two weeks later after he was stabilized and achieved baseline functioning.  He responded well to Depakote and was diagnosed with Bipolar I Disorder, Most Recent Episode Manic, Severe, without psychotic features.  His alcohol and cannabis abuse were also noted.  It was also documented that his father John Jenkins and daughter Mary Beth suffered from Bipolar Disorder as well.  Mary Beth had been hospitalized at Pine Rest twice before.

### 16.    1998 Hospitalization----age 58

On June 9, 1998, Johnny was hospitalized for three days at Pine Rest due to depression and suicidal ideation, stating he'd rather not live.  He was 58 years old and overwhelmed with the care his "crippled wife" needed at home.  His diagnosis was Bipolar I Disorder, Most Recent Episode Depressed Severe.  He was discharged to a day program and prescribed Desyrel, Depakote, and Risperdal.  Zoloft was added to treat his depression.

**17.    2005 Hospitalization---age 65**

On January 26, 2005, Johnny was hospitalized at Pine Rest when he was 65 years old.  Initially a petition for hospitalization was filed with the court, but it was dismissed when he voluntarily signed himself into the psychiatric unit.  Johnny refused medication, claiming to not know what the pills really were.  He was having visual hallucinations of dogs and cats in his room.  He was not sleeping, rambling, and "making sexual and obscene comments to the visiting nurse."  He was discharged 17 days later.

**18.    2005 Hospitalization---age 65**

On June 19, 2005, John was voluntarily admitted to Forest View after being transported to the hospital by police.  He was not sleeping, coming home late at night, could not control his temper, and displayed loud, threatening behavior.  He admitted to being hyper and unable to calm his thinking down.  He also admitted to drinking and smoking marijuana since his last discharge.  His family history of Manic Depressive Illness was again noted.  After seven days John was discharged.  The Haldol was discontinued and Depakote added.

The following chart summarizes John's impatient hospitalizations.

| No. | Hospitalization | Dates | Diagnosis |
|---|---|---|---|
| 1 | Ionia State Hospital | 5/10/60 - 1964 | "break down" |
| 2 | Kent Oaks Hospital | 1971 | |
| 3 | Kent Oaks Hospital | July 1973 | Manic depressive psychosis, recurrent hypomanic reaction. |

84

| 4 | Forest View Hospital | 4/25/75 - 5/14/75 | Manic Depressive, psychosis, hypomania |
| 5 | Forest View Hospital | 5/22/75 - 6/5/75 | |
| 6 | Forest View Hospital | 11/19/76 - 12/15/76 | Manic Depressive Illness, Manic Type |
| 7 | Forest View Hospital | 4/8/79 - 4/20/79 | |
| 8 | Forest View Hospital | 5/1/79 - 5/11/79 | |
| 9 | Forest View Hospital | 4/5/80 - 4/17/80 | |
| 10 | Forest View Hospital | 4/22/80 - 5/3/80 | |
| 11 | Kent Oaks Hospital | 11/85 | |
| 12 | Forest View Hospital | 10/14/86 - 10/30/86 | |
| 13 | Forest View Hospital | 6/9/95 - 6/14/95 | |
| 14 | Forest View Hospital | 6/19/95 - 6/26/95 | |
| 15 | Pine Rest Hospital | 4/1/98 - 4/17/98 | Bipolar Disorder, Manic, Severe without Psychotic features |
| 16 | Pine Rest Hospital | 6/9/98 – 6/12/98 | Bipolar I, m/r depressed, severe without psychotic features, narcissistic personality traits |
| 17 | Pine Rest Hospital | 1/26/05-2/1/05 2/22/05 | Was transferred for medical care and back to psych unit, Bipolar I, mixed, severe |
| 18 | Forest View | 6/19/05-6/26/05 | |
| | | 4/14/2014 | DIED |

85

## 2.    Mary Branning

Genetic predispositions:    Mental Illness, Substance Abuse

Environmental Factors:    Domestic Violence, Sexual Abuse, Parent/Child Severed Relationship



Marvin's cousin Mary was psychiatrically hospitalized at least ten times, with nine of the hospitalizations occurring before 2001.  She has been diagnosed with several mental health illnesses, but is primarily dealing with mood and thought disorders.  She is also intellectually disabled.  Mary's family attributes her low cognitive functioning to a car accident at age five which left her comatose for a few weeks.  Mary cannot read or write and has received SSDI for both her cognitive impairments and mental illness for years.

In addition to being psychiatrically hospitalized, Mary received crisis services 16 times from Cornerstone Community Mental Health between 1986 and 1994.  Her poor coping skills, dysfunctional family dynamics, and mental illness created an environment she was unable to navigate at times.  She has attempted suicide at least three times.

What is believed to be Mary's first psychological intervention occurred when she was 29 years old in 1974. She was hospitalized. Afterwards, she began receiving mental health services in Grand Rapids. In October of 1996 she began treatment at the Newaygo County Mental Health Center where she continues to be a patient to this day. Throughout the course of Mary's treatment, her mother and sister Kathy have been advocates, guardians, and consistently involved in her life.

**1.      1974 Hospitalization---age 29**

Mary had a "significant psychotic break" with visual and auditory hallucinations. She was hospitalized at Kent Oaks and received antipsychotic medication.

**2 & 3.  1980 Hospitalization- age 35**

In early October, Mary was 35 years old and hospitalized at Allegan Psychiatric Hospital. She was readmitted a few days later after she became disturbed, agitated, and physically destructive. Her second hospitalization lasted ten days.

**4.      1981 Hospitalization---age 35 or 36**

Mary was psychiatrically hospitalized at Kent Oaks.

In February 1986, at the age of 40, Mary reported feeling nervous and experiencing crying spells. She complained about her habit of cutting her hair excessively which was evident when she removed her hat. It was determined she needed to have her medication checked.

In March, Mary completely shaved her heard and began wearing a wig. She was hearing voices and very anxious during her medication review.

Mary was arrested for shoplifting and placed on probation. In October, 1986 her probation officer requested she be evaluated for a Day Treatment Program at Kent Oaks.

In July 1987, Mary saw a therapist at the mental health center. She experienced what was deemed as "intermittent explosive irritability." After an explosive episode, she customarily left home for hours and walked around aimlessly. During this time, she was often observed rummaging through trash.

At Mary's August medication review, her symptoms were described as "manic depressive type symptoms with psychosis along with depression, irritability, sleeplessness, hyperactivity, grandiosity." Mary was becoming increasingly paranoid, easily upset and hearing voices.

> This is a woman who presents with classic symptom of manic depressive illness which have been lost over the years with her being diagnosed as schizophrenic. A brother who is being treated with Lithium said to make it clear that hers is an affective disorder rather than schizophrenic.

### 5.    1988 Hospitalization---age 42

In January, Mary was taken to a hospital emergency room because she was hearing voices.  She was 42 years old. She asked to be psychiatrically hospitalized at either Kent Oaks or Allegan. However, due to the limited space available, she was treated by the mental health center until a bed became available. Her prognosis was "poor due to the dysfunctional family environment, her long history of mental illness and low IQ."

In February, Mary was evaluated at Cornerstone Mental Health Center. She was diagnosed with Undifferentiated Schizophrenia and was treated with Thorazine. Mary

disclosed that her husband raped her.  Her depression was seen as partially due to family crisis and partially due to her bipolar illness.

 Mary's history of childhood sexual abuse, abuse by her husband, and deficits in cognitive functioning were noted.  Her full scale IQ on the WAIS-R was 71. The clinician's diagnostic impression was to Rule out Bipolar Disorder, Mixed with Psychotic Features.

Mary's family dysfunction was further documented as Child Protective Services became involved because her husband abused the children.  Mary's reoccurring psychosis and paranoia were attributed to the ineffectiveness of her medication.  She was again experiencing agitation and low frustration tolerance.

In July, Mary's psychiatrist diagnosed her with "Bipolar disorder, Manic with Psychotic Features."  He also noted family history of the mental illness in that she had a brother (Johnny Jenkins) with classic Manic Depressive Illness who was responsive to Lithium.

In February of 1989 Mary was taking Thorazine and Tegretol for Bipolar Disorder. She had taken Lithium in the past but it was not working as well for her anymore. The marital problems Mary was having were noted, as well as the fact that her son was suffering in school due to learning disabilities.

In April, Mary was evaluated at Spectra for case management services.  She acknowledged having attempted to overdose with pills years before.  After she took the pills, she told her sister Kathy, who then had rushed Mary to the hospital.

In May, Mary admitted that she had recently attempted to overdose on aspirin, but was able to force herself to expel the pills. She advised the mental health center that

she took the pills because she was frustrated and not because she wanted to kill herself. Mary was advised to contact the center if she felt like harming herself in the future.

**6.    1991 Hospitalization---age 45**

Mary's family petitioned to have her hospitalized on July 2, 1991 because she refused to take medication and was unable to care for herself.  It was determined she needed to be placed on suicide watch with assaultive precautions taken as well.  Police were warned of the high probability of her being intoxicated when they picked her up for transportation to the hospital.

**7.    1995 Hospitalization---age 49**

Mary's husband Jack petitioned to have her hospitalized when she was 49 years old. Mary was admitted to Kent Oaks Psychiatric unit on January 13, 1995 for five days due to an acute psychotic episode and alcohol abuse. She quit taking her medication and was physically assaultive to Jack and the apartment management. She also began drinking heavily, allowing a Hispanic male to move in and drink with her.

On October 17, 1996, Mary was seen on an urgent basis at the Newaygo County Mental Health Center. It was noted she has had "at least 25-30 years of paranoid thinking." Mary admitted to hearing voices when she ran out of Mellaril and thus she was provided with a new prescription.  In December, mental health notes record that Mary had "a long history of schizophrenia, simple" in which she becomes fearful with paranoid thinking."

On May 29, 1997, Mary was 51 years old and was psychologically evaluated to determine her level of functioning.  Her full-scale IQ score on the WAIS-R was 73.  Her mental-health symptoms were noted in July when she ran out of Mellaril.  She became very nervous and distracted without medication.

In March, 1998 Mary's history of depression and thought disturbance was noted as "Schizo-Affective Type of presentation."  By May, Mary was diagnosed as having a "Paranoid Thought Disorder."  Mary's troubles with alcohol were documented as she drank on Mother's Day and "apparently got into a brawl" with bruising on her knee and arm.

By November Mary was stable due to her medication, Mellaril. The clinician notes that the Mellaril was being prescribed for her "Psychotic Thought Process."

In September, 1999, Mary's primary diagnosis was determined to be Bipolar Disorder NOS and Borderline Intellectual Functioning.  Mary's environmental dynamics continued to be a source of stress for her.  Mary's boyfriend had recently moved in with her.  He was not financially contributing and thus Mary ran short on food.

November progress notes indicated that Mary "suffers from a history of chronic schizophrenia" controlled with Mellarill.  She was also given Wellbutrin.

### 8 & 9.  2000 Hospitalization---age 54

On April 27th, Mary went to the emergency room because she was anxious and depressed. She was 54 years old and had two previous suicide attempts. She was admitted to the Crisis House so her medication could be adjusted.  She had quit drinking but admitted to an alcohol binge three weeks earlier.

91

In June, Mary was petitioned to be hospitalized due to suicidal ideation.  She had not been taking her medication and was drinking heavily.  She was also wandering the streets "exhibiting bizarre behaviors," not sleeping, and not eating.  Mary's sister reported Mary had been climbing into dumpsters and screaming at people on the street. Mary admitted to drinking at least a six-pack of beer per day.  She denied having a mental illness and threatened to get back at people.

Mary felt her family was trying to control her and were against her.  During her hospitalization, she was agitated, intrusive, and disruptive. She was noted to have poor insight and social skills and was deficient in anger control.

She was discharged after ten days and diagnosed with Bipolar Affective Disorder mixed with psychotic behavior, severe.

In January, 2001, Mary's medication review noted she had a "long history of Bipolar Disorder with significant psychosis" and was stabilized on Depakote, Risperdal, and Paxil.

Medical records in July noted that Mary had "a history of paranoid schizophrenia with some depression."

Then, in September, 2001 Mary's "Bipolar Disorder" was reportedly stabilized. Again, environmental stressors were noted: her boyfriend was jailed for his third DUI offense.

**10.      2006 Hospitalization---age 60**

In May of 2006, Mary attempted suicide by overdosing on her medication. She was 60 years old and was hospitalized at New Focus.

In November, Mary was offered education regarding her Bipolar Disorder.

Mary's family believed she was being taken advantage by her son, who was living with her in section eight housing without contributing financially.   Her son agreed to drive Mary places when he moved in with her, but instead twice sold the cars Mary purchased for him to drive her and kept the money.

By the age of 64, Mary's attempts to live independently were deemed unsuccessful. Her compliance with medication was 50-75%. She typically had disorganized speech and was difficult to understand. Her hygiene was also a problem. Her clothes were often soiled and she had a noticeable odor. She wore adult diapers but did not change them frequently.  After various placements, Mary went to live in the home of her sister Kathy where she currently resides.   Kathy has been a primary advocate throughout much of Mary's life.

The following chart summarizes Mary's hospitalizations**.**

| No. | Hospitalization | Dates | Dx/Symptoms |
|-----|-----------------|-------|-------------|
| 1 | Kent Oaks | 1974 | Voices/visual hallucinations/paranoid |
| 2 | Allegan Hospital | 10/6/1980 | |
| 3 | Allegan Hospital | 10/8/80-10/18/80 | Agitated/Physically Destructive Schizophrenic;  paranoid   type, Mental Retardation |

93

| 4  | Kent Oaks              | 1981            |                                            |
|----|------------------------|-----------------|--------------------------------------------|
| 5  | Emergency Room         | 1/98            | Hearing Voices                             |
| 6  | Family Petitioned      | 7/2/91          | Suicide Watch                              |
| 7  | Kent Oaks              | 1/13/95 – 1/18/95 | Acute Psychotic Episode/Alcohol Dependence |
| 8  | Emergency Room-Crisis House | 4/27/00    | Depressed & Anxious                        |
| 9  | Petitioned for hospital | 6/00           | Suicidal                                   |
| 10 | New Focus              | 5/2006          | Suicide attempt                            |

Mary's "long history of marital disturbances characterized by abuse…" was noted in her medical records.  Her husband, Bill Long, was an abusive man.  Once they separated, Mary realized that she felt good about herself as "before her husband made her feel terrible."

In 1989, Mary became aware that her husband had been sexually abusing their 14-year-old daughter for two years.  The Department of Children's Protective Services became involved and removed Bill from the home.  Mary confided in her counselor that Bill had been sexually abusive to her as well.  He had raped Mary in the past.

Mary's medical records also revealed that, when she was 18 years old, her mother forced her to put her child up for adoption. Mary stated that "the most significant family event was having the child at 18 and letting her mother take the child from her to adopt out."  Mary named her baby Stanley and spent many years yearning for her son. At the

time, Mary's mother Theresa was raising her own youngest child, three-year-old Dawn, and taking on another infant was more than she could handle.

### 3.    Conny Berlanga

Genetic predispositions:        Mental Illness



Marvin's cousin, Conny, suffers from depression and has "always felt down about life."  Her mother, Ella, and sister, Marilyn, were both Intellectually Disabled and received disability for their cognitive deficits.

In April of 2000, Conny was 43 years old. Her doctor diagnosed her with "Neurotic Disorder Depression" and specified "Depression and Anxiety." Conny was not hopeful about her future and no longer enjoyed doing things she had in the past.

In December of 2003, she continued to be diagnosed with depression. The Zung Depression Scale revealed she had moderate to marked depression. She was prescribed Lexapro and counseling was recommended.  Conny described frequent crying spells, fatigue, and noncardiac chest pain.  She continued to take antidepressants until she could no longer afford the medication.

### 4.   Marilyn Lieson

Genetic predispositions:     Intellectual Disability

Environmental Factors:       Sexual Abuse



Marilyn receives social security for her intellectual disability.  Marilyn is easy to take advantage of because of her cognitive limitations.  Her sister, Conny, has intervened before to protect Marilyn from exploitation.  Marilyn became involved with a Hispanic family. They tried to convince Marilyn to cash a check they stole.  Conny was able to prevent the transaction from occurring.

Although they are sisters, Conny and Marilyn have different fathers. Marilyn knew the identity of her biological father, unlike Conny.  One day, Marilyn told Conny she had been sexually abused by her biological father, Ron Elmer, in her adolescence.  Ron fondled Marilyn's breasts.

### 5.    James "Jimmy" Jenkins

| | |
|---|---|
| Genetic predispositions: | Mental Illness & Substance Abuse |
| Environmental Factors: | Domestic Violence, Criminal Behavior |



Marvin's first cousin, Jim, was sentenced to prison for breaking and entering into a building on March 18, 1966 when he was 19 years old.  He was released a year later and discharged from parole in February of 1969.

He married for the first time shortly after being released from prison and was violently abusive toward his first wife, Nancy.  When she was seven months pregnant with their son Brian, Jim punched her in the stomach and slammed her head into the ground.  She divorced him a few months after their wedding.

Jim began to suffer from symptoms of PTSD after serving in the Vietnam war. He disconnected emotionally.  Even as a child, he was disconnected to some extent.  Jim's second wife Karen felt she was always chipping away at his exterior.  As soon as he would let her in a little, he would emotionally shut down again.  She realized her goal of being emotionally close to him was simply unattainable.

97

Looking back on her marriage, Karen realized Jim had depressive episodes each year when summer was ending.  He would regularly comment he hated that particular time of year.  He frequently stated he was not sure he could make it through the days due to a lack of energy.  In 1996, when their son graduated high school and left home, Jim fell into a deep depression which basically left him non-communicative.  Within a few years, Karen divorced Jim, because he refused to get help and enter counseling with her.

As a young man, Jim used heroin when in Vietnam. He discontinued use when he returned United States.  Instead, he drank heavily.  Jim quit drinking for many years while married to Karen.   But he began drinking heavily again after their divorce in the late 1990's.  In April of 2000, Jim's sister noted his heavy drinking in the family history portion of her medical records.

### 6.    Thomas "Tommy" Jenkins

Genetic predispositions:      Substance Abuse

Environmental Factors:      Automobile Accident



Tommy was killed in an automobile accident in October 1966 at the age of 24. He died on impact from a fractured skull and cervical spine.  Tommy had been a heavy drinker and in retrospect, this probably contributed to his accident and death as "Tommy loved to drink." Tommy's sister believes he became addicted early in life and drank to feel better.

Even before Tommy's fatal accident, his drinking impaired his functioning and caused a medical emergency.  A portion of his foot was amputated due to an alcohol fueled event.

## 7.    Delores Schoen

Genetic predispositions:  Substance Abuse

Environmental Factors: Criminal Behavior



Delores began drinking heavily when she was 19 years old and newly married.  She worked in various bars and thus had easy access to alcohol.  In approximately 1977, Delores's family had an intervention because of how much she was drinking. There were

times she simply did not come home.  By 1977, Delores had six children under the age of 18.

The family also feared for Delores's safety. She would drive while intoxicated. She almost killed herself once when she lost control of her car and drove down a hill.  By October of 1984, Delores had been arrested three times for OUIL.  She lost her driving privileges, was placed on probation and entered treatment.  Delores began participating in Alcoholics Anonymous and eventually gained her sobriety.

### 8.    George William Dunn Sr.

Genetic predispositions:        Substance Abuse

Environmental Factors:        Domestic Violence, Sexual Abuse, Child Abuse, Criminal Behavior



George was a chronic alcoholic who was drunk more days than not.  He was sentenced to 30 days in the Kent County Jail for his second OUIL offense in 1966.  He drank a case of beer a day and eventually lost all his children to social services for sexual and physical abuse.

George beat his four older sons mercilessly when drunk.  He got off work at 5:00 p.m., went to the bar until 2:00 a.m., and then would pull his sons out of bed and beat them

approximately once a week. He used a board, a belt, or a razor strap. The beatings left welts and bruises and at times they were unable to sit due to the pain.



*George Dunn's four sons with their ½ maternal brother.*

George beat his wife when she tried to interfere with his abuse of their children. She regularly suffered black eyes and bruises.

Geroge also sexually molested his daughters Carla and Susie. Carla vividly recalls how he would penetrate her vagina with his fingers in her bed.  Carla told her



*George Dunn with his granddaughter Misty (far left)*

mother several times, but her mother did nothing to stop the abuse.  Carla's mother was also aware that George would make Carla take baths with him. Her father would get into the tub with her and what he did "hurt." She sometimes has dreams about her father's sexual abuse. She calls these dreams "the sin."

Carla's sister, Susie, left home at the age of 14 and became a prostitute on the streets.  Their brother, Raymond Dunn, believes this was partially due to the sexual abuse Susie suffered at the hands of their father. Raymond remembered walking by Carla and Susie's bedroom on his way to the bathroom and seeing his father in their beds, forcing them to have sex.  He is certain his mother knew too as the bedroom door would be wide open.

One time Raymond and his brothers called the police to report the sexual abuse of their sisters. Their father was put in jail for a short period but did not suffer serious consequences.  Carla said she could not get herself to testify against her father.  Carla did not want to relive the details of her abuse.

George Sr. not only molested his daughters Carla and Susie, but also groped other females inappropriately.  He put his hands in the crotch of his cousin, Conny, and attempted to fondle her.  He was 29 years older than Conny.

He did this to Conny's intellectually disabled mother Ella, as well.  He blatantly grabbed their breasts. Conny and her cousins would fight over who had to sit next to George in the car.

In approximately 1967, all the children were removed from George's home by social services due to the abuse.  They were scattered about, living with different

relatives, group homes and foster families.  The two youngest, Harold and Brian, were adopted by another family.

### 9.    Francis "Jerry" Dunn

Genetic predispositions:        Substance Abuse



Jerry was an alcoholic.  He always had a drink in his hand. When he was older, many in the family did not associate with Jerry and his wife Rita. He was not a friendly man and could be cruel to the children.  He pinched them hard, pretending to play. He did not stop even when he was told it hurt.

### 10.   Bertha Kowolski

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:        Unscrupulous Behavior



Bertha is known in the family to be a heavy drinker.  She would hid vodka bottles in her house.  She advised that she has suffered from depression and has taken pills "all her life."

Bertha had three children: a daughter, Candy and twin boys.  Bertha spent an inordinate amount of time with Candy and Candy's friends. Bertha advised she was involving herself in such a way because she needed to chaperone the children to ensure Candy would not become pregnant.  However, Candy got pregnant at 14 or 15 years old, and Bertha had seemed to be more of a peer then parental figure.

### 11.    Gertrude "Trudy" Haven

<u>Genetic predispositions</u>: Mental Illness

<u>Environmental Factors</u>: Unscrupulous Behavior



Trudy has been a hoarder for much of her life.  Her hoarding created tension in her marriage to Richard Haven Sr. Trudy refused to let him discard anything even after their house became overrun with useless items. At one point they had six different dining room sets.

Trudy recently had to move out of her apartment and was upset when the family tried to downsize her items.  Trudy had debris piled from floor to ceiling in every room. She refused to part with any of it.

However, family moved her to a nursing home and she could not take it with her. When Trudy's daughter tried to explain this to her, Trudy said she wished her daughter had fallen off the balcony.

Trudy is also considered a very controlling woman who manipulates others to achieve selfish outcomes.  Her son's counseling records reflect the conflict he experienced with her.  If he attempted to live independently, she made him feel guilty and drove a

105

wedge between him and others. She thought nothing of lying and believed the ends justified the means.

Trudy has a reputation for being deceitful. When her daughter, Deborah, was young, Trudy took her to Chicago to visit family at Christmas. Deborah already received presents from her Michigan family when she traveled to Chicago. Trudy advised Deborah to remain quiet about the gifts she'd received in Michigan. Trudy believed Deborah would get more from the Chicago family if they did not know about her previous gifts.

## 12.  William Dunn

Environmental Factors:        Automobile Accident



First cousin, Bill Dunn, was 19 years old when he died in an accident.  His brother, Jerry, was driving at the time.

### 13.    Robert "Bobby" Jenkins

<u>Environmental Factors</u>:        Domestic Violence



Marvin's first cousin, Robert "Bobby," repressses his emotions until he explodes with anger.  He has thrown his wife Conny on the kitchen table and choked her in front of others. At times Bobby's brother Jim would have to talk him down and pull him off of Conny.  Afterward, Bobby would retreat to the bedroom, never apologizing. It was obvious that Bobby's wife "knew how to walk on egg shells."

### D.    Children of Marvin's First Cousins (First Cousins Once Removed)

As one would expect, the younger members of Marvin's family tree did not escape the genetics that plagued their elder relatives.  Reminiscent of those who had come before, this cluster of family members struggled for years with the fallout of mental illness and addiction, leading to treatment and in one case, suicide.

#### 1.    Richard Haven Jr.

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:          Criminal Behavior



Marvin's cousin, Richard, was diagnosed with Attention Deficit and Hyperactivity Disorder as a child and briefly took Ritalin.  He earned a scholarship to college, but after two years, lost the scholarship and returned home.  His symptoms of mental illness began

to surface during this time and were intertwined with substance abuse which led to six OUIL's, substance abuse treatment, partial hospital programs, and eventually suicide.

Richard had three children with three different women and struggled financially to support them all.  He periodically lived with his mother Gertrude (Marvin's first cousin), whose overbearing and intrusive behavior caused Richard much stress. He actively participated in treatment programs desiring to improve, but would inevitably succumb to his demons only to repeat the cycle of sobriety, relapse and treatment.

One of Richard's first involvements with the mental health system was participating in a Partial Hospitalization Program at Forest View.  Richard did not believe he gained much from his time at Forest View.

Richard was convicted of his first OUIL on March 27th in Rockford Distort Court. He was almost 22 years old.

Richard entered an inpatient alcoholism-treatment program at the Salvation Army due to alcoholism.  He was in his mid 20's.  He was also diagnosed with Bulimia Nervosa.

At age 27, Richard was convicted for a second time of operating a motor vehicle while under the influence (July 21st in Wyoming District Court).  He then began counseling at AOS of the Arbor Circle, as he was having difficulty remaining sober.

Richard was arrested for his third OUIL in six years on March 18, 1998 and ordered to spend six months in jail.  He entered residential treatment on October 2nd 1998 at the Jellema House directly after completing the Sober Living Unit in the Kent County Detention Center.

Richard had six previous substance abuse admissions.  He was inpatient through January 2, 1999 and then participated in outpatient treatment for three months.

Richard's mental health problems were explored during residential treatment. He was intentionally vomiting several times a day and had been prescribed Paxil.   He revealed having experienced hallucinations and DT's (delirium tremens) as a result of his drinking.  Richard believed his drinking was directly related to his depression, which surfaced when he lost his college scholarship and discovered his girlfriend had an abortion without his knowledge.

On May 8, 2000, Richard was voluntarily admitted to St. Mary's Partial Hospitalization Program due to Depressive Disorder, Bulimia Nervosa, and Obsessive Compulsive Disorder.   However, Richard also had a "many year history of psychiatric illness."  Richard was very stressed due to his fiancée breaking up with him in November 1999.  He was fighting with her in court to gain visitation rights with his child.

Richard explained his first diagnosis occurred in childhood when he was put on medication for ADHD. He had struggled with Bulimia Nervosa for seven years and, by 2000, Richard believed bulimia "has taken over my life."  He had been binging and purging six to ten times a day for over a year and lost approximately eight teeth as a result. His perfectionism and close attention to details were also noted, as well as his need to constantly check and re==check various things.

He felt hopeless, depressed, and overwhelmed with suicidal thoughts.  He was only sleeping four hours a night.  His mild, frequent mood swings caused his therapist to question "the possibility of bipolar disorder."  Richard had been on various medications

110

including Paxil, Wellbutrin, Seroquel and Celexa. His family history stated that his sister Deborah also suffered from depression and was being treated with medication.

Richard quit drinking in 1997 before relapsing. At the time of intake he had previously received four OUIL convictions and was on probation for his most recent.  He experienced withdrawal symptoms of tremors, nausea, nightmares, and dizziness when he quit drinking. He also used speed, crack cocaine, and marijuana in the past.

Richard received his fifth OUIL in July, 2005. He then completed a six-month substance abuse program and was subsequently able to remain sober for three years.

Richard was drinking two bottles of wine with shots of liquor daily from August through October, 2008.  He was then arrested for his sixth OUIL and was released from jail November 17, 2008.  He then moved in with his mother.

Records reveal Richard attempted suicide by overdosing on methadone on January 29, 2009.  He was to be sentenced for his sixth OUIL on February 26th and planned to commit suicide a few days before court. However, he decided to kill himself even earlier than originally planned and took the methadone.  He was found cold and unresponsive by his mother and was admitted to the hospital for five days. He was then admitted to a partial hospital treatment program.

Richard admitted to abusing Vicodin six years before and feeling guilty over his excessive alcohol use. However, he believed bulimia was his primary aliment with which he needed help.   At this point, all of Richard's teeth had rotted out, and he was wearing a complete set of dentures.

111

He began partial-day hospitalization with the diagnosis of Major Depressive Disorder, Bulimia Nervosa and, Obsessive Compulsive Disorder.  He began to receive therapy, and a family history of Bipolar Disorder was noted.  He reported having a cousin with Bipolar Disorder and believed his sister may also have been diagnosed with the illness.   Richard shared that he'd recently learned his depression could possibly be genetic.  Richard believed his mood had been low for most of his life.  He felt anxious, worrying most days for the majority of his life.

Richard's ongoing alcohol dependency was a primary theme, as he admitted to losing relationships due to his drinking. He confided in group therapy that his college girlfriend chose to have an abortion rather than give birth to their child.

Richard committed suicide on February 25, 2009.  His body was found by the cleaning crew in a Motel 6 hotel. The cause of death was "mixed drug toxicity." Multiple suicide notes were left.

The following chart summarizes Richard's OUILs, psychiatric and substance abuse treatment.

| Age | Event | Date |
|-----|-------|------|
| 21 | OUIL- 1st (Rockford District Ct) | 3/27/89 |
| | Inpatient TX Salvation Army | 1993 |
| 24/25 | Bulima noted | |
| 27 | OUIL-2nd  (Wyoming District Ct) | 7/21/94 |
| 27 | AOS Arbor Circle Out Patient | 7/94 |

112

| | | |
|---|---|---|
| 28/29 | AOS Arbor Circle Intensive Outpatient | 1996 |
| 30 | OUIL-3rd (98-03295FH) | 3/18/98 |
| 31 | Sober Living program at Jail | 4/98 |
| 31 | Jellema House Inpatient | 10/98 |
| | Partial Hospitalization Program Forest View | 98-00 |
| | OUIL-4th | |
| 33 | Partial Hospitalization Program Mercy Health St. Mary's | 5/00 |
| | (on probation for OWIL) | |
| 38 | OUIL -5th (05-SD-579) | 7/7/05 |
| 38/39 | 6 month Substance Abuse Program | 2005 |
| 41 | OUIL -6th (08-11906FH) | 10/31/08 |
| 41 | Partial Hospitalization Program Mercy Health St. Mary's | 11/08 |
| 41 | SUICIDE | 2/25/09 |

## 2.    Deborah Griffioen

Genetic predispositions: Mental Illness



Deborah has suffered from depression for years and initially sought help from a doctor when she was 32 year old (1986). She began crying in her doctor's office and realized she needed help. At that point, she was provided with counseling through an employee assistance insurance program.

Deborah suffered from a severe bout of depression in June of 2010.  She was admitted inpatient to the psychiatric unit for 12 days due to her depression and suicidal ideation.  It was determined that she was suffering from significant anxiety as well.  She reported "a many year history for problems of depression and anxiety."

Deborah had a history of noncompliance with her medication. She did not want to leave the hospital even after she stabilized due to the comfort and support she received there. Her diagnosis was Major Depressive Disorder, Recurrent, and Rule Out Bipolar I Disorder, Most recent mixed.

Deborah's medical records' family history of mental illness revealed that her son was also depressed.  Additionally, she stated, "Bipolar may run in my mother's side of the family."  The clinician noted that Deborah had "a genetic predisposition to mental illness and substance abuse" along with "psychotic mood symptoms."

### 3.    Jeff Jenkins

Genetic predispositions:     Mental Illness & Substance Abuse

Environmental Factors:     Sexual Boundaries



Jeff has struggled with mental illness for most of his life.  According to his second ex-wife Shannon, who is still his close friend, Jeff has been medicated for many years.  Jeff confided that, through the years, he has been on various medications, but does not believe any have helped.

Jeff and his first wife Merri, had a six-year-old son, Blain, at the time of their divorce.  Merri was concerned Jeff would not be able to care for Blain because of Jeff's

115

mental illness.  Merri explained in court papers from November 2000 that, "He suffers from clinical depression, for which he is supposed to take medication (Zoloft). [He] is fine when he takes the medication but he often does not take it or he drinks alcohol while taking the medication, which negates the effect of the medicine." She continued that when Jeff was not properly medicated he became paranoid and jealous, "calls her obscene names in front of the parties' six year old son. He also…breaks things around the house…For weekends prior to the party's separation, defendant did not come home all night."

Jeff told his cousin, George Jenkins III, that he suffers from Bipolar Disorder. He also confided that he'd been psychiatrically hospitalized at Pine Rest previously due to the mental illness.

Jeff's second wife, Shannon, was only married to him for two years, divorcing him in 2007.  Soon after their wedding, she realized he was an alcoholic. Jeff drank every day.  He would urinate on the wall when drunk, leaving the mess for her to clean up.  She had children in the house and did not want them to see this behavior.



*Jeff's wedding to Shannon*

Jeff was also easily overwhelmed with life and insignificant amounts of stress would cause him to curl up in bed.  He would say he could not take it or handle it, but he was

116

generally referring to things which were normal, daily stresses such as paying a bill.  It took very little to immobilize Jeff.  All he did was drink or sleep.  Although Shannon did not want to remain married to Jeff, she has remained friends with him.

Jeff's friendship with his cousin, George Jenkins III, ended due to Jeff's promiscuity.  Jeff and George III were best friends who grew up together. Jeff had sex with George's wife, and the affair caused a rift in the family.  Their friendship immediately terminated. George and his wife then divorced.

### 4.    Brian Jenkins

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:        Sexual Abuse, Criminal Behavior



Brian was diagnosed with Bipolar Disorder and was addicted to crack cocaine. He rotated through treatment programs several times and "lost half his life" in the process.

In 1988, Brian moved in with his father Jim and stepmother Karen.  His behavior was erratic and vindictive for the few months that he lived with them.  He stole from them to buy drugs.  Brian would also sneak into the bedroom of his half-brother at night and

sexually molest him.  Brian was caught sneaking into the room a few times by Jim's wife Karen, but the behavior continued during his stay.

Brian was unable to stabilize his life before committing a series of crimes.  In 1990, at the age of 22, he robbed a man at knife point.

In September 1991, Brian was sentenced to prison for breaking and entering.  In November, Brian again was sentenced to prison for a separate breaking and entering offense.

In February 1993, Brian was sentenced to prison for Assault with Intent to Murder, Larceny from a Person, and Habitual Offender.  Brian beat a man unconscious, stole his car, and traded the car for crack.  Witnesses in the police report described Brian as "a real basket case," as well as being "strong-willed and overbearing."  The witnesses also said that it seemed as if Brian could not get enough drugs and had no fear of overdosing.

### 5.    Tommy Jenkins

<u>Genetic predispositions</u>: Mental Illness



Tommy was diagnosed with ADHD while in school and placed on medication. Shortly after he graduated high school in the late 1990's, Tommy wanted to commit suicide. He was going to jump off his parent's roof.  Tommy's father convinced him otherwise and he was admitted into a psychiatric facility and diagnosed with Bipolar Disorder.  Tommy now refuses to take the medication. Tommy is



considered charismatic and a "jokester."  According to his aunt, people either love him or really dislike him.

### 6.    William Dunn

Genetic predispositions:        Mental Illness & Substance Abuse

Environmental Factors:        Domestic Violence, Child Abuse, Criminal Behavior



Bill is an alcoholic who becomes particularly violent when drinking. His ex-wife Margaret detailed his behavior for the court in 1983, "Defendant has repeatedly pushed and shoved me, especially after consuming alcohol and other drugs, which occurs regularly."  He also beat his children causing the two year old "to suffer torn ligaments and bruised muscles in her left leg."  Additionally, the court file noted that he had blackened the eyes of his five-year-old daughter.

Bill has been arrested numerous times for drunken disorder and disturbing the peace. He drinks daily, often until he passes out. His health has deteriorated and he now has ulcers due to his drinking. Bill lost his license for 12 years due to drunk driving convictions.

Bill's daughter has lived with her father periodically through the years and witnessed his behavior. He confided in her that he had been taking antidepressants for 20 years and had to have his stomach pumped once when he attempted suicide.

### 7.    Mary Boos

Genetic predispositions:    Mental Illness & Substance Abuse

Environmental Factors:    Domestic Violence, Criminal Behavior



Mary was convicted of driving under the influence twice.  She was arrested the first time in 1996 and received substance abuse treatment at Turning Point.  She remained sober for 15 years.  She then was arrested again in 2012 for driving under the influence.  She was incarcerated and completed the Sober Living Program.

Mary believes she suffers from Post-Traumatic Stress Syndrome due to the way in which she was informed of her father's death. She was called home from school and told her father, who worked for the railroad, had been cut in two by a railroad car.  He was

121

working between two cars when one smashed into him, slicing him in half.  Nobody sugar-coated this story for her and thus she has replayed it in her mind.

Mary was a victim of domestic violence. She was married to an abusive man, Ron, for 23 years. He frequently called her a "bitch" and a "cunt." He made her feel useless and hopeless.  He was also physically abusive at times and tried to "choke her out" more than once.

## 8.    Brenda Schoen

<u>Genetic predispositions:</u>       Substance Abuse

<u>Environmental Factors:</u>       Child Abuse, Criminal Behavior



Brenda is an alcoholic who continues to drink excessively. She has been incarcerated for driving under the influence more than once.  She was in an automobile accident when driving drunk with her young daughter in the car. As a result, she lost custody of her daughter.

Brenda was the primary caretaker of her Uncle George Dunn. He lived with her and "they both drank all the time."  Brenda's mother had George removed from Brenda's home as it was believed that Brenda was using his social security money for her own needs.

### 9.    Mary Beth Simkins

Genetic predispositions: Mental Illness



Mary Beth attempted suicide twice in her teen years.  She was hospitalized for one to two weeks each time.  She was diagnosed with depression and took Welbutrin, but found the medication actually made her symptoms worse.   Mary falls into a state of depression approximately twice a year.  She becomes reclusive, feels overwhelmed, sleeps, and waits for the symptoms to pass.

Mary has blamed her father, John Jenkins, for her depression because he is Bipolar.  Intellectually, she understands this is unfair. However, she still harbors anger towards him.

### 10.    Carla Marion

Genetic predispositions:        Intellectually Disabled

Environmental Factors:        Domestic Violence, Sexual Abuse



Carla receives social security because she is intellectually disabled. She was in special education and eventually attended a school that trained cognitively impaired students.

Carla was also involved with a very abusive man, Johnny Bradford.  His blows would leave marks on her and at times she sought medical care for her injuries.  Johnny was a heavy drinker who sold marijuana.

Carla was a victim of sexual abuse at the hands of her father George Dunn Sr..

## 11.    George Dunn Jr.

Genetic predispositions:        Intellectually Disabled, Mental Illness

Environmental Factors:        Child Abuse



George receives social security because he is intellectually disabled and suffers from depression.  His brother Raymond became his payee to help him budget the money he receives from Social Security.  George was spending a large portion of his social security check on prostitutes.

George was physically abused by his father George Dunn. He was taken out of the home by social services because of the abuse.

## 12.  Susie Dunn

Environmental Factors:        Sexual Abuse



Susie was sexually abused by her father George Dunn.  She left home and became a prostitute at the age of 14.  The family did not see Susie for many years.  Then one day Susie's brother, George Jr., picked up a prostitute.  Once in the car, he realized the woman was his sister Susie.  He tried to counsel Susie about pursuing a different lifestyle to no avail.

### 13.  Theresa Sims

Environmental Factors:         Automobile Accident



Theresa Sims died Halloween night when her car wrecked into a tree. She was 20

years old.

### 14.  Charles Koewers

Environmental Factors:         Criminal Behavior



Charles was a thief from a young age. His step father initiated this behavior. Eventually Charles went to prison.  He was released in October of 1987 from the Michigan Department of Corrections in Jackson at the age of 21.  Charles also abused alcohol. His mother noted his heavy drinking and problematic behavior in her medical history.

## E.    Grandchildren of Marvin's First Cousins (First cousin twice removed)

Mental Illness can be found in the more distant generations as well.  Individuals from this generation are better informed about mental illness and are able to identify the symptoms that were indistinguishable from their relatives.

## 1.    Amanda Dunn

| | |
|---|---|
| Genetic predispositions: | Substance Abuse & Mental Illness |
| Environmental Factors: | Child Abuse, Domestic Violence, Criminal Behavior |



Through the years, Amanda has consistently been diagnosed with Depressive Disorder and Alcohol Dependent.  Amanda started abusing alcohol at the age of 12 and has admitted to being an alcoholic.

Amanda was experiencing symptoms of depression in 2003.  She had a depressed mood, had difficulty concentrating, had diminished interest in pleasurable activity, and had a loss of appetite.

Amanda lost custody of her three children in 2003, which exacerbated her depression.  In 2004, she attempted suicide three times while intoxicated with alcohol. She attempted to overdose with pills.

In April of 2009, the clinic's social worker noted there was a possibility that Amanda could be bipolar.  On the Bipolar Spectrum Diagnostic Scale, she rated "moderate probability of having a bipolar disorder." However, this potential diagnosis was never discussed again. Amanda continues to receive services for depression and is treated with Cymbalta. She frequently experiences hopelessness and has little pleasure in life.

For several years, Amanda was a victim of domestic violence by her husband, Robert.  The abuse began in approximately 1998 when she was pregnant.  Once a week she had black eyes, busted lips, and bruises.

The first time Robert hit her was when she was pregnant with their first child.  He had other children and was not happy with her pregnancy.  The initial blow came when she was crying over the pain she was experiencing from a burn.  She was treating the burn when Robert told her to shut up. He then called her a bitch and slapped her. He left, but returned intoxicated and choked her until she was within seconds of losing consciousness.

He proceeded to kick her and dislocated her knee.  The abuse continued on a weekly basis.

The worst episode was when Amanda refused to engage in sex with Robert and a woman he brought home from the bar.  He had his brothers and friends over at the time as well. When Amanda continued to refuse to engage in the sexual act, Robert knocked her down and dragged her by her hair outside in front of everyone. He beat her ferociously in front of a crowd.  Finally, a friend drove by and witnessed the beating that was occurring on the front lawn.  The friend forced Robert to stop and put Amanda in the car.  Amanda was unable to go to work due to her black eyes and bruises.

The abuse spilled over to their children. Amanda lost custody of them in February of 2003, because her husband beat the oldest child, Andrew.  Robert had beaten Andrew with a belt so badly he was unable to sit.  Amanda was in the bathroom fighting with Robert when her mother came over.  Andrew told of his beating, and Amanda's mother took the children to the police department.  The children were eventually adopted by a family in Hudsonville, Michigan.

## 2.    Misty Topia

Environmental Factors:        Sexual Boundaries



Misty became pregnant at 14 years old by a 28-year-old man from Mexico, Salvador Topia.  Misty's father, Bill Dunn, did not threaten Salvador nor did he seemed bothered by the age difference.  Bill simply wanted to make sure Salvador would provide for the child.  Misty and Salvador moved in together and continued to have children. No one ever discussed the appropriateness of the relationship.

### 3.    Emily Simkin

Genetic predispositions:        Mental Illness



Emily was diagnosed with Bipolar Disorder in 2011 when she was 12 years old. She told her mother she did not want to live anymore.  Emily was hospitalized, stabilized and put on medication.  When Emily is manic, she does not sleep, has "crazy ideas," and is very hyper.  The episodes are cyclical, coming in the fall and spring.  She currently takes Seroquel, a common treatment for Bipolar Disorder, Prozac, an antidepressants, Adderol, which commonly treats Attention Deficit and Hyperactivity Disorder, and Topamax, an anticonvulsant.

## 4.    Mandy Dunn

Genetic predispositions:        Mentally Disabled



Mandy is intellectually disabled and lives in a group home. She receives social security due to her cognitive disabilities.

### 5.    Thaddeus Bradford

Environmental Factors:        Criminal Behavior, Domestic Violence



Thaddeus has been a drug dealer for most of his life.  In 2008, he was shot and paralyzed as a result of his lifestyle.  He currently is wheelchair bound.  Thaddeus has a child and is physically abusive to the child's mother.

## V.    Paternal Substance Abuse, Mental Health & Environmental Turmoil

Marvin's paternal family also had their share of difficulties. Mental illness, substance abuse, and childhood maltreatment exists in this family as well.

## A.      Grandparents

### 1.      Lula and Vern Gabrion



Marvin's grandmother, Lula, married Charles Olliney, and had three children Lucile, Josephine, and Marvin Sr. (Marvin's father). Charles abandoned the family and Lula filed for divorce.  Lula then married Vern Gabrion and had three more children, Muriel, Germaine, and Charles.

Vern Gabrion was considered a drunk who took advantage of his step daughters.  Many in the family thought he sexually abused Lucile and Josephine. Vern built a sound proof room in the



*Charles Gabrion*

basement of their house. Others could not fathom what the room would be for if not debauchery.  Lucile and Josephine were both very promiscuous in their youth, which contributed to the theory that "something happened to them."

135

Vern would take Lucile and Josephine with him to the bars. He would have them dance with the railroad men in exchange for the men buying Vern drinks. His wife Lula was a very quiet, passive woman who would not have objected.  Her only request was that the girls put their handkerchief out on the table when they were home so she'd know they had returned.

Vern chased other women, but provided for the family, which may account for Lula's decision to remain.  Lula could run a tab for groceries at the store and Vern would settle the bill on payday.

## B.    Aunts and Uncles

### 1.    Charles Gabrion

Genetic predispositions:      Mental Illness

Environmental Factors:      Domestic Violence



Marvin's Uncle Charles was musically talented and a well-respected conductor in Ann Arbor, Michigan.  He was a member of the Grand Rapids Philharmonic Symphony at 14 years of age.  He joined the military out of high school and was a member of the Air

Force Band.  He attended college at the University of Michigan in Ann Arbor graduating in 1960.  He was the only one in his family to go to college.

However, in the mid 1970's, when Charles was in his 40's, symptoms of mental illness began to emerge.  Charles and his wife Janet experienced challenges with their daughter Debbie rebelling.  Her counselor concluded Debbie was actually reacting to the turmoil in the home environment.  Thus, Charles and Janet agreed to attend marriage counseling in an attempt to help their daughter.

However, not long after they began, the marriage counselor determined Charles's troubles were psychiatric in nature.  Charles began taking medication and seeing a psychiatrist.

Charles could be irrational when angry. In December 1976, Janet bought Charles a leather jacket he wanted.  She hung it in the closet with a red bow as a surprise. Not long after receiving the gift, Charles cut it to shreds in a fit of rage.



*Charles Gabrion*

There was a period of time in the mid 1970's when Charles overtly and insidiously threatened suicide.  At one point he ingested numerous pills exclaiming his desire to die.  Janet called for help and was advised he had not taken enough to cause real harm.

Another time, Janet returned home from playing bridge to find Charles sitting sullenly in a chair.  He shared his suicidal ideations and confessed to having a plan.  He

was considering shooting himself with guns he kept in the house.  Janet did not pursue the conversation.

She became very scared when she opened her closet to find two shot gun shells standing upright.  They had obviously been left for her to find. She discussed this with her therapist, who feared Charles was indicating a desire to commit murder/suicide. Janet learned how to dismantle the guns by taking pins out, thus foiling any plans he may have harbored.

Charles was also very controlling.  Janet taught kindergarten for a few years in the early 1970's.  There were times she would have to stay late.  However, Charles immediately concluded she was having an affair with the custodian.  He continued to get upset if she was not home at what he considered to be a reasonable time.  He eventually insisted on going places with her including the grocery store as a means to prevent her from having affairs.  Janet thought he was paranoid with ridiculous notions, but went along with his demands.  They eventually divorced.  Charles died in 1994 at the age of 60.

## 2.    Lucile Cross

Genetic predispositions:        Mental Illness

Environmental Factors:        Unscrupulous Behavior, Child Abuse



138

Lucile was described as a mean, selfish woman. When she was in her mid-20's, her younger sister Muriel became pregnant. Muriel was a teenager and unwed. However, Muriel worked at a bar and was taking care of her baby Charmaine.

During this timeframe, Lucile's six-month-old daughter died.  Lucile convinced a court that Muriel was an unfit mother.  This allowed Lucile to adopt Muriel's baby Charmaine.



*Lucile Cross*

Lucile refused to provide Muriel with any photos of the baby. She would not allow the little girl to refer to Muriel as her mother. Muriel was only able to see her daughter during family holidays, but even then she was instructed to portray herself as the aunt and not the biological mother.

Lucile would not allow Charmaine to have a relationship with her biological mother on any level. However, when angry, Lucile would tell Charmaine that she would return Charmaine to Muriel if she did not behave.

Muriel was devastated over losing her daughter to her own sister, and they remained at odds throughout the years.  Once Lucile died, Muriel was finally able to acquire childhood photos of her daughter and they began building a relationship.

Lucile coveted Charmaine, but was physically abusive to her biological son Terry. She would hit him with a 2x4 or any object that was handy. Lucile had a quick temper that was difficult to predict. Terry learned to avoid her, but the abuse eventually extended to his wife Daisy.



*Terry and Charmaine*

Once, Daisy was pregnant and became engaged in an argument with Lucile, her mother in law. Lucile lunged forward to hit Daisy.  Fortunately, Daisy had a wooden table leaf in her hand and was able to block the punch.  Terry immediately packed up their belongings and left, stating he no longer had to suffer at hands of his mother.

In addition to being abusive and domineering, Lucile exhibited manipulative behavior.  When her husband would not acquiesce to her requests, such as getting new carpeting, she would lock herself in the travel trailer or the bedroom.  She refused to re-emerge until she got what she wanted.

140

Later in life, Lucile developed Bulimia.  She wanted to remain thin and keep her weight under 100 pounds. She denied having an eating disorder when confronted by family, but it was very obvious to those around her.

Lucile's behavior was strange. For Christmas, she gave Terry's children, her grandchildren, items such as an open bag of stale potato chips.  Sometimes she would give them gifts which were items she had received free.

## C.  First Cousins

### 1.  Jacqueline "Jackie" Frechette

Environmental Factors:     Domestic Violence



Marvin's cousin, Jackie, was raped as a teenager, became pregnant, and gave birth to the baby Theresa in June of 1962.  Jackie's mother Josephine then raise the child.

Within a few years of Theresa's birth, Jackie married an abusive man, James Bing. Jackie endured the abuse for 17 years of marriage.  James would chase her through the woods with a gun threatening to kill her.  He would hit her with a closed fist.  One time,

he ran her car off the road in an attempt to maim her.  Jackie frequently had black eyes and bruises.

At one point Jackie fought back. He hit her across her mouth with a chair and she stabbed him in the back with a steak knife.  The beatings then stopped for a while, only to resume a short time later.

## 2.    Charles Whitbeck

Genetic predispositions:        Substance Abuse



Charles repeated ninth grade four times before he finally dropped out.  His father frequently told him that he was stupid.  Charles never learned to read and is unable to spell.

Charles has been addicted to drugs for much of his life.  He began using drugs as a teenager and is currently addicted to pain pills. At one point, he was addicted to crack, with a $300-$500 a day habit.

Charles took Prozac for many years.  He abruptly quit taking the medication and his behavior then rapidly deteriorated.  He began having "screaming tirades" at his wife. They eventually divorced.

### 3.    Jennifer (Jean) Martin

Genetic predispositions:        Mental Illness & Substance Abuse



Jean legally changed her name to Jennifer while married to her third husband Larry Martin. She has been a drug addict for the majority of her life. She is primarily addicted to pain pills and visits different doctors seeking prescriptions. Jean has attempted suicide before and twice in the past year.

### D.    Children of Marvin's First Cousins (First Cousins Once Removed)

### 1.    Gary Anderson

Genetic predispositions: Mental Illness & Substance Abuse



Gary's symptoms of mental illness became apparent when he first entered school at six years old. He was put on medication and placed in a special classroom. He refused to take the medication anymore once he turned 14 years old.

Gary was diagnosed with Bipolar Disorder and began collecting disability.  He has been unable to keep a job or relationship.  He has never had a girlfriend or been married. Gary never got along with people.  He would walk into a convenience store and ask strangers to take him places. Then, he would get mad when they refused.  He currently takes seven different pills.

Gary's behavior has recently become very difficult for his mother. He complains about everything for ten hours a day. She finds it impossible to please him and hopes to have a conversation with his caseworker about finding a long-term care facility for him.

Gary has struggled with alcohol abuse.  He was taken to the emergency room three times for alcohol poisoning in the past.  At one point he lived above his Uncle Charles, but the arrangement did not work out, as Gary would return home drunk and create a scene.

## 2.    Theresa Westbrook

Environmental Factors:        Unscrupulous Behavior



Theresa was raised by her grandmother, Josephine, after her mother Jackie relinquished custody of her when Theresa was six months old.  Her biological mother, Jackie, attempted to reconcile with her, but discovered that Theresa was too deceitful. Theresa had become a thief, and Jackie did not trust her.  Theresa would come to visit Jackie and wait for Jackie to use the restroom.  Then, when Jackie was out of the room,

145

she'd load her car up with all of Jackie's food.  Theresa and Jackie have not seen each other in 15 years.

### 3.    Christopher Whitbeck

Genetic predispositions:        Substance Abuse



Chris struggled with drug addiction in the past. He was arrested a few years ago for driving with marijuana in his car. He was convicted for driving while impaired and placed on probation with a restricted license.

146

# Conclusion

It is clear that there is a multigenerational history of mental illness in Marvin Gabrion's family.  Investigation revealed Marvin's family was besieged by numerous, debilitating factors that traced back four generations.  The impact of these were often devastating for members of his family, as well as for Marvin.

This social history is a work in progress and will be updated as more information becomes available.

Respectfully submitted,

/s/  Danielle Waller

/s/  Betsy Wilson

Dated:  1 December 2016