# EXHIBIT 11

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,                    )
                                               )
            Movant,                      )
                                               )
    v.                                       ) 1:15-CV-447
                                               ) HON. ROBERT HOLMES BELL
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
           Respondent.                  )

### AFFIDAVIT OF BETSY WILSON

Betsy Wilson, after first being sworn, does depose and state as follows:

1.  My name is Betsy Wilson.  I am a resident of the State of Illinois.

2.  I have a B.S. in Policy Analysis from Cornell and a law degree from Harvard Law School.

3.  I am a founding partner in the mitigation practice group, Sentencing Advocacy Group of Evanston.  There, I write reports for persons charged with capital offenses.

4.  I have been retained by the Indiana Federal Community Defenders, LLC, in collaboration with Danielle Waller, to conduct a social history investigation and draft a report concerning Marvin Charles Gabrion in the above captioned case brought pursuant to 28 U.S.C. §2255.

5.  I am informed my social history report, entitled Marvin C. Gabrion Social History Prepared by §2255 Team has been offered as an exhibit to the Amended Petition for which this Affidavit is also offered as an exhibit.

6.  In collaboration with Danielle Waller, I interviewed witnesses and collected

1

records underlying the social history report.

7. For each fact contained in the report, there is a corresponding record or witness to support what is written there.

8. With the exception of prison conduct noted in the report that post-dates Mr. Gabrion's death sentence, each document or exhibit referenced in paragraph 7 above existed at the time of Mr. Gabrion's trial in February of 2002.

Further affiant sayeth not.

_____
Betsy Wilson

State of Illinois

County of _Cook_

This instrument was signed by Betsy Wilson before me on _12/2/2016_, 2016 after Betsy Wilson was duly sworn.

_____
Signature of Notary

Aleca Tesseris Sullivan
Printed Name of Notary

Affix seal here:

ALECA TESSERIS SULLIVAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 8, 2020

My commission expires: _Apr 8, 2020_

2