# EXHIBIT 14

FILED

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF CALHOUN

NOV 30 2005

00-3397

37th CIRCUIT COURT CLERK

* * *

PEOPLE OF THE STATE OF MICHIGAN

    v                                 File No. 00-3397 FC

NATHAN JAMES BREWSTER,

                Defendant

_____/

SENTENCING

BEFORE THE HONORABLE STEPHEN B. MILLER, CIRCUIT JUDGE

Monday, October 15, 2001 - Battle Creek, Michigan

APPEARANCES:

For the People:     JOHN A. HALLACY    (P42351)
                    Calhoun County Prosecuting Attorney
                    Justice Center
                    161 East Michigan Avenue
                    Battle Creek, MI 49014-4066
                    (269) 969-6980

For the Defense:    MATTHEW L. GLASER     (P40490)
                    Attorney at Law
                    2510 Capital Avenue, SW - Suite 102
                    Battle Creek, MI 49015
                    (269) 964-9035

Video transcribed by:   Jacquelin Howie, CER 5087
Tape M01-071           Certified Electronic Recorder
14:11:32

1

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF CALHOUN

* * *

PEOPLE OF THE STATE OF MICHIGAN

v                                            File No. 00-3397 FC

NATHAN JAMES BREWSTER,

                    Defendant
_____/

SENTENCING

BEFORE THE HONORABLE STEPHEN B. MILLER, CIRCUIT JUDGE

Monday, October 15, 2001 - Battle Creek, Michigan

APPEARANCES:

For the People:      JOHN A. HALLACY   (P42351)
                     Calhoun County Prosecuting Attorney
                     Justice Center
                     161 East Michigan Avenue
                     Battle Creek, MI 49014-4066
                     (269) 969-6980

For the Defense:     MATTHEW L. GLASER   (P40490)
                     Attorney at Law
                     2510 Capital Avenue, SW - Suite 102
                     Battle Creek, MI 49015
                     (269) 964-9035

Video transcribed by:    Jacquelin Howie, CER 5087
Tape M01-071             Certified Electronic Recorder
14:11:32

1

TABLE OF CONTENTS

Page

WITNESSES:

None

EXHIBITS:

None

Battle Creek, Michigan

Monday, October 15, 2001 - 14:11:32

P R O C E E D I N G S

THE COURT: Mr. Glaser, let me give you the advice of rights forms here and maybe we can speed up the process here a little bit.

We'll take up the case of the People versus Nathan Brewster.  This is Docket No. 00-3397.

Mr. Brewster appears with his attorney, Mr. Glaser.  Mr. Hallacy is here on behalf of the People.

This matter is before the Court for sentencing. There has been a presentence report prepared.

Mr. Glaser, have you had a chance to read that and to discuss it with Mr. Brewster?

MR. GLASER: I have.

THE COURT: Mr. Brewster, have you had a chance to read your presentence report in this case and to discuss it with Mr. Glaser?

THE DEFENDANT: Yes, sir.

THE COURT: And, Mr. Hallacy, have the People read the report?

MR. HALLACY: We have, Your Honor.

THE COURT: All right.

Mr. Glaser, do you have any exceptions or

3

additions to the presentence information?

MR. GLASER: No, Your Honor. In covering over it with my client, it all appears to be accurate and that's it. We have no exceptions.

THE COURT: All right.

And, Mr. Hallacy, do the People have any exceptions or additions to the presentence information?

MR. HALLACY: I do not, Your Honor.

THE COURT: And is there anyone here pursuant to the Crime Victims' Act who wishes to orally address the Court?

MR. HALLACY: No, Your Honor.

THE COURT: Anything else the People wish to add before sentencing?

MR. HALLACY: Your Honor, we'd request the Court to follow the recommendation in the presentence report.

THE COURT: All right.

Mr. Glaser, is there anything you want to say on behalf of the defendant before sentencing in this matter?

MR. GLASER: Your Honor, the presentence investigation report adequately covers the circumstances of this case. It is obviously

consistent with the plea agreement.  We'd ask the Court to use its discretion.

THE COURT: All right.

Mr. Brewster, anything you want to say before sentencing on these matters?

THE DEFENDANT: Not really, no, sir.  Just please be fair with me.

THE COURT: Okay.

Well, these — there are two different charges here as you know.  One — both four-year offenses.  One has to do with the aborted escape attempt from the jail and, of course, there was a rather minor injury apparently to Mr. Johnson through the use of the shank or whatever you'd fashioned out of the comb and razor blade apparently to pull off the — or attempt to pull off the escape, so all those circumstances are addressed in the agent's description of the offense and in your version of the offense which is part of the presentence report.

Your past criminal history of course is contained in the presentence report and family history and employment, educational and reference — history as well as references to any substance abuse and your physical and mental health and, of course, the Court has had, not too long ago, cause to read a similar

presentence report so I'm familiar with, of course, your background and so on.

Having considered all those things, at this point you are - you have five felonies on your record which, of course, makes it pretty difficult not to sentence you at a fairly substantial amount. It is all rather academic considering the other sentences that are obviously of much more consequence to you than these and these will be ones that will be served consecutively but, again, it's rather academic.

Be that as it may, the Court has to sentence you and I will. On the count - second count, Count 2, the escape awaiting trial for a felony, it is the sentence of the Court that you are to pay $60 to the Calhoun County Clerk's office as required by Public Act 344 of 1996 and serve a term of not less than 30 months nor more than 48 months in the custody of the Michigan Department of Corrections without credit for time served. This sentence to be served consecutive to the sentence currently being served on Docket 00-3398.

On Count 3, you are sentenced to serve a term of not less than 30 nor more than 48 months in the custody of the Michigan Department of Corrections without credit for time served. Again, to be served consecutively to the sentence being served in Docket

6

No. 00-3398.  These two sentences on the escape awaiting trial for felony and on the assault with a dangerous weapon will be concurrent with each other; that is, they'll run at the same time between the two of them but each of them has to be consecutive to the sentences that you're currently serving.

Now, do you have any questions about what the sentences are?

THE DEFENDANT: No, sir.

THE COURT: All right.  You do have the right, as you know, to appeal or to seek leave to appeal your convictions and sentences and to ask for a Court-appointed attorney if you need one.  You have to fill out the form, of course, that Mr. Glaser's giving you and having you sign a receipt for if you want a Court-appointed attorney and you have to fill it out completely, sign it and see that this Court receives it within 42 days of today's date.

Anything further, Mr. Glaser?

MR. GLASER: Nothing, Your Honor.  Thank you.

THE COURT: Anything further, Mr. Hallacy?

MR. HALLACY: No, Your Honor.  Thank you.

(Whereupon the foregoing matter was concluded at 14:16:34.)

* * *

STATE OF MICHIGAN )

                    ) ss

COUNTY OF CALHOUN )

        I, Jacquelin Howie, CER 5087, Certified Electronic Recorder, State of Michigan, do hereby certify that the foregoing pages 3 through 7, inclusive, comprise, to the best of my ability, a true and correct transcript of the proceedings and testimony taken from the video record made in the matter of the People of the State of Michigan versus Nathan James Brewster, File No. 00-3397 FC, on Monday, October 15, 2001, before the Honorable Stephen B. Miller, Circuit Judge.

_____
Jacquelin Howie, CER 5087
Certified Electronic Recorder

8