UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARVIN GABRION,

        Movant,

                                           Case No: 1:15-CV-447

v.

                                           Hon.  Robert J. Jonker

UNITED STATES OF AMERICA,               Chief U.S. District Judge

        Respondent.

_____/

## MOTION FOR ORDER WAIVING THE TEN-PAGE BRIEF LIMIT

The United States, by its attorneys, Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Jennifer L. McManus, Assistant United States Attorney, pursuant to Civil Rule 7.1 of the Local Rules of Practice and Procedure, motions this Court for an order waiving the ten-page brief limit for good cause demonstrated as follows:

1.      On March 8, 2017, Movant Marvin Gabrion filed a motion for a hearing to determine mental competence, along with a supporting brief that exceeded the ten-page limit of Local Civil Rule 7.3(b) for briefs in support of non-dispositive motions.  The government has prepared a response to the motion that likewise exceeds Rule 7.3(b)'s ten-page limit for briefs in opposition to non-dispositive motions.

2.      To adequately summarize the relevant history of this action and provide

this Court with a reasoned analysis regarding Gabrion's motion, the government

believes it is necessary to exceed the ten-page limit of Local Civil Rule 7.3(b).

3.      The government has attempted to be as concise as possible, without

sacrificing full development and evaluation of the arguments raised in Gabrion's

motion.

4.      As noted in the separately-filed certificate filed herewith, counsel for

Gabrion does not object to this motion.

WHEREFORE, the United States requests that this Court find that good cause

has been demonstrated, and grant this motion for an order waiving the ten-page brief

limit.

<div style="margin-left:50%">

ANDREW BYERLY BIRGE
Acting United States Attorney

</div>

Date:  March 22, 2017

<div style="margin-left:50%">

*/s/ Jennifer L. McManus*
JENNIFER L. McMANUS
TIMOTHY P. VERHEY
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

</div>