UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARVIN GABRION,

      Movant,

                                         Case No: 1:15-CV-447

v.

                                       Hon.   Robert J. Jonker

UNITED STATES OF AMERICA,              Chief U.S. District Judge

      Respondent.

_____/

## CERTIFICATE IN ACCORDANCE WITH
## <u>LOCAL CIVIL RULE 7.1 AND ADMIN. ORDER 15-RL-78</u>

In accordance with L. Civ. R. 7.1 and Administrative Order No. 15-RL-78, the

United States consulted with counsel for Movant, Scott Graham, and he does not

oppose the government's motion to exceed page limit.

                                         Respectfully submitted,

                                         ANDREW BYERLY BIRGE
                                         Acting United States Attorney

Date:  March 22, 2017              */s/ Jennifer L. McManus*
                                         JENNIFER L. McMANUS
                                         TIMOTHY P. VERHEY
                                         Assistant United States Attorneys
                                         P.O. Box 208
                                         Grand Rapids, MI  49501-0208
                                         (616) 456-2404