**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,     )

          Movant,     ) 1:15-CV-447

      v.     )

     ) HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,     ) CHIEF U.S. DISTRICT JUDGE

         Respondent.     )

---

**MOVANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MARVIN GABRION'S MOTION FOR A HEARING TO DETERMINE MENTAL COMPETENCE**

---

Movant, Marvin Gabrion, through counsel, requests leave to file Movant's Reply to the Government's Response to Marvin Gabrion's Motion for a Hearing to Determine Mental Competence.

1.    The Government filed its response to the motion on March 22, 2017, presenting several issues which require further development before the Court will be in a position to rule on Mr. Gabrion's motion.

2.    Movant has prepared a reply limited to only the points raised in the government's response.

3.    Consideration of this reply is necessary to provide a full evaluation of the motion.

**WHEREFORE**, pursuant to Local Rule 7.3(c), Mr. Gabrion moves the Court for leave to file a reply in this case.


**Date:  March 23, 2017**

By: /s/ Monica Foster
       Monica Foster
       Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520


By:  /s/ Scott Graham
       Scott Graham
       Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585

**Respectfully submitted,**

By: /s/ Joseph M. Cleary
       Joseph M. Cleary
       Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520