**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) 1:15-CV-447 |
| | ) HON. ROBERT J. JONKER |
| | ) CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning **Movant's Motion for Leave to File a Reply to the Government's Response to Marvin Gabrion's Motion for a Hearing to Determine Mental Competence** and **Marvin Gabrion's Motion for a Date by Which to Reply to the Government's Response to Marvin Gabrion's Motion for a Hearing to Determine Mental Competence**.

The government does not oppose Movant's Motion for Leave to File a Reply to the Government's Response to Marvin Gabrion's Motion for a Hearing to Determine Mental Competence; however, the government does not concur with the relief requested in Marvin Gabrion's Motion for a Date by Which to Reply to the Government's Response to Marvin Gabrion's Motion for a Hearing to Determine Mental Competence.

**Date:  March 23, 2017**                    **Respectfully submitted,**

By: /s/ Monica Foster                       By: /s/ Joseph M. Cleary
      Monica Foster                                 Joseph M. Cleary
      Attorney for Movant                          Attorney for Movant
Business Address:                          Business Address:
Indiana Federal Community Defenders        Indiana Federal Community Defenders
111 Monument Circle, Suite 3200            111 Monument Circle, Suite 3200
Indianapolis, IN 46204                     Indianapolis, IN 46204
(317) 383-3520                             (317) 383-3520

By:  /s/ Scott Graham
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585