UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

      Movant,

                                      File No. 1:15-CV-447

v.

                                        HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

    **IT IS ORDERED** that Movant's motion for leave to file a reply in support of his motion for

a hearing to determine mental competence (ECF No. 108), and motion for a date by which to file a

reply (ECF No. 109) are **GRANTED**. Movant shall file his reply on or before May 23, 2017.

Dated:    April 25, 2017          /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE