UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - -

MARVIN CHARLES GABRION, II

                Movant,

      vs.

UNITED STATES OF AMERICA,

                Respondent.

No. 1:15-cv-447
(Criminal Case 1:99-CR-76)

Hon. Robert J. Jonker

_____/

**GOVERNMENT'S UNOPPOSED MOTION FOR A TWO-WEEK
EXTENSION OF THE DEADLINE FOR FILING ATTORNEY AFFIDAVITS**

The government requests a two-week extension of the deadline for filing the government's response in opposition to Movant's amended motion to vacate, set aside, or correct his sentence.  The response is currently due on May 8, 2017.

Additional time is necessary as counsel in this matter is preparing for a criminal trial in *United States v. Jaime Valente Pina, Jr.*, Case No. 1:17-CR-8, Western District of Michigan scheduled to begin on May 8, 2017.

Gabrion's amended motion contains many new allegations and hundreds of pages of exhibits that have taken considerable time to review, research, and address.  The United States has not had a sufficient opportunity to brief these issues adequately given the trial preparation as well as the length of the amended motion and its exhibits.  In order to provide the Court with a comprehensive review of the record and the law, the United States seeks this extension of time.  The requested extension of time will allow government's counsel adequate time to prepare and finalize response.

Undersigned counsel has consulted with Attorney Scott Graham, Gabrion's post-conviction counsel, who does not oppose this request.

WHEREFORE, the government respectfully requests a 14-day extension of time to file the response in this matter.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: May 5, 2017

 /s/  *Timothy P. VerHey*
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

2