UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

            Movant,

    v.

UNITED STATES OF AMERICA,

            Respondent.

_____/

No.  1:15-CV-00447
(Criminal Case 1:99-CR-76)

Hon. ROBERT J. JONKER
Chief U.S. District Judge

## CERTIFICATE IN ACCORDANCE WITH
## LOCAL CIVIL RULE 7.1 AND ADMIN. ORDER 15-RL-78

In accordance with L. Civ. R. 7.1 and Administrative Order No. 15-RL-78, the

United States consulted with defense counsel, Scott Graham.  Defense counsel does not

oppose the government's motion for an extension of time to file its response.

Respectfully submitted,
ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: May 5, 2017

 /s/  *Timothy P. VerHey*
TIMOTHY P. VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404