# EXHIBIT 1

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids   MI   49501-0165

**Name:**  Marvin Gabrion

**Medical Record No:**   49,739

CONFIDENTIAL
FOR PROFESSIONAL USE ONLY
TO BE FORWARDED OR COPIED

June 15, 1993

30 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  His life situation has deteriorated.   He was unable to get along with his two roommates because his socialization/memory retention was so defective.  He now is living in an abandoned shed in Comstock Park and eating at God's kitchen.

He has tentatively lost medicaid because of improperly submitted forms and is discouraged by attempts to interact with rehabilitative systems including a knee brace from Muskegon and an elbow protector from Hope.   Cognitive therapy produces augmentation to defective problem solving.

He has responded favorably to the valproate with no rash, but with some lethargy which responds to low dose caffeine.  He has markedly improved "jumps" and "shocks" with some improvement in the experience of his brain being "under water." Memory remains impaired and those around him complain of his inability to remember things or stay on track in conversation.

I will titrate the divalproex sodium upward.

He is given the following prescription:

Depakote    250 mg     # 100  Sig: i bid and hs    no refill

I will see him again in one month.

Ted Mauger MD
Consulting Staff Psychiatrist

cc:   Martin J. Waalkes, Ph.D.

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion                                          Medical Record No:  49,739

August 3, 1993

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He has received his first
SSI check and is preparing to move into the Morton House.  He has become more
reliable in taking his medication, but is unable to take the full 250 mg tablets of Depakote
because of re-emergence of anger.  With the 125 mg he has good control of these
outbursts and moderate improvement in the other symptoms.

Therapy is focused on deciding to resume formal post head injury therapy.  He has some
difficulty with resentment at being under the directives of a program, but is more open
to this than previously.  I would be very interested to know if treatment to date has
impacted his rehabilitation prognosis.

I will see him again in two months.

He is given the following prescription:

    Depakote      125 mg      # 120 Sig: i qid with one refill

Ted Mauger MD
Consulting Staff Psychiatrist

cc:   Martin J. Waalkes, Ph.D.