**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,          )
                                    )          1:15-CV-447
          Movant,                   )
                                    )
     v.                             )
                                    )          HON. ROBERT J. JONKER
                                    )          CHIEF U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA,           )
                                    )
          Respondent.               )

**MOTION FOR A SCHEDULING ORDER TO PROMOTE**
**AN ORDERLY, EFFICIENT, AND FAIR RESOLUTION**
**OF THIS DEATH PENALTY CASE**

Comes now, Marvin C. Gabrion, by counsel, and moves the Court to issue a scheduling order to ensure the orderly, efficient, and fair resolution of this death penalty case.  Specifically, Mr. Gabrion moves the Court to schedule deadlines for the following case events.  Arguments for this request are fully developed in the memorandum filed with this motion:

1.     The Court should permit discovery as requested on January 29, 2016 and March 10, 2016, and establish deadlines for same.

2.     The Court should stay the filing of a traverse to the response to the Amended § 2255 motion pending discovery and set a deadline for the filing of same after discovery concludes.

3.     The Court should set such other deadlines as the Court deems necessary or conducive to the resolution of this death penalty case in an efficient and fair manner.

WHEREFORE, Marvin C. Gabrion, by counsel, moves the Court to establish the above deadlines and for any and all other relief to which he may be entitled.

**Date:  June 6, 2017**                          **Respectfully submitted,**

By: /s/ Monica Foster                          By: /s/ Joseph M. Cleary
        Monica Foster                                  Joseph M. Cleary
        Attorney for Movant                          Attorney for Movant
Business Address:                              Business Address:
Indiana Federal Community Defenders            Indiana Federal Community Defenders
111 Monument Circle, Suite 3200                111 Monument Circle, Suite 3200
Indianapolis, IN 46204                         Indianapolis, IN 46204
(317) 383-3520                                 (317) 383-3520


By:  /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585