**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARVIN CHARLES GABRION II, | ) | |
| | ) | 1:15-CV-447 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | HON. ROBERT J. JONKER |
| | ) | CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE REGARDING MOTION CONCURRENCE**

Pursuant to L. Civ. R. 7.1(d) Scott Graham contacted AUSA Timothy VerHey seeking concurrence concerning Movant's Motion for a Scheduling Order to Promote an Orderly, Efficient, and Fair Resolution of this Death Penalty Case.  The government does not concur with the relief requested.

**Date:  June 6, 2017**                          **Respectfully submitted,**

By: /s/ Monica Foster                          By: /s/ Joseph M. Cleary
        Monica Foster                                      Joseph M. Cleary
        Attorney for Movant                            Attorney for Movant
Business Address:                               Business Address:
Indiana Federal Community Defenders   Indiana Federal Community Defenders
111 Monument Circle, Suite 3200          111 Monument Circle, Suite 3200
Indianapolis, IN 46204                          Indianapolis, IN 46204
(317) 383-3520                                     (317) 383-3520


By:  /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585