**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                    )
                                              )
                    Movant,                   ) 1:15-CV-447
                                              )
          v.                                  )
                                              ) HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,                     ) CHIEF U.S. DISTRICT JUDGE
                                              )
                    Respondent.               )

---

**MOVANT'S MOTION FOR LEAVE TO FILE REPLY TO RESPONSE IN OPPOSITION
TO MOVANT'S AMENDED MOTION TO VACATE, SET ASIDE,
OR CORRECT HIS SENTENCE**

Movant, Marvin Gabrion, through counsel, requests leave to file, on or before August 31, 2017, Movant's Reply to the Respondent's Response in Opposition to Movant's Amended Motion to Vacate, Set Aside, or Correct Sentence, and in support states:

1. The government's Opposition to Movant's Amended Motion to Vacate Set Aside, or Correct Sentence was filed on May 22, 2017.

2. Mr. Gabrion responded by requesting leave to conduct limited discovery before filing a reply to the government's papers.

3. The Court denied Mr. Gabrion's request in a written order.

4. Counsel for Mr. Gabrion are working to prepare a reply to the government's opposition.

5. The government's opposition is 235 pages in length and alleges many facts and arguments which require a reply.

6. The interests of justice require that the Court have Mr. Gabrion's reply before issuing a ruling on the relief Mr. Gabrion has requested.

7.     Counsel are preparing a reply as quickly as possible.  The Indiana Federal Community Defender's Office is involved in multiple trial-level capital cases requiring the attention of Monica Foster.

8.     Under the circumstances, and specifically because of the complexity of the government's Opposition, counsel require some time to complete a reply.

9.     Mr. Gabrion requests that the Court grant an extension to and including August 31, 2017 in which to allow Mr. Gabrion to file a reply.

10.     The reply will be limited to matters that the government has raised in its Opposition papers.

11.     Consideration of a reply is necessary to a full and fair evaluation of the motion.

**WHEREFORE**, Mr. Gabrion moves the Court for leave to file a reply to the government's Opposition papers in this case on or before August 31, 2017.


**Dated:  July 12, 2017**                                  **Respectfully submitted,**

By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
        Monica Foster                                        Joseph M. Cleary
        Attorney for Movant                              Attorney for Movant
Business Address:                                  Business Address:
Indiana Federal Community Defenders, Inc.    Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                    Indianapolis, Indiana 46204
(317) 383-3520                                    (317) 383-3520


By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585

2