**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,           )
                                     )        1:15-CV-447
              Movant,                )
                                     )
      v.                             )
                                     )        HON. ROBERT J. JONKER
                                     )        CHIEF U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA,            )
                                     )
              Respondent.            )

## CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted AUSA Timothy VerHey seeking concurrence concerning Movant's Motion for Leave to File a Reply to Response in Opposition to Movant's Amended Motion to Vacate, Set Aside, or Correct his Sentence.  The government does not oppose a request to file a reply, but believes the time period for a reply should be limited to 14 days.

**Date:  July 12, 2017**                    **Respectfully submitted,**

By: /s/ Monica Foster                        By: /s/ Joseph M. Cleary
      Monica Foster                                Joseph M. Cleary
      Attorney for Movant                          Attorney for Movant
Business Address:                            Business Address:
Indiana Federal Community Defenders          Indiana Federal Community Defenders
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, IN 46204                       Indianapolis, IN 46204
(317) 383-3520                               (317) 383-3520


By:  /s/ Scott Graham
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585