**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) 1:15-CV-447 |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| UNITED STATES OF AMERICA, | ) CHIEF U.S. DISTRICT JUDGE |
| | ) |
| Respondent. | ) |

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE EMERGENCY MOTION
FOR RELEASE OF MEDICAL RECORDS RELATING TO HIS CURRENT
SKIN DISEASE UNDER RESTRICTED ACCESS**

Marvin Gabrion, through counsel, moves this Court for leave to file Marvin Gabrion's Emergency Motion for Release of Medical Records Relating to His Current Skin Disease Under Restricted Access.  Movant's request is supported by good cause because the motion discusses Mr. Gabrion's specific medical condition.

**Date:  July 21, 2017**                                    **Respectfully submitted,**

By: /s/ Monica Foster                            By: /s/ Joseph M. Cleary
　　　Monica Foster                                    　　　Joseph M. Cleary
　　　Attorney for Movant                            　　　Attorney for Movant
Business Address:                                    Business Address:
Indiana Federal Community Defenders    Indiana Federal Community Defenders
111 Monument Circle, Suite 3200            111 Monument Circle, Suite 3200
Indianapolis, IN 46204                            Indianapolis, IN 46204
(317) 383-3520                                        (317) 383-3520

By:  /s/ Scott Graham
　　　Scott Graham
　　　Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585