**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) 1:15-CV-447 |
| | ) HON. ROBERT J. JONKER |
| | ) CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE REGARDING MOTION CONCURRENCE**

        Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning **Marvin Gabrion's Motion for Leave to File Marvin Gabrion's Emergency Motion for Release of Medical Records Relating to His Current Skin Disease Under Restricted Access.**  Ms. McManus indicated that the government would need additional time in which to determine whether it will concur with the relief requested.

**Date:  July 21, 2017**                                 **Respectfully submitted,**

By: /s/ Monica Foster                                    By: /s/ Joseph M. Cleary
        Monica Foster                                            Joseph M. Cleary
        Attorney for Movant                                    Attorney for Movant
Business Address:                                          Business Address:
Indiana Federal Community Defenders        Indiana Federal Community Defenders
111 Monument Circle, Suite 3200                111 Monument Circle, Suite 3200
Indianapolis, IN 46204                                   Indianapolis, IN 46204
(317) 383-3520                                              (317) 383-3520

By: /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585