UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

        Movant,

                                       CASE NO. 1:15-CV-447

v.

                                       HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER

Movant has moved for leave to file his Emergency Motion for Release of Medical Records under restricted access (ECF No. 130).  The government has filed a response (ECF No. 133).  The Court sees no compelling basis for the filing of the motion under restricted access, and accordingly **DENIES** the same.

Movant's  Emergency Motion for Release of Medical Records is as well **DENIED**.  This is a Section 2255 proceeding to test the constitutionality of Mr. Gabrion's prior criminal proceedings, resulting in a sentence of death.  Counsel has been appointed to represent Mr. Gabrion on those issues, not on any issues related to his conditions of confinement, or the adequacy of his medical care.

        **IT IS SO ORDERED**.

Date:    <u>July 25, 2017</u>                 /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE