UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION, II,

        Movant,

                                          File No. 1:15-CV-447

v.

                                          HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER

        Movant's motion for leave to file a reply in support of the amended motion under 28 U.S.C.

§ 2255 (ECF No. 126) is granted. Movant shall file a reply on or before **August 31, 2017**.

        IT IS SO ORDERED.


Date:    August 3, 2017               /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF  UNITED  STATES  DISTRICT  JUDGE