**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,            )
                                      )
                 Movant,              )  1:15-CV-447
                                      )
        v.                            )
                                      )  HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,             )  CHIEF U.S. DISTRICT JUDGE
                                      )
                 Respondent.          )

---

**UNOPPOSED MOTION REQUESTING RELEASE OF DOCUMENTS FILED**
**UNDER SEAL TO "RESTRICTED ACCESS"**

---

Marvin Gabrion, through counsel, moves the court to authorize the clerk to release documents filed under seal to restricted access status, to be available to the Court and the parties.  The government does not oppose the relief requested in this motion.

IN SUPPORT THEREOF, Mr. Gabrion states:

1.      This motion relates to documents previously filed under seal in this case and the underlying criminal case, consisting of a motion for the appointment of counsel for Joseph Lunsford (R.70 and R.72), filed in this case, and the Ex-Parte Memorandum Re: Funding and Payment for Investigative, Expert and Other Necessary Services filed on March 12, 2001 in the criminal case (1:99-cr-76), as R. 149.

2.      Mr. Gabrion believes that these documents are relevant to the issues in this case, and seeks to use them as exhibits to the reply that he will file on or before August 31, 2017.

3.      The Lunsford motion is relevant to Claim Two, and helps explain the steps taken to protect Mr. Lunsford as counsel obtained his declaration.

4.      The memorandum regarding funding is relevant to Claims Three and Four, and the claims that the defense at trial was not adequately funded.

5.      Counsel for Mr. Gabrion obtained permission to file each of the documents under seal, and counsel believe that nothing contained in the documents must remain under seal at this time.

6.      An order releasing the documents to restricted access status will allow the parties and the Court to consider the documents in resolving specific issues in this case.

**WHEREFORE**, Mr. Gabrion requests the Court to order that the documents identified as R.70 and R.72 in this case, relating to a request for the appointment of counsel for Joseph Lunsford, and the Ex-Parte Memorandum Re: Funding and Payment for Investigative, Expert and Other Necessary Services filed on March 12, 2001 in case 1:99-cr-76, as R. 149, be released to restricted access status.

**Date:  August 28, 2017**

By: /s/ Monica Foster
        Monica Foster
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520


By:  /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585

**Respectfully submitted,**

By: /s/ Joseph M. Cleary
        Joseph M. Cleary
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

2