UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNTIED STATES OF AMERICA,

      Plaintiff,

v.

MARVIN CHARLES GABRION,

      Defendant.

_____/

CASE NO. 1:99-CR-76
       1:15-CV-447

HON. ROBERT J. JONKER

## **ORDER**

Marvin Gabrion, through counsel, has filed an unopposed motion (ECF No. 136) requesting

the Court to order that sealed documents identified as ECF No. 70 and ECF No. 72 in Case No.

1:15-CV-447, and ECF No. 149 in Case No. 1:99-CR-76 be released to restricted access status.

**IT IS SO ORDERED**.

Dated:    August 31, 2017       /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE