**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,          )
                                    )
              Movant,               ) 1:15-CV-447
                                    )
        v.                          )
                                    ) HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,           ) CHIEF U.S. DISTRICT JUDGE
                                    )
              Respondent.           )

---

**MOVANT'S MOTION FOR LEAVE TO FILE MOVANT'S EXHIBITS 36 and 40 TO MOVANT'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOVANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE UNDER RESTRICTED ACCESS**

---

Marvin Gabrion, through counsel, moves this Court for leave to file under restricted access Exhibits 36 and 40 to Movant's Reply to the Government's Response in Opposition to Movant's Motion to Vacate, Set Aside, or Correct His Sentence.  Exhibit 36 consists of R.149 in Case No.1:99-CR-76, and is a budget document filed by trial counsel.  Earlier today, this Court authorized the release of this document to restricted access status.  Exhibit 40 consists of the payment request vouchers for trial counsel in the same case.  Those documents were previously released to restricted access status by order of Judge Bell (See: R.21, Page ID 1746 and R.22, Page ID 1750) and the government has copies.  The government does not oppose the relief requested in this motion.

2

Movant's request is supported by good cause because the Exhibits contain sensitive and confidential information as well as personal identification information.

**Date:  August 31, 2017**

By: /s/ Monica Foster
        Monica Foster
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

**Respectfully submitted,**

By: /s/ Joseph M. Cleary
        Joseph M. Cleary
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

By:  /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585

**IT IS SO ORDERED**

_____
Robert J. Jonker
Chief U.S. District Judge

2