**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) 1:15-CV-447 |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| UNITED STATES OF AMERICA, | ) CHIEF U.S. DISTRICT JUDGE |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning Marvin Gabrion's Motion for Leave to File Movant's Exhibits 36 and 40 to Movant's Reply to Government's Response in Opposition to Movant's Motion to Vacate, Set Aside, or Correct his Sentence Under Restricted Access.  Ms. McManus indicated that the government does not oppose the relief requested in the Motion.

**Date:  August 31, 2017**                                    **Respectfully submitted,**

By: /s/ Monica Foster                                           By: /s/ Joseph M. Cleary
       Monica Foster                                                    Joseph M. Cleary
       Attorney for Movant                                            Attorney for Movant
Business Address:                                               Business Address:
Indiana Federal Community Defenders         Indiana Federal Community Defenders
111 Monument Circle, Suite 3200                   111 Monument Circle, Suite 3200
Indianapolis, IN 46204                                       Indianapolis, IN 46204
(317) 383-3520                                                      (317) 383-3520


By:  /s/ Scott Graham
       Scott Graham
       Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585