# EXHIBIT 15

| Michigan Department of State Police<br><br>SUPPLEMENTAL INCIDENT<br>REPORT 0134 | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 (02) |
|---|---|---|
| | SUPPLEMENTARY DATE<br>Fri, Aug 31, 2001 | FILE CLASS<br>09001 |

INCIDENT STATUS
Open

# MURDER - "JANE DOE"

**JOURNAL:**
None

**CONTACT / INTERVIEW date 08-31-01**

NAM: H KEVIN DRAKE
P.O. Box/Building: 78TH DISTRICT CT JUDGE
NBR: 1092    DIR:
STR: NEWELL
SFX: STREET
CTY: WHITE CLOUD    ST: MI
TXH:    ZIP: 49349
TXW: (231)689-7255

RAC:       ETH:
SEX:       OPS:
DOB:       SSN:
HGT:       SID:
WGT:       FBI:
HAI:       MNU:
EYE:       PRN:

H Kevin Drake is employed with the state of Michigan as a District Judge with the 78th District Ct. of Newaygo County Michigan. Mr. Drake was the presiding jurist concerning MARVIN GABRION's rape case assigned District Ct. file #96-4145-1-FY.

Mr. Drake had been asked to recall his impressions concerning MARVIN GABRION during the proceedings. Mr. Drake reviewed a copy of the original court file, and stated he couldn't state that Mr. Gabrion attempted to manipulate the proceedings. Mr. Drake did recall that Mr. Gabrion claimed to operate a "Christian Book Store" and inferred that because of such he wouldn't posse a flight risk. The court didn't agree with the position and set bond at $40,000.00, it was latter that the Circuit Ct. lowered the bond to $25,000.00. Mr. Gabrion subsequently posted a 10% cash of the $25,000.00 and was released.

The court (Judge Drake) had also received a letter from Marvin Gabrion prior to his posting the bond. In that letter Mr. Gabrion again spoke about his "Christian Book Store" and his absence from it adversely impacted the community of Altona and the Canadian lakes area. Two volunteering Citizen Court assistants had purposedly traveled to the Altona area to view this "Book Store" and responded to the court that the representation was an absurdity.

**STATUS:**

Open

| PAGE<br>1 | INVESTIGATED BY<br>D/SGT RICHARD C MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0010738**

011083

Gabrion 066044