# EXHIBIT 16

-302a (Rev. 10-6-95)

7A-DE-80788

ntinuation of FD-302 of  Velda K. Timmerman                          . On 09/05/97    . Page    5

     Velda Timmerman strongly believes that Eddie Start has to know the Gabrions. Velda Timmerman believed that Rachel had probably taken David Gabrion to Eddie Start's home, at the Burke's, on several occasions. Velda Timmerman recalled that David Gabrion was at Eddie Start's house before David Gabrion went to jail last year.

     Velda Timmerman commented that David Gabrion had supplied marijuana to her daughter Sarah, and that David and Rachel had been involved in drugs together.

     Velda Timmerman thought that the person who picked up Rachel and Shannon on June 3, 1997 could very easily have been Eddie Start. Velda Timmerman believes this because of his association with Rachel and rumors she has heard from various individuals about Eddie being the one to pick her up. Velda Timmerman advised that it would not be unusual for Rachel to leave with Eddie Start to get drunk together. Velda Timmerman did not think Rachel would leave with the intention of having sex with Eddie, but would merely be with Eddie to get drunk and if sex occurred, that would be fine with Rachel.

     Velda Timmerman advised that when she was traveling on a truck run, she would frequently call home to check on her daughters. Velda Timmerman estimated she called her daughters every other day, if not more often. Rachel Timmerman had a habit of continually beeping her mother when she was on a truck run. Velda Timmerman would make her calls to her daughters by using 1-800-700-2811.

     Velda Timmerman advised that Rachel Timmerman had been considering dropping the rape charges against Marvin Gabrion. Velda explained that Rachel was upset because of the threat Marvin had made against her and because of the letters and telephone calls made to Rachel by Elaine Gabrion. Velda had tried to tell Rachel that Velda would try to take care of things, meaning Velda would contact the Sheriff's Department about the threats. Velda Timmerman claimed she made numerous calls to the Newaygo County Prosecutor's Office trying to get Marvin Gabrion back into jail. Velda Timmerman had explained that she feared Rachel would be murdered by Gabrion, but the Prosecutor's Office had told her to write the Circuit Judge. Velda Timmerman had learned through Rachel that Elaine Gabrion had called the

0003064

Gabrion 00013