# EXHIBIT 17

## DECLARATION OF NATHAN BREWSTER

1.      My name is Nathan Brewster.  I am currently serving a life sentence in the Michigan Department of Corrections.  I am the same Nathan Brewster that testified in 2002 in the matter of United States of America v. Marvin Gabrion.

2.      I was previously incarcerated with Mr. Gabrion at the supermax section of the Calhoun County Jail.  After we were no longer incarcerated together, I was approached by law enforcement officials regarding Mr. Gabrion.

3.      I had and have concerns about my own case.  I believe that if I could get access to a private investigator I could prove facts that would help my case.  Before I testified against Mr. Gabrion, law enforcement officials promised me that they would help me get the services of an investigator.

4.      At trial, I testified about threats that Mr. Gabrion would make toward the guards.  I was asked if anything was done by the guards to evoke this anger in Mr. Gabrion.  I testified that nothing was done.  This testimony was untruthful.

5.      The guards at Calhoun County continually harassed both Mr. Gabrion and myself. They would mess with our food and our mail and sometimes we were denied our meals.  The female guards were worse and treated myself and Mr. Gabrion poorly because of what we were charged with.

6.      In particular, the guard I was asked about at trial, Loretta Robinson, did not like me or Mr. Gabrion and would mess with our food trays.

7.      I met with law enforcement officials before testifying and told them about the conduct by the guards.  I was instructed not to go into that.

Date: 4-3-17        , 2017

_____
NATHAN BREWSTER