# EXHIBIT 18

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0024 | SUPPLEMENTARY DATE<br>Tue, Aug 19, 1997 | FILE CLASS<br>09001 |

| INCIDENT STATUS<br>Open | Computer #1 |
|---|---|

# MURDER - "JANE DOE"

**INFORMATION:**

In a briefing at the Sheriff's Department with D/Sgt. Babcock and Deputy Lentz, on 8-18-97, I requested they give me information reference a time line involving this homicide, starting from the first histories involving suspect, MARVIN GABRION, and victim, RACHAEL TIMMERMAN. I was told the following:

- August 7, 1996:     RACHAEL TIMMERMAN, victim reports CSC I, suspect MARVIN GABRION.
- January 20, 1997:   Arrest of MARVIN GABRION on CSC charge of TIMMERMAN.
- February 03, 1997:  MARVIN GABRION bonded out of jail by WAYNE DAVIS.
- February 08, 1997:  WAYNE DAVIS arrested for OUIL.
- February 09, 1997:  WAYNE DAVIS bonded out by JOHN LAZO.
- February 13, 1997:  Appearance date for WAYNE DAVIS.
- February 13, 1997:  Note found in WAYNE DAVIS' residence, stating he was going to California.
- Jan-May 5, 1997:    RACHAEL TIMMERMAN incarcerated at the Newaygo County.
- May 30/31, 1997:    RACHAEL TIMMERMAN, in accompany of VERNON STEWART SIVERTSEN, JODY VINCE, PAM GRANGER, DELBERT PRATT, and EDDIE START, party at the rivers edge in Grand Rapids.
- May 30/31, 1997:    RACHAEL TIMMERMAN to party at 7900 56th Street, a MIKE VAIVADA.
- May 30/31, 1997:    JOHN KUHLMAN and his band played at VAIVADA'S. Lots of people attended and drugs were available at this party.
- Last of May/ First of June:  PAM GRANGER at the BURKE'S party.
- June 3, 1997:       RACHAEL TIMMERMAN picked up at her Cedar Springs address by a tall, skinny, unknown w/m, driving a large four-door vehicle.
- June 3, 1997:       EDDIE START, RACHAEL TIMMERMAN, and baby, at THERESA START'S residence at 6:00 p.m., city of Grand Rapids.
- June 5, 1997:       District Court preliminary exam hearing date. Both the victim and the suspect are a no show.
- June 7, 1997:       Party at MIKE VAIVADA, RACHAEL possibly there, but not substantiated.
- June 7, 1997:       PAMELA VANSUILICHEM states that she is confident of the date, June 7, 1997, because the following weekend, she and her boyfriend had custody of the boyfriend's son. This can be substantiated through the Friend of the Court records.
- June 7, 1997:       EDDIE START, RACHAEL TIMMERMAN, at BURKE'S party. Next morning RACHAEL was seen with the baby at BURKE'S residence by PAM GRANGER.

| PAGE | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 5 | D/SGT. HARRY NORMAN | | |

0000294

Gabrion 003533