# EXHIBIT 19

| Michigan Department of State Police | ORIGINAL DATE | | INCIDENT NO. |
|---|---|---|---|
| | Sat, Jul 05, 1997 | | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | | FILE CLASS |
| REPORT 0075 | Thu, Apr 30, 1998 | | 09001 |

| INCIDENT STATUS | | |
|---|---|---|
| Open | | Computer #1 |

# MURDER - "JANE DOE"

**OTHER PERSONS:**

| | | | |
|---|---|---|---|
| NAM: PEARL ANN HALL | | RAC: W | ETH: |
| NBR: 1884     DIR: N | | SEX: F | OPS: |
| STR: DICKINSON | | DOB: | SSN: |
| SFX: | | HGT: | SID: |
| CTY: HESPERIA | ST: MI | WGT: | FBI: |
| TXH: (616)854-1022 | ZIP: 49421 | HAI: | MNU: |
| TXW: | | EYE: | PRN: |

| | | | |
|---|---|---|---|
| NAM: ROBERT HALL | | RAC: W | ETH: |
| NBR: 1884     DIR: N | | SEX: M | OPS: |
| STR: DICKINSON | | DOB: 12/12/1951 | SSN: |
| SFX: | | HGT: | SID: |
| CTY: HESPERIA | ST: MI | WGT: | FBI: |
| TXH: (616)854-1022 | ZIP: 49421 | HAI: | MNU: |
| TXW: | | EYE: | PRN: |

**CONTACT & INTERVIEW:**

MRS. HALL was interviewed on April 9, 1998. Her former husband was interviewed the following week, on April 14, 1998. The undersigned officer was put in contact with MRS. PEARL HALL through the efforts of Defense Attorney Kevin Kozma, of 200 S. Charles, White Cloud, Michigan, phone 616-689-6636. MRS. HALL and her husband expressed concern for their safety should their names be revealed for the information they hold. Interview occurred at Mr. Kozma's law office.

MRS. HALL explained that she is divorced from her husband, ROBERT NORMAN HALL; however, they remain on good terms and they have children together. She has a 17-year-old son, JASON HALL, who has fathered a child who is nearly 3-years-old. The natural mother gave up the child and she and her former husband have guardianship. That guardianship to be enforced until their son reaches the age of 18 years.

MRS. HALL explained that due to her guardianship of her grandchild, she keeps a running register of all the activities surrounding the child, doctor's appointments, medications, and contacts with family. She recorded on June 4, 1997, the natural mother of the child a DENISE MODH, had called from out of state and had made arrangements for a June 22, 1997, meeting with the daughter. It was on that same day of contact that later in the afternoon, she and her former husband, in accompany of the granddaughter, JESSICA, had gone to the Oxford Lake area for the purpose of scouting turtles for the upcoming trapping season.

MRS. HALL estimated the time to be around 3:15 to perhaps as late as 5:00 p.m. in the afternoon. ROBERT HALL was driving the pickup truck, she was a passenger, and the grandchild was in the front seat between them. They were on the two-track going back into the boat ramp area of Oxford Lake, in which she took note

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 3 | D/SGT. RICHARD C. MILLER #75 | | |

0009884

Gabrion 003826

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0075 | Thu, Apr 30, 1998 | 09001 |

of a vehicle northward on the two-track from the fishing site, at a high rate of speed. Due to the subject's rapid rate of travel, she yelled to her husband of the oncoming vehicle and her ex-husband had to take evasive action to avoid a collision. He pulled off to the side of the two-track while the vehicle sped by.

As the vehicle sped by, she took note that the driver was a lone caucasion male, who had an expression on his face that she called that of a "crazy man." Further peculiar to the vehicle was that in the back end of the truck was a fishing boat, which was not secured down and was bouncing as the vehicle traveled upon the rough two-track. She suspected that the boat might even fall out of the truck. As to the color of the pickup truck, she believed it to be a dark color, either a black or a blackish colored green. A further description of the boat she could not recall, other than the fact it was an aluminum boat. She did recall the boat was silver in basic color, other colors unknown. The tailgate of the truck was up, causing the boat to protrude in an upward fashion. Upon later reflection, MRS. HALL believes it's possible this pickup truck had a shell top and that the boat was secured within that shell top of the vehicle. She estimated the boat protruded from the back of the truck perhaps 4'.

In regard to the male driver, the best she could recall he wore a dark colored shirt, possibly a coat or overshirt, underneath a lighter colored T-shirt. Mustache or other facial hair not recalled. At that time, she had never seen that subject before.

MRS. HALL explained they then traveled down towards the fishing site, parked their vehicle, and took note that someone had recently pulled a boat in and out of Oxford Lake. She also took note of a cinderblock that was within the parking area of the lake. During the time that she was down at the lake, her former husband and grandchild went to the lake shore, where she stood by the vehicle. She believed that the truck that passed her had returned because she could hear a vehicle in the background. However, the vehicle was never seen again.

MRS. HALL stated her birthday is July 5. She took note that shortly after her birthday of this same summer, a news announcement was made that a body was found in Oxford Lake. She and her ex-husband spoke about such and wondered whether their sighting could have been involved. Shortly later the news further described additional people were missing and MARVIN GABRION was a suspect. Having seen a photograph of the subject on the t.v. she felt such resembled the man driving from the lake. Out of fear for their own safety, they elected not to pass on the information of their sighting. Later, towards October, they took note of another news article that MARVIN GABRION had been arrested and they showed him physically walking either to a courthouse or to and from a police station. Upon viewing that, she is convinced that MARVIN GABRION is the same person who was driving the truck on June 4, 1997.

During the early spring of this year, she and her husband returned to the lake, took note of the numerous plastic flower bouquets being placed as a memorial for the victim and the missing child. At that point, they jointly decided to contact their attorney to allow the authorities to know their information.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 3 | D/SGT. RICHARD C. MILLER #75 | | |

0009885

Gabrion 003827

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0075 | SUPPLEMENTARY DATE<br>Thu, Apr 30, 1998 | FILE CLASS<br>09001 |

MR. HALL was out of town during the initial interview of his ex-wife. Subject was contacted the following week. Both he and his ex-wife had met this officer at the Oxford Lake area. The subject identified the spot where he was chased off the two-track road, and repeated the same scenario as described by Mrs. HALL.

MR. HALL is convinced that the truck driven was a full size, long bed, Chevrolet pickup truck of the late 70's model era. Vehicle would have been two-wheel drive. The overall condition of the vehicle was not recalled. He could not recall any noticeable damage. He realized that a boat was in the back of the truck; however, he isn't certain that the truck had a shell top on the back. If the shell was on the vehicle, it was one in the same color as the main body of the auto.

MR. HALL stated due to his preoccupation with avoiding a collision and looking for an open spot on the side of the two-track, he, himself could not say anything of the driver, other than he was a white male.

He recalled that previous to them visiting the lake, there must have been a recent rainfall because there was only one set of tracks coming out from the public access of the lake. .

This officer took note of the location on the two-track and found such to be north of the fishing site, perhaps 150 yards north again of a side branch of the two-track. That side branch is also a dead-end road, which dictates that anyone leaving would have had to come from the lake or the dead-end branch of the two-track.

STATUS:
Open

| PAGE<br>3 of 3 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0009886

Gabrion 003828