# EXHIBIT 20

| Michigan Department of State Police<br>ORIGINAL INCIDENT<br>REPORT | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| | TIME RECEIVED<br>2338 | FILE CLASS<br>09001 |

**CONTACT/ INTERVIEW date 07-10-97:**

LuVERNE TIMMERMAN,  41 yrs
LILLIAN TIMMERMAN,  42 yrs
address; 15008 Cedar Springs Ave, Cedar Springs, Michigan, telephone 616-636-1023.

Mr. Timmerman and his wife recalled the last date ( June 3rd 1997 ) they saw RACHAEL and her baby SHANNON.

Mr. Timmerman had injured his hand and required medical treatment, causing him to be home from work. They believed the hour of the day was around 4-5p.m. when a lone male subject drove into the driveway. RACHAEL had collected her daughter's diaper bag, car seat for the child, and the baby. She kissed her father and recalled by Mr. Timmerman to say to the effect " I'm going out with John , I'll be back in a couple of hours." She then left with the subject. Mr. Timmerman never viewed the subject or his vehicle. Mrs. Timmerman had viewed the vehicle, however, didn't get a view of the subject well enough to describe him. She believed the vehicle to be of a mid-1980 model year, a pale yellow with brown side. She, having previously owned a Ford LTD, believed the vehicle to be such. This subject wasn't recalled to have been at the home previously and they hadn't been aware of any advance plans upon the part of Rachael.

Mr. and Mrs. Timmerman explained that his children from his previously marriage to VELDA TIMMERMAN had been cared for by her, and they lived in the Hardy Dam area of Newaygo County. His youngest daughter, SARA TIMMERMAN, had been a rape victim by a Steve Christensen in 1995. That subject an associate of his ex-wife's. Rachael Timmerman had a extensive juvenile history and was arrested for a marijuana offense in which she did jail time at the Newaygo County jail. As part of her condition for early release, authorized by Probation Agent Kim Barlow, RACHAEL TIMMERMAN, was to be placed at their home. On May 5, 1997, upon her release from jail, his wife LILLIAN TIMMERMAN picked her up from the jail and transported her to Cedar Springs. During her 5 month stay in jail , SHANNON VERHAGE had been cared for by KIM VERHAGE. Rachael initially followed the rules as required, however started to repeat her prior behavior problems. They were considering placing her elsewhere.

On June 4, 1997, a letter had been post marked at the Cedar Springs US Post office and delivered to his home. This letter appeared to be written by RACHAEL, in which she explained her failure to come home the night prior and that she was with DEL. ( Subjects advised they hadn't heard of anyone named DEL previously.)

The TIMMERMAN'S hadn't been aware of RACHAEL being a sexual assault victim until the day she obtained her subpoena for court. Mr. Timmerman had offered his presence for support for the court hearing. Both subjects were of the impression that she had planned to appear and testify . After her failure to appear they were contacted by Det. Babcock of the Newaygo County Sheriff Dept. and later advised him of a second letter received in which RACHAEL apparently was in Arkansas.

| PAGE<br>10 of 10 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0002921**

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| Michigan Department of State Police | Sat, Jul 05, 1997 | 065-0002363-97 |
| ORIGINAL INCIDENT | TIME RECEIVED | FILE CLASS |
| REPORT | 2338 | 09001 |

The second letter was post marked June 14, 1997, from Little Rock, Arkansas. Again, the writing appeared to be that of Rachaels. Letter explained that "DEL" had found a job, they were in love, and Shannon was doing fine. Promise made to remain in touch. No additional correspondence received.

The only person known to TIMMERMANS by the name of "JOHN" who associated with RACHAEL didn't match the description of the subject picking her up. CINDY ARMSTRONG (stepsister) had been able to view the subject "John" who pick up Rachael. That subjects physical description didn't match the description of the other John known to associate with Rachael. The initial "JOHN" lnu, described as a w/male, perhaps 29 yrs, heavy set, 5-10", reddish color hair, wearing thick glasses, and drove a red color Bronco vehicle.

## ITEM #44 OBTAINED 7-11-97:

One roll of exposed Kodak 200 ASA film. Item located by Mr. Timmerman within his daughter's camera. Film to be developed to determine if such might be useful concerning this investigation.

## CONTACT INTERVIEW, date 07-11-97:

MINDA ROSE ARMSTRONG, w/female, dob 03-25-79.
1213 Calgary St. NE, Grand Rapids, Michigan, telephone 616-957-3911

Subject described the person as picking up RACHAEL as a w/male, age 18 to perhaps 25 yrs, being around 5-10 to 6-0 ft tall, extremely thin built, appearing awkward in movement, hair a dark brown, shaggy, needing a hair cut. Subject appeared over due for a bath, described as scary looking, like a possible drug abuser. Subject was noted in a black colored T-shirt, cut-off shorts, and a black style baseball cap worn in normal fashion.

Vehicle driven described as a mid 1980's model, 4-door, full size passenger auto, make unknown, color of white with rust spots noted upon auto doors. Vehicle ran with moderate amount of noise.

Clothing worn by RACHAEL as last seen doesn't match that discovered upon the body. Victim described as leaving the home in cut off jeans, a T-shirt with printed design (most likely a Looney Toone comic character of Tweety Bird or Sylvester the cat. The shoes being black colored "Franklin Brand" tennis shoes.

Clothing worn by SHANNON described as a Sundress with Bloomers, possibly pink and white color. Diaper bag described as pastel colors of pink, green, and purple. Child was known to carry a stuffed toy rabbit, grayish in color with a vest.

After RACHAELS release from jail, she complained to MINDA that someone was attempting to black mail her, and she had received several calls from a male subject. Initially RACHAEL seemed to take the matter very seriously, however, upon the later calls she seem less concerned. She never disclosed who the caller was, nor did she describe what the caller wanted, only that if she didn't do what he wanted, he had friends in the right place who would cause her parole to be violated and she would be going back to jail..

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT. RICHARD C. MILLER #75 | | |
| 11 of 19 | | | |

0002922

Gabrion 00329