# EXHIBIT 21

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0038 | SUPPLEMENTARY DATE<br>Thu, Oct 02, 1997 | FILE CLASS<br>09001 |

| INCIDENT STATUS | |
|---|---|
| Open | Computer #1 |

# MURDER - "JANE DOE"

**OTHER PERSONS:**

| | | |
|---|---|---|
| NAM: MICHAEL JOSEPH VAIVADA II | RAC: W | ETH: |
| NBR: 7900        DIR: E | SEX: M | OPS: |
| STR: 56TH | DOB: 04/14/1977 | SSN: |
| SFX: | HGT: | SID: |
| CTY: NEWAYGO        ST: MI | WGT: | FBI: |
| TXH: (616)937-5890    ZIP: 49337 | HAI: | MNU: |
| TXW: | EYE: | PRN: |

**CONTACT & INTERVIEW, MICHAEL VAIVADA, 10-02-97:**

Subject currently an inmate at the Newaygo County Jail, expected to be released in March of 1998.

Subject was recontacted in an effort to determine the persons who visited ROXANNE VANSLYKE, the same date in which she last saw RACHAEL TIMMERMAN.

MR. VAIVADA acknowledged that he knew the female known as ROXANNE, who was a neighbor who lived next door to VELDA TIMMERMAN. Subject stated he initially met the female in April of 1997, in accompany with his friend, CHRIS GREEN. They had stopped at a party that was adjacent to VELDA TIMMERMAN'S home. He described this as a bon-fire group, in which RACHAEL TIMMERMAN introduced him and CHRIS GREEN. He was of the understanding that CHRIS GREEN had already met this female. At that same time period, he met this woman, ROXANNE'S, father, and an ex-boyfriend of RACHAEL'S, whose name he believed was VERN.

During that time period, he stated his friend, CHRIS GREEN, had been living in a tent in the woods and he was on the "outs" with his parents and had no place to stay.

MR. VAIVADA also recalled that he had been introduced to ROXANNE upon another occasion. That was by RACHAEL TIMMERMAN when he was at the trailer, known as TUDY'S. This is the BAKEMAN trailer. That introduction was done sometime prior to the evening of his parties. The BAKEMAN trailer is said to be occupied by TUDY and her daughter, and also a woman known as RUTH, who is a sister to MRS. BAKEMAN. A MICHAEL STACKHOUSE, w/m, 18 years old, during May of '97, reportedly was a paramour of the woman known as RUTHIE, who is described to be 40 years old.

In questioning MR. VAIVADA as to the type of vehicle he was driving during that time period, the subject identified a 1989 Olds, model 98 Regency, four-door, white in color with a blue rag top. Vehicle is owned by his mother. During that time period, he allowed his friend, DENNIS SCHEIDEL to operate the vehicle. In asking to identify who it might be that stopped at ROXANNE'S house the evening of his party in his mother's

| PAGE<br>1 of 5 | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

3128

Gabrion 003619

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0038 | SUPPLEMENTARY DATE<br>Thu, Oct 02, 1997 | FILE CLASS<br>09001 |

vehicle, he said there could only be two people: DENNIS SCHEIDEL and CHRIS GREEN. The subject, himself, had not been present to ask ROXANNE to come to either party.

During that time period, a female known as MICHELLE MAULSBY, 18 years old, was also staying at the BAKEMAN trailer.

MR. VAIVADA stated he knew a subject known as "Big Dave," having been introduced to the subject by RACHAEL. The subject a friend of VELDA TIMMERMAN'S, who is also a marijuana dealer. He knew the subject at one time lived in an A-framed shaped dwelling, which was blue in color, on the County Line Road, north of 36th Street.

In regard to the second party he sponsored at his mother's house on June 6, 1997, the subject believes he, in fact, saw RACHAEL TIMMERMAN. He stated he saw the female getting out of the back right passenger seat of a vehicle. Having viewed RACHAEL getting out of the car, he feared a confrontation might happen within his house between RACHAEL and SHANE. He, at that point, went inside, contacted SARA TIMMERMAN, directed her to go outside, contact RACHAEL, and tell her she could not attend the party. He never saw RACHAEL to enter the home, nor did he see her again at the party setting. Subject expressed his confidence that she, in fact, did make an arrival at the second party.

MR. VAIVADA was recontacted on 10-07-97, and asked to complete, as near as he could recall, a guest list for the second party. In regard to the live entertainment, a band called, "Blue Stone," which were comprised of the following people: JOHN COLEMAN, CHAD HENDRICKS, SCOTT DELOOF, and a subject named AL, last name unknown. Party guests at the home were known to be: SARA TIMMERMAN, SHANE TIMMERMAN, SAM BAIN, SHANE WOLFE, DENNIS SCHEIDEL, CHRIS GREEN, MICHAEL STACKHOUSE, ERIC VANKUIKEN, AN VANKUIKEN, ROSHAD RECTLOFF, ROGER ORMAN, VANESSA KUISTRA, JASON VINING, JADE SULENGER, KEVIN LUCAS, THOMAS LUCAS, JOHNNY GARCIA, BRENT AISHE, JIM ULTRIP, BRAD (LNU, friend of LUCAS'), CHAKETA (LNU), BRANDY HERSCH, TUDY BAKEMAN, IRENE BAKEMAN, SHANNON DREW, and MICHELLE BIRDSALL.

**OTHER PERSON:**

| | | |
|---|---|---|
| NAM: CHRISTOPHER LEE GREEN | RAC: W | ETH: |
| NBR: 9525      DIR: E | SEX: M | OPS: |
| STR: 62ND | DOB: 06/15/1977 | SSN: |
| SFX: STREET | HGT: 6'01" | SID: |
| CTY: NEWAYGO      ST: MI | WGT: 175 | FBI: |
| TXH: (616)937-4231      ZIP: 49337 | HAI: BRO | MNU: |
| TXW: | EYE: BRO | PRN: |

**CONTACT & INTERVIEW, CHRISTOPHER LEE GREEN, 10-02-97:**
Subject is currently an inmate at the Newaygo County Jail, expected to be released in December of 1997.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>2 of 5 | D/SGT. RICHARD C. MILLER #75 | | |

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0038 | Thu, Oct 02, 1997 | 09001 |

Subject contacted in an effort to determine the parties responsible for visiting ROXANNE VANSLYKE the date which she last saw RACHAEL TIMMERMAN.

MR. GREEN explained he had known RACHAEL TIMMERMAN for perhaps as long as six years. His family moved from the Middleville, Michigan area to the Newaygo area.

Subject stated he was first introduced to a girl by the name of ROXANNE, a neighbor of VELDA TIMMERMAN'S, by RACHAEL TIMMERMAN. He initially met the female near VELDA TIMMERMAN'S trailer. A second introduction had occurred. He believed such happened in the middle or perhaps the beginning of May of 1997. He had been visiting TUDY BAKEMAN'S trailer in accompany of MIKE VAIVADA. RACHAEL TIMMERMAN had come over and reintroduced ROXANNE to them.

MR. GREEN stated he did not have normal access to MR. VAIVADA'S vehicle, as he was not allowed to drive such. He did admit there was one occasion he did drive the vehicle, and he made a short trip to the store. All other times when he was a passenger in the vehicle, it was either driven by either MR. VAIVADA or DENNIS SCHEIDEL.

The subject recalled that he and DENNIS SCHEIDEL had stopped at ROXANNE VANSYLKE'S trailer to ask her to attend MIKE VAIVADA'S second party. She could not attend, because she had company of a friend who had a young child, and they could not have a baby-sitter.

At this second party, the subject recalls having seen RACHAEL TIMMERMAN, and he had a conversation with her, shortly after she arrived and exited the vehicle.

Subject stated he had attended both parties, sponsored by MR. VAIVADA. The first party he did not consume any beer and did not get intoxicated. He did admit being high on marijuana. At the second party, he got very intoxicated, got sick, and ended up throwing up in the toilet. At both parties, he was responsible for collecting beer money, in which various guests would pay him a certain amount of money for a cup, in which they had free access to the keg.

On the date of the second party, he believed he stopped by, with MR. SCHEIDEL, at ROXANNE'S, around 5 or 6:00 p.m. She, not being able to attend, he and MR. SCHEIDEL, returned to the party. He believes it around 9 to 9:30 p.m. he saw RACHAEL TIMMERMAN arrive with a group of people in a gray, silver colored passenger auto, described as an older model, a two-door, full size vehicle, which reminded him to be either an Olds or a Buick Regal. He stated he spoke to RACHAEL outside this vehicle, for perhaps five to ten minutes. In later conversations with JOHN COLEMAN and MIKE VAIVADA, MR. GREEN stated they also mentioned having seen RACHAEL at that particular party.

Asking what he and RACHAEL spoke about during that conversation, RACHAEL spoke about her wanting to apologize to her brother for having him getting placed in jail. In asking the type of clothing she was last seen

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT. RICHARD C. MILLER #75 | | |
| 3 of 5 | | | |

**0001562**

Gabrion 003621

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
|  | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT REPORT 0038 | SUPPLEMENTARY DATE | FILE CLASS |
|  | Thu, Oct 02, 1997 | 09001 |

to wear, he could recall she was wearing blue jeans, a long sleeved loose fitting shirt or sweater of some sort, which he suspected was tri-colored, pastels with blue, green, and perhaps yellow.

MR. GREEN stated he knew the subject DAVID GABRION, and has known him since June of 1996. The subject was known to drive a Buick Regal vehicle, which he described as being bright grayish silver in color, with one half black vinyl roof line. He believes he was in possession of that vehicle, right up to June of 1997.

Subject also recalled that RACHAEL TIMMERMAN had a former boyfriend named LUKE (LNU), who was around 38 years old. Subject was recalled to have a scar on the upper left cheek, had light brown long hair, described as 6'1", and medium build. That subject from the Sand Lake, Michigan area. He could recall TIMMERMAN claiming she knew the subject for the last six years. This subject's vehicle is described as a Buick, Delta 88 type, perhaps an '85 model, all gray, dark color, which had rust started on the bottom area of the auto.

### CONTACT & INTERVIEW, DENNIS JAMES SCHEIDEL:

DENNIS JAMES SCHEIDEL, dob 4-16-80, 5'10", 155 lbs, bln/blu, of 5386 Chestnut Street, Newaygo, Michigan, no phone, pager #616-474-9186.

Subject was contacted to explore the information that two subjects had visited ROXANNE VANSLKYE the same evening she last saw RACHAEL TIMMERMAN.

Subject admitted knowing ROXANNE VANSLKYE, stating she was a daughter of DUANE VANSLKYE, who is a personal friend of his uncle, JAMES TOLLER. He had met her during the summer of '97 and estimated he had met her on five separate occasions. During the summer of '97, he was employed at Sutter's Mill, a restaurant in the Croton area.

Subject admitted he knew DAVID GABRION, as the name of "Big Dave," who he had once met through VELDA TIMMERMAN. Subject denied knowing MARVIN GABRION or JOHN WEEKS.

The subject was unable to recall being in accompany of CHRIS GREEN and visiting ROXANNE, asking her to attend either party.

Subject stated the first party at MIKE VAIVADA'S, he recalled the noise level had been cut off early, due to complaints by a neighbor. The second party, the noise lasted all evening. Subject believed that RACHAEL TIMMERMAN was present at the second party and he believed MIKE VAIVADA had picked her up and brought her over. It was at the second party that SHANE was present and he had returned to the Grand Rapids area with a friend named SAM, after the conclusion of the party.

Subject believed the second party was an occasion where he and MIKE VAIVADA had returned RACHAEL to her mother's house. RACHAEL was in a hurry, for some reason, to get back to the home. On that

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT. RICHARD C. MILLER #75 | | |
| 4 of 5 | | | |

**0002633**

Gabrion 003622

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT REPORT 0038 | SUPPLEMENTARY DATE | FILE CLASS |
| | Thu, Oct 02, 1997 | 09001 |

particular evening, he had spent the evening with SARA TIMMERMAN. It was the next morning that he used MIKE VAIVADA'S vehicle to return SARA to JASIME CRUTCHFIELD'S house.

Subject could recall there was one occasion where SARA was in accompany of himself and MIKE VAIVADA when they returned RACHAEL home to her father's house in Cedar Springs. Subject was confused as to what date that actually occurred. (This information would correspond to prior information that that had been the May 30th/31st party.) Subject could recall that the same party in which they had subsequently transported RACHAEL back to Cedar Springs, there had been an older man present at the party. He described this guy as being 30 to 40 years old, approximately 5'10" of medium build and possibly having a full mustache, dark hair, and noted to have acne on his face, wearing blue jeans and a jean jacket. That subject drove a full size pickup truck. This fellow, during the course of the party, was getting upset that the younger people were getting drunk and being allowed to drive. As to who this person was or where he came from, was not known.

### RECONTACT CHRIS GREEN, 10-07-97:
MR. GREEN was given a review of the party list as provided by MIKE VAIVADA. Subject agreed to the list and added the following names as being present at the second party: SCOTT VANDIAL, CARLA VINNING, BRANDY HURST, MICHELLE MOSBLEY.

### STATUS:
Open

| | | INVESTIGATED BY | | REPORTED BY | | REVIEWED BY |
|---|---|---|---|---|---|---|
| PAGE | | D/SGT. RICHARD C. MILLER #75 | | | | |
| 5 of 5 | | | | | | |

**0002634**

Gabrion 003623