# EXHIBIT 22

UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN RE:   GABRION

WITNESS:   MICHAEL GABRION

PROCEEDINGS BEFORE THE GRAND JURY NUMBER 97-3 before Patricia R. Pritchard, CER, Notary Public in and for the County of Kent, Grand Rapids, Michigan, in the Grand Jury Room, Ford Federal Building, Grand Rapids, MI, on Wednesday, February 3, 1999, commencing at 9:40 a.m.

APPEARANCE:

Mr. Timothy P. VerHey
Assistant U.S. Attorney
The Law Building - Fifth Floor
330 Ionia Avenue, NW
Grand Rapids, MI  49503
(616) 456-2404

Ms. Chrystal R. Roach
Special Assistant US Attorney
1092 Newell
White Cloud, MI  49349
(616) 689-7283

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

**0001189**

Gabrion 049247

8

relation to when you got out of the Step Program; if you recall?

A    About three days after I got out of the Step Program I went over and started staying with him for a while.

Q    So, about June 10th, somewhere in there, 1997?

A    Yes.

Q    All right.  What did he want you to do?  What did he ask you to do when you got there?

A    He has this little work room and stuff with tools in it, and I just cleaned that up and that's about it.

Q    Okay.  You told the police that you did some scrubbing of walls, counter tops, tables, things of that nature?

A    He was going to make it into like a Christian book store or something he said.  There was a big room downstairs, that room.

Q    So, there was a big room downstairs and he wanted that all scrubbed out?

A    Yes.

Q    And so what did you do exactly?

A    Just wash the floor and clean the walls a little bit.  And there was this counter and stuff in there, I cleaned that.

Q    Was he there, too?

A    Yes.

Q    And what did he do?

A    He just stayed upstairs mostly.

Q    Okay.  So, you were doing this on your own?

A    Yeah.

Patricia R. Pritchard, Certified Electronic Reporter
(616) 364-4943

Gabrion 049254

20

A     He's just weird.  He talks about weird things.

Q     Now, you told the police that he said this between ten and 15 times to you at different times?

A     He talks about stuff like that a lot when he's drinking.

Q     When's the earliest that you heard him say something like this?  If the last time you saw him was, let's say, July 5th, '97, why don't you go backwards from there and tell us how long before that he'd ever said something like that?

A     He used to talk like that before I went to the Step Program, too.

Q     Which would have been when?

A     What time was I supposed to get out of there?

Q     Well, according to what you told the police on July 19th you got out around June 7th of '97.  And how long were you in the program?

A     Twenty-eight days.

Q     So, roughly a month?

A     Yeah.

Q     So, May --

A     Yeah.

Q     -- early May is when you went in.  How long before you went into the Step Program had your uncle made statements like that, your Uncle Marvin?

A     Probably about two, three months.

Q     So, we're talking as early as February or March of 1997?

Gabrion 049266