# EXHIBIT 23

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT REPORT 0002 | SUPPLEMENTARY DATE | FILE CLASS |
| | Mon, Jul 14, 1997 | 09001 |

GABRION had contracted with a Big Rapids excavator for the removal of the underground storage tanks. A portion of the excavation needed additional fill, in which MR. BACON stated MR. GABRION used rocks, gravel, cinder blocks and sand, which he had carted to the site in the small, red, pickup truck he had been driving.

MR. BACON cited a history of disturbances and problems within the neighborhood once MR. GABRION moved in. He, himself, had been recently assaulted by MR. GABRION, in which MR. GABRION tackled him from his riding lawnmower and a fight en sued. As a result of that encounter, outstanding assault warrants exists and the subject has remained difficult to locate since.

As part of his concern about the identity of MR. GABRION, who he was introduced to as LANCE, he caused a check to be made with the Register of Deeds Office in Mecosta County. To this, he displayed to this officer, a copy of the warranty deed upon file on a page 183 of Liver 576, dated June 13, 1997, and shows a warranty date between the parties of ROBERT ALLEN (A single man of P.O. Box 392, Sherman, New York 14781), to which a transfer was made to MARVIN GABRION (A married man of 1398 40th Street, White Cloud, Michigan) for the sum of $8,000. The property further described as being in the township of Hinton, of Mecosta County, in the village of Altona (block #4, lot 1, 2, 3, 4, 19, and 20), a tax ID number has been assigned of 15-891-019-000. A particular note of this warranty deed is that the transaction is recorded in the county of Miami, in the State of Indiana, before a notary known as PATRICIA ADAMS, whose commission expires May 6, 1998. A mailing address is also listed for MARVIN GABRION, as P.O. Box 24, Howard City, Michigan 49329.

Initial transfer of deed had occurred on June 21, 1996, from the Michigan Department of Natural Resources, to a ROBERT ALLEN of P.O. Box 392, Sherman, New York 14781, for the sum of $4,000.

MR. BACON is a trustee for the village of Altona, and is a life long resident of the area. MR. BACON directed this officer to the various property boundaries of the property owned by MARVIN GABRION.

MR. BACON had also taken note that MR. GABRION was burning rubbish on the inside wooden stove, as smoke was emitted from the chimney.

**CONTACT & INTERVIEW, 7-14-97, GARY STURDAVANT JR:**
GARY STURDAVANT JR., w/m, 25 years, of 11378 5 Mile Road, Morley, Michigan, phone 616-823-2375.

MR. STURDAVANT, and his father, GARY STURDAVANT SR., age 48, of RR#3, Box 180-A4 of Princetown, West Virginia, contact phone 304-384-7343, were contacted by this undersigned officer and D/Sgt. Robert VanBelzen. The following information was provided concerning their neighbor.

The day after MARVIN GABRION had gotten into a fight with DENNIS BACON, GABRION had approached GARY STURDAVANT JR. and asked if he wished to purchase the former Altona County Store,

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT. RICHARD C. MILLER #75 | | |
| 3 of 4 | | | |

0000048

Gabrion 011485