# EXHIBIT 24

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


IN RE:   GABRION


WITNESS:   SPECIAL AGENT ROBERTA GILLIGAN


PROCEEDINGS BEFORE THE GRAND JURY NUMBER 01-1 before Judith A. Rowley, CSR, a Notary Public in the County of Ionia, State of Michigan, in the Grand Jury Room, 2nd Floor, Federal Building, Grand Rapids, Michigan, at 1:10 p.m., Thursday, February 14, 2002.


APPEARANCE:

> TIMOTHY P. VERHEY
> Assistant United States Attorney
> United States Attorney's Office
> Western District of Michigan
> 330 Ionia, N.W.
> Grand Rapids, Michigan 49503


Judith A. Rowley
Certified Court Reporter

Gabrion 049495

and they were getting along well and she would be in touch with them soon.

Q Did she express some thought that she might marry this person Del or Delbert?

A Yes.

Q And that they were going to settle down in Arkansas?

A Yes. That was the gist of the letter.

Q Did anybody else around Newaygo County get correspondence from Rachael Timmerman?

A Yes. On or about June 14, '97 Crystal Roach, the Newaygo County Prosecutor, received a letter from Rachael Timmerman. The letter basically recanted the rape charges and she did not want to pursue charges against Mr. Gabrion.

Q She said she made up the charges against Mr. Gabrion?

A Yes.

Q And she said, I hope you don't prosecute me for making a false police report?

A Yes.

Q All right. Did a judge in Newaygo County get a letter similar to that?

A Yes, judge Kevin Drake of Newaygo County also received a letter from Rachael Timmerman June 14, '97

Gabrion 049500

with basically the same information that she made up the charge, wanted the charge dropped.

Q    Were these letters also looked at in her handwriting?

A    Yes.  They were determined to be her handwriting.

Q    Now, did the envelopes appear distinctive or similar, the ones to her father, one to Crystal Roach and the one to Judge Drake?

A    Yes.  These were business size envelopes and they were prestamped with holograms which are kind of unusual.  They look like something from outer space.

Q    Like a space station?

A    Yes.

Q    Is it stamped where you usually put a stamp?  It actually is a holographic image that's attached to or part of the envelope when you buy it?

A    Yes.  It's already part of the envelope.

Q    Let me show you what I will mark as Exhibits 2, 3 and 4 and ask you if these are accurate photocopies of the letters.  I think I only marked one of the letters to her father, but --

A    Yes, these are the letters, copies of the letters.

Q    When you talk about this hologram stamp are you referring to this Xerox?

A    Yes.