# EXHIBIT 25

| Michigan Department of State Police | ORIGINAL DATE: Sat, Jul 05, 1997 | INCIDENT NO. 065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0096 | SUPPLEMENTARY DATE Fri, Apr 30, 1999 | FILE CLASS 09001 |

| INCIDENT STATUS |
|---|
| Open |

# MURDER - "JANE DOE"

**JOURNAL:**

| 03-09-99 | D/SGT. MILLER | The U.S. Corp of Engineers is scheduled to make an appearance on March 30, 1999, to inspect Oxford Lake. Hopefully, some technique is available to resolve the issue if additional bodies remain within the lake bottom. |
|---|---|---|
| 03-30-99 | D/SGT. MILLER | Inspection of Oxford Lake has been made by the U.S. Corp of Engineers. Decision reached for a possible recovery operation in the first part of May of 1999. |
| 04-08-99 | D/SGT. MILLER | The undersigned has caused a nation wide search of all 50 states in an attempt to determine if GABRION'S 1984 Ford Ranger had ever been titled or recorded as recovered. Mecosta County had originally entered the vehicle as a felony auto, wanted; however, for reasons unclear, the vehicle was canceled. This officer caused the vehicle to be entered as a felony vehicle, associated with a missing person, and to protect for prints, on 4-07-99. Mecosta County being contacted to determine if they could show the date of cancellation. Perhaps an off-line search of NCIC is needed for the uncovered dates which the vehicle was not listed as wanted. |
| 04-29-99 | D/SGT. MILLER | Tentative date for the Corp of Engineers to search Oxford Lake is May 13, 1999. |

**OTHER PERSON:**

NAM: ALLIENE MARIE WOLFE  
NBR: 314   DIR:  
STR: MACOMBER  
SFX: STREET      APT/SUITE: 23  
CTY: LAKEVIEW    ST: MI  
TXH:             ZIP: 48850  
TXW:  

RAC: W  
SEX: F  
DOB: ▮▮▮▮▮  
HGT: 5'08"  
WGT: 131  
HAI: BLN  
EYE: BLU  

ETH:  
OPS: MI/W410051585868  
SSN:  
SID:  
FBI:  
MNU:  
PRN:  

**CONTACT & INTERVIEW, 4-28-99, ALLIENE MARIE WOLFE:**
MISS WOLFE appeared at the State Police Post, Wednesday, the 28th of April, following the request of this officer to meet with her. This officer reviewed with MISS WOLFE, D/SGT. JEFF LENTZ' report, dated August 23, 1997, in which he and Det. VANBELZEN interviewed MISS WOLFE regarding her knowledge of

| PAGE 1 of 4 | INVESTIGATED BY D/SGT RICHARD C MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

**0003447**

Gabrion 00404

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| **Michigan Department of State Police** | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0096 | Fri. Apr 30, 1999 | 09001 |

MARVIN GABRION and JOHN WEEKS.  Some further explanations were provided regarding DET. LENTZ' report.

In explaining the June 22, 1997 date as the day she last saw JOHN WEEKS, she recalled that she was able to determine that date by reference to her baby-sitting calendar.  During that time period, she was baby-sitting for her cousin, CHERYL MCCLURKEN.  She estimated she saw JOHN about 12 noon that date and it was perhaps 3 or 4 hours later that same date she was contacted by LANCE, asking for the whereabouts of JOHN.

MISS WOLFE recalled the day prior to JOHN WEEKS and LANCE scheduled departure to Texas, she was contacted at the MCCLURKEN residence by LANCE, asking her to come down to the post office in Howard City, as he supposedly had something to show her.  She went to that location, met with the subject in which they engaged in idle conversation and he never did display anything to her.

She recalled that after JOHN WEEKS was last seen, LANCE came back around several times, asking her questions.  In turn, he was speaking to CHERYL MCCLURKEN, her cousin.  MRS. MCCLURKEN, at one point in time, got extremely upset with GABRION coming around the house, asking for ALLIENE that she threatened him and told him if he did not leave she would be calling her husband and he would make sure that he left.  At about that point in time, the subject discontinued contact with the MCCLURKEN residence.

In attempting to explain WEEKS' whereabouts during that time period, she advised that he was living on the street, because his mother and grandmother had kicked him out of the home.  She explained that the WEEKS' family, in general, did not like JOHN WEEKS, as he was born out of wedlock and his mother had a terrible reputation.  Supposedly JOHN WEEKS' true father was never known to the mother, as her sexual contacts were numerous and quite varied.

In review of MR. WOLFE'S description of the LANCE vehicle, she recalled it was a late 80's model, maroon colored, Chrysler New Yorker, which had a maroon colored crushed velvet interior.  She described the vehicle as being a nasty faded red color and the vehicle was contaminated with dog hair from the dog named as Yogi that GABRION kept company with.

Regarding her prior statement to DET. VANBELZEN and DET. LENTZ that LANCE had once made claim that he knew of a girl being murdered, bound and gagged, feet tied with twine and blocks, she corrected that and stated she had only read that story in the Big Rapids newspaper while visiting a friend of Big Rapids by the name of MIKE GUNN.  She explained that JOHN WEEKS and herself would often go to MIKE GUNN'S home to visit and would swim in the Muskegon River.  After reading the article in the paper, she felt uneasy about swimming in the river, should she encounter a dead body.  It was LANCE GABRION who transported them from Big Rapids back towards Howard City, had overheard her conversation and then made the comments, having a smile on his face, saying it was nothing to worry about.  She discounted that LANCE GABRION made the initial statement.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT RICHARD C MILLER #75 | | |
| 2 of 4 | | | |

0003442

Gabrion 004044