# EXHIBIT 26

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| **Michigan Department of State Police**<br>**ORIGINAL INCIDENT**<br>**REPORT** | Sat, Jul 05, 1997 | 065-0002363-97 |
| | TIME RECEIVED | FILE CLASS |
| | 2338 | 09001 |

D/Sgt. Babcock appeared before 78th District Court Judge Kevin Drake and provided testimony on the affidavit. Document was transported to the scene for service by Newaygo County Sheriff Dept. Lt. Don Myers and given to the undersigned officer. During execution of the warrant, subjects David Gabrion and William VanderStelt were no longer present.

Evidence Tech.'s Tpr Ronald Nelson and Richard Tucker of the Newaygo Post arrived upon the scene and processed the home for trace evidence. The undersigned officer, having additional interviews to conduct, rejoined the tech's at approx. 9:00 p.m. The search was completed at 12:30 a.m. of Sat. 07-19-97. Officers cleared the scene at approximately 1:00 a.m. The initial search starting at 10:30 a.m. on 7-18-97.

Return of the warrant/inventory made to the court via Prosecutors Roach. An Order of suppression had been granted by the court for the non disclosusre of the affidavit during its service.

## ITEMS SEIZED/RETURN OF WARRANT:

A return /inventory of items seized was left upon a table in the lower unit of the dwelling. Officers secured the home and locked the doors.

Item #45: Evidence envelope containing 9 packets of hairs & fibers collected from the stairwell of the upstairs entrance way.

Item #46: Evidence envelope containing (20) tape lifts of hairs and fibers from stairwell of upstairs entrance way.

Item #47: Evidence envelope containing hairs, fibers and debris, collected from the floors of the kitchen and living room .

Item #48: Evidence envelope containing collections of a brown crusted stain upon bedroom wall, upstairs bedroom.

Item #49: Evidence envelope containing a control sample smear of wall surface nearby the brown crusted stain.

Item #50: Envelope containing a bed sheet obtained from mattress from southeast upstairs bedroom.

Item #51: Evidence bag containing an orange colored wool blanket and bed cover, white with flower design, obtained from a 5 gallon plastic pail in lower section of building.

Item #52: Blue and green colored quilt, and bluish colored sheet, located upon floor of lower section building.

Item #53: Yellow lined note paper with writing upon such.

Item #54: Letters of correspondence to "Monsieur Marvin Gabrion."

Item #55: Approximately five (5) feet of chain.

Item #56: Two partial rolls of gray colored "duct" tape.

Item #57: Two (2) W-2 Wage & Tax statement forms for Marvin C. Gabrion.
One (1) Quality Farm & Fleet receipt, date 6-26-97.
Two (2) photographs.
Torn label with name George Egbert.

Item #58: Three (3a) cassette tapes, no title.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>17 of 19 | D/SGT. RICHARD C. MILLER #75 | | |

Gabrion 003301