# EXHIBIT 27

COPY FOR: RECORDS/FILE                INCIDENT REPORT                RUN TIME 10:22:48
                                        225 S. STEWART                 RUN DATE- 1/08/01
TELEPHONE:231-592-0150           BIG RAPIDS MI 49307

---

INCIDENT # -     4225-97A   FILE CLASS-13001/            STATUS-CLOSED
   /TOWN   - 006 -DEERFIELD TOWNS LOCATION - 11420 5 MILE RD
OFFENSE    - 1313 ASSAULT & BATTERY/SIMPLE ASSAULT
MAIN BADGE: 54  -018     ASST1: 54  -007
OCCURRED  - 6/27/97 20:05                                              ZONE-
REPORTED  - 6/27/97 20:06          RESPONSIBLE-54   -MECOSTA CO. SHERIFF OFC.
ARRIVED   -         00:00          RESPONDING -54   -MECOSTA CO. SHERIFF OFC.

---

NARRATIVE:

INITIAL INFORMATION:

Central Dispatch informed Deputy CHAMBERLAIN and Sgt. ARNSON of
an assault complaint.  The victim/complainant reported to Dispatch
that the man living above the old Altona Store had knocked the
victim off a riding lawn tractor and assaulted the victim.  In turn,
the lawn tractor continued moving and struck a van.  The deputies
arrived on scene at approximately 2049 hours on 06-27-97 to
conduct the investigation.

INTERVIEW VICTIM/COMPLAINANT (DENNIS BACON):

He said at approximately 0900 to 0930 hours on 06-27-97 Marvin
GABRION had come over to his property.  GABRION had apologized
from a disagreement that happened on a previous night.  Later on
that day, GABRION had come back over to his property and asked
him not to mow around the trees on GABRION's side of the property.
GABRION was drunk at the time so he told him he would no longer
mow that grass, but told GABRION to stay off his property from
now on.

Just prior to making the call to Dispatch about the incident, he
was mowing the grass on the property he owns across from 5 Mile
Road, northeast from his house.  Unexpectedly, GABRION had come
over to where he was mowing and grabbed his shirt on top of the
left shoulder and pulled him off the lawn tractor.  He fell off
the left side of the tractor and fell on the ground, hurting his
left shoulder.  GABRION then stood up, raised his arms in the air,
and said, "You want to die, mother-fucker, come on."

As he immediately got up from the ground, he punched GABRION
with his right fist in GABRION's left eye.  That was the only time
he punched GABRION.  GABRION fell immediately to the ground and
he started wrestling with GABRION.  They both stopped wrestling
when GABRION said he had enough.  He then told GABRION not to
fuck with him ever again.  GABRION just walked back to his
property, got into a vehicle and drove off.  He suspected GABRION
was highly intoxicated.

In the meantime, when he was knocked off his lawn tractor, the
lawn tractor was in second gear and continued forward until
striking his parked van.  The front end of the tractor struck
the van in the driver's side left tire.  He said there was no
damage to the van; however, the hood of the lawn tractor is bent

Gabrion 007188

```
COPY FOR: RECORDS/FILE          INCIDENT REPORT               RUN TIME 10:22:48
                                225 S. STEWART                RUN DATE- 1/08/01
TELEPHONE:231-592-0150          BIG RAPIDS MI 49307
```

```
INCIDENT # -     4225-97A  FILE CLASS-13001/           STATUS-CLOSED
  /TOWN    - 006 -DEERFIELD TOWNS LOCATION - 11420 5 MILE RD
OFFENSE    - 1313 ASSAULT & BATTERY/SIMPLE ASSAULT
MAIN BADGE: 54  -018    ASST1:      -007
                                                                        ZONE-
OCCURRED  - 6/27/97 20:05
REPORTED  - 6/27/97 20:06      RESPONSIBLE-54  -MECOSTA CO. SHERIFF OFC.
ARRIVED   -        00:00      RESPONDING -54  -MECOSTA CO. SHERIFF OFC.
```

NARRATIVE CONT:

out of proportion.

INJURIES:

The victim had an approximate 1 1/2" small laceration that was horizontal below the right eye on his right cheek. The victim also complained of pain in his left shoulder. The victim reported he hurt his shoulder when he fell to the ground after being knocked off his tractor and probably received the laceration when he was wrestling with the offender. The laceration was not completely through the skin.

It is unknown if the offender sustained any injuries.

PROPERTY DAMAGE:

The victim's lawn tractor's hood was bent out of its normal position; however, the hood did not appear to be dented. There was a scuff mark on the victim's van's tire; however, the van did not appear to have any damage.

The victim's shirt was torn to a non-repairable state. The shirt was a black T-shirt.

SCENE:

At the scene the deputies found a blue baseball style cap with a bass patch on the front and one 12 oz. can of Budweiser beer that was open. The items were approximately 30' west of 5th Street and approximately 100' north of 5 Mile Road. The victim claimed the items belonged to the offender and were left laying where the incident had taken place.

The victim's lawnmower was found to be at rest at the victim's residence and the victim claimed he had moved the tractor after the incident. There were two scuff marks which appeared to be indentions from tires spinning. The indentions were in proportion with the rear tires of the tractor and were located just south from where the victim claimed the tractor had stopped against his van.

ADDITIONAL INFORMATION:

The offender was not in the area and was unavailable for an

Gabrion 007189

PY FOR: RECORDS/FILE           INCIDENT REPORT            RUN TIME 10:22:49
                                225 S. STEWART            RUN DATE- 1/08/01
LEPHONE:231-592-0150           BIG RAPIDS MI 49307

---

ICIDENT # -     4225-97B   FILE CLASS-13001/            STATUS-CLOSED
  /TOWN   - 006 -DEERFIELD TOWNS LOCATION - 11420 5 MILE RD
FENSE    - 1313 ASSAULT & BATTERY/SIMPLE ASSAULT
IN BADGE: 54   -021
CURRED  - 6/27/97 20:05                                                ZONE-
PORTED  - 6/28/97 01:00       RESPONSIBLE-54   -MECOSTA CO. SHERIFF OFC.
RIVED   -        00:00        RESPONDING -54   -MECOSTA CO. SHERIFF OFC.

---

RRATIVE:

INITIAL INFORMATION:

On the above listed date and time, the U/S responded to 11415 West
5 Mile Road, Altona, reference an assault that had occurred on
6-27-97 at approximately 8 A.M.

Upon arrival the U/S met with the complainant, Marvin Charles
GABRION.  The complainant stated on 6-27-97 at approximately
8 P.M., he went across the street where he stated he attempted
to contact a neighbor by the name of Dennis BACON, who was mowing
a lawn across the street from the complainant's residence.  The
complainant advised he was attempting to question Mr. BACON
reference damage to a dog dish on his property.  The complainant
advised upon approaching his neighbor who was on a riding lawnmower
mowing the lawn, he stated, "Do you know anything about my dog
dish being broken."  The complainant advised the U/S at this time
Mr. BACON lunged off the tractor, attacking him, jabbing his thumb
into complainant's left eye, causing his eye to swell shut.  The
complainant advised that after being assaulted, he left the scene
and attempted to file a report with the M.S.P., Lakeview Post,
but was unable to do so.

STATUS:

Closed, T.O.T. Deputy M. CHAMBERLAIN #27.

Deputy T. STANDEN #22.

mlf  6-30-97

---

PORTING OFFICER   _____   DATE ___/___/___
   TYPIST - MLF            DEPUTY TIM STANDEN

VIEWED BY         _____   DATE ___/___/___

Gabrion 007191