# EXHIBIT 28

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0009 | SUPPLEMENTARY DATE<br>Thu, Jul 24, 1997 | FILE CLASS<br>09001 |

| INCIDENT STATUS<br>Open | Computer #1 |
|---|---|

# MURDER - "JANE DOE"

**CONTACT & INTERVIEW BIO CHEMICAL INCORPORATED:**

Bio Chemical Inc. of 1049 28th Street, Grand Rapids, Michigan, phone 616-248-4900. Contact was made with a RENEE CHERRY, Administrative Assistant. This corporation contacted reference to item #67, a blue colored insulated container bearing the markings of the above company. This item was seized from the home of MARVIN GABRION in the village of Altona, Michigan.

MS. CHERRY acknowledged that they had an account with the Altona Christian Book Store, in which they had run a series of sample testing for contaminated soil. The account was in the name of the Altona Christian Book Store, C/O MARVIN GABRION. Her records reflected that the first testing occurred on March 3, 1997. A second testing occurred on April 1, 1997, and on July 1, 1997, he had brought in a sample. She advised there is currently an outstanding balance on the account. Upon being told that this officer had one of their containers, she believed it most likely that he had received that container upon his last appearance date, for the purpose of one additional soil sample.

MS. CHERRY explained that her corporation does independent testing for environmental concerns, and it appears that MR. GABRION was attempting to test a contamination site for the DNR.

**STATUS:**
Open

| | INVESTIGATED BY<br>D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>1 of 1 | | | |

0000120

Gabrion 003435