# EXHIBIT 29

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| **Michigan Department of State Police** | Sat, Jul 05, 1997 | 065-0002363-97 |
| **SUPPLEMENTAL INCIDENT** | SUPPLEMENTARY DATE | FILE CLASS |
| **REPORT 0041** | Thu, Oct 23, 1997 | 09001 |

**DEBRA DROSTE**
4460 Oakleaf Street
Grand Rapids, Michigan
Telephone # (616) 942-0237

On 10-17-97 at 4:15 P.M. I met with DEBRA at the above address. DROSTE advised me her husband is a physician who specializes in pediatric opthamology. DROSTE advised when MARVIN GABRION was originally seen by her husband's office another doctor by the name of MICHAEL SPENCER, M.D. was working as an associate with her husband. Since that time, SPENCER has left that practice. DROSTE went on to state they first saw MARVIN GABRION on 7-01-97 from a referral from Butterworth Hospital. GABRION had been referred to their opthamology practice by Dr. JIPSON, who is the emergency room doctor that attended GABRION'S eye injuries on 6-30-97. Because Dr. DROSTE was on call that weekend, his office received the referral of MARV GABRION.

According to DROSTE, on 7-01-97 GABRION came into their office located in the East Paris Medical Center at 1000 East Paris, S.E., Suite 250, Grand Rapids, Michigan, 49546, telephone 957-0866. GABRION was treated by Dr. SPENCER for abrasions on his eye and was given some ointment to apply every three or four hours. At that time, DROSTE advised GABRION wanted a letter written by Dr. SPENCER documenting the injury to his eye. GABRION further wanted that letter mailed to him. On 7-02-97 at 2:00 P.M. GABRION called Dr. DROSTE office and stated he wanted the above mentioned letter written in layman's terms and sent to him. On 7-07-97 GABRION came into Dr. DROSTE'S office and was very disturbed and was talking in a loud voice. GABRION was upset about the letter Dr. SPENCER had written about his eye injuries because it was worded in a technical manner and he wanted the wording changed. Because of his behavior, GABRION was taken into another room in the doctor's office so he could be calmed down. Subsequently GABRION left and stated he would be back on 7-10-97 for follow-up treatment. However, he never showed for that appointment.

During his interview with the attending emergency room doctor at Butterworth Hospital on 6-30-97, GABRION indicated he had gotten into a fight with his neighbor and the neighbor had put his thumbs into GABRION'S eyes which resulted in the injuries he was reporting. This story corresponds with Mecosta County Sheriff Department incident report #4225-97 in which GABRION'S neighbor reported being assaulted by GABRION. For additional on that report see the attached incident information.

Mrs. DROSTE also advised me that two of her husband's employees, CHRISTIE HUMESTON and CAROL MEETER, were both present on 7-07-97 when GABRION returned to her husband's medical office and caused the above mentioned disturbance. DROSTE advised both of those women could be contacted if needed.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 4 of 8 | D/SGT. ROBERT A. SCHUMANN #226 | | |

**0000582**