# EXHIBIT 30

| | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| Michigan Department of State Police | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0026 | Tue, Sep 02, 1997 | 09001 |

MAGNANS advised his son's name is BOBBY MAGNANS, he lives in the Grand Rapids area at this time, and is working for a roofing company, which he does not know the name of. He states he will get in touch with his son and have his son contact us for interview. MAGNANS further advised of a MARK VANDENTORN of Brohman, Michigan, who has an auto body shop next to the old Kaley's Bar, states that MARK VANDENTORN knows the GABRION family, and might be able to supply us with their whereabouts.

**OTHER PERSON:**

| | | |
|---|---|---|
| NAM: JEFFERY ALLEN BASSETT | RAC: W | ETH: |
| NBR: 9729      DIR: S | SEX: M | OPS: |
| STR: THORNAPPLE | DOB: ▓▓▓ | SSN: |
| SFX: ROAD | HGT: | SID: |
| CTY: NEWAYGO        ST: MI | WGT: | FBI: |
| TXH:                ZIP: 49337 | HAI: | MNU: |
| TXW: | EYE: | PRN: |

**INTERVIEW JEFFERY ALLEN BASSETT:**

JEFFERY BASSETT was interviewed at the Newaygo Post by D/SGT. MILLER, D/SGT. NORMAN, and TPR. MURPHY. BASSETT states he lives in a trailer adjacent to his mother's home at 9729 S. Thornapple. There, his mother JULIE HOFFIUS, step-father, KEITH HOFFIUS, and his two brothers, live there. He was asked if he had a girlfriend, and he stated he did, a TRACY LYNN CARTER, w/f, dob ▓▓▓ residing on the corner of 60th Street and Division in a trailer court, Kentwood, Michigan, phone 261-4002. He was asked if his girlfriend, TRACEY, had a daughter. He stated, "Yes, we have a 16-month-old daughter together, AMBER MAY BASSETT. He further advised that he has an ex-wife, TRACEY SCHULTZ, who also has two kids, a 7-year-old female and 12-year-old female, and they live in Pine City, Minnesota. As to what he does for work, he advised he owns a construction company called Bassett Construction. He uses his mother's address for the business address. He advises that he has three brothers, DAVID, MIKE, and TIM, and one sister, MELISSA GRICE, 17-years old, of Kent City, phone 696-4992.

He was asked how long the trailer was at the Cutler Road location, and he stated a month. He advised the trailer belongs to his brother, DAVID. DAVID brought the trailer from a subject at County Line Road, north of M-82. He advised he could take us there. He advised that the purchase of the trailer was made this past April or May, that there was no title exchanged between his brother and the trailer owners. The trailer was purchased without a title for $900. He states the out-of-state Ohio trailer plate was on the trailer when his brother purchased it, and is still on it.

JEFFERY was asked if he knew how the cycle got to the camp. He stated that TRACEY told him that LANCE brought the cycle, asking that it be stored there. He thought it was strange that they would be storing a bike chained to a tree, but didn't question it because the story they were told about the owner of the cycle, having to pay extra for extra vehicles at the campground. JEFFREY was asked how the trailer got to the campsite, and he stated, "I towed it there." "This is the same trailer from the campsite at your mother's residence?" He said, "Yes." "How did you tow it there?" He advised with his red and white Blazer." He further advised that KEN SNAVELY towed it from where it was purchased on County Line Road to 100th

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 8 of 13 | D/SGT. RICHARD C. MILLER #75<br>D/SGT. HARRY NORMAN | | |

0000085

Gabrion 003545

| | |
|---|---|
| **Michigan Department of State Police** | **ORIGINAL DATE** Sat, Jul 05, 1997 |
| **SUPPLEMENTAL INCIDENT REPORT 0026** | **SUPPLEMENTARY DATE** Tue, Sep 02, 1997 |

| | |
|---|---|
| **INCIDENT NO.** 065-0002363-97 | |
| **FILE CLASS** 09001 | |

Street. He was asked, "How long was it at the river site, and he stated, one and a half months. He was then asked, "Who towed the Blazer from the river?" and he stated his brother DAVID towed it with his Blazer to his mother's home on Thornapple. He was then asked what time frame he was living at the river camp site. He stated his brother "DAVID was living in the trailer. I was staying in the tent. I came back from fishing with my cousin, DANNY, and TRACEY was talking with LANCE. He wanted to store the motorcycle because he was living at a campground and didn't want to pay for a third vehicle. He had a Chrysler car, a Ford pickup, and a motorcycle. He also brought out a flat bottom boat and said that we could use the boat. The boat was gray. It was 12' long, and had three seats in it. The boat had no trailer and was being transported in the pickup truck." He states LANCE brought the boat around in the early afternoon.

He further stated, "We did not see LANCE'S camp, but my cousin DANNY, found it down the road from us. I thought that was funny. He was camped with a pup tent. We knew it was him because of his maroon vehicle that was parked there." At this point, JEFFREY was asked to describe the motorcycle. He stated that it was a road bike, either a 650 cc or a 550 cc. He doesn't know what make it was. He was asked how many times he saw VANCE at his campsite. He stated the first time he showed up with the motorcycle. The second time he was back with the maroon vehicle. The third time, he was back with the truck. And the fourth time, I just saw him on the road in passing. JEFFERY was asked how the bike was chained to a tree, and he stated, "I don't know what kind of chain, but I believe it was a Master lock that was on it.

Note, at this point, I had to leave the interview room because of a page. When I returned I listened to the interview in progress. JEFFERY stated, "LANCE left a note on the trailer with my name on it, DAVID, DANNY, and NICK. The note said, "I was out 2:00 p.m., State Police was here with me and will be back at 6:00 p.m. We waited, no one showed." The following day, JEFFERY believes it was July 4, he got a telephone call from LANCE while he was up at his grandmother's house, north of Baldwin. He told of his motorcycle being stolen, and wanted it back. He did this in a threatening manner. JEFF stated he did not know how LANCE had gotten his grandmother's phone number, but was very uncomfortable knowing that he had made the phone call.

JEFFERY was asked if he knew of a JOHN WEEKS, and he stated, no. He did advise that he knew a DANA and DARRYL WEEKS, but no JOHN WEEKS.

**OTHER PERSON:**
NAM: DAVID GEORGE BASSETT
NBR: 9729     DIR: S
STR: THORNAPPLE
SFX: ROAD
CTY: NEWAYGO        ST: MI
TXH:                ZIP: 49337
TXW:

RAC: W        ETH:
SEX: M        OPS:
DOB: ▮▮▮▮▮    SSN:
HGT:          SID:
WGT:          FBI:
HAI:          MNU:
EYE:          PRN:

**INTERVIEW DAVID GEORGE BASSETT:**
DAVID BASSETT states he purchased a trailer in April, on County Line Road. He advises that he got a receipt for it. The receipt has $500 on it, but he clarified that was done for his tax purposes. He states the

| PAGE 9 of 13 | **INVESTIGATED BY** D/SGT. RICHARD C. MILLER #75 D/SGT. HARRY NORMAN | **REPORTED BY** | **REVIEWED BY** |
|---|---|---|---|