**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) 1:15-CV-00447 |
| | ) 1:99-CR-76 |
| Movant, | ) Capital §2255 Proceedings |
| | ) Hon. Robert J. Jonker |
| v. | ) Chief U.S. District Judge |
| | ) |
| UNITED STATES OF AMERICA, | ) Movant incarcerated at: |
| | ) USP Terre Haute |
| Respondent. | ) Reg. No. 09184-055 |

*CONTINUED EXHIBITS*

**MARVIN GABRION'S REPLY TO THE GOVERNMENT'S RESPONSE IN
OPPOSITION TO MOVANT'S AMENDED MOTION TO VACATE, SET ASIDE,
OR CORRECT HIS SENTENCE**