# EXHIBIT 31

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Jul 05, 1997 | INCIDENT NO.<br>065-0002363-97 (01) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0114 | SUPPLEMENTARY DATE<br>Wed, Mar 28, 2001 | FILE CLASS<br>09001 |

D. Grossenbacher: Okay. I just wanted to know a reaction from them, but that's fine if you don't want.

M. Gabrion: What do you think a reaction would be?

D. Grossenbacher: Well, I'm saying I got a reaction from the victim's families and I didn't have any set—you know I called your attorneys and they never returned my phone calls. So, it's a pretty one-sided.

M. Gabrion: Yeah, the attorney said that you said it was just too much work to look up the articles that I requested.

D. Grossenbacher: I said I couldn't—I said I could. You know, we talked to 'em and if you had any questions, but he didn't seem to really care, you know, if I sent them or not.

M. Gabrion: Yeah, because he's not—as soon as I get to court and I get the capabilities, I'm gonna fire him. It's just unbelievable the amount of total lies and bullshit that these attorneys have done to me.

D. Grossenbacher: Uh-huh.

M. Gabrion: And I've sent 11 requests to the Court to appear in the court. You can read in the Bible and everywhere that anybody has the right to go in front of a judge that has got the charges against him. I've sent 11 requests. The last time I was in the courtroom was the day I stood up and said I want to be my own attorney. I said if these guys want to sign an agreement to be truthful with me, I'll continue to give them another chance and that's what we did in the courtroom, right. They never signed any agreement to be truthful and have continued to lie to me for 20 months while the judge pays over $50,000 to these people to supposedly defend me. When they've got a pubic hair of a girl, they know exactly who left the pubic hair there. They know that Charles Cass' fingerprints are on the chain that was found on the body. There's absolute—this is the most ridiculous total lie and government system that's ever been.

D. Grossenbacher: Now, what—what about the charge—I know there was a charge against you previous with Rachael, a charge of rape. What, do—

M. Gabrion: Even that, you know they had jury trial, it was set for jury trial about six months later, right.

D. Grossenbacher: Uh-huh.

M. Gabrion: After she disappeared and they put in the paper that she had a hearing to go to in another week or so. It was just total bull-shit. It was set for jury trial like a lot longer. The rape kit

| | INVESTIGATED BY<br>D/SGT RICHARD C MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE<br>6 | | | |

0001536

business here."

the blocks were on the sign

Charles Cass

Battle Creek. 161 E. Michigan = sign up for all 3 20 minute visits. "If you come by yourself, you get the whole hour."

had to call his mom - "I may never get out again to get on the phone the way these people are doing me."
"I want my family left alone. They have been totally harassed." reaction "What do you thing a reaction would be."

"As soon as I get to court and I get the capabilities, I'm going to fire him. It is unbelievable the amount of total lies and bull shit that these attorneys have done to me. I have sent 11 request to appear in the court to appear in the court. You read in the bible and everywhere that anybody has the right to go in front of the judge that has got the charges against him. The last time I was in the courtroom was the day I stood up and said I wanted to be my own attorney. I said if these guys want to sign an agreement to be truthful with me, I will continue to give them another chance. That is what we did in the court room, right. They never signed the agreement to be truthful and they continued to lie to me for 20 months while the judge pays over $50,000 to these people to supposedly defend me when they have a pubic hair of a girl. They know exactly who left the pubic hair there. They know that Charles Cass" finger prints were on the chain that was found on the body. This is the most ridiculous total lie in government system that there has ever been."

Charge of rape?

"It was set for jury trial about 6 months later after she disappeared and they put in the paper that she had a hearing to go to in another week or so. This is total bull shit. It was set for jury trial a lot longer. The rape kit showed that she didn't have sex. I have a copy of the rape kit. I do in my papers that are at my moms house again. It showed that she never had sex. Semen don't just wash out. Once it goes in, it is in. When they do a rape kit, they put a swab up inside the woman and if it comes out negative, she never had sex, period. She never had sex. I haven't had sex since 1984 when my wife murdered my daughter through abortion, period. My semen has not been