# EXHIBIT 32



## Investigative Services

P.O. Box 2926    Grand Rapids, Michigan    49501-2926
TX (616) 451-8691  thubbard@iserv.net  Fax (616) 456-5558

February 2, 2000

Attorney Paul Mitchell
The Waters Building
161 Ottawa NW
Grand Rapids, MI  49503

Re:  Gabrion

Dear Mr. Mitchell,

Enclosed please find my original interim invoice number 5, with a copy attached for you.  Please sign as needed and forward to the Court clerk as necessary.  Interim invoice number 1 has been paid, however, invoices numbered 2, 3, 4, and 5 are outstanding at this time.  Thank you for your assistance in this matter.

Sincerely,

Patricia E. Hubbard
Icarus Investigative Services

encl.  original and copy, completed form and invoice



## Investigative Services

**P.O. Box 2926    Grand Rapids, Michigan    49501-2926**
**TX (616) 451-8691** thubbard@iserv.net  Fax (616) 456-5558

February 2, 2000

Michael J. Polkowski
Financial Administrator
United States District Court
Western District of Michigan
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI  49503

Re:  Gabrion

Dear Mr. Polkowski,

Enclosed please find my interim invoice number 5.  Interim invoice number 1 has been paid, however, invoices numbered 2, 3, 4, and 5 are outstanding at this time.  Thank you for your assistance in this matter.

Sincerely,

Patricia E. Hubbard
Icarus Investigative Services

encl.  completed form and invoice