# EXHIBIT 33



## Icarus

### Investigative Services

**P.O. Box 2926    Grand Rapids, Michigan    49501-2926**
**TX (616) 451-8691**  thubbard@iserv.net  Fax (616) 456-5558

March 19, 2001

Attorney Paul Mitchell
Mitchell & Zambon
161 Ottawa       5th floor
Grand Rapids, MI  49503

Attorney David Stebbins
330 South High Street
Columbus, Ohio  43215

Dear Mr. Mitchell and Mr. Stebbins,

As I believe you were both aware, I've been caught up in on-going investigations and second chair work on a murder trial which lasted nearly three weeks.  This letter is partially in response to a call from David during trial regarding two areas of investigation we'd discussed previously.

The actual report on Zylstra has been requested; I will provide it when it arrives.  David had also asked what follow-up there had been on the landlady in Trufant.  I referred back to my last notes in which I could locate this issue.  The address of 1100 Kohler POB 91 Rd. Trufant MI  49347 appears to be the most likely address, probably from approximately 1996.  My notes had indicated not to follow up at this time; apparently there was miscommunication.  This check shouldn't be difficult to pursue, however.  Finally, though it was not discussed by phone with David, I have not yet followed up with Schmaltz and Armstrong regarding the package with their interviews and the sketch of the person with whom Timmerman was last seen.

I would be willing to make time to "catch up" in these areas but I hesitate now to do so because of my outstanding invoices.  I'd been assured  by David  at our last meeting that nonpayment was the result of an error that would be resolved  quickly.  However, this was more than a month ago.  These are invoices from December of 2000 and February of this year.  I am financially unable to continue to front costs and expend time without prompt compensation.  You're aware that this is a small office.  This business has several times experienced financial difficulties which were the direct result of nonpayment in this case matter.  I have even had to cover costs, and when this was difficult, requested Paul's office to so, as with the weather data costs.  I had no response, and eventually paid the costs myself rather than ruin the good relationship I have with service vendors.  Funds that should have been available for other cases have been consumed by this case. This has jeopardized my ability to provide quality services, and at times has caused me to turn away new cases that might require substantial out of pocket costs.  During the prior period when I had gone many months without payment in this case, even "normal" costs became a strain.

1

Page Two

I have heard nothing in regard to this payment problem since last we met.  I would expect at this point to be given some assurance in writing regarding compensation before I spend additional time on this case including the work set forth above.

As we discussed some weeks ago, I have had difficulties with equipment in the office.  Please e-mail when possible, and do not attempt to use the fax connected to the telephone #/computer.  When faxing, please be sure to use the dedicated fax line, which is 616-456-5558.

I hope to receive something soon which will enable me to continue work on this case.


Sincerely,


Patricia E. Hubbard

2