# EXHIBIT 34



## Icarus

## Investigative Services

**P.O. Box 2926      Grand Rapids, Michigan      49501-2926**
**TX (616) 451-8691**  thubbard@iserv.net  Fax (616) 456-5558

April 16, 2001
BY FAX

Dear Paul,

I'd like to meet with you this week to discuss Gabrion.  I received a call from you last week, but no message.  In the future, I would appreciate it if you could leave a message as to what you're calling about; it's possible that if you were to do so I could address that questiuon or concern in a return call or fax.

If this case matter is why you were calling, please see if you have time to meet either Thursday or Friday this week, preferably either very early (7:30 or so) or around the noon hour;  perhaps for coffee or lunch.  Otherwise, I have a number of family and work situations keeping me out of the office most of the time and will be unavailable most of the week.  If Thursday or Friday are not good for you, please propose a day and time next week and I will make every effort to accommodate you.  If you were calling in regard to a different matter, please feel free to set up a time to talk about it and we could attempt to cover both.

I am unsure whether or not you understood my letter to you and David Stebbins.  It is not just that I have not yet been paid for invoices outstanding for four months, or even that it has happened throughout this case since 1999.  It is primarily that I had finally asked for written assurances from you and David Stebbins that I would be paid, by your firms, within a certain amount of time if not paid by the government.  I received a very pleasant letter from David Stebbins, but it did not contain these assurances nor address the issue directly.  Given that my hourly rate in the Gabrion matter is less than half that of the lowest compensated person on the team, I can't see why that would be a problem.  As I told you, excessive delays in remuneration are causing problems in my business in terms of being able to front costs in other cases.  If I am not able to work other cases, I would be out of business given the erratic payments in this matter.

I would also like to discuss with you when we meet my lack of information about what others are doing on this matter.  I don't feel I've been kept up to date on any of the issues in this case, only being informed in terms of a few team meetings, where it is quite difficult to pick up a sense of continuity as to the theory of the case.  The payment issue is only one of many examples of this.  I have never even received a copy of the Order you and David Stebbins said you'd received regarding payments in 2001; it would seem to me appropriate that it would have been sent to me as one of the two persons affected by the decision.

I had expected that my letter to you and David Stebbins would be taken as seriously by you both as I was when writing to you.  If you have not discussed my request, please do so before you and I meet. If you or David believe that this is not a workable situation, or that differences in personalities preclude team work, I would be happy to withdraw from working on the case.  I have no idea what the current status is, what our timeframe is, or any number of other pertinent facts.  As I said, I have not received this type of information all along.  If you would like to bring in another investigator and have the time to bring that person up to speed,

Paul Mitchell
Page Two
4-16-01


please advise me of this. I would of course complete the projects currently assigned so as to not further confuse or complicate the matter. Otherwise, I have to repeat that I will need some assurances that I will receive remuneration every sixty days, at very least; that I will be kept up to date by a call or note as to what we are aiming toward, and that we will attempt to work professionally to overcome small obstacles in order to further the actual case work. I am andf have been interested in working as a team to do the best possible job in this matter; if I did not wish to work on this case or be fully involved I would have withdrawn from the matter last year.

I look forward to hearing from you. If you would like to e-mail, my address is thubbard@iserv.net. I prefer this option when possible so that I can respond at times when others may not be in their offices.


Sincerely,



Patricia E. Hubbard
Icarus Investigative Services