# EXHIBIT 35



# Icarus

## Investigative Services

P.O. Box 2926
Grand Rapids, Michigan 49501-2926
Phone (616) 451-8691
Fax (616) 456-5558
e-mail  thubbard@iserv.net

***CONFIDENTIAL AND PRIVILEGED CORRESPONDENCE***

Attorney Paul Mitchell
40 Pearl Street NW
Suite 940
Grand Rapids, MI  49503

September 20, 1999
Delivered By Hand

Subject:  Gabrion
Re:       Case Investigation

Dear Mr. Mitchell:

In regard to the above captioned matter, I have compiled areas pertinent to the case that I would ask to meet with you about as soon as possible.  In addition to these, I have very specific questions that must be answered now, such as whether you would like photographic reproductions of the photos provided to us by the owners of the block building (see enclosed for those color copied as possibly pertinent.)  I must return the album soon, and do not want to alienate possible witnesses.  I realize you have several trials this month, but I believe it is important to take the time to discuss this case and the investigative role now.

I am not comfortable with my lack of understanding of the anticipated investigative function in this case.  I am concerned because we have not spoken regularly and because at this time I am uncertain how to proceed.  I would ask that you arrange for us to spend an hour to two hours going over the items I have noted on the attached pages so that I can effectively continue work in this matter.  I am willing to meet early, late, or on the weekend to accomplish this.

I would also like to obtain a complete copy of the file in this matter so that, at times when I am unable to reach you or your secretary, I will be able to review pertinent aspects of the case.  I find myself in need of particulars and it is not only burdensome and expensive to travel to the office to obtain small details; it also occurs that I need such details many times when I am working but your office is not open.  I think it would benefit the case for me to have a complete copy of the file, and to continue to be copied as additional information becomes available.

Page Two
Gabrion
Letter to Attorney Mitchell


My schedule for Thursday of this week is relatively open from mid afternoon to early evening. I could meet at various times throughout the day on Friday, or on Saturday at any time. I could be available on Monday or Tuesday of the week of the 27th. Please advise me as to when we can accomplish this.


Sincerely,



Patricia E. Hubbard
Licensed Private Investigator
Icarus Investigative Services




Enclosed:  photos and photo copies, evidence
           photo copies, photos of block building construction
          photo, possible additional source of block
           samples of news stories with facts for follow-up
           some notes (may be redundant when compared to attached)

Initial Issues:

Jurisdiction: effect of outcome on investigation
Relationship of Weeks, Davis, Gabrion, Gabrion's brothers, to Rachel
Rachel's reputation in the community
Persons who had access to block and on whose property would be found chain, tape, etc. besides
Gabrion; who also knew Rachel
What persons knew Rachel and were seen with her last (day she left, next day in town)
Where is baby? What info and from whom that she was taken out of state?
Who were, and Where were persons with possible motive? (families, baby's father, "Eddie", other
persons Rachel was friends with or who Rachel socialized with)
WHO was at campground
WHO was card located at campsite sent to? ("Son in LAW")

IN NEWSPAPER, ROACH CLAIMED TO HAVE CONDUCTED 400-500 INTERVIEWS. WE NEED
THESE NOW. Claimed baby was alive, taken out of state. We need all such reports (silent
observer? who?)

Evidence:

Forensic pathology analysis of body - what was learned? Drowned? WHAT ELSE?
Baby bottle nipples
Duct tape
burnt clothing, PARTICULARLY short pants
other clothing / would fit WHO? Do NOT think Rachel wore a woman's size medium
was plastic a diaper?
         -WE NEED ANALYSIS BY STATE/FEDS NOW so that we can locate possible/probable
sources and OTHERS WILL SAME in area (chain, cuffs, lock, paint, esp)
         -WE NEED TO SEE ALL EVIDENCE NOW
Signif. of dog hair? Dog hair was obtained? Match to anything on body?
I am trained in many details of forensics and should be included in any detailed discussions and
information by any experts, ours or theirs. If I cannot view evidence I will be unable to obtain or
even look for possible relevance to other aspects of investigation.

Witnesses:

Contact SISTER of Marvin - re: WHO AT CAMPSITE
Person who reported to prosecutor that baby was alive and taken out of state
Person who saw Rachel in town on 4th
"Eddie"
"Missing" persons; Bob Allen, Wayne Davis, Weeks
"Police Witnesses"; Lazos, both families (VerHage and Timmerman, in particular the baby's father
and Rachel's sister), Zylstra (neighbor who saw grinder and boat)
People who took block - need to locate several, but including Daryl Fenstermacher
Hardware owners in area

EX-WIFE of client in re: medical condition; medical care providers; behavioral changes
Need photos of most significant persons (Gabrion, Rachel, Weeks, Davis, Gabrion's brothers, Baby's father)

Initial Investigation:

WE NEED medical records release from client
Was paternity action filed against Verhage? Any proof he is baby's father?
WHO bonded Gabrion out of jail?  Was it in fact Wayne Davis, as he claims (would have meant he was alive AFTER Lazos claim was missing?)
Speak with all persons above, first locating friends or persons who knew them/friends of theirs in community, speak with ex-wife
Locate high school/work associates of Rachel's - background
Obtain SOS data on Rachel - where she went
Criminal history on all of the above in witness category
Info on "Eddie" - who? how knew?  how long?  why left with?  why not suspected until now?
Interviews to establish answers to each initial issue area

Investigative and Case Schedule:

Schedule is unknown to me- whether action is State, Feds, in limbo
Why?  What is hold up?  Will end result of jurisdiction have any effect on our investigation?  If not, we should proceed full force

Payment:

Unknown what "schedule" is anticipated; unknown what form, detail anticipated or requested/required;
Unknown why monies allotted cannot be expended now on the above matters
Unknown if expenses can be under separate reimbursement
Unknown if additional funds can be sought due to age/complexity of case