# EXHIBIT 37

United States District Court
Western District of Michigan
Robert Holmes Bell
United States District Judge

## MEMORANDUM

DATE:       January 24, 2000

TO:         Tim VerHey, Assistant United States Attorney

FROM:       Yvonne Carpenter, Secretary to Judge Bell

SUBJECT:    Marvin Gabrion, No. 1:99-CR-76

Judge Bell received the enclosed letter today from a prisoner who has had contact with Marvin Gabrion. He felt that this should be directed to you for your attention.

0006051

P. 1

From: Edward V. Horn
      49115-019
      Milan, Mich 48160

Dear Ms Roach,                                    Jan 18, 2000

I have enclosed the following items to help in your prosecution of Marvin Galvion #09184-055 for murder of more than one person.

#1. Picture of Christ wrapped in Plastic. I will explain to you or Mr. Gibson what this is all about, Along with Agent Gilligan

#2. You need to direct your agents/staff to entercist a Photo that was taken of Mr. Galvion on Jan 13, 2000 in the Visting Rm approx 1:30 in the afternoon at Milan F.C.I. Milan Mich. 48160   I can explain the reasoning behind this also.

#3 Journal Notes from 11-8-99 to 1-18-2000

Please, I beg you this man cannot go free he is a murder. I had an indelt talk with him 1-13-2000, in the visiting

0006052

Pg2

Last I'm going to end my term of incarceration and go home Feb 28, 2000, so don't think for a moment I'am wanting Prison time reduced. I'm just concerned for my family safety and make sure Mr. Galvion is convicted of what I Know he's ~~done~~ and told me about. Before I was being selfish but I Know its the right thing to do and thats help you and the Federal Goit to bring this man to Justice.

Sincerly

*[signature]*

**0006053**



Mr. Edward V. Horn
Box 1000-49115-019
Milan, Mich. 48160

Priority Mail

U.S. Federal Building
Att: Mr. Gilson
616 Federal Bld
110 Michigan St.
Grand Rapids, Mich. 49



0006054

'Pg'    Journal    Charlie Gabrion

Note: First thing I asked Mr. Strelzyhel where is Gabrion
He said quote the state has him on the oth
                                    side of State.

on
11-8-99    I Met with F.B.I Agent Mr. Greg Strelzyhel
Az Mich.    Approx 9:30 AM for 45 min.
Discussed Innate Gabrion
Told Him Basicly the samething as
in Letter I sent to Agent Gilligan
   ① No Problem Testifying
   ② Imediate Release.
   ③ No Paper.
   ④ No Nothing
He wanted to Know what I might
have? ① I said Pictures Gabrion told
   me about -
   ② More Info.
Later that Day I was shocked to see his name on callout
                For 11-10-99- Mr. strezhod I felt Knew & Lied
1:00pm 11-13-99    Mr. Thompason My casemanger wanted
to know what about my thoughts on Gabrion
coming back on compound. I had not spoken
to Know No one concerning my conversation
on 11-8-99 with Mr. Stregashf Agent. Not even Mr. Thompo
    I Responded To Mr. Thompson the Agent
Greg Stresky Knew Gabrion was here and Lied to
me. I said it's time we get real and clean
about whats going on or Gabrion will go free.
Then I told Mr. Thompson go ahead put him
on the compound I dont care - I went back about
1 Hr later after thinking about it because in
my heart I Know Gabrion is a murder.
He confessed to me on more than one occasion
that He murders N that lials & woman, I believe

0006055
Gabrion 005334

Pg 2

put Gabrion back on the compound.

I was totally disalusioned with our Goit FBI
To Lie to me about not Knowing that Gabrion
was in D Block at Milan FCI

12-17-99 - Called Greg Streyl - I questioned
him why wasn't he aware of Gabrion here
at Milan the day he questioned me.
And my family has been seen physically
by Gabrion on a visit twice my children
Ashley, Caitlyn, Blake and my wife!
And I'an concerned for them. ~~et~~
He said to call Ms Gilligan the Agent
right away. I said thankyou and hung
up. Feeling like he's a Lair.

?

12-18-99 Called Ms Gilligan Agent FBI told her on
her answering machine. Left message.
    ① That Inmate Gabrion while I was on visit
    with family told another Inmate that he
    was going to camp; of course I was shocked!

    ② I told her I have something she might need
        or want in the Proscution for murder of Gabrion.
    ③ I have spoke with the Milan FCI Attorney
    Waleniski and he will await a call if I can
    be released and terms met.
    ④ I also said ~~was~~ it if it looks like no

0006056

Pg 3

No more leading me on. I want Justice for this murderer if He is one, and if not then I have nothing to worry about.

I reflected back on the thoughts that I had about Greg Strelzkel & Mr. Billige and have became aware that they have to Keep certain things in the dark for their case. and they have to do their job even if they do withold certain info from me because if it was my children or wife I would ask that they do no less in bringing this Galrion to Justice if he is Guilty, which I would bet my life on it He is.

To much to my surprise I have seen and spoken to Galrion on 2 other occasions when he was in the Visiting Rm with his attorney.
~~On~~ Jan 13, 2000 Approx 12:30 PM in the Visiting Room I was with my wife and Caitlyn my littlest Daughter she stayed home from school sick.

About 1:00 PM Mr. Galrion's Attorney came in and sat Down at the end of the Room by the Window, I reconized him from before so I Knew Galrion was coming in from D-Block

0006057

P. 4

1-13-2000

I got very uncomfortable when he walked in but put my best foot foward and smiled and responded to his Hello ed with How are you doing Charlie? He came over and stood with his back to his attorney + spoke to me about 3 minutes my daughter I had sent to the T.V. rm I didn't want him to look at her. My wife sat next to me while we spoke Charlie + I.

He asked me how the boys did on his ball team at the end of season I said I think they came in first. He was excited to talk to me. He went on to say when I asked when he is going to Camp he said he has to go to Springfield first (what even that is) then to camp. I said oh. He has no I dea that I Know whats going on, or I am involved in his investigation. My wife noticed him limping and told me, and asked charlie whats wrong and he said its a Chainsaw accident he had and almost cut his foot off. Then he asked me about his boots that a Inmate named Joe has that the Doctor here got him and it

0006058

P.5
1-13-2000

I responded sure I will try Charlie. He said he better get to his attorney and ~~sign~~ sign some papers and I'm in such a good mood I think I will get a picture taken Ed. Watch you will get a kick out of my pose. He walked away set down with his attorney signed some papers and then my wife said Ed look look and Charlie was posing like he did when he was telling me about the girl & baby for God to forgive him or he would be crucified like Jesus. I almost fainted when I seen the guestures for the picture. I was so upset I told my wife to get Caitlyn my baby and leave. She was visiably upset also. They left and I waited to be proscessed out when Gabrion told me hey Ed I'm becoming a Catholic, I said thats Great and smiled and was processed out of the Visiting Rm.

That same day, I told Mr. Ford Unit Mgr. Please Call Mr. Weber SIS Have Him get the Film from that day and when the F.B.I sees the Picture it will say a

0006059

P. 6    1-13-2000

Mr. Ford left a message he said for Mr Weber, but no response.

1-14-00 The next Day I told Mr. Thompson Please Please Call Mr. Weber the film has to be intercepted I have to help Mr. Weber or who ever to convict this Galrion because I Know now beyond a shaddow of a doubt he murderd the woman + baby.
He said he will and he did talk to Mr. Weber and I am to meet him Jan 17, 00.

0006060





0006061

Gabrion 0053