# EXHIBIT 38

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Jul 05, 1997 | 065-0002363-97 |
| SUPPLEMENTAL INCIDENT · REPORT 0059 | SUPPLEMENTARY DATE | FILE CLASS |
| | Mon, Dec 22, 1997 | 09001 |

thought up the idea of the various letters and the nature of the information, but did not indicate she actually dictated or drafted the letters herself.

The plan was that letters were to be mailed, suggesting she had left to go out of state.  The subject, EDDY START, in some manner, was supposed to arrange for RACHAEL to be delivered to Little Rock, Arkansas. The exact mechanism is not certain.  VELDA also made reference to JOHN WEEKS, as possibly being involved in helping RACHAEL get to Little Rock, Arkansas, as she trusted this fellow.

VELDA TIMMERMAN and her truck driving co-partner, LEE ROBINSON, had got to Little Rock, Arkansas on the 12th of June, and remained in Little Rock until the 16th of June.  They were expecting the arrival of RACHAEL, in which she never arrived.  The plan was to meet RACHAEL in Little Rock, and transport her and the baby to Bakersville, California area, where she was to be placed with family members of VELDA TIMMERMAN.  Because of the nonappearance of RACHAEL, VELDA believed RACHAEL was dead. VELDA also claimed that during this time period she called DET. BABCOCK, claiming that she was seeking the whereabouts of RACHAEL, again expressing her concerns with the threats and claiming she had a dream that RACHAEL was dead.

VELDA reportedly stated to the effect, "They can't pin it on me, cause I was out of town at the time."

VELDA TIMMERMAN acknowledge responsibility for mailing letters from Little Rock, Arkansas, and expressed her frustration and irritation with LEE ROBINSON, that all he was concerned with was getting his gas and getting on with the truck run.  VELDA made claim that the letter to the prosecutor had to be mailed by the 16th of June for delivery on the 19th.  The reasons for those dates significance was not explained.

MISS RICHARD stated she asked directly of VELDA TIMMERMAN, "was she the person who mailed the letters?"  In which the answer was side stepped by stating, "I was sleeping.  I don't know what LEE did."

Having had no contact from her daughter, RACHAEL, during the truck run, returning home she did not know the whereabouts of her daughter.

VELDA TIMMERMAN further explained the motivation of her daughter to leave the area, as she and her father, LAVERNE TIMMERMAN, were not getting along and they were going to put her in a placement called, "Liz's Place."  Supposedly RACHAEL had stolen some dope, which belonged to her father and that was a source of aggravation.  Further, as discipline problems, she could not get along with her step-mother.

VELDA TIMMERMAN expressed her opinion to MISS RICHARD that RACHAEL was killed not so much for the rape case, as for the information she possessed concerning the drug operations of the GABRION family.

There was no description as to the type of drugs involved; however, RACHAEL supposedly had accompanied DAVID GABRION on trips involving large quantities of drugs.  At one time, RACHAEL and some unknown male, had engineered an opportunity to steal drugs from a semi-trailer, which GABRION had access to.  Such did not occur; however, she feared that DAVID GABRION might learn of the attempt.

| | PAGE 4 of 5 | INVESTIGATED BY D/SGT. RICHARD C. MILLER #75 | REPORTED BY | REVIEWED BY |
|---|---|---|---|---|

**0002559**

Gabrion 003777