# EXHIBIT 39

```
DATE       TIME              Newaygo County Sheriff's Dept.        · PAGE    1  JBS3
6/07/00 11:46:54             JAIL INCIDENT REPORT

INCIDENT #:     144-00          INCIDENT DATE:  6/02/00          INCIDENT TIME: 15:

VIOLATION : 105 ASSAULT ANOTHER PERSON                    CLASS: MAJ

REPORTED BY     : 106 THATCHER, CHUCK
```

COMPLAINANTS

```
GABRION JR, MARVIN CHARLES       LEMS ID:      1109          LOCAL ID: D-4114
105 ASSAULT ANOTHER PERSON       CLASS: MAJ  CELL: A-8       ENTERED JAIL:
```

INCIDENT DETAILS

AT APPROX. 1530 HRS. ON 6/02/00, ATT. PAUL MITCHELL CAME INTO SEE GABRION, MARVIN (A-8). AT APPROX. 1610 HRS. I HEARD SOMEONE YELL FROM THE BOOKING AREA, "HELP, HELP ME" APPROX. 2 OR 3 TIMES. STEPPING INTO THE BOOKING AREA FROM THE PROPERTY ROOM, I OBSERVED MR. MITCHELL AND MR. GABRION STANDING BY TANK 3, WITH MR. GABRION YELLING THAT MR. MITCHELL HAD ASSAULTED HIM. MR. MITCHELL HAD STEPPED BACK 2 OR 3 STEPS, WAS SHAKINGHIS HEAD "NO", AND WAS HOLDING HIS EYEGLASSES IN HIS HAND. MR. MITCHELL, AT THIS TIME, WALKED PAST ME TO THE OTHER SIDE OF THE BOOKING AREA. I ASKED HIM TO WAIT WHILE I PUT MR. GABRION BACK INTO HIS CELL. THIS HE DID. I ESCORTED MR. GABRION BACK TO CELL A-8 AND REMOVED HIS RESTRAINTS WITHOUT INCIDENT. UPON LEAVING THE CATWALK MR. GABRION STATED THAT HIS FOREHEAD WAS BLEEDING. I OBSERVED NO MARKS OF ANY KIND. I RETURNED TO THE BOOKING AREA WITH CPL. BEAGLE, WHO ARRIVED AT CELL A-8 AS I WAS LEAVING THE CATWALK. BACK AT BOOKING MR. MITCHELL WAS ASKED WHAT HAD HAPPENED. HE STATED "NOTHING" AND THAT HE DID NOT WISH TO FILE CHARGES OR FILE A REPORT. MR.MITCHELL WAS ASKED TO TALK WITH SGT. LINCOMFELT ON HIS WAY OUT, THEN HE LEFT. OUR NURSE WAS PRESENT. SHE STATED THAT MR. MITCHELL CHECKED OUT HIS NOSE IN THE BATHROOM MORROR, BUT DECLINED TO HAVE HER CHECK HIM OUT MEDICALLY.

REPORTING OFFICER 1      :  _Chuck Thatcher_            DATE: _6 07 00_
                         106  CHUCK THATCHER

CORRECTIONS SUPERVISOR : _Lt. Craig Bud_               DATE: _6 07 00_

09184-055

**0009318**

Gabrion 005830

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/15/00

Corrections Officer Charles Wesley Thatcher (also known as Chuck Thatcher), date of birth July 24, 1954, Newaygo County Jail, telephone number (231) 689-2105, was advised of the identity of the Agent and the purpose of the interview. Corrections Officer (C.O.) Thatcher provided the following information:

On June 12, 2000 while working at the Newaygo County Jail, C.O. Thatcher heard someone shout "Help me! Help me!" C.O. Thatcher was near the booking area at the jail when he saw inmate Marvin Gabrion and his attorney Paul Mitchell a few steps behind Gabrion.  Gabrion stated something to the affect "Fuckin Attorney hit me!"  Attorney Mitchell was holding his eyeglasses. Attorney Mitchell walked to the other side of the booking counter, while C.O. Thatcher returned Gabrion to his cell.  While walking Gabrion to his cell, Gabrion stated "My fuckin forehead is bleeding."  C.O. Thatcher told Gabrion his forehead was fine. C.O. Thatcher removed Gabrion's restraints after Gabrion was in his cell.

Corporal (Cpl.) Beagle had also assisted C.O. Thatcher following the incident.  Cpl. Beagle had helped to secure the door of Gabrion's cell area.  C.O. Thatcher and Cpl. Beagle returned to the booking area where Attorney Mitchell was waiting.

Attorney Mitchell did not want to comment on the incident or be examined by the nurse who had also arrived to the area.  Although Mitchell did not comment about the incident, Attorney Mitchell had looked at his nose, according to the nurse. The only comment that Attorney Mitchell said about the incident was that he did not want any more physical contact with Gabrion, and his next visit would be through the visitor's booth.

C.O. Thatcher advised that Gabrion was restrained with handcuffs in the front, belly chains and ankle chains and would not be able to physically hit Attorney Mitchell with a hand or arm.  Based on what C.O. Thatcher observed after the incident, C.O. Thatcher thought that Gabrion may have head-butted Attorney Mitchell.

Investigation on    06/12/00    at  White Cloud, Michigan

File # 7A-DE-80788 -779                     Date dictated    06/14/00

by  SA Roberta L. Gilligan/bjj

0002912

FD-302a (Rev. 10-6-95)

7A-DE-80788

Continuation of FD-302 of ___Charles Thatcher_____, On _06/12/00_____, Page __2___

      C.O. Thatcher has worked at the Newaygo County Jail for over 12 years and this is the first occasion he knew of an inmate being involved with an assault on his attorney.

      A copy of the incident report by Officer Thatcher is attached to the FD-302.

**0002913**

Gabrion 005354