# EXHIBIT 43

## PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids MI 49501-0165

Name:  Marvin Gabrion                                    Medical Record No:   49,739

May 3, 1993

30 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy. He developed a rash with Tegretol which recurred on three trials. He tried several times because he was pleased with the improved ability to maintain a stream of consciousness.

He also identified marked sensitivity to the medication with maximum benefit at 300 mg daily. Headache and clouded thinking developed with higher dose. It is not clear if this is a direct sensitivity or part of the allergic presentation.

We discussed options and agreed on a trial of Valproate.

He states that he had his blood work and will have copies sent to me.

He is given the following prescription:

Depakote     125 mg     # 100  Sig: i tid     no refill

Ted Mauger MD
Consulting Staff Psychiatrist

cc:   Martin J. Waalkes, Ph.D.

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids  MI  49501-0165

**Name:**  Marvin Gabrion

**Medical Record No:**  49,739

June 15, 1993

30 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  His life situation has deteriorated.   He was unable to get along with his two roommates because his socialization/memory retention was so defective.  He now is living in an abandoned shed in Comstock Park and eating at God's kitchen.

He has tentatively lost medicaid because of improperly submitted forms and is discouraged by attempts to interact with rehabilitative systems including a knee brace from Muskegon and an elbow protector from Hope.  Cognitive therapy produces augmentation to defective problem solving.

He has responded favorably to the valproate with no rash, but with some lethargy which responds to low dose caffeine.  He has markedly improved "jumps" and "shocks" with some improvement in the experience of his brain being "under water." Memory remains impaired and those around him complain of his inability to remember things or stay on track in conversation.

I will titrate the divalproex sodium upward.

He is given the following prescription:

    Depakote    250 mg      # 100  Sig: i bid and hs    no refill

I will see him again in one month.

Ted Mauger MD
Consulting Staff Psychiatrist

cc:    Martin J. Waalkes, Ph.D.

## PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE    P.O. Box 165    Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion                           Medical Record No:   49,739

August 3, 1993

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He has received his first SSI check and is preparing to move into the Morton House.  He has become more reliable in taking his medication, but is unable to take the full 250 mg tablets of Depakote because of re-emergence of anger.  With the 125 mg he has good control of these outbursts and moderate improvement in the other symptoms.

Therapy is focused on deciding to resume formal post head injury therapy.  He has some difficulty with resentment at being under the directives of a program, but is more open to this than previously.  I would be very interested to know if treatment to date has impacted his rehabilitation prognosis.

I will see him again in two months.

He is given the following prescription:

    Depakote    125 mg    # 120 Sig: i qid with one refill

Ted Mauger MD
Consulting Staff Psychiatrist

cc:    Martin J. Waalkes, Ph.D.

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids   MI   49501-0165

Name:  Marvin Gabrion

Medical Record No:   49,739

September 14, 1993

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy. He continues to improve and stabilize in life function and medication use. He is eager to begin traumatic brain injury programming. He has been orchestrating a shift to the Mary Free Bed program. I spoke with Dr Waalkes and he is agreeable to this. I called the Mary Free Bed program and they have requested a letter of introduction which I wrote.

I will see him again in two weeks.

He is to remain on the following prescription:

Depakote      125 mg        i qid

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids   MI 49501-0165

Name:  Marvin Gabrion                                Medical Record No:   49,739

October 5, 1993

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He has contacted the University of Michigan head injury program and expects to be evaluated there.  He is clear about his reasons for not returning to Sojourner's, but not about the shift from Mary Free Bed.

Therapy was supportive around his unresolved issues with Sojourner's which included both narcissistic injuries and paranoid interpretations.  At this point, he is able to distinguish these, but not able to recognize how his narcissism keeps him from getting what he wants.

He is in some continuing legal difficulties for driving and has a second arrest to deal with. He claims no memory, but the dual occurrence makes me believe that he has been driving.  He is confronted with this.  He does not have a license.

He complains of increased "sparks."  He has been missing medication doses.  I am recommending again a 'pill minder' and an attempt to increase the dose.

He is given the following prescription:

> Depakote    125 mg    #200   Sig: i tid for two weeks, then i qid for two weeks, then five daily for two weeks, then six daily.  Then try to move to ii tid.

I will see him again in one month.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE    P.O. Box 165    Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion                                        Medical Record No:    49,739

November 18, 1993

50 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He is requesting a handicapper's permit, but is reminded that I have not authorized a return to driving.  It remains difficult to distinguish functional sociopathic behavior from post head injury personality disorder symptoms.

Therepy is confrontational regarding his failure to follow through on head injury rehabilitation.

He indicates that he is unable to tolerate more than 750 mg of valproate daily, but that this dose does control the "under water" feeling and most of the "sparks."

He is given the following prescription:

    Depakote     125 mg        #100   Sig: i tid

I will see him again in one month.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE    P.O. Box 165    Grand Rapids, MI  49501-0165

Name:  Marvin Gabrion                                    Medical Record No:    49,739

January 20, 1994

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He has made significant gains.  He is well dressed and groomed.  Memory is subjectively improved.  He is living in his own apartment and taking care of basic self care.

Therapy focus is on validation of his self perceptions and distinguishing himself premorbidly from residual brain injury changes and on anger management skills.

He indicates that he is still unable to tolerate more than 375 mg of valproate daily, but that this dose does continue to control the "under water" feeling and most of the "sparks."

He is given the following prescription:

    Depakote    125 mg    #100   Sig: i tid    three refills
    Fasting CBC and SMAC

I will see him again in four months.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids   MI   49501-0165

Name:  Marvin Gabrion

Medical Record No:   49,739

March 16, 1994

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He continues to make gains in dress and grooming.  Memory is subjectively minimally improved.  He is living in his own apartment and taking care of basic self care.

Therapy focus is on engaging in the process of remaking his life associated with efforts at self improvement.  He tried to take a college course in computer skills and is failing that.  Grieving his need to begun much more concretely in areas of practical rather than mental skills moved forward in the session.

He indicates that he is now able to tolerate 400 mg of valproate daily, but that this dose does continue to control the "under water" feeling and more of the "sparks" than the lower dose.  I will increase his prescription to 500 mg daily and continue to encourage gradual increase beyond that to 750 mg daily.

He is given the following prescription:

Depakote   125 mg   #120  Sig: i qid   three refills

I will see him again in three months.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE    P.O. Box 165    Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion

Medical Record No:    49,739

06/29/94

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy. He has stabilized in life style significantly, including buying a house. He is excited, but now dealing with some of the realities including costs and distance from city life. He is able to contain more affect in this session and begin to face the realities of his long term disability.

He is also dealing with the consequences of past behavior. He lost his license for drunk driving, and has had his period of suspension extended by being arrested for driving without a license. His suspension now runs until 2040!

He has been unable to increase the valproate beyond 500 mg daily as he gets "drunk." He continues to get significant benefit from the low dose as he notes that this dose does continue to control the "under water" feeling and most of the "sparks." For simplicity, compliance, and cost, I will move to BID dosing.

He is given the following prescription:

Depakote    250 mg    #60    Sig: i bid    two refills

I will see him again in three months.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids, MI  49501-0165

Name:  Marvin Gabrion

Medical Record No:   49,739

October 7, 1994

45 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  Therapy focus is on shame regarding inappropriate behaviors including sensitivity to criticism.  We were able to look at this as related to the head injury, but also having a relationship to self esteem.

He continues to have concerns about memory lapses.  He continues to make significant gains in grooming and attention and concentration.  He has been able to tolerate 750 mg of valproate without the "drunk" feeling returning.  He receives additional benefit from the increased dose as he notes that this dose controls more of the "under water" feeling and more of the "sparks."  This is a very favorable progressive tolerance and I will continue to titrate the dose.

He is given the following prescription:

Depakote    500 mg      #100  Sig: i bid      one refill

I will see him again in three months.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion

Medical Record No:   49,739

March 2, 1995

50 minutes

medical psychotherapy

Marvin is seen in follow-up supportive medical psychotherapy.  He has noted further decrease in the intracranial symptoms of "sparks" and "under water feeling."  He has gradual increase in social functioning.  He is renting a room now, on SSI, and using bus transportation.  He is developing some sense of social consequences and this is leading to some dysphoria as he is also becoming aware of the degree of social deficits he has. This was the focus of cognitive therapy.

He is given the following prescription:

Depakote    500 mg      #100  Sig: i bid    one refill

I will see him again in three months.

Ted Mauger MD
Consulting Staff Psychiatrist

# PINE REST CHRISTIAN HOSPITAL

300 68th Street, SE   P.O. Box 165   Grand Rapids  MI  49501-0165

Name:  Marvin Gabrion

Medical Record No:    49,739

December 29, 1995

Closing Note

Marvin was to have seen me for follow-up appointment in June.  He has not made contact and six months have past.  Accordingly, I will close the case.

He had been seeing me for treatment of symptoms related to head injury and had received some benefit from valproate; however, he never was able to be followed effectively because of erratic life-style and no family or support system to work with him.

If he would be in a controlled setting and desire treatment, I would consider re-opening the case.

Ted Mauger MD
Consulting Staff Psychiatrist