UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES BAGRION II,

      Movant,

                           CASE NO. 1:15-CV-447

v.

                           HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

      Respondent.

_____/

### ORDER

Movant seeks, without opposition, to file Exhibits 36 and 40 on a restricted access basis. The Court will permit restricted access filing on a contested issue in a civil matter only if the good cause standard of Local Rule 10.6 is met. Any party seeking to meet the good cause standard may file a supplemental brief not later than **September 11, 2017**.


Dated:     September 1, 2017          /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE