**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                )
                                          )
                    Movant,               )    1:15-CV-447
                                          )
        v.                                )
                                          )    HON. ROBERT J. JONKER
UNITED STATES OF AMERICA,                 )    CHIEF U.S. DISTRICT JUDGE
                                          )
                    Respondent.           )

---

**MOVANT'S SUPPLEMENTAL BRIEF REGARDING**
**EXHIBITS 36 and 40 TO MOVANT'S REPLY**

---

Marvin Gabrion, through counsel, supplements his Motion for Leave to File

Under Restricted Access Exhibits 36 and 40 to Movant's Reply to the Government's

Response in Opposition to Movant's Motion to Vacate, Set Aside, or Correct His

Sentence as follows:

1.      On August 31, 2017, Movant filed his Motion for Leave to File Under

Restricted Access Exhibits 36 and 40 to Movant's Reply to the Government's Response

in Opposition to Movant's Motion to Vacate, Set Aside, or Correct His Sentence (Page

ID 5377-78).

2.      The Court issued an Order (Page ID 5738) offering the parties the

opportunity to provide additional briefing addressing the "good cause" standard included

in Local Civil Rule 10.6.

3.      Movant acknowledges that, pursuant to this Court's Local Civil Rules, all filings shall be public absent a showing of good cause demonstrating that filings should be submitted under some form of restricted access.

4.      Although this §2255 proceeding is a civil matter, many aspects of the case more closely track the issues considered in criminal cases.

5.      The exhibits in question contain confidential information directly related to the representation of a defendant in a criminal case.

6.      The filings in this case consist first of Exhibit 36, a document submitted by trial counsel detailing funding concerns.

7.      The second filing, Exhibit 40, consists of attorney voucher cover sheets identifying a breakdown of work performed at trial.

8.      Exhibits 36 and 40 consist of documents filed and approved on an ex-parte basis pursuant to provisions of the Criminal Justice Act.

9.      Based on Mr. Gabrion's unopposed motions in this § 2255 proceeding, the papers have been released to restricted access status, available only to the Court and to counsel.

10.      Disclosure of the types of papers involved here may be limited in order to protect counsel's work product privilege and because the papers contain confidential information. 18 U.S.C. 3006A(d)(4)(B), (C) and (D)(iv).

11.      Movant contends that the information described in Exhibits 36 and 40, should be exempt from public disclosure based on provisions of the Criminal Justice Act.

12.     For these reasons, Movant has demonstrated good cause under Local Civil Rule 10.6 to file Exhibits 36 and 40 under restricted access, available only to the Court and the parties.

WHEREFORE, Movant requests this Court to grant Movant's request to file Exhibits 36 and 40 under restricted access, as detailed at Page ID 5377-78.

Date:  September 11, 2017

By: /s/ Monica Foster
        Monica Foster
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

Respectfully submitted,

By: /s/ Joseph M. Cleary
        Joseph M. Cleary
        Attorney for Movant
Business Address:
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

By: /s/ Scott Graham
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585

3