**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) 1:15-CV-447 |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| UNITED STATES OF AMERICA, | ) CHIEF U.S. DISTRICT JUDGE |
| | ) |
| Respondent. | ) |

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE RENEWED MOTION**
**FOR RELEASE OF MEDICAL RECORDS RELATING TO HIS CURRENT**
**SKIN DISEASE UNDER RESTRICTED ACCESS**

Marvin Gabrion, through counsel, moves this Court for leave to file Marvin Gabrion's Renewed Motion for Release of Medical Records Relating to His Current Skin Disease Under Restricted Access.  Movant's request is supported by good cause because the motion discusses interaction between Mr. Gabrion and his counsel, and further discusses Mr. Gabrion's specific medical condition.

**Date:  September 28, 2017**                **Respectfully submitted,**

By: /s/ Monica Foster                    By: /s/ Joseph M. Cleary
     Monica Foster                             Joseph M. Cleary
     Attorney for Movant                         Attorney for Movant
Business Address:                        Business Address:
Indiana Federal Community Defenders      Indiana Federal Community Defenders
111 Monument Circle, Suite 3200          111 Monument Circle, Suite 3200
Indianapolis, IN 46204                   Indianapolis, IN 46204
(317) 383-3520                           (317) 383-3520

By: /s/ Scott Graham
     Scott Graham
     Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585