**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) 1:15-CV-447 |
| | ) HON. ROBERT J. JONKER |
| | ) CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning **Marvin Gabrion's Motion for Leave to File Marvin Gabrion's Renewed Motion for Release of Medical Records Relating to His Current Skin Disease Under Restricted Access** and **Marvin Gabrion's Renewed Motion for Release of Medical Records Relating to His Current Skin Disease**.  Ms. McManus indicated that the government does not concur with counsel's request for leave to file under restricted access and does not concur with the relief requested in Marvin Gabrion's Renewed Motion for Release of Medical Records.

**Date:  September 28, 2017**                    **Respectfully submitted,**

By: /s/ Monica Foster                              By: /s/ Joseph M. Cleary
     Monica Foster                                       Joseph M. Cleary
     Attorney for Movant                             Attorney for Movant
Business Address:                                    Business Address:
Indiana Federal Community Defenders       Indiana Federal Community Defenders
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, IN 46204                             Indianapolis, IN 46204
(317) 383-3520                                        (317) 383-3520

By:  /s/ Scott Graham
     Scott Graham
     Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, MI 49024
(269) 327-0585