UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION II,

      Movant,

                                           CASE NO. 1:15-CV-447

v.

                                           HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

Movant has moved for leave to file his Renewed Motion for Release of Medical Records under restricted access (ECF No. 146). The government does not concur (ECF No. 148).

There does not appear to be privileged communication contained within the motion, and the Court sees no compelling basis for the filing of the motion under restricted access. Accordingly, the motion is **DENIED**.

Date:   October 3, 2017              /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE