UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

     Movant,

                                    File No. 1:15-cv-447

v.

                                    HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

     Respondent.

_____/

## <u>ORDER</u>

In accordance with the Opinion entered this date,

**IT IS ORDERED** that Movant's amended motion for relief under 28 U.S.C. § 2255 (ECF No. 100) is **DENIED** because the claims therein are meritless and, in some cases, procedurally defaulted.

**IT IS FURTHER ORDERED** that Movant's motion for a stay and a hearing to determine mental competence (ECF No. 101), motion to file exhibits 36 and 40 to his reply under restricted access (ECF No. 139), and *ex parte* motion for an order authorizing a psychiatrist to visit him (ECF No. 154) are **DENIED**.

Dated:   October 4, 2018       /s/ Robert J. Jonker_____
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE