UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION, II,

      Movant,

                                  File No. 1:15-cv-447

v.

                                  HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

      Respondent.
_____/

## **ORDER DENYING A CERTIFICATE OF APPEALABILITY**

Under 28 U.S.C. § 2253(c), the Court must determine whether to issue a certificate of appealability.  A certificate should issue if Gabrion has demonstrated "a substantial showing of a denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The Sixth Circuit has disapproved of issuance of blanket denials of a certificate of appealability.  *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001).  The district court must "engage in a reasoned assessment of each claim" to determine whether a certificate is warranted.  *Id.*  Each issue must be considered under the standards set forth by the Supreme Court in *Slack v. McDaniel*, 529 U.S. 473 (2000).  *Murphy*, 263 F.3d at 467.  Under *Slack*, to warrant a grant of the certificate, Gabrion "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  529 U.S. at 484.

The Court has carefully considered the issues in this matter and finds that reasonable jurists could not find that this Court's dismissal of Gabrion's claims was debatable or wrong.  There is overwhelming evidence supporting the jury's verdict at the guilt and penalty phases of the trial, and the Court is satisfied that Gabrion received the assistance to which he is

entitled under the Sixth Amendment and that there is no constitutional or other reason to set aside his conviction or sentence.

Because this is a case involving the death penalty, the Court welcomes review of its decision by the Court of Appeals.  Under the standard in § 2253(c)(2), however, the Court discerns no basis for granting a certificate of appealability.  Accordingly,

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:    October 4, 2018                        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE