UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION, II,

        Movant,

                                   File No. 1:15-cv-447

v.

                                   HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date,

**IT IS ORDERED** that this case is **DISMISSED**.




Dated:    October 4, 2018            /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           CHIEF UNITED STATES DISTRICT JUDGE