**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,    )
                              ) 1:15-CV-447
                 Movant,      )
                              )
        v.                    )
                              ) HON. ROBERT J. JONKER
                              ) CHIEF U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA,      )
                              )
                 Respondent.   )

---

**MARVIN GABRION'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, TO ALTER OR AMEND JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) IN EXCESS OF PAGE LIMITATION**

---

Movant, Marvin Charles Gabrion II, through counsel, moves this Court for leave to file his Brief in Support of Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e), a non-dispositive motion, in excess of ten (10) pages.

IN SUPPORT THEREOF, Movant states:

1.      Mr. Gabrion has prepared a Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) and Brief in Support of Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e). **(Exhibit A)**

2.      The brief prepared in support of the motion is based on issues that Mr. Gabrion believes are factually and legally complex.

3.      Local Civil Rule 7.2(b) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 10 pages absent leave of court.

4.    The government does not oppose this motion, although it contests the relief sought in the underlying motion.

5.    Movant contends that the length of the present motion and brief is reasonable in light of the legal issues discussed and the factual complexity involved.

**WHEREFORE**, Mr. Gabrion requests this Court for leave to file the attached Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) and Brief in Support of Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).

**Date:  November 1, 2018**                            **Respectfully submitted,**

By:  /s/ *Monica Foster*                            By:  /s/ *Joseph M. Cleary*
        Monica Foster                                       Joseph M. Cleary
        Attorney for Movant                                 Attorney for Movant
Business Address:                                Business Address:
Indiana Federal Community Defender, LLC          Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200                  111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                      Indianapolis, Indiana 46204
(317) 383-3520                                    (317) 383-3520

By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585

**IT IS SO ORDERED**

DATE: _____        _____
                                  Robert J. Jonker
                                  Chief U.S. District Judge