**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) 1:15-CV-447 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| | ) CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning Movant's Motion for Leave to File Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) in Excess of Page Limitation.  The government does not oppose Movant's request to file in excess of page limitation; however, the government does oppose Movant's Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).

**Date:  November 1, 2018**                              **Respectfully submitted,**

By:  /s/ *Monica Foster*                                By:  /s/ *Joseph M. Cleary*
        Monica Foster                                            Joseph M. Cleary
        Attorney for Movant                                    Attorney for Movant
Business Address:                                       Business Address:
Indiana Federal Community Defender, LLC                 Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200                         111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                             Indianapolis, Indiana 46204
(317) 383-3520                                          (317) 383-3520


By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585