UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION, II,

        Movant,

                                                    File No. 1:15-cv-447

v.

                                                    HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER

        This is an action under 28 U.S.C. § 2255.  On October 4, 2018, the Court entered an opinion, order, and judgment denying relief under § 2255, denying several pending motions, and dismissing the case.  Before the Court is Gabrion's motion for leave to file a motion in excess of the page limit set by the Court's local rules.  (ECF No. 160.)  The motion that Gabrion desires to file in excess of the page limit is a "Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e)."  (ECF No. 160-1.)

        The Court will allow Gabrion to file his proposed motion for reconsideration and for relief from judgment, notwithstanding the page limit in Rule 7.2(b) of the Court's Local Civil Rules.  However, the motion for reconsideration and for relief from judgment will be denied.

        Motions to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure may be granted if there is a clear error of law, newly discovered evidence, an intervening change in controlling law, or to prevent manifest injustice.  *GenCorp, Inc. v. Am. Int'l Underwriters*, 178 F.3d 804, 833-34 (6th Cir. 1999).

In addition, Rule 7.4(a) of the Court's local rules provides that "motions for reconsideration which merely present the same issues ruled upon by the Court shall not be granted."  W.D. Mich. LCivR 7.4(a).  Reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been misled . . . [and] that a different disposition of the case must result from a correction thereof."  *Id.*

The Court discerns no error in its opinion or any other basis for granting reconsideration or relief from judgment.  Moreover, none of the facts or arguments raised by Gabrion would change the outcome in this matter.  Indeed, much of his motion is simply a rehash of the same facts and arguments that the Court has already considered.

Accordingly,

**IT IS ORDERED** that Gabrion's motion for leave to file a motion for reconsideration in excess of the page limit (ECF No. 160) is **GRANTED**.  The Clerk of the Court shall docket ECF No. 160-1 as a Motion for Reconsideration, to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).

**IT IS FURTHER ORDERED** that Gabrion's motion for reconsideration, to alter or amend judgment is **DENIED**.

Dated:    November 8, 2018                    /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE