**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                )
                                          ) 1:15-CV-447
                    Movant,               )
                                          )
         v.                               )
                                          ) HON. ROBERT J. JONKER
                                          ) CHIEF U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA,                  )
                                          )
                    Respondent.           )

---

### MOTION FOR AN ORDER DIRECTING THE CLERK TO FILE MOVANT'S RULE 59 MOTION *NUNC PRO TUNC*

---

Comes now, Marvin Gabrion, by counsel, and moves the Court to order the Clerk of the Court to docket his "Motion for Leave to File Motion for Reconsideration" (hereafter "Rule 59 motion") (ECF No. 160-1) on the date it was tendered to the Court, i.e., November 1, 2018.  In support of this motion, Mr. Gabrion would show the Court:

1.      On October 4, 2018, this Court entered an Order denying Mr. Gabrion's motion to vacate, set aside, or correct a death sentence under 28 U.S.C. § 2255 (ECF No. 156).

2.      On November 1, 2018 Mr. Gabrion filed an unopposed motion for leave to file an oversized Rule 59 motion (ECF No.160).   The rule allows a 10-page Rule 59 motion and brief.  Local Civil R. 7.2 (b).  Mr. Gabrion's motion and brief were 31-pages long, exclusive of exhibits.  The Rule 59 motion was attached to the motion for leave to file an oversized brief, and thus, was tendered to the Court on November 1, 2018, the final day for filing a timely motion (ECF No. 160-1).

3.      On November 8, 2018 the Court granted the motion allowing an oversized motion and brief and simultaneously denied relief on the merits (ECF No. 164).

4.      On November 8, 2018, the Clerk docketed the Rule 59 motion (ECF No. 165).

5.      If the motion were in fact filed on November 8th, it is untimely.

6.      It is likely the Court of Appeals will view the motion as filed in a timely manner and the appellate deadlines to run from the date the Rule 59 motion was denied on the merits.  Lexon Ins. Co. v. Naser, 781 F.3d 335, 337-38 (6th Cir. 2015). Nevertheless, because this is a death penalty case and out of an abundance of caution, Mr. Gabrion asks the Court to *nunc pro tunc* the docketing of the Rule 59 motion to November 1, 2018.

**WHEREFORE**, Marvin Gabrion, by counsel, moves the Court to *nunc pro tunc* the docketing of his Rule 59 motion to November 1, 2018 and for any and all other relief to which he may be entitled.

**Date:  November 15, 2018**                    **Respectfully submitted,**

By:  /s/ *Monica Foster*                          By:  /s/ *Joseph M. Cleary*
        Monica Foster                                      Joseph M. Cleary
        Attorney for Movant                          Attorney for Movant
Business Address:                               Business Address:
Indiana Federal Community Defender, LLC         Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200                 111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                     Indianapolis, Indiana 46204
(317) 383-3520                                  (317) 383-3520

By:  /s/ *Scott Graham*
        Scott Graham
        Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585

2