**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) 1:15-CV-447 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) HON. ROBERT J. JONKER |
| | ) CHIEF U.S. DISTRICT JUDGE |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

---

**CERTIFICATE REGARDING MOTION CONCURRENCE**

---

Pursuant to L. Civ. R. 7.1(d), Scott Graham contacted Jennifer McManus seeking concurrence concerning Marvin Gabrion's Motion for an Order Directing the Clerk to File Movant's Rule 59 Motion *Nunc Pro Tunc*.  Ms. McManus indicated via email that the government does not oppose the relief requested in the Motion.

**Date:  November 15, 2018**

By:  /s/ *Monica Foster*
      Monica Foster
      Attorney for Movant
Business Address:
Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520

**Respectfully submitted,**

By:  /s/ *Joseph M. Cleary*
      Joseph M. Cleary
      Attorney for Movant
Business Address:
Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204
(317) 383-3520

By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585