**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN CHARLES GABRION II,                  )
                                            ) 1:15-CV-447
        Movant,                            )
                                            )
        v.                                 )
                                            ) HON. ROBERT J. JONKER
                                            ) CHIEF U.S. DISTRICT JUDGE
UNITED STATES OF AMERICA,                    )
                                            )
        Respondent.                        )

**THIS IS A CAPITAL CASE**

## NOTICE OF APPEAL

Notice is hereby given that **MARVIN CHARLES GABRION II,** hereby appeals to

the United States Court of Appeals for the Sixth Circuit from the Judgment and Orders

entered in this action on October 4, 2018.

Date: November 29, 2018                      Respectfully submitted,


By:  /s/ *Monica Foster*                     By:  /s/ *Joseph M. Cleary*
      Monica Foster                             Joseph M. Cleary
      Attorney for Movant                       Attorney for Movant
Business Address:                            Business Address:
Indiana Federal Community Defender, LLC      Indiana Federal Community Defender, LLC
111 Monument Circle, Suite 3200              111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204                  Indianapolis, Indiana 46204
(317) 383-3520                               (317) 383-3520


By:  /s/ *Scott Graham*
      Scott Graham
      Attorney for Movant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327-0585


cc:      Opposing Counsel     ☑
         Court of Appeals      ☑