**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed: December 01, 2022

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re:  Case No. 18-2382, *Marvin Gabrion, II v. USA*
      Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Ms. Filkins:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

cc:  Mr. Joseph Cleary
     Ms. Monica Foster
     Ms. Jean Elizabeth Giles
     Mr. Scott Graham
     Ms. Jennifer Lee McManus
     Mr. Timothy P. VerHey

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 18-2382

_____

Filed: December 01, 2022

MARVIN CHARLES GABRION, II

      Petitioner - Appellant

v.

UNITED STATES OF AMERICA

      Respondent - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 08/04/2022 the mandate for this case hereby issues today.

COSTS:  None