UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                   CASE No. 1:99-CR-76
                                         1:15-CV-447

v.

                                 HON. ROBERT J. JONKER

MARVIN CHARLES GABRION,

     Defendant.

_____/

## ORDER

This Court entered a document management Order in these cases on March 6, 2017, while Gabrion was under a sentence of death, and still represented by counsel. President Biden commuted Gabrion's sentence to life in prison on December 23, 2024. It is not clear whether this resulted in his loss of counsel. In any event, whether as a pro se filer, or a represented party, the Court intends to treat submissions from Gabrion as described in the March 6, 2017, Order: namely, by filing communications on a restricted access basis permitting only the Court and the parties and their counsel access. If any communication presents an actual motion or other proper request for relief, the Court will see that it is filed on the public record and handled in the usual fashion.

     **IT IS SO ORDERED.**

Dated:   March 26, 2026             /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE